JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

RECEIVED NOV 05 2013 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

## I. (a) PLAINTIFFS
SCHNUCK MARKETS, INC.

### DEFENDANTS
FIRST DATA MERCHANT DATA SERVICES CORP. and CITICORP PAYMENT SERVICES, INC.

(b) County of Residence of First Listed Plaintiff: **St. Louis County, Missouri**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Arapahoe County, Colorado**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Kevin F. Hormuth, David P. Niemeier, Greensfelder, Hemker & Gale, P.C., 10 South Broadway, Suite 2000, St. Louis, MO 63102, 314-241-9090

Attorneys *(If Known)*
4:13CV002226 JAR

## II. BASIS OF JURISDICTION
☒ 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF ☒ 1  DEF ☐ 1
Incorporated or Principal Place of Business In This State: PTF ☒ 4  DEF ☐ 4
Citizen of Another State: PTF ☐ 2  DEF ☒ 2
Incorporated and Principal Place of Business In Another State: PTF ☐ 5  DEF ☒ 5

## IV. NATURE OF SUIT
☒ 190 Other Contract

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Brief description of cause: Plaintiff alleges breach of contract and also seeks a declaratory judgment.

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 75,000.00+
JURY DEMAND: ☒ No

DATE: 11/05/2013
SIGNATURE OF ATTORNEY OF RECORD