RECEIVED

NOV 0 5 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

SCHNUCK MARKETS, INC.,

                        Plaintiff(s),

                        vs.

FIRST DATA MERCHANT DATA SERVICES CORP. and
CITICORP PAYMENT SERVICES, INC.,

                      Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

**4 : 1 3CV002226 JAR**
Case No.

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for _Schnuck Markets, Inc._ hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

    None.

2. Subsidiaries not wholly owned by the corporation:

    None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

    None

Signature (Counsel for Plaintiff/Defendant)
Print Name: Kevin F. Hormuth
Address: 10 South Broadway,
Suite 2000
City/State/Zip: St. Louis, MO 63102
Phone: 314-241-9090

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 5 Day of November , 20 13 .