UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:13-CV-002226 JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP., et al., | ) ) ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

COMES NOW David P. Niemeier of Greensfelder, Hemker & Gale, P.C., and hereby enters his appearance on behalf of Plaintiff Schnuck Markets, Inc.

Dated: November 5, 2013

Respectfully submitted,

By: /s/ David P. Niemeier
Kevin F. Hormuth, No. 48165 MO
David P. Niemeier, No. 50969 MO
GREENSFELDER, HEMKER & GALE, PC
10 South Broadway, Suite 2000
St. Louis, MO  63102
kfh@greensfelder.com
dpn@greensfelder.com
Telephone: 314.241.9090
Facsimile: 314.345.5466

Daniel R. Warren (*pro hac forthcoming*)
dwarren@bakerlaw.com
Telephone: 216.861.7145
Facsimile: 216.696.0740

Theodore J. Kobus III (*pro hac forthcoming*)
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: tkobus@bakerlaw.com

Craig A. Hoffman (*pro hac forthcoming*)
cahoffman@bakerlaw.com
Telephone:  513.929.3491
Facsimile:  513.929.0303

*Attorneys for Plaintiff Schnuck Markets, Inc.*