# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., ) | |
| ) | |
| Plaintiff, ) | No. 4:13-CV-2226-JAR |
| ) | |
| v. ) | |
| ) | |
| FIRST DATA MERCHANT DATA ) | |
| SERVICES CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of Plaintiff's Complaint filed under seal, the Court finds that while the Complaint may contain some proprietary and confidential information, a redacted complaint can be filed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a redacted version of its Complaint and exhibit thereto no later than **Thursday, November 7, 2013 at 5:00 p.m.**

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 6th day of November, 2013.