UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:13-CV-2226-JAR ) |
| FIRST DATA MERCHANT DATA SERVICES CORP., et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER

Upon consideration of Plaintiff's Motion to Substitute Complaint,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is granted;

**IT IS FURTHER ORDERED** that the Complaint attached to Plaintiff's Motion is deemed filed as of the date of this Order; and

**IT IS FURTHER ORDERED** that, for good cause shown and pursuant to Local Rule 13.05, the Clerk of Court shall remove the sealed Complaint and exhibit thereto (Doc #1) from the Court's file and return them to Plaintiff's counsel.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Signed this 8th day of November, 2013.