RECEIVED

DEC 0 5 2013

BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIRST DATA MERCHANT DATA SERVICES CORP., *et al.*, <br><br> Defendants. | Case No. 4:13-CV-2226-JAR |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12.01(F) of the Local Rules of the United States District Court for the Eastern District of Missouri, I, Daniel R. Warren ("Movant"), move to be admitted pro hac vice to the bar of this Court for the purpose of representing Plaintiff Schnuck Markets, Inc. in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full name of Movant/Attorney:

Daniel R. Warren

(b) Address and telephone number of Movant/Attorney:

PNC Center
1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114
Telephone: (216) 861-7145
Facsimile: (216) 696-0740
dwarren@bakerlaw.com

(c) Name of the firm or letterhead under which Movant/Attorney practices:

Baker & Hostetler, LLP

(d) <u>Name of the law school(s) Movant attended and the date(s) of graduation there from:</u>

University of California, Berkeley, 1982

(e) <u>Bars, State and Federal, of which Movant is a member, with dates of admission and registration numbers if any:</u>

State of Ohio, Ohio Bar No. 0054595, 1991
State of Illinois, Illinois Bar No. 6183190, 1982
United States District Court, Northern District of Illinois, 1983
United States District Court, Southern District of Illinois, 2012
United States Court of Appeals, 6th Circuit, 1991
United States Court of Appeals, 7th Circuit, 1985

(f) Movant is a member in good standing of all bars of which Movant is a member and Movant is not under suspension or disbarment from any bar.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this Motion be granted and that Movant be admitted pro hac vice to the bar of this Court to appear in the instant matter.

*/s/ Daniel R. Warren*
Daniel R. Warren