# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

SCHNUCKS MARKETS, INC.,                          :
                                                 :
                                                 :
            Plaintiff,                           :
                                                 :        Case No.  4:13-CV-2226-JAR
                                                 :
        v.                                       :
                                                 :        The Honorable John A. Ross
                                                 :
FIRST DATA MERCHANT DATA                         :
SERVICES CORP., and                              :
CITICORP PAYMENT SERVICES, INC.,                 :
                                                 :
                                                 :
            Defendants.                          :

### ENTRY OF APPEARANCE

COMES NOW Patrick I. Chavez, of the law firm of Williams Venker & Sanders LLC,

and hereby enters his appearance on behalf of Defendants First Data Merchant Services Corp.

and CitiCorp Payment Services in the above-referenced case.


                            WILLIAMS VENKER & SANDERS LLC

                    By:     */s/ Patrick I. Chavez*
                            Lucy Unger, 36848MO
                            Patrick I. Chavez, 47732MO
                            Bank of America Tower
                            100 North Broadway, 21st Floor
                            St. Louis, Missouri 63102
                            Telephone:  (314) 345-5000
                            Fax:  (314) 345-5055
                            lunger@wvslaw.com
                            pchavez@wvslaw.com


                            Attorneys for Defendants
                            First Data Merchant Services Corp.
                            & CitiCorp Payment Services

Dated:  January 10, 2014

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 10th day of January, 2014, the foregoing was electronically filed with the Clerk of the Eastern District of Missouri, using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

<u>*/s/ Patrick I. Chavez*</u>