**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SCHNUCKS MARKETS, INC., | : |
| Plaintiff, | : |
| | : Case No. 4:13-CV-2226-JAR |
| v. | : |
| | : The Honorable John A. Ross |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC., | : |
| Defendants. | : |

**UNCONTESTED MOTION OF DEFENDANTS**
**FIRST DATA MERCHANT SERVICES CORP. AND**
**CITICORP PAYMENT SERVICES FOR EXTENSION**
**OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD IN**
**RESPONSE TO COMPLAINT OF PLAINTIFF SCHNUCKS MARKETS, INC.**

Defendants, First Data Merchant Services Corp. and Citicorp Payment Services, Inc. (collectively, "Defendants"), by and through undersigned counsel, respectfully request an 8-day extension of time to answer, move or otherwise plead in response to the complaint filed by plaintiff, Schnucks Markets, Inc. ("Schnucks"). Defendants request that the Court permit Defendants to file their responsive pleading on Tuesday, January 21, 2014. Schnucks consents to this request.

WILLIAMS VENKER & SANDERS LLC

By:   */s/ Patrick I. Chavez*
Lucy Unger, 36848MO
Patrick I. Chavez, 47732MO
Bank of America Tower
100 North Broadway, 21st Floor
St. Louis, Missouri 63102
Telephone: (314) 345-5000
Fax: (314) 345-5055
lunger@wvslaw.com
pchavez@wvslaw.com

Dated: January 10, 2014

## **CERTIFICATE OF SERVICE**

  I certify that on this 10th day of January 2014, the foregoing was electronically filed with the Clerk of the Eastern District of Missouri, using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

                   */s/ Patrick I. Chavez*