# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCHNUCKS MARKETS, INC., | |
| Plaintiff, | |
| | Case No. 4:13-CV-2226-JAR |
| v. | |
| | The Honorable John A. Ross |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC., | |
| Defendants. | |

## **ORDER**

AND NOW, this ____ day of _____ 2014, upon consideration of the uncontested motion of defendants, First Data Merchant Services Corp. and Citicorp Payment Services, Inc. (collectively, "Defendants"), to extend time to answer, move or otherwise plead in response to the complaint in the above-referenced matter, it is hereby ORDERED that the motion is GRANTED. Defendants will file their responsive pleading on Tuesday, January 21, 2014.

BY THE COURT:

_____
The Honorable John A. Ross