UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SCHNUCKS MARKETS, INC., :
:
Plaintiff, :
:
v. : Case No. 4:13-CV-2226-JAR
:
: The Honorable John A. Ross
FIRST DATA MERCHANT DATA :
SERVICES CORP., and :
CITICORP PAYMENT SERVICES, INC., :
:
Defendants. :

## ENTRY OF APPEARANCE

COMES NOW Lucy Unger, of the law firm of Williams Venker & Sanders LLC, and hereby enters her appearance on behalf of Defendants First Data Merchant Services Corp. and CitiCorp Payment Services in the above-referenced case.

                                              WILLIAMS VENKER & SANDERS LLC

                              By:    /s/ Lucy T. Unger
                                          Lucy Unger, 36848MO
                                          Patrick I. Chavez, 47732MO
                                          Bank of America Tower
                                          100 North Broadway, 21st Floor
                                          St. Louis, Missouri 63102
                                          Telephone: (314) 345-5000
                                          Fax: (314) 345-5055
                                          lunger@wvslaw.com
                                          pchavez@wvslaw.com

                                          Attorneys for Defendants
                                          First Data Merchant Services Corp.
                                          & CitiCorp Payment Services

Dated: January 10, 2014

## CERTIFICATE OF SERVICE

I certify that on this 13th day of January, 2014, the foregoing was electronically filed with the Clerk of the Eastern District of Missouri, using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Patrick I. Chavez*