RECEIVED
JAN 23 2014
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | |
| Plaintiff, | |
| vs. | Case No. 4:13-CV-2226-JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP., *et al.*, | |
| Defendants. | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12.01(F) of the Local Rules of the United States District Court for the Eastern District of Missouri, I, Craig A. Hoffman ("Movant"), move to be admitted pro hac vice to the bar of this Court for the purpose of representing Plaintiff Schnuck Markets, Inc. in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) <u>Full name of Movant/Attorney:</u>

Craig A. Hoffman

(b) <u>Address and telephone number of Movant/Attorney:</u>

312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202
Telephone: (513) 929-3491
Facsimile: (513) 929-0303
cahoffman@bakerlaw.com

(c) <u>Name of the firm or letterhead under which Movant/Attorney practices:</u>

Baker & Hostetler, LLP

(d) <u>Name of the law school(s) Movant attended and the date(s) of graduation there from:</u>

University of Cincinnati College of Law, 2002

(e) <u>Bars, State and Federal, of which Movant is a member, with dates of admission and registration numbers if any:</u>

State of Ohio, Bar No. 0075182, November 18, 2002
Commonwealth of Kentucky, Bar No. 92437, 2008
United States District Court, Southern District of Ohio, December 22, 2004
United States Court of Appeals, 6th Circuit, February 6, 2006

(f) Movant is a member in good standing of all bars of which Movant is a member and Movant is not under suspension or disbarment from any bar.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this Motion be granted and that Movant be admitted pro hac vice to the bar of this Court to appear in the instant matter.

_____
Craig A. Hoffman