RECEIVED
FEB - 3 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
<u>   Eastern   </u> DIVISION

Schnuck Markets, Inc.

Plaintiff )
)
)
)
)
V. )     Case No. 4:13-CV-2226-JAR
First Data Merchant Services Corp )
and CitiCorp Payment Services, Inc. )
Defendant. )

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, <u>   Amy C. Purcell   </u>, move to be admitted pro hac vice to the bar of this court for the purpose of representing First Data and CitiCorp Services in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
Amy C. Purcell

(b) Address, telephone number and fax number of the movant-attorney;
2000 Market St, 20th Fl, Phila PA 19103; 215-299-2798/2150

(c) Name of the firm or letterhead under which the movant practices;
Fox Rothschild LLP

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
Cornell University, 2005

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
see attached list

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.
Certificate of Good Standing Attached

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.
correct

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

#40835

# LIST FOR COURT ADMISSIONS
## AMY C. PURCELL, ESQUIRE

Pennsylvania Bar Registration Date & Number – 10/25/05 #200953

New Jersey Bar Registration Date & Number – 1/9/06 #031582005

United States District Court for the Eastern District of Pennsylvania – 8/24/06

United States District Court of New Jersey – 2/1/06

United States Court of Appeals, Third Circuit – 12/19/06