

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Amy Purcell, Esq.*

**DATE OF ADMISSION**

*October 25, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 28, 2014

_____
John W. Person Jr., Esq.
Deputy Prothonotary