UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Schnuck Markets, Inc., )
)
    Plaintiff, )
)
vs. ) Case No. 4:13CV-2226 JAR
)
First Data Merchant Data Services, et al.,)
)
    Defendants. )

## ORDER

On the Court's own motion, due to a scheduling conflict, the **Rule 16 Conference** originally set for April 18, 2014 at 12:30 p.m. is reset for **April 18, 2014 at 11:30 a.m.**

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 14th day of April, 2014.