RECEIVED
APR 17 2014
U.S. DISTRICT OF MO
EASTERN DISTRICT
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SCHNUCK MARKETS, INC.        )
                             )
     Plaintiff,              )
                             )
                             )
                             )
V.                           )   Case No. 4:13-cv-2226-JAR
FIRST DATA MERCHANT DATA SERVICES CORP.,  )
AND                          )
CITICORP PAYMENT SERVICES, INC.  )
     Defendant.              )

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, <u>Nicholas T. Solosky</u>, move to be admitted pro hac vice to the bar of this court for the purpose of representing <u>First Data Merchant Services Corp.</u> in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
    Nicholas T. Solosky
(b) Address, telephone number and fax number of the movant-attorney;
    1030 15th STREET, N.W., Suite 380 East, Washington, DC 20005
(c) Name of the firm or letterhead under which the movant practices;
    Fox Rothschild LLP
(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
    University of North Carolina - J.D. 2004
(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
    Please see attached list of Court Date Admissions
(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.
    Certificate of Good Standing attached.
(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

#42325

_____
Signature of Movant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIRST DATA MERCHANT DATA )<br>SERVICES CORP., and )<br>CITICORP PAYMENT SERVICES, INC. )<br>)<br>Defendants. ) | Case No. 4:13-cv-2226-JAR |

### SUPPLEMENT TO MOTION OF NICHOLAS T. SOLOSKY FOR ADMISSION *PRO HAC VICE*

**Bars and Courts With Dates of Admission**

| | | |
|---|---|---|
| District of Columbia Bar | Admitted March 8, 2013 | Bar No. 1012916 |
| Maryland Bar | Admitted December 7, 20012 | N/A |
| New Jersey Bar | Admitted November 15, 2004 | Bar No. 023472004 |
| Pennsylvania | Admitted December 7, 2004 | Bar No. 94114 |
| U.S. District Court for the District of Maryland | Admitted March 4, 2013 | N/A |
| U.S. District Court for the District of New Jersey | Admitted December 31, 2004 | N/A |
| U.S. District Court for the Eastern District of Pennsylvania | Admitted March 15, 2005 | N/A |
| U.S. District Court for the District of Maryland | Admitted March 4, 2013 | N/A |