UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13CV2226 JAR |
| ) | |
| FIRST DATA MERCHANT DATA ) | |
| SERVICES CORP., and ) | |
| CITICORP PAYMENT SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF/COUNTERCLAIM DEFENDANT'S MEMORANDUM IN OPPOSITION TO DEFENDANT/COUNTERCLAIM PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW Plaintiff/Counterclaim Defendant Schnucks Markets, Inc. ("Plaintiff"), by and through its undersigned counsel, and for its Consent Motion for Extension of Time to file its Memorandum in Opposition to Defendants/Counterclaim Plaintiffs First Data Merchant Services Corp. and Citicorp Payment Services, Inc.'s (collectively, "Defendants") Motion for Judgment on the Pleadings, respectfully states as follows:

1. Plaintiff's response to Defendants' Motion for Judgment on the Pleadings is due on or before May 29, 2014.

2. Plaintiff respectfully requests a 10-day extension of time – until June 9, 2014 – in which to file its Memorandum in Opposition to Defendants' Motion for Judgment on the Pleadings.

3. Counsel for Defendants has consented to this request.

4. Granting Plaintiff's request for an extension will not prejudice the Defendants and will not meaningfully delay the progress of this litigation.

WHEREFORE, Plaintiff respectfully requests a 10-day extension of time in which to file their Memorandum in Opposition to Defendants' Motion for Judgment on the Pleadings. A proposed order is attached.

Dated: May 23, 2014

Respectfully submitted,

By: /s/ *Kevin F. Hormuth*
Kevin F. Hormuth, No. 48165 MO
David P. Niemeier, No. 50969 MO
GREENSFELDER, HEMKER & GALE, PC
10 South Broadway, Suite 2000
St. Louis, MO  63102
kfh@greensfelder.com
dpn@greensfelder.com
Telephone: 314.241.9090
Facsimile: 314.345.5466

Daniel R. Warren (*pro hac forthcoming*)
dwarren@bakerlaw.com
Telephone: 216.861.7145
Facsimile: 216.696.0740

Theodore J. Kobus III (*pro hac forthcoming*)
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: tkobus@bakerlaw.com

Craig A. Hoffman (*pro hac forthcoming*)
cahoffman@bakerlaw.com
Telephone:  513.929.3491
Facsimile:  513.929.0303

*Attorneys for Plaintiff Schnuck Markets, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on the 23rd of May, 2014, the foregoing *Consent Motion for Extension of Time* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: _____/s/ *Kevin F. Hormuth*_____
Kevin F. Hormuth