UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:13CV2226 JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC. | ) |
| Defendants. | ) |

# [PROPOSED] ORDER

It is hereby **ORDERED** that the Consent Motion for Extension of Time to Respond to Defendants/Counterclaim Plaintiffs First Data Merchant Services Corp. and Citicorp Payment Services, Inc.'s (collectively, "Defendants") Motion for Judgment on the Pleadings filed by Plaintiff/Counterclaim Defendant Schnucks Markets, Inc. ("Plaintiff") is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall file its Memorandum in Opposition to Defendants' Motion for Judgment on the Pleadings on or before June 9, 2014.

**SO ORDERED.**

_____
HONORABLE JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1480199