UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:13CV2226 JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC. | ) |
| Defendants. | ) |

**PLAINTIFF/COUNTERCLAIM DEFENDANT SCHNUCKS' MOTION FOR LEAVE TO FILE OVER LENGTH MEMORANDUM**

Plaintiff/Counterclaim Defendant Schnuck Markets, Inc. ("Schnucks"), by and through its undersigned attorneys, moves for leave to file an over length Joint Memorandum in Opposition to Defendants/Counterclaim Plaintiffs' Motion for Judgment on the Pleadings and in Support of Schnucks' Cross-Motion for Judgment on the Pleadings.

1. Local Rule 7-4.01(D) provides that a memorandum brief may not exceed fifteen (15) pages without leave of court.

2. Schnucks Memorandum of Law serves the dual purpose of both (1) opposing Defendants/Counterclaim Plaintiffs' Motion for Judgment on the Pleadings, and (2) supporting Schnucks' Cross-Motion for Judgment on the Pleadings.

3. In lieu of filing duplicative Memoranda both in opposition and in support of the Cross-Motions for Judgment on the Pleadings, Schnucks has been able to accomplish both in one Memorandum by exceeding the page limit by only 4 pages (exclusive of the signature block and certificate of service).

4. To fully and efficiently set forth all arguments in support of Schnucks' Motion for Judgment on the Pleadings and all (but similar) arguments in opposition to Defendants' Cross-Motion for Judgment on the Pleadings, it was necessary for Schnucks to exceed the fifteen (15) page limitation.

WHEREFORE, Schnucks respectfully seeks leave of Court to file an over length Joint Memorandum in Opposition to Defendant/Counterclaim Plaintiffs' Motion for Judgment on the Pleadings and Memorandum in Support of its Cross-Motion for Judgment on the Pleadings.

Dated: June 9, 2014

Respectfully submitted,

By:   /s/ Kevin F. Hormuth
Kevin F. Hormuth, No. 48165 MO
David P. Niemeier, No. 50969 MO
GREENSFELDER, HEMKER & GALE, PC
10 South Broadway, Suite 2000
St. Louis, MO  63102
kfh@greensfelder.com
dpn@greensfelder.com
Telephone: 314.241.9090
Facsimile: 314.345.5466

Craig A. Hoffman (*pro hac vice*)
cahoffman@bakerlaw.com
Telephone:  513.929.3491
Facsimile:  513.929.0303

*Attorneys for Plaintiff Schnuck Markets, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 9th of June, 2014, the foregoing *Memorandum in Opposition to Defendant's Motion for Judgment on the Pleadings* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> By:     /s/ Kevin F. Hormuth
>             Kevin F. Hormuth

1482871