# Exhibit 1

### Schedule A
### Fee Schedule

1. **Bankcard Fees (per transaction):** 

    (a) The Bankcard Service Fee of ▇▇▇▇ per Visa and/or MasterCard transaction. Sales plus Interchange and Assessments will be charged daily and is based on:

        (i) An average ticket of ▇▇▇▇ and
        (ii) An annual bankcard volume of ▇▇▇▇

    (b) The interchange fees, assessments and qualifying criteria set forth in Attachment I annexed hereto may be changed from time to time as mandated by the Associations. Unless otherwise permitted under the Agreement, FDMS's fees shall not change during the term of this Agreement.

    (c) Each Foreign Visa/MasterCard transaction submitted by Customer will be subject to a international transaction handling fee. The fees set forth in this Section may be adjusted without notice to reflect increases or decreases in applicable sales or telecommunication taxes as levied by federal, state or local authorities.

2. **Additional Services Fees (per item):**
   ACH Deposit
   ACH Reject
   Chargeback Fee
   Retrievals
   Adjustments
   Paper Statement Fee     ▇▇▇ per month, if ClientLine not used
   Voice Authorization
   Down-line Loads     ▇▇▇ each full, ▇▇▇ each partial
   Custom Reporting     ▇▇▇ per hour
   Daily Wire Fee

**General Pricing Information for Credit Transactions:**

1. Billable transactions include: purchases, returns, declines, reversals, terminal balancing totals and authorizations.

2. The Visa/MC transaction fee includes authorization, data capture and settlement.

3. The fees and charges set forth on this Schedule A are in addition to all other Third Party fees and all fees due and payable to Servicers and/or any applicable Third Party, will be collected by Servicers as set forth in the Bankcard Addendum.

4. Supplies provided at FDMS' then-current costs, plus a minimum supplies handling fee of ▇▇▇ per shipment.

5. Customer shall be responsible for payment of all shipping costs associated with any equipment purchased, leased or maintained by Servicers hereunder.

Attachment I    Interchange Fees, Qualifications and Assessment Fees
Attachment II   Other Card Services
Attachment III  Debit Services Addendum
Attachment IV  EBT Services Addendum

ATTACHMENT I

 

**Visa / MasterCard Interchange Rates for Supermarkets (Includes Fuel)**
**Interchange rates consist of straight pass through fees, dues and assessments**

**Effective April 15, 2011**

| MASTERCARD | Internal Code | Interchange Includes Assessment Fees % | Interchange/ Acquirer Access Fee $ |
|---|---|---|---|
| MERIT III | ■ | ■ | ■ |
| MERIT III - DEBIT | ■ | ■ | ■ |
| KEY-ENTERED | ■ | ■ | ■ |
| KEY-ENTERED - DEBIT | ■ | ■ | ■ |
| STANDARD | ■ | ■ | ■ |
| STANDARD - DEBIT | ■ | ■ | ■ |
| SUPERMARKET | ■ | ■ | ■ |
| SUPERMARKET - DEBIT (ABOVE CAP) (2) | ■ | ■ | ■ |
| CONVENIENT PAYMENT | ■ | ■ | ■ |
| DATA RATE I | ■ | ■ | ■ |
| DATA RATE II - PETROLEUM | ■ | ■ | ■ |
| CORPORATE FACE TO FACE -PETROLEUM | ■ | ■ | ■ |
| CORPORATE STANDARD | ■ | ■ | ■ |
| INTERNATIONAL CORPORATE | ■ | ■ | ■ |
| INTERNATIONAL ELECTRONIC | ■ | ■ | ■ |
| INTERNATIONAL STANDARD | ■ | ■ | ■ |
| SMALL TICKET-DEBIT | ■ | ■ | ■ |
| PETROLEUM CAT/AFD - DEBIT | ■ | ■ | ■ |
| PETROLEUM SERVICE STATION - DEBIT | ■ | ■ | ■ |
| SUPERMARKET - DEBIT (BELOW CAP) (2) | ■ | ■ | ■ |
| WORLD MC STANDARD | ■ | ■ | ■ |
| WORLD MC KEY ENTERED | ■ | ■ | ■ |
| WORLD MC Merit III Base | ■ | | ■ |
| WORLD MC CONV. PURCHASES | ■ | ■ | ■ |
| WORLD MC SUPERMARKET Base | ■ | ■ | ■ |
| INTERNATIONAL CORPORATE | ■ | ■ | ■ |
| INTERNATIONAL ELECTRONIC | ■ | ■ | ■ |
| INTERNATIONAL STANDARD | ■ | ■ | ■ |
| WORLD ELITE KEY-ENTERED | ■ | ■ | ■ |
| WORLD ELITE MERIT III | ■ | ■ | ■ |
| WORLD ELITE SUPERMARKET BASE | ■ | ■ | ■ |

