# Exhibit 4



# Account Data Compromise User Guide

11 July 2012

# Chapter 7   Financial Settlement

*This chapter describes financial settlement of losses encountered as a result of an ADC Event, including operational reimbursement, fraud recovery, and ADC Event case management.*

7.1 Overview ............................................................................................................................. 7-1

7.2 ADC Event Financial Settlement Information ......................................................................... 7-1

    7.2.1 Operational Reimbursement................................................................................................ 7-1

    7.2.2 Operational Reimbursement Billing Event Codes ........................................................... 7-1

    7.2.3 Fraud Recovery—Responsible Member Responsibility.................................................... 7-1

    7.2.4 Fraud Recovery Billing Event Codes .............................................................................. 7-2

    7.2.5 Event Case Management ................................................................................................... 7-2

7.3 ADC Event Financial Settlement Information for Issuers ........................................................ 7-4

    7.3.1 Operational Reimbursement Notification ........................................................................ 7-4

    7.3.2 Operational Reimbursement Billing Event Codes and Administrative Fees for Issuers.................................................................................................................................... 7-4

    7.3.3 Fraud Recovery—Reimbursement Notification............................................................... 7-5

    7.3.4 Fraud Recovery Billing Event Codes and Administrative Fees for Issuers....................... 7-5

©2009–2012 MasterCard. Proprietary. All rights reserved.

## 7.1 Overview

The following depicts where identification of the final financial liability falls in the life cycle of an ADC Event.



## 7.2 ADC Event Financial Settlement Information

A final step of a MasterCard Account Data Compromise event is determining the final financial responsibility. For an ADC case, there are four types of potential responsibility:

- Operational Reimbursement liability
- Fraud Recovery Liability
- Case Management Fee
- Non-compliance assessment associated with a MasterCard Rules violation

When MasterCard determines that the ADC investigation is complete, financial responsibility is communicated (see Appendix E, Final Responsibility Letter). Section 7.3 identifies the billing events associated with final liability.

### 7.2.1 Operational Reimbursement

MasterCard will notify the responsible customer of any operational reimbursement responsibility.

### 7.2.2 Operational Reimbursement Billing Event Codes

Upon completion of the OR process, MasterCard debits the responsible customer(s) through MCBS. The debit appears on the weekly MCBS billing statement. For billing event codes associated with operational reimbursement debits, refer to the *MasterCard Consolidated Billing System* (MCBS) document.

### 7.2.3 Fraud Recovery—Responsible Member Responsibility

MasterCard notifies the responsible customer of FR.

## 7.2.4 Fraud Recovery Billing Event Codes

Upon completion of the FR process MasterCard will debit the responsible customer using MCBS. The debits will appear on the weekly MCBS billing statement. For billing event codes associated with fraud recovery debits, refer to the *MasterCard Consolidated Billing System* (MCBS) document.

## 7.2.5 Event Case Management

The responsible customer will be notified of the event case management fee through notice to a customer ADC compliance contact, security contact, and/or compliance contact. The case management fee is assessed after an ADC case has been closed. Refer to Appendix G, Case Management Fee Letter for a sample Case Management Fee Letter.

The following table depicts the case management fee structure for ADC cases opened before 30 September 2011.

