UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 4:13CV2226 JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC. | ) ) ) ) ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A MEMORANDUM IN FURTHER SUPPORT OF DEFENDANTS/ COUNTERCLAIM PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS AND IN OPPOSITION TO PLAINTIFF/ COUNTERCLAIM DEFENDANT'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS**

COME NOW Defendants/Counterclaim Plaintiffs First Data Merchant Services Corp. and Citicorp Payment Services, Inc. (collectively, "Defendants"), by and through their undersigned counsel, for this Consent Motion for Extension of Time to file a Memorandum in further support of their Motion for Judgment on the Pleadings and in Opposition to Plaintiff/Counterclaim Defendant Schnucks Markets, Inc.'s ("Plaintiff") Cross-Motion for Judgment on the Pleadings. In support of this Consent Motion, Defendants respectfully state as follows:

1. Defendants' reply and opposition is due on or before June 16, 2014.

2. Defendants respectfully request a 10-day extension of time – until June 26, 2014 – in which to file their Memorandum in further support of the pending Motion for Judgment on the Pleadings and in Opposition to Plaintiff's Cross-Motion for Judgment on the Pleadings.

3. Counsel for Plaintiff has consented to this request.

4. A corresponding extension was provided to Plaintiff by the Court on May 27, 2014. See ECF Docket Entry No. 41.

5. Granting Defendants' request for an extension will not prejudice the Plaintiff and will not meaningfully delay the progress of this litigation.

WHEREFORE, Defendants respectfully request a 10-day extension of time in which to file a Memorandum in further support of the pending Motion for Judgment on the Pleadings and in Opposition to Plaintiff's Cross-Motion for Judgment on the Pleadings. A proposed order is attached.

Respectfully Submitted,

FOX ROTHSCHILD LLP

Dated: June 11, 2014

By: */s/ Joshua Horn*
Joshua Horn (admitted *pro hac vice*)
Amy C. Purcell (admitted *pro hac vice*)
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
215-299-2000
Fax: 215-299-2150
Email: jhorn@foxrothschild.com
Email: apurcell@foxrothschild.com

ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS FIRST DATA MERCHANT SERVICES CORP. AND CITICORP PAYMENT SERVICES, INC.

**Lucy T. Unger**, #36848
**Patrick I. Chavez**, #47732MO
Bank of America Tower
100 North Broadway, 21st Floor
St. Louis, Missouri 63102
314/345-5000
314/345-5055 (FAX)
lunger@wvslaw.com
pchavez@wvslaw.com

**Nicholas T. Solosky** (admitted *pro hac vice*)
FOX ROTHSCHILD LLP
1030 15th Street, N.W.
Suite 380 East
Washington, DC 20005
202-461-3100
Fax: 202-461-3102
Email: nsolosky@foxrothschild.com