UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 4:13CV2226 JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC. | ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER

It is hereby **ORDERED** that the Consent Motion for Extension of Time for Defendants/Counterclaim Plaintiffs First Data Merchant Services Corp. and Citicorp Payment Services, Inc.'s (collectively, "Defendants") to file a Memorandum in further support of their Motion for Judgment on the Pleadings and in Opposition to Plaintiff/Counterclaim Defendant Schnucks Markets, Inc.'s ("Plaintiff") Cross-Motion for Judgment on the Pleadings is **GRANTED**; and it is further

**ORDERED** that Defendants shall file their Memorandum on or before June 26, 2014.

**SO ORDERED.**

_____
HONORABLE JOHN A. ROSS
UNITED STATES DISTRICT JUDGE