## CERTIFICATE OF SERVICE

    I certify that on this 12th day of June 2014, the foregoing was electronically filed with the Clerk of the Eastern District of Missouri, using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                                    */s/ Nicholas T. Solosky*