UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SCHNUCK MARKETS, INC.,

    Plaintiff(s),

vs.

FIRST DATA MERCHANT DATA SERVICES CORP, et al.,

    Defendant(s).

Case No. 4:13-CV-02226-JAR

# DESIGNATION OF NEUTRAL BY PARTIES
# AND
# ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated May 21, 2014 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Richard P. Sher

Firm Name and Address:
Sher Corwin Winters
190 Carondelet Plaza, Suite 1100
St. Louis, Missouri 63105

Telephone & FAX Number: 314-721-5200 / Fax 314-721-5201

**The attorneys of record in this case are:**

Name of Lead Counsel: Craig Hoffman

Firm Name and Address:
Baker & Hostetler, LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202

Telephone & FAX Number: 513-929-3491 / Fax 513-929-0303

Name of Other Counsel: Joshua Horn

1480625

Firm Name and Address:

Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, Pennsylvania 19103

Telephone & FAX Number:

215-299-2000 / Fax 215-299-2150

**The completion deadline for this ADR referral is** July 15, 2014

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:    June 27,                                      20 14

Time of Conference:    9:00 a.m.                                     a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:   Sher Corwin Winters
                    190 Carondelet Plaza, Suite 1100
                    St. Louis, Missouri 63105

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

June 20, 2014
Date

_____
Signature of Plaintiff(s)

_____
Signature of Defendant(s)

1480625