UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   No. 4:13-CV-02226-JAR |
| | ) |
| FIRST DATA MERCHANT DATA | ) |
| SERVICES CORP., et al., | ) |
| | ) |
| Defendant(s). | ) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies SHER, RICHARD P., 190 Carondelet Plaza, Suite 1100, St. Louis, Missouri 63105 that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:  Craig A. Hoffman (for pla)
BAKER AND HOSTETLER
312 Walnut Street
Suite 3200
Cincinnati, OH  45202
Ph: 513-929-3491  FAX: 513-929-0303

Other Counsel:  Joshua Horn (for dft)
FOX ROTHCHILD, LLP
2000 Market
Tenth Floor
Philadelphia, PA  19103
Ph: 215-299-2184  FAX: 215-299-2150

**The completion deadline for this ADR referral is July 15, 2014.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

| | |
|---|---|
| <u>June 20, 2014.</u><br>Date | <u>*James G. Woodward*             /</u><br>Clerk of Court |
| | By:   <u>/s/ Laura S. Dreon        /</u><br>        LAURA S. DREON<br>        Deputy Clerk |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SCHNUCK MARKETS, INC., )
)
    Plaintiff(s), )
)
v. ) Case No. 4:13-CV-02226-JAR
)
FIRST DATA MERCHANT DATA )
SERVICES CORP., et al., )
)
    Defendant(s), )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ An ADR conference has been held.  The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement.  Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

### Option 2

☐ A final ADR conference was held on: _____.

☐ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____. The parties [☐ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____   Neutral: _____

                                            SHER, RICHARD P.
                                            Signature