**RECEIVED**

**JUL 02 2014**

**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cv-02226 JAR |
| ) | |
| FIRST DATA MERCHANT DATA ) | |
| SERVICES CORP., eta l., ) | |
| ) | |
| Defendants. ) | |

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

---

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.

---

### Option 2

In accordance with the Court's Order Referring Case to ADR dated June 20, 2014,

☒   A final ADR conference was held on: __**June 27, 2014**__.

☒   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on __**June 27**__, 2014 and the parties [☐ did ☒ did not] achieve a settlement.

---

### Option 3

☐   Although this case was referred to ADR, a conference WAS NOT HELD.

_July 1, 2014_                                   _/s/ Richard P. Sher_
Date                                                   Neutral

SHER | CORWIN
WINTERS

Richard P. Sher
rsher@scwstl.com

RECEIVED
JUL 02 2014
BY MAIL

July 1, 2014

Clerk U.S. District Court
Eastern District of Missouri
111 S. 10th Street, 3rd Floor
St. Louis, Missouri 63102


Re:  *Schnuck Markets, Inc. v. First Data Merchant Data Services Corp., et al.*
     Case No. 4:13-cv-02226 JAR


Dear Clerk:

Enclosed is the Alternative Dispute Resolution Compliance Report for filing in the above case.

Sincerely,

Richard P. Sher

\leb

enclosure

cc: Lucy Unger
    Joshua Horn
    Kevin Hormuth
    Craig Hoffman