UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SCHNUCK MARKETS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13CV2226 JAR |
| | ) | |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER

Plaintiff's Motion for a Stay of Discovery is **GRANTED**.  This stay will expire when the Court issues orders regarding the pending motions for judgment on the pleadings (Doc. # 37, 43).

SO ORDERED this __ day of August, 2014.

_____
THE HONORABLE JOHN A. ROSS