# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:13-CV-2226-JAR |
| | ) |
| FIRST DATA MERCHANT DATA | ) |
| SERVICES CORP., and CITICORP | ) |
| PAYMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In light of the Court's trial schedule, additional time is needed to consider and rule on the pending cross-motions for judgment on the pleadings. (Doc. Nos. 37, 43)

Accordingly,

**IT IS HEREBY ORDERED** that the stay of discovery in this matter is extended from November 14, 2014, for thirty (30) days, up to and including **December 14, 2014**.

Dated this 7th day of November, 2014

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1