# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13-CV-2226 JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for a telephone conference with counsel on **Friday, November 14, 2014 at 3:00 p.m.** The Court will initiate the call.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of November, 2014.