UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-CV-2226-JAR |
| ) | |
| FIRST DATA MERCHANT DATA ) | |
| SERVICES CORP., and CITICORP ) | |
| PAYMENT SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**WITHDRAWAL OF APPEARANCE**

COMES NOW Patrick I. Chavez, and hereby withdraws as counsel for Defendants First Data Merchant Services Corp. and CitiCorp Payment Services, Inc.. <u>All other Williams Venker & Sanders attorneys remain as counsel of record for these Defendants</u>.

                    WILLIAMS VENKER & SANDERS LLC

By:   */s/ Patrick I. Chavez*  _____
        Lucy Unger, 36848MO
        Patrick I. Chavez, 47732MO
        Bank of America Tower
        100 North Broadway, 21st Floor
        St. Louis, Missouri 63102
        Telephone:  (314) 345-5000
        Fax:  (314) 345-5055
        lunger@wvslaw.com
        pchavez@wvslaw.com

Dated:  December 22, 2014

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 22nd day of December, 2014, I electronically filed the foregoing with the Clerk of the Eastern District of Missouri, using the CM/ECF system, which sent notification of such filing to all counsel of record.  I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

                                         */s/ Patrick I. Chavez*