**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:13-CV-2226-JAR |
| | ) |
| FIRST DATA MERCHANT DATA | ) |
| SERVICES CORP., and CITICORP | ) |
| PAYMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Following a conference with counsel and by agreement of the parties,

**IT IS HEREBY ORDERED** that this matter is stayed for twenty-one (21) days, up to and including **February 12, 2015**.

**IT IS FURTHER ORDERED** that a telephone conference with counsel is scheduled for **February 12, 2015 at 2:00 p.m**. The Court will initiate the call.

Dated this 22nd day of January, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**