UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 4:13-CV-2226-JAR |
| | : The Honorable John A. Ross |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC., | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

COMES NOW Lisa A. Larkin, of the law firm of Williams Venker & Sanders LLC, and hereby enters her appearance on behalf of Defendants First Data Merchant Services Corp. and CitiCorp Payment Services in the above-referenced case.

WILLIAMS VENKER & SANDERS LLC

By:  /s/ Lisa A. Larkin
Lucy Unger, 36848MO
Lisa A. Larkin, 46796MO
Bank of America Tower
100 North Broadway, 21st Floor
St. Louis, Missouri 63102
Telephone: (314) 345-5000
Fax: (314) 345-5055
lunger@wvslaw.com
llarkin@wvslaw.com
Attorneys for Defendants
First Data Merchant Services Corp.
& CitiCorp Payment Services

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of February, 2015, the foregoing was electronically filed with the Clerk of the Eastern District of Missouri, using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Lisa A. Larkin