RECEIVED
FEB - 5 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) ) ) |
| V. | ) Case No. 4:13-CV-2226-JAR ) ) |
| FIRST DATA MERCHANT DATA SERVICES CORP., et al. | ) ) ) |
| Defendants. | ) ) |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Edward Soto, move to be admitted pro hac vice to the bar of this court for the purpose of representing Defendants in this matter.

In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney:

Edward Soto

(b) Address, telephone number and fax number of the movant-attorney:

1395 Brickell Avenue, Suite 1200
Miami, FL  33131
Telephone:  (305) 577-3100
Fax:  (305) 374-7159
Email:  Edward.soto@weil.com

(c) Name of the firm or letterhead under which the movant practices:

Weil, Gotshal & Manges LLP

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom:

Columbia University School of Law, New York, New York, graduated 1978, Stone Scholar.

#47987

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

| | |
|---|---|
| State of Florida - #0265144 | December 5, 1978 |
| District of Columbia | February 1, 2010 |
| New York State | June 22, 2010 |
| Southern District of Florida | March 27, 1979 |
| Middle District of Florida | November 28, 1979 |
| Northern District of Florida | July 11, 1979 |
| U.S. Court of Appeals for the Fifth Circuit | 1981 |
| U.S. Court of Appeals 11th Circuit | June 1, 1982 |
| U.S. Supreme Court | 1982 |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

*/s/ Edward Soto*
Edward Soto

2