

# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida  )

County of Leon  )

In Re:   265144
Edward Soto
Weil Gotshal & Manges, LLP
1395 Brickell Ave., Ste. 1200
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 5, 1978.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this __3RD__ day of February, 2015.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/BJ/ssT1:R10