RECEIVED
FEB - 5 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST DATA MERCHANT DATA )<br>SERVICES CORP., et al., )<br>)<br>Defendants. ) | Case No. 4:13-CV-2226-JAR |

### VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 12 of the Local Rules of the United States District Court for Eastern District of Missouri, I, Paullette Christine Deruelle ("Movant"), hereby respectfully move to be admitted *pro hac vice* to the bar of this court for the purpose of representing Defendants in this matter.

In support of this Motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the Movant-attorney:

Paullette Christine Deruelle

(b) Address, telephone number and fax number of the Movant-attorney:

1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Fax: (305) 374-7159
Email: christine.deruelle@weil.com

(c) Name of the firm or letterhead under which the Movant practices:

Weil, Gotshal & Manges LLP

#47986

(d) Name of the law school(s) Movant attended and the date(s) of graduation therefrom:

University of Miami School of Law          May, 2001

(e) Bars, state and federal, of which the Movant is a member, with dates of admission and registration numbers, if any:

| | |
|---|---|
| The Florida Bar (# 0540811) | February 12, 2002 |
| District of Columbia Bar (# 1002646) | August 8, 2011 |
| Southern District of Florida | April 16, 2004 |
| Northern District of Florida | October 2, 2007 |
| Middle District of Florida | October 3, 2007 |
| U. S. Court of Appeals for the Eleventh Circuit | March 14, 2005 |
| U.S. Court of Appeals for the Third Circuit | April 7, 2011 |

(f) Movant is a member in good standing of all bars of which Movant is a member; Movant is not under suspension or disbarment from any bar; Movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which Movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

2

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that Movant be admitted *pro hac vice* to the bar of the court to appear in the instant matter.

*[signature]*

P. Christine Deruelle
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
christine.deruelle@weil.com
+1 305 577 3277 Direct
+1 305 374 7159 Fax

3