

# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )

                        In Re:   540811
                                 Paullette Christine Deruelle
                                 Weil Gotshal & Manges, LLP
                                 1395 Brickell Ave., Fl. 12
                                 Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on February 12, 2002.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this __3RD__ day of February, 2015.

*[signature]*

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/BJ/ssT1:R10