UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., : | |
| : | |
| Plaintiff, : | |
| : | Case No. 4:13-CV-2226-JAR |
| v. : | |
| : | The Honorable John A. Ross |
| FIRST DATA MERCHANT DATA : | |
| SERVICES CORP., and : | |
| CITICORP PAYMENT SERVICES, INC., : | |
| : | |
| Defendants. : | |

## WITHDRAWAL OF APPEARANCE

COMES NOW Fox Rothschild LLP and attorney Joshua Horn, and hereby withdraw as counsel for Defendants First Data Merchant Services Corp. and CitiCorp Payment Services, Inc.

Respectfully Submitted,

FOX ROTHSCHILD LLP

By: _/s/ Joshua Horn_____
Joshua Horn (admitted *pro hac vice*)
Amy C. Purcell (admitted *pro hac vice*)
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
215-299-2000
Fax: 215-299-2150
Email: jhorn@foxrothschild.com
Email: apurcell@foxrothschild.com

Dated: February 9, 2015

## CERTIFICATE OF SERVICE

I certify that on this 9th day of February 2015, the foregoing was electronically filed with the Clerk of the Eastern District of Missouri, using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Nicholas T. Solosky