UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SCHNUCK MARKETS, INC., :
:
    Plaintiff, :
: Case No. 4:13-CV-2226-JAR
v. :
: The Honorable John A. Ross
FIRST DATA MERCHANT DATA :
SERVICES CORP., and :
CITICORP PAYMENT SERVICES, INC., :
:
    Defendants. :

## WITHDRAWAL OF APPEARANCE

COMES NOW Nicholas T. Solosky, and hereby withdraws as counsel for Defendants First Data Merchant Services Corp. and CitiCorp Payment Services, Inc.

                          Respectfully Submitted,

                          FOX ROTHSCHILD LLP

By:    */s/ Nicholas T. Solosky*
       Nicholas T. Solosky (admitted *pro hac vice*)
       FOX ROTHSCHILD LLP
       1030 15th Street, N.W.
       Suite 380 East
       Washington, DC 20005
       202-461-3100
       Fax: 202-461-3102
       Email: nsolosky@foxrothschild.com

Dated: February 9, 2015

## CERTIFICATE OF SERVICE

I certify that on this 9th day of February 2015, the foregoing was electronically filed with the Clerk of the Eastern District of Missouri, using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Nicholas T. Solosky