RECEIVED
FEB - 9 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> FIRST DATA MERCHANT DATA ) <br> SERVICES CORP., et al. ) <br> ) <br> Defendants. ) | Case No. 4:13-CV-2226-JAR |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Jonathan D. Polkes, move to be admitted pro hac vice to the bar of this court for the purpose of representing Defendants in this matter.

In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney:

Jonathan D. Polkes

(b) Address, telephone number and fax number of the movant-attorney:

767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
Email: jonathan.polkes@weil.com

(c) Name of the firm or letterhead under which the movant practices:

Weil, Gotshal & Manges LLP

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom:

WEIL:\95232526\1\45382.0009

Receipt # 464404 80 66

New York University School of Law (JD, 1984)

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

| | |
|---|---|
| New York State | September 30, 1985 (2015527) |
| Southern District of New York | April 11, 1989 |
| Eastern District of New York | August 28, 1990 |
| District of Colorado | January 9, 2008 |
| U.S. Court of Appeals 2nd Cir. | March 17, 2010 |
| US Court of Appeals 4th Cir. | March, 25, 2010 |
| US Court of Appeals 10th Cir. | September 29, 2010 |
| US Court of Appeals 5th Cir. | November, 20, 2011 |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Jonathan D. Polkes