# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13-cv-2226-JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP. AND CITICORP PAYMENT SERVICES, INC., | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of WEIL, GOTSHAL & MANGES LLP hereby makes an appearance as counsel of record for Defendants and Counterclaim-Plaintiffs, FIRST DATA MERCHANT DATA SERVICES CORPORATION AND CITICORP PAYMENT SERVICES, INCORPORATED, and directs that all responsive pleadings and papers filed in the above action be served upon the following:

Edward Soto
edward.soto@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3177

Dated: February 11, 2015                    Respectfully submitted,


   /s/  Edward Soto
Edward Soto (*pro hac vice*)
edward.soto@weil.com
P. Christine Deruelle, Esq. (*pro hac vice*)
christine.deruelle@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida  33131
Telephone:     (305) 577-3100
Facsimile:     (305) 374-7159

Jonathan D. Polkes (*pro hac vice*)
jonathan.polkes@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York  10153
Telephone:     (212) 310-8881
Facsimile:     (212) 310-8007

Lucy T. Unger (No. 36848)
lunger@wvslaw.com
Lisa Larkin (No. 46796MO)
llarkin@wvslaw.com
Bank of America Tower
100 North Broadway, 21st Floor
St. Louis, Missouri, 63102
Telephone:     (314) 345-5000
Facsimile:     (314) 345-5055

*Counsel for Defendants/Counterclaim-Plaintiffs First Data Merchant Data Services Corporation and Citicorp Payment Services Incorporated*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically with the Clerk of the Court of the United States District Court for the Eastern District of Missouri using CM/ECF on February 11, 2015 and, as such, was served on all parties of record by operation of the CM/ECF system.

By: */s/ Edward Soto*
Edward Soto (*pro hac vice*)
edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida  33131
Telephone:   (305) 577-3177
Facsimile:    (305) 374-7159

*Counsel for Defendants/Counterclaim-Plaintiffs*
*First Data Merchant Data Services Corporation*
*and Citicorp Payment Services Incorporated*