# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13-cv-2226-JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP. AND CITICORP PAYMENT SERVICES, INC., | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of WEIL, GOTSHAL & MANGES LLP hereby makes an appearance as counsel of record for Defendants and Counterclaim-Plaintiffs, FIRST DATA MERCHANT DATA SERVICES CORPORATION AND CITICORP PAYMENT SERVICES, INCORPORATED, and directs that all responsive pleadings and papers filed in the above action be served upon the following:

P. Christine Deruelle
christine.deruelle@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3277

Dated: February 11, 2015	Respectfully submitted,


	_/s/_ P. Christine Deruelle
	Edward Soto (*pro hac vice*)
	edward.soto@weil.com
	P. Christine Deruelle, Esq. (*pro hac vice*)
	christine.deruelle@weil.com
	**WEIL, GOTSHAL & MANGES LLP**
	1395 Brickell Avenue, Suite 1200
	Miami, Florida  33131
	Telephone:	(305) 577-3100
	Facsimile:	(305) 374-7159

	Jonathan D. Polkes (*pro hac vice*)
	jonathan.polkes@weil.com
	**WEIL, GOTSHAL & MANGES LLP**
	767 Fifth Avenue
	New York, New York  10153
	Telephone:	(212) 310-8881
	Facsimile:	(212) 310-8007

	Lucy T. Unger (No. 36848)
	lunger@wvslaw.com
	Lisa Larkin (No. 46796MO)
	llarkin@wvslaw.com
	Bank of America Tower
	100 North Broadway, 21st Floor
	St. Louis, Missouri, 63102
	Telephone:	(314) 345-5000
	Facsimile:	(314) 345-5055


	*Counsel for Defendants/Counterclaim-Plaintiffs*
	*First Data Merchant Data Services Corporation*
	*and Citicorp Payment Services Incorporated*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically with the Clerk of the Court of the United States District Court for the Eastern District of Missouri using CM/ECF on February 11, 2015 and, as such, was served on all parties of record by operation of the CM/ECF system.

By: /s/ P. Christine Deruelle
P. Christine Deruelle (*pro hac vice*)
christine.deruelle@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida  33131
Telephone:     (305) 577-3277
Facsimile:      (305) 374-7159

*Counsel for Defendants/Counterclaim-Plaintiffs*
*First Data Merchant Data Services Corporation*
*and Citicorp Payment Services Incorporated*
