# EXHIBIT A
# [Redacted]

MasterCard International
2200 MasterCard Boulevard
O'Fallon, Missouri 63368-7263

# INVOICE

Citicorp Payment Services, Inc.
2525 HORIZON LAKE DR NO 120
MEMPHIS, TN, 38133
United States

Invoice #: 137000001068662
Currency: USD
Billing Cycle Date: NOV 03 2013

Page: 1 of 6

## BILLING ACTIVITY DETAIL

| Event Code | Event Description | Affiliate | UOM | Quantity/ Amount | Rate | Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| | **Name:** Citicorp Payment Services, Inc. | | | | | | |
| | **Collection Method:** Debit DDA | | | | | | |
| | **Service Code: AA  Name:** Acquirer Authorization | | | | | | |
| 2AB1009 | Authorization Acquirer Access Domestic - Acquirer Reversal | | Q | | | | |
| 2AB1009 | Authorization Acquirer Access International - Acquirer Reversal | | Q | | | | |
| 2AB1116 | Account Status Inquiry Service Fee Domestic | | Q | | | | |
| 2AB1116 | Account Status Inquiry Service Fee International | | Q | | | | |
| 2AB1723 | CVC 2 Transaction Fee | | Q | | | | |
| 2AB2006 | Authorization Acquirer Access Fee Domestic | | Q | | | | |
| 2AB2006 | Authorization Acquirer Access Fee International | | Q | | | | |
| 2AB7006 | Network Access/Brand Usage Fee Domestic | | Q | | | | |
| | **Total for Service:** AA Acquirer Authorization | | | | | | |
| | **Service Code: AV  Name:** Address Verification | | | | | | |
| 2AV3006 | Address Verification Service Acquirer Fee | | Q | | | | |
| 2AV4006 | Address Verification Service Acquirer Fee Domestic | | Q | | | | |
| 2AV4006 | Address Verification Service Acquirer Fee International | | Q | | | | |
| | **Total for Service:** AV Address Verification | | | | | | |
| | **Service Code: DU  Name:** Acquirer Brand Volume | | | | | | |
| 2DU4111 | Acquirer Domestic Purchase | | A | | | | |
| 2DU4120 | Acquirer Domestic Cash Advance | | A | | | | |
| 2DU4311 | Acquirer International Purchase | | A | | | | |
| 2DU5111 | Acquirer Domestic Purchase | | A | | | | |
| 2DU5120 | Acquirer Domestic Cash Advance | | A | | | | |
| 2DU5311 | Acquirer International Purchase | | A | | | | |
| | **Total for Service:** DU Acquirer Brand Volume | | | | | | |
| | **Service Code: FS  Name:** File Transmission - Acquirer | | | | | | |
| 2FT12401 | File Transmission Fee Second Presentments | | Q | | | | |
| 2FT14421 | File Transmission Fee Chargebacks | | Q | | | | |
| 2FT2001 | File Transmission Fee First Presentments | | Q | | | | |
| 2FT6031 | File Transmission Fee Retrieval Request | | Q | | | | |
| 2FT6961 | File Transmission Fee Financial Detail Addendum | | Q | | | | |
| | **Total for Service:** FS File Transmission - Acquirer | | | | | | |
| | **Service Code: FU  Name:** File Transmission - Customer | | | | | | |
| 2FT17401 | File Transmission Fee Collection - Sender | | Q | | | | |
| 2FT17402 | File Transmission Fee Collection - Receiver | | Q | | | | |
| 2FT6802 | File Transmission Fee File Currency Summary - Receiver | | Q | | | | |
| 2FT6852 | File Transmission Fee Financial Position Detail - Receiver | | Q | | | | |

MasterCard International
2200 MasterCard Boulevard
O'Fallon, Missouri 63368-7263

INVOICE

Citicorp Payment Services, Inc.
2525 HORIZON LAKE DR NO 120
MEMPHIS, TN, 38133
United States

