Case: 4:13-cv-02226-JAR   Doc. #:  85-4   Filed: 02/12/15   Page: 1 of 3 PageID #: 3191

# EXHIBIT D
# [Redacted]



July 18, 2013

<u>Via Overnight Courier</u>

Diana Nilhas
Treasurer
Schnuck Markets, Inc.
11420 Lackland Road
St. Louis, MO. 63146

RE: **Account Data Compromise Event Liability – Schnuck Markets, Inc.**

Dear Ms. Nilhas:

As you are aware, the PCI Forensic Investigation (PFI) Report dated May 29, 2013, completed by Mandiant, found conclusive evidence of a breach of the cardholder environment at Schnuck Markets Inc. ("Schnucks") and found that Schnucks was non compliant with the Payment Card Industry Data Security (PCIDSS) requirements.

MasterCard Worldwide ("MasterCard") has advised us that MasterCard has completed its investigation concerning that data compromise event at Schnucks. As a result, MasterCard has assessed a case management fee of $150,000.00 in accordance with section 10.2.4.6 of the MasterCard Security Rules and Procedures manual as reimbursement for investigative and other cost incurred by MasterCard in connections with MasterCard's investigation. Furthermore, MasterCard has assessed fees of $[redacted] as reimbursement to issuers for the monitoring or replacement costs regarding the MasterCard cards compromised at Schnucks ("ADC Operational Reimbursement"). In addition, MasterCard has assessed fees of $[redacted] as reimbursement to issuers for the incremental fraud incurred on the compromised cards ("ADC Fraud Recovery"). The ADC Operational Reimbursement and ADC Fraud Recovery assessments are set forth in section 10.2.4.3 of the MasterCard Security Rules and Procedures manual. The above referenced assessment total $[redacted].

In addition, MasterCard requires the completion and submission to MasterCard of the attached MasterCard Site Data Protection Account Data Information Form by August 16, 2013. Furthermore, MasterCard requires Schnucks to provide by September 15, 2013 an Attestation of Compliance from a Qualified Security Assessor ("QSA") that Schnucks has achieved full compliance with the PCIDSS. The list of approved QSAs can be found at https://www.pcisecuritystandards.org/approved_companies_providers/qsa_companies.php

Please provide the completed MasterCard Site Data Protection Account Data Information Form to me prior to August 16, 2013 and the Attestation of Compliance from a QSA to me prior to September 15, 2013 and I will forward the documentation to MasterCard on your behalf. Should the MasterCard requested documentation not be provided by the respective deadlines, MasterCard may assess additional fines.

Should you wish to submit an appeal with MasterCard regarding MasterCard's Case Management fee, MasterCard's ADC Operational Reimbursement assessment, or MasterCard's ADC Fraud Recovery assessment, please forward your appeal letter and any supporting documentation that Schnucks wishes MasterCard to consider in connection with the appeal along with a non refundable appeal fee charged by MasterCard in the amount of $500.00 via a certified or bank check to my attention prior to August 16, 2013 and I will forward the information to MasterCard on your behalf. Section 10.2.6 of the MasterCard Security Rules and Procedures manual states that MasterCard will only consider an appeal that is received by the appeal deadline and that both contends that the MasterCard financial responsibility determination was not in accordance with MasterCard's Standards and specifies with particularity the

basis for such contention. Please note that MasterCard will submit the debit for the assessment amounts regardless of the status of the appeal. If Schnucks submits an appeal and MasterCard rules in Schnucks favor, MasterCard will issue a refund/credit of the assessments.

We currently believe that the Visa's non compliance fine will be approximately $5,000. We estimate that Schnucks obligation regarding assessments related to Visa issuers' card cancellation and monitoring expenses as well as incremental counterfeit fraud reimbursement will be at least $███████. Be advised that the Visa fines and assessments are preliminary estimates and actual amounts assessed by Visa regarding the data compromise event at Schnucks may be more or less than these amounts.

In light of these circumstances and in accordance with, but not limited to, section 13.5, 23 and 25 of the Citi Merchant Services Bankcard Addendum To Master Services Agreement ("Merchant Agreement") dated October 10, 2011, First Data Merchant Services Corporation will be establishing Reserve Account in the amount of $███████ to fund the MasterCard assessments and anticipated Visa fines. The Reserve Account will be funded beginning July 24, 2013 by withholding approximately █% per day from Schnucks bankcard settlements until the Reserve Account is fully funded. However, we reserve the right to adjust the daily withholding percentage until such time as the Reserve Account is fully funded. When we are better able to determine Schnucks actual obligations in regard to the Visa fines and assessments we will adjust the amount in the reserve account upwards or downwards accordingly. If the Reserve Account balance is not sufficient to cover these fines and assessments, Schnucks is required to promptly pay such sums upon request.

Please note that nothing contained herein shall be deemed a waiver of any right we may have under the Merchant Agreement or otherwise and we expressly reserve such right

Please feel free to contact me at 631-683-7720 or louis.sablich@firstdata.com

Sincerely,

Louis Sablich
Vice President

cc:   Michelle Koci – First Data (via email: michelle.koci@firstdata.com)
      Voula Vaux – First Data (via email: voula.vaux@firstdata.com)

Attachment