Page 1 of 4

<mark>
<mark>



**Citi Merchant Services**
Provided by First Data Merchant Services Corporation

**First Data.**

| Item | Internal Code | Interchange Includes Assessment Fees % | Interchange/ Acquirer Access Fee $ |
|---|---|---|---|
| Enhanced Merit III Base - Credit | ■ | ■ | ■ |
| Enhanced Supermarket Base - Credit | ■ | ■ | ■ |
| Enhanced Convenience Purchases - Credit | ■ | ■ | ■ |
| Enhanced Key Entered - Credit | ■ | ■ | ■ |
| Enhanced Petroleum Base (inside) - Credit | ■ | ■ | ■ |
| Enhanced Petroleum Base (outside) - Credit | ■ | ■ | ■ |
| Enhanced Petroleum Base (inside CAP) - Credit | ■ | ■ | ■ |
| Enhanced Petroleum Base (outside CAP) - Credit | ■ | ■ | ■ |
| Petroleum Base (inside) - Credit | ■ | ■ | ■ |
| Petroleum Base (outside) - Credit | ■ | ■ | ■ |
| Petroleum Base (inside CAP) - Credit | ■ | ■ | ■ |
| Petroleum Base (outside CAP) - Credit | ■ | ■ | ■ |
| World Petroleum Base (inside) | ■ | ■ | ■ |
| World Petroleum Base (outside) | ■ | ■ | ■ |
| World Petroleum Base (inside CAP) | ■ | ■ | ■ |
| World Petroleum Base (outside CAP) | ■ | ■ | ■ |
| World Elite Petroleum Base (Inside) | ■ | ■ | ■ |
| World Elite Petroleum Base (Outside) | ■ | ■ | ■ |
| World Elite Petroleum Base (Inside CAP) | ■ | ■ | ■ |
| World Elite Petroleum Base (Outside CAP) | ■ | ■ | ■ |
| Petroleum—CAT/AFD (CAP) | ■ | ■ | ■ |
| Petroleum—Service Stations (CAP) | ■ | ■ | ■ |
| World Business Data Rate 1 | ■ | ■ | ■ |
| World Business Petroleum Data Rate 2 | ■ | ■ | ■ |
| World Business Petro Face-to-Face | ■ | ■ | ■ |
| High Value Key-Entered | ■ | ■ | ■ |
| High Value Merit III Base 1 | ■ | ■ | ■ |
| High Value Supermarket Base | ■ | ■ | ■ |
| High Value Petroleum Base - Inside - Below Cap | ■ | ■ | ■ |
| High Value Petroleum Base - Inside - Above Cap | ■ | ■ | ■ |
| High Value Petroleum Base - Outside - Below Cap | ■ | ■ | ■ |
| High Value Petroleum Base - Outside - Above Cap | ■ | ■ | ■ |
| MasterCard Pay With Rewards | ■ | ■ | ■ |

**VISA**

| Item | Internal Code | Interchange Includes Assessment Fees % | Interchange/ Acquirer Access Fee $ |
|---|---|---|---|
| CPS/RETAIL CREDIT | ■ | ■ | ■ |
| CPS/RETAIL CREDIT – DEBIT | ■ | ■ | ■ |
| CPS/RETAIL CHECK CARD – DEBIT | ■ | ■ | ■ |