**Table 7.1 Case Management Fee Structure (for cases opened before 30 September 2011)**

| Tier | Minimum No. of Accounts | Maximum No. of Accounts | Billing Event Code (USD) | Billing Event Code (EUR) | Billing Event Code (Reals) | Fee (USD) | Fee (EUR) | Fee (Reals) |
|---|---|---|---|---|---|---|---|---|
| | *Acquirer Investigation* | *Acquirer Investigation* | 2SC1208 | 2KS1208 | 2SC1208 | 500 | 500 | 1,300 |
| 6 | 0 | 9,999 | 2SC1213 | 2KS1213 | 2SC1213 | 2,500 | 2,500 | 6,500 |
| 5 | 10,000 | 99,999 | 2SC1212 | 2KS1212 | 2SC1212 | 7,500 | 7,500 | 19,500 |
| 4 | 100,000 | 999,999 | 2SC1211 | 2KS1211 | 2SC1211 | 40,000 | 40,000 | 105,000 |
| 3 | 1,000,000 | 4,999,999 | 2SC1210 | 2KS1210 | 2SC1210 | 100,000 | 100,000 | 265,000 |
| 2 | 5,000,000 | 14,999,999 | 2SC1209 | 2KS1209 | 2SC1209 | 150,000 | 150,000 | 400,000 |
| 1 | 15,000,000 | >15,000,001 | 2SC1216 | 2KS1216 | 2SC1216 | 250,000 | 250,000 | 650,000 |

The following table depicts the case management fee structure for ADC cases opened after 30 September 2011.

©2009–2012 MasterCard. Proprietary. All rights reserved.

Table 7.2 Case Management Fee Structure (for cases opened after 30 September 2011)

| Minimum No. of Accounts | Maximum No. of Accounts | Billing Event Code (USD) | Billing Event Code (EUR) | Billing Event Code (Reals) | Fee (USD) | Fee (EUR) | Fee (Reals) |
|---|---|---|---|---|---|---|---|
| *Acquirer Investigation* | *N/A* | 2SC1220 | 2KS1220 | 2SC1220 | 1,200 | 1,200 | 2,400 |
| 1 | 10,000 | 2SC1221 | 2KS1221 | 2SC1221 | 6,000 | 6,000 | 12,000 |
| 10,001 | 25,000 | 2SC1222 | 2KS1222 | 2SC1222 | 16,000 | 16,000 | 32,000 |
| 25,001 | 50,000 | 2SC1223 | 2KS1223 | 2SC1223 | 30,000 | 30,000 | 60,000 |
| 50,001 | 100,000 | 2SC1224 | 2KS1224 | 2SC1224 | 50,000 | 50,000 | 100,000 |
| 100,001 | 500,000 | 2SC1225 | 2KS1225 | 2SC1225 | 100,000 | 100,000 | 200,000 |
| 500,001 | 1,000,000 | 2SC1226 | 2KS1226 | 2SC1226 | 150,000 | 150,000 | 300,000 |
| 1,000,001 | 5,000,000 | 2SC1227 | 2KS1227 | 2SC1227 | 250,000 | 250,000 | 500,000 |
| 5,000,001 | 15,000,000 | 2SC1228 | 2KS1228 | 2SC1228 | 350,000 | 350,000 | 700,000 |
| 15,000,001 | None | 2SC1229 | 2KS1229 | 2SC1229 | 400,000 | 400,000 | 800,000 |

The following table depicts the case management fee structure for ADC cases opened after 30 September 2011.

Table 7.3 Standard Case Management Fee Structure (for acquirer-reported cases opened after 30 September 2011)

| Minimum No. of Accounts | Maximum No. of Accounts | Billing Event Code (USD) | Billing Event Code (EUR) | Billing Event Code (Reals) | Fee (USD) | Fee (EUR) | Fee (Reals) |
|---|---|---|---|---|---|---|---|
| *Acquirer Investigation* | *N/A* | 2SC1230 | 2KS1230 | 2SC1230 | 600 | 600 | 1,200 |
| 1 | 10,000 | 2SC1231 | 2KS1231 | 2SC1231 | 3,000 | 3,000 | 6,000 |
| 10,001 | 25,000 | 2SC1232 | 2KS1232 | 2SC1232 | 8,000 | 8,000 | 16,000 |
| 25,001 | 50,000 | 2SC1233 | 2KS1233 | 2SC1233 | 15,000 | 15,000 | 30,000 |
| 50,001 | 100,000 | 2SC1234 | 2KS1234 | 2SC1234 | 25,000 | 25,000 | 50,000 |
| 100,001 | 500,000 | 2SC1235 | 2KS1235 | 2SC1235 | 50,000 | 50,000 | 100,000 |
| 500,001 | 1,000,000 | 2SC1236 | 2KS1236 | 2SC1236 | 75,000 | 75,000 | 150,000 |
| 1,000,001 | 5,000,000 | 2SC1237 | 2KS1237 | 2SC1237 | 125,000 | 125,000 | 250,000 |