Invoice #: 137000001068662
Currency: USD
Billing Cycle Date: NOV 03 2013

Page: 2 of 6

BILLING ACTIVITY DETAIL

| Event Code | Event Description | Affiliate | UOM | Quantity/ Amount | Rate | Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| 2FT6912 | File Transmission Fee Message Exception - Receiver | | Q | ■ | ■ | ■ | ■ |
| **Total for Service:** FU File Transmission - Customer | | | | | | | ■ |
| **Service Code: GE  Name: IPM Issuer** | | | | | | | |
| 2GC17402 | Fee Collection Receiver International | | Q | ■ | ■ | ■ | ■ |
| TGC79941 | Tiered IPM Issuer Domestic | | Q | | | | |
| **Total for Service:** GE IPM Issuer | | | | | | | ■ |
| **Service Code: GF  Name: IPM Acquirer** | | | | | | | |
| 2GC796 | Network Access/Brand Usage Fee Domestic | | Q | ■ | ■ | ■ | ■ |
| **Total for Service:** GF IPM Acquirer | | | | | | | ■ |
| **Service Code: GL  Name: IPM Acquirer Reversal** | | | | | | | |
| 2GR20012 | First Presentment Domestic Reversal | | Q | 1 | ■ | ■ | ■ |
| **Total for Service:** GL IPM Acquirer Reversal | | | | | | | |
| **Service Code: PI  Name: Acquirer Processing Integrity** | | | | | | | |
| 2PI1001 | No Clearing Record within 120 days of Authorization | | Q | ■ | | ■ | ■ |
| 2PI1002 | Late Reversal with Card Present | | Q | | | | |
| **Total for Service:** PI Acquirer Processing Integrity | | | | | | ■ | ■ |
| **Service Code: RP  Name: Reports** | | | | | | | |
| 2RP1841 | Interchange Fee Acquirer Adjustment Detail | | Q | | | | |
| 2RP1842 | Interchange Fee Acquirer Adjustment Summary | | Q | | | | |
| 2RP2216 | Global Clearing Management System Report IP727010-AA | | Q | | | | |
| 2RP2218 | Global Clearing Management System Report IP728010-AA | | Q | | | | |
| 2RP2222 | Global Clearing Management System Report IP776010-AA | | Q | | | | |
| 2RP2223 | Global Clearing Management System Report IP776010-BB | | Q | ■ | ■ | ■ | ■ |
| 2RP2224 | Global Clearing Management System Report IP776010-CC | | Q | | | | |
| 2RP2225 | Global Clearing Management System Report IP776020-AA | | Q | | | | |
| 2RP2227 | Global Clearing Management System Report IP776020-CC | | Q | | | | |
| 2RP2228 | Global Clearing Management System Report IP776030-AA | | Q | | | | |
| 2RP2230 | Global Clearing Management System Report IP776030-CC | | Q | | | | |
| 2RP2365 | Process Integrity Noncompl Acq Detail Rpt AB602010-FF via Data File | | Q | | | | |
| **Total for Service:** RP Reports | | | | | | ■ | |
| **Service Code: SC  Name: Security** | | | | | | | |
| 2SC1214 | Fraud Recovery Acquirer ADC Fraud Recovery Liability | | Q | 1 | ■ | ■ | ■ |
| 2SC1217 | ADC Case Management Fee- Misc Rate ADC-0238-13; Case Management Fee for ADC Event | | Q | 1 | ■ | ■ | ■ |

MasterCard International
2200 MasterCard Boulevard
O'Fallon, Missouri 63368-7263

# INVOICE

Citicorp Payment Services, Inc.
2525 HORIZON LAKE DR NO 120
MEMPHIS, TN, 38133
United States

Invoice #: 137000001068662
Currency: USD
Billing Cycle Date: NOV 03 2013

Page: 3 of 6

## BILLING ACTIVITY DETAIL

| Event Code | Event Description | Affiliate | UOM | Quantity/Amount | Rate | Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| 2SC1327 | Account Data Compromise Issuer Reimbursement Liability ADC Operational Reimbursement Liability | | Q | | | | |
| **Total for Service:** SC Security | | | | | | | |
| **Total for Collection Method:** Debit DDA | | | | | | | |
| **Total for Customer** Citicorp Payment Services, Inc. | | | | | | | |
| **Total for Invoice:** | | | | | | | |

MasterCard International
2200 MasterCard Boulevard
O'Fallon, Missouri 63368-7263

# INVOICE

■ Citicorp Payment Services, Inc.
2525 HORIZON LAKE DR NO 120
MEMPHIS, TN, 38133
United States

Invoice #: 137000001068662
Currency: USD
Billing Cycle Date: NOV 03 2013

## BILLING ACTIVITY SUMMARY

| Service Code | Service Description | Charge | Total Charge |
|---|---|---|---|
| | Name: Citicorp Payment Services, Inc. | | |
| AA | Acquirer Authorization | ■ | ■ |
| AV | Address Verification | | |
| DU | Acquirer Brand Volume | | |
| FS | File Transmission - Acquirer | | |
| FU | File Transmission - Customer | | |
| GE | IPM Issuer | | |
| GF | IPM Acquirer | | |
| GL | IPM Acquirer Reversal | | |
| PI | Acquirer Processing Integrity | | |
| RP | Reports | | |
| SC | Security | | |

**Total for Customer:** ■ Citicorp Payment Services, Inc.   ■   ■

**Total for Invoice:**   ■   ■

MasterCard International
2200 MasterCard Boulevard
O'Fallon, Missouri 63368-7263

# INVOICE

Citicorp Payment Services, Inc.
2525 HORIZON LAKE DR NO 120
MEMPHIS, TN, 38133
United States

Invoice #: 137000001068662
Currency: USD
Billing Cycle Date: NOV 03 2013

## TIER RATE TABLE

| Tier Event | Tier | Tier Volume | Tier Rate |
|---|---|---|---|
| | First | | |
| | Next | | |
| | Next | | |
| | Next | | |
| | Next | | |
| | Remaining | | |
| TGC79941 | | Citicorp Payment Services, Inc. | |

COLLECTION METHOD: DEBIT DDA
Collections obtained through Automated Clearing House (ACH)

COLLECTION METHOD: CLEARING
Invoice amount due is included in net settlement position. Remit funds to the appropriate
settlement account for the amount provided on the net settlement advisement.

MasterCard International
2200 MasterCard Boulevard
O'Fallon, Missouri 63368-7263

# INVOICE

Citicorp Payment Services, Inc.
2525 HORIZON LAKE DR NO 120
MEMPHIS, TN, 38133
United States

Invoice #: 137000001068662
Currency: USD
Billing Cycle Date: NOV 03 2013

Page: 6 of 6

## ADDITIONAL BILLING EVENT EXPLANATORY TEXT

| Event Code | Text |
| --- | --- |
| 2SC1214 | ADC Fraud Recovery Liability of ▮ for Case# MCA0211-13 |
| 2SC1327 | ADC Oper Reimb Liability of ▮ for Case# MCA0211-13 |