Page 2 of 4



**CITI Merchant Services**
Provided by First Data Merchant Services Corporation

**First Data.**

| Description | | | |
|---|---|---|---|
| CPS/CARD NOT PRESENT | ■ | ■ | ■ |
| CPS/CARD NOT PRESENT – DEBIT | ■ | ■ | ■ |
| CPS/CAT** | ■ | ■ | ■ |
| CPS/CAT** – DEBIT | ■ | ■ | ■ |
| CPS/SUPERMARKET CREDIT | ■ | ■ | ■ |
| CPS/SUPERMARKET – DEBIT (Below Max) (1) | ■ | ■ | ■ |
| CPS/SUPERMARKET – DEBIT (Above Max) (1) | ■ | ■ | ■ |
| ELEC INTERCHANGE RATE(EIRF) | ■ | ■ | ■ |
| ELEC INTERCHANGE RATE(EIRF) – DEBIT | ■ | ■ | ■ |
| STANDARD INTERCHANGE RATE | ■ | ■ | ■ |
| STANDARD INTERCHANGE RATE – DEBIT | ■ | ■ | ■ |
| COMMERCIAL ELECTRONIC RATE | ■ | ■ | ■ |
| COMMERCIAL STANDARD RATE | ■ | ■ | ■ |
| CPS/SMALL TICKET | ■ | ■ | ■ |
| CPS/SERVICE STATION | ■ | ■ | ■ |
| CPS/SERVICE STATION – DEBIT | ■ | ■ | ■ |
| VISA CORPORATE NON-TRAVEL LEVEL 2 | ■ | ■ | ■ |
| VISA CPS / REWARD 1 | ■ | ■ | ■ |
| VISA CPS / REWARDS 2 | ■ | ■ | ■ |
| COMMERCIAL NON-TRAVEL LEVEL 2 | ■ | ■ | ■ |
| Visa Business card – Card Not Present | ■ | ■ | ■ |
| Visa Business card – Retail | ■ | ■ | ■ |
| Visa Corporate card – Card Not Present | ■ | ■ | ■ |
| Visa Corporate card – Retail | ■ | ■ | ■ |
| Visa Purchasing card – Card Not Present | ■ | ■ | ■ |
| Visa Purchasing card – Retail | ■ | ■ | ■ |
| Signature Preferred RTL | ■ | ■ | ■ |
| Signature Preferred Card Not Present | ■ | ■ | ■ |
| Signature Preferred Standard | ■ | ■ | ■ |
| Non-Domestic CPS/RETAIL CREDIT | ■ | ■ | ■ |
| Non-Domestic CPS/CARD NOT PRESENT | ■ | ■ | ■ |
| Non-Domestic CPS/CAT** | ■ | ■ | ■ |
| Non-Domestic CPS/SUPERMARKET CREDIT | ■ | ■ | ■ |
| Non-Domestic ELEC INTERCHANGE RATE(EIRF) | ■ | ■ | ■ |
| Non-Domestic STANDARD INTERCHANGE RATE | ■ | ■ | ■ |
| Non-Domestic VISA CPS / REWARD 1 | ■ | ■ | ■ |
| Non-Domestic VISA CPS / REWARDS 2 | ■ | ■ | ■ |
| Non-Domestic Visa Business card – Card Not Present | ■ | ■ | ■ |
| Non-Domestic Visa Business card – Retail | ■ | ■ | ■ |
| Non-Domestic Visa Corporate card – Card Not Present | ■ | ■ | ■ |
| Non-Domestic Visa Corporate card – Retail | ■ | ■ | ■ |

 