©2009–2012 MasterCard. Proprietary. All rights reserved.

| Minimum No. of Accounts | Maximum No. of Accounts | Billing Event Code (USD) | Billing Event Code (EUR) | Billing Event Code (Reals) | Fee (USD) | Fee (EUR) | Fee (Reals) |
|---|---|---|---|---|---|---|---|
| 5,000,001 | 15,000,000 | 2SC1238 | 2KS1238 | 2SC1238 | 175,000 | 175,000 | 350,000 |
| 15,000,001 | None | 2SC1239 | 2KS1239 | 2SC1239 | 200,000 | 200,000 | 400,000 |

# 7.3 ADC Event Financial Settlement Information for Issuers

A final step of a MasterCard ADC Event is reimbursing issuers for losses incurred as the result of an ADC Event. There are two types of issuer reimbursement:.

- Operational Reimbursement
- Fraud Recovery

The week prior to reimbursement, MasterCard endeavors to send a reimbursement (credit) letter to each issuer that MasterCard anticipates will receive reimbursement. The following sections explain the communication and billing events associated with issuer reimbursement.

## 7.3.1 Operational Reimbursement Notification

MasterCard credits an issuer's MCBS account with the ADC operational reimbursement payout for applicable parent ICA numbers.

A breakdown of the operational reimbursement by the bank identification number (BIN) level is available upon request. For more information, refer to section 6.4.3 ADC Operational Reimbursement—BIN Reports

## 7.3.2 Operational Reimbursement Billing Event Codes and Administrative Fees for Issuers

Upon completion of the OR process, MasterCard credits issuers through MCBS. The credits and administrative fees appear on the weekly MCBS billing statement. Detailed below are the billing event codes associated with OR credits.

| Country/Region | Billing Event | MCBS Statement Description |
|---|---|---|
| U.S. | 2PN-CRD2325 | ADC—Credit for Operational Reimbursement |
| Brazil | 2PN-CRD2325 | ADC—Credit for Operational Reimbursement |

For details regarding the OR administrative fees, refer to the *MasterCard Consolidated Billing System* document.

### 7.3.3 Fraud Recovery—Reimbursement Notification

MasterCard credits the issuer's MCBS account with the total ADC fraud recovery payout for applicable parent ICA numbers.

A breakdown of the fraud recovery by bank identification number (BIN) level is available upon request. For more information, refer to section 6.5.3 ADC Fraud Recovery—BIN Reports.

### 7.3.4 Fraud Recovery Billing Event Codes and Administrative Fees for Issuers

Upon completion of the FR process MasterCard credits issuers through MCBS. The credits and administrative fees appear on the weekly MCBS billing statement. Following are the detailed billing event codes associated with FR credits.

The following table shows ADC FR codes that appear on the MCBS statement.

| Country/Region | MCBS Billing Event ID | Description |
|---|---|---|
| U.S. | 2SC-CRD1214 | US Credit (Issuer) |
| Brazil | 2SC-CRD1214 | Brazil Credit (Issuer) |

For details regarding the FR administrative fees, refer to the *MasterCard Consolidated Billing System* document.

# Appendix A   Required ADC File Format

*This appendix provides the defined file format and layout for submitting account data to MasterCard for all methods of file submission.*

Required ADC File Format..............................................................................................................A-1

©2009–2012 MasterCard. Proprietary. All rights reserved.

# Required ADC File Format

Following is the defined file format and layout for submitting account data to MasterCard for all methods of file submission. The only required field in the file format is the account number; all other fields are optional. MasterCard requests all the data in the format defined below, for fraud analysis, but will accept the account number only, if additional data is not available.