Citi Merchant Services
Provided by First Data Merchant Services Corporation

| | | | |
|---|---|---|---|
| Non-Domestic Visa Purchasing card – Card Not Present | ■ | ■ | ■ |
| Non-Domestic Visa Purchasing card – Retail | ■ | ■ | ■ |
| Non-Domestic Signature Preferred Card Not Present | ■ | ■ | ■ |
| Non-Domestic Signature Preferred Standard | ■ | ■ | ■ |
| CPS/AFD Debit CAP | ■ | ■ | ■ |
| CPS/ Retail Service Station CAP | ■ | ■ | ■ |
| EIRF Petroleum Debit CAP | ■ | ■ | ■ |
| VISA INSIDE FUEL RATE | ■ | ■ | ■ |
| VISA NON DOMESTIC INSIDE FUEL RATE | ■ | ■ | ■ |
| VISA OUTSIDE FUEL RATE | ■ | ■ | ■ |
| VISA NON DOMESTIC OUTSIDE FUEL RATE | ■ | ■ | ■ |
| Visa Signature Preferred Outside Fuel | ■ | ■ | ■ |
| Non Domestic Visa Signature Preferred Outside Fuel | ■ | ■ | ■ |
| Visa Signature Preferred Inside Fuel | ■ | ■ | ■ |
| Non Domestic Visa Signature Preferred Inside Fuel | ■ | ■ | ■ |
| Non Domestic Visa Business and Visa Signature Business card | ■ | ■ | ■ |
| Non Domestic Visa Corporate card | ■ | ■ | ■ |
| Non Domestic Visa Purchasing and Distribution card | ■ | ■ | ■ |
| Non Domestic Visa Infinite card | ■ | ■ | ■ |
| Non Domestic Visa Signature card | ■ | ■ | ■ |
| Non Domestic Electronic | ■ | ■ | ■ |
| Non Domestic Electronic – Visa Electron | ■ | ■ | ■ |
| Non Domestic Standard | ■ | ■ | ■ |
| Non Domestic Standard – Visa Electron | ■ | ■ | ■ |
| Issuer Chip | ■ | ■ | ■ |
| Issuer Chip – Visa Electron | ■ | ■ | ■ |

- Visa CPS/Supermarket Debit Base Interchange will be capped at ■■ (includes fees and assessments). Any transaction qualifying for CPS/Supermarket Base which exceeds ■ will receive the capped interchange rate code of DS2, representing the application of the cap.
- Visa CPS/Service Station Debit and CPS/AFD Debit Interchange will be capped at ■■ (including fees and assessments). Any transaction qualifying for CPS/Service Station Debit or CPS/AFD Debit which exceeds ■ will receive the capped interchange rate code of C18 and C11, respectively, representing the application of the cap.
- MasterCard Supermarket Debit transactions also will be capped at ■ (includes fees and assessments) D71 represents those transaction that are below cap. D81 represents those transactions that are above the cap.

## Attachment II to Schedule A
## Other Card Services

This Attachment II to Schedule A supplements the Merchant Bankcard Addendum (the "Bankcard Addendum") to which it is attached and sets forth the terms applicable to FDMS provision of the specified services for the Card transactions issued by the entities set forth below:

| American Express | __x__ | JCB | _____ | SVS Gift Card | __x__ |
| Diners Club | _____ | Discover | _x_ | BlackHawk | __x__ |

The Card issuing entities selected above are collectively referred to as ("Issuer") unless otherwise specified in this Attachment II.

1. **FEES**:
   Authorization
   (Per transaction)
American
Express*:
Diners Club:
JCB:
Discover*:
SVS Gift Card
BlackHawk
*Fleet:
Voyager**:
*Wright Express:



*Card processing services for these transaction types may be subject to a separate agreement.
**Servicers will settle Voyager transactions directly to merchants. All other Card types listed in this Attachment shall be settled by the Card Issuer.

General Pricing Information:
Billable transactions include: purchases, returns, declines, reversals, authorizations & terminal balancing totals.

The credit card transaction fee includes authorization and data capture. Settlement and payment for such card types will be provided by the applicable third party provider, pursuant to the agreement between Customer and such third party provider.