**NOTE**

**MasterCard requests that the customers submit all files as a Microsoft Excel® (*.xlsx) or text (*.txt) file.**

| Field | Position | Length | Description |
|---|---|---|---|
| Primary Account Number (PAN) | 1–19 | 19 | **Required**, numeric; left-justified; trailing spaces |
| Expiration Date | 20–23 | 4 | **Optional**, YYMM |
| Transaction Amount | 24–35 | 12 | **Optional**, Numeric; right-justified; leading zeros; in currency of transaction |
| Transaction Date | 36–43 | 8 | **Optional**, YYMMDD—Date the transaction occurred |
| MCC | 44–47 | 4 | **Optional**, Must be a valid MCC as defined in the MasterCard *Quick Reference Booklet*[1] |
| POS Entry Mode | 48–49 | 2 | **Optional**, Numeric codes indicating the entry mode of the PAN into the interchange system. Refer to the *Customer Interface Specification*[1] manual for values. |
| Issuer Customer Number (customer ID/ICA number) | 50–56 | 7 | **Optional**, Numeric; right-justified; leading zeros |
| Acquirer Customer Number (customer ID/ICA number) | 57–63 | 7 | **Optional**, Numeric; right-justified; leading zeros. |
| Merchant ID | 64–78 | 15 | **Optional**, Alphanumeric; left-justified; add trailing spaces. Unique merchant identifier |

---

1. The manual is available in the Publications product on MasterCard OnLine.

©2009–2012 MasterCard. Proprietary. All rights reserved.

**Required ADC File Format**
Required ADC File Format

| Field | Position | Length | Description |
|-------|----------|--------|-------------|
| Merchant Name | 79–100 | 22 | **Optional**, Alphanumeric; left-justified; add trailing spaces. Name of the card acceptor ("Doing Business As" name). |
| Merchant City | 101–113 | 13 | **Optional** Alphanumeric; left-justified |
| Merchant State/Province | 114–116 | 3 | **Optional**, Left-justified; trailing spaces |
| Merchant Country | 117–119 | 3 | **Optional**, Must be a valid three-character, alphabetic country code as defined in the *Quick Reference Booklet*[1] |
| Terminal ID | 120–127 | 8 | **Optional**, Unique code identifying a terminal at the card acceptor location (merchant); must be unique within the terminal-owning organization |

©2009–2012 MasterCard. Proprietary. All rights reserved.

# Appendix B   ADC Event Status Report

*This appendix provides a sample report for the weekly ADC Event reporting. These forms can be copied or printed.*

ADC Event Status Report ............................................................................................................... B-1

ADC Investigation Weekly Status Report ...................................................................................... B-1

# ADC Event Status Report

This form is a sample report for ADC Event weekly reporting. These forms can be copied or printed when providing a report to the MasterCard fraud investigator.

This form may change from time to time. The most current version of the form should always be used and is available in this user guide, which will remain available through the MasterCard OnLine® Publications Web site.

# ADC Investigation Weekly Status Report

**Date:** _____

**Case Number:** _____

| **Acquirer Contact Information** | |
|---|---|
| Contact Name | |
| Contact Phone Number | |
| **Alternate Acquirer Contact** | |
| Contact Name | |
| Contact Phone Number | |
| **Compromised Entity Information** | |
| Merchant (or Agent) Name | |
| Location | |
| PFI Engagement Date | |
| PFI Onsite Date | |
| Preliminary Report Estimated Date | |
| Final Report Estimated Date | |
| **New Investigation Findings** | |
| For Example<br>MasterCard account count to-date—Track Data, PAN only (or Status of Scans for MasterCard account data, e.g., 50% complete, etc.) | |
| **Other Updates/Comments** | |

**ADC Event Status Report**

**ADC Investigation Weekly Status Report**

Please forward the secured completed status report by e-mail to account_data_compromise@mastercard.com, to the attention of the investigator managing the case.

©2009–2012 MasterCard.  Proprietary.  All rights reserved.