The fees and charges set forth on this Schedule are in addition to all other third party fees and all fees due and payable to Servicers and/or any applicable third party, will be collected by Servicers as set forth in the Bankcard Addendum.

2. **GENERAL**: Customer understands and acknowledges that FDMS' sole responsibility with respect to ISSUER Card transactions shall be to provide the services specified in this Attachment.

In the event Customer has a separate Issuer Agreement with a respective Issuer, all Chargeback and financial obligations including but not limited to fees and issues related thereto shall be governed by the terms of such Issuer Agreement. Notwithstanding the foregoing, in the event FDMS is providing settlement services for Diners Club and/or JCB transactions FDMS shall be responsible for providing such services pursuant to the terms of the Bankcard Addendum. Customer shall comply with all terms and conditions of the Issuer Agreement and the applicable rules, regulations, interpretations and other requirements of the respective Issuer and shall not seek authorization for or submit for processing or settlement hereunder any Issuer Card transactions at anytime when Customer does not have in effect a valid Issuer Agreement with such Issuer. Customer agrees to notify FDMS immediately upon the termination of any Issuer Agreement to which it is a party. Upon such termination, FDMS shall have no further obligations hereunder to provide any services to Customer with respect to any transactions involving such Issuer Cards.

6. Customer further understands that any claims it may have regarding the Debit Services may not be offset against non PIN Debit sales.

7. Customer assumes all responsibility for paper copy of debit card transactions, pursuant to the appropriate debit card network rules.

8. Within one (1) business day of the original transaction, Customer must balance each location to the FDMS system for each business day that each location is open. If Customer determines that transaction(s) have been processed in error, Customer will initiate the appropriate transaction for adjustment to correct the transaction in question. Customer is responsible for all applicable adjustment fees per appropriate debit card network.

9. Customer shall be responsible for all telephone message unit costs, if any, as they are incurred by Customer for any of the services provided.

10. The responsibility for the installation of and training in the use of terminals shall be dependent upon the type of equipment or system being utilized by Customer.

11. FDMS shall settle debit card transaction proceeds to Customer daily, via a deposit to Customer's Settlement Account. All such settlements to Customer will not be net of adjustments, network fees or Servicers' fees. Servicers shall invoice Customer monthly for all such fees and debit Customer's Settlement Account monthly in the amount of such invoice. Notwithstanding the foregoing, FDMS reserves the right to change the process at any time during the term of this Agreement with 30 days prior notice to Customer, to settle debit transactions daily based on gross sales, net of applicable interchange, network switch fees, and adjustments fees.

12. The fees for the PIN Debit network used to process your transaction will be applied. Which PIN Debit Network will be used will depend upon the availability of the network at the time of the transaction, whether a particular PIN Debit Card is enabled for a particular network, the routing requirements established by the networks and the card issuers, or other factors. You agree that we may, at our sole discretion, utilize any PIN Debit Network available to us for a given transaction.

13. **Customer shall be responsible for the following debit related fees:**
    FDMS DEBIT FEE            ███ per transaction
    Debit Adjustments         ███

### General Pricing Information:
1. Billable transactions include: purchases, returns, declines, reversals, and authorizations.

2. The PIN Debit Network transactions include authorization, settlement and sponsorship.

3. The fees and charges set forth on this Schedule are in addition to all other third party fees and all fees due and payable to Servicers and/or any applicable third party, will be collected by Servicers as set forth in the Agreement. In addition, Customer will also be charged the network fees on a per transaction per network basis, pursuant to Section 11, above.

CUSTOMER AGREES THAT THE ABOVE-REFERENCED NETWORK FEES ARE CONTROLLED BY SAID NETWORK(S) AND ARE SUBJECT TO CHANGE BY THE NETWORK(S) AND THEREFORE TO THE CUSTOMER AT ANY TIME. SERVICERS WILL USE COMMERCIALLY REASONABLE EFFORTS TO NOTIFY CUSTOMER PRIOR TO ANY EFFECTIVE CHANGE.