# EXHIBIT E



# Visa International Operating Regulations

15 October 2011



**THIS PAGE INTENTIONALLY LEFT BLANK.**

# Contents

Contents ............................................................................................................ iii

**Summary of Changes**................................................................................... **1**

Visa Operating Regulations Alignment Project.......................................... 1

Overview............................................................................................... 1

Quick Reference.......................................................................................... 4

Overview............................................................................................... 4

Summary of Changes.................................................................................. 10

Major Topics.......................................................................................... 10

Variance Topics..................................................................................... 34

Miscellaneous Topics............................................................................ 36

AP Region Major Topics........................................................................ 43

CEMEA Region Major Topics................................................................ 48

LAC Region Major Topics...................................................................... 49

U.S. Region Major Topics...................................................................... 50

Other Revisions..................................................................................... 56

**About the Operating Regulations**................................................................ **57**

General Overview........................................................................................ 57

What are Operating Regulations?......................................................... 57

What Do Operating Regulations Include?............................................. 58

Organization................................................................................................ 58

Operating Regulations Structure........................................................... 58

© 2011 Visa. All Rights Reserved.

Other Publications..................................................................................................... 60

    References to Other Publications........................................................................... 60

Authoring Style......................................................................................................... 60

    General Authoring Conventions............................................................................. 60

Contents Numbering.................................................................................................. 61

    Section Numbering................................................................................................ 61

**Chapter 1: Visa Operating Regulations Governance.................................................. 63**

Core Principle 1.1...................................................................................................... 63

    The Operating Regulations..................................................................................... 63

Core Principle 1.2...................................................................................................... 63

    Visa Management................................................................................................... 63

Core Principle 1.3...................................................................................................... 63

    Compliance............................................................................................................ 63

Core Principle 1.4...................................................................................................... 64

    Consistency........................................................................................................... 64

Core Principle 1.5...................................................................................................... 64

    Conflicts................................................................................................................ 64

Core Principle 1.6...................................................................................................... 64

    Variances and Waivers........................................................................................... 64

Use and Application of Bylaws and Operating Regulations........................................... 65

    Obligation to Comply with Bylaws and Visa International Operating Regulations.................. 65

    Use and Application of Operating Regulations........................................................... 65

    Obligation to Comply with Operating Regulations...................................................... 67

Local, Domestic, and Regional Operating Regulations and Private Agreements....................... 68

© 2011 Visa. All Rights Reserved.

Regional Operating Regulations..................................................................... 68

National, Group Members, and Private Agreements.................................... 68

Extensions to the Operating Regulations....................................................... 69

Publications with Equivalent Authority......................................................... 69

Variances to the Operating Regulations......................................................... 69

Variances - Procedures.................................................................................... 69

Confidentiality of Visa Materials.................................................................... 70

Confidentiality Requirements......................................................................... 70

Visa Right to Monitor, Audit, Inspect, or Investigate................................... 71

Visa Right to Monitor, Audit, Inspect, or Investigate.................................. 71

Member Rights and Obligations..................................................................... 73

General Investigation Responsibilities........................................................... 73

Merchant Investigation Responsibilities........................................................ 76

Operating Regulations Compliance and Enforcement.................................. 76

Fines and Penalties - General......................................................................... 76

Fines and Penalties Process............................................................................ 78

Fines and Penalties for Repetitive and Willful Violation............................. 80

Compliance - General..................................................................................... 82

Compliance Enforcement Appeals................................................................. 82

Right of Termination of Merchant or Agents................................................ 84

Visa Rights...................................................................................................... 84

Member Obligations........................................................................................ 86

**Chapter 2: Visa System Participation**........................................................ **87**

Core Principle 2.1............................................................................................ 87

© 2011 Visa. All Rights Reserved.

Bylaws and Operating Regulations.................................................................. 87

Core Principle 2.2............................................................................................. 87

Third Party Registration................................................................................ 87

Core Principle 2.3............................................................................................. 88

Liabilities and Indemnifications.................................................................... 88

Membership....................................................................................................... 88

General Membership..................................................................................... 88

Sponsored Member....................................................................................... 89

Member Acquisition...................................................................................... 89

Quarterly Operating Certificate................................................................... 91

Online Submission and Electronic Signature............................................. 93

Acquirer Licensing........................................................................................ 95

Agents - Third Party and VisaNet Processors................................................ 95

General Agent Requirements....................................................................... 95

VisaNet Processor Requirements................................................................ 98

Third Party/ISO Requirements.................................................................... 102

Card Manufacturers and Personalizers...................................................... 111

Fines Related to Agents............................................................................... 112

**Chapter 3: The Visa License............................................................................ 115**

Core Principle 3.1............................................................................................. 115

Intellectual Property..................................................................................... 115

Core Principle 3.2............................................................................................. 115

Brand and Licensed Technology.................................................................. 115

Core Principle 3.3............................................................................................. 116

© 2011 Visa. All Rights Reserved.

BIN Licensing.................................................................................................. 116

Marks License................................................................................................. 116

Marks License Grant................................................................................... 116

Sponsorships/Partnerships Including Olympics.......................................... 118

BIN License and Administration...................................................................... 120

License........................................................................................................ 120

Administration............................................................................................. 121

Sales and Transfers.................................................................................... 126

Mergers and Acquisitions........................................................................... 126

Membership Status..................................................................................... 127

BIN Licensee.................................................................................................. 127

Responsibilities........................................................................................... 127

BIN Use.......................................................................................................... 128

Member Use................................................................................................ 128

Merchant Use and Disclosure of BIN Information....................................... 130

Non-Visa BINs................................................................................................ 134

Non-Visa-Assigned BINs............................................................................ 134

Software License............................................................................................. 135

Ownership and Confidentiality..................................................................... 135

Non-Transferability...................................................................................... 135

Limitations................................................................................................... 136

Software Enhancements/Modifications........................................................... 136

Enhancements/Modifications....................................................................... 136

Use of Visa Systems...................................................................................... 136

© 2011 Visa. All Rights Reserved.

Visa Systems Use.................................................................................................. 136

**Chapter 4: The Visa Brand................................................................................... 141**

Core Principle 4.1..................................................................................................... 141

Brand Prominence............................................................................................... 141

Core Principle 4.2..................................................................................................... 141

Communications.................................................................................................. 141

Core Principle 4.3..................................................................................................... 142

Visa-Owned Mark on a Payment Device............................................................. 142

Core Principle 4.4..................................................................................................... 142

Corporate Names................................................................................................ 142

Core Principle 4.5..................................................................................................... 142

Denote and Promote Visa................................................................................... 142

Core Principle 4.6..................................................................................................... 143

Card Acceptance Outside of Country of Issuance.............................................. 143

Core Principle 4.7..................................................................................................... 143

Card Acceptance at Point-of-Sale....................................................................... 143

Marks........................................................................................................................ 143

General Use of Marks.......................................................................................... 143

Use of Product Marks.......................................................................................... 150

Corporate Identity..................................................................................................... 151

Use of Brand in Corporate Identity..................................................................... 151

Use of Marks on Cards............................................................................................. 153

Marks Usage Requirements................................................................................ 153

Multiple Marks on Card....................................................................................... 154

© 2011 Visa. All Rights Reserved.

Competitive Marks..............................................................................................155

General Card Design...........................................................................................157

Member Identification.............................................................................................159

Member Identification on Card.............................................................................159

Affinity/Co-Branding/Non-Member Marks...............................................................160

Non-Member Marks on Cards.............................................................................160

Co-Branded Cards...............................................................................................165

Affinity Cards.......................................................................................................167

Brand Positioning....................................................................................................176

Card and Product Positioning..............................................................................176

Use of Marks in Promotions, Advertisements, and Solicitations.............................178

Solicitations.........................................................................................................178

Promotional Material...........................................................................................179

Member Sponsorships............................................................................................182

Sponsorships Usage Requirements....................................................................182

Electron Mark/Identifier..........................................................................................184

Electron Marks Usage Requirements..................................................................184

Interlink Program Marks..........................................................................................185

Interlink Program Marks Usage Requirements....................................................185

Plus Program Marks................................................................................................186

Plus Program Marks Usage Requirements..........................................................186

**Chapter 5: Visa Products and Services...............................................................189**

Core Principle 5.1....................................................................................................189

Issuing and Technology Standards......................................................................189

© 2011 Visa. All Rights Reserved.

Core Principle 5.2.................................................................................................. 189

   Issuing and Using Visa Products.......................................................................... 189

Core Principle 5.3.................................................................................................. 190

   Card Design Requirements and Standards............................................................ 190

Card Issuance....................................................................................................... 190

   Issuer Responsibilities - General.......................................................................... 190

   Account Range and BIN Use................................................................................. 192

   Account Number Specifications............................................................................. 193

   PIN Issuance....................................................................................................... 193

   Expiration Date Standards.................................................................................... 195

   Issuer Performance Standards.............................................................................. 195

Card Manufacture and Delivery.............................................................................. 196

   Card Shipping and Security................................................................................... 196

   Card Embossing, Printing, Encoding, and Personalization...................................... 197

Issuer Requirements - General............................................................................... 199

   Exchange Rates................................................................................................... 199

   Cardholder Liability.............................................................................................. 201

   Provisional Credit................................................................................................. 202

   Cardholder Applications........................................................................................ 203

   Confidentiality of Cardholder Information................................................................ 204

   Data Retention and Transmission.......................................................................... 205

   Disputed Transactions - Canada Region................................................................ 206

   Cardholder Notifications....................................................................................... 207

   Insurance Program - U.S. Region.......................................................................... 210

© 2011 Visa. All Rights Reserved.

Other Issuer Requirements.................................................................................................. 211

Magnetic-Stripe Requirements............................................................................................ 212

   General Magnetic-Stripe Requirements............................................................................ 212

   Magnetic-Stripe Encoding.............................................................................................. 212

Chip Card Requirements...................................................................................................... 213

   General Chip Card Requirements..................................................................................... 213

   Chip Card Technology Requirements............................................................................... 218

   Cardholder Verification Method....................................................................................... 221

   Cardholder Authentication Method................................................................................... 223

   Cardholder Account Selection.......................................................................................... 223

   Chip Card Post-Issuance Updates.................................................................................... 224

   Chip Issuer Liability......................................................................................................... 225

   EMV Liability Shift........................................................................................................... 228

   Proximity/Contactless Cards............................................................................................ 230

Limited Use Products........................................................................................................... 234

   Restricted Use Cards....................................................................................................... 234

Non-Standard Cards............................................................................................................. 234

   Non-Standard Card General Requirements....................................................................... 234

   Visa Mini Cards - U.S. Region.......................................................................................... 235

   Visa Micro Tag................................................................................................................. 236

   Unembossed Cards.......................................................................................................... 236

Virtual Accounts.................................................................................................................... 237

   Virtual Accounts - General Requirements.......................................................................... 237

   Virtual Accounts - Consumer Programs............................................................................ 238

Consumer Products...................................................................................................... 238

   Visa Consumer Products - General Requirements............................................... 238

   Visa Classic Cards................................................................................................ 239

   Visa Charge Card.................................................................................................. 239

   Visa Traditional Rewards Cards - U.S. Region..................................................... 240

   Visa Debit Cards................................................................................................... 243

   Visa Electron Cards.............................................................................................. 245

   Visa Gold/Premier Cards...................................................................................... 246

   Visa Infinite Cards................................................................................................ 249

   Visa Platinum Cards.............................................................................................. 257

   Visa Prepaid Cards............................................................................................... 265

   Visa Signature Cards............................................................................................ 275

   Visa Signature Preferred Cards - U.S. Region..................................................... 283

   Visa Check Cards - U.S. Region........................................................................... 286

   Secured Cards...................................................................................................... 289

   V PAY.................................................................................................................... 290

Visa TravelMoney Program......................................................................................... 291

   Visa TravelMoney................................................................................................. 291

Original Credit Transaction.......................................................................................... 293

   Original Credit Transaction - General Requirements............................................ 293

Visa Money Transfer.................................................................................................... 294

   Money Transfer Original Credit – General Requirements ....................................294

Visa Commercial Products........................................................................................... 296

   Visa Commercial Products - General Requirements............................................ 296

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

Visa Meetings Card..................................................................................... 304

Prepaid Commercial.................................................................................... 305

Visa Agro Card - LAC Region..................................................................... 306

Visa Commercial Business Products........................................................... 308

Commercial Business Products General Requirements............................... 308

Visa Business Enhanced Cards.................................................................. 310

Visa Business Platinum Cards.................................................................... 311

Visa Signature Business Cards.................................................................. 311

Visa Business Check Cards........................................................................ 320

Visa Business Electron Cards..................................................................... 321

Visa Business Debit Cards - AP Region...................................................... 322

Visa Infinite Business Cards - Canada Region............................................ 322

Visa Cargo - LAC Region............................................................................ 327

Visa Commercial Purchasing Products........................................................ 329

Purchasing Cards - General....................................................................... 329

Visa Fleet Cards......................................................................................... 330

Visa Commercial Corporate Products.......................................................... 333

Commercial Corporate Products - U.S. Region........................................... 333

Visa Commercial Products Programs........................................................... 334

V Distribution Program................................................................................ 334

Centralized Card Issuance.......................................................................... 335

Global Support Services.............................................................................. 336

Visa Global Customer Assistance Services................................................. 336

Emergency Cash Disbursement and Emergency Card Replacement........... 340

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

Stand-In Processing..................................................................................343

Lost or Stolen Card Reporting...................................................................344

Emergency Request Fines and Penalties...................................................345

Global Refund Service..............................................................................345

Cardholder Loyalty Program.........................................................................347

Visa Extras - U.S. Region........................................................................347

Visa Loyalty Platform Services.................................................................348

Visa Incentive Network - U.S. Region......................................................349

Visa SavingsEdge - U.S. Region..............................................................350

Credit Bureau Reporting - U.S. Region.........................................................351

Credit Bureau Reporting Requirements - U.S. Region................................351

Commercial Data Management and Reporting...............................................353

Commercial Solutions..............................................................................353

Enhanced Data........................................................................................357

POS Balance Inquiry Service.......................................................................359

POS Balance Inquiry Service Requirements..............................................359

Visa PIN Debit Gateway Service - U.S. Region.............................................360

Visa PIN Debit Gateway Service Requirements - U.S. Region.....................360

Plus Program..............................................................................................360

Plus Program Requirements......................................................................360

Visa Global ATM Network.............................................................................361

Visa Global ATM Network Requirements....................................................361

ATM Operators.........................................................................................363

ATM Balance Inquiry Service....................................................................366

© 2011 Visa. All Rights Reserved.

ATM Fees..................................................................................................... 367

Global ATM Network PIN Requirements............................................................... 373

ATM Issuer Requirements - U.S. Region.............................................................. 374

ATM Access Fee Fines................................................................................... 374

Preauthorized Payment Cancellation Service.......................................................... 375

Preauthorized Payment Cancellation Service Requirements................................... 375

Visa Account Updater Service............................................................................ 378

Visa Account Updater Service Requirements...................................................... 378

Visa Account Updater Service Requirements – Canada Region ...........................379

Visa Account Updater Service Requirements - U.S. Region................................... 381

Health Care Eligibility Service - U.S. Region......................................................... 382

Health Care Eligibility Service Requirements - U.S. Region.................................. 382

Visa Risk Products and Services........................................................................ 383

Visa Advanced Authorization........................................................................... 383

Verified by Visa / 3-D Secure / Visa Secure Electronic Commerce.......................... 384

Visa Risk Manager...................................................................................... 396

Visa Advanced ID Solutions - U.S. Region.......................................................... 396

BankruptcyPredict Service - U.S. Region........................................................... 397

MoneyChoices - U.S. Region.......................................................................... 400

Address Verification Service (AVS)................................................................... 400

Card Recovery Bulletin (CRB)......................................................................... 401

Exception File............................................................................................ 404

National Card Recovery File - U.S. Region.......................................................... 405

Account Number Verification Service................................................................. 405

© 2011 Visa. All Rights Reserved.

VisaVue Online...................................................................................................... 408

    VisaVue Online Requirements........................................................................... 408

Client Portfolio Management Self-Service Tools....................................................... 410

    Client Portfolio Management Self-Service Tools Requirements........................... 410

VisaNet Gateway Services - AP Region.................................................................... 412

    VisaNet Gateway Services Requirements - AP Region....................................... 412

Visa Transaction Alerts Service................................................................................ 413

    Visa Transaction Alerts Service Requirements.................................................. 413

**Chapter 6: Payment Acceptance.......................................................................... 415**

Core Principle 6.1..................................................................................................... 415

    Display of Marks.............................................................................................. 415

Core Principle 6.2..................................................................................................... 415

    Honor All Cards Properly Presented................................................................. 415

Core Principle 6.3..................................................................................................... 416

    No Surcharging Unless Required by Law.......................................................... 416

Core Principle 6.4..................................................................................................... 416

    Merchant Qualification Standards.................................................................... 416

Merchant Agreement................................................................................................ 416

    General Merchant Requirements...................................................................... 416

    Required Merchant Information........................................................................ 423

    Acquirer's Jurisdiction..................................................................................... 426

    Payment Service Providers and Sponsored Merchants...................................... 428

    International Airline Program........................................................................... 431

    Acquirer Due Diligence.................................................................................... 432

© 2011 Visa. All Rights Reserved.

Electronic Commerce Acquirer Agreement.................................................................433

Point-of-Transaction - Display of Marks.................................................................433

Display of Marks at the Point of Sale.................................................................433

Display of Marks at an ATM.................................................................437

Display of Marks Online.................................................................437

Manual Cash Disbursement.................................................................438

Point-of-Transaction Terminals.................................................................439

Point-of-Transaction Terminal General Requirements.................................................................439

Magnetic-Stripe Terminals.................................................................441

Chip-Reading Terminals.................................................................442

Proximity/Contactless Payment Terminals.................................................................452

Cardholder-Activated Terminals - Self-Service Terminals, Automated Dispensing Machines, Limited Amount Terminals - U.S. Region.................................................................458

Automated Fuel Dispensers.................................................................461

Unattended Acceptance Terminals.................................................................464

Electronic Signature Capture Terminals.................................................................469

Terminals without a Printer.................................................................470

Account Number-Verifying Terminals.................................................................470

Honoring Cards.................................................................471

General Acceptance Requirements.................................................................471

Uniform Services.................................................................473

Discount at the Point of Sale.................................................................474

Cardholder Choice.................................................................476

Limited Acceptance.................................................................477

Card Acceptance Canada Region.................................................................478

© 2011 Visa. All Rights Reserved.

Card Acceptance Prohibitions...........................................................................................479

   General Prohibitions..................................................................................................479

   Other Prohibitions.....................................................................................................483

Authorization Requirements...........................................................................................485

   General Authorization Requirements.........................................................................485

   ATM Declines............................................................................................................489

   T&E Authorizations....................................................................................................490

   Floor Limits...............................................................................................................493

   Partial Authorization..................................................................................................495

   Authorization Reversals.............................................................................................496

Card and Cardholder Verification....................................................................................497

   Validation and Verification Requirements..................................................................497

   Address Verification Service......................................................................................504

   PIN Verification.........................................................................................................504

Transaction Receipts......................................................................................................505

   Transaction Receipt General Requirements...............................................................505

   Transaction Receipt Data Requirements....................................................................508

   Electronic and Manual Transaction Receipts.............................................................510

   Transaction Receipt Delivery to Cardholder..............................................................521

Transaction Deposits......................................................................................................523

   General Transaction Deposit Requirements...............................................................523

   Transaction Deposit Time Limits...............................................................................524

   Transaction Deposit Restrictions...............................................................................526

Credits and Refunds.......................................................................................................527

© 2011 Visa. All Rights Reserved.

General Credit and Refund Requirements..............................................................527

Proper Disclosure of Refund Policy........................................................................528

Transaction Reversals.............................................................................................531

Convenience Fees.........................................................................................................531

Convenience Fee General Requirements................................................................531

Chip Card Acceptance...................................................................................................535

Chip Card Acceptance General Requirements........................................................535

Chip Authorization...................................................................................................539

EMV Liability Shift and Fallback.............................................................................540

Small Ticket Transactions..............................................................................................543

Small Ticket Transaction - General Requirements..................................................543

Small Ticket Transactions - U.S. Region................................................................550

No Signature Required Transactions (NSR)............................................................552

Card-Not-Present Transactions......................................................................................554

Mail/Phone Order and Electronic Commerce General Requirements......................554

Mail/Phone Order and Electronic Commerce Authorization Requirements..............560

Mail/Phone Order and Electronic Commerce Merchant Outlet Requirements.........562

Electronic Commerce Financial Responsibility.......................................................563

Payment Service Providers............................................................................................564

Payment Service Providers (PSP) General Requirements......................................564

Payment Service Providers (PSP) Acquirer Requirements.....................................568

High-Risk Internet Payment Service Providers.......................................................573

Up-Selling and Negative Option Transactions...............................................................576

Up-Selling and Negative Option General Requirements.........................................576

© 2011 Visa. All Rights Reserved.

Recurring Transactions..................................................................................... 578

   Recurring Transaction General Requirements.................................................. 578

Installment Transactions.................................................................................. 581

   Installment Transaction General Requirements............................................... 581

Delayed Delivery Transactions......................................................................... 582

   Delayed Delivery Transaction General Requirements....................................... 582

   Delayed Delivery Transaction Receipt Requirements....................................... 583

Advance Payment Transactions - U.S. Region................................................... 583

   Advance Payment General Requirements......................................................... 583

Dynamic Currency Conversion.......................................................................... 586

   Dynamic Currency Conversion - General Requirements..................................... 586

   Dynamic Currency Conversion - Merchant Requirements................................... 590

   Dynamic Currency Conversion - Acquirer Requirements.................................... 596

Manual Cash Disbursements............................................................................ 598

   Manual Cash Disbursements Requirements..................................................... 598

   Minimum and Maximum Cash Disbursement Amounts....................................... 602

   Manual Cash Disbursement Restrictions......................................................... 603

Cash-Back Services......................................................................................... 603

   Cash-Back Services General Requirements...................................................... 603

   Cash-Back Transaction Requirements............................................................. 607

ATM Transactions............................................................................................ 608

   ATM Transaction General Requirements.......................................................... 608

   ATM Transaction Receipts.............................................................................. 612

   ATM Misdispense........................................................................................... 613

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

ATM Transaction Restrictions..................................................................................614

Quasi-Cash Transactions.......................................................................................614

Quasi-Cash Transaction General Requirements.........................................................614

Wire Transfer Money Orders (WTMO)......................................................................616

Scrip..............................................................................................................619

Sale of Travelers Cheques and Foreign Currency.......................................................619

Original Credit Transactions...................................................................................620

Original Credit Transaction Processing Requirements.................................................620

Money Transfer Original Credit Transactions..............................................................622

Money Transfer Original Credit Transaction Processing Requirements............................622

Mobile Commerce Transactions - AP Region..............................................................625

Mobile Commerce Transactions in India - AP Region..................................................625

Account Funding Transactions.................................................................................625

Account Funding Transaction Processing Requirements...............................................625

Aggregated Transactions.......................................................................................626

Aggregated Transaction Requirements.....................................................................626

Deferred Payments - U.S. Region............................................................................629

Deferred Payment Transactions..............................................................................629

Acquirer Performance Standards - U.S. Region..........................................................630

Retrieval Performance Rates - U.S. Region...............................................................630

Chargeback Performance Rates - U.S. Region...........................................................631

In-Transit...........................................................................................................631

In-Transit Service - General Requirements................................................................631

In-Transit Service - Authorization Requirements.........................................................634

© 2011 Visa. All Rights Reserved.

In-Transit Service - Processing Requirements............................................................635

General T&E............................................................................................................635

   General T&E Requirements......................................................................................635

   T&E Delayed or Amended Charges............................................................................636

Airline Merchants......................................................................................................637

   International Airline Merchant Requirements................................................................637

Car Rental Merchants.................................................................................................638

   Delayed or Amended Charges...................................................................................638

   Car Rental Advance Deposit.....................................................................................641

   Visa Reservation Service for Car Rentals - U.S. Region.................................................644

Hotels and Cruise Lines..............................................................................................648

   Hotel and Cruise Line General Requirements...............................................................648

   Hotel Guaranteed Reservations................................................................................649

   Advance Deposit Service..........................................................................................652

   Priority Check-Out Service.......................................................................................656

   Central Reservation Service......................................................................................658

Timeshare Merchants.................................................................................................659

   General Timeshare Merchant Requirements................................................................659

Real-Time Clearing - U.S. Region.................................................................................660

   Automated Fuel Dispensers Real-Time Clearing - U.S. Region.........................................660

Gambling.................................................................................................................660

   Online Gambling....................................................................................................660

   Gambling Credits...................................................................................................663

   In-Transit Gambling................................................................................................663

© 2011 Visa. All Rights Reserved.
VISA PUBLIC

Debt Repayment Program - U.S. Region...................................................................... 666

    Debt Repayment Program............................................................................... 666

Tax and Other Government Payments............................................................................. 667

    Tax and Other Government Payments - AP Region.................................................. 667

    Tax Payment Program Requirements - U.S. Region.................................................. 668

    Tax Payment Program Fee Requirements - U.S. Region........................................... 669

Travelers Cheques......................................................................................................... 671

    Travelers Cheque Acceptance and Encashment................................................... 671

Health Care Transactions................................................................................................ 672

    Preauthorized Health Care Program Requirements - U.S. Region............................ 672

    Healthcare Auto-Substantiation - U.S. Region...................................................... 673

    Easy Pay Transaction - General Requirements - LAC Region................................. 674

    Easy Pay - Authorization - LAC Region.................................................................. 675

**Chapter 7: Transaction Processing**............................................................................... **677**

Core Principle 7.1.......................................................................................................... 677

    Provide Authorization and Settlement Service........................................................ 677

Core Principle 7.2.......................................................................................................... 677

    Rules Differ by Acceptance Environments............................................................ 677

Core Principle 7.3.......................................................................................................... 677

    Financial Responsibility for Processed Transactions.............................................. 677

Core Principle 7.4.......................................................................................................... 678

    Authorize, Clear, and Settle International Transactions........................................... 678

Access to Visa Systems................................................................................................. 678

    VisaNet Access.................................................................................................... 678

© 2011 Visa. All Rights Reserved.

Data Quality.................................................................................................... 680

    Authorization and Clearing Data Requirements....................................... 680

Account BIN Range......................................................................................... 684

    Account Range Table............................................................................... 684

General Authorization Requirements............................................................... 685

    Authorization Services............................................................................. 685

    Authorization Computer Interface Requirements..................................... 686

    Authorization Processing......................................................................... 688

    Issuer Authorization Requirements.......................................................... 690

    Member Authorization Services................................................................ 691

    Code 10 Authorizations - U.S. Region..................................................... 692

    Authorization Amount.............................................................................. 693

Manual Authorizations.................................................................................... 695

    Manual Authorization Procedures............................................................ 695

Emergency Authorizations.............................................................................. 696

    Emergency Authorization Procedures...................................................... 696

Partial Authorizations..................................................................................... 698

    Partial Authorization Service Requirements............................................. 698

Non-Visa Transaction Authorizations.............................................................. 699

    Processing Requirements........................................................................ 699

Stand-In Processing (STIP)............................................................................ 699

    Stand-In Processing Requirements.......................................................... 699

Authorization Request Monitoring................................................................... 702

    Authorization Request Monitoring Requirements...................................... 702

© 2011 Visa. All Rights Reserved.

Authorization Response Standards.......................................................... 703

   Approval, Referral, and Decline Rate Standards.................................. 703

3-D Secure Authentication..................................................................... 705

   Authentication Request Requirements................................................ 705

Automated Referral Service................................................................... 706

   Automated Referral Service (ARS) - U.S. Region................................ 706

Referral Responses.............................................................................. 708

   Referral Response Requirements...................................................... 708

Authorization Reversals, Rejections, and Declines................................. 712

   Authorization Reversals and Rejections............................................. 712

Declined Authorizations........................................................................ 714

   Decline Response Requirements....................................................... 714

   Allowable Decline and Referral Reasons by Product........................... 715

VisaNet Clearing.................................................................................. 716

   VisaNet Clearing - General Requirements......................................... 716

   Domestic Interchange..................................................................... 721

   Interchange Files and Tapes............................................................ 722

   Currency Requirements................................................................... 722

   ATM Clearing................................................................................. 723

   Non-Visa Transaction Processing - U.S. Region................................ 724

Single Message System (SMS).............................................................. 724

   General Requirements.................................................................... 724

Online Financial and Deferred Clearing.................................................. 725

   Online Financial and Deferred Clearing General Requirements - U.S. Region...................... 725

© 2011 Visa. All Rights Reserved.

Online Financial Transactions............................................................................. 726

Clearing Reversals and Adjustments.................................................................... 727

Clearing Reversals......................................................................................... 727

Adjustments................................................................................................... 729

Duplicate or Erroneous Data................................................................................ 730

Duplicate or Erroneous Data Processing Requirements.......................................... 730

Settlement......................................................................................................... 733

General Settlement Requirements.................................................................... 733

Billing and Settlement Currencies.................................................................... 733

Settlement Account Requirements.................................................................... 734

Late Settlement Fee....................................................................................... 734

Settlement Financial Obligations...................................................................... 734

National Net Settlement.................................................................................. 735

Payment to Merchants.................................................................................... 736

Transaction Receipt Processing........................................................................... 737

Transaction Receipt Processing Time Limits...................................................... 737

Transaction Receipt Processing - Invalid or Illegible Account Number.................... 741

Original Credit.................................................................................................... 742

Original Credit - General................................................................................. 742

Money Transfer Original Credit Transactions.......................................................... 743

Money Transfer Original Credit - General........................................................... 743

Bill Payment - AP Region.................................................................................... 746

Bill Payment Requirements............................................................................. 746

Bill Payment - U.S. Region.................................................................................. 747

© 2011 Visa. All Rights Reserved.

Bill Payment - U.S. Region.................................................................................... 747

File Correction Service........................................................................................... 747

File Correction Service - Reversals........................................................................ 747

**Chapter 8: Risk Management.............................................................................. 749**

Core Principle 8.1.................................................................................................. 749

Adherence to Risk and Fraud Controls................................................................. 749

Core Principle 8.2.................................................................................................. 749

Report All Fraud Activity to Visa........................................................................... 749

Core Principle 8.3.................................................................................................. 749

Protect Visa Account and Transaction Data.......................................................... 749

Core Principle 8.4.................................................................................................. 750

Protect Against Illegal Activities........................................................................... 750

Security and Fraud Control Requirements............................................................. 750

General Security and Fraud Control Requirements............................................... 750

Account and Transaction Information Security....................................................... 752

Data Security........................................................................................................ 752

Confidential Consumer Cardholder Information..................................................... 757

Information Security Programs.............................................................................. 758

Fines and Penalties............................................................................................... 761

Corporate Risk Reduction...................................................................................... 763

Corporate Risk Reduction - General..................................................................... 763

Corporate Risk Reduction - Acquirer Requirements............................................. 765

Anti-Money Laundering......................................................................................... 768

Anti-Money Laundering Compliance...................................................................... 769

Acquirer Risk Program - U.S. Region...................................................................... 770

Compliance Monitoring............................................................................................ 771

Member Activity Monitoring Requirements.......................................................... 771

Chargeback Monitoring........................................................................................ 776

Fraud Monitoring.................................................................................................. 784

High-Brand Risk Merchant Monitoring................................................................. 792

Electronic Commerce Monitoring......................................................................... 806

Brand Protection..................................................................................................... 808

Global Brand Protection Program........................................................................ 808

Fraud Reporting....................................................................................................... 812

Fraud Reporting Requirements............................................................................. 812

Fraud Reporting Compliance................................................................................ 815

Fraud Reporting Fines and Penalties................................................................... 817

Fraud Losses and Investigation........................................................................... 818

Card Recovery.......................................................................................................... 819

Return of Recovered Cards................................................................................... 819

Recovered Counterfeit Cards............................................................................... 822

Card Recovery at the Point of Sale...................................................................... 823

Card Recovery at an ATM...................................................................................... 824

Recovered Card Handling Fees............................................................................. 825

Recovered Card Rewards...................................................................................... 826

Counterfeit Losses................................................................................................... 830

Counterfeit Transaction Liability.......................................................................... 830

Account Data Compromise Recovery (ADCR)..................................................... 831

© 2011 Visa. All Rights Reserved.

Data Compromise Recovery Solution (DCRS).........................................................................837

POS Entry Mode Compliance Liability - AP Region.............................................................841

Authentication Requirements.......................................................................................................841

PIN Requirements.....................................................................................................................841

Triple DES...................................................................................................................................844

Card Verification Value (CVV)...................................................................................................845

Card Verification Value 2 (CVV2).............................................................................................846

Authentication Fines and Penalties.........................................................................................850

Terminated Merchant File.............................................................................................................852

Terminated Merchants...............................................................................................................852

**Chapter 9: Dispute Resolution.................................................................................................855**

Core Principle 9.1............................................................................................................................855

Attempt to Honor/Post all Transactions..................................................................................855

Core Principle 9.2............................................................................................................................855

Offer Mutual Assistance to Other Participants.......................................................................855

Core Principle 9.3............................................................................................................................855

Prevent Unjust Enrichment.......................................................................................................855

Core Principle 9.4............................................................................................................................856

Visa Acts as Arbitrator...............................................................................................................856

Dispute Resolution Process..........................................................................................................856

Cardholder Disputes..................................................................................................................856

Mutual Assistance.....................................................................................................................857

Transaction Receipt.......................................................................................................................857

Request for Transaction Receipt Copy....................................................................................857

Retention.................................................................................................... 859

Request and Fulfillment............................................................................... 860

VisaNet Copy Request and Fulfillment Service........................................... 873

Retrieval Fees............................................................................................. 876

Chargebacks and Representments................................................................. 877

Chargeback and Representment Process..................................................... 877

Reason Codes................................................................................................ 884

Reason Code 30 Services Not Provided or Merchandise Not Received.................. 884

Reason Code 41 Cancelled Recurring Transaction...................................... 888

Reason Code 53 Not as Described or Defective Merchandise.............................. 891

Reason Code 57 Fraudulent Multiple Transactions...................................... 896

Reason Code 60 Illegible Fulfillment........................................................... 900

Reason Code 62 Counterfeit Transaction..................................................... 902

Reason Code 70 Card Recovery Bulletin or Exception File............................ 909

Reason Code 71 Declined Authorization...................................................... 912

Reason Code 72 No Authorization............................................................... 917

Reason Code 73 Expired Card..................................................................... 925

Reason Code 74 Late Presentment.............................................................. 928

Reason Code 75 Transaction Not Recognized.............................................. 932

Reason Code 76 Incorrect Currency or Transaction Code or Domestic Transaction Processing Violation........................................................................................ 939

Reason Code 77 Non-Matching Account Number........................................ 944

Reason Code 78 Service Code Violation...................................................... 947

Reason Code 80 Incorrect Transaction Amount or Account Number..................... 949

Reason Code 81 Fraud – Card-Present Environment .........................................954

© 2011 Visa. All Rights Reserved.

Reason Code 82 Duplicate Processing.............................................................................. 964

Reason Code 83 Fraud—Card-Absent Environment   ...................................................967

Reason Code 85 Credit Not Processed............................................................................ 977

Reason Code 86 Paid by Other Means............................................................................ 985

Reason Code 90 Non-Receipt of Cash or Load Transaction Value at ATM or Load Device... 987

Reason Code 93 Merchant Fraud Performance Program...................................................... 989

Reason Code 96 Transaction Exceeds Limited Amount........................................................ 992

Arbitration............................................................................................................. 995

Arbitration Process................................................................................................ 995

Filing for Arbitration.............................................................................................. 998

Arbitration Appeal................................................................................................1002

Compliance............................................................................................................ 1003

Compliance Process.............................................................................................. 1003

Compliance Filing Conditions.................................................................................. 1003

Pre-Compliance for Violations................................................................................. 1004

Compliance for Violations....................................................................................... 1005

Filing for Compliance............................................................................................. 1010

Compliance Appeal Rights....................................................................................... 1014

Interchange Reimbursement Fee Compliance.................................................................. 1015

IRF Compliance Process Introduction......................................................................... 1015

Filing Conditions...................................................................................................1016

Interchange Reimbursement Fee Compliance Screening and Filing...................................... 1017

IRF Pre-Compliance...............................................................................................1022

IRF Compliance Process..........................................................................................1022

IRF Compliance Decision..................................................................................1028

IRF Compliance Appeal...................................................................................1029

Intercompany Interchange Reimbursement Fee Compliance ....................................1030

Intercompany Interchange Reimbursement Fee Compliance Process...................1030

**Chapter 10: Pricing, Fees and Interchange....................................................1033**

Core Principle 10.1.......................................................................................1033

Fees for Access and Use of Visa Products and Services...................................1033

Core Principle 10.2.......................................................................................1033

Participants Pay or Receive Interchange for Transactions..................................1033

Core Principle 10.3.......................................................................................1034

Visa Determines Interchange Reimbursement Fees.............................................1034

Global Interchange.......................................................................................1034

Interchange Overview...................................................................................1034

General Interchange Requirements..................................................................1035

Interchange Reimbursement Fees - U.S. Region..................................................1035

General Interchange Reimbursement Fee Requirements - U.S. Region..................1035

Standard and Electronic Interchange Reimbursement Fees - U.S. Region............1037

Custom Payment Services (CPS) - U.S. Region...................................................1039

Custom Payment Services General - U.S. Region...............................................1039

CPS/Automated Fuel Dispenser - U.S. Region.................................................1048

CPS/Hotel and Car Rental - Card Not Present and Card Present - U.S. Region...................1049

CPS/Supermarket - U.S. Region....................................................................1050

CPS/Rewards - U.S. Region...........................................................................1051

CPS/Small Ticket - U.S. Region......................................................................1053

© 2011 Visa. All Rights Reserved.

Industry-Specific Merchant Programs - U.S. Region.....................................................................1053

Industry-Specific Merchant Program Requirements - U.S. Region.........................................1053

Interchange Reimbursement Fee Programs - U.S. Region...........................................................1057

Credit Voucher Program - U.S. Region.................................................................................1057

ATM Tiered Interchange Reimbursement Fee - U.S. Region..................................................1059

Performance Threshold Interchange Reimbursement Fees - U.S. Region.................................1060

Performance Threshold Interchange Reimbursement Fee Consumer Credit and Consumer Debit - U.S. Region..........................................................................................................1060

Visa Signature Preferred Interchange Reimbursement Fees - U.S. Region...............................1061

Visa Signature Preferred Interchange Reimbursement Fee Requirements - U.S. Region......1061

Commercial Interchange Reimbursement Fees - U.S. Region.....................................................1064

Commercial Interchange Reimbursement Fees and Programs - U.S. Region........................1064

Visa Purchasing Large Ticket Interchange Reimbursement Fee - U.S. Region.........................1066

Visa Purchasing Large Ticket Interchange Reimbursement Fee - General - U.S. Region......1066

Visa Fees - General.....................................................................................................................1067

Fee Assessment and Responsibility......................................................................................1067

Fee Collection..............................................................................................................................1068

Visa Fee Collection and Funds Disbursement......................................................................1068

Member Fee Collection and Funds Disbursement................................................................1070

Automated Clearing House Service Fee Collection and Funds Disbursement - U.S. Region.. 1075

Visa Interchange Reimbursement Fee Adjustments.....................................................................1077

Interchange Reimbursement Fee Adjustments......................................................................1077

Interchange Reimbursement Fee-Related Fines.........................................................................1078

Interchange Reimbursement Fee Fines.................................................................................1078

**Glossary.................................................................................................................................1081**

© 2011 Visa. All Rights Reserved.

Terms and Definitions.................................................................................................1081

  0-9.................................................................................................................1081

  A...................................................................................................................1082

  B...................................................................................................................1101

  C...................................................................................................................1105

  D...................................................................................................................1133

  E...................................................................................................................1138

  F...................................................................................................................1147

  G...................................................................................................................1151

  H...................................................................................................................1155

  I....................................................................................................................1158

  J....................................................................................................................1168

  K...................................................................................................................1168

  L....................................................................................................................1168

  M...................................................................................................................1173

  N...................................................................................................................1182

  O...................................................................................................................1188

  P....................................................................................................................1192

  Q...................................................................................................................1212

  R...................................................................................................................1214

  S....................................................................................................................1220

  T....................................................................................................................1230

  U...................................................................................................................1237

  V...................................................................................................................1240

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

W....................................................................................................................... 1280

X........................................................................................................................ 1281

Y........................................................................................................................ 1281

Z........................................................................................................................ 1282

© 2011 Visa. All Rights Reserved.

**THIS PAGE INTENTIONALLY LEFT BLANK.**

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

# Summary of Changes

## Visa Operating Regulations Alignment Project

### Overview

### Background

Visa continually works to gain operational efficiencies and provide greater value to its Members and other participants in the Visa payment system. The Visa Operating Regulations Alignment Project was initiated to update and improve access to the *Visa International Operating Regulations* and to create a consolidated, more uniform set of regulations for participating in the Visa payment system.

The key objectives for this project were to:

- Ensure that regulations are current and reflect today's payment environment

- Simplify language and reduce the number of regulations

- Align regulations across regions and geographies for greater consistency

- Migrate to a fully integrated online publication hosting environment with enhanced and targeted search and custom publication capabilities

- Provide better support for Member access to Visa International communications and publications, with enhanced online content and functionality over time

The consolidated Operating Regulations offer a number of benefits to Visa Members including a more streamlined approach to viewing regulations specific to their part of the payments business. Redundant and obsolete regulations have been removed and the need to search multiple publications for complete information has been eliminated. Regional differences have been retained where necessary to address unique market conditions.  Moving forward, efforts will continue to further align regional and international business rules where it is practical to do so.

ID#: 010410-010410-0020020

### Content Restructure

As part of Operating Regulations consolidation and migration to an online environment, Visa has restructured the Operating Regulations according to the "Visa International Operating Regulations - Core Principles" that describes the expectations and requirements for participating in the Visa system. These Core Principles are described at the beginning of each chapter and are intended to:

- Serve as fundamental policy statements that describe the rules and processes designed to ensure the long-term value and reliability of the Visa products, system, and brand

© 2011 Visa. All Rights Reserved.

- Be presented in general terms as broad guidelines or statements of intent to guide business discussions, dealings and decisions, absent a specific rule

- Provide global consistency for the integrity of the Visa brand and system

The new chapter structure of the *Visa International Operating Regulations* is as follows:

***Core Principle 1: Visa Operating Regulations Governance -*** Outlines the scope and application of the Visa International Operating Regulations, a Member's requirement to comply with the Operating Regulations, and general fines for non-compliance.

***Core Principle 2: Visa System Participation -*** Specifies minimum requirements for Members, Third Parties, and VisaNet Processors, including liability and indemnification provisions.

***Core Principle 3: The Visa License -*** Specifies various license, Copyright, and trademark provisions.

***Core Principle 4: The Visa Brand -*** Specifies Member requirements for reproduction of the Visa-Owned Marks, including Card production, promotions, sponsorships, and responsibilities for non-Card use of the Visa-Owned Marks.

***Core Principle 5: Visa Products and Services -*** Specifies both Issuer requirements and product information for participation in the Visa programs, and Acquirer requirements with respect to Acquirer-Merchant contracts, terminal requirements, electronic commerce, and participation in the Visa Global ATM Program.

***Core Principle 6: Visa Payment Acceptance -*** Specifies requirements for Merchants, including Transaction acceptance, special Merchant payment acceptance services and Transaction Receipt completion and processing.

***Core Principle 7: Transaction Processing -*** Specifies Member requirements for payment processing, including Authorization, Clearing, and Settlement.

***Core Principle 8: Risk Management -*** Specifies general security requirements, the rights and responsibilities of Visa and Members related to risk management and security, counterfeit losses, and the Visa risk management services.

***Core Principle 9: Dispute Resolution -*** Governs the Transaction Receipt retrieval process, a Member's attempts to resolve disputes, and the processes available to the Member if its resolution efforts are unsuccessful. These processes include Chargebacks, Representments, Arbitration, and Compliance.

***Core Principle 10: Pricing, Fees and Interchange -*** Specifies international fee types applicable to Members, Interchange Reimbursement Fee (IRF) categories, and procedures for collection, disbursement, and problem resolution.  Detailed fee amounts and IRF rates and been moved to applicable pricing directories.

ID#: 010410-010410-0020021

© 2011 Visa. All Rights Reserved.

## Operating Regulation Content Changes

All material changes to the Operating Regulations since the last formal publication in November 2008 are described in the "Summary of Changes." However, in order to consolidate and align both International and Regional Operating Regulations, minor editorial changes have been made throughout the Operating Regulations for consistency and clarity of intent, including the elimination of duplicate or obsolete rules. Due to the comprehensive content restructure, change bars are not used to identify changes in this release.

ID#: 111011-010410-0020022

## New Section Numbering Scheme

As part of the migration to a fully integrated online publication environment, legacy section numbering designed for traditional book publishing has been replaced with a unique regulation Identification (ID) code.

The new regulation ID format includes the date the regulation section was published, its effective date, and a unique 7-digit reference number. The format is as follows:

(Publication date) DDMMYY - (Effective date) DDMMYY - (unique 7-digit reference #) 1234567

Sample: ID# 090909-171009-0003557

The ID remains with each regulation for as long as the regulation remains unchanged. If modified, the regulation ID is updated to reflect the date of change, but the unique 7-digit reference number is retained to allow users to easily track the lifecycle of any given regulation.

ID#: 010410-010410-0020023

## Style Convention

The newly consolidated Operating Regulations will be titled the *Visa International Operating Regulations*.  Content unique to a specific region is indicated within titles, language, and system attributes.  References to Regional Operating Regulations are made generic to indicate regional requirements rather than regional publications.

Specific written style and format conventions used in the new consolidated online version of the *Visa International Operating Regulations* are explained in "About the Operating Regulations."

**Note:** Visa Europe is not part of this Operating Regulations consolidation effort. As a separate company, Visa Europe independently manages the publication of the *Visa Europe Operating Regulations*. Common regulations that are necessary to ensure the continued interoperability and consistency of the Visa brand, global payment transactions and system interoperability are found in both the *Visa International Operating Regulations* and the *Visa Europe Operating Regulations.*

ID#: 010410-010410-0020024

© 2011 Visa. All Rights Reserved.

# Quick Reference

## Overview

## Major Topics

Anti-Money Laundering/Anti-Terrorist Financing Revisions

**Effective 10 March 2011,** requires Members to complete and return the *Anti-Money Laundering/Anti-Terrorist Financing Compliance Questionnaire/Certification* form and establishes penalties for failure to return the form within specified timeframes.

Quarterly Service Fee Collection Process

**Effective 1 October 2011,** clarifies and streamlines rules related to collection of quarterly service fees and U.S. Automated Clearing House requirements.

Visa Platinum Card Minimum Spending Limits

**Effective 1 May 2011**, introduces changes to the Visa Platinum Card Minimum Spending Limits for the AP Region and the CEMEA Region.

Unattended Cardholder-Activated Transactions

**Effective 15 October 2011,** globalizes and streamlines regulations related to Unattended Cardholder-Activated Terminals.

Global Brand Protection Program

**Effective 1 June 2011 and 1 December 2011,** the three brand protection programs operated by Visa to address a variety of Transactions prohibited in some or all jurisdictions such as gambling and child pornography are being consolidated into one, the Global Brand Protection Program.

Global Contactless Interoperability Strategy

**Effective 1 January 2012,** introduces revisions to the Contactless Payment Specification requirements by allowing additional development time for both issuers and acquirers in certain geographies.

Revisions to Comply with the U.S. 2010 Financial Reform Act

**Effective 21 July 2010,** complies with the minimum/maximum Transaction amount provisions of the U.S. 2010 Financial Reform Act, and clarifies that minimum and maximum Transaction amounts are otherwise prohibited.

Chip Card Acceptance and PIN as Cardholder Verification Method Amendment for Australia and New Zealand

© 2011 Visa. All Rights Reserved.

**Effective 21 June 2011,** introduces minor changes to the wording of the current Chip Card acceptance and PIN as Cardholder Verification Method (CVM) mandates for Issuers and Acquirers in Australia and New Zealand.

Payment Service Provider Expansion

**Effective 17 June 2011 and 1 July 2011,** implements a Payment Service Provider (PSP) model for all commerce types, including the Face-to-Face Environment.

Required Merchant Information

**Effective 30 June 2011,** optionally expands to other regions the existing U.S. Region and Canada Region mandate requiring Acquirers to collect and submit specific Merchant location data.

Requirements for Original Credit Transactions processed as Fast Funds

**Effective 14 April 2012,** requires Issuers in Philippines, and Armenia, Azerbaijan, Belarus, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Tajikistan, Ukraine, Uzbekistan ("10 CIS Markets") to support incoming Fast Funds Transactions.

Visa Central Travel Account (VCTA)

**Effective 14 July 2011,** formalizes Visa Central Travel Account (VCTA) as a global competitive and functional enhancement to purchasing and commercial account programs.

Revisions to Support the DOJ Settlement

**Effective 20 July 2011,** implements Card acceptance changes to support the Visa settlement with the U.S. Department of Justice and several state attorneys general.

Visa ePay Sunset

**Effective upon publication and 31 October 2011,** discontinues Visa ePay.

Client Portfolio Management Self-Service Tools Globalization

**Effective 8 September 2011,** globally aligns and updates Operating Regulations relevant to the Client Portfolio Management Self-Service Tools.

VisaVue Online Globalization

**Effective 8 September 2011,** expands the availability of VisaVue Online to Issuers, co-brand Merchants, and Acquirers in all Visa Inc. geographies.

Expansion of the EMV Liability Shift to the U.S. Region

**Effective 1 October 2015,** expands the EMV liability shift into the U.S. Region for specific fraudulent Transactions made with an EMV Chip Card at non-EMV Chip-enabled Merchants.

Regulation II Modifications – Phase 1

© 2011 Visa. All Rights Reserved.

**Effective 1 October 2011,** revises *Visa International Operating Regulations* and Regional Operating Regulations to address the United States Federal Reserve Board Regulation II in the U.S. Region and U.S. Territories.

Licensing and BIN Management Operating Regulations Enhancements

**Effective 1 April 2012,** refines existing rules and introduces new rules that clarify Member responsibilities and liabilities for Visa BINs and non-Visa BINs installed in Visa's production systems.  Additionally, establishes new rules that outline Members' responsibilities for other numeric identifiers assigned for the purpose of endpoint connectivity and transaction routing.

Quarterly Operating Certificate and Fee Collection Process Revisions

**Effective 1 October 2011,** establishes a global process for underpayment or overpayment of fees, and streamlines and clarifies quarterly Operating Certificate rules.

ID#: 171011-010100-0026598

## Variance Topics

Reloadable Prepaid Cards in the Transit Channel without Know-Your-Customer Procedures

**Effective 14 April 2011,** permits domestic-use-only transit co-branded general purpose Reloadable Cards to be reloaded without obtaining Cardholder information and performing know-your-customer procedures, subject to specific conditions and requirements.

Cardholder Name on Contactless Cards in Hong Kong

**Effective 28 April 2011,** grants a variance to Members in Hong Kong to the *Visa International Operating Regulations* governing the personalization of the Cardholder name on a Chip.

ID#: 151011-010100-0026622

## Miscellaneous Topics

Forensic Investigation Terminology Update

**Effective 21 April 2011,** replaces the terms Qualified Forensic Investigator and Qualified Incident Response Assessor with the new industry standard term, PCI Forensic Investigator (PFI).

Visa Account Updater Service Expansion

**Effective 15 October 2011 and 14 April 2012,** implements the *Visa Account Updater - Terms of Use for Australia and New Zealand* for participating Members in Australia and New Zealand.

New Visa Business Enhanced Credit Card, Changes to Visa Signature Business

© 2011 Visa. All Rights Reserved.

**Effective 15 October 2011,** defines requirements for a new product, Visa Business Enhanced, modifies requirements for Visa Signature Business, and introduces a new extension, the *Visa Business Credit Cards Product and Implementation Guide – U.S. Region.*

Support for Visa payWave Sticker Form Factor

**Effective 9 June 2011,** reflects revised and additional rules to support Issuer deployment of Visa payWave stickers, the one-sided adhesive micro tag form factor that enables Proximity Payments.

Enable Debit Products with Verified by Visa for eCommerce in Brazil

**Effective 1 June 2012,** introduces new Operating Regulations to enable consumer debit products, including Visa Electron Cards, with Verified by Visa to complete domestic Electronic Commerce Transactions in Brazil.

Visa Commercial Solutions Terms of Use

**Effective 11 April 2011,** recognizes the new *Visa Commercial Services Terms of Use* document for Members accessing the Visa Commercial Services website located on Visa Online.

CPS/Automated Fuel Dispenser Interchange Reimbursement Fee Transaction Amount Increase

**Effective 18 June 2011,** raises the maximum Transaction amount for qualification for the U.S. CPS/ Automated Fuel Dispenser Interchange Reimbursement Fee program to US $125.

Visa Cash Program Rules Cleanup

**Effective 1 January 2014,** reflects the sunsetting of the Visa Cash Program.

Updates to the Extensions to the Visa International Operating Regulations

**Effective upon publication,** updates the list of extensions and associated references in the *Visa International Operating Regulations.*

Submission of Preauthorized Transaction Authorization Requests in the U.S. Region

**Effective upon publication,** reinstates "Preauthorized Transaction Decline Response – U.S. Region.*"*

Visa Payables Automation Globalization

**Effective 8 September 2011,** globally expands the Visa Payables Automation Service (VPAS)..

Use of Promotional Language on Prepaid Incentive Cards

**Effective 8 September 2011,** allows Issuers in the U.S. and Canada Regions to place promotional language on the front of prepaid Visa Incentive Cards, with prior approval from Visa.

ID#: 171011-010100-0026625

© 2011 Visa. All Rights Reserved.

## AP Region Major Topics

Card Verification Value 2 Requirements in Australia

**Effective 1 April 2012**, revises the Card Verification Value 2 requirements in Australia.

Visa Signature Card Qualifying Criteria Core Services

**Effective 1 May 2011**, introduces Operating Regulation revisions relating to Visa Signature Card issuance requirements in the AP Region.

Visa Platinum Debit Card Issuance Requirements in Australia

**Effective 1 May 2011,** establishes rules to regulate the issuance requirements for the Visa Platinum debit product in Australia.

Visa Signature Card Qualifying Criteria Core Services – Technical Corrections

**Effective 27 July 2011,** introduces a technical correction to the country specific Visa Signature Card Minimum Spending Limits in the AP Region, for Hong Kong and Malaysia.

Additional MCCs for Visa Easy Payment Service (VEPS) Transactions and Revised Date for Lifting the MCC Restriction in Australia

**Effective 5 August 2011**, introduces revisions to the Visa Easy Payment Service (VEPS) Transaction eligible Merchant Category Codes in Australia.

Clearing Timeframes for Domestic Visa Debit Transactions Conducted at Automated Fuel Dispensers in Malaysia

**Effective 15 October 2011,** requires revisions to the Transaction Deposit Time Limits and Transaction Receipt Processing Time Limits for Malaysia, in order to support the Malaysia central bank's request.

Introduction of Visa Infinite Preferred Product Issuance Guidelines in Singapore

**Effective 4 November 2011**, establishes rules governing the Visa Infinite Preferred Product in Singapore.

Verified by Visa Mandate for Domestic Electronic Commerce Transactions in India

**Effective 31 December 2011**, introduces a mandate for Issuers and Acquirers in India to support Verified by Visa.

Card Verification Value 2 Requirements in Hong Kong

**Effective 1 October 2011,** introduces a Card Verification Value 2 mandate for domestic Electronic Commerce Transactions conducted in Hong Kong.

ID#: 151011-010100-0026642

© 2011 Visa. All Rights Reserved.

## CEMEA Region Major Topics

Electronic Commerce License Eligibility Criteria - CEMEA Region

**Effective 8 September 2011,** revises the eligibility and application process that Acquirers of Electronic Commerce Transactions have to comply with to obtain an acquiring license within the CEMEA Region.

ID#: 171011-010100-0026652

## LAC Region Major Topics

Visa Agro

**Effective 8 September 2011,**  incorporates new Operating Regulations for a new commercial product, Visa Agro, for use in the LAC Region, for commercial purchases associated with the agribusiness sector.

**Effective 8 September 2011**, permits Issuers in Brazil to combine Visa Card programs in a single BIN.

ID#: 151011-010100-0026654

## U.S. Region Major Topics

Visa SavingsEdge

**Effective 15 July 2011,** formalizes Visa SavingsEdge (VSE),

Separation of Convenience Fees for Government and Higher Education Segments

**Effective 10 March 2011,** allows a third party payment provider to charge a Convenience Fee for government and higher education Merchant segments and allows these Transactions to be processed as separate and unique from the originating Transaction with the third party payment processor as the Merchant for the Convenience Fee.

Card Acceptance Process Rationalization for Magnetic-Stripe Failures at the Point of Sale

**Effective 15 October 2011,** in the U.S. Region, allows the use of the Card Verification Value 2 in a Face-to-Face Environment when an Electronic Imprint cannot be obtained.

Visa Consumer Charge Card Product Definition

**Effective 24 February 2011**, adds requirements governing the issuance in the U.S. Region of Visa Consumer Charge Cards as a subset of Visa Consumer Credit Card.

Visa Debit with PIN Transactions

© 2011 Visa. All Rights Reserved.

**Effective 14 April 2012,** aligns and clarifies the rules to improve Transaction processing performance on PIN debit Transactions and, **effective 1 July 2012,** prohibits issuance or reissuance of Visa Check Card II Cards.  All Visa Check Card II Cards must expire by **1 July 2015.**

ID#: 151011-010100-0026656

# Summary of Changes

## Major Topics

### Anti-Money Laundering/Anti-Terrorist Financing Revisions

#### Background

A requirement for Members to complete and return the *Anti-Money Laundering/Anti-Terrorist Financing Compliance Questionnaire/Certification* form to Visa has been established. Additionally, penalties for Member failure to return the form within specified timeframes have been added.

As a regulated entity under the USA PATRIOT Act, these revisions facilitate Visa's ability to report Member compliance for its auditors and regulators.

#### Effective Date

10 March 2011

#### Regulation Changes

Added or revised the following:

Chapter 8: Risk Management

• Anti-Money Laundering Program - Member Requirements

• Anti-Money Laundering Program Compliance

• Member Failure to Return an Anti-Money Laundering/Anti-Terrorist Financing Questionnaire Penalties

ID#: 151011-010100-0026599

### Quarterly Service Fee Collection Process

#### Background

© 2011 Visa. All Rights Reserved.

To address changes in the quarterly service fee collection process in the U.S. Region and to support current fee collection methods outside the U.S., Operating Regulation revisions have been made to clarify that quarterly service fees are collected via the Global Member Billing Solution (GMBS) or other designated method. In addition, rules related to service fee collection and U.S. Automated Clearing House requirements have been streamlined and clarified..

**Effective Date**

1 October 2011

**Regulation Changes**

Added or revised the following:

Chapter 10: Pricing, Fees and Interchange

- Adjustments Made through the Automated Clearing House Service - U.S. Region
- Card Service Fee Collection
- Quarterly Service Fee Collection Estimated Amount

Glossary

- Global Member Billing Solution

ID#: 161111-010100-0026600

## Visa Platinum Card Minimum Spending Limits

**Background**

In order to support initiatives in the AP Region and CEMEA Region:

- Revisions were made to the "Visa Platinum Card Minimum Spending Limits for AP Countries" table, to reflect the current Minimum Spending Limits for each country in local currency
- Current Visa Platinum Card Minimum Spending Limits have been lowered for Bangladesh, Brunei, Sri Lanka, Russia, and the Middle East and North Africa Region
- Bhutan has been added to the "Visa Platinum Card Minimum Spending Limits for AP Countries" table as a new country as they will be launching Visa Platinum product for the first time
- Revisions were made to the "Visa Platinum Card Spending Limits – CEMEA Region," to reference the "Visa Platinum Card Minimum Spending Limits" table, which shows the current Minimum Spending Limits that apply for each country in local currency

**Effective Date**

1 May 2011

© 2011 Visa. All Rights Reserved.

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Visa Platinum Card Minimum Spending Limit - AP Region

• Visa Platinum Card Spending Limits - CEMEA Region

ID#: 151011-010100-0026601

## Unattended Cardholder-Activated Transactions

### Background

The Operating Regulations have been revised to establish a global set of rules for Unattended Cardholder-Activated Terminals.  The revisions introduce simplified, globally consistent terminology, establish a Zero Floor Limit for all Unattended Transactions, with the exception of 5 Merchant types, eliminate Transaction limits, along with the associated "Transaction Exceeds Limited Amount" Chargeback, expand fraud Chargeback rights, and eliminate Retrieval Request and Fulfillment requirements.

### Effective Date

15 October 2011

### Regulation Changes

Added or revised the following:

Chapter 6: Payment Acceptance

• Automated Fuel Dispenser Partial Authorization Requirements

• Automated Fuel Dispenser Requirements

• Chip-Reading Device and Transmission Requirements

• Chip-Reading Device PIN Requirements

• In-Transit Service Gambling Merchant Operational Plan

• Merchant Authorization Requirements

• Operational Plan for In-Transit Service Merchants

• Prepaid Purchase at Unattended Terminals

• Unattended Acceptance Terminal Requirements - Type A Transactions

• Unattended Acceptance Terminal Requirements - Type B Transactions

• Unattended Acceptance Terminal Transaction Type C PIN Verification

© 2011 Visa. All Rights Reserved.

- Unattended Cardholder-Activated Terminal Acquirer General Requirements
- Unattended Cardholder-Activated Terminal Card Retention
- Unattended Cardholder-Activated Terminal Declines
- Unattended Cardholder-Activated Terminal Documentation Requirements
- Unattended Cardholder-Activated Terminal Requirements - PIN Acceptance
- Visa Electron Prohibition for Unattended Acceptance Terminal Type A Transactions
- Automated Dispensing Machine - PIN and Security Requirements - U.S. Region
- Automated Dispensing Machine Cardholder Messages - U.S. Region
- Automated Dispensing Machine Requirements - U.S. Region
- Automated Fuel Dispenser Authorization Options - U.S. Region 5.2.K
- Automated Fuel Dispenser Requirements - CEMEA Region
- Automated Fuel Dispenser Transaction Amount Limits - U.S. Region
- Cardholder Activated Terminal - Card Retention Requirements - U.S. Region
- Cardholder Activated Terminal - Participation Requirements - U.S. Region
- Cardholder-Activated Terminal - Cancellation Message Requirements - U.S. Region
- Cardholder-Activated Terminal - Card Retention - U.S. Region
- Cardholder-Activated Terminal - Declines - U.S. Region
- Cardholder-Activated Terminals - LAC Region
- Data Requirements: Cardholder-Activated Terminal Transaction Receipt - U.S. Region Tables S-4, S-5 and S-6
- Data Requirements: Cardholder-Activated Terminal Transaction Receipt (Types A, B, and C) Table 7I-4
- Data Requirements: Unattended Transaction Receipt
- Data Requirements: Unattended Transaction Receipt - U.S. Region
- Limited-Amount Terminal Requirements - U.S. Region
- Limited-Amount Terminals - Merchant Category Code Restrictions - U.S. Region
- Self-Service Terminal Requirements - U.S. Region
- Visa Easy Payment Service Transaction Requirements - AP Region
- Telephone Service Transactions - U.S. Region
- Transaction Receipt Delivery Requirements - U.S. Region 5.2.N
- Unattended Acceptance Terminal Data Retention - CEMEA Region
- Unattended Acceptance Terminal Magnetic-Stripe Option - CEMEA Region
- Unattended Acceptance Terminal Plaintext PINs - Canada Region
- Unattended Acceptance Terminal Transaction Amounts - Canada Region
- Zero Floor Limit - U.S. Region 5.2.K

© 2011 Visa. All Rights Reserved.

Chapter 7: Transaction Processing

- Conversion to Decline Response - Issuer-Generated Authorization Request
- Emergency Authorization Procedure for ATM and Unattended Transactions
- Acquirer Inquiry Requirements - U.S. Region 6.2.F.3.a

Chapter 8: Risk Management

- Recovered Card Handling Fees
- Recovered Card Reward Limitations

Chapter 9: Dispute Resolution

- Minimum Data Requirements for Retrieval Requests
- Transaction Receipt Fulfillment Documents - Data Requirements
- Transaction Receipt Fulfillment Exceptions
- Invalid Chargebacks - Reason Code 72
- Chargeback Rights and Limitations - Reason Code 75
- Chargeback Rights and Limitations - Reason Code 81
- Invalid Chargebacks - Reason Code 81
- Invalid Chargebacks - Reason Code 82
- Representment Processing Requirements - Reason Code 82
- Overview - Reason Code 96
- Chargeback Rights and Limitations - Reason Code 96
- Chargeback Time Limit - Reason Code 96
- Documentation - Reason Code 96
- Chargeback Conditions - Reason Code 96
- Chargeback Processing Requirements - Reason Code 96
- Invalid Chargebacks - Reason Code 96
- Representment Processing Requirements - Reason Code 96
- Representment Rights and Limitations - Reason Code 96
- Representment Time Limit - Reason Code 96

Glossary

- Automated Dispensing Machine
- Automated Dispensing Machine - U.S. Region
- Automated Fuel Dispenser
- Automated Fuel Dispenser - AP Region

© 2011 Visa. All Rights Reserved.

- Automated Fuel Dispenser - CEMEA Region
- Automated Fuel Dispenser - U.S. Region
- Cardholder-Activated Terminal
- Cardholder-Activated Terminal - U.S. Region
- Cardholder-Activated Transaction
- Cardholder-Activated Transaction Type A
- Cardholder-Activated Transaction Type B
- Cardholder-Activated Transaction Type C
- Card-Present Environment - U.S. Region
- Face-to-Face Environment
- Limited-Amount Terminal
- Limited-Amount Terminal - U.S. Region
- Limited-Amount Terminal Transaction - U.S. Region
- Magnetic-Stripe Telephone
- Magnetic-Stripe Telephone - U.S. Region
- Self-Service Terminal
- Self-Service Terminal - U.S. Region
- Self-Service Terminal Transaction - U.S. Region
- Telephone Service Transaction
- Unattended Acceptance Terminal
- Unattended Cardholder-Activated Terminal
- Unattended Environment
- Unattended Transaction

ID#: 161111-010100-0026602

## Global Brand Protection Program

### Background

To increase efficiency, and provide consistency, while strengthening the prevention, monitoring and enforcement of penalties for Transactions that could potentially damage the Visa brand, the three risk brand protection programs currently in place to protect the Visa brand and address a variety of Transactions prohibited in some or all jurisdictions, such as gambling and child pornography, have been merged into one, the Global Brand Protection Program.

### Effective Date

1 June 2011

1 December 2011

**Regulation Changes**

Added or revised the following:

Chapter 2: Visa System Participation

• Agent Registration

Chapter 4: The Visa Brand

• Brand Protection

Chapter 6: Payment Acceptance

• Electronic Commerce Merchant Transaction Type Prohibition
• Electronic Commerce Merchant Yearly Review - U.S. Region
• General Requirements for Recurring Transactions
• High-Risk Internet Payment Service Provider Agreement Requirements
• High-Risk Internet Payment Service Provider Agreement Requirements - U.S. Region
• High-Risk Internet Payment Service Provider Contractual Obligation
• High-Risk Internet Payment Service Provider Contractual Obligation - U.S. Region
• High-Risk Internet Payment Service Provider Eligibility
• High-Risk Internet Payment Service Provider Eligibility - U.S. Region
• High-Risk Internet Payment Service Provider Processing Requirements
• High-Risk Internet Payment Service Provider Registration
• High-Risk Internet Payment Service Provider Registration - U.S. Region
• Merchant Requirements for Recurring Transactions - U.S. Region
• Negative Option Merchant Requirement
• Online Gambling Merchant Registration - LAC Region
• Recurring Services Merchant Prohibitions
• Recurring Transaction Processing
• Up-Selling Merchant Requirements
• Website Requirements

Chapter 7: Transaction Processing

• Global Brand Protection Program Data Quality Requirements
• High-Brand Risk Merchant Category Code Processing

© 2011 Visa. All Rights Reserved.

- High-Risk Merchant Category Codes
- Online Gambling Transaction Identification Penalties
- Stand-In Processing Referral Response (Point-of-Transaction Terminals) - U.S. Region

Chapter 8: Risk Management

- Additional Monitoring of High-Brand Risk Merchants - U.S. Region
- Additional Monitoring of High-Risk Merchants - U.S. Region
- Annual Assessments
- Brand Protection Requirements
- Cardholder and Transaction Information Disclosure Limitations
- Cardholder and Transaction Information Disclosure Limitations - U.S. Region
- Cardholder and Transaction Information Disclosure Prohibitions
- Cardholder and Transaction Information Disclosure Prohibitions - U.S. Region
- Electronic Commerce Merchant Monitoring Program - Acquirer Penalties
- Electronic Commerce Merchant Monitoring Program - Acquirer Penalties - U.S. Region
- Electronic Commerce Merchant Monitoring Program - Acquirer Restrictions
- Global Brand Protection Program Annual Assessment Fee
- Global Brand Protection Program Penalties
- Global Merchant Chargeback Monitoring Program - High-Brand Risk Merchants - Penalties
- Global Merchant Chargeback Monitoring Program Penalties
- High-Brand Risk Acquirer Capital Requirements
- High-Brand Risk Acquirer Non-Registration Penalties
- High-Brand Risk Acquirer Registration
- High-Brand Risk Acquirer Registration Fee
- High-Brand Risk Acquirer Requirements
- High-Brand Risk Chargeback Monitoring Program - Chargeback Ratios - U.S. Region
- High-Brand Risk Chargeback Monitoring Program - U.S. Region
- High-Brand Risk Chargeback Monitoring Program Fees - U.S. Region
- High-Brand Risk Merchant Category Codes
- High-Brand Risk Merchant Exception Reports
- High-Brand Risk Merchant Fees and Charges - U.S. Region
- High-Brand Risk Merchant Identification
- High-Brand Risk Merchant Investigation
- High-Brand Risk Merchant Monitoring - U.S. Region
- High-Brand Risk Merchant Monitoring Standards

© 2011 Visa. All Rights Reserved.

- High-Brand Risk Merchant Registration - U.S. Region
- High-Brand Risk Merchant Unusual Activity Reporting - U.S. Region
- High-Brand Risk Merchants - Acquirer Requirements
- High-Risk Chargeback Monitoring Program - Chargeback Ratios - U.S. Region
- High-Risk Chargeback Monitoring Program - U.S. Region
- High-Risk Chargeback Monitoring Program Fees - U.S. Region
- High-Risk Merchant and IPSP Registration - LAC Region
- High-Risk Telemarketing Merchant Daily Activity Reporting - U.S. Region
- High-Risk Telemarketing Merchant Exception Reports
- High-Risk Telemarketing Merchant Fees and Charges - U.S. Region
- High-Risk Telemarketing Merchant Investigation
- High-Risk Telemarketing Merchant Monitoring - U.S. Region
- High-Risk Telemarketing Merchant Monitoring Standards
- High-Risk Telemarketing Merchant Registration - U.S. Region
- High-Risk Telemarketing Merchant Unusual Activity Reporting - U.S. Region
- High-Risk Telemarketing Merchants - Acquirer Requirements
- Merchant Disclosures
- Modifications to High-Risk Regional Registration Form - LAC Region
- Prohibition against and Penalties for Illegal Cross-Border Transaction Activity
- Prohibition against Illegal Transactions
- Prohibition against Illegal Transactions and Brand Damaging Activities
- Request for Information Requirements

Chapter 10: Pricing, Fees and Interchange

- Commercial Card Electronic Interchange Reimbursement Fee - U.S. Region
- CPS Ineligible Transactions - U.S. Region
- Credit Voucher Interchange Reimbursement Fee for Mail/Phone Order and Electronic Commerce Merchants - U.S. Region
- Credit Voucher Program Qualification - U.S. Region
- Standard Interchange Reimbursement Fee - U.S. Region

Glossary

- Global Brand Protection Program
- High-Brand Risk Merchant
- High-Brand Risk Sponsored Merchant
- High-Brand Risk Transaction

© 2011 Visa. All Rights Reserved.

- High-Risk Internet Payment Service Provider

- High-Risk Internet Payment Service Provider - U.S. Region

- High-Risk Sponsored Merchant - U.S. Region

- High-Risk Telemarketing Merchant

- High-Risk Telemarketing Merchant - AP Region

- Negative Option Merchant

- Negative Option Transaction

- Up-Selling Merchant

Appendices

- Risk Management

ID#: 161111-010100-0026605

## Global Contactless Interoperability Strategy

### Background

The evolution of contactless technology and the deployment of both cards and readers have been impacted by a number of factors since the announcement in 2007 of a roadmap towards global contactless interoperability.  To maintain the drive towards global interoperability while reflecting current market conditions, revisions have been made to extend the effective date.

### Effective Date

1 January 2012

### Regulation Changes

Added or revised the following:

Chapter 5: Visa Products and Services

- Proximity Payment Issuer Requirements

Chapter 6: Payment Acceptance

- Proximity Payment Terminal Compliance

ID#: 151011-010100-0026606

## Revisions to Comply with the U.S. 2010 Financial Reform Act

### Background

© 2011 Visa. All Rights Reserved.

Revisions were approved to comply with the minimum/maximum purchase amount requirements of the U.S. 2010 Financial Reform Act.  In the U.S. and its Territories, a Merchant is permitted to establish a minimum Transaction amount of less than or equal to U.S. $10, for a Transaction conducted with a U.S.-issued credit Card (including Cards issued in a U.S. Territory.)  In addition, an agency of the U.S. federal government or an institution of higher learning located in the U.S. or its Territories may  establish a maximum amount on Transactions conducted with a U.S.-issued credit Card (including Cards issued in a U.S. Territory).  Any permitted minimum or maximum Transaction amount must not discriminate between Issuers or between Visa and another payment network. A clarification to the Visa International Operating Regulations has also been made to prohibit minimum or maximum Transaction amounts, unless specifically permitted.

**Effective Date**

21 July 2010

**Regulation Changes**

Added or revised the following:

Chapter 1: Visa Operating Regulations Governance

• Visa Confidential Materials

Chapter 3: The Visa License

• Confidentiality of BIN Information
• Disclosure of BIN or Other Product Data Information to Merchants - AP Region
• Disclosure of BIN or Other Product Data Information to Merchants - LAC Region
• Merchants Receiving BIN Information - AP Region
• Merchants Receiving BIN Information - LAC Region
• Non-Disclosure of BIN Information - AP Region
• Non-Disclosure of BIN Information - LAC Region
• Third Parties Receiving BIN Information - AP Region
• Third Parties Receiving BIN Information - LAC Region
• Use of BIN or Other Product Data Information - AP Region
• Use of BIN or Other Product Data Information - LAC Region

Chapter 6: Payment Acceptance

• Maximum Transaction Amount - AP Region
• Maximum Transaction Amount - LAC Region
• Maximum Transaction Amount - U.S. Region
• Minimum Maximum - U.S. Region 5.2.F

© 2011 Visa. All Rights Reserved.

- Minimum Transaction Amount - AP Region
- Minimum Transaction Amount - LAC Region
- Minimum Transaction Amount - U.S. Region
- Minimum/Maximum Transaction Amount

Glossary

- U. S. Territory

ID#: 161111-010100-0026607

## Chip Card Acceptance and PIN as Cardholder Verification Method Amendment for Australia and New Zealand

### Background

Minor changes were made to the wording of the current Chip Card acceptance and PIN as Cardholder Verification Method (CVM) mandates for Issuers and Acquirers in Australia and New Zealand.

### Effective Date

21 June 2011

### Regulation Changes

Added or revised the following:

Chapter 5: Visa Products and Services

- PIN as Cardholder Verification Method in Australia – Issuer Requirements – AP Region
- PIN as Cardholder Verification Method in New Zealand – Issuer Requirements – AP Region

Chapter 6: Payment Acceptance

- Chip Card Acceptance in Australia – AP Region
- Chip Card Acceptance in New Zealand – AP Region

Chapter 8: Risk Management

- PIN as Cardholder Verification Method in Australia – Acquirer Requirements – AP Region
- PIN as Cardholder Verification Method in New Zealand – Acquirer Requirements – AP Region

ID#: 151011-010100-0026608

© 2011 Visa. All Rights Reserved.

**Payment Service Provider Expansion**

**Background**

Operating Regulation revisions have been made to align and globalize the Internet Payment Service Provider (IPSP) model, which enables Electronic Commerce Merchant aggregation, and implement a Payment Service Provider (PSP) model for all commerce types, including the Face-to-Face Environment. Introduction of the new model extends and adapts existing IPSP rules and introduces new rules to support PSP activity throughout Visa Inc.

The revisions establish a consistent set of rules for Payment Service Providers in all channels and support the expansion of Visa acceptance to new Merchants.

**Effective Date**

17 June 2011

1 July 2011

**Regulation Changes**

Added or revised the following:

Chapter 1: Visa Operating Regulations Governance

- Investigation of Merchant Outlet
- Visa Right to Contact Merchant
- Visa Right to Notify Merchant - U.S. Region
- Visa Right to Terminate Merchant, Payment Service Provider, or Sponsored Merchant

Chapter 2: Visa System Participation

- Indemnification Related to Failure to Terminate a Merchant
- Indemnifications Related to National Card Recovery File - U.S. Region
- Indemnifications Related to Terminated Merchant File - U.S. Region
- Liability Allocation
- Member Indemnification of Visa

Chapter 5: Visa Products and Services

- Acquirer Use of Digital Certificates

Chapter 6: Payment Acceptance

- Acquirer Contractual Requirements with Internet Payment Service Providers

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

- Acquirer Eligibility - Internet Payment Service Provider - U.S. Region
- Acquirer Eligibility - Internet Payment Service Provider Maximum Annual Sales - U.S. Region
- Acquirer Eligibility - Payment Service Provider
- Acquirer Responsibility for Internet Payment Service Providers - U.S. Region
- Acquirer Responsibility for Payment Service Providers
- Aggregated Transaction Merchant Requirements - U.S. Region 5.2.K
- Country of Domicile and Jurisdiction Requirements
- Direct Merchant Agreement Requirement for Sponsored Merchants
- Electronic Commerce Acquirer Solicitation Website Requirements
- High-Risk Internet Payment Service Provider Agreement Requirements
- High-Risk Internet Payment Service Provider Registration
- Ineligible Internet Payment Service Provider Merchant Types - U.S. Region
- Ineligible Payment Service Provider Merchant Types
- Internet Payment Service Provider Agreement Provisions - U.S. Region
- Internet Payment Service Provider Billing Name
- Internet Payment Service Provider Name on Transaction Receipt - U.S. Region
- Internet Payment Service Provider Processing Requirements - U.S. Region
- Internet Payment Service Provider Registration - U.S. Region
- Internet Payment Service Provider Restrictions - U.S. Region
- Internet Payment Service Providers - Merchant Agreement - Canada Region
- Merchant Classification
- Monthly Internet Payment Service Provider Sponsored Merchant Activity Reporting - U.S. Region
- Online Gambling Identifiers
- Payment Service and Card Acceptance Requirements - U.S. Region
- Payment Service Provider Activity Reporting
- Payment Service Provider Agreement Requirements
- Payment Service Provider Contract with Multiple Acquirers
- Payment Service Provider Customer Support
- Payment Service Provider Deposit Allowances
- Payment Service Provider Registration
- Payment Service Provider Responsibilities
- Payment Service Provider Restrictions
- Payment Service Provider Transaction Receipt Deposits
- Sponsored Merchant and Payment Service Provider Billing Name
- Sponsored Merchant Location

© 2011 Visa. All Rights Reserved.

- Sponsored Merchant MCC Requirements

- Terminated Merchant File Query - Internet Payment Service Provider - U.S. Region

- Terminated Merchant Query - Payment Service Provider

- Transactions Directly Resulting from Other Entities 5.3.F.1.a

- Visa Electronic Commerce Acquirer Registration Program and Compliance - CEMEA Region

- Website Requirements

Chapter 7: Transaction Processing

- Payments to Merchants, Sponsored Merchants, and Payment Service Providers

Chapter 8: Risk Management

- Brand Protection Requirements

- Global Brand Protection Program Penalties

- Global Merchant Chargeback Monitoring Program - Data Quality Compliance

- Global Merchant Chargeback Monitoring Program Fees and/or Fines - Visa Rights

- High-Brand Risk Acquirer Capital Requirements

- Internet Payment Service Provider and Sponsored Merchant Activity Monitoring - U.S. Region

- Payment Service Provider and Sponsored Merchant Activity Monitoring

- Prohibition against Illegal Transactions and Brand Damaging Activities

Glossary

- Deposit

- Global Brand Protection Program

- High-Brand Risk Sponsored Merchant

- High-Risk Internet Payment Service Provider

- Internet Payment Service Provider (IPSP)

- Internet Payment Service Provider Agreement

- IPSP (Internet Payment Service Provider)

- Payment Service Provider

- Payment Service Provider Agreement

- PSP

- Sponsored Merchant

ID#: 161111-010100-0026609

© 2011 Visa. All Rights Reserved.

## Required Merchant Information

### Background

Currently, only U.S. and Canada Regional Operating Regulations require Acquirers to support the collection of specific Merchant location data. Modifications to the *Visa International Operating Regulations* have been made to introduce common global rules related to the collection of Merchant information. Although mandatory in the U.S. and Canada Regions, participation by Acquirers in other regions will remain optional until such time as a region or a specific country agrees to participate.

### Effective Date

30 June 2011

### Regulation Changes

Added or revised the following:

Chapter 5: Visa Products and Services

- Applicability of Enhanced Data Restrictions
- Applicability of Enhanced Data Restrictions - U.S. Region
- Enhanced Data Types - U.S. Region

Chapter 6: Payment Acceptance

- File Retention - Existing and New Merchant Agreements - AP Region
- Required Merchant Information
- Required Merchant Information - Canada Region
- Required Merchant Information - U.S. Region
- Rights in Merchant Information

Glossary

- Enhanced Data
- Enhanced Data - U.S. Region
- Enhanced Merchant-Level Data
- Enhanced Merchant-Level Data - U.S. Region

ID#: 161111-010100-0026610

© 2011 Visa. All Rights Reserved.

## Requirements for Original Credit Transactions Processed as Fast Funds

**Background**

A mandate has been introduced for Issuers in Armenia, Azerbaijan, Belarus, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Tajikistan, Ukraine and Uzbekistan ("10 CIS Markets") which requires them to support incoming Fast Funds Transactions to all Visa Cards.

A mandate has been introduced for Issuers in Philippines which requires support of incoming Fast Funds transactions to Visa debit and Visa Prepaid Cards only.

A table has been incorporated that lists the countries where Issuers in the AP Region and the CEMA Region are required to participate in Fast Funds processing.

**Effective Date**

14 April 2012

**Regulation Changes**

Added or revised the following:

Chapter 7: Transaction Processing

- Money Transfer Original Credit Transactions - Fast Funds Processing
- Money Transfer Original Credits - Fast Funds Processing - AP Region and CEMEA Region

ID#: 151011-010100-0026611

## Visa Central Travel Account (VCTA)

**Background**

The Visa Central Travel Account (VCTA) allows corporations to manage expenses related to the purchase of business travel through a set of centralized accounts that correspond with their internal cost center hierarchy. The VCTA provides detailed travel-related reporting and data files which allow for the matching and reconciliation of Transactions. The Operating Regulations have been revised to formalize the Visa Central Travel Account (VCTA) and to offer Visa Central Travel Accounts as an extension of the existing Visa Purchasing or Visa Corporate products.

**Effective Date**

14 July 2011

**Regulation Changes**

Added or revised the following:

© 2011 Visa. All Rights Reserved.

Chapter 5: Visa Products and Services

- Visa Central Travel Account - Core Feature Requirements

- Visa Central Travel Account - Issuance Requirements

- Visa Central Travel Account - Issuer Fees

- Visa Central Travel Account - Issuer Liability

Glossary

- Visa Central Travel Account

ID#: 151011-010100-0026612


## Revisions to Support the DOJ Settlement

### Background

Revisions to various point-of-sale discount and Marks usage requirements have been made to support the Visa settlement with the U.S. Department of Justice and several state attorneys general. Revisions have also been made to rules relating to Acquirers providing BIN and other product-identifying data to Merchants.


### Effective Date

20 July 2011

### Regulation Changes

Added or revised the following:

Chapter 3: The Visa License

- Disclosure of BIN or Other Product Data Information to Merchants - U.S. Region

- Use of BIN or Other Product Data Information - U.S. Region

- Merchants Receiving BIN or Other Product Data Information - U.S. Region

- Non-Disclosure of BIN or Other Product Data Information - U.S. Region

- Third Parties Receiving BIN or Other Product Data Information - U.S. Region

Chapter 4: The Visa Brand

- The Visa Brand Mark Color Requirements - U.S. Region

- Using Visa-Owned Marks

Chapter 6: Payment Acceptance

© 2011 Visa. All Rights Reserved.

- Acquirer Requirements - Discount at the Point of Sale - U.S. Region

- Affinity Partner Marks Size Requirements - U.S. Region

- Discount Offer - U.S. Region 5.2.D.2

- Discounts on Purchases Made with Affinity Cards - U.S. Region

- Visa Marks Display Requirements - U.S. Region

- Visa Marks Display Size Requirements - U.S. Region

- Acquirer Requirements – Discount at the Point of Sale – AP Region and LAC Region

- Discounts at the Point-of-Sale – AP Region and LAC Region

- Visa Marks Display Requirements – AP Region and LAC Region

ID#: 161111-010100-0026614


## Visa ePay Sunset

### Background

Visa ePay, a U.S. Region product, has been discontinued, effective 29 July 2011. References in the *Visa International Operating Regulations* have been deleted, and, effective 31 October 2011, the *Visa ePay Operating Regulations* will be retired.

### Effective Date

Upon publication and 31 October 2011

ID#: 171011-010100-0026615


## Client Portfolio Management Self-Service Tools Globalization

### Background

To support the creation and expansion of tools to manage Member portfolio information, the Operating Regulations for all Client Portfolio Management Self-Service Tools, which currently comprise Visa Membership Management (VMM), electronic Client Information Questionnaire (eCIQ), and Visa Client Support Application (VCSA), have been globally aligned and updated.

### Effective Date

8 September 2011

### Regulation Changes

Added or revised the following:

Chapter 2: Visa System Participation

- Client Portfolio Management Self-Service Tools Indemnification

© 2011 Visa. All Rights Reserved.

- Electronic Signature Applicability
- Electronic Signature Criteria
- Electronic Signature Enforceability
- Use of Electronic Signature
- Visa Membership Management Indemnification - U.S. Region

Chapter 5: Visa Products and Services

- Client Portfolio Management Self-Service Tools Information
- Use of Client Portfolio Management Self-Service Tools
- Visa Membership Management Description - U.S. Region
- Visa Membership Management Information - U.S. Region
- Visa Membership Management Information Accuracy - U.S. Region
- Visa Membership Management Non-Member Use - U.S. Region
- Visa Membership Management Requests - U.S. Region
- Visa Membership Management Use - U.S. Region

Glossary

- Client Portfolio Management Self-Service Tools
- Electronic Signature
- Membership Application
- Visa Membership Management - U.S. Region

ID#: 151011-010100-0026616

## VisaVue Online Globalization

### Background

VisaVue Online (VVO) is an optional Visa Transaction information product currently offered to Issuers and co-brand Merchants in the U.S. Region, Canada, and South Africa. The Operating Regulations have been revised to expand the availability of VisaVue Online to Issuers, co-brand Merchants, and Acquirers in all Visa Inc. geographies.

### Effective Date

8 September 2011

### Regulation Changes

Added or revised the following:

© 2011 Visa. All Rights Reserved.

Chapter 2: Visa System Participation

- VisaVue Online Indemnification
- VisaVue Service Indemnification - U.S. Region

Chapter 5: Visa Products and Services

- Acquirer Disclosure of VisaVue Service Information - U.S. Region
- Issuer Use of VisaVue Service Information - U.S. Region
- Limitations of VisaVue Service Information Disclosure - U.S. Region
- VisaVue Online Member Requirements
- VisaVue Service Acquirer Responsibility - U.S. Region
- VisaVue Service Information - U.S. Region
- VisaVue Service Information Disclosure - U.S. Region
- VisaVue Service Information Sharing Prohibitions - U.S. Region
- VisaVue Service Issuer Participation Agreement - U.S. Region
- VisaVue Service Participation - U.S. Region

Glossary

- VisaVue Member Participation Agreement
- VisaVue Online
- VisaVue Service - U.S. Region
- VisaVue Service Participation Agreement - U.S. Region

ID#: 151011-010100-0026617


## Expansion of the EMV Liability Shift to the U.S. Region

### Background

The Operating Regulations have been revised to support the expansion of the EMV liability shift into the U.S. Region for specific fraudulent Transactions made with an EMV Chip Card at non-EMV Chip-enabled Merchants.


### Effective Date

1 October 2015

### Regulation Changes

© 2011 Visa. All Rights Reserved.

Added or revised the following:

Chapter 5: Visa Products and Services

• EMV Liability Shift Participation

ID#: 161111-010100-0026618

## Regulation II Modifications – Phase 1

### Background

On 29 June 2011, the United States Federal Reserve Board released the Debit Card Interchange Fees and Routing final and interim final rules (Regulation II) to the 2010 U.S. Financial Reform Act. The *Visa International Operating Regulations* have been revised to address Regulation II.

### Effective Date

1 October 2011

### Regulation Changes

Added or revised the following:

Chapter 4: The Visa Brand

• Cards Bearing the Plus Symbol
• Cards Bearing the Plus Symbol - AP Region, LAC Region, and U.S. Region
• Competitive Marks - AP Region, LAC Region, and U.S. Region
• Competitive Marks - U.S. Region
• Competitive Marks with Visa-Owned Marks – AP Region, LAC Region, and U.S. Region
• Competitive Marks with Visa-Owned Marks - U.S. Region
• Non-Visa General Purpose Payment Card Network
• Non-Visa General Purpose Payment Card Network – AP Region, LAC Region, and U.S. Region
• Offer/Issuance Conditions
• Offer/Issuance Conditions – AP Region, LAC Region, and U.S. Region
• Other Marks Prohibition - AP Region, LAC Region, and U.S. Region
• Other Marks Prohibition - U.S. Region
• Permitted Use of Other Marks
• Permitted Use of Other Marks – AP Region, LAC Region, and U.S. Region
• Positioning the Brand Mark

© 2011 Visa. All Rights Reserved.

• Prohibited Use of Trade Name or Mark
• Prohibited Use of Trade Name or Mark – AP Region, LAC Region, and U.S. Region

Chapter 5: Visa Products and Services

• Consumer Visa Deferred Debit Card - U.S. Region

Glossary

• International Transaction
• U.S. Covered Visa Debit Card - AP Region, LAC Region, and U.S. Region

ID#: 161111-010100-0026619

## Licensing and BIN Management Operating Regulations Enhancements

### Background

Revisions to various licensing and BIN management rules have been made to clarify the responsibilities and liabilities of all Members for both Visa BINs and non-Visa BINs installed in Visa's production systems.  New rules also outline Members' responsibilities for other numeric identifiers assigned to Members for the purposes of endpoint connectivity and transaction routing.

For more information, please refer to:

"Visa Revises Member Licensing and Bank Identification Number Management Operating Regulations," *Visa Business News,* 6 October 2011

### Effective Date

1 April 2012

### Regulation Changes

Added or revised the following:

Chapter 2: Visa System Participation

• General Sponsor Requirements
• Notification of Sponsorship Termination
• Penalties for Violation of the Sponsored Member Registration Program - U.S. Region
• Sponsored Member Termination
• Withdrawal of Sponsorship

Chapter 3: The Visa License

• BIN Jurisdiction

© 2011 Visa. All Rights Reserved.

- BIN License Agreement
- BIN License Recipients
- BIN Release
- BIN Release Request
- BIN Release Reversal
- BIN Transfer to New VisaNet Processor
- Cessation of BIN Authorized Usage
- Issuer/Acquirer use of Single BIN
- Membership Downgrade - BIN Requirement
- Multiple Issuers on the Same BIN
- Non-Visa-Assigned BIN Management
- Non-Visa-Assigned BIN Management - U.S. Region
- Notification of BIN Sale or Transfer
- PIN Debit Gateway Service BIN Use
- Processor BIN Usage
- Purpose of BIN Use
- Sponsor Liability - AP Region, CEMEA Region, and LAC Region
- Unauthorized BIN Use
- Use of BINs for Non-Visa Purposes
- Use of Numeric ID
- VisaNet Systems Changes Due to Merger or Acquisition

Chapter 5: Visa Products and Services

- Issuer Participation in Visa FeatureSelect - U.S. Region

Glossary

- Numeric ID
- Recalled BIN

ID#: 151011-010100-0026620

## Quarterly Operating Certificate and Fee Collection Process Revisions

### Background

© 2011 Visa. All Rights Reserved.

Operating Regulation revisions have been made to establish rules related to the time limit for any Member fee adjustments due to an overpayment or an underpayment of fees. In addition, clarifications have been made relating to Sponsored Members that have a relationship with more than one Sponsor during a quarter and several rules have been globalized to reflect current practices.

**Effective Date**

1 October 2011

**Regulation Changes**

Added or revised the following:

Chapter 2: Visa System Participation

- Annual Certification - LAC Region
- Exchange Rates for Quarterly Operating Certificates
- Penalties for Nonpayment of Quarterly Service Fee
- Quarterly Service Fee Remittance Penalties - U.S. Region
- Registration of Sponsored Member
- Reporting of Visa Transactions Not Processed through VisaNet

Chapter 10: Pricing, Fees and Interchange

- Adjustments Made through the Automated Clearing House Service - U.S. Region
- Fee Adjustments
- Quarterly Service Fee Collection Estimated Amount

ID#: 161111-010100-0026621

# Variance Topics

## Reloadable Prepaid Cards in the Transit Channel without Know-Your-Customer Procedures

### Background

© 2011 Visa. All Rights Reserved.

A variance has been granted to allow domestic-use-only transit co-branded general purpose Reloadable Cards to be reloaded without obtaining Cardholder information and performing know-your-customer procedures. Issuers must restrict Cards to a cumulative load amount not to exceed US $1,000, or local currency equivalent. Individual countries or Visa Regions may set a lower cap before requiring know-your-customer procedures. Cash access, Original Credit Transactions, and additional Load Transactions must be restricted according to the applicable Visa International Prepaid Program Guidelines.

**Effective Date**

14 April 2011

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Reloadable Visa Prepaid Cards

ID#: 151011-010100-0026623

## Cardholder Name on Contactless Cards in Hong Kong

**Background**

A variance has been granted to Hong Kong, permitting the Issuers of contactless Cards to issue these Cards with a generic identifier in place of the Cardholder name.

**Effective Date**

28 April 2011

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Cardholder Name on Chip
• Information in Chip Magnetic-Stripe Image

ID#: 151011-010100-0026624

© 2011 Visa. All Rights Reserved.

# Miscellaneous Topics

## Forensic Investigation Terminology Update

### Background

Revisions have been made to replace the terms Qualified Forensic Investigator and Qualified Incident Response Assessor, with the new industry standard term, PCI Forensic Investigator (PFI).

### Effective Date

21 April 2011

### Regulation Changes

Added or revised the following:

Chapter 1: Visa Operating Regulations Governance

• Additional Investigation

Glossary

• Payment Card Industry Forensic Investigator (PFI)
• Qualified Forensic Investigator
• Qualified Incident Response Assessor

ID#: 161111-010100-0026626

## Visa Account Updater Service Expansion

### Background

The Visa Account Updater Service is an optional service that enables participating Issuers to provide updated Cardholder account information to participating Acquirers. Participation in this service is mandatory for qualifying Members in Australia and New Zealand. *The Visa Account Updater Terms of Use for Australia and New Zealand* has been introduced for Members in these countries.

### Effective Date

15 October 2011 (for Australia)

14 April 2012 (for New Zealand)

VISA PUBLIC                                    18 October 2011
© 2011 Visa. All Rights Reserved.

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Visa Account Updater Service Participation – AP Region

Appendices

• Extensions - Products and Services

ID#: 161111-010100-0026627

## New Visa Business Enhanced Credit Card, Changes to Visa Signature Business

**Background**

The U.S. Regional Operating Regulations have been updated to define a new, mid-tier business credit Card, Visa Business Enhanced. Modifications have also been made to product requirements for Visa Signature Business to create a 3-tier business product structure which is designed to align more closely with Member needs. A new document, the *Visa Business Credit Cards Product and Implementation Guide – U.S. Region,* has been published and added to the list of extensions.

**Effective Date**

15 October 2011

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Commercial Card Core Feature Descriptions - U.S. Region

• Commercial Products Spending Limit

• Commercial Visa Product BIN Requirements - U.S. Region

• Visa Business Card Issuer Requirements - U.S. Region

• Visa Business Card Management Information Reporting - U.S. Region

• Visa Business Enhanced Card Issuer Requirements - U.S. Region

• Visa Signature Business Card Payment Options - U.S. Region

• Visa Signature Business Card Rewards Program - U.S. Region

• Visa Signature Business Cardholder Information - U.S. Region

© 2011 Visa. All Rights Reserved.

Chapter 10: Pricing, Fees and Interchange

• Utility Business Program - U.S. Region

• Visa Utility Program Interchange Reimbursement Fee Qualification - U.S. Region

Glossary

• Visa Business Enhanced - U.S. Region

• Visa Signature Business - U.S. Region

• Visa Utility Interchange Reimbursement Fee Program - U.S. Region

Appendices

• Extensions - Products and Services

ID#: 161111-010100-0026628


## Support for Visa payWave Sticker Form Factor

### Background

Revised and additional rules have been approved to support Issuer deployment of Visa payWave stickers, the one-sided adhesive micro tag form factor that enables Proximity Payments. In addition to ensuring compliance with applicable standards, the rules require Issuers to accept responsibility for the risks of using stickers with mobile devices, and communicate those risks to their Cardholders.

In addition, the *Visa Product Brand Standards* have been updated to incorporate content from the *Visa Micro Tag Design and Branding Guide*, which has been discontinued. A new document, the *Visa payWave Adhesive Micro Tag Requirements,* has been added to the list of extensions.

### Effective Date

9 June 2011

### Regulation Changes

Added or revised the following:

Chapter 2: Visa System Participation

• Indemnification Related to Proximity Payment Devices/Visa Micro Tags

Chapter 5: Visa Products and Services

• Notification of Contactless Card Usage Restrictions - U.S. Region

• Notification of Proximity Payment Device Risks and Restrictions

• Proximity Payment Device Requirements

© 2011 Visa. All Rights Reserved.

Glossary

• Visa Micro Tag - U.S. Region

Appendices

• Extensions - Standards and Specifications

ID#: 171011-010100-0026629


# Enable Debit Products with Verified by Visa for eCommerce in Brazil

**Background**

New Operating Regulations have been approved to enable consumer debit products, including Visa Electron Cards, with Verified by Visa to complete domestic Electronic Commerce Transactions in Brazil.

**Effective Date**

1 June 2012

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Visa Debit Card Issuer Verified by Visa Participation for Brazil - LAC Region
• Visa Electron Card Issuer Verified by Visa Participation for Brazil - LAC Region

ID#: 151011-010100-0026630


# Visa Commercial Solutions Terms of Use

**Background**

Certain Visa Commercial Services applications migrated from the Visa Information Management (VIM) platform to a new location on Visa Online (VOL).  Issuers will access these applications from a link on the VOL home page titled "Visa Commercial Services." The link will take the Issuer to the Commercial landing page which will contain the relevant links to the various commercial applications.  Revisions have been made to reference the new *Visa Commercial Services Terms of Use* document for Members accessing the Visa Commercial Services website located on VOL.

**Effective Date**

11 April 2011

**Regulation Changes**

© 2011 Visa. All Rights Reserved.

Added or revised the following:

Chapter 5: Visa Products and Services

• Visa Commercial Solutions Data and Reporting Tools

ID#: 151011-010100-0026631

## CPS/Automated Fuel Dispenser Interchange Reimbursement Fee Transaction Amount Increase

### Background

The maximum Transaction amount for qualification for the CPS/Automated Fuel Dispenser Interchange Reimbursement Fee program in the U.S. Region has been increased to US $125.

For more information, please refer to:

"Visa Announces Interchange Modifications," *Visa Business News,* 19 May 2011

### Effective Date

18 June 2011

### Regulation Changes

Added or revised the following:

Chapter 6: Payment Acceptance

• Automated Fuel Dispenser Requirements

Chapter 10: Pricing, Fees and Interchange

• CPS/Automated Fuel Dispenser Transaction Amount - U.S. Region

ID#: 151011-010100-0026633

## Visa Cash Program Rules Cleanup

### Background

Revisions were made to reflect the sunsetting of the Visa Cash Program and to align with the sunset of rules in *Volume V - Visa Cash Program Operating Regulations.* Thus no new Visa Cash Cards have been permitted to be issued since 30 June 2010, and no Visa Cash Cards will be accepted after 31 December 2013.

### Effective Date

© 2011 Visa. All Rights Reserved.

1 July 2010

1 January 2014

**Regulation Changes**

Added or revised the following:

About the Operating Regulations

•  Extensions to the Operating Regulations

Chapter 1: Visa Operating Regulations Governance

•  Obligation to Comply with Card Design Specifications
•  Other Rules
•  Regional Rules
•  Visa International Operating Regulations

Chapter 2: Visa System Participation

•  Notification to Visa of Member's Country

Chapter 3: The Visa License

•  Copyright Notice for Copied Material

Chapter 4: The Visa Brand

•  Hierarchy of Marks
•  Permitted Use of Other Marks

Chapter 6: Payment Acceptance

•  Domestic Convenience Fee - CEMEA Region

Chapter 9: Dispute Resolution

•  Pre-Arbitration Conditions
•  Representment Rights and Limitations - Reason Code 62

Glossary

•  Card Dispensing Machine
•  Domestic Volume - CEMEA Region
•  Load Acquirer
•  Signature - CEMEA Region

© 2011 Visa. All Rights Reserved.

- Visa Cash Card

- Visa Cash Program

- Visa Cash Program Participant

- Visa Cash Symbol

ID#: 151011-010100-0026634

## Submission of Preauthorized Transaction Authorization Requests in the U.S. Region

### Background

To ensure clarity for Members, the U.S. Regional Operating Regulation specifying the number and frequency of Authorization Requests that may be submitted for a declined Preauthorized Transaction in the U.S. Region has been reinstated.

### Effective Date

Upon publication

### Regulation Changes

Added or revised the following:

Chapter 6: Payment Acceptance

- Preauthorized Transaction Decline Response - U.S. Region

ID#: 151011-010100-0026636

## Visa Payables Automation Globalization

### Background

The Visa Payables Automation Service, formerly known as Accounts Payable Automation, is one of the optional data management and reporting services described in the *Visa Commercial Solutions Data and Reporting Tools Service Guide*. The service was launched in the U.S. Region in 2008 and in 2010, the service was extended into the Canada Region.  The addition of global rules supporting Visa Payables Automation will enable the launch of the Visa Payables Automation service into specific countries or geographies.

### Effective Date

8 September 2011

### Regulation Changes

Added or revised the following:

© 2011 Visa. All Rights Reserved.

Chapter 5: Visa Products and Services

- Visa Payables Automation

- Visa Payables Automation - Canada Region

Glossary

- Visa Commercial Solutions Data and Reporting Tools

- Visa Payables Automation

- Visa Payables Automation - Canada Region

- Visa Payables Automation - U.S. Region

ID#: 151011-010100-0026637

## Use of Promotional Language on Prepaid Incentive Cards

**Background**

Revisions were approved to permit Issuers in the U.S. and Canada Regions to place promotional language on the front of prepaid Visa Incentive Cards, with prior approval from Visa. Additionally, the *Visa Product Brand Standards* were modified to allow such language on Visa Incentive Cards in these regions.

**Effective Date**

8 September 2011

**Regulation Changes**

Added or revised the following:

Chapter 4: The Visa Brand

- Prohibited Language - U.S. Region

ID#: 151011-010100-0026638

## AP Region Major Topics

## Card Verification Value 2 Requirements in Australia

**Background**

The effective date for Merchants in Australia to capture Card Verification Value 2 and to include it in the Authorization Response has been changed to 1 April 2012. In addition to this, the mandate to capture Card Verification Value 2 has been limited to Electronic Commerce Merchants only.

© 2011 Visa. All Rights Reserved.

**Effective Date**

1 April 2012

**Regulation Changes**

Added or revised the following:

Chapter 8: Risk Management

• Card Verification Value 2 (CVV2) Requirements in Australia – AP Region

ID#: 151011-010100-0026643

## Visa Signature Card Qualifying Criteria Core Services

### Background

To best complement Issuers' existing premium consumer Cards, revisions have been made to the Operating Regulations relating to Visa Signature Cards as follows:

• The Card downgrade requirement was revised

• The previously mandated emergency medical evacuation and repatriation service (in case of critical Cardholder medical need) and the emergency medical insurance when traveling (with a medical expense benefit of up to US $25,000 or local currency equivalent) have been removed

• The Minimum Spending Limits were re-defined via a table in the local currency equivalents for each market in AP Region that participates in Visa Signature

### Effective Date

1 May 2011

### Regulation Changes

Added or revised the following:

Chapter 5: Visa Products and Services

• Visa Signature Card Core Services - AP Region

• Visa Signature Card Issuance - AP Region

ID#: 151011-010100-0026644

## Visa Platinum Debit Card Issuance Requirements in Australia

### Background

© 2011 Visa. All Rights Reserved.

To assist with the launch of Visa Platinum Debit in Australia, Operating Regulations were approved to regulate the product requirements for the market. The Operating Regulations are specific to Australia and are in addition to the existing global and AP Region requirements.

**Effective Date**

1 May 2011

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Visa Platinum Card Country Specific Minimum Spending Limits – AP Region

• Visa Platinum Debit Card Issuance Requirements for Australian Issuers – AP Region

ID#: 151011-010100-0026645


## Visa Signature Card Qualifying Criteria Core Services – Technical Corrections

**Background**

A technical correction has been made to the country specific Visa Signature Card Minimum Spending Limits in the AP Region for Hong Kong and Malaysia.

**Effective Date**

27 July 2011

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Visa Signature Card Issuance - AP Region

ID#: 151011-010100-0026646


## Additional MCCs for Visa Easy Payment Service (VEPS) Transactions and Revised Date for Lifting the MCC Restriction in Australia

**Background**

Revisions have been made to the *Visa International Operating Regulations* to expand the Visa Easy Payment Service (VEPS) eligible Merchant Category Codes (MCCs) in Australia to include MCC 5735, MCC 5811, MCC 7538, and to revise the date for lifting the restriction on eligible Visa Easy Payment Service (VEPS) Transaction MCCs to 1 November 2012.

© 2011 Visa. All Rights Reserved.

**Effective Date**

5 August 2011

 **Regulation Changes**

Added or revised the following:

Chapter 6: Payment Acceptance

•  Australia Visa Easy Payment Service Transaction Merchant Category Codes – AP Region

ID#: 151011-010100-0026647


## Clearing Timeframes for Domestic Visa Debit Transactions Conducted at Automated Fuel Dispensers in Malaysia

**Background**

Revisions to the Transaction Deposit time limits and Transaction Receipt processing time limits were made for Malaysia to support the Malaysia central bank's request. For Malaysia domestic Visa debit Transactions originating at Automated Fuel Dispensers:

•  The Merchant Transaction Deposit time limit is lowered to 2 business days from the Transaction Date

•  The Transaction Receipt processing time limit is lowered to 3 calendar days from the Transaction Date, excluding local non-processing days

•  The Issuers in Malaysia are given the right to charge back for Reason Code 74 if the Visa debit Transaction originating at an Automated Fuel Dispenser is cleared after 6 calendar days from the Transaction Date


**Effective Date**

15 October 2011

**Regulation Changes**

Added or revised the following:

Chapter 6: Payment Acceptance

•  Transaction Receipt Deposit Time Limits in Malaysia - AP Region

Chapter 7: Transaction Processing

•  Transaction Receipt Processing Time Limits in Malaysia - AP Region

© 2011 Visa. All Rights Reserved.

Chapter 9: Dispute Resolution

• Chargeback Rights and Limitations - Reason Code 74

ID#: 161111-010100-0026648

## Introduction of Visa Infinite Preferred Product Issuance Guidelines in Singapore

### Background

Operating Regulations were approved to permit and regulate the issuance of a Visa Infinite Preferred Card product in Singapore. The new product is subject to the requirements in the *Visa International Operating Regulations* and the *AP Regional Operating Regulations.* In addition, Issuers are required to comply with the product requirements for Visa Infinite Preferred Card issuance as specified in the *Visa Infinite Preferred Card Product Guide – AP Region.*

### Effective Date

4 November 2011

### Regulation Changes

Added or revised the following:

Chapter 5: Visa Products and Services

• Visa Infinite Preferred Card BIN in Singapore – AP Region

• Visa Infinite Preferred Card in Singapore – AP Region

Appendices

• Visa Infinite Preferred Card Product Guide – AP Region

Glossary

• Visa Infinite Preferred Card – AP Region

ID#: 151011-010100-0026649

## Verified by Visa Mandate for Domestic Electronic Commerce Transactions in India

### Background

Revisions have been made to require an Issuer in India that processes Electronic Commerce Transactions to ensure that its Visa credit, debit, and Reloadable Cards are enrolled in Verified by Visa. An Issuer must only authorize a domestic Electronic Commerce Transaction with an ECI value 5, "Secure Electronic Commerce Transaction." Issuers must ensure that appropriate communication to Cardholders takes place in advance of the above mandate coming into effect.

© 2011 Visa. All Rights Reserved.

Further revisions have been made to require all Electronic Commerce Merchants in India to support Verified by Visa. All Acquirers must process Electronic Commerce Transactions that are coded with an ECI value 5, "Secure Electronic Commerce Transaction" using Verified by Visa.

**Effective Date**

31 December 2011

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Verified by Visa Acquirer Requirements in India – AP Region

• Verified by Visa Issuer Requirements in India – AP Region

ID#: 151011-010100-0026650

## Card Verification Value 2 Requirements in Hong Kong

**Background**

New Operating Regulations have been incorporated that require all Electronic Commerce Merchants in Hong Kong to capture Card Verification Value 2 and include it in the Authorization Request. All Acquirers in Hong Kong must correctly process Card Verification Value 2 response codes.

**Effective Date**

1 October 2011

**Regulation Changes**

Added or revised the following:

Chapter 8: Risk Management

• Card Verification Value (CVV2) Requirements in Hong Kong – AP Region

ID#: 151011-010100-0026651

# CEMEA Region Major Topics

## Electronic Commerce License Eligibility Criteria - CEMEA Region

**Background**

© 2011 Visa. All Rights Reserved.

The CEMEA Regional Operating Regulations regarding the eligibility requirements to obtain a license to acquire Electronic Commerce Transactions within the countries making up the CEMEA Region have been revised and simplified. Most significantly, the prerequisite for Members to demonstrate that they are Acquirers of Transactions in a Face-to-Face Environment has been removed. This change will allow qualifying Acquirers of Electronic Commerce Transactions that specialize in this segment and have no interest in pursuing "physical" acquiring activities to obtain the required acquiring licenses to become a Visa Acquirer.

**Effective Date**

8 September 2011

**Regulation Changes**

Added or revised the following:

Chapter 6: Payment Acceptance

• Standards for Acquirers of Electronic Commerce Transactions - CEMEA Region

ID#: 151011-010100-0026653


# LAC Region Major Topics


## Visa Agro

### Background

New Operating Regulations have been approved for a new commercial product, Visa Agro, for use in the LAC Region, as a replacement for the current paper based and cash systems used to pay for agribusiness goods and services. Visa Agro is a Visa Card issued to commercial entities (public and private) used for commercial purchases associated with the agribusiness sector.

A variance has been approved to allow all Issuers in Brazil to combine the Visa Card credit, debit, prepaid, consumer, and commercial programs in a single BIN.

**Effective Date**

8 September 2011

1 May 2012

**Regulation Changes**

Added or revised the following:

Chapter 5: Visa Products and Services

• Commercial Card Corporate Liability Waiver Insurance - LAC Region

© 2011 Visa. All Rights Reserved.

- Prohibition against Combining Card Programs on Single BIN

- V Distribution Program BIN

- Visa Agro BIN - LAC Region

- Visa Agro Card Core Features – LAC Region

- Visa Agro Card Core Services – LAC Region

- Visa Agro Card Selective Authorization – LAC Region

- Visa Agro Issuer Reporting Requirements - LAC Region

- Visa Agro Issuer Requirements – LAC Region

Glossary

- Visa Agro Card - LAC Region

- Visa Commercial Card - LAC Region

ID#: 171011-010100-0026655

# U.S. Region Major Topics

## Visa SavingsEdge

### Background

The Visa SavingsEdge (VSE) program is a loyalty program targeting Visa Business Cardholders that provides price discounts in the form of statement credits rather than coupons or codes to enrolled Visa Business (including Visa Business Debit and Visa Signature Business) Cardholders when they make qualifying purchases at participating Merchants.

Operating Regulations are revised to formalize the program and make Visa SavingsEdge generally available to all U.S. Small Business Issuers.  Each U.S. Small Business Issuer will be deemed to be participating unless the Issuer opts out in accordance with the specified opt-out process.

### Effective Date

15 July 2011

### Regulation Changes

Added or revised the following:

Chapter 2: Visa System Participation

- Visa SavingsEdge Indemnification - U.S. Region

© 2011 Visa. All Rights Reserved.

Chapter 5: Visa Products and Services

- Visa SavingsEdge - Use of Program Name - U.S. Region

- Visa SavingsEdge Discount Posting Requirements - U.S. Region

- Visa SavingsEdge Marketing Materials - U.S. Region

- Visa SavingsEdge Participation Requirements - U.S. Region

- Visa SavingsEdge Program Limitations – U.S. Region

Glossary

- Visa SavingsEdge – U.S. Region

Appendices

- Extensions - Products and Services

ID#: 161111-010100-0026657


## Separation of Convenience Fees for Government and Higher Education Segments

### Background

Allows the separation of the payment and fee Transactions when a Convenience Fee is assessed via a third party payment provider under the following conditions:

- The Transaction originates from one of the following MCCs:

- 9211 Court Costs
- 9222 Fines
- 9399 Government Services
- 8220 Higher Education

- The third party is the Merchant of record for fee payment

- The fee appears as a separate Transaction in the Cardholder statement with the third party's name in the Merchant descriptor filed identifying the Transaction as a Convenience Fee

### Effective Date

10 March 2011

### Regulation Changes

Added or revised the following:

Chapter 6: Payment Acceptance

- Convenience Fees - General Requirements - U.S. Region 5.2.E

© 2011 Visa. All Rights Reserved.

- Convenience Fees Not Assessed by a Third Party - U.S. Region 5.2.E
- Tax Payment Program Merchant Convenience Fee Requirements - U.S. Region 5.2.E
- Tax Payment Program Service Fee Processing Requirements - U.S. Region

ID#: 171011-010100-0026658

## Card Acceptance Process Rationalization for Magnetic-Stripe Failures at the Point of Sale

### Background

Operating Regulations have been approved to allow the use of the Card Verification Value 2 for all U.S. Domestic Transactions in a Face-to-Face Environment when an Electronic Imprint cannot be obtained (key-entered Transactions).

### Effective Date

15 October 2011

### Regulation Changes

Added or revised the following:

Chapter 5: Visa Products and Services

- Electronic Use Only Visa Prepaid Card Encoding and Printing Requirements - U.S. Region

Chapter 6: Payment Acceptance

- Manual Transaction Receipts - U.S. Region
- Mini Card Acceptance - U.S. Region
- Missing Imprint or Expired Card

Chapter 8: Risk Management

- CVV2 in Lieu of Imprint - U.S. Region
- CVV2 Submission in a Face-to-Face Environment - U.S. Region
- CVV2 Validation - U.S. Region

Chapter 9: Dispute Resolution

- Additional Information - Reason Code 81
- Documentation - Reason Code 81
- Invalid Chargebacks - Reason Code 81

© 2011 Visa. All Rights Reserved.

- Representment Processing Requirements - Reason Code 81
- Representment Rights and Limitations - Reason Code 81

ID#: 161111-010100-0026659

## Visa Consumer Charge Card Product Definition

### Background

Operating Regulations have been updated to clarify that Issuers in the U.S. Region may issue Consumer Charge Cards as a subset of Visa Consumer Credit product in accordance with the requirements specified in *Visa Consumer Charge Card Product and Implementation Guide*, and following prior approval from Visa.

### Effective Date

24 February 2011

### Regulation Changes

Added or revised the following:

Chapter 5: Visa Products and Services

- Visa Charge Card Classification - U.S. Region
- Visa Charge Card Issuer Requirements - U.S. Region
- Visa Signature Card Issuer Requirements - U.S. Region
- Visa Signature Card Spending Limits and Payment Options - U.S. Region
- Visa Signature Preferred Card Issuer Requirements - U.S. Region
- Visa Signature Preferred Card Spending Limits and Payment Options - U.S. Region

Chapter 7: Transaction Processing

- Minimum Monthly Authorization Approval Rate Requirements - Consumer Credit at ATM - U.S. Region

Chapter 10: Pricing, Fees and Interchange

- Performance Threshold Interchange Reimbursement Fee - Visa Consumer Credit - U.S. Region

Glossary

- Visa Charge Card - U.S. Region
- Visa Consumer Credit Card - U.S. Region

Appendices

© 2011 Visa. All Rights Reserved.

• Extensions - Products and Services

ID#: 171011-010100-0026660

## Visa Debit with PIN Transactions

### Background

Revisions to the U.S. Regional Operating Regulations have been made to clarify rules related to the processing of PIN debit Transactions, including more closely aligning processing requirements and procedures with Interlink rules. Significant changes pertain to Adjustment time limits, Cash-Back only Transactions, Chargeback procedures, partial preauthorization, and resubmission requirements.  In addition, the Visa Check Card II product is being phased out over a 3-year period.

### Effective Date

14 April 2012

1 July 2012

1 July 2015

### Regulation Changes

Added or revised the following:

Chapter 1: Visa Operating Regulations Governance

• Visa Right to Monitor, Audit, Inspect or Investigate – U.S. Region

Chapter 2: Visa System Participation

• PIN Security

Chapter 5: Visa Products and Services

• Check Card BIN Usage - U.S. Region
• Visa Check Card II Issuance – U.S. Region
• Visa Check Card II Requirements - U.S. Region
• Visa Debit Card Issuer Cash-Back Requirements – U.S. Region
• Visa Debit Card Partial Preauthorization – U.S. Region

Chapter 6: Payment Acceptance

• Authorization Code on Transaction Receipt
• Automated Fuel Dispenser Authorization Options - U.S. Region 5.2.K

© 2011 Visa. All Rights Reserved.

- Cardholder Identification and Card Verification Table - U.S. Region 5.2.J.1.a
- Cash-Back Services
- Cash-Back Services Participation – U.S. Region
- Data Requirements for Visa Debit with PIN Transactions – U.S. Region
- Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1
- Point-of-Transaction Terminal PIN Requirements – U.S. Region
- Transaction Receipt Reversal or Adjustment 5.3.D.3.a
- Validation of Cardholder Identity 5.1.D.1.a
- Visa Debit with PIN Transaction Processing Requirements – U.S. Region
- Visa Debit with PIN Transaction Resubmissions – U.S. Region

Chapter 7: Transaction Processing

- Original Adjustment through VisaNet
- Out-of-Balance Online Check Card Transactions - U.S. Region
- Visa Debit with PIN Transaction Adjustments – U.S. Region

Chapter 9: Dispute Resolution

- Chargeback Conditions - Reason Code 80
- Chargeback Processing Requirements - Reason Code 74
- Chargeback Rights and Limitations - Reason Code 72
- Chargeback Rights and Limitations - Reason Code 74
- Chargeback Time Limit - Reason Code 74
- Introduction to Dispute Resolution - U.S. Region
- Invalid Chargebacks - Reason Code 57
- Invalid Chargebacks - Reason Code 60
- Invalid Chargebacks - Reason Code 71
- Invalid Chargebacks - Reason Code 72
- Invalid Chargebacks - Reason Code 75
- Invalid Chargebacks - Reason Code 82
- Transaction Receipt Fulfillment Exceptions

Chapter 10: Pricing, Fees and Interchange

- Cash-Back Interchange Reimbursement Fee - U.S. Region

Glossary

- Online Check Card Transaction - U.S. Region

© 2011 Visa. All Rights Reserved.

- Original Adjustment - U.S. Region
- Visa Cash-Back Service
- Visa Check Card II - U.S. Region
- Visa Debit Card - U.S. Region
- Visa Debit with PIN Transaction – U.S. Region

Appendices

- Extensions - Products and Services

ID#: 161111-010100-0026661


## Other Revisions


### Effective Dates

Most effective dates older than one year have been deleted.

ID#: 151011-010100-0026663


### Minor Edits, Grammar, Punctuation, and Rephrasing

The Visa International Operating Regulations is updated throughout the year and published to support new products, services and programs, and to modify existing rules to respond to changes in the electronic payments industry. Part of this update process includes incorporating minor editorial revisions to ensure consistency and clarity and to delete obsolete language and exhibits. In addition, some exhibits have been streamlined or globalized.

ID#: 151011-010100-0026662

**© 2011 Visa. All Rights Reserved.**

# About the Operating Regulations

## General Overview

### What are Operating Regulations?

#### Purpose

Visa has established regulations that are designed to minimize risks and provide a common, convenient, safe, and reliable global payment experience. The *Visa International Operating Regulations* are set and modified by Visa to support the use and innovation of Visa products and services, and represent a binding contract between Visa and all Members. The Operating Regulations do not constitute a third-party beneficiary contract as to any entity or person, nor do they constitute a contract, promise or representation, or confer any rights, privileges, or claims of any kind as to any third parties.

The *Visa International Operating Regulations* are based on consistent principles around the globe to ensure a common payment experience, while supporting region-specific and domestic regulations that allow for variations and unique marketplace needs. The *Visa International Operating Regulations* are proprietary and confidential to Visa. The *Visa International Operating Regulations* are distributed to Members for use exclusively in managing their Visa programs and must not be duplicated, published, distributed or disclosed, in whole or in part, to Merchants, Cardholders, or any other person without prior written permission from Visa.

The Visa Operating Regulations are updated regularly. You are responsible for obtaining and referring to the current content of the *Visa International Operating Regulations* on the Visa Publication Center at all times.

ID#: 050411-010410-0020308

#### General Contents

The *Visa International Operating Regulations* specifies standards that all Members must meet to operate and participate in Visa payment services, and contains:

- The International regulations applicable to all Members of Visa International and its subsidiaries

- *AP Regional Operating Regulations* applicable to Members operating in the Asia-Pacific Region, including clients of Visa Worldwide Private Ltd.

- *Canada Regional Operating Regulations* applicable to customers operating in the Canada Region

- *CEMEA Regional Operating Regulations* applicable to Members operating in the Central Europe, Middle East, & Africa Region

- *LAC Regional Operating Regulations* applicable to Members operating in the Latin America & Caribbean Region

© 2011 Visa. All Rights Reserved.

• *U.S. Regional Operating Regulations* applicable to Members operating in the U.S. Region

Content unique to a specific region is indicated within titles, language, and system attributes.

**Note:** As a separate company, Visa Europe independently manages the publication of the *Visa Europe Operating Regulations*. Common regulations that are necessary to ensure the continued interoperability and consistency of the Visa brand, global payment transactions and system interoperability are found in both the *Visa International Operating Regulations* and the *Visa Europe Operating Regulations*.

ID#: 050411-010410-0020309

## What Do Operating Regulations Include?

### General

The *Visa International Operating Regulations* is organized according to the "Visa International Operating Regulations - Core Principles" that describes the expectations and requirements for participating in the Visa system. These Core Principles are outlined below and are also described at the beginning of each chapter. They are intended to:

• Serve as fundamental policy statements that describe the rules and processes designed to ensure the long-term value and reliability of Visa's products, system and brand

• Be presented in general terms as broad guidelines or statements of intent to guide business discussions, dealings and decisions, absent a specific rule

• Provide global consistency for the integrity of the Visa brand and system

ID#: 010410-010410-0020310

# Organization

## Operating Regulations Structure

### Chapter Descriptions

The Operating Regulations are organized according to the "Visa International Operating Regulations - Core Principles" that describe the expectations and requirements for participating in the Visa system.

***Core Principle 1: Visa Operating Regulations Governance -*** Outlines the scope and application of the *Visa International Operating Regulations,* a Member's requirement to comply with the Operating Regulations, and general fines for non-compliance.

***Core Principle 2: Visa System Participation*** - Specifies minimum requirements for Members, Third Parties and VisaNet Processors, including liability and indemnification provisions.

© 2011 Visa. All Rights Reserved.

***Core Principle 3: The Visa License*** -  Specifies various license, copyright and trademark provisions.

***Core Principle 4: The Visa Brand*** -  Specifies Member requirements for reproduction of the Visa-Owned Marks, including Card production, promotions, sponsorships and responsibilities for non-Card use of the Visa-Owned Marks.

***Core Principle 5: Visa Products and Services***  -  Specifies both Issuer requirements for participation in the Visa, Visa Electron and Plus programs, and Acquirers with respect to Acquirer-Merchant contracts, terminal requirements, Electronic Commerce and participation in the Visa Global ATM Program.

***Core Principle 6: Visa Payment Acceptance*** - Specifies requirements for Merchants, including Transaction acceptance, special Merchant payment acceptance services and Transaction Receipt completion and processing.

***Core Principle 7: Transaction Processing*** - Specifies Member requirements for payment processing, including Authorization, Clearing, and Settlement.

***Core Principle 8: Risk Management*** - Specifies general security requirements, the rights and responsibilities of Visa and Members related to risk management and security, counterfeit losses, and the Visa risk management services.

***Core Principle 9: Dispute Resolution*** -  Governs the Transaction Receipt retrieval process, as well as a Member's attempts to resolve disputes and the processes available to the Member if its resolution efforts are unsuccessful. These processes include Chargebacks, Representments, Arbitration, and Compliance.

***Core Principle 10: Pricing, Fees and Interchange*** -  Specifies international fees applicable to Members, Interchange Reimbursement Fees, and procedures for collection, disbursement, and problem resolution.

***Exhibits*** -  Groups exhibits by topic for easy reference.

***Maximum Authorized Floor Limits*** -  Lists maximum authorized Floor Limits according to country.

***Defined Terms*** - Lists terms used throughout the *Visa International Operating Regulations*  that have a meaning beyond, or in lieu of, their dictionary meaning.

ID#: 010410-010410-0020311

© 2011 Visa. All Rights Reserved.

# Other Publications

## References to Other Publications

### Extensions to the Operating Regulations (Updated)

The *Visa International Operating Regulations* refers to other Visa publications. Information in these publications is considered an extension of the *Visa International Operating Regulations* and applies if a Member participates in its respective services. The *Visa International Operating Regulations* governs in the event of any inconsistency or contradiction. Other Visa publications include:

• *Visa International Certificate of Incorporation and Bylaws*

• *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*

• *Interlink Network, Inc. Bylaws and Operating Regulations*

• **Effective through 31 December 2013,** *Visa Cash Program Operating Regulations*

• *Plus System, Inc. Bylaws and Operating Regulations*

• *Visa Product Brand Standards*

ID#: 111011-010410-0020312

# Authoring Style

## General Authoring Conventions

### Grammar and Usage

The following conventions apply to grammar and usage throughout the *Visa International Operating Regulations*:

• "Visa" refers to any Visa Region, regional office, management or committee as applicable

• *"Visa International Operating Regulations"* refers to content from the *Visa International Operating Regulations* and all Regional Operating Regulations.

• The singular imports the plural, and the plural imports the singular. For example: "A Merchant must ...," implies that "All Merchants must..."

• Combination of Terms:

  – The term "Transaction" when combined with a Merchant type means a Transaction completed at that Merchant Outlet or Branch. For example: "Airline Transaction" means "a Transaction at an Airline."

© 2011 Visa. All Rights Reserved.

– The term "Cardholder" when combined with a Card product name means the Cardholder of that Card type. For example: "Visa Electron Cardholder" or "Visa Classic Cardholder"

– Other terms may be combined in a similar manner

ID#: 010410-010410-0020313

## Symbols and Style

In the *Visa International Operating Regulations*, special symbols and conventions are used as follows:

• Words that appear with initial capitalization have a special meaning beyond, or in lieu of, their dictionary meaning. These terms are specified in *Defined Terms.*

• **Bold** type is used for visual emphasis

• References to other documents and sections within the document are included as a hyperlink and either formatted in *italics* or enclosed within quotation marks

ID#: 010410-010410-0020314

## Changes to the Operating Regulations

Changes to the *Visa International Operating Regulations* will be communicated and identified as part of the "Summary of Changes" for each edition.

Unless an effective date is specified in the text for a change to the *Visa International Operating Regulations*, all changes are effective on the publication date.

ID#: 010410-010410-0020315

# Contents Numbering

## Section Numbering

### Unique Regulation Identifiers

Legacy alpha-numeric section numbering designed for traditional book publishing has been replaced with a unique regulation Identification (ID) code more appropriate for dynamic online publication capabilities.

© 2011 Visa. All Rights Reserved.

The unique ID remains with each regulation for as long as the regulation remains unchanged. If modified, the regulation ID is updated to reflect the date of change, but a unique 7-digit reference number is retained to allow users to easily track the lifecycle of any given regulation. When searching by section number, or quoting a particular section within the *Visa International Operating Regulations*, the user may use or refer to the final digits in the ID sequence as the regulation number.

ID#: 050411-010410-0020316

## Unique Identifier Format

The new regulation ID format includes the date the regulation section was published, its effective date, and a unique 7-digit reference number. The format is as follows:

(Publication date) DDMMYY - (Effective date) DDMMYY - (unique 7-digit reference #) 1234567

Sample: ID# 090909-171009-0003557

ID#: 010410-010410-0020317

© 2011 Visa. All Rights Reserved.

# Chapter 1: Visa Operating Regulations Governance

## Core Principle 1.1

### The Operating Regulations

#### Binding Contract

The Visa Operating Regulations represent a binding contract between Visa and participants in the system.

ID#: 010410-010410-0007750

## Core Principle 1.2

### Visa Management

#### Setting the Rules

Visa Operating Regulations are set and modified by Visa management to support the use of Visa products and services for all participants in the electronic payments chain. To protect the Visa system and brand, maintain its leadership position, and deliver competitive value to all system participants, Visa constantly evaluates marketplace trends, technological developments, and opportunities for greater efficiency or innovation, and modifies its rules to respond to business and technology trends.

ID#: 010410-010410-0007751

## Core Principle 1.3

### Compliance

#### Monitoring Compliance

Visa actively and reactively monitors compliance with Visa Operating Regulations, for product, brand and technical requirements, merchant acceptance procedures, and industry-wide standards.

ID#: 010410-010410-0007752

© 2011 Visa. All Rights Reserved.

# Core Principle 1.4

## Consistency

### Ensuring a Common Experience

Visa Operating Regulations are based on consistent principles around the globe to ensure a common experience, while supporting region-specific and domestic rules that allow for variations and unique marketplace needs.

ID#: 010410-010410-0007753

# Core Principle 1.5

## Conflicts

### Settling Conflicts

In the event of any conflict between the Visa Operating Regulations and any applicable laws or regulations, the requirements of such law or regulation will govern.

ID#: 010410-010410-0007754

# Core Principle 1.6

## Variances and Waivers

### Granting Variances and Waivers

Visa management may grant variances or temporary waivers to Visa Operating Regulations for unique marketplace conditions and customer needs, including emergency variances that may be granted in the event of a natural disaster.

ID#: 010410-010410-0007755

© 2011 Visa. All Rights Reserved.

# Use and Application of Bylaws and Operating Regulations

## Obligation to Comply with Bylaws and Visa International Operating Regulations

### Visa International Bylaws (Updated)

The *Visa International Certificate of Incorporation and Bylaws* specify the minimum standards with which Members must comply unless the Board of Directors specifically grants a variance. Visa U.S.A. Inc. and Visa Canada have separate bylaws governing their Members. In addition, the *Visa International Certificate of Incorporation and Bylaws* delegate certain authority to the Regional Offices.

ID#: 121011-010410-0000342

### Appendix E - Canada Region

A Canada Member must comply with "Appendix E" to the *Visa Canada Operating Regulations.*

ID#: 010410-010410-0003767

## Use and Application of Operating Regulations

### Applicable Laws

A Member must comply with applicable laws and a Transaction must be legal in both the Cardholder's jurisdiction and the Merchant Outlet's jurisdiction. In the event of any conflict between the *Visa International Operating Regulations* and any applicable law, the requirements of the law govern. See also:

- "Cardholder Notifications"
- "Merchant Agreement"

ID#: 010410-010410-0000385

### Definition of a U.S. Domestic Transaction - U.S. Region

A Transaction is considered a U.S. Domestic Transaction if it occurs inside one of the following:

- The 50 United States, including the District of Columbia
- A U.S. military base overseas

© 2011 Visa. All Rights Reserved.

- A U.S. embassy or consulate on foreign territory

ID#: 010410-010410-0003684

## Use of the Visa International Operating Regulations

The *Visa International Operating Regulations* are **only** to be reviewed or used in connection with the Visa payment services and must **not** be used, modified, copied, downloaded, transferred, or printed in part or in total for any other purpose without the express written permission of Visa.

The *Visa International Operating Regulations* govern the relationship between Visa and its Members and their agents. The *Visa International Operating Regulations* do not constitute a third-party beneficiary contract as to any entity or person, nor do they constitute a contract, promise, or representation or confer any rights, privileges, or claims of any kind, as to any third parties.

Visa may amend, modify, delete, or otherwise change the *Visa International Operating Regulations* at any time. Changes will be reflected in the next edition of the *Visa International Operating Regulations.*

ID#: 081010-010410-0007428

## Use and Application of the U.S. Regional Operating Regulations - U.S. Region

The U.S. Regional Operating Regulations apply only to financial institutions conducting Card issuing and Merchant acquiring activities within the U.S. Region as Members of Visa U.S.A. Inc. and their Agents. As such, the U.S. Regional Operating Regulations govern the relationship between Visa U.S.A. Inc. and its Members and their Agents.

ID#: 010410-010410-0003436

## Operating Regulation Violations - Canada Region

A Canada Member must **not** do anything to cause Visa Canada to violate the Canada Regional Operating Regulations or the *Visa International Operating Regulations*.

ID#: 010410-010410-0003760

## Obligations Imposed on Visa Canada - Canada Region

A Canada Member must perform obligations imposed on Visa Canada under the Canada Regional Operating Regulations or the *Visa International Operating Regulations* that arise out of Interchange or a Transaction resulting in Interchange, between the Member and a non-Member of Visa Canada.

ID#: 010410-010410-0003768

© 2011 Visa. All Rights Reserved.

**Obligation to Comply with the "Code of Conduct" – Canada Region**

In the Canada Region, all Members must abide by the "Code of Conduct for the Credit and Debit Card Industry" as outlined in Appendix 1 as it may be amended from time to time (the "**Code**"). Members must ensure that all participants which the Member is responsible for under the *Visa International Operating Regulations* including participants that interact, directly or indirectly with Merchants or Cardholders (including without limitation, VisaNet Processors and Third Parties) on behalf of the Member must abide by the Code.

All Members will be required, on an annual basis, to submit to Visa:

• By 31 January of each year, an officer's certificate, in the form attached as Schedule A-1, confirming their compliance with the Code.

• By 15 August of each year, a Code of Conduct Compliance Questionnaire in the form required by Visa from time to time.

A Member that fails to submit a completed officer's certificate or questionnaire as required will be subject to a penalty of CAD $100,000 per month of non-compliance.

Visa may, in its sole discretion, charge any Member or Members, fees charged to Visa Canada by the Financial Consumer Agency of Canada with respect to compliance with the Code, where such fee is attributable to that Member or its VisaNet Processor or its Third Party.

ID#: 111011-160810-0025973

# Obligation to Comply with Operating Regulations

### Visa International Operating Regulations Description

**Effective through 31 December 2013,** the *Visa International Operating Regulations* specify the common rules with which Members must comply when operating and participating in the Visa, Visa Electron, Visa Cash, Plus, Interlink, and Visa TravelMoney Programs, unless Visa specifically grants a variance.

**Effective 1 January 2014,** the *Visa International Operating Regulations* specify the common rules with which Members must comply when operating and participating in the Visa, Visa Electron, Plus, Interlink, and Visa TravelMoney Programs, unless Visa specifically grants a variance.

ID#: 111011-010410-0000343

### Obligation to Comply with Card Design Specifications (Updated)

Issuers must comply with the following specifications for Card design, as applicable:

• *Visa Product Brand Standards* for all Visa and Visa Electron Cards

• **Effective through 31 December 2013,** *Visa Cash Program Operating Regulations*

© 2011 Visa. All Rights Reserved.

- *Visa TravelMoney Product Guide*

ID#: 111011-010410-0007012

## Member Responsibilities - U.S. Region

A U.S. Member must perform all obligations imposed on Visa U.S.A. Inc. under the *Visa International Operating Regulations* that arise out of Interchange or a Transaction resulting in Interchange between the Member and a Foreign Licensee.

The Member must **not** do anything to cause Visa U.S.A. Inc. to violate the *Visa International Operating Regulations*.

ID#: 050411-010210-0000349

# Local, Domestic, and Regional Operating Regulations and Private Agreements

## Regional Operating Regulations

### Visa International Operating Regulations - Canada Region

Except as otherwise provided in the Canada Regional Operating Regulations and any Services Agreement, the provisions of the *Visa International Operating Regulations* apply to Canada Members operating in the Canada Region.

ID#: 010410-010410-0000380

## National, Group Members, and Private Agreements

### Private Processing Arrangements Prohibition — AP Region

**Effective 1 April 2011,** Private Processing Arrangements are prohibited in the AP Region for Members in Malaysia, Philippines, Singapore, Thailand and Vietnam.

ID#: 050411-010411-0026202

### Private Arrangements Prohibition - U.S. Region

Private Arrangements are prohibited in the U.S. Region.

ID#: 010410-010410-0000384

© 2011 Visa. All Rights Reserved.

# Extensions to the Operating Regulations

## Publications with Equivalent Authority

### Authority of Other Publications

The requirements in the publications referenced throughout the *Visa International Operating Regulations* have the same authority as the *Visa International Operating Regulations.* They are binding upon participants in the services referenced. The *Visa International Operating Regulations* govern in the event of any inconsistency or contradiction, unless Visa specifically grants a variance.

ID#: 111011-010410-0007426

# Variances to the Operating Regulations

## Variances - Procedures

### Board Powers

Visa, by a majority vote of the directors in attendance at any meeting of the Board of Directors where a quorum is present, may adopt, amend, or repeal variances to the *Visa International Operating Regulations* to expand markets in previously uncommitted countries or to attract new Members.

ID#: 010410-010410-0000368

### Variance Requests

A request for a variance to the *Visa International Operating Regulations* must be submitted to the Board of Directors for approval if the variance meets any of the following criteria:

• Undermines the integrity of the Visa brand

• Contravenes a Visa core business principle, e.g., the "honor all Cards" rule

• Impacts fee rates

All other variances, including pilot program variances, that do not meet any of these criteria are subject to approval by Visa.

ID#: 010410-010410-0000369

© 2011 Visa. All Rights Reserved.

## Emergency Variances

Visa may grant a Member an emergency variance to a specific operating regulation if the Member cannot comply due to circumstances beyond its control, such as:

- Natural disasters
- Acts of war
- Government restrictions due to political unrest
- Failure of public infrastructure

ID#: 010410-010410-0000370

## Time Limit for Emergency Variances

An emergency variance must **not** exceed 120 calendar days without Visa consent.

ID#: 010410-010410-0000371

# Confidentiality of Visa Materials

## Confidentiality Requirements

### Visa Confidential Materials (Updated)

A Visa Member must:

- Maintain Visa confidential information in strict confidence
- **Not** disclose any Visa confidential information [1]
- Store and handle Visa confidential information in such a way as to prevent unauthorized disclosure
- Take reasonable measures to protect Visa confidential information and treat it with at least the degree of care with which a Member treats its own confidential and proprietary information
- Disclose Visa confidential information only to those employees with specific need to know

Disclosure to contractors of technical specifications is subject to "Confidentiality of VisaNet Information."

ID#: 151011-010410-0000467

---

1   **Effective 21 July 2010,** a variance to this requirement applies in the U.S. Region and in U.S. Territories.

© 2011 Visa. All Rights Reserved.

Case: 4:13-cv-02226-JAR   Doc. #:  85-5   Filed: 02/12/15   Page: 108 of 1319 PageID #: 3301

**Visa Confidential Materials - U.S. Region**

Except as specified in "Disclosure of BIN Information to Merchants - U.S. Region" a U.S. Member must:

- Prevent disclosure of any Visa confidential information to any non-Member

- Treat all Visa documents marked "Confidential" or "Visa Member Use Only" as confidential and proprietary information of Visa

- Take reasonable measures to protect documents and treat them with at least the degree of care with which a Member treats its own confidential and proprietary information

- Disclose confidential and proprietary information only to those employees with a specific need to know

Disclosure to contractors of technical specifications is subject to "Confidential Information Disclosed to Contractors."

ID#: 010410-010410-0000504

**Confidentiality of VisaNet Information**

VisaNet consists of confidential and proprietary information belonging to Visa. Each Member must take appropriate action, by agreement or otherwise, to ensure that its employees or agents with access to VisaNet are:

- Advised of the confidential and proprietary nature of these systems

- Prohibited from providing access to or disclosing these systems to any third party [2]

- Prohibited from using these systems for any purpose not authorized in the *Visa International Operating Regulations*

ID#: 010410-010410-0003669

# Visa Right to Monitor, Audit, Inspect, or Investigate

## Visa Right to Monitor, Audit, Inspect, or Investigate

### Visa Right to Monitor, Audit, Inspect, and Investigate

Visa may:

- Inspect the premises of a Member or its agents or Merchants at any time and charge the Member a fee for this inspection

---

2    A variance to this requirement applies in the U.S. Region.

© 2011 Visa. All Rights Reserved.

- Conduct an investigation or onsite review at the Member's expense
- Audit the records and procedures of any Member or agents

Visa may audit the records and procedures of any Issuer, and Merchant with which it has contracted to sell Visa Prepaid Cards, including, but not limited to:

- Issuer shipping and storage security procedures
- Issuer procedures for issuance and distribution
- Merchant shipping and storage security procedures for Visa Prepaid Cards
- Merchant procedures for issuance and distribution of Visa Prepaid Cards

For Visa Corporate and Visa Purchasing Card Issuers, Visa may also audit the records and procedures of the Issuer and of other agents or entities participating in the Issuer's multinational programs.

- Monitor and inspect the security and quality control procedures of each Approved Manufacturer and Third-Party Personalizer
- Audit and review the premises of an Approved Manufacturer or Third-Party Personalizer without notice at any time and request a production-run sample of:
  - Visa Cards or Visa Electron Cards
  - Security features of Visa Cards or Visa Electron Cards
- Monitor an Acquirer to determine disproportionate fraud-to-sales ratios
- Conduct security inspections at any agent or Merchant location that has excessive Fraud Activity

ID#: 010410-010410-0007121

## Right to Request Cards

**Effective 13 January 2011**, Visa may, request a functional Visa Card, Visa Electron Card, Plus Card or access to any New Channel associated with any or all BINs owned or used by an Issuer.

Upon written request, an Issuer must:

- Provide Visa with a Visa Card, Visa Electron Card, Plus Card or access to any New Channel and its associated PIN within 30 calendar days
- Personalize the Visa Card, Visa Electron Card, Plus Card, or New Channel, as specified by Visa

ID#: 050411-130111-0026009

## Visa Right to Monitor, Audit, Inspect or Investigate – U.S. Region (New)

In the U.S. Region, Visa may perform periodic audits, at the Member's expense, to ensure that the Member, its Agents, and its Merchants are complying with:

- *Visa International Operating Regulations*

© 2011 Visa. All Rights Reserved.

- VisaNet Manuals
- PIN Management Requirements Documents

ID#: 111011-140412-0026501

# Member Rights and Obligations

## Member Cooperation

A Member or its agent, or a Merchant must cooperate fully with Visa in an investigation or onsite review. This cooperation includes providing access to the premises and to all pertinent records and releasing any information to Visa upon request.

ID#: 010410-010410-0000469

## Appeals

If an Acquirer believes that an imposed condition or a specific Merchant or Sponsored Merchant prohibition is unreasonable, it may appeal to Visa.

ID#: 010410-010410-0006840

## Appeal Documentation and Decision

The Acquirer must prove in its appeal that the prohibition or imposed conditions are impractical or unwarranted.

The decision of Visa is final.

ID#: 010410-010410-0007130

# General Investigation Responsibilities

## Member Investigation of Suspected Fraud VIOR 2.1.E

A Member must comply with the *Global Visa Acquirer Fraud Control Manual*, the *Global Visa Issuer Fraud Control Manual*, and *What To Do If Compromised*, and conduct a thorough investigation of suspected or confirmed:

- Loss, theft, or compromise of Visa account or Cardholder information
- Loss, theft, or compromise of Visa account or Cardholder information by one of its agents or Merchants

© 2011 Visa. All Rights Reserved.

• Fraud and/or laundering of a Transaction

ID#: 050411-010410-0007123

## Prevention of Loss or Theft of Information

After completing the investigation, the Member must demonstrate its ability to prevent future loss, theft, or compromise of Visa account or Cardholder information, in accordance with the requirements of the Account Information Security Program and the Payment Card Industry Data Security Standard (PCI DSS).

ID#: 111011-110210-0025605

## Additional Investigation (Updated)

Visa may require a Member or its agent to conduct an additional investigation. If required, the Member or its agent must:

• Cooperate fully with Visa

• Comply with the Visa investigation timeline, as specified in *What To Do If Compromised*

• Provide access to the premises involved in the investigation

• Provide Visa and/or its agent access to all applicable records, including, but not limited to:

– Computer forensic reports

– Network diagrams

– Systems connected directly or indirectly to VisaNet or used to transmit, process, or store account data

• **Effective through 20 April 2011,** engage a Qualified Incident Response Assessor (QIRA) or Qualified Forensic Investigator (QFI). If the Member or its agent fails to do so, Visa may engage a QIRA or a QFI to perform a forensic investigation and will assess all investigative costs to the Member in addition to any applicable fine.

• **Effective 21 April 2011,** engage a Payment Card Industry Forensic Investigator (PFI). If the Member or its agent fails to do so, Visa may engage a PFI to perform a forensic investigation and will assess all investigative costs to the Member in addition to any applicable fine.

ID#: 111011-210410-0007124

## Assistance to Other Members

A Member must assist other Members in an investigation of fraudulent activity with a Visa Card or Visa Electron Card by performing tasks such as:

• Interviewing Merchants, Sponsored Merchants, Cardholders, suspects, witnesses, and law enforcement personnel

• Obtaining handwriting samples, photographs, fingerprints, and any other similar physical evidence

© 2011 Visa. All Rights Reserved.

- Recovering lost, stolen, or Counterfeit Visa Cards or Visa Electron Cards
- Providing information to proper authorities for the possible arrest of suspects, at the Issuer's request
- Performing any other reasonable investigative assistance
- Inspecting the facilities of credit card manufacturers, embossers, encoders, mailers, and chip embedders

ID#: 010410-010410-0007122


## Investigative Services Fee

A Member that requests investigative services of other Members must pay an investigative service fee, as follows:

- US $50 per hour (payable in half-hour increments)
- US $0.20 per mile for necessary travel
- Extraordinary out-of-pocket expenses

A Member that performs investigative services for other Members must prepare an itemized statement for the Member requesting the services.

ID#: 010410-010410-0008484


## Investigative Services Fee - U.S. Region

A U.S. Member performing investigative services at the request of another U.S. Member is entitled to reimbursement of the following fees:

- US $50 per hour (payable in half-hour increments)
- Prevailing mileage rate (as permitted by the U.S. Government) for necessary travel
- Extraordinary out-of-pocket expenses

Payment must be made when an itemized statement is received from the Member providing the service.

ID#: 010410-010410-0003971


## Member Response Standards - CEMEA Region

A CEMEA Member must respond to a request from another CEMEA Member, Visa, or a law enforcement agency

ID#: 111011-010410-0002249

© 2011 Visa. All Rights Reserved.

## Merchant Investigation Responsibilities

### Investigation of Merchant Outlet (Updated)

Visa may contact a Merchant Outlet directly and conduct an onsite investigation of the Merchant Outlet at any time.

If the Merchant fails to correct a violation identified by Visa, Visa may, for reasons such as those listed in "Visa Right to Terminate Merchant, Payment Service Provider, or Sponsored Merchant," impose conditions upon the Merchant or permanently prohibit the Merchant, or its principals, from participating in the Visa or Visa Electron Program.

ID#: 111011-010410-0007429

# Operating Regulations Compliance and Enforcement

## Fines and Penalties - General

### Visa Right to Fine

The *Visa International Operating Regulations* contain enforcement mechanisms that Visa may use for violations of the *Visa International Operating Regulations*. The Operating Regulations also specify the procedure for the allegation and investigation of violations and the rules and schedules for fines and penalties.

Visa may levy fines and penalties as specified in the *Visa International Operating Regulations*. Visa officers will enforce these fines and penalties.

These procedures and fines are in addition to enforcement rights available to Visa under other provisions of the *Visa International Operating Regulations*, the applicable Certificate of Incorporation and Bylaws, or through other legal or administrative procedures.

ID#: 010410-010410-0007280

### General Fines Schedule

The fines listed in the table below are in addition to any other fines or penalties specified in the *Visa International Operating Regulations*.

© 2011 Visa. All Rights Reserved.

**General Schedule of Fines**

| Violation | Fine |
|---|---|
| First violation of regulation | **Effective through 14 February 2011,** warning letter with specific date for correction and US $500 fine<br><br>**Effective 15 February 2011,** warning letter with specific date for correction and US $1,000 fine |
| Second violation of same regulation in a 12-month period after Notification of first violation | US $5,000 fine |
| Third violation of same regulation in a 12-month period after Notification of first violation | US $10,000 fine |
| Fourth violation of same regulation in a 12-month period after Notification of first violation | US $25,000 fine |
| 5 or more violations of same regulation in a 12-month period after Notification of first violation | Visa discretion |
| If the 12-month period is **not** violation-free and the fines total US $25,000 or more | Additional fine equal to all fines levied during that 9-month period |

ID#: 050411-010410-0000482

## General Fines Schedule - U.S. Region

**Effective through 14 February 2011,** the fines listed in the table below apply to U.S. Members and are in addition to any other fines identified in the U.S. Regional Operating Regulations.

**General Schedule of Fines - U.S. Region (Effective through 14 February 2011)**

| Violation | Fine |
|---|---|
| First violation of regulation | Warning letter with specific date for correction and US $5,000 fine |
| Second violation of same regulation in a 12-month period after Notification of first violation | US $10,000 fine |
| Third violation of same regulation in a 12-month period after Notification of first violation | US $25,000 fine |
| Fourth violation of same regulation in a 12-month period after Notification of first violation and assessed during each month the violation remains uncorrected | US $50,000 fine |
| The violation is **not** corrected within a 12-month period | Additional fine equal to all fines levied during that 9-month period, and Visa may consider the violation as willful and assess additional fines. |

ID#: 050411-010410-0001059

© 2011 Visa. All Rights Reserved.

## Fines and Penalties Process

### Determination of Violation

Determination of a violation of the *Visa International Operating Regulations* may be made as follows:

- Based on the response from a Member to a Notification of investigation and other available information, Visa will determine whether a violation of the *Visa International Operating Regulations* has occurred.

- The Member's failure to respond to a Notification of investigation and to provide all information requested may result in a determination that a violation has occurred.

ID#: 010410-010410-0001052

### Notification of Determination

**Effective through 14 February 2011,** Visa will notify a Member whether violation(s) have been determined to have occurred and, if violation(s) are determined to have occurred and are continuing, specify a date by which the Member must correct the violation(s). If violation(s) are determined to have occurred, the Notification will advise the Member of the:

- Reasons for such determination

- Fines assessed

- Right to appeal the determination that a violation has occurred and the fines assessed for such violation

**Effective 15 February 2011,** Visa will notify a Member if it determines that a violation has occurred, or if it determines that a violation is continuing to occur, and will specify a date by which the Member must correct the violation. The Notification will advise the Member of the:

- Reasons for such determination

- Fines assessed

- Right to appeal the determination and/or the fines assessed for such violation

**Effective 15 February 2011,** Visa may require a Member to submit a compliance plan to resolve the violation.

ID#: 050411-010410-0001053

© 2011 Visa. All Rights Reserved.

## Fine Assessment

All fines imposed by Visa are fines imposed on Members.  A Member is responsible for paying all fines, regardless of whether it absorbs the fines, passes them on, or increases them in billing its customer (e.g., Cardholder, Merchant). A Member must **not** represent to its customer that Visa imposes any fine on its customer.

ID#: 010410-010410-0001054

## Collection of Fines

**Effective through 14 February 2011,** Visa will collect all fines assessed through the VisaNet miscellaneous fee collection process after notifying the Acquirer.

**Effective 15 February 2011,** Visa will electronically collect all fines through Visa billing statements after notifying the Member.

ID#: 050411-010410-0002449

## Allegations and Investigations

Allegations of violations of the *Visa International Operating Regulations* may be brought to Visa's attention by:

• A Member

• **Effective 15 February 2011,** an Agent or a VisaNet Processor, through its registering Member

• A Visa Officer

Visa may investigate allegations of violations of the *Visa International Operating Regulations*.

ID#: 050411-010410-0007366

## Notification Response

**Effective 15 February 2011,** a Member must respond to and provide information requested by Visa for a *Visa International Operating Regulations* violation that is under investigation.

The Member must submit its response and information, within the time period specified, by mail, courier, facsimile, hand, e-mail, or other electronic delivery method. The Notification response is effective when posted, sent, or transmitted by Visa to the Member or its Agent.

ID#: 050411-150211-0025974

© 2011 Visa. All Rights Reserved.

**Notification Response - U.S. Region**

**Effective through 14 February 2011,** a U.S. Member must respond to, and provide information requested in, a Notification of the violation that is under investigation. The Member must submit its response and information within the time period specified in the Notification.

ID#: 050411-010410-0001050

# Fines and Penalties for Repetitive and Willful Violation

## Repetitive Violations

Repetitive violations of the *Visa International Operating Regulations* incur heavier fines or other actions. A violation of any section qualifies as a repetitive violation only if the violating Member does not correct it by the date specified in the Notification.

ID#: 010410-010410-0003645

## Time Period

Penalties increase for repetitive violations within any 12-month period. The 12-month period begins on the date of the most recent Notification of the violation and ends following a 12-month period free of violations of that regulation.

ID#: 010410-010410-0000478

## Willful Violations

**Effective through 14 February 2011,** in addition to the fines and penalties specified in "Fines and Penalties - General," a Member found to have willfully violated the *Visa International Operating Regulations*, adversely affecting the goodwill associated with the Visa system, products and services, the operation of the Visa Systems, or the operations of other Members, will be subject to a further fine. A violation is considered "willful" if the Member knew, or its knowledge can be fairly implied, that its conduct constituted a violation of the *Visa International Operating Regulations.*

**Effective 15 February 2011,** in addition to the fines and penalties specified in "Fines and Penalties - General," a Member found to have willfully violated the *Visa International Operating Regulations*, adversely affecting the goodwill associated with the Visa system, brand, products and services, the operation of the Visa Systems, or the operations of other Members, will be subject to a further fine. A violation is considered "willful" if the Member knew, or should have known, or its knowledge can be fairly implied, that its conduct constituted a violation of the *Visa International Operating Regulations.*

When determining the amount of a fine, in addition to the criteria above, the following will be considered:

• Type of violation

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

- Nature of the damage, including the amount incurred by Visa and its Members

- Repetitive nature of the violation

- Member history or prior conduct

- Effect of the assessment upon the safety and soundness of the Visa system and the Member, including the Member committing the violation

- Any other criteria Visa deems appropriate

**Effective through 14 February 2011,** before a decision that a willful violation occurred, a Member will have the right to introduce any evidence in support of its position.

ID#: 050411-010410-0007288


## Willful Violation Fines - U.S. Region

**Effective through 14 February 2011,** in addition to the fines specified in "Fines and Penalties – General," a U.S. Member determined to have committed a Willful Violation will be subject to a fine.

**Effective through 14 February 2011,** two or more Visa officers may make a determination that a Willful Violation has occurred and assess a fine  per month until the violation is corrected.

ID#: 161111-010410-0007286


## Egregious Violations - U.S. Region

**Effective through 14 February 2011,** additional fines may be levied on U.S. Members for an Egregious Violation.

ID#: 050411-010410-0001058


## Egregious Violation Fines - U.S. Region

**Effective through 14 February 2011,** in addition to the fines specified in "Fines and Penalties – General," a U.S. Member determined to have committed an Egregious Violation will be subject to a fine.

**Effective through 14 February 2011,** two or more Visa officers may make a determination that an Egregious Violation has occurred and assess a fine  per month until the violation is corrected.

ID#: 161111-010410-0007287


## Egregious Violation Fine Amount - U.S. Region

**Effective through 14 February 2011,** when determining the amount of a fine for an Egregious Violation, the following will be considered:

- Type of violation

© 2011 Visa. All Rights Reserved.

- Nature and extent of the impact on Visa and Members
- Repetitive nature of the violation
- Member history or prior conduct
- Effect of the violation upon the safety and soundness of the Visa payment services and Members, including the Member committing the violation
- Any other criteria deemed appropriate by Visa

ID#: 050411-010410-0001061

# Compliance - General

## Compliance Programs - General

Visa rights and Member obligations for specific compliance programs, specified in "Compliance Monitoring," follow the basic structure of fines described in "Operating Regulations Compliance and Enforcement."

ID#: 010410-010410-0007040

## Acceptance Compliance Program - Canada Region

**Effective through 14 February 2011,** all Canada Members must comply with the Visa Canada Acceptance Compliance Program as specified in the *Acceptance Compliance Program Terms of Reference* (available at https://visainfo.ca).

ID#: 050411-010410-0000526

# Compliance Enforcement Appeals

## Enforcement Appeals

**Effective 15 February 2011,** a Member may appeal [3] a determination of a violation or fine to Visa as follows:

- The Member's appeal letter must be received by Visa within 30 days of the Member's receipt of the Notification of the violation or fine.
- The appealing Member must submit with the appeal any new or additional information necessary to substantiate its request for an appeal.
- A fee of US $5,000 will be assessed to the Member upon receipt of the appeal. This fee is refundable if the appeal is upheld.

---

3    Appeal procedures are available from Visa upon request.

© 2011 Visa. All Rights Reserved.

**Effective 15 February 2011,** Visa bases its decision on the new information provided by the requesting Member. Each Member may submit arguments supporting its position. All decisions are final and not subject to any challenge.

ID#: 050411-150211-0025975

## Enforcement Appeals - U.S. Region

**Effective through 14 February 2011,** a U.S. Member may appeal a determination of a violation to the Appeal Committee as follows:

- The Member's appeal letter must be received by Visa within 30 days of the Member's receipt of the Notification of the violation.
- Written arguments and supporting information for the appeal must be submitted with the appeal letter.
- The Member must include a nonrefundable fee  with its appeal letter.

**Effective through 14 February 2011,** Visa will notify the Member of the final disposition of the appeal, including a Notification of the Member's right to appeal to the Board of Directors in accordance with Article X of the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws.*

ID#: 111011-010410-0007289

## Enforcement Board Appeal - U.S. Region

**Effective through 14 February 2011** a U.S. Member may appeal the decision of the Appeal Committee to the Board of Directors as follows:

- The Member's appeal letter must be received by Visa within 30 days of the decision Notification date.
- Written arguments and supporting information for the appeal must be submitted with the appeal letter.
- The Member must include a nonrefundable fee with its appeal letter.

**Effective through 14 February 2011,** the decision of the Board of Directors is final and is **not** subject to any challenge.

ID#: 111011-010410-0007290

© 2011 Visa. All Rights Reserved.

**Enforcement Appeals - LAC Region**

**Effective through 14 February 2011,** an LAC Member determined to have violated the *Visa International Operating Regulations* and that has had a penalty or fine imposed by Visa may file an appeal with Visa within 30 calendar days of Visa Notification of the determination.

ID#: 050411-010410-0000522

# Right of Termination of Merchant or Agents

## Visa Rights

### Visa Right to Contact Merchant (New)

**Effective 1 July 2011,** Visa may contact a Merchant, a Sponsored Merchant, or a Payment Service Provider directly, if warranted.

ID#: 111011-010711-0026440

### Visa Right to Terminate Merchant, Payment Service Provider, or Sponsored Merchant (Updated)

**Effective through 30 June 2011,** Visa may permanently prohibit a Merchant, Internet Payment Service Provider (IPSP), Sponsored Merchant, or any other entity, or one of its principals, from participating in the Visa or Visa Electron Program for any reasons it deems appropriate, such as:

- Fraudulent activity

- Presenting Transaction Receipts that do not result from an act between a Cardholder and a Merchant (laundering)

- Entering into a Merchant Agreement under a new name with the intent to circumvent the provisions of the *Visa International Operating Regulations*

- Activity that causes the Acquirer to repeatedly violate the *Visa International Operating Regulations*

- Activity that has resulted in a Regional Office prohibiting the Merchant from participating in the Visa or Visa Electron Program

- Any other activity that may result in undue economic hardship or damage to the goodwill of the Visa system

**Effective 1 July 2011,** Visa may permanently prohibit a  Merchant, Payment Service Provider (PSP), Sponsored Merchant, or any other entity, or one of its principals, from participating in the Visa or Visa Electron Program for any reasons it deems appropriate, such as:

- Fraudulent activity

© 2011 Visa. All Rights Reserved.

- Presenting Transaction Receipts that do not result from an act between a Cardholder and a Merchant or Sponsored Merchant (laundering)
- Entering into a Merchant Agreement under a new name with the intent to circumvent the provisions of the *Visa International Operating Regulations*
- Activity that causes the Acquirer to repeatedly violate the *Visa International Operating Regulations*
- Activity that has resulted in Visa prohibiting the Merchant, Sponsored Merchant, or Payment Service Provider from participating in the Visa or Visa Electron Program
- Any other activity that may result in undue economic hardship or damage to the goodwill of the Visa system

ID#: 111011-010410-0007120

## Revocation of Merchant Privileges

Visa may fine an Acquirer that enters into a Merchant Agreement with a Merchant, Sponsored Merchant, or known principals of a Merchant that Visa has prohibited from participating in the Visa or Visa Electron Program.

ID#: 010410-010410-0005255

## Global Merchant Chargeback Monitoring Program - Merchant Disqualification

Visa may disqualify a Merchant that has been placed in the Global Merchant Chargeback Monitoring Program from participation in the Visa Program if the Merchant meets or exceeds the specified Chargeback ratio threshold of 2% without an effective Chargeback reduction plan, and 2 of the following levels of Chargeback activity are reached:

- Merchant's Chargeback ratio is 2 or more times the specified Chargeback ratio in a single month
- Merchant is assessed fees for 3,000 or more Chargebacks in a single month
- Merchant is assessed US $1 million or more in Global Merchant Chargeback Monitoring Program fees

ID#: 081010-010410-0002445

## Termination of Merchant Agreement

After verifying that Visa has prohibited a Merchant or Sponsored Merchant from participating in the Visa or Visa Electron Program, an Acquirer must terminate the Merchant Agreement no later than the date specified by Visa.

If the Acquirer has not terminated the Merchant Agreement by the date specified, Visa may assess the Acquirer a fine, in an amount to be determined by the Board of Directors.

ID#: 010410-010410-0008241

© 2011 Visa. All Rights Reserved.

## Visa Right to Notify Merchant - U.S. Region

**Effective through 30 June 2011,** in the U.S. Region, Visa may contact a Merchant, a Sponsored Merchant, or an Internet Payment Service Provider directly, if warranted.

ID#: 111011-010410-0003679

## Fines for U.S. Merchant Agreement with Prohibited Merchant - U.S. Region

Visa assesses a fine to a U.S. Acquirer that enters into a Merchant Agreement with a Merchant or known principals of a Merchant that Visa has prohibited from participating in the Visa or Visa Electron Program, as specified in the table below.

**Acquirer Fines for Merchant Agreement with a Prohibited Merchant - U.S. Region**

| Violation | Fine |
|---|---|
| First violation in a 5-year period | US $10,000 |
| Second violation in a 5-year period | US $20,000 |
| Third violation in a 5-year period | US $50,000 |
| 4 or more violations in a 5-year period | At the discretion of Visa |

Visa assesses an additional fine of US $10,000 for each 30-calendar-day period, or portion thereof, during which the U.S. Acquirer fails to terminate the Merchant Agreement.

ID#: 010410-010410-0007118

# Member Obligations

## Acquirer Responsibility for Costs

An Acquirer is responsible for all costs incurred by Visa due to the Acquirer's failure to terminate a Merchant or Sponsored Merchant. This includes attorney's fees and costs of any legal action undertaken by Visa to protect the goodwill of the Visa system or to prevent further harm to Members and Cardholders.

ID#: 010410-010410-0007117

© 2011 Visa. All Rights Reserved.

# Chapter 2: Visa System Participation

## Core Principle 2.1

### Bylaws and Operating Regulations

#### Following the Rules of Participation

Financial institutions, payment data processors, and other qualified business entities may participate in the Visa system by meeting the conditions outlined in the applicable Visa Bylaws and Operating Regulations. Key information from the Visa Bylaws and Operating Regulations are outlined in these Core Principles.

ID#: 010410-010410-0007756

## Core Principle 2.2

### Third Party Registration

#### Using a Third Party

Visa participants are generally financial institutions or other eligible businesses that issue Visa products to consumers or enroll merchants to accept Visa products for payment of goods and services. Participants may also contract with third-parties to facilitate issuing and acquiring activities, including VisaNet processors who have a direct connection to VisaNet. Participants in the Visa system agree to register VisaNet processors and third-parties that facilitate Visa activity. Participants are responsible for all errors, acts and omissions of such third-parties, including their agents and vendors.

ID#: 010410-010410-0007757

© 2011 Visa. All Rights Reserved.

# Core Principle 2.3

## Liabilities and Indemnifications

### Taking Responsibility

Visa participants are solely responsible for their issuance of Visa products and acquiring of merchants to accept Visa products, including responsibility for settlement of transactions, compliance with Visa Bylaws and Operating Regulations, and ensuring that their Visa programs comply with all applicable legal and regulatory requirements. Participants indemnify Visa for claims or liabilities that arise out of their issuance of Visa products and acquiring of merchants, and broadly disclaim liability against Visa for such activities.

ID#: 010410-010410-0007758

# Membership

## General Membership

### Notification to Visa of Member's Country (Updated)

Each Member (or its Group Member) must notify Visa in writing, at least 60 calendar days prior to commencement, of each country where the Member either:

- **Effective through 31 December 2013,** performs any Visa, Visa Electron, Visa Cash, Plus, or Visa TravelMoney Program services
- **Effective 1 January 2014,** performs any Visa, Visa Electron, Plus, or Visa TravelMoney Program services
- Uses, displays, or supplies any materials bearing a Visa-Owned Mark

These requirements are in addition to those of the *Visa International Certificate of Incorporation and Bylaws,* Section 2.10(g).

ID#: 111011-010410-0000901

© 2011 Visa. All Rights Reserved.

## Sponsored Member

### Penalties for Violation of the Sponsored Member Registration Program - U.S. Region

Visa assesses fines for violation of the U.S. Region Sponsored Member requirements.

ID#: 111011-010410-0001316

## Member Acquisition

### Member Acquisition Upon Regulatory Closure - Ineligible Assuming Organization - U.S. Region

In the U.S. Region, if an assuming organization is not a Member of Visa at the time of its assumption of Visa programs and is not eligible for the appropriate membership or if Visa declines its application, the organization must immediately:

- Cease all use of the Visa-Owned Marks and all other activities reserved for Members of Visa
- Cease exercising the rights and privileges reserved for Members of Visa

ID#: 111011-010100-0025753

### Member Acquisition Upon Regulatory Closure - Assuming Organization Failure to Submit Required Materials - U.S. Region

In the U.S. Region, if the assuming organization is not a Member of Visa at the time of its assumption of Visa programs and does not submit the required "Client Licensing Application" agreement within the time frame specified in "Member Acquisition Upon Regulatory Closure - Assuming Organization Membership - U.S. Region," the assuming organization:

- Must cease all operations of the Visa programs and use of the Visa-Owned Marks
- Is liable for all losses, costs, damages, and expenses (including attorneys' fees and expenses) to Visa and its Members resulting from its unauthorized operations

ID#: 111011-010100-0025758

### Member Acquisition Upon Regulatory Closure - Assuming Organization Membership - U.S. Region

In the U.S. Region, an assuming organization that is not a Member of Visa at the time of its assumption of Visa programs, and that is eligible for membership must:

- Submit to Visa a "Client Licensing Application" agreement within 10 calendar days after the assuming organization's assumption of the subject Visa programs

© 2011 Visa. All Rights Reserved.

- Submit the appropriate membership materials within the time frame specified by Visa
- Meet any conditions of membership within 30 calendar days of the assuming organization's assumption of the subject Visa programs, as specified in the:
  – *Visa International Operating Regulations*
  – *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*
- Pay all applicable fees and charges within the time frame specified by Visa

ID#: 111011-010100-0025752

## Member Acquisition Upon Regulatory Closure - Membership Category Requirements - U.S. Region

In the U.S. Region, if the Assuming Member is not authorized to engage in one or more of the subject assumed Visa programs, the Assuming Member must comply with **all** of the following:

- Submit the appropriate membership materials within the time frame specified by Visa
- Meet any conditions of membership within 30 calendar days of Assuming Member's assumption of the subject Visa programs, as specified in the:
  – *Visa International Operating Regulations*
  – *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*
- Pay all applicable fees and charges within the time frame specified by Visa

ID#: 111011-010100-0025750

## Member Acquisition Regulatory Closure - Failure to Comply - U.S. Region

In the U.S. Region, if the Assuming Member does not comply with the obligations specified in "Member Acquisition Upon Regulatory Closure - Confirmation of Responsibilities - U.S. Region" or "Member Acquisition Upon Regulatory Closure - Membership Category Requirements - U.S. Region," Visa may, as it deems appropriate:

- Terminate all or a portion of the assumed Visa programs
- Assess fines and penalties to the Assuming Member, as specified in "General Fines Schedule - U.S. Region"

ID#: 111011-010100-0025751

## Member Acquisition Upon Regulatory Closure - Assuming Member Responsibilities - U.S. Region

In the event of a regulatory closure, a Member in the U.S. Region that assumes the Visa programs of a failed Member immediately assumes full liability for those Visa programs.

ID#: 081010-010100-0025748

© 2011 Visa. All Rights Reserved.

**Member Acquisition Upon Regulatory Closure - Confirmation of Responsibilities - U.S. Region**

In the U.S. Region, upon verification from the applicable regulatory agency that a Member has assumed the Visa programs of a failed Member institution, Visa will:

- Provide a Notification listing the Visa programs for which Visa understands the Assuming Member is liable as specified in "Member Acquisition Upon Regulatory Closure - Assuming Member Responsibilities - U.S. Region."

- Include in the Notification a request for written confirmation from the Assuming Member that it has assumed **one** of the following:

  – All of the Visa programs listed in the report

  – A specified portion of the Visa programs listed in the report

  – None of the Visa programs listed in the report

The Assuming Member must submit to Visa, within the time frame specified in the Notification, written confirmation of the Visa programs assumed.

ID#: 111011-010100-0025749

## Quarterly Operating Certificate

### Monthly Reporting - Canada Region

A Canada Member must send the completed *Schedule I through Schedule XI* in the Canada Regional Operating Regulations to Visa for consolidation and reporting no later than the 25th of the month following each reporting period.

ID#: 010410-010410-0006335

### Automated Clearing House Service - Principal-Type Member Information Requirements - U.S. Region

A U.S. Principal-type Member that is required to file a Quarterly Operating Certificate and make quarterly service fee payments must submit all of the information specified in "Automated Clearing House Service Requirements - U.S. Region."

ID#: 010410-010410-0007887

© 2011 Visa. All Rights Reserved.

## Quarterly Service Fee Collection Estimated Amount (Updated)

Visa initiates a Fee Collection Transaction for an estimated amount if a Member fails to file a Quarterly Operating Certificate in a timely manner.

ID#: 111011-010410-0007888

## Adjustments Made through the Automated Clearing House Service - U.S. Region (Updated)

**Effective through 30 September 2011,** in the U.S. Region, Visa may initiate an adjustment to the service fee amount to be collected or disbursed.

If a U.S. Member underpays its quarterly service fees, Visa collects the additional amount due.

If the Member overpays its fees, Visa refunds any overpayment.  The refund time period is limited to 2 years from the date that the quarterly service fee in question was originally due.  Refunds do not include interest charges.

ID#: 111011-010410-0007889

## Quarterly Service Fee Remittance Penalties - U.S. Region

In the U.S. Region, Visa assesses quarterly service fee remittance penalties

ID#: 111011-010410-0003479

## Penalties for Nonpayment of Quarterly Service Fee (Updated)

If a Member does not pay the required quarterly service fee, Visa imposes penalties, as specified in Section 3.07 of the applicable Certificate of Incorporation and Bylaws.

ID#: 111011-010410-0003480

## Reporting of Visa Transactions Not Processed through VisaNet (Updated)

Interchange Transactions, On-Us Transactions, and other Transactions that are not processed through VisaNet must be reported to Visa on the Quarterly Operating Certificate, as specified in applicable Certificate of incorporation and Bylaws.

ID#: 111011-010410-0000913

© 2011 Visa. All Rights Reserved.

**Exchange Rates for Quarterly Operating Certificates (Updated)**

Each Member (or its Group Member) with non-U.S. dollar Transaction volumes must use an exchange rate provided by Visa to file Quarterly Operating Certificates. The exchange rate is calculated using a simple average of 3 monthly spot rates for the quarter. This requirement does not apply to a Canada or U.S. Member who files in either CAD or USD.

The monthly spot rates are sourced from Reuters, as shown in the "FT Guide to World Currencies," published in the *Financial Times* on the third Monday of each month. These rates are also available for reference in the Quarterly Operating Certificate application on Visa Online.

ID#: 151011-010110-0008837

# Online Submission and Electronic Signature

## Use of Electronic Signature (Updated)

**Effective through 7 September 2011,** with the exception of the initial Membership Application, once an institution has been granted Visa Membership, subsequent forms and registration requests may be submitted through Visa Online. A request submitted in accordance with the requirements constitutes an Electronic Signature and is considered binding with the same force and authority as a handwritten signature.

**Effective 8 September 2011,** with the exception of initial contractual agreements establishing rights within the Visa system such as the Membership Application, subsequent forms and requests may be submitted through Visa Online. A request submitted in accordance with the requirements constitutes an Electronic Signature and is considered binding with the same force and authority as a handwritten signature, subject only to applicable conditions and restrictions set out in Visa Online.

ID#: 08102010-19022009-0008098

ID#: 111011-190209-0008098

## Electronic Signature Applicability (Updated)

**Effective through 7 September 2011,** unless instructed otherwise, a Member that has already executed and submitted an initial Membership Application and has been granted approval may submit electronically all subsequent documentation that is available on Visa Online, if the Electronic Signature requirements are satisfied, and subject to regional availability of the tool via Visa Online.

**Effective 8 September 2011,** unless instructed otherwise, a Member, VisaNet Processor, or designated Agent that has already executed and submitted an initial contractual agreement establishing rights within the Visa system and has been granted approval may submit electronically all subsequent documentation that is available on Visa Online, if the Electronic Signature requirements are satisfied, and subject to:

• Availability of the tool via Visa Online

© 2011 Visa. All Rights Reserved.

• Applicable terms and restrictions set out in Visa Online

ID#: 111011-190209-0008100

## Electronic Signature Enforceability (Updated)

**Effective through 7 September 2011,** by submitting via Visa Online, a Member:

• Attests that the submitted documentation meets the specified requirements
• Agrees that the submitted documentation constitutes a binding commitment with the same legal force and effect as a handwritten signature

**Effective 8 September 2011,** by submitting via Visa Online, a Member, VisaNet Processor, or designated Agent:

• Attests that the submitted documentation meets the specified requirements
• Agrees that the submitted documentation constitutes a binding commitment with the same legal force and effect as a handwritten signature

ID#: 111011-190209-0008099

## Electronic Signature Criteria (Updated)

**Effective through 7 September 2011,** to be valid, an Electronic Signature must:

• Be submitted via Visa Online
• Be submitted and validated on the basis of Visa Online user identification and authenticated in accordance with the procedures established by Visa
• Provide evidence of the Member's officer's intent to sign by the officer's acceptance of the clickthrough notice provided on Visa Online

In addition, in the U.S. Region, a U.S. Member must maintain reasonable safeguards and security controls to limit access to authorized personnel.

**Effective 8 September 2011,** to be valid, an Electronic Signature must:

• Be submitted via Visa Online
• Be submitted and validated on the basis of Visa Online user identification and authenticated in accordance with the procedures established by Visa
• Be authorized by the Member, or provide evidence of the Member's authorized user's intent to evidence a binding commitment via the authorized user's acceptance of the click-through notice provided on Visa Online

In addition, a Member, VisaNet Processor, or designated Agent must maintain reasonable safeguards and security controls to limit access to authorized personnel.

ID#: 111011-190209-0007626

© 2011 Visa. All Rights Reserved.

## Acquirer Licensing

### Penalty for Associate Member Merchant Acquiring in Russia - CEMEA Region

In the CEMEA Region, a Russian Principal Member permitting an acquiring agent to acquire Merchant Transactions without a Sponsored Merchant Acquiring License will be assessed a non-compliance fee of US $20,000 for every 6 months or portion thereof, for each agent that fails to obtain a Sponsored Merchant Acquiring License.

ID#: 111011-010410-0024131

# Agents - Third Party and VisaNet Processors

## General Agent Requirements

### Agent Registration (New)

**Effective 1 December 2011,** an Acquirer who signs an Agent to solicit High-Brand Risk Merchants must register that Agent as high risk with Visa, as specified in the *Visa Global Brand Protection Program Guide for Acquirers*.

ID#: 111011-011211-0026347

### General Member Responsibilities for VisaNet Processors

A Member that has a contract with a VisaNet Processor must:

- Provide Transaction-related processing instructions directly to its VisaNet Processor

- Distribute written policies and procedures to its VisaNet Processors

- Establish a risk management program to control risks related to the use of VisaNet Processors, such as:

  – Loss of operational control

  – Service provider failure

  – Confidentiality and physical and logical security of Cardholder and Visa Transaction Information

- Verify that the principals and senior management of the VisaNet Processor have the requisite knowledge and experience to successfully perform the contracted services (except when a VisaNet Processor is a Member or special Licensee)

- Conduct from time to time a physical inspection of the business premises (except when a VisaNet Processor is a Member or special Licensee) to:

  – Verify inventory

© 2011 Visa. All Rights Reserved.

Case: 4:13-cv-02226-JAR   Doc. #:  85-5   Filed: 02/12/15   Page: 133 of 1319 PageID #: 3326

– Inspect operational controls

– Monitor security standards regarding unauthorized disclosure of or access to sensitive Visa data and other payment systems

ID#: 111011-010100-0025880


## Use of an Airline Authorizing Processor

Before implementing a direct connection to VisaNet, a Member must ensure that an Airline Authorizing Processor has either:

• Completed and submitted a VisaNet Letter of Agreement (Exhibit 5A) to Visa

• Signed a separate agreement with Visa

A Member acquiring Airline Transactions is not required to submit a VisaNet Letter of Agreement (Exhibit 5A) or a VisaNet Processor Registration and Designation/Termination form when the VisaNet Processor used by the Airline for Authorizations is an Airline Authorizing Processor.

ID#: 111011-010410-0001021


## VisaNet Processor Contracts

A Member must execute a written contract with each VisaNet Processor. The contract, to the extent permitted by applicable law, must:

• Include minimum standards established by Visa, including, but not limited to:

– Policies

– Procedures

– Service levels

– Performance standards

• Include language that:

– Permits Visa to conduct financial and procedural audits and general reviews at any time

– Requires VisaNet Processors to make Cardholder and Merchant information available to Visa and regulatory agencies

– Contains a notice of termination clause

• Ensure that the VisaNet Processor will comply with:

– *Visa International Operating Regulations*

– Applicable laws

• Be executed by a senior officer of the Member

• Contain at least the substance of the provisions specified in "VisaNet Processor Requirements"

• Ensure that the VisaNet Processor complies with the Payment Card Industry Data Security Standard (PCI DSS)

© 2011 Visa. All Rights Reserved.

• Ensure that all VisaNet Processors are properly registered with Visa

ID#: 111011-010100-0025879

## VisaNet Processor Systems Agreement

Visa may require a Member's VisaNet Processor to enter into an agreement directly with Visa before the delivery of any of the following:

• V.I.P. System software

• BASE II software

• Visa Extended Access [4]

• Other systems as deemed necessary by Visa

The agreement may specify terms and conditions for the use of software or equipment that Visa determines necessary to protect its proprietary rights. This provision does not require Visa to agree to this type of arrangement, nor does it give any VisaNet Processor the right to use VisaNet.

ID#: 111011-010100-0025882

## VisaNet Processor Marketing Materials

A Member must require that its VisaNet Processor:

• Uses only marketing materials approved by the Member

• Ensures that all marketing materials displaying the Visa-Owned Marks also include the Member name, which must be more prominent and in a larger font than that of the VisaNet Processor

• For Visa Prepaid Card distribution, ensures that any Website displaying the Visa-Owned Marks or offering Visa Card services clearly and conspicuously includes the Member name, which must be located within close proximity to the Visa-Owned Marks, as specified in the applicable Visa International Prepaid Program Guidelines and the *Visa Product Brand Standards*.

• Is prominently identified on the marketing materials as an agent or representative of the Member unless the Member has provided its approval to exclude its name on such marketing materials

• In the Canada Region, with the approval of the Member and provided the Acquirer Processor has entered into the form of Trademark License Agreement for Acquirer Processors as prescribed by Visa, a Member's Acquirer Processor may display certain Visa-Owned Marks on its marketing materials without the Member's name or logo in accordance with the terms of the Trademark License Agreement for Acquirer Processors *(This only applies in the Canada Region.)*

ID#: 111011-010100-0025885

---

4    This requirement does not apply to U.S. and CEMEA Members using Direct Exchange (DEX).

© 2011 Visa. All Rights Reserved.

**Agents Used for Solicitation - U.S. Region**

A U.S. Member that uses an Agent for Cardholder or Merchant solicitation must:

- Have a written agreement with the Agent, as specified in "Third Party/ISO Requirements - U.S. Region"
- Ensure that any use of the Visa Program Marks by its Agents complies with the *Visa International Operating Regulations*

ID#: 010410-010410-0001165


**Competitors as Agents - U.S. Region**

A U.S. Member must **not** appoint or permit as its Agent for Cardholder or Merchant solicitation any organization, or its respective subsidiaries or affiliates, that Visa deems to be a competitor, including:

- American Express Company
- Discover Financial Services

ID#: 081010-010410-0001166


**Agent Prohibitions Related to Visa-Owned Marks - U.S. Region**

An Agent of a U.S. Member must **not**:

- Permit the use of any Visa-Owned Mark by any of its own Agents
- Use any Visa-Owned Mark on any marketing material, including business cards and letterhead on stationery

ID#: 010410-010410-0001168


## VisaNet Processor Requirements


### VisaNet Processor Registration

Any Member that uses a VisaNet Processor, whether or not the VisaNet Processor is itself a Member, must:

- Submit to Visa a *VisaNet Processor Registration and Designation/Termination* form (available on Visa Online) before using the VisaNet Processor
- Immediately notify Visa if any change occurs in the VisaNet Processor relationship, including termination, change of ownership or business function, or processor
- Complete a contract with the VisaNet Processor, as specified in "VisaNet Processor Contracts"

© 2011 Visa. All Rights Reserved.

- Ensure that the VisaNet Processor complies with the applicable provisions of the *Visa International Certificate of Incorporation and Bylaws* and *Visa International Operating Regulation*s

- Ensure that any changes to BIN relationships comply with the requirements specified in "BIN Licensing"

ID#: 111011-010100-0025870

## VisaNet Letter of Agreement for Non-Members

Any Member that uses a non-Member as a VisaNet Processor must ensure that the non-Member submits to Visa a "VisaNet Letter of Agreement" (Exhibit 5A) before using the non-Member as a VisaNet Processor.

ID#: 111011-010100-0025871

## Liability for Activities of VisaNet Processors

A Member must accept liability for all activities, including both acts and omissions, of its VisaNet Processors, as specified in the *VisaNet Processor Registration and Designation/Termination* form.

ID#: 111011-010100-0025872

## Responsibility for Losses Caused by VisaNet Processors

A Member is responsible for any and all losses caused by its VisaNet Processor. All Members using a Clearing or authorizing VisaNet Processor, whether a Member or non-Member, are jointly and severally responsible for the proper performance by that VisaNet Processor of all the requirements of the *Visa International Certificate of Incorporation and Bylaws* and *Visa International Operating Regulations*.

ID#: 111011-010100-0025873

## Non-Member VisaNet Processor or Clearing Member Reporting

A Member that uses a non-Member VisaNet Processor or Clearing Member to process Transaction-related data must submit an annual report to Visa.

The annual report must include, at a minimum:

- Identification of the services provided by the non-Member VisaNet Processor or Clearing Member

- Products and programs supported

- BINs under which the Member's activity is processed

ID#: 111011-010100-0025874

© 2011 Visa. All Rights Reserved.

## VisaNet Processor Independent Audit

Upon designation of a VisaNet Processor, the sponsoring Member must obtain and review an independent audit of the internal controls that support the VisaNet Processor's VisaNet interface. The audit must be conducted annually and use standard audit practices of the International Audit Standards or other regionally acceptable standards as agreed to by Visa.  An audit is not required if the VisaNet Processor is a Member or special Licensee.

ID#: 111011-010100-0025878

## VisaNet Processor Requirements Related to Third Parties

A contract between a Member and its VisaNet Processor must require the VisaNet Processor to:

• Ensure that all Third Parties that use a Member's BIN are properly registered with Visa by that Member

• Notify BIN Licensees in writing and receive written approval before allowing any Third Party Agent to use a Member's BIN or granting access to Cardholder information

• Report at least quarterly to the Member and Visa any Third Parties that use its BIN

ID#: 111011-010100-0025881

## VisaNet Processor Acting as Clearing Processor

A Member must ensure that a VisaNet Processor acting as a Clearing processor:

• Provides access to Cardholder, Merchant, Sponsored Merchant, and Member data

• Withholds or redirects Settlement funds, as required by Visa

ID#: 111011-010100-0025883

## VisaNet Processor Limitations on Liability

A Member may limit its liability for the failure of a VisaNet Processor if it provides Visa with an updated *VisaNet Processor Registration and Designation/Termination* form showing that it had terminated the VisaNet Processor relationship before the failure. This form is available through either Visa Online or upon request from Visa.

Limitations of liability, as defined in "Unauthorized Use," are effective upon receipt of Member Notification to Visa.

ID#: 111011-010100-0025887

© 2011 Visa. All Rights Reserved.

**Losses Resulting from Unauthorized Use – VisaNet Processors**

For losses resulting from Unauthorized Use, Visa may collect funds from one of the following, in the order listed:

• Member that caused the loss

• VisaNet Processor that processed the Transaction, if either:

  – No Member is directly responsible for the Unauthorized Use

  – The responsible Member does not meet its financial obligations

• Members using the VisaNet Processor, if the VisaNet Processor does not meet its financial obligations

ID#: 111011-010100-0025888

**Collection of Funds from a Member or VisaNet Processor**

In collecting funds owed by a Member or VisaNet Processor, Visa may take, but is not limited to, the following actions:

• Take and liquidate collateral posted by a Member or VisaNet Processor, as specified in the agreement for the posting

• After providing at least one business day's notice before the collection, either:

  – Debit the Member's or VisaNet Processor's Clearing account through VisaNet

  – Withhold amounts from payments that Visa owes to the VisaNet Processor

ID#: 111011-010100-0025889

**VisaNet Processor Payment Disputes**

A Member or VisaNet Processor:

• May contest the amount collected by Visa, as specified in Section 10.03 of the *Visa International Certificate of Incorporation and Bylaws*

• Must provide written notice to Visa within 60 calendar days of the collection date, if it wishes to dispute its liability for, or the amount of, the collection

• Must not withhold payment because the Member or VisaNet Processor disputes its liability for the payment

Visa is:

• Liable only for the amount improperly collected plus interest at the prime rate in effect at the Settlement Bank used by Visa

© 2011 Visa. All Rights Reserved.

• Not liable for collections made in error, except for intentional misconduct

ID#: 111011-010100-0025891

## Collection of Funds from a Member or VisaNet Processor - U.S. Region

A U.S. Member or VisaNet Processor must remit the total amount owed, as specified in the *Visa International Certificate of Incorporation and Bylaws* and the *Visa International Operating Regulations*.

Visa is not required to exhaust its remedies in collecting from one U.S. Member or VisaNet Processor before collecting from another Member.

If a U.S. Member or VisaNet Processor does not remit the amount owed, the Member is responsible for Visa expenses incurred in collecting the funds, including, but not limited to, costs and expenses of legal action.

A U.S. Member from which Visa collects amounts due must continue to honor its obligations to Merchants and Sponsored Merchants.

A VisaNet Processor must **not** charge a U.S. Member's Clearing account unless either:

• Visa has directed the VisaNet Processor to do so
• The Member whose account is to be charged has provided written consent for the charge and the consent does not prevent the Member from complying with the *Visa International Operating Regulations*

ID#: 111011-010100-0025890

# Third Party/ISO Requirements

## Third Party Agent Registration Program

A Member that uses a Third Party Agent must comply with all of the requirements specified for Third Party Agents. Only a Third Party Agent that has a direct written contract with a Member may perform services on behalf of the Member. A Third Party Agent is exempt from the registration requirements specified in Third Party Agent Registration Requirements and the associated fees if it only provides services on behalf of its affiliates (including parents and subsidiaries) and those affiliates are Members that own and control at least 25% of the Third Party Agent.

ID#: 111011-010100-0025892

## Third Party Agent Registration Requirements

To register a Third Party with Visa, a Member must:

• Use the Visa Membership Management application, available through Visa Online

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

- Complete the appropriate regional forms, available from the appropriate regional risk representative
- Registration must be completed before the performance of any contracted services or Transaction activity

Visa may deny or reject a Third Party Agent's registration at any time with or without cause.

ID#: 111011-010100-0025893

## Registration Requirements for Merchant Third Party Agents

A Member must register with Visa any Third Party Agent that has been engaged by any of its Merchants before the performance of any contracted services by the Third Party Agent on behalf of the Merchant.

Registration of a Third Party Agent is specific to each Member, and requires a separate registration by each Member for any Third Party Agent that:

- Uses its BIN. For a Member in the LAC Region, the registration is per Member, per country, and per agent.
- Provides contracted services on behalf of the Member or its Merchants

ID#: 111011-010100-0025894

## Third Party Agent Compliance with Due Diligence Standards

Before registering a Third Party Agent, a Member must complete, and validate compliance with, the applicable regional due diligence standards that are available through the Visa Membership Management Application Service on Visa Online or from the appropriate regional contact. Upon Visa request, a Member may be required to provide documentation to confirm compliance with regional due diligence standards.

A Member with currently registered Third Party Agents must:

- Perform an annual review of all Third Party Agents to confirm ongoing compliance with applicable regional due diligence standards available through the Visa Membership Management Application Service on Visa Online or from Visa
- Upon Visa request, provide documentation to confirm compliance with regional due diligence standards

ID#: 111011-010100-0025895

© 2011 Visa. All Rights Reserved.

## Member Approval of Third Party Agent

A senior officer of a Member must review all documentation and approve a Third Party Agent. Approval must be based on sound business practices that will not compromise the Member or Visa, and must not be based solely on any purported limitation of the Member's financial liability in any agreement with the Third Party Agent.

ID#: 111011-010100-0025896

## Third Party Change Notification

A Member must use the Visa Membership Management Application, available through Visa Online, or the appropriate regional form to notify Visa of any change in a Third Party's principals or business relationship (including change of ownership or termination of contract). The Member must submit the notice to Visa within 5 business days of the change or knowledge of the change.

The Member must forward to Visa, via the Visa Membership Management Application or the appropriate regional form, requests for correction.

ID#: 111011-010100-0025899

## Third Party Registration Fee

Visa assesses a registration fee and annual fee for Third Party Agents, as specified in the applicable regional fee guide. The fee for Member registration of each Third Party Agent will be charged directly to the Member, unless otherwise specified by Visa.  Visa will waive the annual registration fee for the calendar year in which the agent has been registered, unless otherwise specified.

ID#: 111011-010100-0025900

## Third Party Agent Contract Requirements

A Member must execute a written contract with each Third Party Agent that performs Cardholder or Merchant solicitation and/or stores, processes, or transmits Cardholder or Transaction data on behalf of the Member. The contract, to the extent permitted by applicable law, must:

• Include minimum standards established by Visa, including, but not limited to:

  – Policies

  – Procedures

  – Service levels

  – Performance standards

• Include language that:

  – Permits Visa to conduct financial and procedural audits and general reviews at any time

VISA PUBLIC
© 2011 Visa. All Rights Reserved.

- Requires the Third Party Agent to make available to Visa and regulatory agencies Cardholder and Merchant information

- Contains an appropriate notice of termination clause

- Permits Visa to determine the necessity of and impose risk conditions on the Third Party Agent

• Ensure that the Third Party Agent will comply with:

- *Visa International Operating Regulations*

- Applicable Visa Regional Operating Regulations

- Applicable local laws

• Be executed by a senior officer of the Member

• Contain at least the substance of the provisions specified for Third Party Agents

• Ensure that the Third Party Agent complies with the Payment Card Industry Data Security Standard (PCI DSS) and with the *Visa International Operating Regulations*

ID#: 111011-010100-0025902


## Termination of Third Party Agent Contract

A Third Party Agent contract must include a provision allowing a Member or its Merchant to terminate a contract if the Third Party Agent participates in any of the activities described in "Prohibition of Third Party Agents from Providing Services" or the Member or its Merchant becomes insolvent.

ID#: 111011-010100-0025903


## Assignment of Liability for Third Party Agents

If a Member fails to meet its responsibilities regarding Third Party Agents, as specified in the applicable *Visa International Certificate of Incorporation and Bylaws* and the *Visa International Operating Regulations*, Visa assigns liability in the following order of precedence:

• Member from whose performance or nonperformance (including by its Third Party Agents) the loss arose

• Member, if any, that sponsored the above Member, with limitations specified in the *Visa International Certificate of Incorporation and Bylaws,* Section 2.11

• BIN Licensees of BINs used in Transactions, with limitations specified in "Liabilities and Indemnifications"

• Other BIN users, in an order determined by Visa

ID#: 111011-010100-0025904


## Losses Resulting from Unauthorized Use of Third Party Agents

For losses resulting from Unauthorized Use, Visa may collect funds from one of the following, in the order listed:

© 2011 Visa. All Rights Reserved.

- Member that caused the loss
- Members using the Third Party Agent

ID#: 111011-010100-0025905

## Member Risk Management Responsibilities for Third Party Agents

Before contracting with a Third Party Agent, a Member must:

- Determine that the entity is financially responsible and will comply with the substance of the *Visa International Operating Regulations* and applicable law
- Comply with the Third Party Agent Registration Program

The Member must also conduct a background investigation to verify the responsibility (including, where appropriate, financial responsibility) of the principals and ensure that no significant derogatory information exists. If local laws prohibit checks (including financial reviews) on individuals, the Member must note this when registering the Third Party Agent and note what other due diligence procedures were undertaken to ensure that due diligence has been completed.

ID#: 111011-010100-0025906

## Third Party Agent On-Site Inspection

In order to register a Third Party Agent, a Member must perform an on-site inspection of the Third Party Agent's business location prior to the initial registration as part of the due diligence requirement to:

- Verify inventory, if applicable
- Review solicitation or sales materials
- Inspect operational controls
- Monitor security standards regarding unauthorized disclosure of, or access to, sensitive Visa Transaction Information and other payment systems' transaction information

Visa may conduct an on-site inspection of any Third Party Agent to validate its compliance with the applicable security requirements.

ID#: 111011-010100-0025907

## Third Party Agent Reference File Query Requirement

A Member must review the Visa Membership Management Application or the appropriate regional form each time the Member signs a Third Party Agent to confirm if another Member has discontinued its relationship with a Third Party Agent. Visa refers the inquiring Member to the Member with the former relationship for further information, but the Member with the former relationship is not obligated to disclose information to the inquiring Member.

VISA PUBLIC                                  18 October 2011
© 2011 Visa. All Rights Reserved.

Visa will not provide an inquiring Member with details of a Third Party Agent's existing relationships with other Members, nor with the Members' identities.

Registration of a Third Party Agent does not represent confirmation by Visa of the Third Party Agent's compliance with any specific requirement.

ID#: 111011-010100-0025908


## Member Requirements for Third Party Agents

A Member using a Third Party Agent must:

- Control the approval and review of Merchants, approval of Cardholder applications, and establishment of Merchant fees for Transactions

- Maintain a file on the Third Party Agent that includes records of all applicable due diligence and retain this file, with the reason for discontinuance, for a minimum of 2 years following the discontinuance of the Third Party Agent relationship

- Guarantee that it and the Third Party Agent will comply with Third Party Agent requirements and "Account and Transaction Information Security"

- Identify each Third Party Agent and designate the activities that it is authorized to perform on the Member's, or the Member's Merchant's, behalf

- Ensure that the Third Party Agent has access to and uses the information contained in the current *Visa Interchange Directory*, if the Member uses the Third Party Agent for processing any of the following:

  – Chargebacks

  – Arbitration cases

  – Compliance cases

  – Authorizations

  – Referrals

  – Fraud reporting cases

  – Settlement

- Advise the Third Party Agent that:

  – Such organization or individual must not represent registration in the Third Party Registration Program as Visa endorsement of its services

  – Registration of a Third Party Agent is specific to each Member, and requires a separate Third Party Agent registration process for each Member business relationship

- Accept responsibility for any and all losses caused by its Third Party Agent

ID#: 111011-010100-0025909

© 2011 Visa. All Rights Reserved.

## Member Responsibilities for Third Party Agents

A Member is responsible for all Card activities associated with Visa products and services, whether performed directly or indirectly by the Member or any Third Party Agent. The Member must, at a minimum, guarantee that:

- Its Merchants are paid for proper acceptance of a Card
- Payments received from Cardholders are applied for the purpose for which they were remitted

These obligations must not be waived, abrogated, or superseded in any manner.

ID#: 111011-010100-0025910

## Third Party Agent Reporting

A Member must, upon Visa request, submit the detailed quarterly report form from Visa, regarding the activities and services of each Third Party Agent doing business on its behalf.  The quarterly report must be signed by an authorized officer.

Visa may assess a fine if the Member fails to provide this information within 30 calendar days from the end of each quarter.

ID#: 111011-010100-0025911

## Third Party Agent Responsibility for Providing Information

Unless prohibited by local law, if a Member, Visa, its designees, or any regulatory agency requests Cardholder or Merchant information, a Third Party Agent must provide the information in writing as soon as possible, but no later than 7 business days from receipt of a request. If local law prohibits providing the information, the Third Party Agent must note the exception when the original request is submitted. Requests may include information of any type, including any of the following:

- Organizational structure
- Employee information
- Sales-related data
- Financial information
- Transaction data

ID#: 111011-010100-0025912

## Third Party Agent Solicitation and Marketing Materials

A Member must ensure that a Third Party Agent:

© 2011 Visa. All Rights Reserved.

- Uses only solicitation materials, such as advertisements, stationery, business cards, sales brochures, and Website promotional content approved by the Member, as specified in the *Visa Product Brand Standards*

- Uses only solicitation materials that prominently identify the registering Member

- Complies with the substance of *Visa International Operating Regulations* regarding any permitted use of the Visa Program Marks

ID#: 111011-010100-0025913

## Required Member Identification in Solicitation and Marketing Materials

If a Third Party Agent uses solicitation and marketing materials displaying the Visa-Owned Marks, a Member must ensure that:

- The Member is prominently identified by name and city, in which the headquarters is located, adjacent to the Visa-Owned Marks

- Subsequent Cardholder or Merchant Agreement is between the Member and the individual Cardholder or Merchant

- If Cardholder solicitation material, the Member, not the Third Party Agent, is the Issuer of the Card

- The material does not identify the Third Party Agent, unless such organization or individual is prominently identified as a representative of the Member, as specified in the *Visa Product Brand Standards*

ID#: 111011-010100-0025914

## Use of Visa Marks on Third Party Agent Materials

A Member must not permit the use by a Third Party Agent of any Visa-Owned Mark on marketing materials, such as business cards and letterhead on stationery, as specified in the *Visa Product Brand Standards.*

A Third Party Agent must present itself to all current and prospective Cardholders and Merchants under the Trade Name or "doing business as" (DBA) name registered with the Member.

ID#: 111011-010100-0025915

## Transaction Information Security for Third Party Agents

A Member must ensure that all Third Party Agents with access to account or Visa Transaction Information comply with Visa Transaction Information security requirements.

ID#: 111011-010100-0025916

© 2011 Visa. All Rights Reserved.

## Disclosure of Account or Visa Transaction Information

A Member, in the event of the failure, including bankruptcy, insolvency, or other suspension of business operations, of one of its Third Party Agents, must ensure that the Third Party Agent does not sell, transfer, or disclose any materials that contain Cardholder Account Numbers, personal information, or other Visa Transaction Information to any other entity. The Member must ensure that its Third Party Agent either:

• Returns this information to the Member

• Provides to the Member acceptable proof of secure destruction of this information

ID#: 111011-010100-0025917


## Prohibition of Third Party Agents from Providing Services

Visa may permanently prohibit a Third Party Agent and its principals from providing services with respect to Visa products for good cause, such as:

• Fraudulent activity

• Activity that causes the Member to repeatedly violate the *Visa International Operating Regulations*

• Operating in an unsound, unsafe manner

• Any other activities that may result in undue economic hardship or damage to the goodwill of the Visa system, if the Third Party fails to take corrective action

ID#: 111011-010100-0025918


## Acquirer Eligibility – Third Party Agent – U.S. Region

Before entering into a Merchant Agreement with Third Party Agent, a U.S. Acquirer must:

• Be in good standing in all Visa risk management programs

• Meet the Acquirer Tier 1 capital requirement of US $100 million

ID#: 111011-010100-0025898


## Third Party Agent Operational Review – U.S. Region

In the U.S. Region, a new or existing Acquirer that does not have the necessary capital, as specified in "Acquirer Eligibility - Third Party Agent - U.S. Region," must undergo an Acquirer Risk Program Operational Review before approval of its first Third Party Agent registration for soliciting Merchants. The cost of the Operational Review is the responsibility of the Acquirer.

ID#: 151011-010100-0025897

© 2011 Visa. All Rights Reserved.

**Use of Third Party Agents by a Participant-Type Member – U.S. Region**

A U.S. Participant-Type Member must not use a Third Party Agent unless authorized, in writing, by its Sponsor. The Sponsor must notify Visa of this authorization.

ID#: 111011-010100-0025919

# Card Manufacturers and Personalizers

## Issuer Standards for Approved Manufacturers, Approved Personalizers, and Approved Fulfillment Vendors

An Issuer that does not perform its own manufacturing, personalization, and/or fulfillment must:

- Use an Approved Manufacturer to manufacture or print Visa Products

- Ensure that the Approved Manufacturer is posted on the *Visa Approved Card Vendor List* or approved by Visa and complies with the most current version of the *Global Physical Security Validation Requirements for Card Vendors*

- Use an Approved Personalizer to personalize Visa Products unless using an Instant Card Personalization Issuance Agent or another Issuer (an Issuer performing personalization through an Instant Card Personalization Issuance Agent or another Issuer must comply with the requirements specified in "Visa Product Personalization - Issuer Requirements")

- Ensure that the manufacturing, embossing or printing, and encoding of all Visa Products comply with the most current version of the *Visa Product Brand Standards* and *Payment Technology Standards Manual*

- Ensure that the Approved Personalizer is posted on the *Visa Approved Card Vendor List* or approved by Visa and complies with the most current version of the *Global Physical Security Validation Requirements for Card Vendors* and *Global Logical Security Validation Requirements for Card Personalization Vendors*

- Use an Approved Fulfillment Vendor to package, store, or ship Visa Products unless using a Distribution Channel Vendor for pre-manufactured, commercially ready Visa Products (an Issuer performing fulfillment through a Distribution Channel Vendor must comply with the requirements specified in "Issuer Standards for Distribution Channel Vendors")

- Ensure that the Approved Fulfillment Vendor is posted on the *Visa Approved Card Vendor List* or approved by Visa and complies with the most current version of the *Visa Global Physical Security Validation Requirements for Data Preparation, Encryption Support and Fulfillment Card Vendors*

- Immediately notify Visa if the Approved Manufacturer, Approved Personalizer, and/or Approved Fulfillment Vendor is unable to complete its responsibilities

- Contract through another Issuer, an Approved Manufacturer, an Approved Personalizer, and/or an Approved Fulfillment Vendor for the production, personalization, and/or fulfillment of Visa Products

- Review completed Card products for accuracy, including embossing, printing, and encoding

ID#: 050411-010100-0025517

© 2011 Visa. All Rights Reserved.

# Fines Related to Agents

## VisaNet Processor Fines and Penalties

A Member using a VisaNet Processor that fails to comply with the *Visa International Operating Regulations* and *Visa International Certificate of Incorporation and Bylaws* is subject to fines and penalties as specified in General Fines Schedule.

The combined liability of all Members for a VisaNet Processor's failure to comply must **not** be more than the fine or penalty amount for the violation involved.

Visa may assess fines resulting from the activities of a Member performing services on behalf of another Member to the:

- Performing Member
- Member for which the services are performed

The total paid by both Members must **not** be more than the fine or penalty amount for the violation involved.

Visa may impose penalties whether a Member or non-Member is performing services on behalf of another Member.

If a Member acts as a VisaNet Processor for another Member, it is considered a single entity with that other Member in determining repetitive violations.

ID#: 111011-010100-0025886

## Third Party Agent Fines

Visa assesses fines to a Member that fails to comply with the provisions of "Use of Third Party Agents" as specified in "Fines Related to Third Party Agents."  A Member is subject to fines for the failure of its Third Party Agents to comply with the substance of the Third Party Agent requirements, including nonpayment of fees to Visa.

ID#: 111011-010100-0025901

## Fines Related to Third Party Agents

A Member that fails to comply with the Third Party Agent requirements is assessed a fine.

For repeated violations in a rolling 60-month period, Visa may assess fines in addition to those specified, at management's discretion. Fines are cumulative.

ID#: 111011-010100-0025868

© 2011 Visa. All Rights Reserved.

**Third Party Registration/Notification Fine - U.S. Region**

Visa assesses an additional fine of US $20,000 for each 30-calendar-day period, or portion thereof, during which a U.S. Member fails to:

• Register a Third Party, as specified in "Third Party Registration Program - U.S. Region"

• Notify Visa of a change, as specified in "Third Party Change Notification - U.S. Region"

If a U.S. Member repeatedly fails to comply with registration or notification requirements in a 60-month rolling period, Visa may assess the Member fines in addition to the US $20,000 fine. Such fines may be assessed at Visa discretion and are cumulative.

ID#: 010410-010410-0003503

© 2011 Visa. All Rights Reserved.

**THIS PAGE INTENTIONALLY LEFT BLANK.**

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

# Chapter 3: The Visa License

## Core Principle 3.1

### Intellectual Property

### Visa Ownership of Intellectual Property

All participants in the Visa system recognize Visa's ownership of valuable intellectual property, including the Visa name, Visa marks, and Visa technology, and agree to protect these ownership rights and the integrity of the marks by following Visa's applicable rules in all activities, including issuing, acquiring and processing. These rules and the Visa license address appropriate use of the licensed marks, technology, software, hardware, and other valuable intellectual property in conjunction with Visa systems, products and services.

ID#: 010410-010410-0007727

## Core Principle 3.2

### Brand and Licensed Technology

### Using the Visa Brand and Technology

All participants in the Visa system may use the Visa brand and licensed technology to provide payment and other financial services, under the Visa brand, to customers within the geographic locations defined by Visa and as permitted by local banking regulation.

ID#: 010410-010410-0007759

© 2011 Visa. All Rights Reserved.

# Core Principle 3.3

## BIN Licensing

### Obtaining a BIN

Visa participants may obtain one or more Bank Identification Numbers (BINs) from Visa for use in all Visa activities. As a BIN licensee, the participant is responsible for all activities associated with any BIN that it licenses.

ID#: 010410-010410-0007760

# Marks License

## Marks License Grant

### License Grant for Visa-Owned Marks

Visa grants to each Member, excluding one that is solely a Plus Program Participant, a non-exclusive, non-transferable license to use each of the Visa-Owned Marks **only** in conjunction with the applicable Visa Programs that are licensed to the Member.

ID#: 010410-010410-0008906

### License Grant for Plus Program Marks

Visa may grant to a Member **not** otherwise licensed a non-exclusive, non-transferable license to use each of the Plus Program Marks with the Plus Program.

ID#: 010410-010410-0001122

### License for Plus Card Acceptance - U.S. Region

Visa grants a U.S. Member that is required to display the Plus Symbol on its ATM a license to use each of the Plus Program Marks for the purpose of accepting Plus Cards at ATMs, subject to the terms and conditions of the applicable sections of the *Plus System, Inc. Bylaws and Operating Regulations.*

 A U.S. Member granted such a license acknowledges that Visa owns the Plus Program Marks.

ID#: 010410-010410-0007436

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Visa Marks Ownership Acknowledgement

A Member must:

- Acknowledge that Visa owns all Visa-Owned Marks

- Agree that it will do nothing inconsistent with this ownership

- Agree that the use of all Visa-Owned Marks must be for the benefit of, and on behalf of, Visa

ID#: 010410-010410-0006463


## Denotation Requirements for Visa-Owned Marks

A Member must not use any denotation or legend of Marks registration or ownership in connection with the Visa-Owned Marks, except as required or approved by Visa. Upon request, Visa will provide a current list of both the:

- Countries in which a denotation or legend must be used

- Required denotation or legend

ID#: 050411-010410-0006464


## Registration/Ownership Denotation

A Member desiring to use a denotation or legend of registration or ownership with any proprietary Mark or Trade Name used in association with, or on the same piece as, any Visa-Owned Mark may do so only if Visa:

- Determines that this use will **not** adversely affect the rights of Visa

- Has provided written approval

ID#: 010410-010410-0007431


## Use of Visa-Owned Marks in Sponsorship Events

A Member must obtain written approval from Visa for its planned use of any Visa-Owned Mark in the sponsorship of events, including all advertising, promotions, and public relations. These rules do **not** apply to the purchase of advertising not specifically tied to sponsorship of these events.

ID#: 010410-010410-0001109

© 2011 Visa. All Rights Reserved.

## Use of Visa-Owned Marks in Country of License

The Member may use the Visa-Owned Marks only in a country where it is licensed to do so. The written approval request must specify each country where the sponsorship activity will occur. If a Member plans sponsorship activities in any additional country at a later date, it must submit a new request.

ID#: 010410-010410-0001110

## Scope of Visa-Owned Marks Use

A Member must ensure that it uses each Visa-Owned Mark within the scope of the written approval from Visa. After Notification from Visa, a Member must correct any improper use of any of these Marks.

ID#: 010410-010410-0001114

## Infringement Proceedings Regarding Visa Marks

Unless Visa grants express consent, Visa reserves the sole right to initiate infringement proceedings or other challenges involving any use of the Visa-Owned Marks.

ID#: 010410-010410-0006462

## Visa Proprietary Rights

Members acknowledge the proprietary rights of Visa and that unauthorized or inappropriate use of the Visa-Owned Marks and Visa Brand Name may cause Visa irreparable damage or injury. Visa has the full authority to enforce all Visa regulations governing Members, Merchants, agents, and other entities using the Visa-Owned Marks and Visa Brand Name.

ID#: 010410-010410-0007432

# Sponsorships/Partnerships Including Olympics

## Olympic Marks in Media

Use of Olympic Marks, logos, designations, and authenticating statements in any media with any Visa Program Mark must comply with the *Visa International Operating Regulations*, the *Visa Product Brand Standards,* and the current *Visa Olympic Tool Kit.*

ID#: 010410-010410-0007452

© 2011 Visa. All Rights Reserved.

## Sponsorship Pass-Through Rights

A Member's enjoyment of pass-through rights to use the Marks and promotional materials of any organization with which Visa has signed a global partnership or sponsorship agreement, including without limitation those of the Olympics, must comply with the requirements specified in the *Visa International Operating Regulations* and supplemental documents that specify the Marks usage standards that must be maintained for that partnership or sponsorship.

A Member must **not** make any use of such pass-through rights without the prior written approval of Visa and the partner or sponsor organization.

ID#: 010410-010410-0007450


## Partnership/Sponsorship Agreement

A partnership or sponsorship agreement governs in the case of ambiguity, conflict, or inconsistency between that agreement and any *Visa International Operating Regulations*, contract, sublicense, agreement, or other arrangements between Visa and a Member, Merchant, or affiliate.

ID#: 010410-010410-0001128


## Member Use of Partnership/Sponsorship Marks

A Member participating in certain Visa Programs may use the Marks, logos, designations, and authenticating statements associated with any partnership or sponsorship, including, but not limited to:

- The International Olympic Committee
- The organizing committees of the current Winter and Summer Olympic Games
- A National Olympic committee

ID#: 010410-010410-0007454


## Olympic Marks on Cards/Decals

A Member may use the Olympic Marks on Cards and decals and with other representations of the Visa, Visa Electron, or Visa TravelMoney Program Marks in advertising and on promotional materials.

ID#: 010410-010410-0001581


## Compliance with Marks Use Guidelines

Each Member must strictly observe the guidelines for use of the partnership or Sponsorship Marks as specified in governing documents, including, but not limited to:

- *Visa International Operating Regulations*

© 2011 Visa. All Rights Reserved.

- The current *Visa Olympic Tool Kit*

ID#: 050411-010410-0007456

## Improper Use of Sponsorship/Partnership Marks

After Notification from Visa, a Member must correct any improper use of the partnership or Sponsorship Marks.

ID#: 050411-010410-0007453

## Olympic Marks on Commercial Products - U.S. Region

Olympic Marks, logos, designations, and authenticating statements may be used on a Commercial Visa Product in the U.S. Region, provided the Member obtains prior written approval from Visa. Such uses will be permitted in limited circumstances and are subject to approval of the Olympic authorities.

ID#: 010410-010410-0006193

# BIN License and Administration

## License

### BIN License Agreement (Updated)

**Effective through 31 March 2012,** a Principal-Type or Associate-Type Member must submit a "BIN License Agreement" (available through the Visa Publication Center on Visa Online) request to Visa before using the BIN for acquiring or issuance of a Visa Card bearing the requested BIN. By completing the "BIN License Agreement" request, the Member acknowledges that it will use the requested BIN only for the purpose specified in the request. The Member must submit a revised request to reflect any change in use before the effective date of the change.

**Effective 1 April 2012,** a Principal-Type Member or Associate-Type Member must submit a "BIN License Agreement" (available through the Visa Publication Center on Visa Online) request to Visa before using the BIN for acquiring or issuance of a Visa Card bearing the requested BIN. A VisaNet Processor must submit a "BIN License Agreement" request to Visa before using the BIN for processing activities. By completing the "BIN License Agreement" request, the Member or VisaNet Processor acknowledges that it will use the requested BIN only for the purpose specified in the request. The Member or VisaNet Processor must submit a revised request to reflect any change in use before the effective date of the change, and with appropriate approval by Visa.

ID#: 111011-010410-0001220

© 2011 Visa. All Rights Reserved.

**BIN License Recipients (Updated)**

Visa will license a BIN to a Principal-Type Member, Associate-Type Member, or a VisaNet Processor.

ID#: 111011-010410-0001246

**BIN Jurisdiction (New)**

A BIN is licensed for use in a single country, except as defined in the *Visa Multinational Program Guide,* the applicable Visa International Prepaid Program Guidelines, or the International Airline Program.

ID#: 111011-080911-0026465

**Purpose of BIN Use (Updated)**

Visa licenses BINs to be used for issuing, acquiring, processing and other approved activities; the BIN Licensee must use BINs only for the purpose for which the BIN Licensee is approved, and in a country in which the BIN Licensee is licensed to perform those activities, as specified in the applicable Certificate of Incorporation and Bylaws.

ID#: 111011-010410-0001250

**Private Label BIN Use**

If a BIN Licensee or its designated Sponsored Member uses a Visa BIN for a Private Label Card program, the Issuer or its Sponsored Member must have a written acceptance agreement directly with each merchant that accepts its Private Label Cards.

ID#: 111011-010410-0001253

## Administration

### Visa Interchange Directory Update Form - Submission

Each Member or VisaNet Processor assigned a BIN to use on Cards and through Interchange must submit a completed "Visa Interchange Directory Update Form"  (available through the Visa Publication Center on Visa Online) to Visa.

**Effective through 15 April 2011,** if any of the required information changes, a Member must immediately submit to Visa a new form with any updates for distribution to other Members and Processors.

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

**Effective 16 April 2011,** if any of the required Visa Interchange Directory information changes, a Member must send a new form with any updates to Visa at least 10 business days before the effective date, for distribution to other Members and VisaNet Processors.

ID#: 050411-010410-0007725

## BIN Sale or Exchange

A BIN Licensee must **not** sell, rent, or exchange any BIN. However, Visa may, at its sole discretion, accommodate requests for BIN transfers in connection with a portfolio sale.

ID#: 111011-010410-0001238

## BIN Release Request (Updated)

A BIN Licensee that no longer uses a BIN must release it to Visa by submitting a "BIN Release Request." Any BIN released back to Visa must not be used after the release effective date. The "BIN Release Request" form is available through the Visa Publication Center on Visa Online.

ID#: 151011-010410-0001239

## BIN Release Reversal (Updated)

A BIN Licensee must:

• Notify its VisaNet Processors of a BIN release reversal prior to submitting the "Reversal of BIN Release Request" to Visa. The "Reversal of BIN Release Request" form is available through the Visa Publication Center on Visa Online.

• Submit a "Reversal of BIN Release Request" to reverse a previously requested BIN release

ID#: 111011-010410-0001240

## Membership Downgrade - BIN Requirement (Updated)

A Principal-Type Member or Associate-Type Member that reclassifies to a Participant-Type Member must either:

• Return its licensed BINs to Visa by submitting a "BIN Release Request" (available through the Visa Publication Center on Visa Online) before the effective date of the membership change

• Transfer its licensed BINs to its Sponsor by submitting a "BIN Licensee Transfer Request" (available through the Visa Publication Center on Visa Online)

ID#: 111011-010410-0001241

© 2011 Visa. All Rights Reserved.

## Use of Numeric ID (New)

**Effective 1 April 2012,** to support the implementation of products, services, and tracking, Visa may assign Numeric IDs (separate to the assignment of BINs) to a Visa Member, VisaNet Processor, or Third Party Agent. Any Numeric IDs must be used only for the purposes for which they are assigned.

An assignee of a Numeric ID must only use a Numeric ID for activities for which the assignee has been approved.

A Visa Member, VisaNet Processor, or Third Party Agent assigned a Numeric ID is fully liable for all activity occurring on the Numeric ID until it is fully deleted from all Visa production systems.

An assignee of a Numeric ID is responsible for notifying Visa regarding the maintenance of the Numeric ID, including:

• Portfolio sale or transfer

• Merger or Acquisition

• Cessation of use

• Modification to service

• Change in user of the Numeric ID, if applicable

If the Numeric ID is being used for the purposes of acquiring Transactions, the assignee must comply with the requirements as specified in "BIN Release"  and "Recalled BIN Responsibility."

A Member that designates a VisaNet Processor to act on their behalf must ensure the VisaNet Processor:

• Only uses the Numeric ID for the purposes for which the Numeric ID was assigned to the Visa Member

• Only submits activity on the Numeric ID associated with the assignee of the Numeric ID, or the assignee's Sponsored Member approved to share the Numeric ID

• Does not use the Member's Numeric ID for the purpose of processing, Clearing, or settling Transactions for any Member other than the assignee and its approved Sponsored Member(s)

ID#: 111011-010100-0026469

## Sponsored Member BIN Use

A Participant-Type Member must use a BIN licensed to its sponsoring Principal.

An Associate-Type Member may license its own BIN, or use a BIN licensed to its Sponsor.

A Principal-Type Member must only use a BIN for which it is the BIN Licensee.

ID#: 111011-010410-0001242

© 2011 Visa. All Rights Reserved.

## Visa Interchange Directory Update Form - U.S. Region

**Effective through 15 April 2011,** every U.S. Member or VisaNet Processor acting on behalf of a U.S. Member assigned a BIN to use for Cards and through Interchange must submit a completed "Visa Interchange Directory Update Form" to Visa. The form is available either through the Visa Publication Center on Visa Online or upon request from Visa.

ID#: 050411-010410-0003838

## Visa Interchange Directory Changes - U.S. Region

**Effective through 15 April 2011,** if any of the required "Visa Interchange Directory Update Form" information changes, a U.S. Member must send a new form with any updates to Visa 45 calendar days before the effective date, for distribution to other Members and VisaNet Processors. The "Visa Interchange Directory Update Form" is available through the Visa Publication Center on Visa Online.

ID#: 050411-010410-0003839

## VisaNet Processor BIN Changes

When a Member changes a VisaNet Processor or begins processing through an additional VisaNet Processor, the Member must migrate its BIN(s) from its former VisaNet Processor to the new one, unless the Member retains a processing relationship with the former VisaNet Processor.

ID#: 111011-010410-0001267

## VisaNet Processor Relationship Termination - BIN Requirement

If a Member's VisaNet Processor terminates its relationship with Visa, the Member must ensure that all of its BINs installed with that VisaNet Processor are migrated to another VisaNet Processor before the termination.

ID#: 111011-010410-0001268

## BIN Transfer to New VisaNet Processor (Updated)

In the event that a Member signs an agreement with a new VisaNet Processor and migrates a BIN to it, the Member must require the new VisaNet Processor to process any Chargebacks, Representments, Retrieval Requests, billing, and other miscellaneous activity associated with Transactions originated by the former VisaNet Processor under that BIN, unless the former VisaNet Processor agrees to continue processing those items.

ID#: 111011-010410-0001269

© 2011 Visa. All Rights Reserved.

## BIN Release

**Effective through 31 March 2012,** if Visa has recalled a BIN:

- The BIN is eligible for deletion from VisaNet six months after the latter of:
  - Expiration date on the last Card issued has passed
  - Date acquiring activities have ceased
  - Date any processing activities have ceased
- The BIN may subsequently be assigned to another Member following the deletion
- The original BIN Licensee remains liable for any exception activity related to Transactions generated on the BIN before the deletion.  Settlement of such liability to Visa or Members will be conducted by Visa in conjunction with the original BIN Licensee.

**Effective 1 April 2012,** when a Member releases a BIN back to Visa:

- The BIN is eligible for deletion from VisaNet:
  - Six months after the later of:
    - Expiration date on the last Card issued has passed or last date of Card usage as communicated to Cardholders
    - Date acquiring activities have ceased
  - After all processing activities have ceased, if applicable
- The BIN may subsequently be assigned to another Member following the deletion
- The original BIN Licensee remains liable for any exception activity related to Transactions generated on the BIN before the deletion. Settlement of such liability to Visa or Members will be conducted by Visa in conjunction with the original BIN Licensee.
- Any Member voluntarily terminating its Visa membership cannot terminate its membership until all BIN(s) and other Numeric IDs assigned to the Member are fully deleted from all VisaNet systems
- A BIN Licensee that requests the blocking and deletion of a BIN must meet all outstanding obligations to the Cardholders and/or Merchants on the BIN before the blocking and deletion can become effective

*ID#: 111011-010410-0001272*


## Recalled BIN Responsibility

A BIN Licensee is responsible and liable for any recalled BIN until it is fully deleted from all VisaNet systems.

*ID#: 111011-010100-0025578*

© 2011 Visa. All Rights Reserved.

**Cessation of BIN Authorized Usage (Updated)**

If a Member ceases any of the authorized usages on an existing licensed BIN, the timeframes referenced in "BIN Release" must be adhered to for removing the usage from the BIN.

ID#: 111011-010100-0025577

## Sales and Transfers

### Notification of BIN Sale or Transfer

Members involved in a portfolio sale or transfer that results in a change of BIN Licensee or BIN User must notify Visa within 10 calendar days of the portfolio sale or transfer by submitting to Visa a "BIN Licensee Transfer Request" or a "BIN User Transfer Request." The "BIN Licensee Transfer Request" or "BIN User Transfer Request" form is available through the Visa Publication Center on Visa Online.

ID#: 111011-010410-0001243

### Member Financial Liability During BIN Sale or Transfer

Visa holds the selling institution financially liable for all portfolio activities, in addition to payment of all applicable fees, until Visa acknowledges all required documentation.

ID#: 111011-010410-0007667

### Portfolio Sale or Transfer Forms

Visa will make the VisaNet system changes required to accommodate portfolio sales and program transfers only after Visa receives a written request for the changes from the Member.

ID#: 111011-010410-0001258

## Mergers and Acquisitions

### VisaNet Systems Changes Due to Merger or Acquisition (Updated)

Visa will make the VisaNet system changes required to accommodate Mergers/Acquisitions only after Visa acknowledges receipt of a "BIN Licensee Transfer Request" or "BIN User Transfer Request" from the Member. The "BIN Licensee Transfer Request" and "BIN User Transfer Request" are available through the Visa Publication Center on Visa Online.

ID#: 151011-010410-0001236

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

### Mergers, Acquisitions, or Restructuring Membership Qualifications

For a portfolio sale, all Visa membership qualifications must be met by the purchasing organization. Membership documentation must be submitted to Visa, as specified in the *Visa International Operating Regulations* and the applicable Certificate of Incorporation and Bylaws.

ID#: 111011-010410-0001245

### Surviving Member Liability Due to Merger

If Visa does not receive notification within 30 calendar days of the effective date of a Merger, Visa may take the necessary steps to process the Merger, including the transfer of all products and programs.

ID#: 111011-010410-0001257

## Membership Status

### Voluntary Membership Termination

Before a request for voluntary membership termination will be processed by Visa, all BINs must be either:

- Fully deleted from the VisaNet systems
- Transferred to another BIN Licensee

ID#: 111011-010100-0025579

# BIN Licensee

## Responsibilities

### BIN Licensee Responsibilities

A BIN Licensee is responsible for all activities associated with any BIN that it licenses.

ID#: 010410-010410-0007652

### Termination of BIN Use Authorization

If a BIN User is no longer authorized by the BIN Licensee to use its BIN, the BIN User must:

© 2011 Visa. All Rights Reserved.

- Discontinue use of the BIN
- Ensure all Cards are reissued using a BIN it is authorized to use

ID#: 111011-010410-0001265

## Sponsor Liability - AP Region, CEMEA Region, and LAC Region (New)

A Principal-Type Member is responsible and liable for all activities associated with the BINs licensed directly to an Associate-Type Member whom they sponsor within the AP Region, CEMEA Region, or LAC Region. The Sponsor's liability is limited to the BINs associated with the sponsorship relationship between the Principal-Type Member and Associate-Type Member.

A Principal-Type Member must countersign the "BIN License Agreement" for any BIN License request submitted to Visa from an Associate-Type Member domiciled in the AP Region, CEMEA Region, or LAC Region prior to Visa fulfilling the request.

Visa may provide a Sponsor with a report listing its Associate-Type Members domiciled in the AP Region, CEMEA Region, or LAC Region and the BIN(s) tied to the sponsorship relationship with the Associate-Type Member. The Sponsor must notify Visa of any inaccuracies in the report.

ID#: 111011-010100-0026466

# BIN Use

## Member Use

### BIN Usage Rights

Only the BIN Licensee or the BIN Licensee's designated Sponsored Member may use the BIN for the purpose noted on the "BIN License Agreement" (available through the Visa Publication Center on Visa Online).

ID#: 111011-010410-0001225

### Unauthorized BIN Use (New)

**Effective 1 April 2012,** if a BIN Licensee or its designated Sponsored Member uses a BIN for a purpose other than specified on the "BIN License Agreement" and approved by Visa, Visa reserves the right to block and remove the Visa BIN from the Visa production systems.

ID#: 111011-010100-0026468

© 2011 Visa. All Rights Reserved.

## Unique Identification Within the Account Number

An Issuer using a BIN licensed to its sponsoring Member must be uniquely identified within the first 9 digits of the Account Number.

ID#: 111011-010410-0001226

## Processor BIN Usage (Updated)

A non-Member VisaNet Processor acting on behalf of a Member must use its licensed BINs exclusively for processing activities. It must **not** use the BINs for issuing or acquiring purposes.

A Member that designates a VisaNet Processor to act on their behalf must ensure the VisaNet Processor only:

• Processes transactions on the Member's BIN(s) for activities for which the BIN is licensed

• Processes transactions on the Member's BIN(s) that are originated by the BIN Licensee or the BIN Licensee's Sponsored Members approved to share the BIN

• Clears or settles transactions on the Member's BIN(s) that are originated by the BIN Licensee or the BIN Licensee's Sponsored Members approved to share the BIN

ID#: 111011-010410-0001227

## PIN Debit Gateway Service BIN Use (New)

A BIN licensed to a Visa Member for Visa PIN Debit Gateway Service acquiring must not be used for any other purpose.

ID#: 111011-010100-0026467

## Use of BINs for Non-Visa Purposes (Updated)

A Member requesting the assignment of a Visa BIN to be used for a program not associated with the Visa brand or a Visa-Owned Mark (e.g., Plus, Interlink, Electron), including but not limited to Private Label Card programs, must:

• Request approval for the program by submitting a written statement of program objectives to Visa that identifies the BIN uses

• Submit a "BIN License Agreement" request (available through the Visa Publication Center on Visa Online)

ID#: 111011-010410-0001228

© 2011 Visa. All Rights Reserved.

## BIN Processing

Each Member and VisaNet Processor must be capable of accepting and processing any Visa-licensed BIN for any Visa-defined purpose.

ID#: 010410-010410-0008895

# Merchant Use and Disclosure of BIN Information

## Disclosure of BIN or Other Product Data Information to Merchants - AP Region

**Effective 21 July 2010,** in the AP Region, an Acquirer may provide BIN information or other product-identifying data to its Merchant or its Agent located in a U.S. Territory, solely for purposes of identifying Visa Card product types at the point of sale.

ID#: 151011-210710-0026412

## Use of BIN or Other Product Data Information - AP Region (New)

In the AP Region, a Merchant or Agent that receives BIN information or other product-identifying data from its Acquirer must not use such information for any reason other than to identify Visa Card product types at the point of sale and for purposes of implementing acceptance practices permitted by the *Visa International Operating Regulations*, unless authorized by Visa.

ID#: 111011-210710-0026413

## Non-Disclosure of BIN Information - AP Region (New)

An AP Merchant or its Agent receiving BIN information or other product-identifying data must not disclose such information to any third party without prior written permission from Visa.

ID#: 111011-210710-0026414

## Merchants Receiving BIN Information - AP Region (New)

An AP Acquirer that provides BIN information or other product-identifying data to its Merchant or Agent as specified in "Disclosure of BIN or Other Product Information to Merchants – AP Region" must ensure that:

- The Merchant or Agent complies with the substance of "Merchant Use and Disclosure of BIN Information – AP Region"
- These requirements are included in its Merchant Agreement or Agent contract as a separate addendum

ID#: 111011-210710-0026415

© 2011 Visa. All Rights Reserved.

**Third Parties Receiving BIN Information - AP Region (New)**

An AP Acquirer whose Merchant provides BIN information or other product-identifying data to its Third Party must:

- Ensure that the Third Party complies with the substance of "Merchant Use and Disclosure of BIN Information – AP Region"
- Require the Merchant to include the substance of these requirements in its agreement or contract with its Third Party

ID#: 111011-210710-0026416


**Disclosure of BIN or Other Product Data Information to Merchants - LAC Region**

**Effective 21 July 2010,** in the LAC Region, an Acquirer may provide BIN information or other product-identifying data to its Merchant or its Agent located in a U.S. Territory, solely for purposes of identifying Visa Card product types at the point of sale.

ID#: 151011-210710-0026417


**Use of BIN or Other Product Data Information - LAC Region (New)**

In the LAC Region, a Merchant or Agent that receives BIN information or other product-identifying data from its Acquirer must not use such information for any reason other than to identify Visa Card product types at the point of sale for purposes of implementing acceptance practices permitted by the *Visa International Operating Regulations*, unless authorized by Visa.

ID#: 111011-210710-0026418


**Non-Disclosure of BIN Information - LAC Region (New)**

An LAC Merchant or its Agent receiving BIN information or other product-identifying data must not disclose such information to any third party without prior written permission from Visa.

ID#: 111011-210710-0026419


**Merchants Receiving BIN Information - LAC Region (New)**

An LAC Acquirer that provides BIN information or other product-identifying data as specified in "Disclosure of BIN or Other Product Information to Merchants – LAC Region" to its Merchant or Agent must ensure that:

- The Merchant or Agent complies with the substance of "Merchant Use and Disclosure of BIN Information – LAC Region"

© 2011 Visa. All Rights Reserved.

- These requirements are included in its Merchant Agreement or Agent contract as a separate addendum

ID#: 111011-210710-0026420

## Third Parties Receiving BIN Information - LAC Region (New)

An LAC Acquirer whose Merchant provides BIN information or other product-identifying data to its Third Party must:

- Ensure that the Third Party complies with the substance of "Merchant Use and Disclosure of BIN Information – LAC Region"
- Require the Merchant to include the substance of these requirements in its agreement or contract with its Third Party

ID#: 111011-210710-0026421

## Disclosure of BIN or Other Product Data Information to Merchants - U.S. Region (Updated)

**Effective through 19 July 2011,** a U.S. Acquirer may provide Visa Debit Card BIN information to its Merchant or its Agent solely for purposes of identifying Visa Debit Cards presented at the point of sale. An Acquirer must provide this BIN information to any Merchant requesting it for the permitted purpose.

**Effective 20 July 2011,** a U.S. Acquirer may provide BIN information or other product-identifying data to its Merchant or its Agent solely for purposes of identifying Visa Card product types at the point of sale.  An Acquirer must provide this BIN information to any Merchant requesting it for the permitted purpose.

ID#: 111011-010410-0000506

## Use of BIN or Other Product Data Information - U.S. Region (Updated)

**Effective through 19 July 2011,** a U.S. Merchant or Agent that receives BIN information from its Acquirer must **not** use such information for any reason other than to identify Visa Debit Category products at the point of sale, unless authorized by Visa.

**Effective 20 July 2011,** a U.S. Merchant or Agent that receives BIN information or other product-identifying data from its Acquirer must not use such information for any reason other than to identify Visa Card product types at the point of sale and to implement acceptance practices permitted by the *Visa International Operating Regulations* including "Discount Offer – U.S. Region 5.2.D.2" based on such information, unless authorized by Visa.

ID#: 111011-010410-0002311

© 2011 Visa. All Rights Reserved.

## Confidentiality of BIN Information (Updated)

Visa BIN information provided by a U.S. Acquirer to a Merchant or an Agent is proprietary and confidential information belonging to Visa.

ID#: 111011-010410-0002314

## Non-Disclosure of BIN or Other Product Data Information - U.S. Region (Updated)

**Effective through 19 July 2011,** a U.S Merchant or its Agent must **not** disclose Visa BIN information to any third party without prior written permission from Visa.

**Effective 20 July 2011,** a U.S Merchant or its Agent must not disclose Visa BIN information or other product-identifying data to any third party without prior written permission from Visa.

ID#: 111011-010410-0002315

## Merchants Receiving BIN or Other Product Data Information - U.S. Region (Updated)

**Effective through 19 July 2011,** a U.S. Acquirer that provides BIN information as specified in "Disclosure of BIN or Other Product Data Information to Merchants - U.S. Region" to its Merchant or Agent must ensure that:

- The Merchant or Agent complies with the substance of "Merchant Use and Disclosure of BIN Information"
- These requirements are included in its Merchant Agreement or Agent contract as a separate addendum

**Effective 20 July 2011,** a U.S. Acquirer that provides BIN information or other product-identifying data specified in "Disclosure of BIN or Other Product Data Information to Merchants – U.S. Region" to its Merchant or Agent must ensure that:

- The Merchant or Agent complies with the substance of "Merchant Use and Disclosure of BIN Information"
- These requirements are included in its Merchant Agreement or Agent contract as a separate addendum

ID#: 151011-010410-0003346

## Third Parties Receiving BIN or Other Product Data Information - U.S. Region (Updated)

**Effective through 19 July 2011,** a U.S. Acquirer whose Merchant provides BIN information to its Third Party must:

© 2011 Visa. All Rights Reserved.

- Ensure that the Third Party complies with the substance of "Merchant Use and Disclosure of BIN Information"
- Require the Merchant to include the substance of these requirements in its agreement or contract with its Third Party

**Effective 20 July 2011,** a U.S. Acquirer whose Merchant provides BIN or other product data information to its Third Party must:

- Ensure that the Third Party complies with the substance of "Merchant Use and Disclosure of BIN Information"

- Require the Merchant to include the substance of these requirements in its agreement or contract with its Third Party

ID#: 111011-010410-0003347

# Non-Visa BINs

## Non-Visa-Assigned BINs

### Non-Visa-Assigned BIN Management (New)

**Effective 1 April 2012,** a Member using a non-Visa-assigned BIN in connection with a Visa service or product must:

- Ensure it has the right to provide the BIN to Visa

- Maintain the accuracy of the information relative to the BIN

By using a non-Visa-assigned BIN in connection with Visa services or products, the Licensee of that BIN represents and warrants to Visa and its Members that its use of the non-Visa-assigned BIN in connection with Visa services or products is duly authorized by the authority under which the Visa Member obtained use of the BIN. The Licensee also indemnifies and holds harmless Visa and its Members from any Claims and Liabilities arising from the Licensee's use of the non-Visa-assigned BIN.

A Licensee of a non-Visa-assigned BIN is responsible for, and indemnifies and holds harmless Visa against, all activities associated with its non-Visa-assigned BIN. In addition, any Visa Member that uses a non-Visa-assigned BIN licensed to another Visa Member is responsible for, and indemnifies and holds harmless Visa against, all activities associated with the use of the non-Visa-assigned BIN.

A Licensee of a non-Visa-assigned BIN is responsible for notifying Visa regarding the maintenance of the non-Visa-assigned BIN, including:

- Portfolio sale or transfer

- Merger or Acquisition

- Cessation of use

- Modification to product or service

© 2011 Visa. All Rights Reserved.

A Licensee of a non-Visa-assigned BIN must comply with all applicable requirements specified in "BIN License and Administration."

ID#: 111011-010100-0026514

## Non-Visa-Assigned BIN Management - U.S. Region (Updated)

**Effective 8 November 2010 through 31 March 2012,** a U.S. Issuer using a non-Visa-assigned BIN in connection with a Visa service or product must:

• Ensure it has the right to provide the BIN to Visa

• Maintain the accuracy of the information relative to the BIN

ID#: 111011-081110-0026016

# Software License

## Ownership and Confidentiality

### Rights To Sell - Canada Region

The Canada Region may sell products, services, systems, and software that it has developed.

ID#: 010410-010410-0001353

## Non-Transferability

### Non-Assignable Right to Use VisaNet

A Member's right to use VisaNet is **not** assignable and its duties are non-delegable without prior written consent from Visa. However, a Member may use a non-Member VisaNet Processor that has executed and delivered to Visa a "VisaNet Letter of Agreement" (Exhibit 5A).

ID#: 100611-010410-0003081

© 2011 Visa. All Rights Reserved.

## Limitations

### Restricted Use of VisaNet

A Member must restrict its use of the VisaNet systems and services to purposes specifically approved by Visa.

ID#: 010410-010410-0003331

### Restricted Use of VisaNet - U.S. Region

A U.S. Member, VisaNet Processor acting on behalf of a Visa Member, or U.S. Direct-Connect Merchant must restrict its use of VisaNet to purposes specifically approved by Visa.

ID#: 010410-010410-0003719

# Software Enhancements/Modifications

## Enhancements/Modifications

### BASE II Edit Package

A Member may modify or enhance the BASE II Edit Package software for its own use if it:

- Does **not** take any action that may endanger the rights of Visa in and to the BASE II Edit Package software
- Uses all updated versions of the BASE II Edit Package software supplied by Visa

ID#: 010410-010410-0008217

# Use of Visa Systems

## Visa Systems Use

### Proprietary Interest in Visa Systems

No Member will have any property or other right, claim, or interest, including any patent right, Trade Secret right, or Copyright interest, in the VisaNet systems or services, or in any systems, processes, equipment, software, or data that Visa uses with the VisaNet systems or services, excluding Member-supplied data or equipment.

© 2011 Visa. All Rights Reserved.

In the U.S. Region, no U.S. Member or U.S. Direct-Connect Merchant will have any property or other right, claim, or interest, including any patent right, Trade Secret right, or Copyright interest, in the V.I.P. System, BASE II, or in any systems, processes, equipment, software, data, or materials that Visa or its subsidiaries use with the V.I.P. System, BASE II, or in connection with a Visa program, except for Merchant- or Member-supplied data or equipment. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0006468


## Confidentiality of Visa Systems Information - U.S. Region

The V.I.P. System and BASE II consist of confidential and proprietary information belonging to Visa. Each U.S. Member, VisaNet Processor acting on behalf of a U.S. Member, or U.S. Direct-Connect Merchant must take appropriate action to ensure that its employees or agents with access to the V.I.P. System or BASE II or related documentation:

- Are advised of the confidential and proprietary nature of these systems and documentation

- Use their best efforts to protect the VisaNet Access Points

- Are prohibited from:

  – Providing access to or disclosing these systems and documentation to any third party

  – Using these systems and documentation for any purpose not authorized in the U.S. Regional Operating Regulations

A U.S. Member or Direct-Connect Merchant must **not** disclose any confidential information of Visa or its subsidiaries to a non-Member.

ID#: 010410-010410-0005821


## Confidential Information Disclosed to Contractors

A Member may disclose confidential information to contractors that the Member employs to provide services in connection with Visa products and services, if the contractor has a written agreement with its Member that the contractor:

- Will **not** disclose the confidential information to any third party

- Will use the confidential information only to provide services to the Member for use only with the Member's Visa products and services

Any confidential information disclosed to the contractor must:

- Remain solely the property of Visa

- Be returned to Visa immediately upon Visa request

- Be immediately returned to the Member upon termination of the relationship that required use of the confidential information

© 2011 Visa. All Rights Reserved.

The Member is responsible for its contractor's compliance with these conditions and must **not** allow a non-Member VisaNet Processor to use the V.I.P. System or BASE II unless the non-Member VisaNet Processor has delivered a completed "VisaNet Letter of Agreement"  (available through Visa Online) to Visa.

ID#: 050411-010410-0006467

## Non-Assignable Right To Use V.I.P. System or BASE II - U.S. Region

A U.S. Member's or Direct-Connect Merchant's right to use the V.I.P. System or BASE II is **not** assignable and its duties are non-delegable without prior written consent from Visa. However, a Member or Direct-Connect Merchant may use a non-Member processing organization that has executed and delivered a "VisaNet Letter of Agreement" (available through Visa Online) to Visa.

ID#: 050411-010410-0003718

## VisaNet Access Point Modification - U.S. Region

A U.S. Member, VisaNet Processor acting on behalf of a U.S. Member, or U.S. Direct-Connect Merchant must not make or attempt to make any repair, adjustment, alteration, or modification to a VisaNet Access Point, except as expressly authorized by Visa.

ID#: 010410-010410-0003721

## VisaNet Access Point Security - U.S. Region

A U.S. Direct-Connect Merchant must provide the same level of security for its VisaNet Access Points that it provides to its other proprietary systems.

ID#: 010410-010410-0003722

## VisaNet Access Point Restrictions - AP Region

An AP Member may use a VisaNet Access Point only for V.I.P. System and BASE II processing as specified by Visa.

AP Members must not share a VisaNet Access Point without the prior written consent of Visa. If Visa permits 2 or more Members to share a VisaNet Access Point for BASE II transmissions, Visa may schedule the sequence and processing times for the transmission.

ID#: 081010-010410-0007418

## Use of VisaNet System for Non-Visa Card Transactions - AP Region

In the AP Region, an organization that uses the VisaNet System for Authorization, Clearing, or Settlement of non-Visa Card transactions must comply with the following:

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

- The organization must obtain the prior written consent of Visa to use the VisaNet System for non-Visa Card transactions

- Use of the VisaNet System must be authorized by each entity with administrative or operational responsibility over the non-Visa Card transactions

- All non-Visa Card transactions entered into the VisaNet System must comply with the applicable regulations established by Visa

An organization in the AP Region that uses the VisaNet System for non-Visa Card transactions must pay all applicable fees for use of the VisaNet System for Authorization, Clearing, or Settlement of non-Visa Card transactions.

ID#: 010410-010410-0007029

© 2011 Visa. All Rights Reserved.

**THIS PAGE INTENTIONALLY LEFT BLANK.**

© 2011 Visa. All Rights Reserved.

# Chapter 4: The Visa Brand

## Core Principle 4.1

### Brand Prominence

#### Using Visa-Owned Marks (Updated)

Usage of the Visa-owned marks must be consistent with the *Visa Product Brand Standards*, and such marks must **never** be obscured, distorted, defaced, altered in any way, or appear less prominently than any other payment marks. [5]

ID#: 111011-010410-0007761

## Core Principle 4.2

### Communications

#### Protecting the Brand

No activities or materials may infringe, dilute, denigrate, or impair the goodwill and/or reputation of the brand or Visa-owned marks.

ID#: 010410-010410-0007762

---

5   **Effective 20 July 2011,** there are certain exceptions to this requirement for the display of Visa marks at the point of sale by a U.S. Merchant or a Merchant located in a U.S. Territory.

© 2011 Visa. All Rights Reserved.

# Core Principle 4.3

## Visa-Owned Mark on a Payment Device

### Positioning the Brand Mark (Updated)

The Visa brand mark must always appear on the front of the payment device (e.g., Card), and no marks deemed competitive by Visa may appear on a Visa payment device, among other reasons so as to avoid causing consumer confusion. [6]

ID#: 151011-010410-0007763

# Core Principle 4.4

## Corporate Names

### Keeping Visa Separate from Corporate Names

Visa participants and third-parties may **not** use the Visa name, a Visa-owned mark, or a derivative of a Visa-owned mark as part of its corporate name or identity.

ID#: 010410-010410-0007766

# Core Principle 4.5

## Denote and Promote Visa

### Using the Visa-owned Mark

A Visa-owned mark, including associated elements, may only be used to denote or promote Visa products, offers, sponsorships, services, processing and/or acceptance.

ID#: 010410-010410-0007767

---

6   **Effective 1 October 2011**, there are certain exceptions to this requirement for U.S. covered Visa debit cards.

© 2011 Visa. All Rights Reserved.

# Core Principle 4.6

## Card Acceptance Outside of Country of Issuance

### Using the Visa Brand Mark With Country-Specific Marks

Only the Visa brand mark may be used on cards or payment devices to denote card acceptance outside of the country of issuance, and must appear clearly more prominent than country-specific marks.

ID#: 010410-010410-0007770

# Core Principle 4.7

## Card Acceptance at Point-of-Sale

### Using the Visa Brand Mark to Show Acceptance at the Point-of-Sale

A card or payment device design may **not** be used at the point-of-sale to denote acceptance. Only the Visa brand mark may be used to denote acceptance at the point-of-sale.

ID#: 010410-010410-0007771

# Marks

## General Use of Marks

### Visa Program Marks List

The Visa Program Marks include:

- Visa Flag Symbol

- Visa Brand Mark

- Visa Brand Name

- Visa Wordmark

- Dove Design

© 2011 Visa. All Rights Reserved.

• Any other Mark that Visa adopts for use with the Visa Program

ID#: 010410-010410-0006267

## Restricted Use of Visa-Owned Marks

A Member must only use the Visa-Owned Marks:

• To denote or promote a Visa Program

• To promote a Member's Visa Program

• In operations in support of its Visa products or services

ID#: 010410-010410-0006308

## Marks Degradation

Materials bearing any of the Visa-Owned Marks must **not** degrade the Marks.

ID#: 010410-010410-0006315

## Marks Infringement/Denigration

A Member's Visa Card Program, Visa Electron Program, Verified by Visa, or Visa TravelMoney Program materials, including Global Co-branded Card materials, must **not** contain any matter which would tend to infringe, dilute, or denigrate any of the Visa-Owned Marks, Visa Products, Visa services, or impair the reputation or goodwill of Visa or the goodwill associated with the Marks.

ID#: 111011-010100-0025557

## Marks Use and Marketing Restrictions

A Member must **not** adopt any Mark, or market, either directly or indirectly, any Visa Product or service, to consumers, Merchants or other Members in a manner which has the likely effect of confusing, misleading, defrauding or deceiving such consumers, Merchants or Members, either as to the program, product or service, or the source, affiliation, sponsorship or association of such program, product or service. Such prohibited acts include, without limitation, making direct or indirect, false, confusing or misleading statements or failing to disclose a material fact about the programs, products or services, or any aspect thereof, of a Member, Visa, another Member, a Merchant, or a competitor.

ID#: 111011-010100-0025558

© 2011 Visa. All Rights Reserved.

## Competitive Marks - AP Region, LAC Region, and U.S. Region (Updated)

**Effective 1 October 2011,** in the U.S. Region or in a U.S. Territory, a Member may use the Marks of the American Express Company, MasterCard Worldwide (including Maestro), Discover Financial Services, or the subsidiaries or affiliates of these entities, or other entities deemed competitive by Visa, on U.S. Covered Visa Debit Cards as specified in the *Visa Product Brand Standards*, provided that the overall appearance resulting from such use unmistakably conveys the idea that the Marks associated with Visa identify a product or service separate and distinct from any product or service of the American Express Company, MasterCard Worldwide (including Maestro), Discover Financial Services, or their subsidiaries or affiliates.

ID#: 151011-011011-0026529

## Non-Visa General Purpose Payment Card Network – AP Region, LAC Region, and U.S. Region (Updated)

**Effective 1 October 2011,** in the U.S. Region or in a U.S. Territory, a Member may use the Marks of a non-Visa general purpose payment card network, on a U.S. Covered Visa Debit Card, as specified in the *Visa Product Brand Standards.*

ID#: 151011-011011-0026533

## Marks Infringement/Denigration - U.S. Region

A U.S. Member's Visa Card Program, Visa Electron Program, Verified by Visa Program, or Visa TravelMoney Program materials, including Affinity Card materials, or other Member materials using any Mark(s) of the Visa Card Program, the Visa Electron Program, Verified by Visa Program, or the Visa TravelMoney Program, must **not** contain any matter which would tend to infringe, dilute, or denigrate any of the Visa-Owned Marks, Visa Products, Visa services, or any Member or Merchant, or impair the reputation or goodwill of Visa or the goodwill associated with the Marks. No Member may adopt any Mark or market, either directly or indirectly, any Visa Product or service, to consumers, Merchants, or other Members in a manner which has the likely effect of confusing, misleading, defrauding, or deceiving such consumers, Merchants, or Members, either as to the program, product, or service, or the source, affiliation, sponsorship, or association of such program, product, or service. Such prohibited acts include, without limitation, making direct or indirect false, confusing, or misleading statements or failing to disclose a material fact about the programs, products, or services, or any aspect thereof, of a Member, Visa, another Member, a Merchant, or a competitor.

ID#: 081010-010410-0006259

## Obscured/Defaced Marks

No portion of a Visa-Owned Mark may be obscured, distorted, or defaced. A Visa-Owned Mark that is a graphic design must **not** be used separately.

ID#: 010410-010410-0003578

© 2011 Visa. All Rights Reserved.

## The Visa Brand Mark

The Visa Brand Mark is a Visa-Owned Mark that represents the Visa organization and its product and service offerings. The Visa Brand Mark must appear exactly as shown in the *Visa Product Brand Standards*.

ID#: 010410-010410-0003581

## The Visa Brand Mark Color Requirements - U.S. Region (Updated)

For U.S. Members, the Visa Brand Mark must appear in full color if it appears with any other acceptance mark that is in full color. It may appear in black and white **only** if it appears with other Marks in black and white. **Effective 20 July 2011,** these requirements do not apply to the display of the Visa Brand Mark at the point of sale by U.S. Merchants.

ID#: 111011-010410-0005759

## Classic Wordmark - U.S. Region

For U.S. Members, the registered Mark denotation ® must appear at the first or most prominent mention of the Classic Wordmark.

ID#: 010410-010410-0005760

## Dual Payment Card Marketing Requirements

An Issuer that engages in Dual Payment Card Marketing must:

- Obtain the prior written consent of Visa

- Submit to Visa for review and approval all offers, solicitations, promotions, and communication materials that include any Visa-Owned Marks or Visa-branded products

- Ensure that all communication and marketing materials relating to Marks, products or services of a non-Visa general purpose payment card network as designated by Visa are not positioned in conjunction with Visa-Owned Marks, products, or services in a manner that dilutes or denigrates the Visa brand

ID#: 111011-010100-0025569

## Non-Visa General Purpose Payment Card Network (Updated)

No Member may use the Marks of a non-Visa general purpose payment card network, on a Visa Card without prior written consent from Visa. [7]

---

7    **Effective 1 October 2011**, a variance to this provision applies in the AP Region, LAC Region, and U.S. Region for U.S. Covered Visa Debit Cards.

© 2011 Visa. All Rights Reserved.

A Member may use the Visa Card Program Marks in conjunction with the Marks of these entities on items and materials other than Visa Cards provided that the overall appearance resulting from such use unmistakably conveys the idea that the Marks associated with Visa identify a product or service separate and distinct from any product or service of any non-Visa general purpose payment card network.

Any Issuer that is currently engaged in Dual Card Marketing must comply with this requirement **effective 1 January 2011.**

ID#: 151011-010410-0025567

## Offer/Issuance Conditions (Updated)

No Member may condition the offer or issuance of any payment card product bearing Visa Card Program Marks or the maintenance of a Visa Cardholder relationship upon the possession or acceptance of a product bearing the Marks of the American Express Company, MasterCard Worldwide, Discover Financial Services, Diner's Club, JCB, or any other non-Visa general purpose payment card network, as designated by Visa, without the prior written consent of Visa. [8]

Any Issuer that is currently engaged in Dual Card Marketing must comply with this requirement **effective 1 January 2011.**

ID#: 151011-010410-0025568

## Competitive Marks - U.S. Region (Updated)

**Effective through 30 September 2011,** no U.S. Member may use the Marks of the American Express Company, MasterCard Worldwide (including Maestro), Discover Financial Services, or the subsidiaries or affiliates of these entities on Visa Cards. Notwithstanding the preceding, as long as:

• The Wordmark is used to denote ATM sharing only, it may appear on the back of a Visa Card, as specified in "Cirrus Wordmark - U.S. Region"

• The Issuer processes Non-Visa Debit Transactions, the PULSE Mark may appear on the back of a Visa Check Card or a Visa Debit Card

**Effective 1 October 2011,** no U.S. Member may use the Marks of the American Express Company, MasterCard Worldwide (including Maestro), Discover Financial Services, or the subsidiaries or affiliates of these entities on Visa Cards not defined as U.S. Covered Visa Debit Cards, except that:

• A Wordmark may be used to denote ATM sharing only, if it appears on the back of a Visa Card, as specified in "Cirrus Wordmark - U.S. Region"

• The PULSE Mark may appear on the back of a Visa Check Card or a Visa Debit Card, if the Issuer processes Non-Visa Debit Transactions

---

8   **Effective 1 October 2011**, a variance to this provision applies in the AP Region, LAC Region, and U.S. Region for U.S. Covered Visa Debit Cards.

© 2011 Visa. All Rights Reserved.

A U.S. Member may use the Visa Program Marks in conjunction with the Marks of these entities on items and materials other than Visa Cards provided that the overall appearance resulting from such use unmistakably conveys the idea that the Marks associated with Visa identify a product or service separate and distinct from any product or service of the American Express Company, MasterCard Worldwide (including Maestro), Discover Financial Services, or their subsidiaries or affiliates.

ID#: 151011-010410-0006300

## Brand Protection

Members must not use the Visa-Owned Marks:

- In any manner that may bring the Visa-Owned Marks or Visa Inc. or its affiliates into disrepute
- In relation to, or for the purchase or trade of, photographs, video imagery, computer-generated images, cartoons, simulation or any other media or activities including, but **not** limited to:
  - Child pornography
  - Bestiality
  - Rape (or any other non-consensual sexual behavior)
  - Non-consensual mutilation of a person or body part

**Effective through 31 May 2011,** Members not complying with these requirements will be subject to penalties prescribed under the Electronic Commerce Merchant Monitoring Program.

**Effective 1 June 2011,** Members not complying with these requirements will be subject to penalties prescribed under the Global Brand Protection Program.

ID#: 111011-010509-0007283

## Member Cooperation Concerning Marks

Each Member must cooperate with Visa to ensure protection of each of the Visa-Owned Marks.

ID#: 010410-010410-0006321

## Ownership of Visa Programs

A Member must **not** state or imply that it is the exclusive owner or provider of any Visa-Owned Mark, except as stated in the *Visa International Operating Regulations.*

ID#: 010410-010410-0006503

© 2011 Visa. All Rights Reserved.

## Visa Endorsement of Goods/Services

A Member must **not** use any of the Visa-Owned Marks to indicate that Visa endorses, is identified with, or sponsors goods or services other than those of Visa, except as permitted in "License Grant for Visa-Owned Marks."

ID#: 010410-010410-0006555

## Member Compliance with Operating Regulations

Each Member agrees that all use of the Visa-Owned Marks, as well as the nature and quality of all services rendered under these Marks, must comply with the *Visa International Operating Regulations* and the *Visa Product Brand Standards.*

If requested, a Member must supply Visa with samples of any materials bearing any Visa-Owned Mark produced by or for the Member.

ID#: 010410-010410-0006554

## Use of a Mark to Resemble a Card

In marketing collateral, a Member must **not** use:

- A Visa-Owned Mark in such a way that it could be mistaken for an actual Card and used in a Transaction
- The Visa Brand Name in any classified advertising section, except as specified in "Permitted Merchant Use - U.S. Region"
- The Visa Brand Name or the bands design on any check

ID#: 010410-010410-0008273

## Compliance with Brand Standards Website

All Visa-Owned Marks must meet the Brand standards as established by Visa, including, but **not** limited to, the *Visa Product Brand Standards.*

ID#: 010410-010410-0006322

## Periodic Audits by Visa

Visa may conduct periodic audits to ensure that all entities authorized to use the Visa-Owned Marks are doing so in a manner approved by Visa. Visa may conduct audits to ensure compliance with, but not limited to, the:

- Use of the Visa Brand Mark and the Visa Brand Name

© 2011 Visa. All Rights Reserved.

- Product-related communications
- Partner and sponsorship materials and implementations
- Advertising
- Direct mail
- Marketing materials
- Websites

ID#: 010410-010410-0006560

## Verified by Visa Mark Use by Merchant

An Acquirer must ensure that a Merchant using the Verified by Visa Mark complies with the *Visa Product Brand Standards.*

ID#: 010410-010410-0006265

# Use of Product Marks

## Verified by Visa Mark Use by Members

A Member using the Verified by Visa Mark must:

- Ensure that the Mark complies with the *Visa Product Brand Standards*
- **Not** use the Mark in a way that implies endorsement of any other product or service
- **Not** use the Mark to indicate payment acceptance

ID#: 010410-010410-0006263

## V PAY Brand Mark Use

The V PAY Brand Mark is a Visa-Owned Mark. Implementation of the V PAY Product and use of the V PAY Brand Mark outside of Visa Europe is subject to approval and trademark availability. The V PAY Brand Mark must appear exactly as specified in the *Visa Product Brand Standards.*

ID#: 111011-010410-0003585

## Visa TravelMoney Program Marks Compliance

The Visa TravelMoney Program Marks must be used as specified in the:

- *Visa International Operating Regulations*
- *Visa International Certificate of Incorporation and Bylaws*
- *Visa Product Brand Standards*

© 2011 Visa. All Rights Reserved.

- *Visa TravelMoney Product Guide*

ID#: 010410-010410-0006292

### The Visa Gold Product Name - Canada Region

A Canada Member must use the product name "Visa Gold" in all communications regarding the Visa Gold program, including solicitations, advertising, and promotions.

ID#: 010410-010410-0007230

# Corporate Identity

## Use of Brand in Corporate Identity

### Written Consent for Use of Visa Brand Name

Only with prior written consent from Visa may a Member, or a wholly owned subsidiary of one of its members that exclusively engages in Visa Transaction processing, use the Visa Brand Name in its corporate name or other business name, except as permitted in "Restricted Use of Visa-Owned Marks." A Member must **not** file or register any of these names with any governmental office without prior written consent from Visa.

ID#: 010410-010410-0007268

### Member Use of Country Name

A Member must **not** use the name of a country with the Visa Brand Name or any other Visa-Owned Mark in its corporate name or other business name, unless Visa has granted exclusive jurisdiction to the Member under the *Visa International Certificate of Incorporation and Bylaws* and has been granted express permission.

A country name may be used in a Member's corporate name in which the country name is an integral part, provided it complies with the *Visa International Operating Regulations*.

ID#: 010410-010410-0007643

© 2011 Visa. All Rights Reserved.

## Group Member Corporate Identity

In a country with a single Group Member, the Group Member may use "Visa" as a part of its corporate legal name and identity as permitted in the *Visa International Operating Regulations*. In a country with multiple Group Members, a Group Member must **not** use "Visa" as part of its corporate legal name or identity. When multiple Group Members exist in the same country, 12 months after the formation of a new Group Member, an existing Group Member must **not** use the name "Visa" in its corporate name and identity.

ID#: 010410-010410-0006274

## Visa as Part of Corporate Identity

Visa must grant permission to a Member requesting use of the name "Visa" or any other Visa-Owned Mark as part of its corporate name or identity. If permission is granted, the name must be used:

- In a Member's corporate name, and must include the country identifier. The name "Visa" must **not** be used without the country identifier.
- In all media (business cards, letterhead, press releases, Websites, etc.) and must contain a clear indication of actual corporate identity, including full legal name
- In a contract or legal instrument with third parties, the Member must clearly state that it does **not** have the authority to act (and is **not** acting) as an agent of, or represent, Visa or any affiliate of Visa
- Solely for the promotion of Visa products and services

ID#: 010410-010410-0007277

## National Organization Use of Visa Name

A National Organization established in compliance with Article XVI of the *Visa International Certificate of Incorporation and Bylaws* may use "Visa" as part of its corporate legal name and identity as provided in the *Visa International Operating Regulations.*

ID#: 111011-010410-0006276

© 2011 Visa. All Rights Reserved.

# Use of Marks on Cards

## Marks Usage Requirements

### Extraneous Numbers or Devices

Except for the Account Number, a Visa Card must **not** bear any number or device, whether embossed, printed, etched, encoded, or otherwise affixed, that is used for international payment purposes.

ID#: 010410-010410-0006161

### Appropriate Marks on Chip Cards

A Card containing a Chip must bear the appropriate Mark for the Visa or Visa Electron Payment Application facilitated by the Chip.

ID#: 010410-010410-0003612

### Visa Flag and Visa Mark Requirements

**Effective 1 September 2005 through 28 February 2007,** an Issuer may issue or reissue a Visa Card or Visa Electron Card bearing the:

- Visa Flag Symbol or Visa Electron Symbol. The Card bearing the Visa Flag Symbol or Visa Electron Symbol must:

  – Expire **no later than 30 June 2011**

  – Comply with the *Visa International Operating Regulations*

- Visa Brand Mark or Visa Brand Mark with the Electron Identifier. The Card bearing the Visa Brand Mark or Visa Brand Mark with the Electron Identifier must comply with the *Visa Product Brand Standards.*

All newly created Visa Cards and Visa Electron Cards, issued or reissued, must:

- Bear the Visa Brand Mark or Visa Brand Mark with the Electron Identifier

- Comply with the *Visa Product Brand Standards*

An Issuer may issue or reissue a Card bearing the Visa Flag Symbol or Visa Electron Symbol to deplete existing card stock. The Card bearing the Visa Flag Symbol or Visa Electron Symbol must:

- Expire **no later than 30 June 2011**

- Comply with the *Visa International Operating Regulations*

© 2011 Visa. All Rights Reserved.

**Effective 1 July 2011, all** Visa Cards and Visa Electron Cards must bear the Visa Brand Mark or Visa Brand Mark with the Electron Identifier, as specified in the *Visa Product Brand Standards.*

See the *Visa Product Brand Standards* for complete embossing and printing requirements for the front and back of Visa and Visa Electron Cards.

ID#: 010410-010410-0003607

## Visa Flag and Visa Mark Requirements - U.S. Region

**Effective through 1 July 2011,** a U.S. Issuer may issue or reissue a Visa Card bearing either the:

- Visa Flag Symbol to deplete existing card stock. A Card bearing the Visa Flag Symbol must **both**:
  - Expire no later than **30 June 2011**
  - Comply with the *Visa International Operating Regulations*
- Visa Brand Mark. A Card bearing the Visa Brand Mark must comply with the *Visa Product Brand Standards*, available through Visa Online.

In the U.S. Region, all **new** Visa Card stock orders must:

- Bear the Visa Brand Mark
- Comply with the *Visa International Operating Regulations*
- Comply with the *Visa Product Brand Standards*

All U.S. Member marketing materials and Member Websites must display the Visa Brand Mark.

**Effective 1 July 2011,** all new and existing Visa Cards must bear the Visa Brand Mark.

Detailed rules for Card designs using the Visa Flag Symbol **effective through 30 June 2011** are available from Visa.

ID#: 081010-010410-0006166

# Multiple Marks on Card

## Hierarchy of Marks (Updated)

If more than one Visa-Owned Mark is present on a Card, an Issuer must designate a Primary Mark, complying with the following hierarchy of Marks:

- Visa Brand Mark
- Visa Brand Mark with the Electron Identifier
- **Effective through 31 December 2013,** Visa Cash Symbol

© 2011 Visa. All Rights Reserved.

All other Visa-Owned Marks must:

- Appear together
- **Not** be separated by Non-Visa-Owned Marks

ID#: 111011-010410-0008218

## Permitted Use of Other Marks (Updated)

Other Marks may be used on Cards as follows:

- **Effective through 31 December 2013,** a Member must **not** use any Mark other than the Visa Brand Mark, Visa Brand Mark with the Electron Identifier, or Visa Cash Symbol on Cards to indicate Card acceptance at Merchant Outlets outside the country of Card issuance.

- **Effective 1 January 2014,** a Member must **not** use any Mark other than the Visa Brand Mark or Visa Brand Mark with the Electron Identifier on Cards to indicate Card acceptance at Merchant Outlets outside the country of Card issuance.

- A Mark owned by a Single Merchant may appear on a Card as part of an affinity program approved by Visa. If the Mark is **not** one that is used as an identifier of payment services at Merchant Outlets other than those of the Single Merchant, this Mark is **not** considered to indicate payment acceptance.

- A Member may use non-Visa-owned brand marks to indicate acceptance at Merchant Outlets solely within the country of Card issuance **only** if these non-Visa-owned brand marks are clearly less prominent than the Visa Brand Mark, or Visa Brand Mark with the Electron Identifier. [9]   [10]

ID#: 151011-010410-0006326

## Permitted Use of Other Marks – AP Region, LAC Region, and U.S. Region (Updated)

**Effective 1 October 2011,** in the U.S. or in a U.S. Territory, a Member may use non-Visa-owned brand marks on U.S. Covered Visa Debit Cards that are equally prominent with or less prominent than the Visa Brand Mark to indicate acceptance at Merchant Outlets solely within the country of Card issuance and as specified in the *Visa Product Brand Standards.*

ID#: 151011-011011-0026531

# Competitive Marks

## Prohibited Use of Trade Name or Mark (Updated)

The following must not appear on any part of a Visa or Visa Electron Card:

---

9    A variance to this requirement applies in the Canada Region.
10   **Effective 1 October 2011,** a variance to this requirement applies in the AP Region, LAC Region, and U.S. Region for U.S. Covered Visa Debit Cards.

© 2011 Visa. All Rights Reserved.

- Any Trade Name or Mark that identifies or is associated with any entity, or its subsidiaries or affiliates, deemed competitive by Visa, including [11]:
  – American Express Company
  – Discover Financial Services [12]
  – MasterCard Worldwide (including Maestro) [13]
- Any Trade Name or Mark that is confusingly similar to any other Visa-Owned Mark

ID#: 151011-010410-0008458

## Cards Bearing the Plus Symbol (Updated)

A Card bearing the Plus Symbol must **not** bear the Marks of any entity that is ineligible for membership in Visa, or of any of the following entities, or their subsidiaries or affiliates, deemed competitive by Visa: [14] [15]

- American Express Company
- Discover Financial Services [16]
- JCB
- MasterCard Worldwide

A Card bearing the Plus Symbol is exempt from this requirement if it was issued under an agreement executed with Visa or Plus System, Inc. **prior to 1 October 1992**.

A Card bearing the Plus Symbol must **not** bear a Trade Name or Mark that is confusingly similar to any other Visa-Owned Mark.

ID#: 111011-010410-0006159

## Cards Bearing the Plus Symbol - AP Region, LAC Region, and U.S. Region (Updated)

**Effective 1 October 2011,** in the U.S. Region or in a U.S. Territory, a U.S. Covered Visa Debit Card bearing the Plus Symbol may bear the Marks of entities deemed competitive by Visa, as specified in the *Visa Product Brand Standards*.

ID#: 151011-011011-0026527

---

11   **Effective 1 October 2011**, a variance to this provision applies in the AP Region, LAC Region, and U.S. Region, for U.S. Covered Visa Debit Cards.

12   A variance to this requirement applies in the U.S. Region for Visa Cards bearing the Pulse Mark and Cards bearing the Plus Symbol.

13   Except as specified in "Cirrus Wordmark - LAC Region" and "Cirrus Wordmark - U.S. Region."

14   Visa may grant a variance to this section for Chip Cards bearing the Plus Symbol.

15   **Effective 1 October 2011**, a variance to this provision applies in the AP Region, LAC Region, and U.S. Region for U.S. Covered Visa Debit Cards.

16   A variance to this requirement applies in the U.S. Region for Visa Cards bearing the Pulse Mark and Cards bearing the Plus Symbol.

© 2011 Visa. All Rights Reserved.

**Prohibited Use of Trade Name or Mark – AP Region, LAC Region, and U.S. Region (Updated)**

**Effective 1 October 2011,** in the U.S. Region or in a U.S. Territory, a Member may use the Marks of the American Express Company, Discover Financial Services, MasterCard Worldwide (including Maestro) or the subsidiaries or affiliates of these entities, or other entities deemed competitive by Visa, on U.S. Covered Visa Debit Cards as specified in the *Visa Product Brand Standards*.

ID#: 151011-011011-0026532

## Cirrus Wordmark - LAC Region

An LAC Issuer whose Visa Cards participated in the Cirrus network on 31 March 2010 may continue to do so under the following conditions:

- The Issuer must not extend its use of the Cirrus Wordmark or functionality beyond the existing debit, credit, or prepaid Card product types or Visa Card Programs participating in the Cirrus network on 31 March 2010
- The Issuer must not allow the Cirrus Wordmark and functionality to continue on a Visa Card Program obtained through a Merger or an Acquisition

ID#: 111011-010410-0025674

## Cirrus Wordmark - U.S. Region

A U.S. Issuer whose Visa Cards participated in the Cirrus network on 31 March 2010 may continue to do so under the following conditions:

- The Issuer must not extend its use of the Cirrus Wordmark or functionality beyond the existing debit, credit, or prepaid Card product types or Visa Card Programs participating in the Cirrus network on 31 March 2010
- The Issuer must not allow the Cirrus Wordmark and functionality to continue on a Visa Card Program obtained through a Merger or an Acquisition

ID#: 111011-010410-0006306

# General Card Design

## Card Design Considerations

All Card designs must comply with the *Visa Product Brand Standards*.

ID#: 010410-010410-0006160

© 2011 Visa. All Rights Reserved.

## Visa Mark Requirements

The Visa Brand Mark must:

- Appear as specified in the *Visa Product Brand Standards*
- Be placed on the front of the Card

ID#: 010410-010410-0006162


## Other Marks Prohibition - AP Region, LAC Region, and U.S. Region (Updated)

**Effective 1 October 2011,** in the U.S. Region or in a U.S. Territory, a Member may use Marks that are specifically related to bank card programs and/or services related to those programs on U.S. Covered Visa Debit Cards, as specified in the *Visa Product Brand Standards.*

ID#: 151011-011011-0026528


## Requirements for Variations - U.S. Region

Any variation from the Card reproduction, printing, or embossing specifications and dimensions specified in the *Visa Product Brand Standards* requires the prior written consent of Visa.

Visa approval of a Card design does **not**:

- Replace the need for an Issuer to consult with its own legal counsel regarding the use of a Card design and any Mark
- Offer legal protection from possible infringement or other types of actions

ID#: 010410-010410-0006168


## Other Marks Prohibition - U.S. Region (Updated)

**Effective through 30 September 2011,** a U.S. Member must not use Marks that are specifically related to bank card programs and/or services related to those programs, unless the U.S. Regional Operating Regulations expressly allow them.

**Effective 1 October 2011,** for Visa Cards not defined as U.S. Covered Visa Debit Cards, a U.S. Member must not use Marks that are specifically related to bank card programs and/or services related to those programs, unless the U.S. Regional Operating Regulations expressly allow them.

ID#: 151011-010410-0006189


## Restrictions on Cards Bearing Photographs - U.S. Region

For Cards issued in the U.S. Region, a Card design bearing a photograph on the front of the Card:

© 2011 Visa. All Rights Reserved.

- Must **not** bear any Visa Sponsorships, Visa-Owned Marks, or confusingly similar marks, logos, designations, or authenticating statements
- Must comply with the *Visa International Operating Regulations* and the *Visa Product Brand Standards*

ID#: 010410-010410-0006177

### Requirements for Cards Bearing Photographs - U.S. Region

Visa may require a U.S. Member to replace a Card containing a photograph that does not comply with the:

- *Visa International Operating Regulations*
- *Visa Product Brand Standards*

ID#: 010410-010410-0006178

# Member Identification

## Member Identification on Card

### Permitted Member Identification

The following may be printed on a Visa Card as specified in the *Visa Product Brand Standards:*

- Certain Trade Names, including those of an Issuer, an Issuer's holding company Member, or an Issuer's agent member
- With the prior written consent of Visa:
    - Certain Marks associated with proprietary, local, regional, national, or multinational services
    - Marks to identify the services of the Issuer or Trade Names to identify the Member, in any color

ID#: 010410-010410-0006156

### Member Identification Area - U.S. Region

With the prior consent of Visa, any of the following may be printed in the Member identification area of a Visa Card issued by a U.S. Issuer:

- Certain Trade Names, including those of an Issuer, an Issuer's holding company that is eligible for membership, or an Issuer's Sponsored Member
- Any subsidiary of the above that is eligible for membership or solely engaged in banking activities

© 2011 Visa. All Rights Reserved.

Use of these Marks on all Visa Cards must comply with the Affinity Card specifications if the Marks are:

- Associated with products or services offered by an institution engaged in non-banking activities
- Not owned by the Issuer, its parent, subsidiaries, affiliates, or related companies in the case of an employee credit union

ID#: 010410-010410-0007292


## Prohibited Language - U.S. Region (Updated)

**Effective through 7 September 2011,** advertising, promotional, or other language that is not an integral part of the identification of the Member's organization or service must **not** be printed in the Member identification area of a Visa Card issued by a U.S. Issuer.

**Effective 8 September 2011,** except as specified in the *Visa Product Brand Standards* for Visa Incentive Cards, advertising, promotional, or other language that is not an integral part of the identification of the Member's organization or service must **not** be printed in the Member identification area of a Visa Card issued by a U.S. Issuer.

Any promotional, marketing, or other language on Visa Incentive Cards must be approved by Visa.

ID#: 111011-010410-0006192


# Affinity/Co-Branding/Non-Member Marks


## Non-Member Marks on Cards


### Issuer Affinity/Co-Branding Requirements - AP Region

An AP Issuer of an Affinity Card Program or Co-Branded Card Program must:

- Comply with all *Visa International Operating Regulations* for Visa Card Programs
- Submit a completed "Affinity Card Program and Co-Branded Card Program Approval" form to Visa for each program launched
- Underwrite, issue, and maintain the accounts accessed by the Affinity Card Program or Co-Branded Card Program. Visa may approve variances to this subsection for mortgage originator programs, pastoral companies, and superannuation funds in Australia, subject to assessment of the risk and eligibility of each request.

In addition, before Visa approval, an Issuer may be required to provide information concerning the reputation and financial standing of an affinity or co-brand partner.

ID#: 010410-010410-0001664

© 2011 Visa. All Rights Reserved.

**Affinity/Co-Branding Partner Eligibility Requirements - AP Region**

An affinity partner or co-branding partner must:

- Be sponsored by an AP Issuer
- **Not** be an organization that is eligible for membership
- **Not** be an organization deemed to be a competitor of Visa

ID#: 050411-010410-0001663

**Affinity and Co-Branding Program Documentation Requirements - AP Region**

An AP Issuer must provide Visa with documentation of the following:

- Acknowledgement from the affinity partner or co-branding partner that Visa owns the rights to all Visa-Owned Marks
- Acknowledgement from the affinity partner or co-branding partner that the Issuer has the right to use the partner's name and/or logo on the Affinity Card Program or Co-Branded Card Program
- A trademark search has been performed by the Issuer, and Visa is indemnified and **not** responsible for any disputes and legal costs that may arise from use of that Trade Name or Mark

ID#: 010410-010410-0001665

**Non-Member Marks on Cards - CEMEA Region**

In the CEMEA Region, with the prior written approval of Visa, a Member may include, within the Member identification area of its Visa and Visa Electron Cards, the Trade Name or Mark of up to 2 organizations not eligible for membership in Visa.

ID#: 010410-010410-0008640

**Non-Member Marks on Card Requirements - CEMEA Region**

For all Cards issued in the CEMEA Region with the Trade Name or Mark of up to 2 non-Members the Issuer must ensure that the non-Member(s) does **not**:

- Maintain a contractual relationship with the Cardholder where the use of a Card accesses an account that the non-Member establishes, maintains, manages, or underwrites
- Directly or indirectly control or exercise controlling influence over the management or policies of the Issuer
- Finance more than 25% of the receivables arising out of the program
- Perform the credit evaluation of the applicant, billing of the Cardholder, or Visa customer service in connection with the non-Member Marks program

© 2011 Visa. All Rights Reserved.

- Be an organization deemed to be a competitor of Visa

ID#: 081010-010410-0007233

## Non-Member Marks on Card Advertising/Promotional Language - CEMEA Region

For all Cards with non-Member Marks issued by a CEMEA Issuer, advertising, promotional, or other language that is not an integral part of the non-Member Trade Name or Mark is **not** permitted.

ID#: 010410-010410-0007247

## Non-Member Trade Name or Mark Requirements - CEMEA Region

For all Cards with non-Member Marks issued by a CEMEA Issuer, the non-Member Trade Name or Mark must be that usually used in the non-Member's corporate identity and advertising materials. The non-Member Trade Name or Mark must be a registered trademark. Where used, the Trade Name or Mark must **not**:

- Compromise any of the required Card features specified in the *Visa Product Brand Standards*
- Bear any FIFA or Olympic Marks, logos, designation, or authentication statements or any of Visa's other sponsorship assets
- Bear any political, provocative or other image or Mark that may, as determined by Visa, result in non-acceptance or other problems at the Point-of-Transaction

ID#: 081010-010410-0007246

## Back of the Card with Non-Member Marks - CEMEA Region

With the prior written approval of Visa, the back of a Card issued by a CEMEA Issuer may contain the Trade Name or Mark of organizations not eligible for membership in Visa.

ID#: 010410-010410-0007236

## Affinity/Co-Branding Card Issuance - LAC Region

With the prior written consent of Visa, an LAC Member may issue Affinity/Co-Branding Cards, as specified in the LAC Regional Operating Regulations.

ID#: 111011-010410-0007415

© 2011 Visa. All Rights Reserved.

### Copy of Affinity and Co-Branding Contract and/or Collateral Material - LAC Region

Visa has the right to request a copy of the contract with the Affinity/Co-Branding Partner and/or marketing collateral material used in the program to determine compliance with the Affinity/Co-Branding Program ownership and control requirements in the LAC Regional Operating Regulations.

ID#: 010410-010410-0001652

### Requests for Affinity/Co-Branding Program Information - LAC Region

An LAC Member or Affinity/Co-Branding Partner must provide information requested by Visa in order to determine whether its Affinity/Co-Branding Program complies with the LAC Regional Operating Regulations.

ID#: 010410-010410-0001653

### Affinity/Co-Branding Program Ownership Requirement - LAC Region

An LAC Issuer must own and control the Affinity/Co-Branding Program. The Affinity/Co-Branding Partner must **not** control the Affinity/Co-Branding Program.

ID#: 010410-010410-0001649

### Determination of Affinity/Co-Branding Program Ownership - LAC Region

Visa (subject to delegation and approval by the Board of Directors) determines whether the program is owned and controlled by the LAC Member or the Affinity/Co-Branding Partner. The decision is based on the LAC Issuer's entire relationship with the Affinity/Co-Branding Partner, including, but **not** limited to, the following:

- Whether the Member:

  - Establishes program management policies, such as setting credit criteria and making Cardholder credit decisions

  - Is at risk as the owner of the program

  - Actively ensures that its policies and guidelines are implemented

- The Issuer's role in setting the fees and rates for Affinity/Co-Branding Program products and services

- Whether all or part of the receivables are financed with the Affinity/Co-Branding Partner

- The degree to which the Issuer, not the Affinity/Co-Branding Partner, is portrayed as the owner of the Affinity/Co-Branding Program

- The extent to which the Issuer provides all or part of the program operations, such as customer service and collections

ID#: 010410-010410-0001651

© 2011 Visa. All Rights Reserved.

## Second Line of Credit for On-Us Transactions - LAC Region

An LAC Affinity/Co-Branding Partner may establish a second line of credit for On-Us Transactions. Access to the second line of credit is restricted to Transactions completed at an Affinity/Co-Branding Partner's Merchant Outlet for goods or services. The amount of the second line of credit must **not** exceed the amount of the primary line of credit.

ID#: 010410-010410-0007302

## Affinity/Co-Branding Visa Transaction - LAC Region

An On-Us Transaction from an LAC Affinity/Co-Branding Partner is considered a Visa Transaction.

ID#: 010410-010410-0001654

## Affinity/Co-Branding Reporting Requirements - LAC Region

An LAC Issuer must report separately the following information about its Affinity/Co-Branding Program:

- Number of Affinity/Co-Branding Visa Cards
- Sales volume on its Quarterly Operating Certificate

ID#: 010410-010410-0001657

## Affinity/Co-Branding Communications Standards - LAC Region

In all communications and Collateral Materials, the product must **not** state or imply that any institution other than the LAC Member is the Issuer of the Card. An Affinity/Co-Branding Partner's Trade Name or Mark must **not** be positioned as adding superior acceptability of the Visa Card at the Point-of-Transaction. The Visa Brand Name or Trade Mark must be prominently featured or at least be of the same size of those owned by the Issuer or its Affinity/Co-Branding Partner. Visa may request samples of the Collateral Material.

ID#: 010410-010410-0001658

## Affinity/Co-Branding Partner Marks Display - LAC Region

Visa may require modification of any display of an LAC Affinity/Co-Branding Partner's Trade Name or Mark at a Merchant Outlet if Visa determines that the display adversely affects the Visa brand.

ID#: 010410-010410-0004923

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

### Affinity/Co-Branded Card Discounts - LAC Region

An LAC Affinity/Co-Branding Partner's Merchant must **not** provide a discount at the Point-of-Transaction. The Merchant may provide a discount, such as credit on a Cardholder statement or a rebate, at a later time.

ID#: 010410-010410-0004924

### Affinity/Co-Branding Program Modification - LAC Region

If Visa determines that any provisions of an LAC Affinity/Co-Branding Program have been violated, Visa may require modification of the program, including, but **not** limited to:

- Assignment of the program to a third party
- Suspension or termination of the program
- Fines

ID#: 010410-010410-0001650

### Termination of Affinity and Co-Branding Program - LAC Region

If an LAC Member violates any provisions of the Affinity/Co-Branding Program, Visa may, with 90 calendar days' prior written notice, impose penalties, including:

- Fines
- Termination of the Affinity/Co-Branding Program

ID#: 010410-010410-0001659

## Co-Branded Cards

### Co-Branding Partner Reputation and Financial Standing

An Issuer participating in a Global Co-branding Partnership may be required to provide information about the reputation and financial standing of the Global Co-branding Partner before approval of the individual program.

ID#: 010410-010410-0004056

### Co-Branding Partnership Approval Documentation Requirements

A Global Co-branding Partner and Issuer must provide a dossier of proprietary and public information for approval to Visa, including:

© 2011 Visa. All Rights Reserved.

- "Co-branding Partnership Regional Approval Form" for each proposed Interregional and Intraregional co-branding program
- Global Co-branding Partners' Marks and design guidelines (including color proofs) or evidence that a trademark search has been conducted
- Color proofs

ID#: 010410-010410-0004052

## Co-Branding Partner Eligibility

A Global Co-branding Partner must:

- Be sponsored by an Issuer
- **Not** be eligible for Visa membership
- **Not** be an entity deemed to be a competitor of Visa

ID#: 010410-010410-0004053

## Co-Branding Partnership Requirements

A Global Co-branding Partnership participant must comply with:

- The *Visa International Operating Regulations*
- Applicable local laws
- Applicable Regional Operating Regulations

ID#: 010410-010410-0004054

## Co-Branding Issuer Qualification and Notification

An Issuer participating in a Global Co-branding Partnership must:

- Be a qualified Issuer in countries where Global Co-branded Cards will be issued
- Notify Visa of planned interregional and intraregional Global Co-branding Partnership expansion

ID#: 010410-010410-0004055

© 2011 Visa. All Rights Reserved.

# Affinity Cards

## Affinity Card Issuance - Canada Region

With the prior written consent of Visa, a General Member in the Canada Region may issue Affinity Cards as specified in the Canada Regional Operating Regulations.

ID#: 010410-010410-0001667

## Affinity Participant on Cards - Canada Region

With the prior written consent of Visa and provided that consent has not been withdrawn, Cards issued by a General Member in the Canada Region and displaying the corporate name or Trade Name of that General Member on the front of the Card may bear the name, Trade Name, or Mark of up to 2 Affinity Participants in conjunction with the General Member's Affinity Card Program if it appears either:

- In the Member identification area on the front of the Affinity Card
- On the back of the Affinity Card in the area not covered by the signature panel or Magnetic Stripe

ID#: 010410-010410-0001678

## Affinity Program Documentation Requirements - Canada Region

A General Member in the Canada Region must follow the Visa Affinity Card Program application submission process and receive written consent from Visa before launching an Affinity Card program.

Upon Visa request, a Canada Member must submit a copy of the *Affinity Participant Agreement* and any other contracts or documentation relative to an Affinity Card Program.

ID#: 050411-010410-0001668

## Affinity Program Approval - Canada Region

A General Member in the Canada Region must **not** produce Collateral Material, solicit prospective Cardholders, or issue Affinity Cards until Visa has approved and returned the "Visa Canada Affinity Program Approval Form" (Exhibit CAN-3) to the General Member.

ID#: 010410-010410-0001669

## Affinity Card Requirements - Canada Region

An Affinity Card issued by a Canada Issuer must:

- Be a Visa Card

© 2011 Visa. All Rights Reserved.

- Be referred to as a "Visa Card"
- Be issued only to residents of Canada

ID#: 010410-010410-0001671

## Affinity Card Restrictions - Canada Region

An Affinity Card issued by a Canada Issuer must **not**:

- Be used to debit any credit, charge, payment, or deposit account other than the account maintained by the General Member in connection with that Affinity Card
- Contain any number or other device that may be used to effect a point-of-sale Transaction, other than the Account Number

ID#: 010410-010410-0001670

## Affinity Program Member Requirements - Canada Region

A General Member in the Canada Region sponsoring an Affinity Participant agrees to comply with the following terms:

- The General Member owns and controls the Affinity Program
- The Affinity Participant does **not** directly or indirectly own, control, or exercise controlling influence over the Affinity Card Program
- The General Member, and **not** the Affinity Participant, is portrayed as the owner of the Affinity Card Program
- The Affinity Participant does **not** provide payment card services or advertise that it is providing payment card services
- The General Member provides printed, broadcasted, or other materials used to solicit applications for Cards or to communicate with holders of Cards, or to otherwise advertise the Affinity Card Program
- The Affinity Participant is acting pursuant to the direct instructions of the General Member to the extent any materials used to promote the Affinity Card Program are prepared by the Affinity Participant
- All materials used to promote the Affinity Card Program have been reviewed by the General Member, and will **not** be distributed without the prior approval of the General Member

ID#: 010410-010410-0001672

© 2011 Visa. All Rights Reserved.

## Determination of Affinity Program Ownership and Control - Canada Region

Visa may request from a General Member in the Canada Region all documentation relative to an Affinity Card Program and make a determination whether the General Member has sufficient ownership and control of the Affinity Card Program. The decision may be based on the General Member's entire relationship with the Affinity Participant, and may take into account the following factors:

- Whether the General Member:

    – Establishes program management policies, such as setting credit criteria and making Cardholder credit decisions

    – Is at risk as the owner of the program

    – Actively ensures that its policies and guidelines are implemented

- The General Member's role in setting fees and rates for the Affinity Card Program products and services

- Whether all or part of the receivables are financed with the Affinity Participant

- The degree to which the General Member, not the Affinity Participant, is portrayed as the owner of the Affinity Program

- The extent to which the General Member provides all or part of the program operations, such as customer service and collections

ID#: 010410-010410-0001673

## Terms of the Affinity Participant Agreement - Canada Region

A General Member in the Canada Region must ensure that an Affinity Participant acknowledges and agrees to at least the following provisions, which must be substantially reproduced in the Affinity Participant Agreement:

- The General Member owns and controls the Affinity Card Program

- To the extent the Affinity Participant prepares materials to promote the Affinity Card Program that contains Visa-Owned Marks, it does so pursuant to direct instructions from the General Member, and the General Member's use of the Visa-Owned Marks is governed by the *Visa International Operating Regulations* and Canada Regional Operating Regulations

- The incorporation of Visa-Owned Marks in materials to promote the Affinity Card Program must be reviewed and approved by the General Member to confirm that it conforms to the terms and conditions of the *Visa International Operating Regulations* and Canada Regional Operating Regulations, to which the General Member confirms receipt

- Acknowledge that Visa owns the Visa-Owned Marks

- Ensure that the Affinity Participant's display of the Visa-Owned Marks as expressly directed by the General Member is limited to the Affinity Card Program

- Provide samples of any Affinity Card and related Collateral Material upon request to the General Member or Visa, as appropriate

© 2011 Visa. All Rights Reserved.

- Ensure that the Affinity Participant does **not** represent to the public that use of an Affinity Card will create indebtedness to the Affinity Participant
- Acknowledge the right of Visa to withdraw its consent to the Affinity Card Program if either the:
  – General Member or Affinity Participant (on behalf of the General Member) violates the Canada Regional Operating Regulations, policies of the Canada Region, or Affinity Participant Agreement
  – Affinity Participant does **not** meet the conditions of the Canada Regional Operating Regulations for approval of the use of its name, Trade Name, or Mark on Affinity Cards and related Collateral Material as such conditions are amended from time to time

ID#: 010410-010410-0001675

## Owner and Issuer of Affinity Card - Canada Region

An Affinity Card issued by a Canada Issuer must clearly disclose that the General Member is issuing and is the owner of the Affinity Card, and it must be clear from the Affinity Card design that the Affinity Card is issued by the General Member and **not** by the Affinity Participant.

ID#: 010410-010410-0001677

## Affinity Program Issuer Identification - Canada Region

It must be clear from the Collateral Material that an Affinity Card is issued by the General Member in the Canada Region and not by the Affinity Participant.

ID#: 010410-010410-0001679

## Affinity Program Collateral Material - Canada Region

On all Collateral Material for an Affinity Card issued by a Canada Issuer, the:

- Corporate name or Trade Name of the General Member must be clearly disclosed as the owner and Issuer of the Affinity Card
- Affinity Participant must **not** state or imply that the Affinity Card is owned or issued by the Affinity Participant
- Affinity Participant must **not** state or imply that the Affinity Card is accepted only by a particular Merchant or class of Merchants

ID#: 010410-010410-0001680

## Affinity Program Communications - Canada Region

A General Member in the Canada Region issuing an Affinity Card must refer to the Affinity Card as a "Visa Card" in all communications regarding its Affinity Card Program.

ID#: 010410-010410-0001681

© 2011 Visa. All Rights Reserved.

## Affinity Program Criteria - Canada Region

Communications for an Affinity Card issued by a Canada Issuer and related Collateral Material may bear the Trade Name or Mark of an Affinity Participant only if all of the following criteria are met:

- Affinity Participant has a good reputation and is financially sound

- Affinity Participant's name, Trade Name, or Mark is recognized on a national, provincial, regional, or local basis

- Proposed program complies with the *Visa International Operating Regulations* and the Canada Regional Operating Regulations

- If the Affinity Participant is a Merchant, it accepts all Cards, including all Affinity Cards, where its goods or services are available for purchase

- Affinity Participant and each of its affiliates directly or indirectly do **not**:

  – Control or exercise controlling influence over the management or policies of the General Member with respect to the Affinity Card Program

  – Share, participate, or assist in the funding of more than 25% of the receivables at any time outstanding, due to use of its Affinity Cards, whether by loans, deposits, purchase, or financing of receivables, loan guarantees, or otherwise

  – Conduct credit evaluations, participate in billings, or provide customer services in connection with its Affinity Card Program

ID#: 010410-010410-0001682


## Affinity Program Collateral Material Submission - Canada Region

A General Member in the Canada Region must submit all Collateral Materials, including solicitations, print advertisements, and telemarketing scripts, regarding any Affinity Card Program to Visa upon request.

ID#: 010410-010410-0001683


## Affinity Card Rules for Proprietary Cards Bearing the Plus Symbol - Canada Region

The Canada Affinity Card rules do **not** apply to Proprietary Cards bearing the Plus Symbol and no other Visa Marks on which a non-Member Identification appears.

ID#: 010410-010410-0001684


## Affinity Card Rules for Visa Commercial Cards - Canada Region

The Canada Affinity Card rules do not apply to Business, Corporate, or Purchasing Cards on which a non-Member Identification appears.

ID#: 010410-010410-0001685

© 2011 Visa. All Rights Reserved.

## Violation of Affinity Card Program Regulations - Canada Region

If it determines that any provisions of the Canada Affinity Card Program have been violated, Visa may:

- Require modification of the program, including, but **not** limited to:
  - Assignment of the program to a third party
  - Suspension or termination of the program
- Impose fines or terminate the program on 30 calendar days' written notice
- Terminate an Affinity Card Program, without cause, with at least 60 calendar days' prior written notice to the General Member and Affinity Participant

ID#: 010410-010410-0001674


## Affinity Program Participation Requirements - U.S. Region

With the prior written consent of Visa a Member may issue Affinity Cards as specified in the U.S. Regional Operating Regulations and *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*. Except as specifically stated to the contrary, all other Operating Regulations apply to Affinity Cards, without modification.

ID#: 010410-010410-0001600


## Affinity Program Communications - U.S. Region

A U.S. Visa Card Issuer must refer to its Affinity Card as a "Visa Card" in all communications regarding its Visa Affinity Card program.

ID#: 010410-010410-0001614


## Affinity Program Issuer Identification - U.S. Region

Affinity Cards and Cardholder communications must **not** state or imply that any institution other than the U.S. Member is the Issuer of the Card. A Card is deemed to comply with this requirement if it:

- Bears only the Affinity Partner's Trade Name or Mark on the front
- Satisfies Issuer identification requirements specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards*

ID#: 010410-010410-0001615

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Affinity Program - Superior Acceptability - U.S. Region

An Affinity Card issued by a U.S. Issuer or an Affinity Partner's Trade Name or Mark may **not** be positioned as adding superior acceptability of the Visa Card at the Point-of-Transaction.

ID#: 010410-010410-0001616

## Visa Brand Mark in Affinity Program Collateral Material - U.S. Region

The Visa Logotype or Visa Flag Symbol or Visa Brand Mark must be prominently featured in all Collateral Material regarding any U.S. Affinity Card program.

ID#: 010410-010410-0001617

## Affinity Program Visa Brand Mark Display - U.S. Region

If the Affinity Card or Affinity Partner's Mark appears as part of any written communication regarding any aspect of the U.S. Visa Affinity Card program, the Visa Logotype or Visa Flag Symbol or Visa Brand Mark must also be at least equally and prominently displayed.

ID#: 010410-010410-0001618

## Submission of Affinity Program Collateral Material and Solicitations - U.S. Region

Upon request, a U.S. Member must submit all Collateral Material regarding any Affinity Card program, including solicitations, print advertisements, and telemarketing scripts, to Visa for approval.

Visa may prohibit the use of any material that denigrates the Visa Brand Mark or the Visa Brand Name, or for any other reason Visa deems appropriate.

Visa review of the Member's materials should not be construed as legal approval against potential third-party claims.

ID#: 050411-010410-0007458

## Restricted Affinity Card Issuance - U.S. Region

A U.S. Member may issue an Affinity Card only to a resident of the United States of America.

ID#: 010410-010410-0003830

## Affinity Program Positioning, Acceptance, and Accounts - U.S. Region

A U.S. Visa Affinity Card Issuer must **not**:

© 2011 Visa. All Rights Reserved.

- Position the Affinity Card as something other than a Visa Card [17]

- Position its Trade Name or Mark as adding superior acceptability of the Card at the Point-of-Transaction

- Designate or design any of its Affinity Cards, whether through the use of a Trade Name, Mark, numbering scheme, code on the Magnetic Stripe, or any other device or means, in order to either:

  – Permit exclusive or preferential acceptance of any of its Affinity Cards by any Merchant or any Affiliated-merchant that is affiliated with the Member

  – Allow any Transaction involving use of these Cards to be treated as other than a Visa Transaction for all purposes, except as specified in "PIN-Debit Network Requirements - U.S. Region" [18]

- Allow its Affinity Cards to be used to debit any credit, charge, or asset account other than the Visa account maintained by the Issuer in connection with the Affinity Card, when that Affinity Card is presented to a Visa Merchant

ID#: 081010-010410-0001603


## Affinity Program Ownership Requirement - U.S. Region

A U.S. Issuer must own and control its Affinity Card program. The Affinity Partner must **not** directly or indirectly own, control, or exercise controlling influence over the Affinity Card program.

ID#: 010410-010410-0001605


## Affinity Program Ownership Portrayal - U.S. Region

A U.S. Member must ensure that the Issuer, not the Affinity Partner, is portrayed as the owner of the Affinity Card program.

ID#: 010410-010410-0001606


## Determination of Affinity Program Ownership - U.S. Region

Visa may determine whether the U.S. Affinity Card program is owned and controlled by the Member. The decision is based on the Issuer's entire relationship with the Affinity Partner, including, but not limited to, the following:

- Whether the Issuer:

  – Establishes program management policies, such as setting credit criteria and making Cardholder credit decisions

---

17   A limited exception is allowed for Campus Cards to facilitate closed-loop proprietary campus transactions and permit the use of campus identification/access applications. A Campus Card must still be positioned as a Visa Card, but with the additional functionality noted here.

18   A limited exception is allowed for Campus Cards to facilitate closed-loop proprietary campus transactions and permit the use of campus identification/access applications. A Campus Card must still be positioned as a Visa Card, but with the additional functionality noted here.

© 2011 Visa. All Rights Reserved.

– Is at risk as the owner of the program

– Actively ensures that its policies and guidelines are implemented

- The Issuer's role in setting fees and rates for Affinity Card program products and services

- Whether all or part of the receivables are financed with the Affinity Partner

- The degree to which the Issuer, not the Affinity Partner, is portrayed as the owner of the Affinity Card program

- The extent to which the Issuer provides all or part of the program operations, such as customer service and collections

ID#: 010410-010410-0001608

## Affinity Card Issuer Identification - U.S. Region

If the U.S. Issuer's Trade Name or Mark does not appear on the front of the Affinity Card, the following language must be clearly legible on the back of the Card, in addition to, or instead of, other Issuer identification: "This Card is issued by (Issuer name) pursuant to a license from Visa U.S.A. Inc."

ID#: 010410-010410-0001701

## Visa Requests for Affinity Program Information - U.S. Region

Upon Visa request, a U.S. Member must submit the following to Visa to determine compliance with "Affinity Program Ownership Requirement - U.S. Region":

- Any and all contracts with the Affinity Partner

- Any other documentation relative to the Affinity Card program

ID#: 010410-010410-0001607

## Sponsorship Marks on Affinity Cards - U.S. Region

Visa Sponsorships, logos, designations, and authenticating statements may be used on an Affinity Card issued by a U.S. Issuer, provided that the Issuer obtains prior written approval from Visa. Such uses will be permitted in limited circumstances and are subject to approval of the applicable authorities.

ID#: 010410-010410-0001702

## Affinity Program Compliance - U.S. Region

A U.S. Member or Affinity Partner must provide information requested by Visa in order to determine whether its Affinity Card program complies with the U.S. Regional Operating Regulations. The Board of Directors may grant a variance to any Operating Regulation pertaining to Affinity Card programs.

ID#: 010410-010410-0001610

© 2011 Visa. All Rights Reserved.

**Determination of Affinity Program Violation - U.S. Region**

If it determines that any provisions of the U.S. Affinity Card program have been violated, Visa may:

- Require modification of the program, including, but **not** limited to:
  - Assignment of the program to a third party
  - Suspension or termination of the program
  - Fines
- Impose fines or terminate the program on 30 calendar days' written notice
- Terminate an Affinity Card program, without cause, with at least 180 calendar days' prior written notice to the U.S. Member and Affinity Partner

ID#: 010410-010410-0001611

**Appeal Rights for Affinity Program Termination - U.S. Region**

If Visa terminates a U.S. Affinity Card program, the Member may appeal the termination to the Board of Directors by providing written notice to Visa within 30 calendar days of receipt of Notification.

The Board's decision is final.

ID#: 010410-010410-0007407

# Brand Positioning

## Card and Product Positioning

### Design Approval for Cards and Displays

A Member must submit proposed designs for all Cards and Point-of-Transaction displays to Visa for written approval:

- Before production
- Each time the design is changed

ID#: 010410-010410-0006146

© 2011 Visa. All Rights Reserved.

## Visa Product Name

If a Member uses a Visa Product Name or any Visa-Owned Mark in typed or printed text, it must comply with *the Visa International Operating Regulations* and the *Visa Product Brand Standards.*

ID#: 010410-010410-0006155


## Visa Card Product Name

A Member must **not**:

- Position any Visa Card as something other than a Visa Card
- Position a Visa Business, Visa Corporate, or Visa Purchasing Card as something other than a Visa Card for the payment of business expenditures
- Position its Trade Name or Mark as adding superior acceptance of the Card at the Point-of-Transaction

ID#: 010410-010410-0006153


## Card Reproduction Requirements

A Member:

- Must produce a Card as specified in the *Visa Product Brand Standards*
- Must **not** distribute or display a reproduction of a Card as an indication of acceptance of Visa products at the Point-of-Transaction

ID#: 010410-010410-0006329


## Positioning, Acceptance, and Accounts - U.S. Region

A U.S. Issuer must **not**:

- Position the Card as something other than a Visa Card [19]
- Position its Trade Name or Mark as adding superior acceptability of the Card at the Point-of-Transaction
- Designate or design any of its Visa Cards, whether through the use of a Trade Name, Mark, numbering scheme, code on the Magnetic Stripe or Chip, or any other device or means, in order to:
  - Permit exclusive or preferential acceptance of any of its Visa Cards by any Merchant or any Affiliated-merchant that is affiliated with the Member
  - Allow any Transaction involving use of these Cards to be treated as anything other than a Visa Transaction, except as specified in "PIN-Debit Network Requirements - U.S. Region"

© 2011 Visa. All Rights Reserved.

- Allow a Visa Card that is used primarily to access a line of credit, to participate in any PIN-based debit program, unless the participation is for ATM access only

ID#: 081010-010410-0003210

## Card and Product Positioning

An Issuer must refer to its Visa Card as a "Visa Card" in all communications regarding its program, including solicitations, advertising, promotions, and other Collateral Material.

ID#: 010410-010410-0003211

## Positioning Trade Name or Mark - Canada Region

A Canada Member must **not** position its Trade Name or Mark as adding superior acceptability of the Card at the Point-of-Transaction.

ID#: 010410-010410-0007231

# Use of Marks in Promotions, Advertisements, and Solicitations

## Solicitations

## Member Identification

A Member must identify itself by city and principal name, and may substitute the local Branch name and city, if desired, on all supplies, materials (including broadcast), and oral or written solicitations sent to current or prospective Cardholders or Merchants. A Member must **not** state or imply in these materials that any other Member's Cards or Merchant materials are being replaced, are invalid, or should be destroyed. A Member must **not** state or imply that Visa provided or endorsed these materials unless Visa designed them for Member use.

ID#: 010410-010410-0006311

## References to Bankruptcy - U.S. Region

Visa Program solicitation materials in the U.S. Region must **not** reference bankruptcy, insolvency, or any similar circumstance.

ID#: 010410-010410-0001216

---

19   A limited exception is allowed for Campus Cards to facilitate closed-loop proprietary campus transactions and permit the use of campus identification/access applications. A Campus Card must still be positioned as a Visa Card, but with the additional functionality noted here.

© 2011 Visa. All Rights Reserved.

## Visa Approval of Marketing Materials - U.S. Region

A U.S. Issuer must submit all marketing materials or other customer communications pertaining to any of the core and optional services to Visa for written approval before distribution.

These materials must comply with the requirements specified in the implementation materials available from Visa, unless the U.S. Member has received prior written approval from Visa.

ID#: 010410-010410-0007438


# Promotional Material


## Merchant Use for Promotions/Advertising

A Member must **not** allow a Merchant or other entity to use any Visa-Owned Mark for promotional or advertising purposes in any media, unless the:

- Member distributes the material
- *Visa International Operating Regulations* or the *Visa Product Brand Standards* permit their use
- U.S. Member's name and city appear on the material, as applicable

If a Merchant uses promotional materials and advertisements that include the use of Visa-Owned Marks, the Merchant must comply with the:

- Regional Operating Regulations
- *Visa International Operating Regulations*
- *Visa Product Brand Standards*

ID#: 090411-010410-0008277


## Competitive Marks with Visa-Owned Marks

A Member may use certain Visa Program Marks on items other than Cards or for sponsorship activities with the Marks of the following or its subsidiaries or affiliates:

- American Express Company
- Discover Financial Services
- MasterCard Worldwide
- Any other entity Visa deems competitive

© 2011 Visa. All Rights Reserved.

The overall appearance of this use must unmistakably convey the idea that the Visa-Owned Mark, when used on items other than Cards or for sponsorship activities, clearly identifies a product or service that is separate and distinct from any product or service of the entities listed above.

ID#: 081010-010410-0006327

## Competitive Marks with Visa-Owned Marks – AP Region, LAC Region, and U.S. Region (Updated)

**Effective 1 October 2011,** in the U.S. Region or in a U.S. Territory, a Member may use the Marks of the American Express Company, MasterCard Worldwide (including Maestro), Discover Financial Services, or the subsidiaries or affiliates of these entities, or other entities deemed competitive by Visa, in connection with a Member's promotion, offer or solicitation of a U.S. Covered Visa Debit Card, or the maintenance of a Cardholder relationship for a U.S. Covered Visa Debit Card as specified in the *Visa Product Brand Standards.*

ID#: 151011-011011-0026530

## Competitive Marks with Visa-Owned Marks - U.S. Region (Updated)

**Effective through 30 September 2011**, a U.S. Member may not use the Visa-Owned Marks in connection with a Member's promotion, offer or solicitation of a payment card product, or the maintenance of a U.S. Cardholder relationship, together with Marks that are associated with payment card products issued by the American Express Company, Discover Financial Services, and their subsidiaries or affiliates (including, by way of example and not limitation, "American Express," "Optima," "Discover," "Bravo," "Novus," and "Membership Rewards") or together with Marks associated with any other payment card company deemed competitive by the Board of Directors, if such Marks are owned or controlled by such competitors.

**Effective 1 October2011**, a U.S. Member may **not** use the Visa-Owned Marks in connection with a Member's promotion, offer or solicitation of a Visa Card not defined as a U.S. Covered Visa Debit Card, or the maintenance of a U.S. Cardholder relationship for a Visa Card not defined as a U.S. Covered Visa Debit Card, together with Marks that are associated with payment card products issued by the American Express Company, Discover Financial Services, and their subsidiaries or affiliates (including, by way of example and not limitation, "American Express," "Optima," "Discover," "Bravo," "Novus," and "Membership Rewards") or together with Marks associated with any other payment card company deemed competitive by the Board of Directors, if such Marks are owned or controlled by such competitors.

ID#: 151011-010410-0006302

## Offer/Issuance Conditions – AP Region, LAC Region, and U.S. Region (Updated)

**Effective through 30 September 2011,** a U.S. Member may **not** condition the offer or issuance of any payment card product bearing the Visa-Owned Marks or the maintenance of a U.S. Cardholder relationship upon the possession or acceptance of a general purpose payment card product issued by the American Express Company, Discover Financial Services, or any other payment card company deemed competitive by Visa.

© 2011 Visa. All Rights Reserved.

**Effective 1 October 2011,** in the U.S. Region or in a U.S. Territory, a Member may condition the offer or issuance of a U.S. Covered Visa Debit Card, or the maintenance of a Cardholder relationship for a U.S. Covered Visa Debit Card, upon the possession or acceptance of a product bearing the Marks of the American Express Company, MasterCard Worldwide, Discover Financial Services, Diner's Club, JCB, or any other non-Visa general purpose payment card network as specified in the *Visa Product Brand Standards.*

ID#: 151011-010410-0006303

## Advertisements Using Visa-Owned Marks

If a Merchant uses promotional materials and advertisements that include the use of the Visa-Owned Marks, the Acquirer must approve them in advance.

ID#: 010410-010410-0002863

## Merchant Use of Marks

A Merchant must **not:**

- Indicate or imply that Visa endorses any Merchant goods or services
- Refer to Visa in stating eligibility for its products, services, or membership
- Use the Visa-Owned Marks for any purpose other than those permitted in the *Visa International Operating Regulations* or without written permission from Visa

In addition, a U.S. Merchant must **not** use the signage associated with the Limited Acceptance Category it has selected for any purpose other than those permitted in the U.S. Regional Operating Regulations or without written permission from Visa. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0007416

## Permitted Merchant Use - U.S. Region

A U.S. Merchant may:

- Indicate in a single advertisement, display, or notice that the Visa Program services and other Card services are available
- Use the Visa-Owned Marks or, if the U.S. Merchant has selected Limited Acceptance, the signage associated with the Limited Acceptance category it has selected, on promotional, printed, or broadcast materials only to indicate the types of Cards it accepts for payment

ID#: 010410-010410-0002343

© 2011 Visa. All Rights Reserved.

**Advertising Materials - Canada Region**

In the Canada Region, Point-of-Transaction advertising and promotional materials (except credit card application forms) must **not** indicate that the Canada Merchant has been signed by, or represents the interests of, a particular Canada Member.

ID#: 010410-010410-0006233

**Non-Member Marks on Collateral Material - Canada Region**

Except as permitted in the Canada Regional Operating Regulations and except as may be permitted by Visa, a name, Trade Name, or Mark of a non-Member must **not** be used on Collateral Material bearing the Visa Program Marks that is used for soliciting applications or communicating with Canada Cardholders. The Marks of the Interac Association are excepted.

ID#: 111011-010410-0006236

# Member Sponsorships

## Sponsorships Usage Requirements

### Use of a Visa-Owned Mark with Member Sponsorships

A Member may use a Visa-Owned Mark to sponsor a specific sporting, musical, artistic, or other event only with prior written consent from Visa.

ID#: 010410-010410-0006317

### Approval Request for Sponsorship Materials

A Member must submit an approval request to Visa at least 2 months before the anticipated release date of any materials associated with sponsorship activities or the start date of a sponsored event, whichever is earlier.

ID#: 010410-010410-0007408

### Use of Visa-Owned Marks with Competitive Marks

A Member must **not** use the Visa-Owned Marks with the Marks of any of the following, or its subsidiaries or affiliates, in any sponsorship activity:

• American Express Company

• Discover Financial Services

© 2011 Visa. All Rights Reserved.

- MasterCard Worldwide (including Maestro)
- Any other entity that Visa deems competitive

ID#: 081010-010410-0006572

## Member as Sponsor

A Member participating in any sponsorship activity must clearly convey in all of its communications and displays that only the Member, **not** Visa, is the sponsor. The Member must **not** state or imply that it owns any of the Visa-Owned Marks.

ID#: 010410-010410-0007405

## Use of Marks on Cards/Decals

A Member may use the partnership or Sponsorship Marks on Cards and decals with other representations of certain Visa Program Marks in advertising and on promotional materials.

ID#: 050411-010410-0001132

## Visa Approval for Use of Visa-Owned Mark in Event Sponsorship - U.S. Region

A U.S. Member must obtain written approval from Visa for its planned use of any Visa-Owned Mark in the sponsorship of events, including all advertising, promotions, and public relations. These rules do not apply to the purchase of advertising not specifically tied to sponsorship of an event.

A U.S. Member must ensure that it uses each Visa-Owned Mark within the scope of the written approval from Visa. After Notification from Visa, a Member must correct any improper use of any of these Marks.

ID#: 010410-010410-0007439

## Use of Marks in U.S. Region - U.S. Region

If permitted, a U.S. Member may use the Visa-Owned Marks only in the United States. If a U.S. Member plans sponsorship activities in any additional country, it must:

- Submit a new request to Visa
- Obtain written consent from Visa prior to the sponsorship
- Comply with the *Visa International Operating Regulations* and the *Visa Product Brand Standards*

ID#: 010410-010410-0001160

© 2011 Visa. All Rights Reserved.

# Electron Mark/Identifier

## Electron Marks Usage Requirements

### The Visa Brand Mark with the Electron Identifier

The Visa Brand Mark with the Electron Identifier is a Visa-Owned Mark that must appear on the front of a Card as specified in the *Visa Product Brand Standards.*

ID#: 010410-010410-0006149

## Visa Brand Mark Conversion

### Effective 1 March 2007:

• All newly-created Visa Electron Cards issued or reissued must :

– Bear the Visa Brand Mark with the Electron Identifier

– Comply with the *Visa Product Brand Standards*

• An Issuer may issue or reissue a Visa Electron Card bearing the Visa Electron Symbol to deplete existing card stock. The Visa Electron Card must expire **no later than 30 June 2011**

**Effective 1 July 2011,** all Visa Electron Cards must bear the Visa Brand Mark with the Electron Identifier.

ID#: 010410-010307-0007409

## Visa Electron Card Bearing the Visa Brand Mark with the Electron Identifier

The Visa Brand Mark with the Electron Identifier must:

• Appear as specified in the *Visa Product Brand Standards*

• Be placed on the front of the Card

ID#: 010410-010410-0006163

## Electron Acquiring Only - U.S. Region

The Visa Electron Program Marks must be used in the U.S. Region for acquiring purposes only.

ID#: 010410-010410-0007406

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

**Use of Electron Marks to Resemble an Electron Card - U.S. Region**

On marketing collateral, a U.S. Member must **not** use the Visa Electron Symbol or Visa Brand Mark with the Electron Identifier in such a way that it could be mistaken for an actual Visa Electron Card and used in a Transaction.

ID#: 010410-010410-0006281

**Prohibition on Checks - U.S. Region**

A U.S. Member must **not** use the Visa Electron Wordmark on any check or Cheque.

ID#: 010410-010410-0006282

# Interlink Program Marks

## Interlink Program Marks Usage Requirements

### Visa Approval to Use Interlink Mark on Visa Cards - U.S. Region

The Interlink Program Marks may appear on Visa Check Cards or Visa Debit Cards if the U.S. Issuer obtains written approval from Visa before issuance.

ID#: 010410-010410-0006288

### Interlink Mark Prominence - U.S. Region

For Cards issued by a U.S. Issuer, the Interlink Program Marks must appear, in equal prominence, on a Visa Check Card or Visa Debit Card also participating in the Interlink Program, if the Card displays the acceptance Mark of any non-Visa PIN-based debit or ATM program.

ID#: 010410-010410-0006290

### Prohibition of Interlink Mark on Credit Cards - U.S. Region

For Cards issued by a U.S. Issuer, the Interlink Program Marks must **not** appear on Visa Cards that primarily access a line of credit.

ID#: 010410-010410-0006291

© 2011 Visa. All Rights Reserved.

**Interlink Mark Display on Cards - U.S. Region**

For Cards issued by a U.S. Issuer, Interlink Program Marks are **not** required to appear on a Visa Check Card or Visa Debit Card also participating in the Interlink Program if:

- The Card does not display the acceptance Mark of any other PIN-based debit program
- The Issuer clearly communicates to its Cardholders, at the time of issuance, that the Card may also be used for PIN debit transactions anywhere Interlink cards are accepted

ID#: 010410-010410-0006289

# Plus Program Marks

## Plus Program Marks Usage Requirements

### Plus Symbol Use

A Member must use the Plus Symbol only as a Mark indicating acceptance for ATM services. Any change to this provision requires a majority vote of the directors in attendance at any meeting of the Board of Directors where a quorum is present.

ID#: 010410-010410-0006324

### Plus Symbol Displayed at an ATM

The Plus Symbol must only be displayed at an ATM that accepts Cards bearing the Plus Symbol for ATM services. Any changes to this provision require a majority 3/4 vote of the directors in attendance at any Board of Directors meeting where a quorum is present.

ID#: 010410-010410-0003583

### Plus Program Marks on Proprietary Cards

An Issuer of Proprietary Cards with Plus Program capabilities must place the Plus Symbol on all Proprietary Cards within 5 years from the beginning date of participation in the Plus Program. The presence of the Plus Symbol is optional on Visa Cards if no other ATM Acceptance Mark is present on the Card.

ID#: 010410-010410-0003577

### Plus Program Marks Description - U.S. Region

The U.S. Plus Program Marks are:

© 2011 Visa. All Rights Reserved.

- Plus Symbol, which consists of the Plus Design positioned to the left and above the Plus Logotype

- Plus Wordmark

- Plus Design or Diamond Design

- Plus Logotype

- Any other Mark that Visa adopts for use with the Plus Program

ID#: 010410-010410-0006283


## Member Agreement for Plus Program Marks Use - U.S. Region

A U.S. Member agrees:

- That it will do nothing inconsistent with Visa ownership of the Plus Program Marks

- That the use of all Plus Program Marks must be for the benefit of, and on behalf of, Visa

- To supply Plus System Inc. and Visa with samples of all materials bearing the Plus Program Marks produced by or for the Member

- To comply with the:

  - *Visa International Operating Regulations*

  - Applicable Certificate of Incorporation and Bylaws

  - *Visa Product Brand Standards*

  - *Plus System, Inc. Bylaws and Operating Regulations*

ID#: 010410-010410-0006284


## Plus Symbol Display Requirement at ATM - U.S. Region

The Plus Symbol must be displayed on participating U.S. ATMs. The Visa Brand Mark with the Electron Identifier may be displayed on participating ATMs.

ID#: 010410-010410-0005768

© 2011 Visa. All Rights Reserved.

**THIS PAGE INTENTIONALLY LEFT BLANK.**

© 2011 Visa. All Rights Reserved.

# Chapter 5: Visa Products and Services

## Core Principle 5.1

### Issuing and Technology Standards

### Following the Standards Established by Visa

Participants in the Visa system agree to follow the card issuing and technology standards established by Visa to ensure systems work together to provide seamless transaction and data processing. For example, the magnetic stripe and chip used on Visa cards must follow compatible standards and specifications to guarantee global interoperability and payment acceptance.

ID#: 010410-010410-0007774

## Core Principle 5.2

### Issuing and Using Visa Products

### Preserving Security, Integrity, and Consistency

To preserve the security, integrity and consistency of experience of the Visa system and meet the diverse needs of participants in the Visa system, participants agree to follow Visa's policies, requirements and standards for issuing and using Visa products and services.

ID#: 010410-010410-0007775

© 2011 Visa. All Rights Reserved.

# Core Principle 5.3

## Card Design Requirements and Standards

### Receiving Approval from Visa

Visa specifies card design requirements and standards for use of its marks to ensure the integrity, safety, and security of the Visa brand and products and to ensure the common, immediate recognition of Visa products and services around the world. Participating issuers agree to use only Visa-authorized card manufacturers and card personalizers to produce Visa cards. Participants agree to submit card designs for Visa approval to ensure adherence to the *Visa Product Brand Standards*.

ID#: 010410-010410-0007776

# Card Issuance

## Issuer Responsibilities - General

### General Member Card Program Requirements - Canada Region

A Visa Canada General Member must:

- Operate its own Card program
- Issue Cards in its own legal name or in a Trade Name or Mark owned by the Member and approved by Visa, bearing the Visa-Owned Marks, to eligible Cardholders

ID#: 010410-010410-0004091

### General Member Card Plan - Canada Region

Each Visa Canada General Member must operate its own Card plan that conforms to the minimum standards specified below:

- Each Member must issue Cards in its own name and own the receivables arising from the use of such Cards; securitization does not impact ownership for the purpose of the Operating Regulations
- Cards issued by each Member will entitle Cardholders to make purchases of goods and services and to obtain Cash Disbursements
- Subject to appropriate Authorization, each Member will honor Cards issued by other Members for Cash Disbursements

© 2011 Visa. All Rights Reserved.

- Subject to appropriate Authorization, each General Member will cause its Merchants to honor Cards issued by other such Members for the purchase of goods and services

ID#: 010410-010410-0004092

## Card Accessing Cardholder Funds on Deposit - U.S. Region

A U.S. Issuer must **not** issue or reissue a Visa Card that accesses Cardholder funds on deposit at an organization other than the Issuer's, unless it:

- Receives prior written consent from the organization where the funds are deposited
- Completes automated clearing house notification requirements

Monthly periodic payments are excluded from this prohibition.

ID#: 010410-010410-0004573

## Adhesive Material on Cards - U.S. Region

Except as specified in "Card Activation Sticker - U.S. Region," a U.S. Issuer must ensure that no adhesive material is affixed to either side of a Visa Card unless it is integral to the manufacture of the Card.

ID#: 010410-010410-0003407

## Card Activation Sticker - U.S. Region

A U.S. Issuer may affix a Card activation sticker to the front or back of its Cards if the sticker does not interfere with any other security features of the Card.

The Card activation sticker or other material enclosed with the Card mailer must either:

- Provide a telephone number for the Cardholder to call to activate the Card and instruct the Cardholder to contact the Issuer upon receipt of the Card for activation and to remove the sticker from the Card once activation has occurred
- For Visa Check Cards that are activated by the Cardholder at a PIN-based Terminal, instruct the Cardholder to remove the sticker from the Card before activation

ID#: 010410-010410-0008695

## Telephone Number for Cardholder Inquiries - U.S. Region

A U.S. Member that lists a telephone number in a telephone directory for the purpose of receiving Cardholder inquiries must insert at least the following listing: "Visa Card Center-(Name of Member)."

ID#: 010410-010410-0006330

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Account Range and BIN Use

### Multiple Programs on Same BIN

An Issuer may establish multiple Visa Card programs or Virtual Account programs within the same BIN.

ID#: 010410-010410-0004555

### Business Plan Requirement for Multiple Visa Programs on Single BIN

Visa may require a business plan if an Issuer requests the assignment of designated account ranges to multiple Visa Card programs within a single BIN.

ID#: 010410-010410-0003145

### Visa Right to Deny Account Range Request

Visa reserves the right to deny a request for a designated account range within an existing BIN.

ID#: 010410-010410-0003147

### BIN Assignment for New Visa Card Programs

For a new Visa Card program, an Issuer may assign either a:

- Unique BIN for each Visa Card program
- Designated account range within a BIN for a specific Visa Card program by completing Section 6 of the "BIN License Agreement" available through the Visa Publication Center on Visa Online

ID#: 050411-010410-0003143

### Account Range and BIN Assignment for Existing Visa Card Programs

For existing Visa Card programs, an Issuer must **not** request a new designated account range assignment within an active BIN.

ID#: 171011-010410-0003146

© 2011 Visa. All Rights Reserved.

**BIN Requirements for Card Program Category Conversion - U.S. Region**

If a U.S. Member converts its Card program from one Visa category to another (e.g., Visa credit Cards to Visa Debit Cards), it must comply with the unique BIN requirements of the Visa category to which the program is converted as specified in the *Visa International Operating Regulations* on the date of the Card program conversion.

ID#: 010410-010410-0003217

## Account Number Specifications

### BIN and Account Number Specifications

The  specifications for BIN and Account Number structures embossed, encoded, or printed on all Visa Cards and Visa Electron Cards.

ID#: 111011-010410-0003196

## PIN Issuance

### PIN Availability Requirement

An Issuer must make a PIN available to each Cardholder for use with a Card. PIN issuance is **not** required for certain Visa Prepaid Card programs bearing the Visa Brand Mark, or Visa Brand Mark with the Electron Identifier, as outlined in the applicable Visa International Prepaid Program Guidelines. An Issuer may elect not to offer PINs for certain types of Visa Prepaid Card products with prior written approval from Visa.

ID#: 081010-010410-0004019

### PIN Issuance Requirements

An Issuer must:

- Notify its Cardholders of PIN availability
- Comply with the *Payment Technology Standards Manual*
- Successfully complete certification testing to demonstrate its capability to perform PIN Verification, or designate Visa to perform this function
- Select Stand-In Processing Issuer options pertaining to a Transaction for which a PIN is used

ID#: 111011-010210-0004571

© 2011 Visa. All Rights Reserved.

## PIN Issuance Requirements - U.S. Region

A U.S. Issuer must:

- Comply with the *Payment Technology Standards Manual*
- Successfully complete required testing to demonstrate its capability to perform PIN Verification, or designate Visa to perform this function
- Issue a PIN to each Cardholder for use with their Visa Card. A Visa Traditional and Classic Visa Check Card Issuer has complied with this requirement if the Issuer notifies its Cardholders that they may either:
  – Select their own PIN
  – Request that a PIN be issued
- Notify each of its Cardholders of the availability of PINs and the Visa ATM Network. Issuers of the following Card products must provide this notification annually to all active:
  – Visa Check Card Cardholders
  – Visa Signature Cardholders
  – Visa Signature Preferred Cardholders
- Ensure the security of the PIN
- Select V.I.P. System Issuer options pertaining to a Transaction for which a PIN is used

ID#: 081010-010410-0004563

## PIN for Emergency Card Replacement - CEMEA Region

A CEMEA Issuer that issues an Emergency Card Replacement is **not** required to issue a PIN.

ID#: 081010-010410-0007232

## PIN Issuance for Visa Signature and Visa Signature Preferred Cards - U.S. Region

A U.S. Issuer must comply with "PIN Issuance Requirements - U.S. Region" within one year of issuing one of the following Card products to a new Cardholder:

- Visa Signature
- Visa Signature Preferred

A U.S. Issuer whose internal systems support customer PIN selection must offer the availability of PINs to all of its Cardholders, unless prohibited by applicable law.

© 2011 Visa. All Rights Reserved.

A U.S. Issuer whose internal systems do not support customer PIN selection must issue PINs to all of its Cardholders, unless prohibited by applicable law. Notifying Cardholders that a PIN is available upon request does **not** satisfy this requirement.

ID#: 010410-010410-0008126

# Expiration Date Standards

## Expiration Date Consistency

The expiration date contained in the Chip must be the same as the expiration date encoded on the Magnetic Stripe and displayed on the Card. If applicable, the expiration date of proprietary services on the Card must **not** exceed the Visa or Visa Electron Payment Application expiration date.

ID#: 081010-010410-0003209

## Expiration Date Consistency - Chip Cards

The expiration date on a Visa Card, Visa Electron Card, or Card bearing the Plus Symbol must **not** be later than the expiration date of the Issuer's Public Key, or any security feature containing an expiration date in a Chip, if one is present on the Card.

ID#: 010410-010410-0003199

## Emergency Card Replacement Expiration Date - CEMEA Region

For a CEMEA Issuer that issues an Emergency Card Replacement, the expiration date must be either:

• The last day of the month following the month of issuance

• A date assigned by the Issuer of no later than 1 year from the issuance date

ID#: 090411-010410-0007234

# Issuer Performance Standards

## Retrieval Request Rate Standards for Copy Bearing Signature - U.S. Region

A U.S. Issuer must **not** exceed the monthly rate of 0.016% for Retrieval Requests for copy bearing signature. A copy bearing signature Retrieval Request rate is defined as the combined total of Retrieval Requests for reason code 28, "Request for Copy Bearing Signature," and reason code 33, "Request for Legal Process or Fraud Analysis," as a percentage of the total number of Transactions for each month.

ID#: 010410-010410-0006430

© 2011 Visa. All Rights Reserved.

**Chargeback Rate Standards - U.S. Region**

A U.S. Issuer must **not** exceed the Chargeback rate of 0.17% for its Consumer Visa Product or Commercial Visa Product program. The Chargeback rate is the number of Chargeback rights exercised as a percentage of all Sales Drafts received.

ID#: 010410-010410-0006900

**Representment Rate Standards - U.S. Region**

A U.S. Issuer must **not** exceed the Representment rate of 42% for its Consumer Visa Product or Commercial Visa Product program. The Representment rate is the number of Representments received as a percentage of all Chargebacks processed.

ID#: 010410-010410-0006901

# Card Manufacture and Delivery

## Card Shipping and Security

### Issuer Standards for Distribution Channel Vendors

An Issuer may contract through another Issuer or a Distribution Channel Vendor for the packaging, storing, and shipping of pre-manufactured, commercially ready Visa Products. ("Pre-manufactured, commercially ready" refers to non-personalized Visa Products that have already been manufactured, encoded, and embossed/printed and are ready for sale or distribution to Cardholders.)

If the Issuer uses a Distribution Channel Vendor, it must:

- Register the Distribution Channel Vendor as a Third Party Agent, as specified in "General Agent Requirements"
- Validate annually the Distribution Channel Vendor's compliance with the *Visa Global Physical Security Validation Requirements for Data Preparation, Encryption Support and Fulfillment Card Vendors*
- Comply with Third Party Agent program requirements, as specified in "General Agent Requirements"

Visa may audit the Third Party Agent's or Issuer's processes and controls to validate that a Distribution Channel Vendor is compliant with the *Visa Global Physical Security Validation Requirements for Data Preparation, Encryption Support and Fulfillment Card Vendors.*

ID#: 050411-010100-0025520

© 2011 Visa. All Rights Reserved.

**Preparation for Mailing of Individual Personalized Visa Products**

An Issuer must:

- Proof and prepare Visa Products for mailing under dual control in a high-security area separate from other operations
- Prevent unauthorized entry into the area
- Ensure that Cardholder addresses, including postal codes, are complete and correct
- Maintain stuffed, sealed, and stamped envelopes in a vault under dual control until mailing
- Record the exact date, time, and place of mailing for each Visa Product
- Report any Visa Products lost in the mail to Visa, the postal authorities, and the appropriate carrier

ID#: 050411-010100-0025519

**Card Security Staff Requirements**

An Issuer must have a qualified fraud control and Card security officer and staff that are primarily responsible for all areas of security for Visa Cards and Visa Electron Cards. The security staff must:

- Investigate all fraudulent use of the Issuer's Visa Cards or Visa Electron Cards
- Plan and supervise the manufacturing, embossing, encoding, printing, and mailing of the Issuer's Visa Cards or Visa Electron Cards
- Plan and supervise the physical protection of the Issuer's Center and building
- Participate in Center employee background investigations

ID#: 010410-010410-0002394

# Card Embossing, Printing, Encoding, and Personalization

### Visa Product Personalization - Issuer Requirements

An Issuer that personalizes Visa Products on its own behalf must create and maintain a secure environment.

An Issuer that personalizes Visa Products on behalf of other Issuers must ensure that it complies with the requirements specified in:

- *Global Physical Security Validation Requirements for Card Vendors*
- *Global Logical Security Validation Requirements for Card Personalization Vendors*
- Applicable regional Issuer personalization policy, available from Visa

© 2011 Visa. All Rights Reserved.

If participating in Instant Card Personalization Issuance, the Issuer must ensure that the Card personalization process complies with the *Visa Global Instant Card Personalization Issuance Security Standards.*

The Issuer may complete an annual "Instant Card Personalization Issuance Self-Audit Questionnaire," as specified in the *Visa Global Instant Card Personalization Issuance Security Standards,* for each Instant Card Personalization Issuance location and retain the questionnaire for auditing purposes.

For each Third Party Agent performing Instant Card Personalization Issuance, the Issuer must:

- Register the Third Party Agent, as specified in "General Agent Requirements"

- Validate the Third Party Agent's compliance with the *Visa Global Instant Card Personalization Issuance Security Standards* and complete an annual "Instant Card Personalization Issuance Self-Audit Questionnaire" for each location

- Comply with Third Party Agent program requirements, as specified in "General Agent Requirements"

Visa may audit the Third Party Agent's or Issuer's processes and controls to validate that the Third Party Agent performing Instant Card Personalization Issuance complies with the *Visa Global Instant Card Personalization Issuance Security Standards.*

ID#: 050411-010100-0025518


## Liability for Misencoded Visa or Visa Electron Cards

Visa assigns liability for payment of Transaction Receipts resulting from the use of a Misencoded Visa Card or Visa Electron Card:

- To the Acquirer that received the Transaction Receipt, if the Misencoded Visa Card bears a BIN that was **not** assigned to a Member. The Acquirer is liable until:

  – The Misencoded Visa Card or Visa Electron Card is recovered

  – Visa identifies the Issuer that ordered its manufacture

- To the Issuer to which the BIN is assigned, if an Acquirer receives a Misencoded Visa Card or Visa Electron Card bearing a valid BIN but an invalid Account Number. The Issuer is liable:

  – If the Acquirer presents the Transaction Receipt within 180 calendar days of the Transaction Date

  – Until the Issuer that ordered the manufacture of the Visa Card or Visa Electron Card is identified

ID#: 010410-010410-0001813


## Liability for Misembossed or Misencoded Visa Cards - U.S. Region

In the U.S. Region, Visa assigns liability for payment of Transaction Receipts resulting from the use of Misembossed or Misencoded Visa Cards based on the following priorities in the order shown:

© 2011 Visa. All Rights Reserved.

- Member or foreign licensee that appears on the Misembossed or Misencoded Card as its Issuer, if the Card has been recovered

- Member or foreign licensee whose BIN appears on the Transaction Receipt, if the Misembossed or Misencoded Card has not been recovered or if the name of the Member or foreign licensee does not appear on the Card

- Member or foreign licensee that first received the Transaction Receipt. If the Misembossed or Misencoded Card is recovered within 12 months of the Transaction Date, the Member or licensee may transfer liability for the Transaction Receipt to the Member or foreign licensee appearing on the Misembossed or Misencoded Card as its Issuer.

ID#: 010410-010410-0001817

# Issuer Requirements - General

## Exchange Rates

### International Transaction or Currency Conversion Fee Disclosure

An Issuer must provide a complete written disclosure of any fees that may be charged to a Cardholder for an International Transaction or when currency conversion occurs.

ID#: 010410-010410-0000387

### Issuer Disclosure of Exchange Rate - AP Region

An AP Issuer must disclose to each of its Cardholders in writing that the exchange rate between the Transaction Currency and the Billing Currency used for processing International Transactions is either:

- A rate selected by Visa from the range of rates available in wholesale currency markets for the applicable Processing Date, which rate may vary from the rate Visa receives

- The government-mandated rate in effect for the applicable Processing Date

in each instance, plus or minus any adjustment that the Issuer determines.

ID#: 010410-010410-0004088

### Cardholder Notification of Fees and Charges - CEMEA Region

A CEMEA Issuer of Visa Cards, Proprietary Cards bearing the Plus Symbol, and Cards bearing the Visa Brand Mark with the Electron Identifier must notify its Cardholder in writing of the following:

- That the exchange rate between the Transaction Currency and the Billing Currency used for processing International Transactions is either:

© 2011 Visa. All Rights Reserved.

- – A wholesale market rate
- – The government-mandated rate
- Additional fees and charges (if any) assessed by the Issuer through the addition of a percentage increase to the Basic Currency Conversion Rate or any other fees for currency conversion
- Specific fees and charges to be assessed to the Cardholder, where appropriate, including, but not limited to:
  - – Annual fee
  - – Interest rate(s), if applicable
  - – ATM Cash Disbursement fee
  - – Manual Cash Disbursement fee
  - – PIN Replacement charge
  - – Fee for additional statement copies
  - – Late payment fee
- Date on which the Cardholder will incur a late payment fee if the Issuer does **not** receive payment for outstanding Transaction amounts appearing on the Cardholder billing statement

A CEMEA Issuer may choose the method by which it notifies the Cardholder in writing. This may include, but is not limited to, one or more of the following:

- Cardholder Agreement
- Cardholder Terms and Conditions
- Any other Agreement between the Cardholder and the Issuer
- Monthly billing statement

ID#: 111011-010410-0008822

## Issuer Disclosure of Exchange Rate - U.S. Region

A U.S. Issuer must disclose to each of its Cardholders in writing that the exchange rate between the Transaction Currency and the Billing Currency used for processing International Transactions is either:

- A rate selected by Visa from the range of rates available in wholesale currency markets for the applicable Central Processing Date, which rate may vary from the rate Visa itself receives
- The government-mandated rate in effect for the applicable Central Processing Date

in each instance, plus or minus any adjustment determined by the Issuer.

ID#: 010410-010410-0000389

© 2011 Visa. All Rights Reserved.

# Cardholder Liability

## Limitation of Cardholder Liability - AP Region

An AP consumer Card Issuer must limit a Cardholder's liability to zero upon notification of all Cardholder-disputed, unauthorized Visa Transactions except ATM Cash Disbursements.

ID#: 010410-010410-0003925

## Limitation of Cardholder Liability - Canada Region

A Canada Issuer must hold harmless a Cardholder from any liability for Transactions which the Cardholder establishes, to the satisfaction of the Issuer, are **not** the responsibility of the Cardholder in accordance with the terms of the Issuer's Cardholder agreement and of any related documentation.

ID#: 010410-010410-0000394

## Limitation of Cardholder Liability for Unauthorized Transactions - Canada Region

A Canada Issuer must **not** impose a minimum Cardholder liability amount with regard to unauthorized Transactions. Unauthorized Transactions may be defined in the Issuer's Cardholder agreement and in any related documentation.

ID#: 010410-010410-0000395

## Applicability of Liability-Related Operating Regulations - Canada Region

In the Canada Region, "Limitation of Cardholder Liability - Canada Region" and "Limitation of Cardholder Liability for Unauthorized Transactions - Canada Region" only apply to consumer and Business Cardholder Transactions and do **not** apply to Visa Corporate Card and Visa Purchasing Card Transactions.

ID#: 010410-010410-0000396

## Advertising for the Zero Liability Program - Canada Region

Any promotional, advertising, or marketing language used for the Zero Liability Program in the Canada Region must contain messaging, in the body of the promotional, advertising, or marketing language and not as a footnoted disclaimer, to the effect that Cardholders are responsible for ensuring that they protect their PIN.

ID#: 010410-010410-0000397

© 2011 Visa. All Rights Reserved.

## Limitation of Cardholder Liability - U.S. Region

For Visa Consumer Cards and Visa Business Cards issued in the U.S. Region, upon receipt of notification from its Cardholder of unauthorized Visa Transactions, a U.S. Issuer must limit the Cardholder's liability for those Transactions to zero. This requirement is **not** applicable for ATM Cash Disbursements or Visa Corporate Card or Visa Purchasing Card Transactions.

ID#: 010410-010410-0008434

## Increase of Cardholder Liability - U.S. Region

A U.S. Issuer may increase the limit of the Cardholder's liability for unauthorized Visa Transactions only if the Issuer reasonably determines, based on substantial evidence, that the Cardholder was grossly negligent or fraudulent in the handling of the account or the Card.

ID#: 010410-010410-0008171

## Notification of Unauthorized Visa Business Card Transactions - U.S. Region

A U.S. Issuer of Visa Business Cards may require the notification of unauthorized Visa Transactions to be received within 60 calendar days of the mailing date of the first statement showing unauthorized Visa Transactions.

ID#: 010410-010410-0000404

## Unauthorized Visa Business Card Transaction Exclusions - U.S. Region

A U.S. Issuer of Visa Business Cards may define an unauthorized Visa Transaction to exclude any Transaction allegedly conducted by:

- A business co-owner
- The Cardholder or person authorized by the Cardholder
- Any other person with an interest in or authority to transact business on the account

ID#: 010410-010410-0000406

# Provisional Credit

## Provisional Credit - AP Region

An AP Issuer must provide provisional credit to a Cardholder's account within 5 business days of such notification.

© 2011 Visa. All Rights Reserved.

The AP Issuer may require written confirmation or other documentation from the Cardholder before providing provisional credit as per the terms and conditions of the Cardholder agreement.

The AP Issuer may:

- Withhold providing provisional credit if the Issuer determines that specific investigations are required, including those for specific transactions and Merchant types, if the prior account history is unsatisfactory, or if the nature of transactions justifies the delay in crediting the Cardholder's account

- Increase the amount of the Cardholder's liability for unauthorized Visa transactions if the Issuer determines, based on available evidence (provided by the Cardholder or otherwise), that the Cardholder was grossly negligent or fraudulent in the handling of the account or the Card (this includes protecting the Card, account, or PIN and reporting the loss or unauthorized transactions)

ID#: 010410-010410-0008700

## Provisional Credit - Canada Region

A Visa Debit Card Issuer in the Canada Region must provide provisional credit to any Visa Debit Cardholder's account within 2 business days of the notification of a dispute or unauthorized Transactions.

ID#: 050411-200209-0008069

## Withholding of Provisional Credit - Canada Region

A Visa Debit Card Issuer in the Canada Region may withhold a provisional credit if any of the following apply:

- The Issuer determines that specific investigations are required, including those for specific Transactions and Merchants

- The prior account history is unsatisfactory

- The nature of the Transaction justifies the delay in crediting the Cardholder's account

ID#: 050411-200209-0008070

# Cardholder Applications

## Card Application Processing Fee - U.S. Region

A U.S. Issuer or Agent that charges an application processing fee for a Visa Card must:

- Disclose that the fee is for processing the application and is in addition to Cardholder fees or charges payable if the Visa Card is issued

© 2011 Visa. All Rights Reserved.

- Provide the disclosure in a way that allows the Cardholder to avoid the fee if they do not want to pursue the application

ID#: 010410-010410-0000412

## Card Application Processing Fee Restrictions - U.S. Region

A U.S. Issuer or its Agent must **not**:

- Charge a fee for providing an application to a potential Cardholder
- Use a "900" area code, "976" telephone exchange, or any similar telephone number to charge a fee for inquiries about obtaining a Visa Card

ID#: 010410-010410-0000413

## Required Card Issuance - U.S. Region

A U.S. Issuer must issue a Visa Card to any prospective Cardholder who has:

- Requested the Card on the application
- Met all application and Card issuance requirements

ID#: 010410-010410-0000414

# Confidentiality of Cardholder Information

## Cardholder Information Privacy Requirements - Canada Region

A Canada Issuer must certify to Visa that it has met the applicable requirements of privacy legislation for the collection, use, and disclosure of personal Cardholder information among Visa and its employees and agents, for the purpose of processing, authorizing, and authenticating a Cardholder's Transactions and providing customer assistance services to a Cardholder.

ID#: 010410-010410-0001986

## Contest and Promotion Privacy Requirements - Canada Region

A Canada Issuer will have met the applicable requirements of privacy legislation where the Issuer's Cardholders participate in contests and promotions administered by Visa on behalf of the Issuer.

ID#: 010410-010410-0001987

© 2011 Visa. All Rights Reserved.

**Privacy Legislation - Acquirer Requirements - Canada Region**

A Canada Acquirer must certify to Visa that it has met the applicable requirements of privacy legislation for the collection, use, and disclosure of personal information among Visa and its employees and agents, for the purpose of a Merchant's participation in the Visa Program.

ID#: 010410-010410-0005395

**Cardholder Data Provision for Prize Awards - U.S. Region**

A U.S. Issuer must provide Cardholder data to Visa for the purposes of awarding prizes in conjunction with promotional activities conducted by Visa, unless prohibited by applicable law.

A U.S. Issuer that is prohibited by applicable law from disclosing Cardholder data must:

- Assist Visa as follows:
  - Notify its Cardholder that they have been awarded a prize
  - Obtain the necessary documentation from the Cardholder
- Comply with all requirements specified by Visa
- Ensure that any prize is awarded directly to the Cardholder

ID#: 010410-010410-0008704

**Disclosure of Visa Transaction Information - U.S. Region**

A U.S. Issuer may only disclose Visa Transaction Information to third parties approved by Visa, for the sole purpose of:

- Supporting a loyalty program
- Providing fraud control services

This requirement does **not** apply to Commercial Visa Product Issuers in the U.S. Region.

ID#: 010410-010410-0003555

## Data Retention and Transmission

### Recurring Transaction Data

An Issuer must include the data transmitted in the Clearing Record on the Cardholder billing statement that:

- Identifies a Recurring Services Merchant
- Enables the Cardholder to contact the Merchant

© 2011 Visa. All Rights Reserved.

This data may include, but is **not** limited to:

- Merchant name
- Merchant city
- Merchant state/province
- Merchant country
- Merchant telephone number

ID#: 010410-010410-0004080

## Enriched Transaction Data - U.S. Region

A U.S. Issuer that receives enriched data with any of the following Transactions, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN), must comply with this section:

- CPS/Hotel and Car Rental Card Present
- CPS/Hotel and Car Rental Card Not Present
- CPS/e-Commerce Preferred Hotel and Car Rental
- A Transaction that includes Airline itinerary data

For the above Transactions, an Issuer must either:

- Print the data on the Cardholder statement
- Retain the data for a minimum of 200 calendar days from the Transaction Date

ID#: 010410-010410-0003554

# Disputed Transactions - Canada Region

## Issuer Contact Disclosure - Canada Region

A Canada Issuer must disclose in its consumer Cardholder agreements that Cardholders may contact the Issuer to discuss disputes the Cardholder may have with respect to a Transaction on their Cardholder statement.

ID#: 010410-010410-0004106

## Disputed Transactions - Issuer Requirements - Canada Region

Where a Canada Issuer reasonably determines the dispute is:

- Legitimate

© 2011 Visa. All Rights Reserved.

- Properly documented by the Cardholder as required in accordance with the *Visa International Operating Regulations* and/or the Canada Regional Operating Regulations

- Aligned with the Chargeback rights as defined in the *Visa International Operating Regulations* and/or the Canada Regional Operating Regulations (including without limitation the time limit for initiating the Chargeback)

the Issuer must provisionally credit the Cardholder's account and process the Chargeback, provided that:

- The dispute relates to an Electronic Commerce or Mail/Phone Order Transaction

- The Cardholder has attempted to resolve the dispute with the Merchant and the Merchant has failed to refund the Cardholder within 30 days of their request for a refund

- There is no other person, entity, board, official, fund, or other source that will provide Cardholder with a refund for such Transaction

ID#: 010410-010410-0004107

## Cardholder Credit Requirements - Canada Region

Where all of the conditions stipulated in "Disputed Transactions - Issuer Requirements - Canada Region" are met and a Canada Issuer chooses not to process a Chargeback, the credit to the Cardholder's account must be final.

ID#: 010410-010410-0004108

## Reversal of Disputed Transaction Credit - Canada Region

A Canada Issuer may reverse a provisional credit only if it properly initiated a Chargeback that is determined by Visa to be invalid, except where the Chargeback is determined by Visa to be valid on its merits and properly documented, but declined by reason of the Issuer's failure to meet a Visa requirement.

ID#: 010410-010410-0004109

# Cardholder Notifications

## Notification of Card Use Restrictions

An Issuer must include language in its Cardholder agreement that a Card must **not** be used for any unlawful purpose, including the purchase of goods or services prohibited by local law.

ID#: 010410-010410-0000386

© 2011 Visa. All Rights Reserved.

## Chip Card Issuer Identification

A single Issuer must be designated and identified to a Cardholder as the Issuer of a Chip Card.

ID#: 010410-010410-0004022


## Disclosure and Disclaimer Information for Visa Gold or Visa Business/Corporate Card Issuer - AP Region

In the AP Region, Visa may require a Visa Gold or Business/Corporate Card Issuer to provide disclosure and disclaimer information, as specified in its implementation materials, and any subsequent communications to its Cardholders as required under applicable law.

ID#: 010410-010410-0000824


## Disclosure of Responsibility for Charges - AP Region

While an AP Member is free to represent to its Cardholder or Merchant that Visa imposes a charge on the Member, the Member must **not** represent to its Cardholder or its Merchant that Visa imposes any charge on the Cardholder or the Merchant. Members are responsible for making whatever disclosures applicable law requires with respect to their charges to their Cardholders or to their Merchants.

ID#: 010410-010410-0004089


## Merchant Portfolio Purchase Information Requirements - U.S. Region

When a U.S. Issuer replaces a Merchant's credit card with a Card, due to a portfolio purchase, the Issuer must inform the Cardholder of the name of that Merchant whose card is being replaced as well as the Issuer's name and city.

ID#: 010410-010410-0000410


## Cardholder Signature Requirements - U.S. Region

**Effective through 14 February 2011,** when it issues or reissues a Card, a U.S. Issuer must:

- Advise the Cardholder to immediately sign the signature panel on the back of the Card
- Indicate that the Card must be signed in order to be valid

ID#: 050411-010410-0000415


## Disclosure of Provision of Cardholder Data - U.S. Region

A U.S. Issuer must:

© 2011 Visa. All Rights Reserved.

- Disclose in its Cardholder agreement that it may provide Cardholder personal data to Visa, its Members, or their respective contractors for the purpose of providing Emergency Cash and Emergency Card Replacement Services
- Require that the Cardholder consent to the release of this information

ID#: 010410-010410-0003870

## Telephone Number for Cardholder Assistance - U.S. Region

A U.S. Issuer must provide a toll-free telephone number where a Cardholder of one of the following products may obtain assistance 24 hours a day, 7 days a week while traveling:

- Visa Signature
- Visa Signature Preferred
- Commercial Visa Products

ID#: 010410-010410-0000417

## Communication of Cardholder Assistance Telephone Number - U.S. Region

A U.S. Issuer must communicate one of the following toll-free telephone numbers to each Cardholder at least once a year:

- Visa Customer Care Services telephone or fax number
- Issuer's own or its agent's assistance center telephone or fax number

The toll-free telephone number for U.S. Cardholder assistance must be printed on the back of the Card, on a wallet card, or on other material furnished to the Cardholder.

ID#: 050411-010410-0008723

## Disclosure of Features and Services - U.S. Region

A U.S. Issuer must disclose to its Cardholders, in a timely manner, upgraded features and services when a Cardholder converts from one Card program to another (e.g., Visa Traditional to Visa Signature). The Issuer is responsible for any liability that arises from the timing of the disclosure.

ID#: 010410-010410-0000425

## Disclosure of Non-Visa PIN Debit Transaction Information - U.S. Region

A U.S. Issuer that issues a Visa Check Card or Visa Debit Card that also may be used for non-Visa PIN debit transactions but does not bear any PIN debit program Marks must clearly communicate to its Cardholders how such Cards may be used to initiate non-Visa PIN debit transactions.

ID#: 010410-010410-0007424

© 2011 Visa. All Rights Reserved.

# Insurance Program - U.S. Region

## Insurance Program Issuer Requirements - U.S. Region

In the U.S. Region, a Visa Product Issuer that offers any Visa insurance program must:

- Provide disclosure and disclaimer information to Cardholders as specified in implementation materials and subsequent communications available from Visa, as follows:

  – Send a paper copy of the insurance certificate or other disclosure of terms, conditions, and exclusions to each Visa Cardholder upon initial issuance of a Card, and for existing Cardholders 30 days prior to any material change in benefit coverage, conditions, or exclusions (except as specified for discontinuance of coverage), or if new insurance benefits are added, unless more frequent disclosure is required by applicable law

  – If an Issuer discontinues one or more insurance benefits, send each Cardholder a paper-based termination notice via statement insert, statement message, or direct mail communication no later than 60 days prior to the effective date of the change. In addition, prior to sending a termination notice to Cardholders, the Issuer must obtain written approval from Visa for the proposed content of such notice.

  – If an Issuer adds insurance benefits, fully disclose the new insurance benefit information, administrator's phone number, and other pertinent information to each Visa Cardholder

  – If an Issuer discontinues insurance benefits provided by Visa and elects to provide such benefits through an alternate provider, it must fully disclose the new insurance benefit information, administrator's phone number, and other pertinent information to each Visa Cardholder

  – Inform Cardholders that in order to receive Insurance benefits, their beneficiaries must prove that the Cardholder purchased the product or service with a Visa Card

- Maintain accurate records documenting the fact that the Issuer sent a copy of the insurance certificate or other disclosure of terms, conditions, and exclusions to each enrolled Visa Cardholder

ID#: 010410-010410-0000420

## Insurance Claim Payment - U.S. Region

A U.S. Issuer must pay for any valid insurance claim if either:

- The Issuer did not maintain coverage
- The insurance carrier would have been responsible but failed to pay a valid claim due to insolvency, bankruptcy, or other financial inability to meet its policy obligations

ID#: 010410-010410-0000423

© 2011 Visa. All Rights Reserved.

**Issuer Responsibility for Insurance Claims - U.S. Region**

A U.S. Issuer must defend and pay for any insurance claim if the Cardholder files a claim based on an insurance certificate or other disclosure of terms, conditions, and exclusions and either:

• The Issuer failed to send, or cannot provide documentation of fulfilling its obligation to send, disclosure and disclaimer information to the Visa Cardholder advising the Cardholder that such coverage was no longer available

• The Issuer misrepresented the actual terms of the coverage underwritten, misstated the type or scope of coverage offered by the Issuer, or altered the insurance coverage description without Visa written approval, and such misrepresentation, misstatement, or alteration results in an obligation or claim to pay a claim that was not otherwise covered

ID#: 010410-010410-0000424


# Other Issuer Requirements


### Issuer Credit Transaction Posting

**Effective 16 October 2010,** an Issuer must post a Credit Transaction Receipt to a Cardholder's account within 5 calendar days from the Settlement date.

ID#: 081010-161010-0025743


### Issuer Credit Transaction Posting - U.S. Region

**Effective 16 October 2010,** except for U.S. Visa Debit Card Issuers, a U.S. Issuer must post a Credit Transaction Receipt to a Cardholder's account within 3 business days from the Settlement date.

ID#: 081010-161010-0025744


### Real-Time Clearing - U.S. Region

In the U.S. Region, for a Real-Time Clearing Transaction, an Issuer must release any hold on available funds in its Cardholder's account as a result of an approved Authorization request:

• Upon receipt of the Completion Message

• Upon expiration of the time limit for completion specified in the preauthorization request if a Completion Message has not been received by that time

ID#: 010410-010410-0006428

© 2011 Visa. All Rights Reserved.

**Cardholder Payments - Canada Region**

Subject to Cardholder consent to any charge imposed by a Canada Member, the Member must accept from the Cardholder a payment in Canadian dollars for another Canada Member's Canadian dollar-denominated Visa billing. Payment must be promptly remitted to that Member.

ID#: 010410-010410-0007459

# Magnetic-Stripe Requirements

## General Magnetic-Stripe Requirements

### Magnetic-Stripe Material - U.S. Region

For Cards issued in the U.S. Region, Magnetic-Stripe material on Cards must consist of high coercivity magnetic tape. A U.S. Issuer must ensure that Visa-defined values are encoded on the Magnetic Stripe of a Visa Mini Card as specified in the *Payment Technology Standards Manual.*

ID#: 081010-010410-0004575

## Magnetic-Stripe Encoding

### Magnetic-Stripe Encoding Requirements

The Magnetic Stripe on a Visa Card or Visa Electron Card must be encoded on both track 1 and 2, as specified in the *Payment Technology Standards Manual.*

A variance to this requirement applies in the LAC Region for Magnetic Stripe personalization of instant issue embossed Visa Cards.

ID#: 010410-010410-0003602

### Service Codes on Magnetic Stripe

An Issuer may encode its Card acceptance policies in the Service Code field of the Magnetic Stripe using all Service Codes valid for the applicable Card product.

Service Code values must be encoded as specified in the *Payment Technology Standards Manual.*

ID#: 010410-010210-0003603

© 2011 Visa. All Rights Reserved.

# Chip Card Requirements

## General Chip Card Requirements

### Chip Card Compliance

All new Visa or Visa Electron Chip programs, initiated on or after 1 January 2001, must:

- Be compliant with the:
  - – EMV specifications
  - – *Visa Integrated Circuit Card Specification (VIS)*
- **Effective 13 January 2011,** successfully complete the *Visa Chip Security Program - Security Testing Process*

Non-compliant Cards issued through 31 December 1999 may be non-compliant until they expire.

All Visa Smart Payment programs must be EMV- and VIS-Compliant.

ID#: 111011-010101-0008182

### Chip Application Approval

Visa may review and approve all applications contained in a Chip used to facilitate a Visa Smart Payment service.

ID#: 010410-010410-0004023

### Chip Parameter Values and Processing Options

An Issuer is responsible and liable for the parameter values and processing options contained in the Visa Smart Payment Application.

ID#: 010410-010410-0004038

### Chip Card Authentication

All Chip Card Issuers must perform, and be capable of acting on the results of, validation of EMV-Online Card Authentication Cryptograms for all Chip-initiated Authorization messages processed through VisaNet. Online Card Authentication support may be provided by the Issuer directly, or through either:

- VisaNet

© 2011 Visa. All Rights Reserved.

• Third party/VisaNet Processor

ID#: 111011-170410-0007163

## Chip Technology Use Notification

An Issuer must notify Visa of its intention to use Chip technology on Cards at least 60 calendar days before issuance.

ID#: 010410-010410-0003590

## Chip Financial Application Approval

If a Chip is designed to support a purchase, credit, Cash Disbursement, or other directly related financial application, the Issuer must obtain prior approval for issuance from Visa.

ID#: 010410-010410-0003591

## Cardholder Name on Chip (Updated)

The Cardholder name in a Chip must be the same as the name displayed on the Card and encoded on the Magnetic Stripe [20].

ID#: 111011-270411-0003595

## Information in Chip Magnetic-Stripe Image (Updated)

Information in a Chip Magnetic-Stripe Image must be the same as that encoded on the Magnetic Stripe [21]. However, at the Issuer's option, the Cardholder Verification Value contained in the Magnetic Stripe Image (track 2 equivalent data) on the Chip (Chip Card Verification Value-iCVV) may differ from the Card Verification Value encoded on the Card's Magnetic Stripe.

ID#: 111011-270411-0003596

## Non-Visa Services Facilitated by Chip Cards

A Chip Card may facilitate access to non-Visa services provided that the:

• Services do **not** compromise the security or functional integrity of the Visa Smart Payment Applications

• Additions of these services are managed and controlled by the Issuer or its sponsored member

---

20   **Effective 27 April 2011**, a variance to this requirement applies in the AP Region for Issuers of Contactless Cards in Hong Kong.

21   **Effective 27 April 2011**, a variance to this requirement applies in the AP Region for Issuers of Contactless Cards in Hong Kong.

© 2011 Visa. All Rights Reserved.

- Issuer indemnifies Visa from any and all Claims or losses resulting from non-Visa services facilitated by the Chip Card

ID#: 010410-010410-0003598

## Magnetic-Stripe Information on Chip Cards

Magnetic-Stripe track 2 information and the Cardholder name from track 1 must be contained in a Chip (other track 1 discretionary data is optional).

ID#: 010410-010410-0003601

## Chip Issuer Requirements

An Issuer of Cards bearing a Chip must:

- Comply with the *Visa Integrated Circuit Card Specification (VIS),* available from Visa
- Ensure that any Chip used to facilitate Visa payment services complies with Visa Chip security and service-level standards
- Ensure that its Chip Cards meet the *EMV Integrated Circuit Card Specifications for Payment Systems*

ID#: 220411-010410-0003611

## Placement of Chip on Card

A Chip must:

- Be on the front of the Card
- Comply with the International Standards Organization Standard 7816-2, Reference Number ISO/IEC 7816-2:1988 (E) - "Identification on Cards-Integrated Circuit(s) Cards with Contacts-Part 2: Dimensions and Locations of the Contacts"

ID#: 010410-010410-0004586

## Chip Interoperability Compliance Program

The Chip Interoperability Compliance Program provides the framework for a Member or Member's agent identified with high-severity Chip interoperability problems to establish an agreed-upon resolution plan and effect a timely resolution. Visa requires the implementation of the Chip Interoperability Compliance Program when Visa determines that progress toward an agreed-upon resolution is no longer acceptable.

ID#: 010410-010410-0001291

© 2011 Visa. All Rights Reserved.

## Chip Interoperability Compliance Program Penalties

A Member is subject to the penalties specified in the table below if Visa determines that the Member or Member's agent has violated the Chip Interoperability Compliance Program by failing to either:

• Establish and commit to an agreed-upon Chip interoperability resolution plan

• Make satisfactory progress toward an agreed-upon Chip interoperability resolution plan

**Member Penalties for Non-Compliance with the Chip Interoperability Compliance Program**

| Violation | Month | Visa Action or Fine |
|-----------|-------|---------------------|
| Initial identification and confirmation of a violation | Month 1 | Member receives Notification that Visa will take action if the situation is not addressed to the satisfaction of Visa within 30 calendar days |
| Unaddressed violation | Month 2 | Visa discontinues any Member incentives associated with deployment of products that have been identified as contributors to interoperability problems. Visa may also suspend other incentives. Visa issues a second Notification that fines may apply if the situation is not corrected to the satisfaction of Visa within 60 calendar days of the second Notification. |
| Unaddressed violation | Months 4-5 | Member is assessed US $25,000 per month |
| Unaddressed violation | Month 6 and subsequent months | Member is assessed US $50,000 per month |

ID#: 111011-010410-0001292

## Chip Card Issuing Requirements in Australia - AP Region

As specified in the AP Regional Operating Regulations, all Issuers in Australia must commence migration of 80% of all newly-issued Visa Cards to be EMV and VIS-Compliant by 1 January 2010.

In addition to the "Chip Card Issuing Requirements" specified in the AP Regional Operating Regulations, all Issuers in Australia must migrate their Visa credit, debit, and Reloadable Cards to EMV and VIS-Compliant Chip Cards in accordance with the following timeframes:

• **Effective 1 January 2010,** all newly-issued Visa credit Cards must be EMV and VIS-Compliant

• **Effective 1 April 2013,** all Visa credit Cards must be EMV and VIS-Compliant

© 2011 Visa. All Rights Reserved.

- **Effective 1 January 2011,** all newly-issued Visa Debit and Reloadable Prepaid Cards must be EMV and VIS-Compliant

- **Effective 1 April 2013,** all Visa Debit and Reloadable Prepaid Cards must be EMV and VIS-Compliant

ID#: 151011-060111-0026145

## Chip Card Issuing Requirements in New Zealand - AP Region

**Effective 1 October 2009,** as specified in the AP Regional Operating Regulations, all Issuers in New Zealand must commence migration of 80% of all newly-issued Visa Cards to be EMV and VIS-Compliant.

- **Effective 1 April 2010,** all newly-issued Visa credit Cards must be EMV and VIS-Compliant

- **Effective 1 April 2013,** all Visa credit Cards must be EMV and VIS-Compliant

- **Effective 1 April 2012,** all newly-issued Visa Debit and Reloadable Cards must be EMV and VIS-Compliant

- **Effective 1 April 2014,** all Visa Debit and Reloadable Cards must be EMV and VIS-Compliant

ID#: 151011-060111-0026140

## Service Requirements for Chip Cardholders - Canada Region

A Canada Issuer of Chip Cards bearing the Visa Flag Symbol, the Visa Brand Mark, the Visa Brand Mark with Electron Identifier, or the Visa Electron Symbol and the word "smart" must make available to Cardholders:

- EMV Compliant (Level 1) PC-compatible Chip Card readers/writers

- Authenticated payment software

- Secure online access to Chip Card account statements

- One or more value-added application(s) (e.g., loyalty, secure access, reservation/ticketing) on the Chip

ID#: 010410-010410-0004607

## Chip Card Branding Requirements - Canada Region

A Canada Issuer of Chip Cards bearing the Visa Flag Symbol, the Visa Electron Symbol, the Visa Brand Mark, the Visa Brand Mark with Electron Identifier, or the Visa Electron Symbol and the word "smart" must comply with the *Visa International Operating Regulations* and Canada Regional Operating Regulations when branding all Chip Card readers/writers.

ID#: 010410-010410-0004613

© 2011 Visa. All Rights Reserved.

## Chip Card Requirements - Canada Region

Canada Chip Cards bearing the Visa Flag Symbol, the Visa Brand Mark, the Visa Brand Mark with Electron Identifier, or the Visa Electron Symbol and the word "smart" must:

- Comply with the *Visa International Operating Regulations*, *Visa Product Brand Standards,* Canada Regional Operating Regulations, and *Visa Smart Payment International Operating Principles Guide*

- Be Global Platform Cards approved by Visa

- Have a Visa-approved EMV-Compliant Payment Application active on the Chip

- Be capable of participating in Visa's 3-D Secure global authentication program

ID#: 010410-010410-0004614

## Liability in Card-Present Environment - Canada Region

**Effective 31 March 2011,** a Canada Issuer will be liable for a Transaction in a Card-Present Environment, whether or not the Transaction is Chip-initiated, when the:

- Transaction takes place at a Compliant Chip Card Reading Device with a Compliant PIN entry device within Canada

- Canada Acquirer has complied with all Card acceptance requirements in the *Visa International Operating Regulations* and the Canada Regional Operating Regulations

ID#: 111011-011010-0004962

# Chip Card Technology Requirements

## Smart Payment Application Options

An Issuer must define the Payment Application options for its Visa Smart Payment program.

ID#: 010410-010410-0004024

## Visa Public Keys

An Issuer must ensure that the Visa Public Keys used for the Visa or Visa Electron Payment Application are used solely for that purpose.

ID#: 010410-010410-0004025

© 2011 Visa. All Rights Reserved.

## Chip Card Issuer Terminal Risk Management

A Chip Card Issuer must **not** inhibit Terminal Risk Management (e.g., by programming the Chip to bypass terminal risk management).

ID#: 010410-010410-0004026

## iCVV on Chip Cards

All newly issued EMV Chip Cards and existing EMV Chip Cards on renewal must use Chip Card Verification Value-iCVV as part of the Magnetic-Stripe Image, as defined in the *Payment Technology Standards Manual.*

ID#: 081010-010109-0004027

## Service Codes on Chip Cards

An Issuer must use a Service Code  on all EMV- and VIS-Compliant Chip Cards bearing the Visa Brand Mark or Visa Brand Mark with the Electron Identifier, as specified in the:

• *EMV Integrated Circuit Card Specifications for Payment Systems*

• *Visa Integrated Circuit Card Specification (VIS)*

ID#: 111011-010210-0003593

## Chip Card Payment Application

The Payment Application encoded on the Magnetic Stripe of a Chip Card must also be facilitated by the Chip.

ID#: 081010-010410-0003594

## Chip Card Application Effective Dates

If an application effective date on a Chip Card is provided within the Chip, it must reflect the same month as the "VALID FROM" date displayed on the Card, if such a date appears on the Card.

ID#: 010410-010410-0003599

## Visa Chip Card Payment Application

A Card containing a Chip bearing a Visa-Owned Mark must be capable of facilitating the Payment Application associated with that Mark.

ID#: 010410-010410-0003613

© 2011 Visa. All Rights Reserved.

## Chip Card Script Message Length - Canada Region

A Canada Issuer of a Compliant Chip Card must ensure that the length of any script message sent to any of its Compliant Chip Cards does not exceed 128 bytes per Transaction.

ID#: 010410-010410-0004631


## Chip Card Application Selection Flag - Canada Region

A Canada Issuer may only program an Application Selection Flag (ASF) as follows:

- Where a Compliant Chip Card displays any Visa Brand Name and a competitor Brand, the Issuer of that Compliant Chip Card may program an ASF to suppress the ability of the Visa Smart Payment Application contained in the Compliant Chip Card to transact at domestic ATMs

- Where a Compliant Chip Card displays any Plus Program Mark, the Issuer of that Compliant Chip Card may program an ASF to suppress the ability of the Visa Smart Payment Application contained in the Compliant Chip Card to transact at domestic POS and ATM locations

ID#: 111011-010410-0008733


## Chip Card Account Access - U.S. Region

A U.S. Issuer of a Chip Card must:

- Allow a Cardholder to select the service and account to be used for a Transaction, as permitted by local law, and as specified in the U.S. Regional Operating Regulations

- Designate an Account Number for each account accessed by a Visa Smart Payment Application. In addition:
    - The Chip may contain multiple Account Numbers
    - The Visa Payment Application may provide access to more than one account

- Specify an alphanumeric name for each funding account facilitated by the Visa Smart Payment Application when the Chip provides access to more than one account, as specified in the *Visa Integrated Circuit Card Specification (VIS)*

ID#: 220411-010410-0004591

© 2011 Visa. All Rights Reserved.

# Cardholder Verification Method

## PIN as Cardholder Verification Method in Australia – Issuer Requirements – AP Region

In Australia, all newly issued or re-issued Visa Cards must be issued with a PIN as the preferred Cardholder Verification Method) (CVM) for Chip-initiated Transactions. [22]

**Effective 1 April 2013**, when PIN bypass is performed for a Chip-initiated Transaction on an Australian issued PIN-Preferring Chip Card, the Transaction must be sent Online to the Issuer or the Issuer's agent . An Issuer must respond with a Decline Response to a domestic PIN Bypass Transaction.

Issuers must ensure that:

- The appropriate host system changes are completed to be able to decline a Transaction where PIN has been bypassed
- The appropriate communication to Cardholders takes place in advance of the above mandate coming into effect

ID#: 171011-210611-0026146

## PIN as Cardholder Verification Method in New Zealand – Issuer Requirements – AP Region

In New Zealand, all newly-issued and re-issued Visa Cards must be issued with a PIN as the preferred CVM for Chip-Initiated Transactions. [23]

**Effective 1 April 2012,** when PIN bypass is performed for a Chip-initiated Transaction on a New Zealand issued PIN-Preferring Chip Card, the Transaction must be sent Online to the Issuer or the Issuer's agent. An Issuer must respond with a Decline Response to a domestic PIN Bypass Transaction.

Issuers must ensure that:

- The appropriate host system changes are completed to be able to decline a Transaction where PIN has been bypassed
- The appropriate communication to Cardholders takes place in advance of the above mandates coming into effect

ID#: 111011-210611-0026141

---

22  Excludes Cards issued as non-PIN-preferring in order to accommodate specific individual Cardholder needs, as required by local law.
23  Excludes Cards issued as non-PIN-preferring in order to accommodate specific individual Cardholder needs, as required by local law.

© 2011 Visa. All Rights Reserved.

**Cardholder Verification Method List - Canada Region**

A Canada Issuer of a Compliant Chip Card must ensure that the Compliant Chip Card contains a Cardholder Verification Method (CVM) List, which must contain, at minimum, the following methods of Cardholder verification:

• "Offline PIN at POS"

• "Online PIN at ATM"

• "Signature"

• "No CVM required"

An Issuer of a Compliant Chip Card must ensure that the use of CVM condition codes relating to cash or Cash-Back do not prevent the completion of Manual Cash Disbursements.

ID#: 010410-010410-0008187

**Offline PIN Cardholder Verification Method - Canada Region**

**Effective 1 October 2011,** a Canada Issuer of a Compliant Chip Card must ensure that the Cardholder Verification Method (CVM), "Offline PIN at POS," is activated and is the preferred CVM unless either the:

• Compliant Chip Card is issued no more than 6 months before the date of the Compliant Chip Card Transaction in question

• Cardholder is subject to a disability or impairment that would prevent them from using a PIN

ID#: 010410-011011-0004963

**Cardholder Verification Method List - U.S. Region**

In the U.S. Region, if a Cardholder Verification Method List is specified, the Issuer of a Chip Card containing a Visa Smart Payment Application must:

• Include "signature"

• Include "Online PIN"

• Define "no Cardholder Verification Method required" as the last option

• For a Chip-initiated Manual Cash Disbursement Transaction, define "signature" as a secondary Cardholder Verification Method

ID#: 010410-010410-0004590

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

# Cardholder Authentication Method

## Dynamic Data Authentication in Australia and New Zealand - AP Region

**Effective 1 January 2012,** in Australia and New Zealand all newly-issued Visa Chip Cards and existing Visa Chip Cards on renewal must support Dynamic Data Authentication (DDA) or have online-only capability.

**Effective 1 January 2012,** in Australia and New Zealand all newly-issued Visa Chip Cards and existing Visa Chip Cards must not support Static Data Authentication (SDA).

**Effective 1 January 2016,** in Australia and New Zealand all Visa Chip Cards issued must support Dynamic Data Authentication (DDA) or have online-only capability.

**Effective 1 January 2016,** all Visa Chip Cards in Australia and New Zealand must not support Static Data Authentication (SDA).

ID#: 151011-060111-0026149

## Chip Card Online/Offline Data Authentication - Canada Region

In the Canada Region, a Compliant Chip Card must instruct the terminal to go Online if the Offline Data Authentication fails. If the terminal is unable to go Online, the Transaction must be declined.

ID#: 010410-010410-0004626

## Chip Card Support Static Data Authentication - Canada Region

In the Canada Region, all Compliant Chip Cards must at a minimum support Static Data Authentication.

ID#: 010410-010410-0004627

# Cardholder Account Selection

## Chip Card Account Access

The Visa or Visa Electron Payment Application on a Chip Card may provide access to more than one account.

ID#: 010410-010410-0004030

© 2011 Visa. All Rights Reserved.

## Chip Card Account Requirements

An Issuer of a Chip Card must:

- **Not** use a Visa Smart Payment Application to directly credit or debit any account other than an account that is maintained by that Issuer or another Member under contract with the Issuer. This does not prevent the debiting or crediting of funds maintained elsewhere to that account.
- Allow a Cardholder to select the service and account to be used for a Transaction, as permitted by local law, and as specified in the *Visa International Operating Regulations*
- Designate an Account Number for each account accessed by a Visa Smart Payment Application. In addition, the Chip may contain multiple Account Numbers.
- Specify an alphanumeric name for each funding account facilitated by the Visa Smart Payment Application when the Chip provides access to more than one account, as specified in the *Visa Integrated Circuit Card Specification (VIS)*

ID#: 220411-010410-0004031

## Chip Card Account Selection

To assist Cardholder account selection, the Issuer of a Chip Card may establish account priorities determining the order in which accounts are displayed or reviewed by the Chip-Reading Device. The first priority account must be the same as the account that is encoded on the Magnetic Stripe, and if applicable, displayed on the front of the Card.

ID#: 081010-010410-0004032

# Chip Card Post-Issuance Updates

## Chip Card Post-Issuance Updates

An Issuer may process Post-Issuance Updates to a Chip Card used to facilitate a Visa Smart Payment Application, as specified in:

- *Visa Integrated Circuit Card Specification (VIS)*
- *Visa International Operating Regulations*

ID#: 220411-010410-0004033

## Issuer Control of Post-Issuance Updates

Post-Issuance Updates to a Chip Card containing a Visa or Visa Electron Payment Application must be controlled exclusively by the Issuer.

ID#: 010410-010410-0004034

   VISA PUBLIC

© 2011 Visa. All Rights Reserved.

### Impact of Post-Issuance Updates

Post-Issuance Updates must **not** adversely impact the Transaction completion time at a Point-of-Transaction Terminal or an ATM.

ID#: 010410-010410-0004035

### Post-Issuance Application Load Conditions

Post-Issuance Application Load of a Visa or Visa Electron Payment Application is **not** permitted unless the Card bears the appropriate Visa Brand Mark or Visa Brand Mark with the Electron Identifier.

ID#: 111011-010410-0004036

### Post-Issuance ATM Application Load

Post-Issuance Application Load of a proprietary ATM application that supports Plus requires the addition of the Plus Symbol at the time of Card reissuance. Card reissuance must occur within 5 years of the Post-Issuance Application Load.

ID#: 010410-010410-0004037

## Chip Issuer Liability

### Liability for Chip-Initiated Offline-Authorized Transactions

The Issuer is liable for Chip-initiated, offline-authorized Transactions when:

- Visa Smart Payment Application is active
- Terminal Risk Management is performed
- Merchant's Floor Limit is not exceeded

ID#: 010410-010410-0004039

### EMV Liability Shift - Issuer Liability for Card-Present Counterfeit Chip Card Transactions

Counterfeit Card Transactions completed in a Card-Present Environment are the liability of the Issuer if:

- The Transaction takes place at an EMV-Compliant Chip-Reading Device

© 2011 Visa. All Rights Reserved.

- The Transaction is Chip-initiated, the Transaction is correctly processed to completion in accordance with the *EMV Integrated Circuit Card Specifications for Payment Systems* and *Visa Integrated Circuit Card Specification (VIS)*

**Effective 9 December 2010,** the requirements in this section apply to qualifying Transactions, as specified in "EMV Liability Shift Participation."

ID#: 220411-010410-0001820

## EMV Liability Shift - Issuer Liability for Non-Counterfeit Card-Present Fraudulent Transactions

Non-Counterfeit Card fraudulent Transactions completed in a Card-Present Environment are the liability of the Issuer if:

- The Transaction takes place at an EMV PIN-Compliant Device
- Correct acceptance procedures have been followed (including compliance with "Maximum Authorized Floor Limits")
- The Transaction is Chip-initiated, the Transaction is correctly processed to completion in accordance with the *EMV Integrated Circuit Card Specifications for Payment Systems* and *Visa Integrated Circuit Card Specification (VIS)*

**Effective 9 December 2010,** the requirements in this section apply to qualifying Transactions, as specified in "EMV Liability Shift Participation."

ID#: 220411-010410-0001834

## Liability for Chip Fallback Transactions

Transactions accepted as Fallback Transactions are the liability of the Issuer if:

- Card is a Chip Card containing a Visa or Visa Electron Smart Payment Application, or an EMV and VIS-Compliant Plus application
- Transaction is authorized by the Issuer or the Issuer's agent, the appropriate values identifying the Transaction as a Fallback Transaction are included within the related Authorization Message, and correct acceptance procedures are followed

ID#: 010410-010410-0001835

## EMV Liability Shift - Acquirer Liability for Account Generated Counterfeit Fraud

Counterfeit Transactions completed in a Card-Present Environment are the liability of the Acquirer, if:

- Transaction did **not** take place at a Chip-Reading Device
- Account Number was **not** resident on the Issuer's Master File on the Transaction Date
- All valid Cards bearing Account Numbers within the same account range as the Counterfeit Card are Chip Cards containing a Visa or Visa Electron Smart Payment Application

© 2011 Visa. All Rights Reserved.

- Transaction was below Merchant's Floor Limit and did **not** receive Authorization
- Account Number was resident on the Exception File with a Pickup Response on the Processing Date of the Compliance filing and was on the Exception File for a total period of at least 60 calendar days from the date of listing

**Effective 9 December 2010,** the requirements in this section apply to qualifying Transactions, as specified in "EMV Liability Shift Participation."

ID#: 050411-010410-0001819

## Authorization of Chip Fallback Transactions - Canada Region

A Canada Issuer or the Issuer's agent must send a Decline Response to all Authorization Requests for Fallback Transactions.

ID#: 050411-020209-0004959

## Issuer Liability for Chip Fallback Transactions - Canada Region

A Canada Issuer is liable for a Fallback Transaction if the:

- Card is a Compliant Chip Card
- Transaction was authorized Online by the Issuer or the Issuer's agent
- Appropriate values identifying the Transaction as a Fallback Transaction are included in the Authorization Request

ID#: 010410-010410-0004960

## Issuer Liability for Chip-Initiated Offline-Authorized Transactions - Canada Region

A Canada Issuer is liable for all Chip-initiated Transactions generated at Compliant Chip Card Reading Devices with a Pin Entry Device (PED) using Offline Authorizations, when:

- **Effective through 30 March 2011,** the Transaction is completed at a Canadian Merchant
- The Visa Smart Payment Application is active
- Terminal Risk Management is performed
- Merchant's Floor Limit is **not** exceeded
- The Cardholder Verification Method List is used as specified in the *Visa International Operating Regulations* and the Chip Specifications

ID#: 111011-010410-0004961

© 2011 Visa. All Rights Reserved.

# EMV Liability Shift

## EMV Liability Shift Participation

The EMV Liability Shift applies to qualifying Transactions, as specified in the table below.

### EMV Liability Shift Participation

| Region | Transactions in EMV Liability Shift before 1 October 2010 | Transactions in EMV Liability Shift effective 1 October 2010 | Transactions in EMV Liability Shift effective 31 March 2011 | Transactions in EMV Liability Shift effective 1 April 2011 | Transactions in EMV Liability Shift effective 1 October 2012 | Transactions in EMV Liability Shift effective 1 April 2013 | Transactions in EMV Liability Shift effective 1 October 2014 | Transactions in EMV Liability Shift effective 1 October 2015 |
|---|---|---|---|---|---|---|---|---|
| **AP Region** | All domestic and intra-regional counterfeit POS Transactions, except Domestic Transactions in China and Japan | All domestic, intraregional, and interregional[1] counterfeit POS Transactions, except Domestic Transactions in China and Japan | | | | All domestic, intraregional, and interregional[1] counterfeit POS Transactions, except Domestic Transactions in China and Japan<br><br>In addition, for Australia and New Zealand only, all domestic, intraregional,[3] and interregional[1] counterfeit ATM Transactions | | |
| **Canada Region** | Not applicable | All inter-regional[1] POS and ATM Transactions[5] | All domestic and interregional[1] POS and ATM Transactions[5] | | | | | |
| **CEMEA Region[2]** | | All domestic, intraregional, and interregional[1] POS and ATM Transactions[5] | | | | | | |

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Region | Transactions in EMV Liability Shift before 1 October 2010 | Transactions in EMV Liability Shift effective 1 October 2010 | Transactions in EMV Liability Shift effective 31 March 2011 | Transactions in EMV Liability Shift effective 1 April 2011 | Transactions in EMV Liability Shift effective 1 October 2012 | Transactions in EMV Liability Shift effective 1 April 2013 | Transactions in EMV Liability Shift effective 1 October 2014 | Transactions in EMV Liability Shift effective 1 October 2015 |
|---|---|---|---|---|---|---|---|---|
| **LAC Region** | Not applicable | | | For Brazil and Mexico, all domestic, intra-regional,[4] and inter-regional[1] POS Trans-actions[5] | All intraregional and interregional[1] counterfeit POS Transactions<br><br>In addition, for Brazil and Mexico only, all domestic, intraregional,[4] and interregional[1] POS and ATM Transactions[5] | | All intraregional and interregional[1] POS and ATM Transactions and Domestic Transactions in Brazil and Mexico | |
| **U.S. Region** | Not applicable | | | | | | | All domestic and inter-regional[1] counter-feit POS Trans-actions[6] |
| **Visa Europe** | All domestic, intraregional, and interregional[1] POS and ATM Transactions[5] | | | | | | | |

1. Among Visa Regions and individual countries participating in the EMV Liability Shift

2. Including Afghanistan and Pakistan

3. Between Australia and New Zealand

4. Between Brazil and Mexico

5. Counterfeit, lost, stolen, and "not received item" (NRI) fraud only

6. **Effective through 30 September 2017,** except Transactions at Automated Fuel Dispensers

ID#: 171011-010410-0008190

© 2011 Visa. All Rights Reserved.

## Proximity/Contactless Cards

### Proximity Payment Issuer Requirements

An Issuer that issues Proximity Payment Cards in countries without an existing contactless implementation must comply with the Visa Contactless Payment Specifications.

**Effective 1 January 2012,** a Proximity Payment Device Issuer must ensure that all newly issued or replacement Proximity Payment Devices comply with the *Visa Contactless Payment Specification 2.0* or later, [24] except:

- An Issuer of Proximity Payment Devices in the AP, Canada, CEMEA, or LAC Regions must support the qVSDC transaction path and may optionally support the MSD transaction path

- An Issuer of Proximity Payment Devices in the U.S. Region must support both the qVSDC and MSD transaction paths

ID#: 151011-010410-0002051

### Proximity Payment Device Requirements

**Effective through 8 June 2011,** a Proximity Payment Device:

- Has distinct branding requirements, as specified in the *Visa Product Brand Standards*

- Must be issued with linkage to a Visa Card account, excluding Prepaid devices

- Must be assigned an expiration date that is on or before the date on the primary account Card

- May be assigned a different Account Number

- Must comply with one of the following specifications:

  – *Visa Contactless Payment Specifications*

  – *Visa Contactless Payment Specification ISO 14443 Type A and Type B*

**Effective 9 June 2011,** an Issuer that issues Proximity Payment Devices must ensure that the Proximity Payment Device:

- Is issued with linkage to a Visa Card account, excluding Prepaid devices. (A Proximity Payment Device may be assigned a different Account Number.)

- Is assigned an expiration date that is on or before the date on the primary account Card

- Complies with the following:

  – Visa Contactless Payment Specifications

  – For adhesive micro tags, *Visa payWave Adhesive Micro Tag Requirements*

---

24   **Effective 1 January 2013** for Proximity Payment Devices issued in Korea, Malaysia, and Taiwan.

© 2011 Visa. All Rights Reserved.

– *Visa Product Brand Standards*

ID#: 111011-010410-0002052

## Notification of Proximity Payment Device Risks and Restrictions (Updated)

**Effective 9 June 2011,** before or at the time of issuance, an Issuer that provides a Proximity Payment Device (including, in the U.S. Region, a Visa Micro Tag) to a Cardholder must provide written notification that informs the Cardholder of potential risks and restrictions associated with the Proximity Payment Device, including, but not limited to:

• **Effective through 14 October, 2011,** the inability to use the Proximity Payment Device at Cardholder-Activated Terminals, such as ATMs or Automated Fuel Dispensers, where card insertion is required

• **Effective 15 October 2011,** the inability to use the Proximity Payment Device at ATMs or Unattended Cardholder-Activated Terminals, such as Automated Fuel Dispensers, where card insertion is required

• Any daily Transaction amount limit implemented by the Issuer in connection with the Proximity Payment Device, if applicable

• For a Proximity Payment Device in the form of an adhesive micro tag, the risk of impairing the functionality of a mobile phone or other device to which a Proximity Payment Device is attached

• For a Proximity Payment Device in the form of an adhesive micro tag, the risk of invalidating the manufacturer's warranty, if applicable, for a mobile phone or other device to which a Proximity Payment Device is attached

ID#: 151011-090611-0026159

## Cardholder Name on Contactless Payment Chip - U.S. Region

A Contactless Payment Issuer in the U.S. Region must either use a generic identifier or leave blank the Cardholder name field on the Contactless Payment chip embedded in the Visa Contactless Payment Card or the Visa Micro Tag, as specified in the *Visa U.S.A. Contactless Payment Program Technical Implementation Guide.*

ID#: 111011-010410-0008189

## Cardholder Name on Magnetic Stripe of Contactless Payment Card - U.S. Region

In the U.S. Region, the requirement in "Cardholder Name on Contactless Payment Chip - U.S. Region" does **not** apply to the data contained in the Magnetic Stripe of a Contactless Payment Card.

ID#: 010410-010410-0008188

© 2011 Visa. All Rights Reserved.

## Visa Contactless Payment Program Participation - U.S. Region

A U.S. Issuer that participates in the optional Visa Contactless Payment Program must comply with issuance, operating, and processing requirements specified in:

• *Visa U.S.A. Contactless Payment Program Member Implementation Guide*

• *Visa U.S.A. Contactless Payment Program Technical Implementation Guide*

• *Visa U.S.A. Contactless Payment Program Member Testing and Certification Guide*

• *Contactless Indicator Guidelines for Cards*

• *Contactless Indicator and Contactless Symbol Reproduction and Applications Guide*

• *Visa Product Brand Standards*

• Appropriate VisaNet manual, including Proximity Payment processing requirements, which are also applicable to Contactless Payment Transactions

ID#: 111011-010410-0002063

## Contactless Card Expiration Date - U.S. Region

In the U.S. Region, the expiration date on a Visa Mini Card with Contactless functionality or a full-size Visa Contactless Card must be the same as the expiration date encoded on the Magnetic Stripe and printed or displayed on the corresponding full-size Visa Card.

ID#: 010410-010410-0002082

## Contactless Card Application Transaction Counter - U.S. Region

A U.S. Issuer must validate the Application Transaction Counter on each of its Cards with contactless payment capability during the Authorization process for a Contactless Payment Transaction.

ID#: 010410-010410-0002064

## Allowed Contactless Cards - U.S. Region

With prior written consent of Visa, a U.S. Issuer participating in the Visa Contactless Payment Program may issue Contactless Cards in any of the following forms:

• A full-sized Visa Card

• A Visa Mini Card

• A Visa Micro Tag

© 2011 Visa. All Rights Reserved.

Except when specifically stated to the contrary, all other Operating Regulations apply to Visa Contactless products in the U.S. Region.

ID#: 010410-010410-0008904

## Notification of Contactless Card Usage Restrictions - U.S. Region (Updated)

**Effective through 8 June 2011,** before or at the time of issuance, a Visa Contactless Issuer in the U.S. Region must provide written notification, approved by Visa, that informs the Cardholder of potential usage restrictions associated with Visa Contactless devices, including, but not limited to:

- The inability to use the Visa Contactless device at Cardholder-Activated Terminals such as ATMs or Automated Fuel Dispensers, where card insertion is required
- Any daily Transaction dollar limit implemented by the Issuer in connection with the Visa Micro Tag, if applicable

ID#: 111011-010410-0002067

## Contactless Payment Program Customer Service Telephone Number - U.S. Region

A U.S. Issuer participating in the Contactless Payment Program must print a toll-free customer service telephone number on the back of a Visa Contactless Card, with the exception of the Visa Micro Tag.

ID#: 010410-010410-0002068

## Mini Card Issuance Requirements - U.S. Region

A Visa Contactless Mini CardIssuer in the U.S. Region must:

- Comply with the Visa Mini Card program requirements specified in the *Visa International Operating Regulations*
- Comply with the Visa Mini Card design requirements specified in the *Visa Product Brand Standards*

ID#: 111011-010410-0002069

## Proximity Payment Program Issuer Requirements - Canada Region

A Canada Issuer that issues a Proximity Payment Card may program the Proximity Payment Card to allow for Offline Authorizations for any amount and must program the Proximity Payment Card to ensure that it complies with all of the following:

- A Cardholder Verification Method is not required
- Both the MSD protocol and the qVSDC protocol that uses Cryptogram 17, as defined in the Visa Contactless Payment Specifications, are supported

© 2011 Visa. All Rights Reserved.

• A total maximum amount, including applicable taxes, of at least CAD $50 is programmed

ID#: 220411-010410-0008192

# Limited Use Products

## Restricted Use Cards

### Restricted Card Program - LAC Region

With Visa approval, an LAC Issuer that operates a restricted Card program may:

• Expand the use of restricted Cards to countries where reciprocal Settlement is permitted
• Issue Cards as specified in the *Visa Product Brand Standards*

ID#: 010410-010410-0004582

# Non-Standard Cards

## Non-Standard Card General Requirements

### Non-Standard Card Plastic Specifications

With Visa approval, an Issuer may issue a Visa Card or Visa Electron Card in a size and design that does not comply with the plastic specifications in the *Visa Product Brand Standards.* Refer to the *Visa Product Brand Standards* for more information on Non-Standard Cards.

ID#: 010410-010410-0003243

### Non-Standard Card Requirements

A Non-Standard Card must:

• Provide the designated level of utility promised to the Cardholder
• Contain the physical elements and data components required to complete a Transaction

ID#: 010410-010410-0003241

### Non-Standard Card Prohibitions

A Non-Standard Card must **not**:

© 2011 Visa. All Rights Reserved.

- Permit exclusive or preferential acceptance by a Merchant

- Be linked to a Virtual Account

ID#: 010410-010410-0003242

## Non-Standard Card BIN Requirements - AP Region

A Visa Infinite Card Issuer must:

- Be available to respond to a request from the Emergency Payment Authorization Service 24 hours a day, 7 days a week

- Provide all needed information and a decision to approve or deny the request during the initial telephone contact with Visa Global Customer Care Services

- Provide the Merchant, or Visa Global Customer Care Services, with a unique Authorization Code

- If providing the service directly to the Cardholder, contact the Merchant to verify the circumstances, explain the service, and complete the Transaction

- Send a fax to the Merchant that includes the Cardholder name, Account Number, expiration date, Authorization Code, and Transaction amount

ID#: 050411-010410-0001666

# Visa Mini Cards - U.S. Region

## Visa Mini Card Issuance Requirements - U.S. Region

With the prior written consent of Visa, a U.S. Member may issue Visa Mini Cards, provided the Member meets the requirements specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards*. Except when specifically stated to the contrary, all other Operating Regulations apply without modification. Refer to the *Visa Product Brand Standards* for more information on Non-Standard Cards.

ID#: 050411-010410-0000434

## Visa Mini Card Issuance Limitations - U.S. Region

Except as stated otherwise in "Visa Mini Card Instant/Remote Issuance - U.S. Region," a Visa Mini Card may be issued **only** in the United States and **only** if the Cardholder either:

- Already possesses a corresponding full-sized Visa Card

- Is issued a corresponding full-sized Card contemporaneously with the issuance of the Visa Mini Card

ID#: 010410-010410-0000435

© 2011 Visa. All Rights Reserved.

**Visa Mini Card Corresponding Card Requirements - U.S. Region**

A Visa Mini Card Issuer in the U.S. Region must ensure that the Visa Mini Card and the corresponding full-sized Card are the same Visa product type and offer the same benefits.

ID#: 010410-010410-0000436

**Notification of Visa Mini Card Usage Restrictions - U.S. Region**

Before or at the time of issuance, a Visa Mini Card Issuer in the U.S. Region must provide written notification, approved by Visa, that informs the Cardholder of potential usage restrictions, including the inability to use the Visa Mini Card at Cardholder Activated Terminals where card insertion is required, such as an ATM or an Automated Fuel Dispenser.

ID#: 010410-010410-0000437

# Visa Micro Tag

**Visa Micro Tag Issuance - U.S. Region**

A Visa Micro Tag may be issued if a U.S. Cardholder either:

- Already possesses a corresponding full-size Card
- Is issued a corresponding full-size Card contemporaneously with the issuance of the Visa Micro Tag

ID#: 010410-010410-0002070

**Visa Micro Tag Issuance Requirements - U.S. Region**

A Visa Contactless Issuer in the U.S. Region must ensure that the Visa Micro Tag and the corresponding full-size Card are the same Visa product type and offer the same benefits.

ID#: 010410-010410-0002071

## Unembossed Cards

**Service Codes on Unembossed Cards**

If permitted by Visa, an Issuer may issue unembossed Visa Cards with any valid Service Code, as specified in the *Payment Technology Standards Manual, excluding unembossed Visa Prepaid Cards.*

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

All newly issued unembossed Visa Prepaid Cards must be encoded with Service Code.

ID#: 151011-010210-0004058

### Unembossed Visa Electron Card Requirements

In countries where the Visa Electron Program exists, an Issuer may temporarily print the Visa Brand Mark with the Electron Identifier on the back of an unembossed Visa Card, provided that the Card is issued within 5 years of the initial unembossed Visa Card program offering.

ID#: 010410-010410-0004059

### Unembossed Card Issuance - U.S. Region

In the U.S. Region, an Issuer of unembossed Visa Cards must:

- Only issue unembossed VisaCards for the following products:
  - Visa Consumer Credit Cards
  - Consumer Visa Check Cards
  - Visa Business Check Cards
  - Visa Business credit Cards

ID#: 111011-010410-0003406

# Virtual Accounts

## Virtual Accounts - General Requirements

### Virtual Account Requirements

A Virtual Account must:

- Be established as a Visa consumer or commercial credit, debit, or Prepaid Account
- Comply with electronic commerce payment authentication requirements established by Visa

ID#: 081010-010410-0001643

### Virtual Accounts - Commercial BIN Requirements

An Issuer that provides a Commercial Visa Product as a Virtual Account must use a Commercial Visa Product BIN.

ID#: 081010-010410-0001635

© 2011 Visa. All Rights Reserved.

## Virtual Accounts - Consumer Programs

### Approval of New Virtual Account Programs

Visa must review and approve new consumer Virtual Account programs.

ID#: 010410-010410-0003636

### Virtual Account Issuer Requirements

A consumer Virtual Account Issuer must:

- Provide Lost/Stolen Card Reporting Service
- Verify Virtual Account Information, including name, as applicable, Account Number, and account expiration date, with the Virtual Account Holder
- Prior to Activation, inform a Virtual Account Holder of program details covering the use of a Virtual Account
- Communicate Virtual Account information to the Virtual Account Holder in a secure manner so as to prevent the unauthorized access to account information
- If a Reference Card is provided, comply with Reference Card design requirements as specified in the *Visa Product Brand Standards*

ID#: 081010-010410-0001645

# Consumer Products

## Visa Consumer Products - General Requirements

### Visa Premium Product Hierarchy

An Issuer must establish a premium product value hierarchy based on features, performance standards, and spending limits as follows:

- A Visa Platinum Card must be equal to or higher in value to a Cardholder than a Visa Gold/Premier Card
- A Visa Gold/Premier Card must have more value to a Cardholder than a Visa Classic Card
- A Visa Business Gold Card must have more value to a Cardholder than a Visa Business Card

A variance to this requirement applies in the U.S. Region.

ID#: 050411-010410-0008225

© 2011 Visa. All Rights Reserved.

### Consumer Card Issuer Requirements - U.S. Region

A Visa Consumer Credit Card Issuer in the U.S. Region must comply with the requirements specified in the *Visa Enhancements Resource Guide*.

ID#: 050411-010410-0004146

## Visa Classic Cards

### Visa Classic Card Customer Support Services

A Visa Classic Card Issuer must comply with the customer support services requirements specified in the *Visa International Operating Regulations*. Visa may require that Issuers provide these services within a Visa Region.

ID#: 010410-010410-0004219

### Visa Classic Card Fees - LAC Region

In the LAC Region, Visa will assess an annual fee as specified in the *Visa LAC Fee Guide* or applicable local fee guide for each Visa Classic account reported. This fee includes mandatory travel accident insurance with coverage of US $75,000.

ID#: 050411-011009-0008921

## Visa Charge Card

### Visa Charge Card Issuer Requirements - U.S. Region (Updated)

**Effective 24 February 2011,** a Visa Charge Card Issuer in the U.S. Region must:

• Register the program and obtain prior approval from Visa

• Comply with all of the requirements specified in the *Visa Consumer Charge Card Product and Implementation Guide – U.S. Region*

ID#: 151011-240211-0026356

### Visa Charge Card Classification - U.S. Region (Updated)

**Effective 24 February 2011,** a U.S. Issuer must identify a Visa Charge Card and distinguish it from a Visa Consumer Credit Card by using one of the following classification levels, as specified in the appropriate VisaNet manual:

• BIN

© 2011 Visa. All Rights Reserved.

- Account Range Definition (ARDEF)
- Account level processing

ID#: 151011-240211-0026357

# Visa Traditional Rewards Cards - U.S. Region

## Traditional Rewards Card Issuance - U.S. Region

A Visa Traditional Issuer in the U.S. Region may, with prior approval from Visa, issue a Visa Traditional Rewards Card if it meets the requirements specified in the *Visa International Operating Regulations.*

ID#: 081010-010410-0003874

## Rewards Currency Administration - U.S. Region

In the U.S. Region, Visa, the Issuer, or a third party may administer Rewards Currency requirements, including, but not limited to, aggregation, redemption, expiration, statements, and valuation disclosure.

ID#: 010410-010410-0003875

## Issuer Rewards Program Registration - U.S. Region

A U.S. Issuer must register its rewards program with Visa and meet the Visa Traditional Rewards Card requirements by the dates specified in the *Visa Traditional Rewards Product Registration Toolkit.*

Visa may impose conditions on U.S. Issuer participation at any time.

ID#: 010410-010410-0008806

## Visa Traditional Rewards Product Requirements - U.S. Region

A Visa Traditional Rewards Card Issuer in the U.S. Region must comply with Visa Traditional product requirements, including, but not limited to, core service requirements outlined in the *Visa Enhancements Resource Guide.*

ID#: 010410-010410-0003883

© 2011 Visa. All Rights Reserved.

## Visa Traditional Rewards Card Classification - U.S. Region

A U.S. Issuer must identify Visa Traditional Rewards Card Account Numbers and distinguish them from other Visa Traditional (non-rewards) Account Numbers by using one of the following classification levels, as specified in the appropriate VisaNet manual:

- BIN

- Account Range Definition (ARDEF)

- Card Account Number

ID#: 010410-010410-0003886

## Visa Traditional Rewards Program Registration - U.S. Region

In addition to the "BIN License Agreement" (available through the Visa Publication Center on Visa Online), in order to request the required classification, a U.S. Issuer must submit to Visa for approval a completed registration package, which is outlined in the *Visa Traditional Rewards Product Registration Toolkit.*

ID#: 111011-010410-0003887

## Rewards Currency Requirements - U.S. Region

**Effective through 16 February 2011,** a Traditional Rewards Card Issuer in the U.S. Region must:

- Define the Rewards Currency it intends to offer its Cardholders

- Accrue Rewards Currency to the benefit of its Cardholder for every Qualifying Purchase Transaction

- Ensure that the approximate retail value of service and merchandise rewards offered to its Cardholders and the Rewards Currency required to redeem such options is comparable to the value the Cardholder would receive by selecting cash-equivalent rewards

ID#: 050411-010410-0003888

## Rewards Currency - Issuer Requirements - U.S. Region

**Effective through 16 February 2011,** in the U.S. Region, a Visa Traditional Rewards CardIssuer:

- Must offer participating CardholdersRewards Currency options as required by Visa

- May withhold Rewards Currency accumulation or redemption, or revoke currency previously accumulated, if the account is no longer in good standing

- May stipulate that the expiration of frequent flyer miles after transfer to an Airline's frequent flyer program is subject to the Airline's frequent flyer program rules

ID#: 111011-010410-0003896

© 2011 Visa. All Rights Reserved.

## Visa Traditional Rewards Terms and Conditions - U.S. Region

In the U.S. Region, a Visa Traditional Rewards Card Issuer must:

- Provide complete and accurate disclosure of all Visa Traditional Rewards Card terms and conditions, including, but not limited to, Rewards Currency, Rewards Currency accrual, expiration and maximum cap, point redemption, costs, fees (if any), an explanation of Qualifying Purchase Transactions, and all other material terms and conditions upon Cardholder enrollment in the program, and as required by applicable laws and regulations
- Notify the Cardholder of any material changes to the program terms and conditions before the revision effective date
- Ensure the accuracy of any information that it or its Agent provides to its Cardholders

ID#: 010410-010410-0003897

## Communication of Rewards Currency Value - U.S. Region

In the U.S. Region, a Visa Traditional Rewards Card Issuer must communicate, in writing, the value of the Rewards Currency to its Cardholders, annually or more frequently as required by applicable laws and regulations. The communication must, at minimum, include the following information about the Rewards Currency:

- Amount earned
- Amount redeemed
- Balance remaining

ID#: 010410-010410-0003898

## Visa Traditional Rewards Program Auditing - U.S. Region

Visa, or a third party designated by Visa, may audit the records and procedures of any U.S. Issuer at any time to ensure that the Visa Traditional Rewards Card product criteria are met. An Issuer must bear any internal administrative costs associated with such an audit.

ID#: 010410-010410-0006842

## Visa Traditional Rewards Program Penalties for Non-Compliance - U.S. Region

A U.S. Issuer that fails to comply with the Visa Traditional Rewards Card product requirements or fails to maintain operational compliance with the terms and conditions specified in the *Visa International Operating Regulations* may be subject to fines. Failure to comply with the terms of the rewards program will disqualify the Issuer from receiving the Visa Traditional Rewards Interchange Reimbursement Fee.

ID#: 010410-010410-0003899

© 2011 Visa. All Rights Reserved.

**Visa Traditional Rewards Program Participation - U.S. Region**

**Effective 17 February 2011,** a  Visa Traditional Rewards Card Issuer in the U.S. Region must:

- Offer a rewards program to its Visa Traditional Cardholders in accordance with the requirements specified in the *Visa Traditional Product Rewards Registration Toolkit*
- Notify Cardholders, at least quarterly, via billing statement or stand-alone statement, regarding reward points earned during the relevant period

ID#: 050411-160211-0026236

# Visa Debit Cards

## Check Card BIN Usage - U.S. Region (Updated)

A U.S. Issuer must use a unique check card BIN assigned to it by Visa for each of the following consumer program types:

- Visa Check Card
- **Effective through 30 June 2012,** Visa Check Card II Cards

ID#: 111011-010410-0004149

## Consumer Debit Card Brand Standards Compliance - U.S. Region

All of a U.S. Issuer's Visa consumer Debit Cards must comply with the *Visa Product Brand Standards.*

ID#: 010410-010410-0008226

## Visa Debit Card Issuer Cash-Back Requirements – U.S. Region (New)

**Effective 14 April 2012,** a U.S. Visa Debit Card Issuer and Visa Business Check Card Issuer must support the Visa Cash-Back Service.  This requirement does not apply to certain Visa Prepaid Cards, as specified in the *Visa International Prepaid Program Guidelines With Additional United States Guidelines.*

ID#: 111011-140412-0026502

## Visa Debit Card Partial Preauthorization – U.S. Region (New)

**Effective 14 April 2012,** in the U.S. Region, a Visa Debit Card Issuer and Visa Business Check Card Issuer, and its VisaNet Processor, must support partial preauthorization Responses for Visa Debit with PIN Transactions, as specified in the:

© 2011 Visa. All Rights Reserved.

- VisaNet manuals
- *Visa Partial Authorization Service Description and Implementation Guide*

ID#: 111011-140412-0026503

## Visa Debit Card Issuer Chip Requirements - Canada Region

A Canada Issuer of a Visa Debit Card must ensure that:

- The Visa Debit Card complies with the *Visa Canada Debit Card - Technical Specifications*
- The Visa Application Identifier (AID) must be present on the Card and the Application Selection Flag (ASF) settings are as specified in the *Visa Canada Debit Card - Technical Specifications*

ID#: 050411-200209-0008072

## Visa Debit BIN Requirements – Canada Region

A Canada Issuer of a Visa Debit Card must use a unique BIN for its Visa Debit Card Account Numbers and not share a BIN range.

A Canada Issuer must not reclassify a BIN to represent a product other than Visa Debit without prior permission from Visa.

ID#: 111011-160810-0025967

## Visa Debit Transaction Identification - Canada Region

A Canada Issuer of a Visa Debit Card must identify all Visa Debit Transactions as Visa Transactions in all communications displaying Transaction information, including account activity statements, and clearly disclose to the Cardholder any distinction between a Visa Debit Transaction and other payment services.

ID#: 050411-200209-0008073

## Visa Debit Card Issuer 3-D Secure/Verified by Visa Participation - Canada Region

A Canada Issuer of a Visa Debit Card must ensure that its Visa Debit BINs participate in 3-D Secure (Verified by Visa).

ID#: 050411-200209-0008074

© 2011 Visa. All Rights Reserved.

**Visa Debit Card Issuer Verified by Visa Participation for Brazil - LAC Region (Updated)**

**Effective 1 June 2012,** an Issuer in Brazil of Visa debit Cards must ensure that its Visa Debit BINs participate in Verified by Visa.

ID#: 151011-010612-0026441

# Visa Electron Cards

## Visa Electron Program Features

The Visa Electron Program offers the following features:

- International or domestic point-of-sale capability, ATM access, and Manual Cash Disbursements
- 100% Authorization and electronic Transaction processing
- Signature or PIN verification
- Optional use for Electronic Commerce Transactions

All Chargeback rights for Electronic Commerce Transactions apply to Visa Electron Transactions.

ID#: 010410-010410-0004528

## Key-Entered Visa Electron Electronic Commerce Transactions

If an Issuer approves a key-entered Visa Electron Electronic Commerce Transaction, liability and Chargeback rights are the same as for a Visa Transaction.

ID#: 010410-010410-0004529

## Visa Electron Card Use

A Visa Electron Card may be:

- Used to access any type of account
- Issued for either international or domestic use
- Used at an ATM or Point-of-Transaction Terminal

ID#: 010410-010410-0004530

## Cardholder Instructions for Visa Electron Card Use

A Visa Electron Issuer must inform its Cardholders that a Visa Electron Card may be used:

© 2011 Visa. All Rights Reserved.

- At a Merchant Outlet displaying the Visa Brand Mark with the Electron Identifier
- At an ATM displaying the Visa Brand Mark or Visa Brand Mark with the Electron Identifier

ID#: 010410-010410-0004531


## Visa Electron Card Service Code

A Visa Electron Issuer must ensure that the Service Code designated for Visa Electron Cards is encoded on the Magnetic Stripe and complies with the *Payment Technology Standards Manual.*

ID#: 010410-010210-0008235


## Visa Electron Card Issuer Verified by Visa Participation for Brazil - LAC Region (Updated)

**Effective 1 June 2012,** an Issuer in Brazil of Visa Electron Cards must ensure that its Visa Electron BINs participate in Verified by Visa.

ID#: 151011-010612-0026442


# Visa Gold/Premier Cards


## Visa Gold/Premier Card Issuance

A Visa Gold Card or Visa Premier Card Issuer:

- May issue Visa Gold Cards or Visa Premier Cards at the option of Visa
- Must comply with the global support services requirements, either independently or through Visa, as specified in the *Visa International Operating Regulations*
- May offer its Visa Gold Cards or Visa Premier Cards as any type of payment device with an option to access any of the following:
    - Line of credit
    - Depository account
    - Other Cardholder assets available through the Issuer

ID#: 010410-010410-0004220


## Visa Gold/Premier Card Customer Service Telephone Number

Each Issuer must make available to its Visa Gold/Premier Cardholders a free 24-hour-a-day, 7-day-a-week telephone number to obtain emergency services. The Issuer must communicate the telephone number to the Cardholder at least once each year.

ID#: 010410-010410-0004222

© 2011 Visa. All Rights Reserved.

## Visa Gold Card Self-Select PIN Option - AP Region

In addition to the requirements specified in the *Visa International Operating Regulations*, a Visa Gold Card Issuer in the AP Region must offer a self-select PIN option.

ID#: 010410-010410-0004262

## Visa Gold Card Requirements - Canada Region

Participation in the consumer Visa Gold Card program is optional in the Canada Region. However, if a Canada Member participates, it must provide at a minimum the core services specified in the *Visa International Operating Regulations*. A Member may offer enhanced services that are greater than the required core services specified in "Visa Gold Card Core Services - Canada Region."

ID#: 010410-010410-0004407

## Visa Gold Card Issuer Contact Information - Canada Region

In addition to the requirements specified in the *Visa International Operating Regulations*, a Canada Member that issues consumer Visa Gold Cards must notify Visa at least 2 weeks before any change in the Emergency Cash Disbursement contact or Emergency Card Replacement contact.

ID#: 081010-010410-0004408

## Visa Gold Card Core Services - Canada Region

A participating consumer Visa Gold Card Issuer in the Canada Region must provide to its Cardholders the following emergency Cardholder services:

- Cardholder Inquiry Service

- Collision/Loss Damage Insurance

- Emergency Card Replacement

- Emergency Cash Disbursement

- Legal referral assistance and Cash Disbursement Service

- Lost/Stolen Card Reporting

- Medical referral assistance and Cash Disbursement Service

ID#: 081010-010410-0004409

## Visa Gold Card Collision/Loss Damage Insurance - Canada Region

A consumer Visa Gold Card Issuer in the Canada Region may offer Collision/Loss Damage Insurance either:

© 2011 Visa. All Rights Reserved.

- Through the Visa Collision/Loss Damage Insurance program

- Independently

If the Canada Issuer offers Collision/Loss Damage Insurance independently, the program features must meet or exceed the minimum features, customer service level, and program administration standards currently available from Visa. A certificate of insurance and details of the program are available from Visa.

ID#: 010410-010410-0008236

## Visa Gold Collision/Loss Damage Insurance Information - Canada Region

In the Canada Region, a consumer Visa Gold Cardholder may obtain information about the Collision/Loss Damage Insurance program through Visa Global Customer Care Services, unless Visa has approved alternate arrangements.

ID#: 081010-010410-0004412

## Visa Gold Product Name Usage - Canada Region

A Canada Member must use the product name "Visa Gold" in all communications regarding the consumer Visa Gold Card program, including solicitations, advertising, and promotions.

ID#: 010410-010410-0006586

## Visa Gold Trade Name or Mark Positioning - Canada Region

A Canada Member must **not** position its Trade Name or Mark as adding superior acceptability of a consumer Visa Gold Card at the Point-of-Transaction.

ID#: 010410-010410-0006587

## Visa Gold Card Service Requirements - CEMEA Region

Visa Gold Card Issuers in the CEMEA Region must comply with the *Global Customer Assistance Services Member Guide - CEMEA Region,* as specified in the *Visa International Operating Regulations.*

ID#: 050411-010410-0004427

## Visa Gold Card Issuer Requirements - LAC Region

A Visa Gold Card Issuer in the LAC Region must:

- Advise its Cardholders of the availability of PINs and Cash Disbursements through the Visa and Plus ATM programs

© 2011 Visa. All Rights Reserved.

• Use Stand-In Processing and the PIN Verification Service

ID#: 010410-010410-0004455

## Visa Gold Card Fees - LAC Region

In the LAC Region, Visa will assess an annual fee for each Visa Gold account reported, as specified in the *Visa LAC Fee Guide* or applicable local fee guide. This fee includes mandatory travel accident insurance with coverage of US $250,000 and auto rental insurance with coverage in the western hemisphere.

ID#: 050411-011009-0008922

# Visa Infinite Cards

## Visa Infinite Card Requirements

Visa and a Visa Infinite Card Issuer may supplement the Visa Infinite Card requirements in the *Visa International Operating Regulations*. No variances will be permitted except where required by local custom or law.

ID#: 010410-010410-0006145

## Visa Infinite BIN Reclassification

An Issuer must **not** reclassify a Visa Infinite BIN to represent a product other than a Visa Infinite Card without prior permission from Visa. A variance to this requirement applies for a Member in the AP Region.

ID#: 010410-010410-0004538

## Visa Infinite Card Payment Options

At the option of Visa, an Issuer may provide a Visa Infinite Card with charge, credit, or debit capability.

ID#: 010410-010410-0004537

## Visa Infinite Card Features and Branding Requirements

An Issuer must offer a Visa Infinite Card with:

• Unique features not available on any other Visa Card product it issues to ensure product differentiation

• The highest purchasing power available within the applicable Visa Region and a Member's Visa Card portfolio, except when the Member-developed Card product:

© 2011 Visa. All Rights Reserved.

– Is not branded with a Visa Card product name

– Does not use the Sample Card Design or reserved color of a Visa Card product, as specified in the *Visa International Operating Regulations*

ID#: 010410-010410-0004532

## Visa Infinite Card Minimum Benefits

At a minimum, a Visa Infinite Card Issuer must comply with the requirements for the following 3 benefit categories:

• Priority assistance and convenience

• Exclusive privileges and rewards

• Safety and security

Details of the benefit categories are available from Visa.

ID#: 010410-010410-0008311

## Visa Infinite Card Spending Limits

A Visa Infinite Card Issuer may offer either of the following spending limit options:

• No pre-set limit, excluding Emergency Card Replacements that have temporary pre-set limits

• Minimum limit allowing each Visa Infinite Card account to accumulate charges of at least XX, or local currency equivalent, during each or any statement cycle in which a Cardholder has satisfied previous obligations to the Issuer

Visa may impose additional restrictions to these options.

ID#: 111011-010410-0004539

## Declined Visa Infinite Card Transactions

For Visa Infinite Cards issued with a no pre-set limit, the Issuer must provide notification to the Cardholder before ongoing Transactions can be declined.

ID#: 010410-010410-0004542

## Visa Infinite Card Emergency Services

If a Visa Infinite Issuer offers Visa emergency services, it must:

• Provide a free 24-hour telephone number

© 2011 Visa. All Rights Reserved.

- Communicate the telephone number to the Cardholder annually

ID#: 010410-010410-0004544

## Visa Infinite Card Web Services

A Visa Infinite Cardholder must have access to a Web service that offers special information and services to high-end consumers. The Web service must be provided by Visa or independently by the Member.

The Visa Infinite Web service must, at a minimum:

- Limit access to Visa Infinite Cardholders only
- Provide a description of Visa Infinite Card services, benefits, and features
- Provide a detailed listing of the Visa Infinite Exclusive Privileges Merchant partner offers
- Include the following minimum value-added content and services for travel and entertainment:
  - Travel content that supports the Visa Infinite product positioning that is not readily available from other sources (e.g., special travel articles, expert recommendations on shows in major cities)
  - Online concierge service, if concierge service is offered by the Visa Region or Member's Infinite product
  - Contact information for Cardholders to inquire about Visa Infinite services and to provide feedback on the product or Website

ID#: 010410-010410-0008415

## Visa Infinite Cardholder Notification and Complaints

A Visa Infinite Card Issuer must:

- Provide advance notification to the Cardholder when an account needs to be suspended or closed for any reason
- Monitor customer complaints related to Transaction Authorizations
- Identify action plans to improve customer service
- Make customer complaint information available to Visa

ID#: 010410-010410-0004543

## Visa Infinite Card Marketing

A Visa Infinite Card Issuer intending to distribute Merchant partnership or emergency services material to its Cardholders must receive written approval from Visa before distribution.

ID#: 010410-010410-0004545

© 2011 Visa. All Rights Reserved.

## Visa Infinite Card Emergency Payment Authorization Service

A Visa Infinite CardIssuer must:

- Be available to respond to a request from the Emergency Payment Authorization Service 24 hours a day, 7 days a week
- Provide all needed information and a decision to approve or deny the request during the initial telephone contact with Visa Global Customer Care Services
- Provide the Merchant, or Visa Global Customer Care Services, with a unique Authorization Code
- If providing the service directly to the Cardholder, contact the Merchant to verify the circumstances, explain the service, and complete the Transaction

ID#: 111011-010410-0008300

## Visa Infinite Card Payment Options - AP - Region

An AP Issuer may provide a Visa Infinite Card with charge, credit, or debit capability.

ID#: 010410-010410-0004337

## Visa Infinite Card Customer Service Telephone Number - AP Region

An AP Issuer must provide its Visa Infinite Cardholders with an exclusive toll-free telephone number or a telephone number where collect calls will be accepted domestically or worldwide, to obtain customer service and Account-Related Information services 24 hours a day, 7 days a week. The Issuer must communicate the telephone numbers to its Cardholders at least once each year.

ID#: 010410-010410-0004346

## Visa Infinite Card Customer Service Performance Standards - AP Region

A Visa Infinite Issuer in the AP Region must meet the customer service performance standards as specified below. The Issuer must:

- Be capable of transferring calls to and establishing and maintaining a telephone bridge with the Visa Infinite customer service center
- Answer 90% of customer service calls by a customer service attendant within 15 seconds
- Immediately answer customer service calls by a voice response unit
- Provide an option that allows a Visa Infinite Cardholder to transfer from a voice response unit to customer service at any time during the call
- Ensure a maximum call abandonment of no more than 5%

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

• Ensure the Visa Infinite Cardholder is **not** placed on hold after a customer service agent has answered the call

ID#: 010410-010410-0004347

## Visa Infinite Card Emergency Services - AP Region

For Cards issued in the AP Region, assistance will be available to Visa Infinite Cardholders 24 hours a day, 7 days a week, through Visa Global Customer Care Services. A Visa Infinite Issuer must offer the following services through Visa Global Customer Care Services and the Issuer customer service center:

• Cardholder Inquiry Service

• Emergency Card Replacement, including:

  – Card Verification Value (CVV) encoding

• Emergency Cash Disbursement, with a minimum stand-in Emergency Cash Disbursement

• Lost/Stolen Card Reporting

An Emergency Card Replacement or Emergency Cash Disbursement must be delivered to the Cardholder within 24 hours.

ID#: 111011-010410-0004339

## Visa Infinite Card Core Services - AP Region

In the AP Region, a Visa Infinite Issuer must also provide the following services:

• One or more insurance options that the AP Issuer may choose to apply, with a unit cost per premium that matches or exceeds the current unit cost of providing travel accident insurance, except where prohibited by local law. The Issuer must submit to Visa in writing an official quote from an insurance company for both the travel accident insurance and the proposed new features at least 30 calendar days prior to its implementation.

• Complimentary access to airport lounges in all key cities

• Emergency medical evacuation and repatriation service in case of critical Cardholder medical need [25]

• Emergency medical insurance when traveling [26]

ID#: 161111-010410-0004340

---

25   A variance applies in the AP Region for Malaysia.
26   A variance applies in the AP Region for Malaysia.

© 2011 Visa. All Rights Reserved.

## Visa Infinite Exclusive Privileges Program - AP Region

An AP Issuer must provide information to its Visa Infinite Cardholders about the Visa Infinite Exclusive Privileges program. The Issuer must communicate the following to its Visa Infinite Cardholders:

- Visa Infinite Exclusive Privileges benefits at least once a year
- New benefits or changes to existing benefits at least 2 months before the effective date

ID#: 010410-010410-0004343

## Visa Infinite Card Concierge Service - AP Region

In the AP Region, concierge service assistance must be available through a customer service attendant by telephone 24 hours a day, 7 days a week, and offered in key international travel markets. The minimum services required are travel information and assistance, including:

- Emergency travel arrangement provisions
- Passport, visa, and customs information
- Country and major city information
- Translation and message assistance
- Transportation information
- Restaurant, health club, entertainment events, shopping information and assistance, and gift arrangement
- ATM location guide
- Weather forecast
- Business services

ID#: 010410-010410-0004342

## Visa Infinite Year-End Account Summary - AP Region

An AP Issuer must provide its Visa Infinite Cardholders with a year-end account summary that includes:

- Total annual amount spent by the Cardholder
- Summary of spending by merchant category

ID#: 010410-010410-0004344

© 2011 Visa. All Rights Reserved.

**Visa Infinite Provisional Credit for Disputed Transactions - AP Region**

A Visa Infinite Issuer in the AP Region must provide a provisional credit to the Cardholder Account Number for the amount of a disputed Transaction within 24 hours of notification of a Cardholder dispute. The disputed Transaction amount must be placed in a suspense account until the dispute is resolved. The dispute notification may be either verbal or written.

ID#: 010410-010410-0004348

**Visa Infinite Preferred Card in Singapore – AP Region (Updated)**

**Effective 4 November 2011,** in addition to the Visa Infinite requirements specified in the *Visa International Operating Regulations*, a Visa Infinite Preferred Card Issuer in Singapore must comply with the requirements specified in the *Visa Infinite Preferred Card Product Guide – AP Region.*

ID#: 151011-041111-0026541

**Visa Infinite Preferred Card BIN in Singapore – AP Region (Updated)**

**Effective 4 November 2011,** a Visa Infinite Preferred Card Issuer in Singapore must identify Visa Infinite Preferred Account Numbers and distinguish them from other Visa consumer credit Account Numbers by using a unique BIN.

A Visa Infinite Preferred BIN must only be used for Visa Infinite Preferred Cards, and not shared with Visa Infinite Cards or other types of Card programs.

An issuer must **not** reclassify the following without prior permission from Visa:

- A BIN designated as another Card product to a Visa Infinite Preferred Card program, or
- A BIN designated as Visa Infinite Preferred to another Card product other than the Visa Infinite Preferred Card

An Issuer must **not** reclassify a BIN of an existing other Card program to a Visa Infinite Preferred BIN unless Visa approves the reclassification and the Issuer has reviewed and confirmed that all existing Cardholders meet the qualification for Visa Infinite Preferred Cards.

ID#: 151011-041111-0026542

**Visa Infinite Card Emergency Services - CEMEA Region**

A Visa Infinite Issuer in the CEMEA Region must provide mandatory core services to its Cardholders, as specified in the *Global Customer Assistance Services Member Guide - CEMEA Region.*

ID#: 010410-010410-0004437

© 2011 Visa. All Rights Reserved.

**Visa Infinite Card Mandatory Core Services - CEMEA Region**

A Visa Infinite Card Issuer in the CEMEA Region must offer the following core services:

- Purchase protection
- Extended warranty
- Full multi-trip travel insurance:
  - Trip cancellation
  - Trip delay
  - Medical coverage
  - Repatriation
  - Lost baggage
  - Loss of money
  - Personal liability
  - Legal expenses
  - Travel accident insurance

ID#: 010410-010410-0004438

**Visa Infinite Card Optional Features - CEMEA Region**

A CEMEA Issuer may offer optional services for Visa Infinite Programs:

- Key insurance/loss
- Collision damage waiver
- Airport lounge access-priority pass

ID#: 010410-010410-0004440

**Visa Infinite Merchant Partner Program - CEMEA Region**

In the CEMEA Region, the Visa Infinite Merchant partner program must be communicated to Cardholders annually or as required by Visa, in the form of a brochure or on the Issuer's Visa Infinite Website.

ID#: 010410-010410-0004439

© 2011 Visa. All Rights Reserved.

**Visa Infinite Card Issuer Certification - LAC Region**

Before issuing a Visa Infinite Card, an LAC Issuer must receive written certification from Visa that the Issuer complies with all the Visa Infinite Card product requirements and standards.

ID#: 010410-010410-0004501

# Visa Platinum Cards

### Visa Platinum Card Issuance Requirements - AP Region

In the AP Region, all provisions of the *Visa International Operating Regulations* governing issuance of Visa Gold Cards apply to the issuance of Visa Platinum Cards.

ID#: 010410-010410-0004264

### Visa Platinum Debit Card Issuance Requirements for Australian Issuers – AP Region (New)

**Effective 1 May 2011**, in the AP Region, an Issuer in Australia may only provide a Visa Platinum debit Card to a Cardholder who meets either of the following:

- Minimum income of AU $100,000 per annum
- Minimum savings and investments portfolio of AU $200,000 which may be held at any financial institution or by the Cardholder outright. The minimum savings and investments exclude the Cardholder's primary residence

ID#: 111011-010511-0026378

### Visa Platinum Card Core Services - AP Region

In the AP Region, a participating Visa Platinum Issuer must provide the following core services to its Visa Platinum Cardholders:

- Cardholder Inquiry Service
- One or more insurance options that the Issuer may choose to apply
- Emergency Card Replacement, including:
    - Card Verification Value encoding
    - Minimum spending limit
- Emergency Cash Disbursement,
- Emergency medical and legal referral

© 2011 Visa. All Rights Reserved.

• Lost/Stolen Card Reporting Service

ID#: 111011-010410-0004267

## Visa Platinum Card Minimum Spending Limit - AP Region (Updated)

In the AP Region, the Minimum Spending Limits for a Visa Platinum account are as specified in   the following table. For countries that will launch Visa Platinum for the first time, the default Minimum Spending Limit is US $2,000 or local currency equivalent.

### Visa Platinum Card Minimum Spending Limits for AP Countries

| Country | Effective through 30 April 2011, mandated Visa Platinum Minimum Spending Limits | Effective 1 May 2011, mandated Visa Platinum Minimum Spending Limits |
|---|---|---|
| Australia | US $4,400 | AU $6,000[1] |
| Bangladesh | US $4,300 | BDT 140,000 |
| Bhutan | | BTN 90,000 |
| Brunei | US $12,500 | BND 8,300 |
| Cambodia | US $12,500 | KHR 427,250 |
| China | US $8,000 | CNY 55,000 |
| Guam | US $8,000 | US $8,000 |
| Hong Kong | US $4,000 | HKD 30,000 |
| India | **Effective through 30 June 2010,** US $2000 <br><br> **Effective 1 July 2010,** INR 50,000 | INR 50,000 |
| Indonesia | US $4,000 | IDR 40,000,000 |
| Japan | US $12,500 | JPY 1,237,000 |
| Korea | US $6,000 | KRW 7,500,000 |
| Malaysia | US $5,000 | MYR 17,500 |
| Macau | US $4,000 | MOP 30,000 |
| Mongolia | US $8,000 | MNT 55,000 |
| New Zealand | US $6,700 | NZ $10,000 |
| Philippines | US $5,000 | PHP 250,000 |
| Singapore | US $7,500 | SG $8,300 |
| Sri Lanka | US $3,200 | LKR 225,000 |
| Taiwan | US $4,013 | TWD 150,000 |

© 2011 Visa. All Rights Reserved.

| Country | Effective through 30 April 2011, mandated Visa Platinum Minimum Spending Limits | Effective 1 May 2011, mandated Visa Platinum Minimum Spending Limits |
|---|---|---|
| Thailand | US $2,000 | THB 150,000 |
| Fiji | US $2,000 | FJD 4,000 |
| Laos | US $2,000 | LAK 16,500,000 |
| Maldives | US $2,000 | MVR 25,000 |
| Nepal | US $2,000 | NPR 150,000 |
| Papua New Guinea | US $2,000 | PGK 5,400 |
| Vietnam | US $2,000 | VND 40,000,000 |

1.   A variance applies for Visa Platinum debit Cards

ID#: 151011-010511-0004268

## Visa Platinum Card Required Services - AP Region

In the AP Region, a Visa Platinum Issuer must make concierge service assistance available through a customer service attendant by telephone 24 hours a day, 7 days a week, and must offer it in key international travel markets. The minimum services required are travel information and assistance, including:

• Emergency travel arrangement provisions

• Passport, visa, and customs information

• Specific country and major city information

• Translation and message assistance

• Transportation information

• Restaurant, health club, entertainment events, shopping information and assistance, and gift arrangement

• ATM location guide

• Weather forecast

• Business services

ID#: 010410-010410-0004269

© 2011 Visa. All Rights Reserved.

## Visa Platinum Card Customer Service Telephone Number - AP Region

In the AP Region, a Visa Platinum Issuer must provide its Visa Platinum Cardholders with a toll-free telephone number or a telephone number where collect calls will be accepted domestically or worldwide to obtain customer service and Account-Related Information services 24 hours a day, 7 days a week. The Issuer must communicate the telephone numbers to its Cardholders at least once each year.

ID#: 010410-010410-0004270

## Visa Platinum Customer Service Standards - AP Region

In the AP Region, a Visa Platinum Issuer must meet the following customer service performance standards:

• Be capable of transferring calls to and establishing and maintaining a telephone bridge with the Visa Platinum Customer Center. [30]

• Answer 90% of customer service calls by a customer service attendant within 15 seconds

• Immediately answer customer service calls by a voice response unit

• Provide an option that allows a Visa Platinum Cardholder to transfer from a voice response unit to a customer service attendant at any time during the call

• Ensure a maximum call abandonment of no more than 5%

• Ensure that the Visa Platinum Cardholder is **not** placed on hold after a customer service agent has answered the call

ID#: 050411-010410-0004271

## Visa Platinum Card Issuance Requirements - Canada Region

In the Canada Region, all provisions of the *Visa International Operating Regulations* governing the issuance of Visa Gold Cards apply to the issuance of Visa Platinum Cards.

ID#: 010410-010410-0004413

## Visa Platinum Card Core Services - Canada Region

In the Canada Region, a participating Visa Platinum Issuer must provide to its Cardholders the following emergency Cardholder services:

• Cardholder Inquiry Service

• Collision/Loss Damage Insurance

• Emergency Card Replacement

---

30   A variance applies to Bangladesh.

© 2011 Visa. All Rights Reserved.

- Emergency Cash Disbursement

- Legal referral assistance and Cash Disbursement

- Lost/Stolen Card Reporting

- Medical referral assistance and Cash Disbursement Service

ID#: 081010-010410-0004414

## Visa Platinum Card Collision/Loss Damage Insurance - Canada Region

In the Canada Region, a Visa Platinum Issuer may offer Collision/Loss Damage Insurance either:

- Through the Visa Collision Loss/Damage Waiver insurance program

- Independently

If the Canada Issuer offers Collision Loss/Damage Waiver insurance independently, the program features must meet or exceed the minimum features, customer service level, and program administration standards currently available from Visa. A certificate of insurance as well as program details may be obtained from Visa.

A Visa Platinum Cardholder may obtain information about the Collision/Loss Damage Waiver insurance program through the Visa Global Customer Care Services, unless Visa has approved alternate arrangements.

ID#: 081010-010410-0008336

## Visa Platinum Card BIN - Canada Region

Each Canada Issuer must:

- Use a unique BIN for its Visa Platinum Account Numbers. The Issuer must either:
  - Choose a BIN from a BIN range previously assigned to it by Visa
  - Request a new BIN range assignment for the service
- If using a previously assigned BIN or BIN range, notify Visa of the selected BIN or BIN range before issuing any Visa Platinum Cards
- Send "Visa Interchange Directory Update Form" and "BIN License Agreement" (both available through the Visa Publication Center on Visa Online and http://www.visainfo.ca) to Visa for its Visa Platinum BIN range

ID#: 050411-010410-0004418

© 2011 Visa. All Rights Reserved.

**Visa Platinum Card Emergency Services - CEMEA Region**

In the CEMEA Region, a Visa Platinum Card Issuer must comply with the *Global Customer Assistance Services Member Guide - CEMEA Region*.

ID#: 010410-010410-0008337

**Visa Platinum Card Spending Limits - CEMEA Region (Updated)**

**Effective through 30 April 2011**, a CEMEA Issuer must offer its Visa Platinum Cardholders either of the following account options:

• Minimum spending limit of US $10,000 or local currency equivalent

• No pre-set spending limit

A variance to this requirement applies to Members in Afghanistan and Pakistan.

**Effective 1 May 2011**, the Minimum Spending Limits for a Visa Platinum account are as specified in the following table. For countries that will launch Visa Platinum for the first time and the ones that are not listed in the table below, the default Minimum Spending Limit is US $10,000 or local currency equivalent.

**Visa Platinum Card Minimum Spending Limits for CEMEA Countries**

| Country | Mandated Visa Platinum  Minimum Spending Limits |
|---|---|
| Bahrain | BD 2,800 |
| Egypt | EGP 40,000 |
| Jordan | JOD 5,300 |
| Kuwait | KD 2,100 |
| Lebanon | LBP 11,165,300 |
| Oman | OR 2,900 |
| Pakistan | PKR 403,000 |
| Qatar | QAR 27,300 |
| Russia | RUR 240,000 |
| Saudi Arabia | SAR 28,000 |
| United Arab Emirates | AED 27,500 |
| Serbia | RSD 760,000 |
| Croatia | HRK 55,000 |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Country | Mandated Visa Platinum  Minimum Spending Limits |
|---------|-------------------------------------------------|
| Macedonia | MKD 450,000 |
| Bosnia & Herg | BAM 14,400 |
| Kosovo | EUR 7,400 |
| Albania | ALL 1,040,000 |
| Montenegro | EUR 7,400 |
| Georgia | GEL 18,000 |

ID#: 151011-010511-0004432


## Visa Platinum Card Core Services - CEMEA Region

In the CEMEA Region, a Visa Platinum Issuer must offer the following core services:

- Purchase Protection
- Extended Warranty

ID#: 010410-010410-0004433


## Visa Platinum Card Optional Features - CEMEA Region

A CEMEA Issuer may offer optional services for Visa Platinum Programs:

- Full multi-trip insurance
- Travel inconvenience insurance
- Travel accident insurance
- Key insurance
- Collision damage waiver
- Airport lounge access - priority pass

ID#: 010410-010410-0004434


## BIN Requirements for Airline Co-Brand Programs - CEMEA Region

A CEMEA Issuer may issue new Visa Gold Card and Visa Platinum Airline co-brand programs on a new Visa Platinum BIN.

A CEMEA Issuer must issue new Visa Gold and Visa Platinum Airline co-brand programs on separate designated account ranges within the Visa Platinum BIN.

© 2011 Visa. All Rights Reserved.

The Issuer must provide all Airline co-brand Cards issued on a Visa Platinum BIN with mandatory core product features applicable to Visa Platinum Cards, as specified in "Visa Platinum Card Core Services - CEMEA Region."

Mandatory minimum spending limits do not apply for Airline co-brand Cards issued on a Visa Platinum BIN.

ID#: 010410-010410-0009017


## Visa Gold and Platinum Cards Issued on Visa Platinum BIN - CEMEA Region

In the CEMEA Region, Visa Gold Cards issued on a Platinum BIN must comply with Card design requirements, as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards.*

In the CEMEA Region, Visa Platinum Cards issued on a Platinum BIN must comply with Card design requirements as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards*.

ID#: 010410-010410-0008339


## Visa Platinum Certification - LAC Region

Before issuing Visa Platinum Cards, an LAC Issuer must receive written certification from Visa that the Issuer complies with all Visa Platinum product requirements and standards.

ID#: 010410-010410-0004460


## Visa Platinum Card Travel Rewards Program - LAC Region

In the LAC Region, a Visa Platinum Credit Card Issuer must provide a travel rewards program that offers Cardholders, through purchases with Visa Platinum Cards, the ability to accumulate points that can be redeemed for, at a minimum, airline travel.

The travel rewards program may be sponsored by Visa (Visa Rewards), an Issuer, or an Issuer/Airline co-branded program.

Cardholders must not be assessed an additional fee for membership in the travel rewards program.

In the LAC Region, Visa Platinum debit Cards are exempt from any obligation to offer any travel rewards programs.

ID#: 010410-010410-0008813

© 2011 Visa. All Rights Reserved.

# Visa Prepaid Cards

## Visa Prepaid Card Issuer Requirements

A Visa Prepaid Card Issuer:

- May issue Visa Prepaid Cards bearing any Visa-owned Brand Mark

- Must comply with the fees, processing rules, program rules, membership rules, reporting requirements, and physical Card design requirements for the Visa Brand Mark displayed on the Card as specified in the:

  – *Visa International Operating Regulations*

  – *Visa Product Brand Standards*

  – Applicable Visa International Prepaid Program Guidelines

  – *Visa Global Physical Security Validation Requirements for Data Preparation, Encryption Support and Fulfillment Card Vendors*

- Must **not** issue Visa Prepaid Cards as any type of consumer credit program that extends a line of credit, including Visa Signature or Visa Infinite Cards

- Must prevent unauthorized reselling of its Visa Prepaid Cards or accounts

- Must ensure that the Visa Prepaid Card programs are incorporated into the Member's anti-money laundering and anti-terrorist financing program to monitor suspicious activity

- Must ensure that its Visa Prepaid Card program is approved by Visa prior to program implementation or Visa Prepaid Card issuance

- Must ensure that the expiration date encoded on the Magnetic Stripe or Chip (when used) and embossed on a Visa Prepaid Card does not exceed 5 years from the date of issuance

- For Visa Gift Cards issued in the U.S. Region, the Issuer must ensure the expiration date encoded on the Magnetic Stripe or Chip (when used) and embossed or printed on a Visa Gift Card does not exceed 9 years from the date of issuance *(This only applies in the U.S. Region.)*

ID#: 111011-150210-0003633

## Visa Prepaid Card BIN

An Issuer must issue Visa Prepaid Cards using a consumer prepaid BIN designated for its Visa Prepaid Programs. [31] Unique BINs are required for Reloadable Card and Non-Reloadable Card programs.  Each program product type must be issued with a discrete account range within the prepaid BIN. The Issuer may:

- Choose a BIN from a BIN range previously assigned to it by Visa

- Request a new BIN range assignment for the service

- Establish multiple Visa Prepaid Card programs within the same BIN

---

31   A variance to this requirement applies in the LAC Region.

© 2011 Visa. All Rights Reserved.

ID#: 111011-010410-0008352

## Visa Prepaid Card - Telephone Number

A Visa Prepaid Card Issuer must print a customer service telephone number on the back of a Visa Prepaid Card.

For Visa Gift Cards issued in the U.S. Region, the Issuer must print a toll-free customer service telephone number on the back of the Card. *(This only applies in the U.S. Region.)*

ID#: 111011-010100-0025533

## Visa Prepaid Account Balances

The Issuer responsible for Prepaid Account balances must be identified either on the front or back of the Card.

An Issuer must disclose its obligation for Card balances to the Visa Prepaid Card purchaser, either in writing or other appropriate means as approved by Visa.

An Issuer must **not** describe Visa Prepaid Card programs in any way that could imply that Visa is liable for outstanding balances. This includes, but is not limited to, using the words "Travelers Cheque/Check" in the product name or claiming that Visa Prepaid Card products have all the features of Travelers Cheques.

ID#: 081010-010410-0008353

## Visa Prepaid Card Selective Authorization

An Issuer of certain Visa Prepaid Cards, as specified in the applicable Visa International Prepaid Program Guidelines, may decline Authorization Requests based on the following factors:

- Merchant Category Code
- Merchant name(s) or terminal identification
- Location or Merchant Outlet

ID#: 081010-010100-0025537

## Partial Authorization Service for Visa Prepaid Card Issuers

A Visa Prepaid Card Issuer and its VisaNet Processor that offers Partial Authorization must support:

- Partial Authorization Transactions
- Authorization Reversals

© 2011 Visa. All Rights Reserved.

An Issuer that participates in the Partial Authorization service must comply with the requirements as specified in the V.I.P. Technical Specifications.

An Issuer that participates in the Partial Authorization service that receives an Authorization Reversal must release any applicable hold on available funds in its Cardholder's account immediately.

ID#: 111011-010410-0002494


## Visa Prepaid Card Authorization Holds

A Visa Prepaid Card Issuer must release any hold on available funds in its Cardholder's account as a result of an approved Authorization Request when a matching Clearing Record is received.

This requirement does not apply if the Issuer determines that the Transaction or account involves suspicious or unusual activity.

ID#: 081010-010100-0025539


## Visa Prepaid Load Service Participation

Members that participate in the Visa Prepaid Load  Service[32] must comply with the requirements specified in the *Visa International Operating Regulations* and the *Visa International Prepaid Program Guidelines.*

ID#: 111011-010410-0003634


## Visa Prepaid Load Service Acquirer Requirements

Members that participate in the optional Visa Prepaid Load Service must comply with requirements in the applicable Visa International Prepaid Program Guidelines.  A participating Acquirer must:

• Add Visa Prepaid Load Service provisions to its Merchant Agreement

• Ensure that participating Merchants comply with the requirements specified in the *Visa International Operating Regulations* and applicable Visa International Prepaid Program Guidelines

• Have an Endorsement Date within 2 calendar days from the Visa Prepaid Load Service Transaction Date

An Acquirer may only process a Reversal when there is a processing problem or error that prevents the Issuer's Authorization Response from being returned to the Prepaid Partner. An Acquirer must only send system-generated reversals to VisaNet and the Prepaid Partner when there is an inability of the Acquirer to return an Issuer response to the Prepaid Partner's system.

An exemption to the Visa Prepaid Load Service requirements applies in the U.S. Region.

ID#: 111011-010410-0002517

---

32    Visa Prepaid Load Service is referred to as Visa ReadyLink in the U.S. Region.

© 2011 Visa. All Rights Reserved.

## Visa Prepaid Partner Requirements

A Member or Merchant may participate in the Visa Prepaid Load Service as a Prepaid Partner to:

• Activate or load initial value to Visa Prepaid Cards under a Prepaid Partner Issuer Agreement

• Add value to qualified reloadable Visa Prepaid Cards

A Prepaid Partner must:

• Have a Merchant Agreement with the participating Acquirer to process Visa Prepaid Load Service Transactions

• Comply with the requirements in the applicable Visa International Prepaid Program Guidelines

• Obtain Issuer approval of:

  – A load Authorization Request for Card activation on both reloadable and non-reloadable Cards

  – A load Authorization Request for value reload on qualified reloadable Cards

• Load value to a Visa Prepaid Card only when the Card is present

• Load Visa Prepaid Cards only when the Prepaid Partner and the Visa Prepaid Card Issuer are located within the same country

• Load the Visa Prepaid Card in the Cardholder's Billing Currency

ID#: 081010-010410-0008355

## Visa Payroll Card Requirements

A Visa payroll Issuer must comply with the:

• *Visa Payroll Card Service Description*

• *Visa Payroll Card Member Implementation Guide*

A Visa payroll Issuer must implement Card activation procedures that require Cardholders to validate their identity by some reasonable means before being able to use the Card.

ID#: 010410-010100-0025571

## Visa Prepaid Card Requirements - U.S. Region

In the U.S. Region, a Visa Prepaid Card Issuer must comply with the requirements specified in the:

• *Visa International Prepaid Program Guidelines With Additional United States Guidelines*

• *Visa ReadyLink Service Description and Implementation Guidelines*

• *Visa Product Brand Standards*

VISA PUBLIC                                    18 October 2011

© 2011 Visa. All Rights Reserved.

- *Visa U.S.A. Prepaid Retail Channel Guidelines*

ID#: 050411-010410-0008363

## Visa Prepaid Card BIN - U.S. Region

In the U.S. Region, an Issuer must use a unique consumer debit BIN for each of the following Visa Prepaid Card program types:

- Visa Buxx
- Visa Employee Benefit Cards (Visa Prepaid Card products for Visa Flexible Savings Account, Visa Health Savings Account, Visa Health Reimbursement Account and Visa Transit may be combined within a single BIN as specified in the *Visa International Prepaid Program Guidelines With Additional United States Guidelines*)
- Visa Gift Card
- Visa Incentive Card
- Visa Payroll
- Visa Prepaid Card bearing both the Visa Mark and the Visa TravelMoney Mark
- Other Visa Prepaid Cards

ID#: 081010-010100-0025544

## Visa Prepaid Card Agents - U.S. Region

In the U.S. Region, a Visa Prepaid Card Issuer must implement underwriting, monitoring, and control policies for its Agents that support its Visa Prepaid Card program.

The Issuer must ensure that the policies are approved by its board of directors. Visa may grant an exception to this requirement.

The Issuer must provide the policies to Visa upon request.

The Issuer must implement policies and procedures for reviewing solicitation materials used by its Agents.

ID#: 010410-010410-0008356

## Visa Prepaid Card Issuer Risk Program Compliance - U.S. Region

In the U.S. Region, an Issuer must comply with the requirements of the *Prepaid Issuer Risk Program Standards* document, available from Visa upon request.

ID#: 010410-010410-0002173

© 2011 Visa. All Rights Reserved.

## Visa Prepaid Card Agent Monitoring - U.S. Region

In the U.S. Region, an Issuer must, at a minimum, monitor its Agents in accordance with the Agent activity monitoring standards, as specified in the *Prepaid Issuer Risk Program Standards* document.

The Issuer must:

- Ensure it has all access rights to all of its Agent's systems and reports
- Submit to Visa quarterly reporting on Agent relationships, as specified in the *Prepaid Issuer Risk Program Standards* document

ID#: 010410-010410-0008357

## Visa Prepaid Card Funds and Reserves - U.S. Region

A U.S. Issuer must:

- Hold and control all Visa Prepaid Card funds and Agent reserves
- Ensure that all prepaid funds are only used for valid Presentments
- Ensure that reserves may only be used to cover direct program losses that are accumulated and derived from the Merchant settlement funds or used to guarantee a Merchant's payment system obligations to the Member
- Perform monitoring of Agent reserves and account funding
- Periodically review and monitor Cardholder funds, including exception reporting

ID#: 010410-010410-0002176

## Visa Prepaid Issuer Risk Program Review - U.S. Region

In the U.S. Region, an entity approved by Visa may conduct a periodic review of the Issuer's or its Agent's operations at any time to ensure compliance with the Prepaid Issuer Risk Program requirements.

The Issuer must provide Visa with a self-assessment questionnaire on a quarterly basis.

The Issuer must provide a copy of the review report to Visa upon request.

The Issuer is responsible for the cost of the periodic review.

ID#: 010410-010410-0008359

© 2011 Visa. All Rights Reserved.

## Visa Prepaid Card Partial Authorization Responses - U.S. Region

In the U.S. Region, a Visa Prepaid Card Issuer and its VisaNet Processor must support Partial Authorization Responses, as specified in the VisaNet manuals.

ID#: 050411-010410-0008365

## Visa Prepaid Card Product Options - U.S. Region

A U.S. Issuer may issue various Card types for certain Visa Prepaid Card programs with prior Visa approval.

ID#: 010410-010410-0003420

## Non-Reloadable Card Printing Requirements - U.S. Region

A U.S. Issuer offering Non-Reloadable Cards must print the legend "Non-Reloadable" on the back of the Card:

- In a minimum 6-point Helvetica font
- Anywhere above the Magnetic Stripe

ID#: 010410-010410-0008372

## Prepaid Issuer Participation in Point-of-Sale Balance Inquiry Service - U.S. Region

In the U.S. Region, a Visa Gift Card Issuer or Visa Incentive Card Issuer or an Issuer of other Non-Reloadable Visa Prepaid Cards must:

- Participate in the Point-of-Sale Balance Inquiry Service
- Complete systems testing with Visa to support balance inquiries at the Point-of-Transaction in a Face-to-Face Environment, as specified in the VisaNet manuals

ID#: 050411-150210-0002594

## Visa ReadyLink Participation - U.S. Region

A U.S. Issuer may participate in Visa ReadyLink.

A participating Issuer must:

- Comply with the requirements of the:
  - *Visa International Prepaid Program Guidelines With Additional United States Guidelines*
  - *Visa ReadyLink Service Description and Implementation Guidelines*

© 2011 Visa. All Rights Reserved.

– *Visa Product Brand Standards*

• Designate unique BINs within its Visa Prepaid Card program that may participate in Visa ReadyLink

• Have a Prepaid Partner Agreement with a participating Prepaid Partner to sell Visa Prepaid Cards

The Prepaid Partner Agreement must define the terms and conditions of the relationship between the Issuer and the Prepaid Partner, including, but not limited to, any applicable service fee charged to a consumer by the Prepaid Partner for the purchase of Visa Prepaid Cards.  The Prepaid Partner Agreement does not govern the loading of value to a Visa Prepaid Card.

ID#: 081010-010410-0008374

## Visa ReadyLink Prepaid Partner Requirements - U.S. Region

In the U.S. Region, a Prepaid Partner that participates in the Visa ReadyLink service must:

• Have a Merchant Agreement for Visa Card acceptance

• Comply with the requirements in the:

– *Visa International Prepaid Program Guidelines With Additional United States Guidelines*

– *Visa ReadyLink Service Description and Implementation Guidelines*

• Load value to a Visa Prepaid Card that has been designated for participation in Visa ReadyLink by the Issuer or to another Non-Visa Branded Account, as defined in the *Visa ReadyLink Service Description and Implementation Guidelines*

A Visa ReadyLink Prepaid Partner may sell Visa Prepaid Cards under a Prepaid Partner Issuer Agreement with a participating Issuer.

ID#: 050411-010410-0008388

## Visa ReadyLink Acquirer Requirements - U.S. Region

In the U.S. Region, an Acquirer participating in the Visa ReadyLink Service must:

• Comply with the service requirements specified in the:

– *Visa International Prepaid Program Guidelines With Additional United States Guidelines*

– *Visa ReadyLink Service Description and Implementation Guidelines*

• Comply with Merchant Agreement requirements, as specified in "Visa ReadyLink Acquirer Requirements for Prepaid Partners - U.S. Region"

• Ensure that it maintains adequate funds available for settlement of approved Transactions that have been processed through VisaNet from its Prepaid Partners

• Process a Visa ReadyLink Transaction through the Single Message System

ID#: 081010-010410-0003216

© 2011 Visa. All Rights Reserved.

## Visa ReadyLink Acquirer Requirements for Prepaid Partners - U.S. Region

In the U.S. Region, an Acquirer that participates in the Visa ReadyLink Service must ensure that:

- A Prepaid Partner that participates in the Visa ReadyLink Service complies with all the provisions of the:
  – *Visa International Prepaid Program Guidelines With Additional United States Guidelines*
  – *Visa ReadyLink Service Description and Implementation Guidelines*
- The substance of those provisions is included in its Merchant Agreement or as a separate addendum

ID#: 081010-010410-0003468

## Visa ReadyLink Transaction Processing - U.S. Region

In the U.S. Region, funds associated with a load to a Visa Prepaid Card or to another Non-Visa Branded Account, as defined in the *Visa ReadyLink Service Description and Implementation Guidelines* processed through the VisaNet Single Message System, as specified in the *Visa International Prepaid Program Guidelines With Additional United States Guidelines* and *Visa ReadyLink Service Description and Implementation Guidelines,* are settled between the Acquirer and Issuer during the same processing cycle as the approval of the Transaction Authorization request by the Issuer.

ID#: 050411-010410-0005731

## Visa Buxx Card Issuer Implementation Requirements - U.S. Region

In the U.S. Region, a Visa Buxx Issuer must:

- Complete the implementation procedures, as specified in the *Visa Buxx Card Member Implementation Guide*
- At least 30 days before issuing Cards, submit to Visa written certification that its programs, systems, procedures, and services comply with the *Visa International Operating Regulations*, *Visa Buxx Card Service Description,* and *Visa Buxx Card Member Implementation Guide*

ID#: 050411-010410-0004361

## Visa Buxx Card Issuer Requirements - U.S. Region

In the U.S. Region, a Visa Buxx Issuer must implement Card activation procedures.

Card activation procedures must require Cardholders to validate their identity by some reasonable means before being able to use the Card.

© 2011 Visa. All Rights Reserved.

A Visa Buxx Issuer must provide the account owner (e.g., parent or guardian) with a financial literacy test to be completed by the teenager and verified by the account owner at the time of enrollment.

A Visa Buxx Issuer must, either itself, through Visa, or through a third-party provider, offer:

- Website access that includes:
  – Account management data and functions
  – Account funding capability
- Parental notification of payment activity
- The option to receive periodic statements either electronically or on paper
- Customer service activities including, but not limited to:
  – Processing lost/stolen Card reports
  – Card suspension

ID#: 010410-010410-0008378


## Visa Payroll Card Requirements - U.S. Region

In the U.S. Region, a Visa Payroll Issuer must comply with the:

- *Visa Payroll Card Service Description*
- *Visa Payroll Card Member Implementation Guide*

A Visa Payroll Issuer must implement Card activation procedures that require Cardholders to validate their identity by some reasonable means before being able to use the Card.

A Visa Payroll Card design must comply with the *Visa Product Brand Standards.*

ID#: 010410-010410-0008383


## Visa Employee Benefit Card Issuer Requirements - U.S. Region

In the U.S. Region, a Visa Employee Benefit Card Issuer must:

- Comply with the *Visa Employee Benefit Card Service Description and Implementation Guide*
- Support selective Authorization, as specified in "Visa Prepaid Card Declined Authorizations - U.S. Region"
- Support Auto-Substantiation, as specified in "Healthcare Auto-Substantiation Requirements - U.S. Region"
- Comply with the *Visa Healthcare Auto-Substantiation Transactions Service Description and Implementation Guide*
- Comply with the *Visa Healthcare Auto-Substantiation Transaction Consolidated Technical Requirements*

© 2011 Visa. All Rights Reserved.

- Support Authorization Reversals

- Obtain a license from, and be certified by, SIGIS in order to process Healthcare Auto-Substantiation Transactions

- Support Retrieval Request reason code 27, "Healthcare Auto-Sub Data Retrieval Request," for the process of obtaining detailed Transaction Receipt data from Acquirers, via fax, as specified in the *Visa Healthcare Auto-Substantiation Transactions Retrieval of SIGIS Receipt Detail Implementation Guide*[33]

ID#: 050411-010410-0008386

## Healthcare Auto-Substantiation Requirements - U.S. Region

A U.S. Issuer or its Agent must support Healthcare Auto-Substantiation if it offers any of the following Visa Employee Benefit Card programs:

- Visa Flexible Spending Account (FSA)

- Visa Health Reimbursement Account (HRA)

ID#: 081010-010410-0003421

# Visa Signature Cards

## Visa Signature Card Requirements

At the option of Visa, an Issuer may issue consumer Visa Signature Cards, subject to trademark availability. A Visa Signature Card Issuer must include features and services equivalent to the Visa Infinite Card and the following:

- No pre-set spending limit

- Access to Web services specific to Visa Signature Cardholders

- A Card design specific to a Visa Signature Card, as specified in the *Visa Product Brand Standards*

ID#: 010410-010410-0008228

## Visa Signature Card Issuer Requirements - U.S. Region

A Visa Signature Issuer in the U.S. Region must comply with the requirements specified in:

- "Consumer Card Issuer Requirements - U.S. Region"

- *Visa Enhancements Resource Guide*

- *Visa Signature Product and Implementation Guide*

---

33   Unlike other Transaction Receipt Retrieval Request Reason Codes, Reason Code 27 does not support a Chargeback right for the Issuer.

© 2011 Visa. All Rights Reserved.

- **Effective 24 February 2011,** *Visa Consumer Charge Card Product and Implementation Guide - U.S. Region*, if applicable

ID#: 171011-240211-0003417

## Visa Signature Card BIN Requirements - U.S. Region

A Visa Signature Issuer in the U.S. Region that supports:

- Account range processing may designate an Account Number range within a credit BIN for its Visa Signature Cards

- BIN level processing must use a unique BIN assigned to it by Visa for its Visa Signature Account Numbers and either:

  – Choose a BIN from a BIN range previously assigned (If using a previously assigned BIN, notify Visa of the selected BIN before issuing any Visa Signature Cards)

  – Request a new BIN assignment

ID#: 010410-010410-0006226

## Visa Signature Card Implementation Requirements - U.S. Region

A Visa Signature Issuer in the U.S. Region must:

- Complete the implementation forms included in the *Visa Signature Product and Implementation Guide*

- Comply with the requirements specified in the *Visa Enhancements Resource Guide*

ID#: 010410-010410-0003900

## Visa Signature Card Spending Limits and Payment Options - U.S. Region (Updated)

A Visa Signature Issuer in the U.S. Region:

- Must issue its Visa Signature Cards with no pre-set spending limit for purchase Transactions

- May allow the Visa Signature Cardholder the option to either:

  – Pay in full each statement cycle. **Effective 24 February 2011,** the minimum spending limit for a Visa Signature Card issued as a Visa Charge Card must not be less than $2,000 per month

  – Revolve. [34] If positioned as a revolving product, the Issuer must permit a minimum revolving balance of at least US $5,000 during each statement cycle.

The Issuer may establish a pre-set spending limit for:

- Cash Disbursement Transactions

---

34   **Effective 24 February 2011,** this option does not apply to Visa Charge Cards.

© 2011 Visa. All Rights Reserved.

• Transactions resulting from an Emergency Card Replacement

ID#: 151011-240211-0008237

## Visa Signature Cardholder Notification - U.S. Region

A Visa Signature Issuer in the U.S. Region must provide notification to the Cardholder:

• Before ongoing Transactions can be declined

• When an account needs to be suspended or closed for any reason

ID#: 010410-010410-0003218

## Visa Signature Card Customer Service Telephone Number - U.S. Region

A Visa Signature Issuer in the U.S. Region must provide a toll-free telephone number of its own customer service center where the Cardholder:

• May obtain customer service 24 hours a day, 7 days a week

• Is given an early and ongoing option to talk to a knowledgeable representative, if an automated response menu is used

ID#: 010410-010410-0003906

## Visa Signature Card Rewards Program - U.S. Region (Updated)

A Visa Signature Issuer in the U.S. Region must offer a rewards program to its Visa Signature Cardholders in accordance with the requirements specified in the *Visa Signature Product and Implementation Guide.*

ID#: 111011-010100-0003905

## Visa Signature Card Visa Incentive Network Participation - U.S. Region

A Visa Signature Issuer in the U.S. Region must participate in the Visa Incentive Network program, as specified in the *Visa Incentive Network Member Implementation Guide*, to qualify for the Visa Signature Interchange Reimbursement Fee.

ID#: 010410-010410-0003904

## Visa Signature Card Enhanced Billing Support - U.S. Region

A Visa Signature Issuer in the U.S. Region must provide enhanced billing support resolution services, as specified in the *Visa Signature Product and Implementation Guide*.

ID#: 010410-010410-0003907

© 2011 Visa. All Rights Reserved.

## Visa Signature Cardholder Information - U.S. Region

A Visa Signature Issuer in the U.S. Region must offer its Cardholders, during the application process, the option to have their personal information kept confidential.

- If selected, the Issuer must **not** provide Cardholder or account details to external organizations for the purpose of marketing mailing lists, products, or services
- The Issuer may, for Affinity Card accounts, disclose that this option does **not** apply to the Affinity Partner

ID#: 010410-010410-0003909


## Visa Signature Card Design - U.S. Region

A Visa Signature Issuer in the U.S. Region must comply with the *Visa Product Brand Standards*.

ID#: 050411-010410-0006196


## Visa Signature Card Issuance - AP Region (Updated)

A Visa Signature Issuer in the AP Region  must provide a Visa Signature Card:

- With charge, credit, debit, or prepaid capability
- To Cardholders who meet a pre-set minimum annual retail sales volume spend threshold. Qualifying level of annual retail sales volume spends will be specified for each individual market that launches Visa Signature. Card renewal will be based on whether the Cardholder achieved the minimum annual retail sales volume spend threshold.

**Effective 1 May 2011**, a Visa Signature Issuer in the AP Region must implement a spend campaign to drive Card spend when a Cardholder fails to meet the minimum annual retail sales volume spend threshold. If Cardholders of more than 5% of an Issuer's portfolio do not meet the spend threshold, the Cardholders who fail to meet the threshold must be offered a different Visa Card product. [35]

**Effective 1 May 2011**, in the AP Region, the Minimum Spending Limits for a Visa Signature account are as specified in the following table. For countries that will launch Visa Signature Card program for the first time, the default Minimum Spending Limit is US $12,500 or local currency equivalent.


### Visa Signature Card Minimum Spending Limits for AP Countries

| Country | Mandated Visa Signature Minimum Spending Limits in Local Currency |
|---------|------------------------------------------------------------------|
| Australia | AUD 18,000 |
| Bangladesh | BDT 420,000 |

---

35   A variance applies to Hong Kong and Macau.

© 2011 Visa. All Rights Reserved.

| Country | Mandated Visa Signature Minimum Spending Limits in Local Currency |
|---|---|
| Bhutan | BTN 270,000 |
| Hong Kong | HKD 60,000 |
| India | INR 270,000 |
| Indonesia | IDR 80,000,000 |
| Korea | KRW 15,500,000 |
| Maldives | MVR 75,000 |
| Malaysia | MYR 28,000 |
| Nepal | NPR 450,000 |
| Philippines | PHP 434,300 |
| Sri Lanka | LKR 675,000 |
| Singapore | SGD 16,250 |
| Taiwan | TWD 157,500 |
| Thailand | THB 437,500 |

**Effective through 30 April 2011,** the Issuer must provide its on-us data for retail spend on Visa Signature to Visa on the frequency and time periods and in formats as defined by Visa.

ID#: 111011-010511-0004317

## Visa Signature Card BIN Reclassification - AP Region

An AP Issuer must **not** reclassify a BIN or account range to represent a product other than the Visa Signature Card without permission from Visa.

ID#: 010410-010410-0004319

## Visa Signature Card Core Services - AP Region

A Visa Signature Issuer in the AP Region must provide the following services:

• A rewards program with a pre-set minimum perceived customer value (expressed in basis points per dollar of qualifying spend). Visa will set such pre-set values in consultation with Members for each individual market that launches the Visa Signature Card product.

• One or more insurance options that the Issuer may choose to apply

• Complimentary access to airport lounges in all key cities [36]

• **Effective through 30 April 2011,** emergency medical evacuation and repatriation service in case of critical Cardholder medical need

© 2011 Visa. All Rights Reserved.

• **Effective through 30 April 2011,** emergency medical insurance when traveling

ID#: 111011-010511-0004323

## Visa Signature Card Customer Service Telephone Number - AP Region

A Visa Signature Issuer in the AP Region must provide its Visa Signature Cardholders with an exclusive toll-free telephone number or a telephone number where collect calls will be accepted domestically or worldwide to obtain customer services and Account-Related Information services 24 hours a day, 7 days a week. The Issuer must communicate the telephone numbers to its Cardholders at least once a year.

ID#: 010410-010410-0004329

## Visa Signature Card Concierge Services - AP Region

A Visa Signature Issuer in the AP Region must offer concierge services in key international travel markets and must make these services available through a customer service attendant by telephone 24 hours a day, 7 days a week. The minimum services required are travel information and assistance, including:

• Emergency travel arrangement provisions

• Passport, visa, and customs information

• Country and major city information

• Translation and message assistance

• Transportation information

• Restaurant, health club, entertainment events, shopping information, and assistance with gift arrangement

• ATM location guide

• Weather forecast

• Business services

ID#: 010410-010410-0004325

## Visa Signature Privileges Program - AP Region

A Visa Signature Issuer in the AP Region must provide to its Visa Signature Cardholders information about the Visa Signature Privileges Program. The Visa Signature Issuer must communicate the following to its Visa Signature Cardholders:

• Visa Signature Privileges benefits at least once a year

• New benefits or changes to existing benefits at least 2 months before the effective date

---

36   A variance applies to Hong Kong and Macau.

© 2011 Visa. All Rights Reserved.

- Visa Signature Merchant Privileges (quarterly Merchant offers exclusive to Visa Signature Cardholders)

ID#: 010410-010410-0004326

## Visa Signature Card Year-End Account Summary - AP Region

A Visa Signature Issuer in the AP Region may provide its Visa Signature Cardholders with a year-end account summary that includes:

- Total annual amount spent by the Cardholder
- Summary of spending by Merchant category

ID#: 010410-010410-0004327

## Visa Signature Card Emergency Payment Authorization Service - AP Region

A Visa Signature Issuer in the AP Region must:

- Be available to respond to a request from the Emergency Payment Authorization Service 24 hours a day, 7 days a week
- Provide all needed information and a decision to approve or deny the request during the initial telephone contact with Visa Global Customer Care Services
- Provide the Merchant or Visa Global Customer Care Services with a unique Authorization Code
- If providing the service directly to the Cardholder, contact the Merchant to verify the circumstances, explain the service, and complete the Transaction
- Send a fax to the Merchant that includes the Cardholder name, account name, expiration date, Authorization Code, and Transaction amount

ID#: 050411-010410-0004328

## Visa Signature Card Customer Service Standards - AP Region

A Visa Signature Issuer in the AP Region must meet the customer service performance standards as specified below. The Visa Signature Issuer must:

- Be capable of transferring calls to, and establishing and maintaining a telephone bridge, with the Visa Signature Customer Center
- Answer 90% of customer service calls by a customer service attendant within 15 seconds
- Immediately answer customer service calls by a voice response unit
- Provide an option that allows a Visa Signature Cardholder to transfer from a voice response unit to customer services at any time during the call
- Ensure a maximum call abandonment of no more than 5%

© 2011 Visa. All Rights Reserved.

- Ensure the Visa Signature Cardholder is not placed on hold after a customer service agent has answered the call

ID#: 010410-010410-0004330

## Visa Signature Card Marketing - AP Region

A Visa Signature Issuer in the AP Region must:

- Commit a defined level of advertising support for Visa Signature. Visa will define the level of support in consultation with Members in that market
- Receive written approval from Visa before the distribution of Cardholder communication materials for Visa Signature

ID#: 010410-010410-0004331

## Visa Signature Card Provisional Credit for Disputed Transactions - AP Region

A Visa Signature Issuer in the AP Region must provide a provisional credit to the Cardholder's account for the amount of the disputed Transaction within 24 hours of notification of a Cardholder dispute. The disputed Transaction amount must be placed in a suspense account until the dispute is resolved. The dispute notification may be either verbal or written.

ID#: 010410-010410-0004332

## Visa Signature Card Requirements in Australia – AP Region

In addition to the requirements specified in the *Visa International Operating Regulations*, a Visa Signature Issuer must issue Visa Signature Cards with:

- A Minimum Spending Limit of AUD 18,000
- A qualifying minimum annual retail sales volume spend threshold of AUD 48,000
- A minimum rewards points earn rate of 1.15% for every AUD 1 spent

ID#: 111011-060111-0026150

## Visa Signature Card Issuer Certification - LAC Region

Before issuing a Visa Signature Card, an LAC Issuer must receive written certification from Visa that the Issuer complies with all Visa Signature product requirements and standards.

ID#: 050411-010410-0004482

© 2011 Visa. All Rights Reserved.

## Visa Signature Card Travel Rewards Program - LAC Region

A Visa Signature Card Issuer in the LAC Region must provide a travel rewards program that offers Cardholders, through purchases with Visa Signature, the ability to accumulate points that can be redeemed for, at a minimum, Airline travel. The travel rewards program may be sponsored by Visa (Visa Rewards), an Issuer, or an Issuer/Airline co-branded program. Cardholders must **not** be assessed an additional fee for membership in the travel rewards program.

ID#: 010410-010410-0004500

# Visa Signature Preferred Cards - U.S. Region

## Visa Signature Preferred Card Issuer Requirements - U.S. Region

A Visa Signature Preferred Issuer in the U.S. Region must:

- Complete the implementation forms and comply with the requirements specified in the *Visa Signature Product and Implementation Guide*
- Comply with the following:
  - "Consumer Card Issuer Requirements - U.S. Region"
  - *Visa Enhancements Resource Guide*
  - *Visa Signature Product and Implementation Guide - U.S. Region*
  - **Effective 24 February 2011,** *Visa Consumer Charge Card Product and Implementation Guide - U.S. Region,* if applicable

ID#: 151011-240211-0008319

## Visa Signature Preferred Card Account Number/BIN - U.S. Region

A Visa Signature Preferred Issuer in the U.S. Region that supports:

- Account level processing may designate individual Account Numbers for its Visa Signature Preferred Cards
- Account range processing may designate an Account Number range within a credit BIN for its Visa Signature Preferred Cards
- BIN level processing must use a unique BIN assigned to it by Visa for its Visa Signature Preferred Account Numbers and either:
  - Choose a BIN from a BIN range previously assigned (if using a previously assigned BIN, notify Visa of the selected BIN before issuing any Visa Signature Preferred Cards)
  - Request a new BIN assignment

ID#: 010410-010410-0003910

© 2011 Visa. All Rights Reserved.

**Visa Signature Preferred Card Spending Limits and Payment Options - U.S. Region (Updated)**

A Visa Signature Preferred Issuer in the U.S. Region:

- Must issue its Visa Signature Preferred Cards with no pre-set spending limit for purchase Transactions
- May allow the Visa Signature Preferred Cardholder the option to either:
  - Pay in full each statement cycle. **Effective 24 February 2011,** the minimum spending limit for a Visa Signature Card issued as a Visa Charge Card must not be less than $2,000 per month.
  - Revolve. [37] If the Visa Signature Preferred Cardholder is allowed the option to revolve, the Issuer must permit a minimum revolving balance of at least US $5,000 during each statement cycle.

The Issuer may establish a pre-set spending limit for:

- Cash Disbursement Transactions
- Transactions resulting from an Emergency Card Replacement

ID#: 171011-240211-0008326

**Visa Signature Preferred Cardholder Notification - U.S. Region**

A Visa Signature Preferred Issuer in the U.S. Region must provide notification to the Cardholder:

- Before ongoing Transactions can be declined
- Before an account is suspended or closed for any reason

ID#: 010410-010410-0003919

**Visa Signature Preferred Card Customer Service Telephone Number - U.S. Region**

Each U.S. Issuer must provide the toll-free telephone number of its own customer service center, which must be printed on the back of the Visa Signature Preferred Card.

If the Issuer's customer service center for Visa Signature Preferred Cardholders uses an automated response menu, the Cardholder must be given an early and ongoing option to talk to a knowledgeable representative.

ID#: 010410-010410-0008330

---

37   **Effective 24 February 2011,** this option does not apply to Visa Charge Cards.

© 2011 Visa. All Rights Reserved.

## Visa Signature Preferred Card Rewards Program Participation - U.S. Region (Updated)

A Visa Signature Preferred Issuer in the U.S. Region must:

- Offer a rewards program to its Visa Signature Preferred Cardholders in accordance with the requirements specified in the *Visa Signature Product and Implementation Guide*
- Notify Cardholders, at least quarterly, via billing statement or stand-alone statement, regarding reward points earned during the relevant period

ID#: 111011-010410-0003915

## Visa Signature Preferred Card Visa Incentive Network Participation - U.S. Region

A Visa Signature Preferred Issuer in the U.S. Region must participate in the Visa Incentive Network program, as specified in the *Visa Incentive Network Member Implementation Guide,* to qualify for the Visa Signature Preferred Interchange Reimbursement Fees.

ID#: 010410-010410-0003916

## Visa Signature Preferred Card Enhanced Billing Support - U.S. Region

A Visa Signature Preferred Issuer in the U.S. Region must provide enhanced billing support resolution services, as specified in the *Visa Signature Product and Implementation Guide.*

ID#: 010410-010410-0003922

## Visa Signature Preferred Cardholder Information - U.S. Region

Each U.S. Issuer must offer its Cardholders, during the application process, the option to have their personal information kept confidential. If selected, the Issuer must **not** provide Cardholder or account details to non-affiliated organizations for the purpose of marketing mailing lists, products, or services. The Issuer may, for Affinity Card accounts, disclose that this option does **not** apply to the Affinity Partner.

ID#: 010410-010410-0003924

## Visa Signature Preferred Branding - U.S. Region

A Visa Signature Preferred Issuer in the U.S. Region must comply with the *Visa Product Brand Standards.*

ID#: 010410-010410-0006198

© 2011 Visa. All Rights Reserved.

## Visa Signature Preferred Card Website - U.S. Region

A Visa Signature Preferred Issuer in the U.S. Region must provide its Cardholders access to a Website that offers special information and services specific to its Visa Signature Preferred Cardholders.

ID#: 010410-010410-0003923

# Visa Check Cards - U.S. Region

## Visa Check Card Account Restrictions - U.S. Region

In the U.S. Region, a Visa Check Card may be used to access a deposit, investment, or other consumer asset account, including a fiduciary account.

A Visa Check Card must **not** be used to obtain credit, as defined in *12 CFR Part 226 (Regulation Z)*, unless it involves only an incidental extension of credit under an agreement between the Cardholder and the Issuer either:

- When the Cardholder's account is overdrawn
- To maintain a specified minimum balance in the Cardholder's account

ID#: 010410-010410-0008332

## Definition of Visa Check Card - U.S. Region

In the U.S. Region, Visa reserves the right to determine the application of the definition of the Visa Check Card.

ID#: 010410-010410-0004154

## Consumer Visa Deferred Debit Card - U.S. Region (Updated)

**Effective through 30 September 2011**, in the U.S. Region, a Consumer Visa Deferred Debit Card is treated as a Visa credit Card for Interchange and Limited Acceptance category purposes.

**Effective 1 October 2011**, in the U.S. Region, a Consumer Visa Deferred Debit Card is treated as a Visa credit Card for Limited Acceptance category purposes only.

ID#: 151011-010410-0004153

© 2011 Visa. All Rights Reserved.

## Visa Check Card Activation - U.S. Region

A U.S. Issuer must require Card activation for all Visa Check Cards initially issued to Cardholders who did not expressly request or apply for the Visa Check Card. Issuers are encouraged to require Card activation for all Visa Check Cards.

As part of the Card activation process, Cardholders must be required to validate their identity by reasonable means before being able to use the Card.

ID#: 010410-010410-0004158

## Visa Check Card Funds Hold Release - U.S. Region

A Visa Check Card Issuer in the U.S. Region must release any hold on available funds in its Cardholder's account as a result of an approved Authorization request either:

• When a matching Clearing Record is received, but no later than 3 business days from the Authorization request

• For a Real-Time Clearing Transaction:

  – Upon receipt of the Completion Message

  – Upon expiration of the time limit for completion specified in the preauthorization request if a Completion Message has not been received by that time.

This requirement does **not** apply if the Issuer determines that the Transaction or account involves suspicious or unusual activity.

ID#: 081010-010410-0004159

## Visa Check Card Provisional Credit for Disputed Transactions - U.S. Region

A Visa Check Card Issuer in the U.S. Region that receives notification from its Cardholder of unauthorized Visa Transactions must provide provisional credit to the Cardholder's account within 5 business days of the notification.

The Issuer may require written confirmation from the Cardholder before providing provisional credit.

The Issuer may withhold providing provisional credit, to the extent allowed under applicable law, if the Issuer determines that the circumstances or account history warrants the delay.

This requirement does **not** apply to ATM Cash Disbursements.

ID#: 010410-010410-0004166

© 2011 Visa. All Rights Reserved.

## Visa Check Card Credit Transaction Receipt - U.S. Region

A Visa Check Card Issuer in the U.S. Region must post a Credit Transaction Receipt to a Cardholder's account within one business day of Settlement. The Issuer may place a hold on the posted Credit Transaction Receipt, to the extent allowed under applicable law, if the Issuer determines that the circumstances or account history warrant the delay.

ID#: 010410-010410-0004160

## Visa Check Card POS Balance Inquiry Service - U.S. Region

A U.S. Visa Check Card Issuer must not provide account balance information in response to a POS Balance Inquiry Service request on any of its Visa Check Card products, except to Visa for Rightcliq.

ID#: 111011-010410-0004161

## POS Balance Inquiry Service for Rightcliq Users - U.S. Region

For Cards other than Visa Prepaid Cards, a U.S. Issuer may participate in the POS Balance Inquiry Service to provide Card account balance information to Visa for Rightcliq.

ID#: 050411-181109-0025588

## Campus Card Requirements - U.S. Region

A U.S. Issuer that chooses to participate in the Campus Card program must comply with the *Visa Campus Card Implementation Guide and Program Guidelines* and *Visa Product Brand Standards.*

ID#: 081010-180509-0007968

## Visa Check Card II Requirements - U.S. Region (Updated)

**Effective through 30 June 2015,** in addition to the requirements specified for Visa Check Cards, a Visa Check Card II Issuer in the U.S. Region must be capable of:

- Supporting PINs for all Transaction types
- Supporting the Visa Cash Back Service
- Processing Transactions containing a non-Visa Acquirer BIN
- Complying with all Visa Check Card II requirements, as specified in the appropriate VisaNet manuals and the *Visa Check Card II Implementation Guide*

ID#: 111011-010410-0004170

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Visa Check Card II Issuance – U.S. Region (New)

**Effective through 30 June 2012,** an Issuer may issue or reissue Visa Check Card II Cards.  All Visa Check Card II Cards must expire no later than **30 June 2015**.

ID#: 111011-140412-0026504

# Secured Cards

## Secured Visa Card Solicitations - U.S. Region

A U.S. Member or its Agent that solicits a secured Visa Card account must:

- Specify in its solicitation material that to obtain the Visa Card, the potential Cardholder must open a deposit account that will serve as collateral for the Visa Card account
- Indicate the portion of the deposit that will be allocated as the line of credit accessed by the Visa Card
- Ensure that any secured Visa Card application processing fees accepted from the Cardholder are made payable to the Issuer, not the Agent

ID#: 010410-010410-0001217

## Secured Visa Card Program Notification - U.S. Region

A U.S. Issuer that accepts a cash deposit as security for issuance of a Visa Card must notify Visa in writing within 30 calendar days of any secured Visa Card program with 500 or more Cards.

The Issuer must include all of the following in the notification:

- Program start date
- Projected number of secured Visa Cards at the end of the first year of the program
- The role of any non-Member Agent that supports the program

ID#: 010410-010410-0008333

## Secured Card Security Deposit Requirement - U.S. Region

A U.S. Issuer must hold any cash security deposit for issuance of a Visa Card in a federally insured account in the name of the Cardholder.

The Issuer must **not** assign an interest in a security deposit to any Third Party.

ID#: 010410-010410-0008334

© 2011 Visa. All Rights Reserved.

**Secured Card Issuer Requirements - LAC Region**

A Secured Card Issuer in the LAC Region must:

• Maintain a cash deposit as guarantee for issuance of a Visa Card in a bank account in the name of the Cardholder

• Upon Visa request, provide Visa available promotional materials. The promotional materials must clearly state that a security deposit is required as collateral for the issuance of a Secured Card

ID#: 010410-010410-0004526

**Secured Card Promotion - LAC Region**

A Secured Card Issuer in the LAC Region must receive prior written consent from Visa before using Third Party agents for the promotion of the Secured Card. The Issuer must **not** assign an interest in a deposit accepted as guarantee for issuance of a Visa Card to any Third Party agent.

ID#: 010410-010410-0004527

# V PAY

## V PAY Issuer Liability and Requirements - CEMEA Region

**Effective through 31 December 2012,** an Issuer of V PAY Cards in the CEMEA Region is liable for the Transaction amount of any fully authorized and correctly processed Transactions completed with a V PAY Card, whether online or offline and with or without a PIN. Wherever applicable, existing Visa Smart Debit Credit Chip acceptance and online processing rules apply to V PAY Transactions conducted outside the country of issuance.

Issuers of V PAY Cards must comply with the *CEMEA V PAY Product Guide.*

ID#: 111011-010311-0004448

## V PAY Card Issuance – CEMEA Region

**Effective 1 April 2011 through 31 December 2012,** an Issuer of V PAY Cards in the CEMEA Region may issue V PAY Cards only to exhaust existing card stocks. Any V PAY Cards issued by an Issuer of V PAY Cards in the CEMEA Region after 1 April 2011 must have an expiration date of no later than 31 December 2012.

**Effective 1 January 2013,** an Issuer in the CEMEA Region must not issue V PAY Cards.

ID#: 151011-010411-0026122

© 2011 Visa. All Rights Reserved.

# Visa TravelMoney Program

## Visa TravelMoney

### Visa TravelMoney Participation

Issuer participation in the Visa TravelMoney Program is optional. To become an Issuer of Visa TravelMoney Cards, an Issuer must:

- Comply with the requirements specified in the *Visa International Prepaid Program Guidelines*
- Be an active participant in the Card Verification Service
- Provide the Visa Global Customer Assistance Services Program, as specified in "Visa Global Customer Assistance Services Program Requirements"
- Issue pre-assigned or customer-selected PINs to all Visa TravelMoney Cards
- Accept a PIN for Cardholder verification at an ATM.
- Ensure that the Service Code encoded on the Magnetic Stripe complies with the *Payment Technology Standards Manual*
- At least 30 calendar days before issuing a Visa TravelMoney Card, submit to Visa written certification that its programs, systems, procedures, and services comply with the:
  – *Visa International Operating Regulations*
  – *Visa International Prepaid Program Guidelines*

ID#: 050411-010410-0002503

### Visa TravelMoney Cards

This regulation applies to an Issuer of a Visa Prepaid Card bearing the Visa TravelMoney Wordmark and either:

- Visa Brand Mark
- Visa Electron Mark

ID#: 111011-010100-0025547

© 2011 Visa. All Rights Reserved.

## Visa TravelMoney - ATM-Only Cards

A Visa TravelMoney Issuer licensee, as defined in the *Visa International Certificate of Incorporation and Bylaws*, may only issue a Visa TravelMoney Card with ATM-only functionality.

ID#: 010410-010100-0025548

## Visa TravelMoney Currencies

An Issuer may issue Visa TravelMoney Cards for values in one or more currencies.

ID#: 010410-010410-0002504

## Visa TravelMoney Cardholder Notification

An Issuer of Visa TravelMoney Cards must inform its Cardholders that a Visa TravelMoney Card may be used at a Visa/Plus ATM location.

ID#: 010410-010410-0002511

## Visa TravelMoney Card Issuer Requirements

An Issuer of Visa TravelMoney Cards:

- Must provide Customer assistance services
- May provide forgotten PIN assistance

ID#: 010410-010410-0002615

## Visa TravelMoney Access to Funds - U.S. Region

In the U.S. Region, if multiple Visa TravelMoney Cards are issued to the Cardholder, each Visa TravelMoney Card must have full access to the Visa TravelMoney funds.

If one or more Visa TravelMoney Cards are lost, the remaining cards must still have access to funds.

If one or more Visa TravelMoney Cards are lost, stolen, or damaged, the Issuer must replace one or more cards up to the total number of cards originally purchased.

ID#: 021209-150210-0008403

© 2011 Visa. All Rights Reserved.

**Visa TravelMoney Charges - U.S. Region**

In the U.S. Region, Visa assesses Visa TravelMoney charges to the Issuer, as specified in the *Visa U.S.A. Fee Guide*.

ID#: 081010-010410-0007320

# Original Credit Transaction

## Original Credit Transaction - General Requirements

### Original Credit - Originating Member Requirements

An Originating Member must:

- Register each program that uses an Original Credit with Visa
- Comply with all Visa requirements, as specified in the *Visa International Operating Regulations, Original Credits Member Requirements*, and the *Visa Money Transfer (VMT) Global Implementation Guide*

ID#: 050411-010410-0006985

### Original Credit - Permission to Initiate

A Member of a Visa Region that participates in Original Credit processing may initiate an Original Credit Transaction unless prohibited by local law. For a list of participating Regions and permitted Original Credits applications, see *Original Credits Member Requirements* and the *Visa Money Transfer (VMT) Global Implementation Guide*.

ID#: 050411-010410-0006984

© 2011 Visa. All Rights Reserved.

# Visa Money Transfer

## Money Transfer Original Credit – General Requirements

### Money Transfer Original Credit Transaction Acceptance

**Effective 9 December 2010,** a Member must accept an incoming Money Transfer Original Credit Transaction unless prohibited by local law. If prohibited by local law, a Member must submit a written request to Visa to block incoming Money Transfer Original Credit Transactions.  An exception applies to Members in the U.S. Region as specified in "Money Transfer Original Credit Participation Requirements - U.S. Region."

ID#: 080411-010100-0026073

### Money Transfer Original Credit Participation Requirements - U.S. Region

**Effective 15 February 2010 through 15 October 2010,** upon prior written permission from Visa, a U.S. Member may participate in Money Transfer Original Credit Program. The U.S. participating Member:

- May initiate a Money Transfer Original Credit Transaction as an Originating Member

- May accept a Money Transfer Original Credit Transaction as a Recipient Member

- Must comply with the requirements specified in these Operating Regulations and the *Visa Money Transfer (VMT) Global Implementation Guide*

**Effective 16 October 2010 through 14 April 2011,** a U.S. Visa Debit (including Visa Prepaid) Card Issuer must accept a Money Transfer Original Credit Transaction unless prohibited by local law.

A participating U.S. Member:

- May initiate a Money Transfer Original Credit Transaction as an Originating Member

- May, at its discretion, accept a Money Transfer Original Credit Transaction to a Visa credit Card as a Recipient Member

- Must comply with the requirements specified in the *Visa International Operating Regulations* and the *Visa Money Transfer (VMT) Global Implementation Guide*

- If prohibited by local law, must submit a written request to Visa to block incoming Money Transfer Original Credit processing

**Effective 15 April 2011,** a Visa Card Issuer in the U.S. region:

- May initiate a Money Transfer Original Credit Transaction as an Originating Member

- Must accept an incoming Money Transfer Original Credit Transaction unless prohibited by local law

© 2011 Visa. All Rights Reserved.

- Must comply with the requirements specified in these Operating Regulations and the *Visa Money Transfer (VMT) Global Implementation Guide*
- If accepting a Money Transfer is prohibited by local law, must submit a written request to Visa to block incoming Money Transfer Original Credit Transactions

ID#: 111011-150411-0025763

## Money Transfer Originating Member Requirements - U.S. Region

A U.S. Originating Member must:

- Register with Visa prior to participating in the Money Transfer Original Credit Program
- Validate sender data
- Comply with "Anti-Money Laundering Requirements - U.S. Region"
- Provide proper disclosure to the sender regarding the collection of sender data

ID#: 111011-150210-0025764

## Money Transfer Original Credit Transaction Limitations - U.S. Region

A U.S. Recipient Member must block incoming Money Transfer Original Credit Transactions for any Cards or accounts where regional or local laws prohibit such Transactions. The Member must also block incoming Money Transfer Original Credit Transactions for Visa Prepaid Cards if any of the following:

- The identifying Cardholder data is not on file
- The Visa Prepaid Card only supports load from a single entity (e.g., a Payroll Card or an employee benefits Card loaded by an employer)
- The Prepaid Card is Non-Reloadable

Each Money Transfer Original Credit Transaction:

- Must involve only a single sender and a single recipient
- Must not exceed US $2,500

ID#: 111011-150210-0025765

© 2011 Visa. All Rights Reserved.

# Visa Commercial Products

## Visa Commercial Products - General Requirements

### Commercial Card Issuance

An Issuer:

- May issue Visa Commercial Cards only to provide a means of payment for business-related goods and services
- Must **not** issue a Visa Commercial Card to an individual, except as follows:
  - Employees of public- or private-sector companies, including sole proprietors and self-employed individuals
  - Employees or contractors of an organization as part of an employer-sponsored program
  - At the discretion of Visa, members of an affinity group or association that requires a means to pay for business-related goods and services and is represented by a public- or private-sector company

ID#: 010410-010410-0003173

### Commercial Card Certification

At least 30 calendar days before issuing a Visa Commercial Card, an Issuer must submit to Visa written certification that its programs, systems, procedures, and services comply with the *Visa International Operating Regulations*.

ID#: 010410-010410-0003175

### BIN Requirements for Commercial Card Programs

An Issuer may establish multiple Visa Commercial Card programs within the same BIN.

An Issuer may use the same BIN for each of the following Visa Card program combinations:

- Silver and gold Visa Business Cards
- Silver and gold Visa Corporate Cards

ID#: 010410-010410-0008230

© 2011 Visa. All Rights Reserved.

**BIN Requirements for Program Conversion to Visa Business, Visa Corporate, or Visa Purchasing Programs**

If an Issuer is converting an existing Visa Program to a Visa Business Card, Visa Corporate Card, or Visa Purchasing Card program, the Issuer may retain its existing BIN range, provided that it is used exclusively for Visa Business Cards, Visa Corporate Cards, or Visa Purchasing Cards.

ID#: 010410-010410-0003177

## Commercial Products BIN Requirements

For Commercial Products, an Issuer must **not** use an unused BIN from a previously assigned BIN range without submitting a "BIN License Agreement" (available through the Visa Publication Center on Visa Online) to Visa.

ID#: 050411-010410-0003178

## Commercial Products Core Feature Requirements

A Visa Commercial Card Issuer must provide the core features specified in the table below:

### Visa Commercial Card Core Feature Requirements

| Core Feature | Visa Business Card | Visa Business Electron Card | Visa Corporate Card | Visa Purchasing Card |
|---|---|---|---|---|
| ATM Access | X | X | X | |
| Central or Individual Billing | | | X | |
| Centralized Billing | | | | X |
| Local Currency Billing | X | X | X | X |
| Service Level Standards | X | X | X | X |
| Charge Card | | | X | X |
| Limited Corporate Liability | | | X | X |
| Management Information Reporting | | | X | X |
| Flexible Transaction Authorization | | | | X |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Core Feature | Visa Business Card | Visa Business Electron Card | Visa Corporate Card | Visa Purchasing Card |
|---|---|---|---|---|
| Individual Memo Statements | | | | **X** |

A description of the core features specified in the table above is provided below.

• ATM access - An Issuer must have the ability to offer a PIN to allow ATM Cash Disbursements, if requested. This ability is **not** required for Visa Purchasing Cards and **not** applicable to Vehicle-Specific Fleet Cards.

• Central or individual billing - An Issuer must offer the following billing options:

– Individual Cardholder billing with individual payment

– Individual Cardholder billing with centralized company payment

– Centralized company billing and payment

• Local currency billing - An Issuer must have the ability to bill the subscribing company's Cardholders in the local currency of the country where the company and Cardholder physically reside

• Service level standards - An Issuer must comply with the mandated referral and approval rates specified in the "Maximum Monthly Referral Rates" table and the "Minimum Monthly Approval Rates" table

• Charge Card - An Issuer must have the ability to offer a non-revolving, pay-in-full option

• Limited corporate liability - An Issuer must be capable of providing insurance coverage to the subscribing company (where available) in the event of Visa Corporate or Visa Purchasing Card misuse by employees

• Management information reporting - An Issuer must provide management information reports on Card usage to the subscribing company as follows:

– Detailed Visa Corporate Card spending by vendor, employee, and company organization units

– Detailed Visa Purchasing Card spending activity necessary to administer a Visa Purchasing Card program. Spending activity processing requirements may be defined by Visa.

• Flexible Transaction Authorization - An Issuer must have the ability to restrict a purchase based upon a Transaction amount or Merchant Category Code specified by a client

• Individual memo statements - An Issuer must have the ability to send a Transaction verification statement to each Cardholder

Additional detailed information regarding insurance availability, options, and features is available from Visa upon request.

ID#: 111011-010410-0009018

## Commercial Products Core Services

A Visa Commercial Card Issuer must provide to its Cardholders all of the core services specified in the table below:

© 2011 Visa. All Rights Reserved.

**Visa Commercial Card Mandatory Core Services**

| Mandatory Core Services | Visa Business Card[1] | Visa Corporate Card | Visa Purchasing Card |
|---|---|---|---|
| Customer support services, as specified in the "Visa Global Customer Assistance Services Program Eligibility Requirements by Product" table | X | X | X |
| Medical referral, medical assistance, and emergency services[2] | X | X | Not applicable |
| Legal referral, legal assistance, and cash advance services[2] | X | X | Not applicable |
| Free 24-hour telephone number to obtain emergency services (Issuer must communicate the telephone number to the Cardholder at least once each year) | X | X | X |

1. Visa Business Electron Cards must comply with the Visa Global Customer Assistance Services Program requirements for Visa Electron Cards specified in "Visa Global Customer Assistance Services Program Eligibility Requirements by Product" table.

2. A variance to this requirement applies in the jurisdiction of Visa Europe.

ID#: 081010-010410-0003185


## Visa Central Travel Account - Issuance Requirements (New)

Effective 14 July 2011, all Visa Central Travel Accounts must be:

- Issued using a Visa Corporate Card BIN or a Visa Purchasing Card BIN.
- Linked to Virtual Account when available or to a physical Visa Card Number.  Multiple Visa Central Travel Accounts may be issued (with either a physical Card or a Virtual Account).
- Issued to a commercial entity or a designated unit of the entity.

ID#: 111011-140711-0026396


## Visa Central Travel Account - Issuer Liability (Updated)

**Effective 14 July 2011**, all Visa Central Travel Accounts may be issued with or without a physical Card. The Issuer assumes full liability for any misuse on physical Cards issued on a Visa Central Travel Account.

ID#: 171011-140711-0026397


## Visa Central Travel Account - Core Feature Requirements (Updated)

**Effective 14 July 2011**, all Visa Central Travel Account Issuers must:

© 2011 Visa. All Rights Reserved.

- Comply with the core feature requirements for the applicable product

- Provide travel accident insurance coverage when travel-related tickets are purchased using the Visa Central Travel Account. If standard policies do not include Visa Central Travel Accounts, Members must purchase coverage through Visa or another provider.

- Comply with *Visa Commercial Format Specifications* and offer electronic management information reports at a company level detailing all spend relating to the company account on at least a monthly basis. The management information reports must include at a minimum:

  – Ticket number

  – Passenger name

  – Date of travel

ID#: 151011-140711-0026398


## Visa Central Travel Account - Issuer Fees (Updated)

**Effective 14 July 2011,** Visa assesses fees for all Visa Central Travel Accounts as specified in the applicable pricing guide.

ID#: 151011-140711-0026399


## Visa Commercial Card Enhanced Data - Canada Region

In the Canada Region, a Member or a Member's client participating in the Enhanced Data Service must comply with the *Visa Enhanced Data Member Terms and Conditions*, subject to the following amendments to such *Terms and Conditions*:

- The first sentence of the preamble will be revised to read: "These Member Terms and Conditions apply to Visa International Service Association and Visa Canada's (together "Visa") suite of..."

- Section 6.1 will be revised to read: "Except with respect to the Purchasing Card portion of the Enhanced Data Service provided by Visa Canada, Visa will provide..."

ID#: 010410-010410-0004187


## Gold Visa Business Card and Gold Visa Corporate Card Issuance Requirements - Canada Region

In the Canada Region, participation in the Gold Visa Business Card and/or Gold Visa Corporate Card programs is optional. However, if a Canada Member participates, it must provide at a minimum the core services and features required for Visa Gold Cards and Visa Business Cards or Visa Gold Cards and Visa Corporate Cards (as applicable) as specified in the *Visa International Operating Regulations*. A Member may offer enhanced services and features that are greater than the required core services and features.

ID#: 010410-010410-0008231

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

## Platinum Visa Business Card and Platinum Visa Corporate Card Operating Regulations - Canada Region

In the Canada Region, all provisions of the *Visa International Operating Regulations* governing issuance of Gold Visa Business Cards and Gold Visa Corporate Cards apply to the issuance of Platinum Visa Business Cards and Platinum Visa Corporate Cards.

ID#: 010410-010410-0006924

## Commercial Visa Product Types - U.S. Region

In the U.S. Region, a Commercial Visa Product Issuer must refer to the Commercial Visa Product as one of the following types of Cards for business expense use:

• Visa Business Card

• Visa Corporate Card

• Visa Purchasing Card

ID#: 010410-010410-0004214

## Commercial Visa Product BIN Requirements - U.S. Region (Updated)

A U.S. Issuer must use a unique BIN for each of the following Commercial Visa Product Account Numbers:

• Visa Corporate Card

• Visa Purchasing Card

• Visa Business Check Card

• Visa Business Platinum Check Card

• Visa Prepaid Business Card

• Visa Prepaid Corporate Card

• Visa Prepaid Purchasing Card

• **Effective through 14 October 2011,** Visa Business Credit Card

• **Effective through 14 October 2011,** Visa Business Platinum Credit Card

• **Effective through 14 October 2011,** Visa Signature Business Card

**Effective 15 October 2011,** a U.S. Issuer that supports account level processing may use the same BIN for:

• Visa Business Credit Card

• Visa Business Enhanced Card

• Visa Business Platinum Credit Card

© 2011 Visa. All Rights Reserved.

• Visa Signature Business Card

**Effective 15 October 2011,** a U.S. Issuer must not designate a BIN exclusively for Visa Business Enhanced or Visa Signature Business account ranges.

ID#: 111011-010410-0004215

## BIN Requirements for Conversion to Visa Commercial Program - U.S. Region

If a U.S. Issuer is converting an existing business Visa Program to a Commercial Visa Product, the Issuer may retain its existing BIN if it is used exclusively for a Commercial Visa Product after notifying Visa of the conversion.

ID#: 010410-010410-0004218

## Commercial Visa Products - Issuer Certification - U.S. Region

Before issuing Commercial Visa Products, a U.S. Issuer must:

• Submit to Visa:

– Written certification that its programs, systems, procedures, and services comply with the *Visa International Operating Regulations*

– A completed implementation checklist signed by an authorized officer of the Member, as specified in the implementation materials available from Visa upon request

• Demonstrate that it meets the minimum processing standards, including requirements specified in the implementation materials available from Visa upon request

• Receive Visa acknowledgment that Visa received the completed checklist

• Pay the one-time certification fee, as specified in the *Visa U.S A. Fee Guide*

ID#: 050411-010410-0004223

## Commercial Visa Product Enhancements - U.S. Region

In the U.S. Region, a Commercial Visa Product Issuer must comply with the benefit requirements in the *Visa Enhancements Resource Guide.*

ID#: 010410-010410-0004224

## Commercial Visa Products for Client Organizations - U.S. Region

A U.S. Issuer that currently services Client Organizations with other Visa Programs is **not** required to convert its existing Cards to a Commercial Visa Product. However, the Issuer must convert the Cards to a Commercial Visa Product in order to receive the associated benefits.

ID#: 010410-010410-0004227

© 2011 Visa. All Rights Reserved.

**Commercial Visa Products Issuance Standards and Fines - U.S. Region**

In the U.S. Region, a Commercial Visa Product Issuer must comply with the issuance standards specified in the:

• *Visa International Operating Regulations*

• Commercial Visa Product implementation materials available from Visa

A U.S. Issuer that knowingly violates these standards in order to obtain Commercial Visa Product benefits is subject to fines equal to 3 times the amount of the benefits attributable to the violation, as calculated by Visa.

ID#: 010410-010410-0008820

**Commercial Card Core Feature Descriptions - U.S. Region (Updated)**

For U.S. Issuers, a description of the core features specified in "Visa Business Card Requirements - U.S. Region," "Visa Corporate Card Core Features - U.S. Region," "Visa Purchasing Card Core Features - U.S. Region," and "Visa Meetings Card Core Features - U.S. Region" is provided below:

• ATM access - An Issuer must have the ability to offer a PIN to allow ATM Cash Disbursements, if requested, and comply with the requirements for participation in the Visa ATM Network

• Central or individual billing - An Issuer must offer individual Cardholder billing or centralized company billing

• Charge Card option - An Issuer must offer a non-revolving, pay-in-full option

• Individual memo statements - An Issuer must send Transaction verification statements to each Cardholder when the Client Organization participates in the centralized company billing option

• Limited corporate liability - An Issuer must provide insurance coverage to the Client Organization (where available) in the event of Commercial Visa Product misuse by employees. Additional detailed information regarding insurance availability, options, and features is available from Visa upon request.

• **Effective through 14 October 2011,** Visa business management information reports - A Visa Business Card Issuer may offer management information reporting. If an Issuer offers management information reporting, it must offer the reports as specified in the *Visa Business Implementation Guide.*

• Visa corporate management information reports - An Issuer must provide management information reports on Visa Corporate Card usage to the Client Organization as follows:

    – Detailed Visa corporate spending by vendor, employee, and company organization units

    – In formats and distribution agreed upon by the Issuer and the Client Organization

ID#: 111011-010410-0004237

© 2011 Visa. All Rights Reserved.

# Visa Meetings Card

## Visa Meetings Card Requirements

A Visa Meetings Card Issuer must comply with the requirements specified in the *Visa Product Brand Standards* and *Visa Meetings Card Implementation Guide.*

ID#: 010410-010410-0004229

## Visa Meetings Card Core Features

A Visa Meetings Card Issuer must offer all of the core features described in "Commercial Products Core Feature Requirements" except for billing, where only centralized company billing and payment may be offered.

ID#: 010410-010410-0004230

## Visa Meetings Card Core Services

A Visa Meetings Card Issuer must offer the core services described for a Visa Corporate Card in the "Visa Commercial Card Mandatory Core Services" table.

ID#: 010410-010410-0004231

## Visa Meetings Card Customer Support Services

A Visa Meetings Card Issuer must offer the customer support services described for a Visa Corporate Card in the "Visa Global Customer Assistance Services Program Eligibility Requirements by Product" table.

ID#: 081010-010410-0004232

## Visa Meetings Card BIN

A Visa Meetings Card Issuer must assign either:

• A specific Visa Corporate Card or Visa Purchasing Card BIN
• An account range within an existing Visa Corporate Card or Visa Purchasing Card BIN

ID#: 010410-010410-0004233

## Visa Meetings Card BIN - U.S. Region

A U.S. Issuer offering Visa Meetings Cards must either:

© 2011 Visa. All Rights Reserved.

- Use a BIN from the BIN range reserved for Purchasing Cards
- Use an Account Number range within an existing Visa Purchasing Card BIN

ID#: 010410-010410-0004334

## Visa Meetings Card Core Features - U.S. Region

In the U.S. Region, a Visa Meetings Card Issuer must provide all of the core features specified below, as described in "Commercial Card Core Feature Descriptions - U.S. Region" except for billing, where only centralized company billing and payment may be offered:

- ATM access
- Central billing
- Charge Card option
- Individual memo statements
- Limited corporate liability

ID#: 010410-010410-0004335

## Visa Meetings Card Authorization Processing - U.S. Region

In the U.S. Region, a Visa Meetings Card Issuer must have the ability to decline an Authorization Request based on the following factors, if the Client Organization has specified these or other factors:

- Merchant Category Code
- Transaction amount
- Location of Merchant Outlet

ID#: 010410-010410-0004354

## Prepaid Commercial

## Commercial Visa Prepaid Product Requirements

A Commercial Visa Prepaid Product Issuer must comply with the:

- Visa Prepaid Card requirements
- General Visa Commercial Card requirements specified in the *Visa International Operating Regulations*

ID#: 081010-010100-0025575

© 2011 Visa. All Rights Reserved.

# Visa Agro Card - LAC Region

## Visa Agro Issuer Requirements – LAC Region (New)

**Effective 8 September 2011**, in the LAC Region, an Issuer of Visa Commercial Cards may issue a Visa Agro Card as any of the following:

• Credit

• Debit

• Prepaid commercial, excluding Cards issued in Brazil

• Visa Electron

The Issuer may combine Visa Agro Cards with the commercial applications or commercial products described above.

Visa Agro Card Issuers must comply with the regulations of each product and application associated with the Visa Agro Card.

ID#: 111011-010100-0026520

## Visa Agro BIN - LAC Region (New)

**Effective 8 September 2011**, all Issuers of Visa Agro Cards in the LAC Region, except for Issuers in Brazil, must assign either:

• A specific Visa Purchasing Card or Commercial Visa Prepaid Product BIN

• An account range within an existing Visa Purchasing Card or Commercial Visa Prepaid Product BIN

**Effective 1 May 2012**, an Issuer of Visa Agro Cards in Brazil, must use a specific BIN or a separate and unique account range for its Visa Agro Card.

ID#: 111011-010100-0026521

## Visa Agro Card Core Features – LAC Region (New)

**Effective 8 September 2011,** a Visa Agro Card Issuer must offer the following core features:

• Centralized billing

• Local currency billing

• Service level standards

• Management information reporting

• Flexible Transaction Authorization

© 2011 Visa. All Rights Reserved.

Visa Agro Card Issuers have the option to offer the following features:

- ATM Access, excluding Cards issued in Brazil
- Charge Card
- Limited corporate liability

ID#: 111011-010100-0026522


## Visa Agro Card Core Services – LAC Region (New)

**Effective 8 September 2011**, a Visa Agro Card Issuer must offer the following core services:

- Cardholder inquiry service
- Emergency Card replacement
- Lost/Stolen Card reporting
- Exception File updates
- Free 24-hour telephone number to obtain emergency services (Issuer must communicate the telephone number to the Cardholder at least once each year)

For Visa Agro Prepaid commercial Cards, Issuers must offer the customer support services for Visa Prepaid Cards, as specified in the "Visa Global Customer Assistance Services Program Eligibility Requirements by Product" table.

ID#: 111011-010100-0026523


## Visa Agro Card Selective Authorization – LAC Region (New)

**Effective 8 September 2011**, a Visa Agro Card Issuer may decline an Authorization Request based on the following factors, if the Client Organization has specified these or other factors:

- Merchant Category Code
- Transaction amount
- Location of Merchant Outlet

ID#: 111011-010100-0026524


## Visa Agro Issuer Reporting Requirements - LAC Region (New)

**Effective 8 September 2011**, an Issuer of Visa Agro Cards, including Cards with multi-application functionality, combining a Visa Agro Card with a credit, debit, Visa Electron, prepaid application or a V Distribution Program, must report all statistics for each product or application separately through the Quarterly Operating Certificate.

ID#: 111011-010100-0026525

© 2011 Visa. All Rights Reserved.

# Visa Commercial Business Products

## Commercial Business Products General Requirements

### Visa Business Card Issuers - AP Region

In the AP Region, a new Visa Business Card Issuer must provide, in addition to the core features specified in "Commercial Products Core Feature Requirements," all the core features specified in this section.

An existing Visa Business Card Issuer must comply with all of the following core feature requirements for all Cards in circulation:

- Central or individual billing
- Limited corporate liability
- Travel accident insurance

The core features specified above and in "Visa Business Debit Card Core Features - AP Region" are described as follows:

- Limited corporate liability - An Issuer must provide insurance coverage to the subscribing company (where available) in the event of Visa Business Card misuse by employees. However, this is applicable only to accounts with 2 or more Cards.

- Travel Accident Insurance - An Issuer must provide insurance coverage for loss of life or permanent injury to Cardholders from an accident occurring on transport, if the transport was paid for using the Visa Business Card

- Monthly reporting on individual Cardholder activity - An Issuer must provide a statement or information reports that show detailed Visa Business Debit Card spending by employee

ID#: 010410-010410-0008246

### Visa Commercial Card Program Requirements - CEMEA Region

In the CEMEA Region, a Visa Business Card Issuer must comply with the *Visa Business Implementation Guide.*

A Visa Business Card or Visa Corporate Card Issuer must comply with the *Global Customer Assistance Services Member Guide - CEMEA Region.*

ID#: 010410-010410-0008232

© 2011 Visa. All Rights Reserved.

## Visa Business Card Spending Limit - CEMEA Region

In the CEMEA Region, a Visa Business Card Issuer must offer its Cardholder a minimum spending limit of US $5,000.

A variance to this requirement applies to Members in Afghanistan and Pakistan.

ID#: 050411-010410-0004190

## Visa Business/Visa Corporate Card Emergency Services - CEMEA Region

In the CEMEA Region, a Visa Business Card or Visa Corporate Card Issuer must provide the following emergency services to its Cardholders at no extra cost. Information about these core services is available from Visa upon request.

Emergency medical referral services must include:

- 24-hour medical assistance worldwide
- Referral service to medical specialists abroad
- Cash advance for hospital admission deposit
- Referral to agency for dispatch of medicines or medical equipment

Emergency legal referral services must include:

- 24-hour referral service to a legal advisor worldwide
- Bail bond assistance (payment of bail or emergency legal fees by an appointed agent)

ID#: 010410-010410-0008247

## Visa Business/Visa Corporate Card Travel Assistance Services - CEMEA Region

In the CEMEA Region, a Visa Business Card or Visa Corporate Card Issuer must provide the following travel assistance services to its Cardholders:

- Travel delay
- Baggage delay
- Document replacement
- Emergency message service
- Lost/Stolen Card Reporting Service
- Hotel Reservation Service

ID#: 010410-010410-0006958

© 2011 Visa. All Rights Reserved.

**Visa Business Card Issuer Requirements - U.S. Region (Updated)**

In the U.S. Region, a Visa Business Card Issuer must:

- Provide ATM access, as described in "Commercial Card Core Feature Descriptions - U.S. Region"
- **Effective through 14 October 2011,** adhere to service level standards specified in the implementation materials available from Visa upon request
- **Effective 15 October 2011,** comply with the requirements specified in the *Visa Business Credit Cards Product and Implementation Guide - U.S. Region*

ID#: 111011-010410-0004247

**Visa Business Card Management Information Reporting - U.S. Region (Updated)**

**Effective through 14 October 2011,** in the U.S. Region, a Visa Business Card Issuer may offer management information reporting. If an Issuer offers management information reporting, it must offer the reports as specified in the *Visa Business Implementation Guide.*

ID#: 111011-010410-0004248

**Visa Business Card Account Billing Options - U.S. Region**

A U.S. Issuer may offer its Visa Business Card Cardholders any of the following account billing options:

- Line of credit
- Depository account
- Other company assets available through the Issuer
- Charge Card (non-revolving, pay-in-full)

ID#: 010410-010410-0004293

# Visa Business Enhanced Cards

**Visa Business Enhanced Card Issuer Requirements - U.S. Region (Updated)**

**Effective 15 October 2011,** in the U.S. Region, a Visa Business Enhanced Card Issuer must:

- Complete the certification form in the Visa Business Credit Cards Product and Implementation Guide – U.S. Region
- Support account-level processing
- Participate in Visa SavingsEdge
- Comply with:

© 2011 Visa. All Rights Reserved.

– Visa Business Credit Cards Product and Implementation Guide – U.S. Region

– Visa Enhancements Resource Guide

– Visa Product Brand Standards

ID#: 151011-151011-0026349

## Visa Business Enhanced Card Rewards Program - U.S. Region (Updated)

**Effective 15 October 2011,** in the U.S. Region, a Visa Business Enhanced Card Issuer must:

• Offer a rewards program to its Visa Business Enhanced Cardholders, as specified in the Visa Business Credit Cards Product and Implementation Guide – U.S. Region

• Notify Cardholders, at least annually, via billing statement or standalone statement, of rewards points earned during the relevant period

ID#: 161111-151011-0026350

# Visa Business Platinum Cards

## Visa Business Platinum Credit and Visa Business Platinum Check Card Customer Service Telephone Number - U.S. Region

A U.S. Issuer that issues a Visa business platinum credit or Visa Business Platinum Check Card must provide all of its Cardholders with a telephone number for obtaining customer service, 24 hours a day, 7 days a week.

ID#: 010410-010410-0004249

# Visa Signature Business Cards

## Visa Signature Business Card Issuance – AP Region

**Effective 1 January 2011,** at the option of Visa, an AP Issuer may offer a Visa Signature Business Card, subject to trademark availability.  The Visa Signature Business Card may be issued:

• With charge or credit capability

• To Cardholders who meet a preset minimum annual retail sales volume spend threshold. The qualifying level of annual retail sales volume spend will be specified for each individual country in which Visa Signature Business Cards are issued. If more than 15% of the accounts in an Issuer's portfolio does not meet the spend threshold, the Issuer will be required to implement spend stimulation programs in consultation with Visa.

ID#: 050411-010111-0026093

© 2011 Visa. All Rights Reserved.

## Visa Signature Business Card BIN Requirements – AP Region

**Effective 1 January 2011,** in the AP Region, a Visa Signature Business Issuer must use a unique BIN for its Visa Signature Business Card Account Numbers and not share an account range of a non-Visa Signature Business BIN.

A Visa Signature Business Issuer must not reclassify a BIN to represent a product other than a Visa Signature Business Card without permission from Visa.

ID#: 050411-010111-0026094

## Visa Signature Business Card Spending Limit – AP Region

**Effective 1 January 2011,** in the AP Region, a Visa Signature Business Issuer may choose either of the following spending limit options:

• No pre-set spending limit for purchase Transactions, subject to local law requirements
• A Minimum Spending Limit of US $15,000, or local currency equivalent, for Transactions during each statement cycle

The Visa Signature Business Issuer may establish a pre-set spending limit for:

• Cash Disbursement Transactions
• Transactions resulting from an Emergency Card Replacement

The Visa Signature Business Issuer may allow a Visa Signature Business Cardholder the option to either:

• Pay in full each statement cycle
• Revolve

If positioned as a revolving product, the Issuer must permit a minimum revolving balance of at least US $10,000 during each statement cycle.

ID#: 090411-010111-0026095

## Visa Signature Business Card Rewards Program Requirements – AP Region

**Effective 1 January 2011,** in the AP Region, a Visa Signature Business Issuer must offer a rewards program to its Visa Signature Business Cardholders.

The Visa Signature Business rewards program must offer a minimum rewards earn rate equal to the rate offered by the same Issuer for a consumer Visa Signature Card in the same country or region, or the applicable country consumer Visa Signature minimum rewards rate, whichever is higher.

© 2011 Visa. All Rights Reserved.

The Issuer must, at a minimum, notify Cardholders about reward points earned quarterly, via a regular billing statement or a stand-alone statement.

ID#: 050411-010111-0026096

## Visa Signature Business Card Reporting Services – AP Region

**Effective 1 January 2011,** an AP Issuer must provide Visa Signature Business Cardholders with at least annual reporting that includes:

- Total annual amount spent by Cardholder or company
- Summary of spending by Merchant category

The Issuer may either provide the reporting in-house or through Visa IntelliLink Spend Management.

ID#: 050411-010111-0026097

## Visa Signature Business Card Authorization Requirements – AP Region

**Effective 1 January 2011,** except as specified in "Visa Signature Business Card Spending Limit - AP Region" a Visa Signature Business Issuer in the AP Region must not decline a Transaction for exceeding a pre-set spending limit of any kind.

The Visa Signature Business Card Issuer must decline or refer Transactions, only as specified in the following table:

**Visa Signature Business Card Allowable Decline and Referral Reasons**

| Circumstances | Allowable Reason for Decline | Allowable Reason for Referral |
|---|---|---|
| Card used fraudulently | X | |
| Following a referral, Issuer determines fraudulent situation | X | |
| Following a completed referral, Issuer determines likelihood of default | X | |
| Transaction is out of compliance with Cardholder agreement | X | |
| Cardholder notified to stop using Card, and account suspended or closed | X | |
| Issuer elected to decline all Transactions routed to International Automated Referral Service (IARS) Stand-In Processing; decline is the result of Issuer unavailability | X | |
| Over-limit on Cash Disbursements (unless Issuer is providing no pre-set cash limits) | X | |
| Over-limit on Emergency Replacement Card (unless Issuer is providing no pre-set spending on Emergency Replacement Card) | X | |

© 2011 Visa. All Rights Reserved.

| Circumstances | Allowable Reason for Decline | Allowable Reason for Referral |
|---|---|---|
| Over-limit on Emergency Cash (unless Issuer is providing no pre-set cash limits on Emergency Cash) | X | |
| Issuer credit policy determines the likelihood of default | | X |
| Card used before activation | | X |
| Delinquent account, but otherwise in good standing | | X |
| Delinquent account, account meets Issuer criteria to close/suspend prior to Cardholder notification | | X |

ID#: 080411-010111-0026098

## Visa Signature Business Card Delinquent Accounts – AP Region

**Effective 1 January 2011,** for Cards with no pre-set spending limit, a Visa Signature Business Card Issuer in the AP Region must provide notification to the Cardholder before ongoing Transactions can be declined.

ID#: 050411-010111-0026099

## Visa Signature Business Card - Other Requirements – AP Region

**Effective 1 January 2011,** at a minimum, a Visa Signature Business Issuer in the AP Region must provide access to a customer service agent 24 hours a day, 7 days a week.

A Visa Signature Business Issuer must:

- Provide advance notification to the Cardholder when an account needs to be suspended or closed for any reason
- Monitor customer complaints related to Transaction Authorizations
- Identify action plans to improve customer service
- Make customer complaint information available to Visa

ID#: 050411-010111-0026100

## Visa Signature Business Card Core Services – AP Region

**Effective 1 January 2011,** in the AP Region, a Visa Signature Business Issuer must offer to its Cardholders all Visa Business Card core features specified in the AP Regional Operating Regulations.

ID#: 050411-010111-0026101

© 2011 Visa. All Rights Reserved.

## Visa Signature Business Card Marketing Support – AP Region

**Effective 1 January 2011,** in the AP Region, a Visa Signature Business Issuer intending to distribute Merchant partnership or emergency services material to its Cardholders must receive written approval from Visa prior to such distribution.

ID#: 050411-010111-0026102

## Visa Signature Business Card Additional Core Services – AP Region

**Effective 1 January 2011,** in the AP Region, a Visa Signature Business Issuer must also provide the following services:

- One or more insurance options that the Issuer may choose to apply, with a unit cost per premium that matches or exceeds the current unit cost of providing US $500,000, or local currency equivalent travel accident insurance, except where prohibited by local law. The Issuer must submit to Visa in writing, an official quote from an insurance company, for both the travel accident insurance and the proposed new features, at least 30 calendar days prior to its implementation.

- Emergency medical evacuation and repatriation services

- Emergency medical insurance when traveling, with medical expense benefit up to US $25,000, or local currency equivalent

- Concierge Services assistance available through a customer service attendant by telephone 24 hours a day, 7 days a week, and offered in key international travel markets. The minimum services required are travel information and assistance, including:

  - Emergency travel arrangement provisions

  - Passport, visa and customs information

  - Country and major city information

  - Translation and message assistance

  - Transportation information

  - Restaurant, health club, entertainment events, shopping information and assistance with gift arrangement

  - ATM location guide

  - Weather forecast

  - Business Services

The Issuer must communicate the following Visa Signature Business Privileges Program information to Cardholders:

- Visa Signature Business Privileges benefits at least once a year

- New benefits or changes to existing benefits, or exclusive quarterly Merchant offers at least 2 months prior to the effective date of Visa Signature Business Merchant Privileges

ID#: 080411-010111-0026103

© 2011 Visa. All Rights Reserved.

## Visa Signature Business Card Emergency Assistance Services – AP Region

**Effective 1 January 2011,** in the AP Region, a Visa Signature Business Issuer must:

- Provide a free 24-hour telephone number where emergency service can be accessed
- Communicate the telephone number to the Cardholder annually

ID#: 050411-010111-0026104

## Visa Signature Business Card Global Customer Care Services – AP Region

**Effective 1 January 2011,** in the AP Region, a Visa Signature Business Issuer must participate in the following Visa Global Customer Care Services:

- Lost/Stolen Card Reporting Service
- Cardholder Inquiry Service
- Emergency Cash Service
- Emergency Card Replacement Service
- Emergency Payment Authorization Service

ID#: 050411-010111-0026105

## Visa Signature Business Card Issuance - U.S. Region (Updated)

**Effective through 14 October 2011,** in the U.S. Region, a Visa Signature Business Issuer must:

- Complete the certification form included in the *Visa Signature Business Product and Implementation Guide*
- Comply with the requirements specified in the *Visa Enhancements Resource Guide*
- Comply with the Visa Business Signature requirements specified in the U.S. Regional Operating Regulations

ID#: 111011-010410-0008274

## Visa Signature Business Card Issuer Requirements - U.S. Region (Updated)

**Effective 15 October 2011,** in the U.S. Region, a Visa Signature Business Card Issuer must:

- Complete the certification form included in the *Visa Business Credit Cards Product and Implementation Guide – U.S. Region*
- Support account-level processing
- Participate in Visa SavingsEdge
- Comply with:

© 2011 Visa. All Rights Reserved.

– *Visa Business Credit Cards Product and Implementation Guide – U.S. Region*

– Visa Enhancements Resource Guide

– Visa Product Brand Standards

ID#: 151011-151011-0026352


## Visa Signature Business Card BIN Requirements - U.S. Region (Updated)

**Effective through 14 October 2011,** in the U.S. Region, a Visa Signature Business Issuer must:

• Use a unique BIN assigned to it by Visa for its Visa Signature Business Account Numbers and either:

– Choose a BIN from a BIN range previously assigned

– Request a new BIN assignment

• If using a previously assigned BIN, notify Visa of the selected BIN before issuing any Visa Signature Business Cards

ID#: 111011-010410-0004258


## Visa Signature Business Card Payment Options - U.S. Region (Updated)

In the U.S. Region, a Visa Signature Business Issuer:

• May allow the Visa Signature Business Cardholder the option to either:

– Pay in full each statement cycle

– Revolve

• **Effective through 14 October 2011,** must issue its Visa Signature Business Cards with no pre-set spending limit for purchase Transactions

**Effective through 14 October 2011,** the Issuer may establish a pre-set spending limit for:

• Cash Disbursement Transactions

• Transactions resulting from an Emergency Card Replacement

ID#: 111011-010410-0008276


## Visa Signature Business Card Minimum Revolving Balance - U.S. Region

If a U.S. Issuer positions a Visa Signature Business Card as a revolving product, it must permit a minimum revolving balance  during each statement cycle.

ID#: 111011-010410-0004261

© 2011 Visa. All Rights Reserved.

## Visa Information Source Select - U.S. Region (Updated)

**Effective through 14 October 2011,** in the U.S. Region, a Visa Signature Business Issuer must offer Visa Information Source (VIS) Select as a core service of a Visa Signature Business Card. With prior written approval from Visa, a Visa Signature Business Issuer may offer an equivalent daily transaction reporting service that allows a Cardholder to obtain the minimum level data and reporting features, as specified in the *Visa Signature Business Product and Implementation Guide.*

ID#: 111011-010410-0004273

## Visa Signature Business Card Rewards Program - U.S. Region

In the U.S. Region, a Visa Signature Business Issuer must:

- **Effective through 14 October 2011,** offer a rewards program to its Visa Signature Business Cardholders,  in accordance with the requirements specified in the *Visa Signature Business Product and Implementation Guide*
- **Effective 15 October 2011,** offer a rewards program to its Visa Signature Business Cardholders, as specified in the *Visa Business Credit Cards Product and Implementation Guide – U.S. Region,*
- Notify Cardholders, at least quarterly, via billing statement or standalone statement, regarding reward points earned during the relevant period

ID#: 111011-010410-0004274

## Visa Signature Business Card Interchange Reimbursement Fee - U.S. Region (Updated)

**Effective through 14 October 2011,** in the U.S. Region, the Visa Business Card Interchange Reimbursement Fees apply to a Visa Signature Business Transaction.

ID#: 111011-010410-0004277

## Visa Signature Business Cardholder Notification - U.S. Region

In the U.S. Region, a Visa Signature Business Issuer must provide notification to the Cardholder:

- Before ongoing Transactions may be declined
- When an account needs to be suspended or closed for any reason

ID#: 010410-010410-0004278

## Visa Signature Business Card Customer Service Telephone Number - U.S. Region

Each U.S. Issuer of a Visa Signature Business Card must provide a toll-free telephone number of its own customer service center where the Cardholder:

© 2011 Visa. All Rights Reserved.

- May obtain customer service 24 hours a day, 7 days a week
- Is given an early and ongoing option to talk to a knowledgeable representative, if an automated response menu is used

ID#: 010410-010410-0004279

## Visa Signature Business Card Enhanced Billing Support Resolution Services - U.S. Region (Updated)

**Effective through 14 October 2011,** in the U.S. Region, a Visa Signature Business Issuer must provide enhanced billing support resolution services, as specified in the *Visa Signature Business Product and Implementation Guide.*

ID#: 111011-010410-0004280

## Visa Signature Business Card Authorization Requirements - U.S. Region (Updated)

**Effective through 14 October 2011,** except as specified in "Visa Signature Business Card Spending Limits and Payment Options - U.S. Region," a U.S. Visa Signature Business Issuer must **not** decline a Transaction for exceeding a pre-set spending limit of any kind. Transactions must be approved or declined based on:

- The absence of suspected fraud
- The Cardholder's spending patterns
- Issuer determination of the likelihood of default
- Issuer safety and soundness considerations

ID#: 111011-010410-0004275

## Visa Signature Business Cardholder Information - U.S. Region (Updated)

Each U.S. Issuer must offer its Cardholders, during the application process for a Visa Signature Business Card, the option to have their personal information kept confidential.

- **Effective through 14 October 2011,** if this option is selected, the Issuer must **not** provide Cardholder or account details to external organizations for the purpose of marketing mailing lists, products, or services, except to provide Visa Signature Business Card services specified in applicable sections of the *Visa International Operating Regulations*, *Visa Signature Business Product and Implementation Guide*, and the *Visa Enhancements Resource Guide*, as permitted by law

- **Effective 15 October 2011,** if this option is selected, the Issuer must not provide Cardholder or account details to external organizations for the purpose of marketing mailing lists, products, or services, except to provide Visa Signature Business Card services specified in applicable sections of the *Visa International Operating Regulations*, *Visa Business Credit Cards Product and Implementation Guide - U.S. Region*, and the *Visa Enhancements Resource Guide*, as permitted by law

© 2011 Visa. All Rights Reserved.

- The Issuer may, for Affinity Card accounts, disclose that this option does not apply to the Affinity Partner

ID#: 111011-010410-0004281

## Liability for Visa Signature Business Card Transactions - U.S. Region

In the U.S. Region, upon receipt of notification from its Cardholder of unauthorized Visa Signature Business Transactions, an Issuer must limit the Cardholder's liability for those Transactions to zero.

The Issuer may require the notification to be received within 60 calendar days of the mailing date of the first statement showing unauthorized Visa Transactions.

The Issuer may increase the limit of the Cardholder's liability for unauthorized Transactions if it reasonably determines, based on substantial evidence, that the Cardholder was grossly negligent in the handling of the account or Card.

The Issuer may define an unauthorized Visa Transaction to exclude any Transaction allegedly conducted by:

- A business co-owner
- The Cardholder or person authorized by the Cardholder
- Any other person with an interest in or authority to transact business on the account

ID#: 010410-010410-0008290

# Visa Business Check Cards

## Definition of Visa Business Check Card - U.S. Region

In the U.S. Region, Visa reserves the right to determine the application of the definition of the Visa Business Check Card.

ID#: 010410-010410-0004255

## Visa Business Check Card Account Access - U.S. Region

In the U.S. Region, a Visa Business Check Card may be used to access a deposit, investment, or other business asset account, including a fiduciary account.

ID#: 010410-010410-0004252

© 2011 Visa. All Rights Reserved.

## Visa Business Check Card Limitations - U.S. Region

In the U.S. Region, a Visa Business Check Card must **not** be used to obtain credit, as defined in *12 CFR Part 226 (Regulation Z)*, unless it involves only an incidental extension of credit under an agreement between the Cardholder and the Issuer either:

- When the Cardholder's account is overdrawn

- To maintain a specified minimum balance in the Cardholder's account

For Interchange category purposes, a Visa Business Check Card used to obtain credit, as specified above, is **not** considered a Visa Business Check Card if:

- Actual debiting of funds from the business asset account occurs periodically rather than daily

- These periods are at least X days apart

ID#: 161111-010410-0008304

## Visa Business Check Card Provisional Credit for Disputed Transactions - U.S. Region

Upon receipt of notification from its Cardholder of unauthorized Visa Transactions, a U.S. Issuer must provide provisional credit to the Cardholder's account within 5 business days of the notification. The Issuer may:

- Require written confirmation from the Cardholder before providing provisional credit

- Withhold provisional credit, to the extent allowed under applicable law, if the Issuer determines that the circumstances or account history warrant the delay

ID#: 010410-010410-0004256

# Visa Business Electron Cards

## Visa Business Electron Card Issuer Requirements

A Visa Business Electron Card Issuer must:

- Offer Visa Electron Program features specified in "Visa Electron Program Features." The Issuer must not offer Visa Card program features.

- Comply with the physical Card design requirements for Visa Electron Cards specified in the *Visa Product Brand Standards*

- Comply with the Visa Global Customer Assistance Services Program requirements for Visa Electron Cards specified in the "Visa Global Customer Assistance Services Program Eligibility Requirements by Product" table

- Ensure that the Card contains the Service Code for Visa Electron Cards, requiring Online Authorization

© 2011 Visa. All Rights Reserved.

In the LAC Region, Issuers may issue Visa Corporate Electron Cards and Visa Purchasing Electron Cards.

ID#: 081010-010410-0004162

### Visa Business Electron Card Requirements - CEMEA Region

In the CEMEA Region, an Issuer of Visa Business Electron Cards that are restricted to domestic use only is exempt from the requirements in "Visa Business/Visa Corporate Card Travel Assistance Services - CEMEA Region," but may implement these requirements at its discretion.

ID#: 010410-010410-0004760

## Visa Business Debit Cards - AP Region

### Visa Business Debit Card Core Features - AP Region

In the AP Region, a Visa Business Debit Card Issuer must provide the following core features:

- ATM Access
- Service level standards
- Monthly reporting on individual Cardholder activity
- Limited corporate liability

These core features are described in "Visa Business Card Issuers - AP Region."

ID#: 010410-010410-0004176

## Visa Infinite Business Cards - Canada Region

### Visa Infinite Business Cards Issuer Requirements - Canada Region

A Canada Issuer must offer a Visa Infinite Business Card with the highest purchasing power available within a Member's Visa Card portfolio.

A Canada Issuer may offer its Visa Infinite Business Cardholders with charge or credit capability.

At a minimum, a Canada Issuer must provide to its Visa Infinite Business Cardholders access to a customer service agent 24 hours a day, 7 days a week.

In the Canada Region, a Visa Infinite Business Issuer must:

- Provide advance notification to the Cardholder when an account needs to be suspended or closed for any reason

© 2011 Visa. All Rights Reserved.

- Monitor customer complaints related to Transaction Authorizations
- Identify action plans to improve customer service
- Make customer complaint information available to Visa

In the Canada Region, a Visa Infinite Business Issuer must offer some form of Transaction reporting service that allows its Visa Infinite Business Cardholders to obtain minimum Transaction level data as approved by Visa.

ID#: 050411-011109-0025615


## Visa Infinite Business BIN Requirements - Canada Region

In the Canada Region, an Issuer must use a unique BIN for its Visa Infinite Business Card Account Numbers and not share a BIN range.

The Issuer must not reclassify a BIN to represent a product other than the Visa Infinite Business Card without prior permission from Visa.

ID#: 050411-010100-0025616


## Visa Infinite Business Spending Limits - Canada Region

A Visa Infinite Business Card Issuer may use either of the following spending limit options:

- No pre-set spending limit
- A minimum credit limit

The Visa Infinite Business Card Issuer may establish a pre-set spending limit for:

- Cash Disbursement Transactions
- Transactions resulting from an Emergency Card Replacement

ID#: 111011-011109-0025617


## Visa Infinite Business Authorization Requirements - Canada Region

In the Canada Region, a Visa Infinite Business Card Issuer must only decline or refer Visa Infinite Business Transactions, as specified in "Visa Infinite Card Allowable Decline and Referral Reasons."

In the Canada Region, an Issuer must not decline a Visa Infinite Business Transaction for exceeding a pre-set limit of any kind. Transactions must be approved or declined based on:

- The absence of suspected fraud
- The Cardholder's spending pattern
- Issuer determination of the likelihood of default

© 2011 Visa. All Rights Reserved.

• Issuer safety and soundness considerations

ID#: 050411-011109-0025618

## Visa Infinite Business Delinquent Account - Canada Region

In the Canada Region, a Visa Infinite Business Issuer must provide notification to a Visa Infinite Business Cardholders with no pre-set spending limit before ongoing Transactions can be declined.

ID#: 050411-011109-0025619

## Visa Infinite Business Cardholder Qualifications - Canada Region

In the Canada Region, to qualify as a Visa Infinite Business Cardholder, the Cardholder must demonstrate a minimum annual spend of CAD $36,000 per year or greater.

ID#: 050411-011109-0025620

## Visa Infinite Business Rewards Program Requirements - Canada Region

In the Canada Region, a Visa Infinite Business Card Issuer must offer a rewards program to its Visa Infinite Business Cardholders.

The Visa Infinite Business rewards program must offer a minimum rewards earn rate equal to either:

• The rate offered by the same Issuer for a Consumer Visa Infinite Card Program
• The rate offered by a peer Issuer for a consumer Infinite or Business Infinite card upon approval by Visa

The Issuer must, at a minimum, notify Cardholders monthly via a billing statement or a standalone statement regarding reward points earned during the relevant period.

ID#: 050411-011109-0025621

## Visa Infinite Business Web Services - Canada Region

In the Canada Region, a Visa Infinite Business Issuer must provide Web services through Visa or other provider of choice with the following minimum standards:

• Provide a description of Visa Infinite Business Card services, benefits, and features
• Provide a detailed listing of the Visa Infinite Business Exclusive Privileges Merchant partner offers
• Include the following minimum value-added content and services for travel and entertainment:

    – Travel content that supports the Visa Infinite Business product positioning that is not readily available from other sources

© 2011 Visa. All Rights Reserved.

– Online concierge service, offered by Visa or Issuer's Visa Infinite product

ID#: 050411-011109-0025622

## Visa Infinite Business Core Features - Canada Region

In the Canada Region, a Visa Infinite Business Card Issuer must offer all of the following core features:

- ATM access

- Local currency billing

- Service level standards

- Information reporting

- Flexible Transaction Authorization

- Individual statements

- In addition a Visa Infinite Business Card Issuer must provide a minimum of 2 offers from the categories below:
  - Office supplies
  - Office equipment
  - Office leasing/rentals
  - Computers/electronics
  - Telecommunications
  - Business services
  - Business education

- And provide a minimum of 3 offers from the list below:
  - ID theft restoration
  - ID theft insurance
  - VIP hotel program
  - VIP dining program
  - VIP retail and entertainment
  - Companion Airline ticket
  - Payment protection insurance
  - Price protection insurance
  - Preferred Rate on health/dental insurance
  - Access to VIP airline lounges
  - 15 Days Emergency Travel Medical Insurance
  - Travel Accident Insurance

ID#: 111011-011109-0025623

© 2011 Visa. All Rights Reserved.

## Visa Infinite Business Core Services - Canada Region

In the Canada Region, a Visa Infinite Business Card Issuer must offer to its Cardholders all of the core services specified in "Commercial Products Core Services."

ID#: 050411-011109-0025624


## Visa Infinite Business Global Support Services - Canada Region

In the Canada Region, a Visa Infinite Business Card Issuer must:

- Be available to respond to a request from the Emergency Payment Authorization Service 24 hours a day, 7 days a week
- Provide all needed information, and a decision to approve or deny the request during the initial telephone or fax contact with the Visa Global Customer Care Services (GCCS)
- If providing the service directly to the Cardholder, contact the Merchant to verify the circumstances, explain the service, and complete the Transaction
- Send a fax or e-mail to the Merchant that includes the Cardholder name, Account Number, expiration date, Authorization Code, and Transaction amount

ID#: 050411-011109-0025625


## Visa Infinite Business Emergency Services - Canada Region

In the Canada Region, a Visa Infinite Business Card Issuer must offer the following services through the Visa Global Customer Assistance Service or directly through the Issuer customer service center:

- Lost/Stolen Card Reporting Service
- Cardholder Inquiry Service
- Emergency Cash Service
- Emergency Card Replacement Service
- Emergency Payment Authorization Service

ID#: 050411-011109-0025626


## Visa Infinite Business Customer Service Telephone Number - Canada Region

In the Canada Region, a Visa Infinite Business Issuer must:

- Provide a free 24-hour telephone number where emergency service can be accessed
- Communicate the telephone number to the Cardholder annually

ID#: 050411-011109-0025627

© 2011 Visa. All Rights Reserved.

**Visa Infinite Business Card Replacement and Emergency Cash Disbursement - Canada Region**

In the Canada Region, an Issuer must provide to an Eligible Cardholder an Emergency Cash Disbursement or an Emergency Card Replacement, directly or through an agent, within the following time frames:

- Within the U.S. and Canada, within 24 hours
- Outside the U.S. and Canada, within 1 business day

ID#: 081010-011109-0025628

**Visa Infinite Business Stand-In Processing Limits - Canada Region**

In the Canada Region, a Visa Infinite Business Card Issuer must enforce a spending limit of CAD $10,000 on Stand-In Processing Accounts for Visa Infinite Business.

ID#: 050411-011109-0025629

# Visa Cargo - LAC Region

## Visa Cargo Issuer Requirements - LAC Region

In the LAC Region, an LAC Issuer may issue a Visa Cargo Card as one of the following:

- **Effective through 10 November 2010,** Visa Commercial Reloadable non-Personalized Visa Prepaid Card
- **Effective 11 November 2010,** Commercial Visa Prepaid Product
- Visa Business Electron Card

The Issuer may issue Visa Cargo Cards in the LAC Region, with the optional applications:

- Visa credit Card
- Visa Vale Pedagio

Visa Cargo Card Issuers must comply with the regulations of each product and application associated with the Visa Cargo Card.

ID#: 050411-121109-0025631

© 2011 Visa. All Rights Reserved.

## Visa Cargo Issuer Reporting Requirements - LAC Region

An LAC Issuer offering Visa Cargo Cards, including Cards with multi-application functionality, combining a Visa Cargo Card with a credit Card or a Visa Vale Pedagio Card, must report through the Quarterly Operating Certificate the following information:

- Total number of Visa Cargo Cards

- Total number of Visa credit Cards

- Total number of Visa Vale Pedagio Cards

- Total number of Transactions processed by each BIN for each application

- Total payment, ATM and Cash Disbursement volume, in its local currency, processed by each BIN for each application

ID#: 050411-121109-0025632

## Visa Cargo Core Services - LAC Region

In the LAC Region, an option for Insurance Coverage to be used with the Visa Cargo Card product is specified in the table below:

**Visa Cargo Options for Insurance Coverage - LAC Region**

| Package | Coverage |
|---------|----------|
| Everyday Visa Cargo Spend Package | • Hotel Motel Burglary<br>• Extended Warranty Insurance<br>• Purchase Protection<br>• Price Protection |

The fees related to Visa Cargo Cards and the optional insurance coverage are specified in the *Visa LAC Fee Guide*.

ID#: 111011-121109-0025633

## Visa Cargo BIN - LAC Region

An LAC Issuer must use a specific BIN or a separate and unique account range for its Visa Cargo Card.

ID#: 050411-121109-0025634

© 2011 Visa. All Rights Reserved.

# Visa Commercial Purchasing Products

## Purchasing Cards - General

### Enhanced Data BIN Requirements

A Visa Purchasing Card Issuer choosing to receive enhanced (level 2 and level 3) data from a Merchant must either:

- Use an enhanced data BIN assigned by Visa from a specified Visa Purchasing Card BIN range
- Designate an account range within an enhanced data Visa Purchasing Card BIN

ID#: 010410-010410-0004156

### Visa Purchasing Card BIN Range - U.S. Region

A U.S. Issuer offering Visa Purchasing Cards must use a BIN from the BIN range reserved for Visa Purchasing Cards.

ID#: 010410-010410-0004216

### Visa Purchasing Card Core Features - U.S. Region

A Visa Purchasing Card Issuer in the U.S. Region must provide all of the core features specified below and as described in "Commercial Card Core Feature Descriptions - U.S. Region":

- Central or individual billing options
- Charge Card option
- Individual memo statements

ID#: 010410-010410-0004307

### Visa Purchasing Card Transaction Data Reporting - U.S. Region

A Visa Purchasing Card Issuer in the U.S. Region must accumulate and report Transaction data, as specified in the *Visa U.S.A. Inc. Merchant Profile Service Reference Manual.* At a minimum, the Issuer must:

- Accumulate Transaction data
- Match Transaction data to Merchant profiles

© 2011 Visa. All Rights Reserved.

- Report to the Client Organization all Transactions and all Merchant profile information, both matched and unmatched

ID#: 010410-010410-0004309

## Visa Purchasing Card Authorization Contact - U.S. Region

A Visa Purchasing Card Issuer in the U.S. Region must have an Authorization referral contact that is available to provide an immediate Authorization Response 24 hours a day, 7 days a week.

ID#: 010410-010410-0004311

## Visa Purchasing Card Selective Authorization - U.S. Region

A Visa Purchasing Card Issuer in the U.S. Region may decline an Authorization Request based on the following factors, if the entity to which the Card has been issued has specified these or other factors:

- Merchant Category Code
- Transaction size
- Location of Merchant Outlet

ID#: 010410-010410-0004314

## Visa Purchasing Card Transaction Data Requirements

An Acquirer accepting a Visa Purchasing Card Transaction must provide an Issuer with any Cardholder reference data or other relevant Transaction information supplied by a Merchant.

ID#: 010410-010410-0008893

# Visa Fleet Cards

## Visa Fleet Card Issuance and Usage

A Vehicle-Specific Fleet Card must:

- Be limited to purchases of fuel and vehicle maintenance
- Be assigned to a vehicle rather than an individual

Issuers of Fleet Service-enhanced Visa Commercial Cards should use a unique BIN range assigned by Visa.

ID#: 010410-010410-0004163

© 2011 Visa. All Rights Reserved.

## Visa Fleet Card - Enhanced Data

An Acquirer that contracts with a Merchant to accept a Fleet Service-enhanced Visa Commercial Card must provide an Issuer with the enhanced data if provided by its Merchants in the Authorization and Clearing Record.

Enhanced data may include:

- Driver identification (Authorization Request)
- Fuel type (Clearing Record)
- Fuel quantity (Clearing Record)
- Fuel price-per-unit (Clearing Record)

ID#: 010410-010410-0008894

## Fleet Service Data Requirements - U.S. Region

An Acquirer that processes Visa Fleet Service Transactions must provide both Cardholder-supplied data and supplemental Transaction data for such Transactions, as specified in the appropriate VisaNet manuals.

Additional Commercial Card Data for a Visa Fleet Service fuel purchase Transaction in the U.S. Region consists of:

- Sales tax
  - Local tax
  - Local tax included indicator
- Accounting code (i.e., customer code)
- Fuel type
- Unit of measure
- Quantity
- Gross fuel price

ID#: 010410-010410-0008912

## Visa Fleet Card Enhanced Data Requirements

An Issuer of Fleet Service-enhanced Visa Commercial Cards must be capable of generating reports containing enhanced data when provided by the Acquirer.

ID#: 010410-010410-0004164

© 2011 Visa. All Rights Reserved.

## Liability for Visa Fleet Card Transactions

An Issuer of Fleet Service-enhanced Visa Commercial Cards must assume any incremental risk arising from issuing Cards in accordance with the *Visa Product Brand Standards* for Cards bearing the Visa Brand Mark, including, but not limited to, the Compliance right for "unauthorized signature."

ID#: 010410-010410-0004165


## Visa Fleet Card BIN - U.S. Region

A U.S. Issuer must request a new BIN assignment for its Fleet Card program from the BIN range reserved for Fleet-enhanced Visa Purchasing Cards.

ID#: 010410-010410-0004217


## Visa Fleet Card Issuance - U.S. Region

In the U.S. Region, Visa Fleet Card issuance is permitted for Visa Purchasing Card Issuers, as specified in the:

- *Visa International Operating Regulations*
- *Visa Fleet Card Implementation Guide*
- *Visa Product Brand Standards* (for Cards bearing the Visa Brand Mark)

ID#: 010410-010410-0004167


## Visa Fleet Card Requirements - U.S. Region

In the U.S. Region, a Visa Fleet Card must contain the appropriate instructions on the Magnetic Stripe for customized prompts and may be issued as either:

- An enhanced Visa Purchasing Card
- A Vehicle-Specific Fleet Card

ID#: 010410-010410-0004168


## Plus Program Marks on Visa Fleet Cards - U.S. Region

The Plus Program Marks must **not** appear on the back of a U.S. Vehicle-Specific Fleet Card.

ID#: 010410-010410-0004169

© 2011 Visa. All Rights Reserved.

# Visa Commercial Corporate Products

## Commercial Corporate Products - U.S. Region

### Visa Corporate Card Core Features - U.S. Region

A Visa Corporate Issuer in the U.S. Region must provide all of the core features specified below and as described in "Commercial Card Core Feature Descriptions - U.S. Region":

- ATM access
- Central or individual billing options
- Service level standards
- Charge Card option
- Management information reports

ID#: 010410-010410-0004294

### Visa Corporate Card Account Billing Options - U.S. Region

A U.S. Visa Corporate Issuer may offer U.S. Cardholders any of the following account billing options:

- Line of credit
- Other company assets available through the Issuer
- Charge Card (non-revolving, pay-in-full)

ID#: 010410-010410-0004295

### Visa Corporate Authorization Contact - U.S. Region

A Visa Corporate Issuer in the U.S. Region must have an Authorization referral contact that is available to provide an immediate Authorization Response 24 hours a day, 7 days a week.

ID#: 010410-010410-0004296

© 2011 Visa. All Rights Reserved.

# Visa Commercial Products Programs

## V Distribution Program

### V Distribution Requirements

An Issuer participating in the V Distribution Program must provide payment services to a V Distribution Program Cardholder purchasing goods and services from a V Distribution Program Distributor.

ID#: 010410-010410-0003163

### V Distribution Issuer Requirements

A V Distribution Program Issuer must:

- Be certified to issue either:
  - Visa Purchasing Cards
  - Visa Business Cards
- Be registered with Visa
- Be capable of processing Authorization Requests, billing, and reporting, as specified by Visa

ID#: 010410-010410-0003164

### V Distribution Program BIN (Updated)

An Issuer participating in the V Distribution Program must do one of the following:

- Designate a separate BIN
- Use an existing BIN within a Visa Business Card or Visa Purchasing Card BIN range
- Use an account range within an existing Visa Business Card or Visa Purchasing Card BIN
- **Effective 8 September 2011**, for Visa Agro Cards, use a designated Visa Purchasing Card BIN or account range *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-010410-0003165

© 2011 Visa. All Rights Reserved.

# Centralized Card Issuance

## Centralized Card Issuance - Dual-Issuer Branded Visa Commercial Card Requirements (Updated)

**Effective 14 October 2010,** only an Issuer that is a registered Visa Multinational Program participant may issue Dual-Issuer Branded Visa Commercial Cards as specified in the:

• *Visa Multinational Program Guide*

• *Visa Product Brand Standards*

Issuance of Dual-Issuer Branded Visa Commercial Cards is not applicable to Issuers in the jurisdiction of Visa Europe.

The Lead Bank and the Partner Bank must be registered Visa Multinational Program participants and have contractual agreements with each other that clearly defines the Dual-Issuer Branded Visa Commercial Card program.

A Dual-Issuer Branded Visa Commercial Card must be issued using a BIN that is licensed to the Partner Bank.

Before issuing Dual-Issuer Branded Visa Commercial Cards, the Lead Bank and the Partner Bank must ensure that the Dual-Issuer Branded Visa Commercial Card program complies with the:

• *Visa International Operating Regulations*

• Visa Regional Operating Regulations

• *Visa Product Brand Standards*

The Lead Bank must ensure that the Dual-Issuer Branded Visa Commercial Card program complies with all applicable local laws/regulatory requirements in the country in which the Cards are issued and the country in which the Lead Bank is domiciled, as specified in the *Visa Multinational Program Guide.*

ID#: 111011-141010-0026023

## Centralized Card Issuance - Dual-Issuer Branded Visa Commercial Card Issuer Identification

**Effective 14 October 2010,** the Issuer of a Dual-Issuer Branded Visa Commercial Card must be clearly identified on the back of the Card and in all Cardholder agreements.

ID#: 050411-141010-0026024

© 2011 Visa. All Rights Reserved.

**Centralized Card Issuance - Dual-Issuer Branded Visa Commercial Card Partnership Agreement (Updated)**

**Effective 14 October 2010,** before issuing Dual-Issuer Branded Visa Commercial Cards, the Lead Bank and the Partner Bank must provide contractual evidence of the partnership agreement to Visa for review and approval, as specified in the *Visa Multinational Program Guide.*

ID#: 111011-141010-0026025

# Global Support Services

## Visa Global Customer Assistance Services

### Visa Global Customer Assistance Services Program Requirements

The Visa Global Customer Assistance Services Program includes the following services for Cardholders and Issuers, as specified in the following table.

See the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide*

**Visa Global Customer Assistance Services Program Eligibility Requirements by Product[1]**

|  | Cardholder Inquiry Service | Emergency Cash Disbursement | Emergency Card Replacement | Lost/ Stolen Card Reporting | Exception File Updates |
|---|---|---|---|---|---|
| Visa Classic | Required | Optional | Optional | Required | Required |
| Visa Gold/ Premier/ Platinum | Required | Required[1] | Required[1] | Required | Required |
| Visa Signature | Required | Regional option | Regional option | Regional option | Required |
| Visa Infinite | Required | Regional option | Regional option | Regional option | Required |
| Visa Business and Visa Corporate | Required | Required | Required | Required | Required |
| Visa Purchasing | Required | Optional | Required | Required | Required |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

|  | Cardholder Inquiry Service | Emergency Cash Disbursement | Emergency Card Replacement | Lost/ Stolen Card Reporting | Exception File Updates |
|---|---|---|---|---|---|
| Visa Electron and Visa Business Electron | Required | Regional option | Regional option | Required | Required |
| Virtual Account | Required | Prohibited | Prohibited | Required | Required |
| Visa Prepaid Card | Required | Optional | Optional | Required | Not applicable |
| Visa TravelMoney | Required | Optional | Required | Required | Required |

1For U.S. Region product platform names and requirements, see the *Visa Enhancements Resource Guide.*

ID#: 100411-010410-0004081

## Emergency Services Telephone Numbers

An Issuer must communicate, at least once each year, the global emergency services and corresponding telephone numbers through which Eligible Cardholders may obtain these services. The telephone numbers must be:

- Available at no cost to the Cardholder
- Printed on either:
  - The back of the Card
  - Other material furnished to the Cardholder

ID#: 081010-010100-0025791

## Visa Global Customer Assistance Services Program Fees

Visa assesses fees to Members for the various services provided under the Visa Global Customer Assistance Services Program. Information about the fees is specified in the applicable regional fee guide.

ID#: 151011-010100-0025792

## Visa Global Customer Assistance Services Core Benefit Services - AP Region

An Issuer or designated provider must provide the following core benefit services to all Visa Gold and Business/Corporate Cardholders in the AP Region:

- Emergency medical/legal assistance

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

- Emergency ticket replacement
- Travel assistance
- Lost luggage assistance
- Prescription assistance and valuable document delivery
- Emergency message service

ID#: 111011-010410-0004603

## Visa Global Customer Assistance Services Program - Canada Region

A Canada Issuer must:

- Advise its Eligible Cardholders of the availability of the applicable Visa Global Customer Assistance Services Program
- Provide its Eligible Cardholders with a telephone number that is available 24 hours a day, 7 days a week, for the applicable Visa Global Customer Assistance Services Program
- Provide the Visa Global Customer Assistance Services Program by product as outlined in the following table

**Visa Global Customer Assistance Services Program by Product - Canada Region**

| Product | Card-holder Inquiry Service | Collision/ Loss Damage Insurance | Emer-gency Card Replace-ment Service | Emer-gency Cash Service | Legal Referral Assistance and Cash Disburse-ment Service | Lost / Stolen Card Reporting Service | Medical Referral Assistance and Cash Disburse-ment Service |
|---|---|---|---|---|---|---|---|
| **Visa Classic** | Required | Optional | Optional | Optional | Optional | Required | Optional |
| **Visa Gold** | Required | Required | Required | Required | Required | Required | Required |
| **Visa Infinite** | Required | Required | Required | Required | Required | Required | Required |
| **Visa Platinum** | Required | Required | Required | Required | Required | Required | Required |
| **Visa Corporate** | Required | Optional | Required | Required | Required | Required | Required |
| **Visa Business** | Required | Optional | Required | Required | Required | Required | Required |
| **Visa Purchasing** | Required | Optional | Required | Optional | Not Applicable | Required | Not Applicable |

ID#: 100411-010410-0004645

© 2011 Visa. All Rights Reserved.

### Visa Global Customer Assistance Services Program Contacts - Canada Region

Members must **not** designate to Visa Global Customer Care Services more than 4 contacts per Visa Global Customer Assistance Service Program request.

ID#: 010410-010410-0004646

### Cardholder Charges for Visa Global Customer Assistance Services - Canada Region

A Canada Issuer must **not** assess supplemental charges to an Eligible Cardholder for the required Visa Global Customer Assistance Services Program.

ID#: 010410-010410-0004647

### Provision of Visa Global Customer Assistance Services - CEMEA Region

A CEMEA Issuer may provide the Visa Global Customer Assistance Services Program itself, through an agent, or through Visa. For each Card product, the Issuer must make available to its Cardholder an agreed sub-set of global support services as outlined in the *Visa International Operating Regulations*.

ID#: 010410-010410-0004662

### Visa Global Customer Assistance Program - Issuer Participation - CEMEA Region

In order to participate in the Visa Global Customer Assistance Services Program, an Issuer must complete a "CEMEA GSS Commitment Form" for each BIN. The participating CEMEA Issuer must:

- Advise its Eligible Cardholders of the availability of the Visa Global Customer Assistance Services Program
- Provide the telephone number of Visa Global Customer Care Services for the Cardholder to call to report a lost or stolen Card and to request emergency assistance

ID#: 111011-010410-0004663

### Issuer Participation in Visa FeatureSelect - U.S. Region

**Effective 8 November 2010,** a U.S. Issuer may choose to access Visa FeatureSelect for the purpose of segmenting and servicing Visa and non-Visa Cardholders.

**Effective through 31 March 2012,** an Issuer that chooses to access Visa FeatureSelect must comply with the requirements specified in "Non-Visa Assigned BIN Management – U.S. Region," if servicing non-Visa Cardholders.

© 2011 Visa. All Rights Reserved.

**Effective 1 April 2012,** an Issuer that chooses to access Visa FeatureSelect must comply with the requirements specified in "Non-Visa-Assigned BIN Management" if servicing non-Visa Cardholders, and the *Visa FeatureSelect Service Description.*

ID#: 111011-141209-0025585

# Emergency Cash Disbursement and Emergency Card Replacement

## Emergency Cash Disbursement Limit

A Cardholder, or an Issuer on the Cardholder's behalf, may request an Emergency Cash Disbursement, subject to Issuer Authorization. The Cardholder, or the Issuer on the Cardholder's behalf, may request the service through Visa Global Customer Care Services. Visa recommends an Emergency Cash Disbursement

For Emergency Cash Disbursement limits, refer to the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide.*

ID#: 111011-010100-0025793

## Provision of Emergency Cash Disbursement or Emergency Card Replacement

A Issuer must, upon Cardholder request, provide an Emergency Cash Disbursement or an Emergency Card Replacement, as specified in "Visa Global Customer Assistance Services Program Requirements," itself or through either:

• An agent

• Visa Global Customer Care Services

For detailed requirements and procedures, see the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide.*

ID#: 081010-010410-0008544

## Delivery of Emergency Cash or Emergency Card

Visa Global Customer Care Services fulfills Emergency Card Replacement or Emergency Cash Disbursement requests. Once Visa Global Customer Care Services receives a request for an Emergency Cash Disbursement or Emergency Card Replacement, Visa Global Customer Care Services contacts the Issuer to seek approval for the delivery or disbursement. After Visa Global Customer Care Services receives the Issuer's approval and has made direct contact with the Cardholder, Visa will deliver the Emergency Cash Disbursement or Emergency Card Replacement within the timeframes specified in the following tables.

© 2011 Visa. All Rights Reserved.

If an Issuer chooses to provide an Emergency Cash Disbursement or Emergency Card Replacement, directly or through an agent, it must disburse the cash or deliver the Card to the Eligible Cardholder within the time frames specified in the following tables. U.S. Issuers must refer to the *Visa Enhancements Resource Guide.*

**Time Frames for Delivery of Emergency Cash Disbursement to Eligible Cardholders**

| Card Type | Within the U.S. Region and the Canada Region | Outside the U.S. Region and the Canada Region |
|---|---|---|
| Visa Classic, Visa  Electron, Visa Debit, Visa Prepaid | 1 business day | 1 business day |
| Visa Gold/Premier, Visa  Platinum, Visa Business, Visa Business Electron, Visa Corporate, Visa Purchasing | 24 hours | 1 business day |
| Visa Infinite, Visa Signature | 24 hours | 24 hours |

**Time Frames for Delivery of Emergency Card Replacements to Eligible Cardholders**

| Card Type | Within the U.S. Region and the Canada Region | Outside the U.S. Region and the Canada Region |
|---|---|---|
| Visa Classic, Visa Electron, Visa Debit, Visa Prepaid | 1 business day | 3 business days |
| Visa Gold/Premier, Visa Platinum, Visa Business, Visa Business Electron, Visa Corporate, Visa Purchasing | 24 hours | 1 business day |
| Visa Infinite, Visa Signature | 24 hours | 24 hours |

ID#: 081010-010210-0002626

## Issuer Requirements for Using the Visa Global Customer Assistance Services Program for Emergency Cash Disbursement and Emergency Card Replacement

If an Issuer participates in the Visa Global Customer Assistance Services Program for Emergency Cash Disbursement or Emergency Card Replacement, it must:

- At least 30 calendar days before participation in Emergency Cash Disbursement or Emergency Card Replacement, submit the Visa Global Customer Assistance Services Program enrollment forms, located in the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide*

- Advise its Eligible Cardholders of the availability of an Emergency Cash Disbursement or Emergency Card Replacement, as applicable

- Provide Eligible Cardholders with a telephone number that is available worldwide 24 hours a day, 7 days a week for Emergency Cash Disbursement and Emergency Card Replacement. The telephone number can be either the:

  – Visa Global Customer Care Services telephone numbers

© 2011 Visa. All Rights Reserved.

- Issuer's own worldwide emergency services telephone number

• Designate one or more Emergency Service Locations, as specified in the Emergency Service Location enrollment form in the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide*

• Notify Visa Global Customer Care Services within 30 calendar days of any changes to an Emergency Service Location, as specified in the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide*

ID#: 050411-010410-0002627


## Handling Fee for Emergency Cash Disbursement and Emergency Card Replacement

A Disbursing Member or Emergency Service Location that provides an Emergency Cash Disbursement or Emergency Card Replacement to an Eligible Cardholder as part of a Visa Global Customer Assistance Services Program request may collect a handling fee  from the Cardholder's Issuer, as specified in the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide.*

ID#: 111011-010410-0008508


## Emergency Cash Disbursement or Emergency Card Replacement Contact Requirements

A live Issuer contact person must:

• Be available to respond to a request for an Emergency Cash Disbursement or an Emergency Card Replacement 24 hours a day, 7 days a week

• Approve or deny a request from Visa Global Customer Care Services or an Eligible Cardholder within 2 hours of notification (not applicable to Visa Infinite Cards) and provide:

  – For an Emergency Cash Disbursement, a unique Issuer Authorization Code

  – For an Emergency Card Replacement, a new Account Number and expiration date that has been activated in the Issuer's Authorization system

• Provide Visa Global Customer Care Services with:

  – Any changes that would affect the issuance of an Emergency Card Replacement (e.g., Issuer contacts, telephone numbers)

  – Correct spelling of the Cardholder's name

  – Cardholder's verification data if required

Refer to the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide* for the specific data elements required by Visa Global Customer Care Services.

ID#: 050411-010410-0002629

© 2011 Visa. All Rights Reserved.

## Emergency Services Contact

An Issuer must notify Visa at least 2 weeks before any change in its Emergency Cash Disbursement contact or Emergency Card Replacement contact.

ID#: 081010-010100-0025794

## Requirements for Emergency Service Locations

An Emergency Service Location must:

- Be available during normal business hours to respond to a request for an Emergency Cash Disbursement or an Emergency Card Replacement, as instructed by Visa Global Customer Care Services and as specified in the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide*
- Notify Visa Global Customer Care Services (within 3 calendar days) after the Cardholder has picked up the Emergency Cash Disbursement or Emergency Card Replacement

ID#: 050411-010410-0002631

## Issuer Requirements for Emergency Card Replacement

If an Issuer participates in Emergency Card Replacement, it must:

- Meet all Card security standards specified in the *Visa Product Brand Standards*
- Replace a Stand-In Processing Account within 1 business day when notified by Visa Global Customer Care Services that it has been used for an Emergency Card Replacement
- Maintain its Emergency Card Replacements in a secure manner, as specified in *Global Physical Security Validation Requirements for Card Vendors*
- Immediately notify Visa Global Customer Care Services if it discovers that a Card is missing

ID#: 111011-010410-0008545

# Stand-In Processing

## Spending Limits on Stand-In Processing Accounts for Emergency Card Replacements

If an Issuer participates in Emergency Card Replacement, it must enforce the spending limits on Stand-In Processing Accounts

ID#: 111011-010410-0002632

© 2011 Visa. All Rights Reserved.

# Lost or Stolen Card Reporting

## Lost or Stolen Card Reporting

An Issuer participating in Lost/Stolen Card Reporting must, on behalf of another Issuer:

- Accept reports of lost or stolen products from Cardholders or their designated representative
- Notify the Card Issuer

ID#: 111011-010410-0008549

## Issuer Notification of Lost or Stolen Card

A Member must:

- Provide the Issuer with the information required on the "Lost or Stolen Card Report" (Exhibit 1A)
- If an incomplete Account Number is provided, supply the Issuer with the address and telephone number where the Cardholder may be contacted
- Notify Visa Global Customer Care Services if unable to establish contact with the Issuer

ID#: 161111-010410-0002183

## Lost or Stolen Card Report Requirements for an Emergency Cash Disbursement or Emergency Card Replacement

If a Cardholder requests an Emergency Cash Disbursement or Emergency Card Replacement, the report must include the:

- Address and telephone number where an Issuer may contact the Cardholder
- Emergency Cash Disbursement amount requested, if applicable

ID#: 111011-010410-0002184

## Acquirer Collection of Lost or Stolen Card Report Handling Fee - U.S. Region

A U.S. Member accepting a lost or stolen Card report on behalf of another Member may collect a US $20 handling fee from the Issuer.

ID#: 010910-010410-0025931

© 2011 Visa. All Rights Reserved.

## Emergency Request Fines and Penalties

### Fines for Failure to Respond to an Emergency Request

An Issuer that fails to respond to an Emergency Cash Disbursement or Emergency Card Replacement request within the time limits specified in the applicable regional Visa Global Customer Assistance Services Program User's Guide or *Visa Enhancements Resource Guide* is subject to fines, as specified in "General Fines Schedule."

ID#: 050411-010100-0025797

## Global Refund Service

### Travelers Cheque Global Refund Service Authorization

An Issuer must provide an Emergency Cash Refund to a Cheque purchaser upon Authorization from the Global Refund Service.

ID#: 010410-010410-0003639

### Global Refund Service Member Responsibilities

When the Global Refund Service authorizes a Member to make an Emergency Cash Disbursement refund to a Cheque purchaser, the Member location must:

• Verify the identity of the purchaser

• Provide a refund in the form of a Manual Cash Disbursement

ID#: 111011-010410-0002635

### Information Provided to Emergency Refund Location

The Global Refund Service will provide the Emergency Refund Location with:

• Account Number

• Purchaser name

• Refund Claim Number

• Cash Disbursement amount in local currency

• Authorization Code

ID#: 010410-010410-0002637

© 2011 Visa. All Rights Reserved.

## Global Refund Service Required Procedures

When making an Emergency Cash Disbursement, an Emergency Refund Location must verify the identity of the Cheque purchaser by comparing the Refund Claim Number provided by the Global Refund Service to the one given by the Cheque purchaser.

If the Refund Claim Numbers match, the Emergency Refund Location must:

- Complete the "80-Column Cash Disbursement Transaction Receipt" (Exhibit 7A) with the:
  – Account Number
  – Purchaser name
  – Words "Emergency TC Refund" in the space designated for the Cardholder's street address
  – Refund Claim Number in the space designated for the Cardholder's identification
  – Amount of the Emergency Cash Disbursement, plus US $25 or local currency equivalent, for the refund handling fee
  – Date
  – Authorization Code provided by the Global Refund Service
  – Imprint of the Member's identification
  – Cheque purchaser's signature in the space designated for the Cardholder's signature
- Process the Emergency Cash Disbursement in the same manner as a Manual Cash Disbursement:
  – At face value
  – With no fees or charges to the Cheque purchaser, unless required by applicable law

If the Refund Claim Numbers do not match, the Emergency Refund Location must contact the Global Refund Service for instructions.

ID#: 090411-010410-0007985

## Guarantee of Reimbursement

Visa guarantees reimbursement of the Manual Cash Disbursement amount to the Emergency Refund Center if the requirements in "Global Refund Service" are met.

ID#: 010410-010410-0002641

© 2011 Visa. All Rights Reserved.

# Cardholder Loyalty Program

## Visa Extras - U.S. Region

### Visa Extras Requirements - U.S. Region

U.S. Issuers are subject to program participation and operating requirements, as outlined in the *Visa Extras Service Description.*

Visa assesses fees to U.S. Issuers that participate in the Visa Extras Program. Fee information is available from Visa upon request.

ID#: 010410-010410-0007342

### Visa Extras Participation Conditions - U.S. Region

Participation in the Visa Extras Program in the U.S. Region is at the discretion of Visa, which may impose conditions upon participation at any time.

ID#: 010410-010410-0001362

### Visa Extras - Program Description and Requirements - U.S. Region

The Visa Extras Program is a U.S. Region Points-based loyalty program that enables participating Cardholders to earn Points toward rewards consisting of goods or services based on their eligible Visa purchase Transactions. Issuers must comply with program participation and operating requirements as specified in the *Visa Extras Service Description.*

ID#: 010410-010410-0002524

### Visa Extras Operating Requirements - U.S. Region

A U.S. Issuer that chooses to make the Visa Extras Program available to its Cardholders must follow applicable operating requirements, as specified in the U.S. Regional Operating Regulations.

ID#: 081010-190209-0007100

### Visa Extras Deductions - U.S. Region

Points will be deducted from a U.S. Cardholder's Visa Extras Points account for Credit Transactions, Transaction reversals, and Chargebacks.

ID#: 010410-010410-0002536

© 2011 Visa. All Rights Reserved.

## Visa Extras Points Aggregation - U.S. Region

In the U.S. Region, Points may be aggregated across Cards within a single Card product type or across multiple Card product types within a single Issuer. Program rules for Points aggregation are detailed in the *Visa Extras Service Description.*

Points are **not** transferable between Issuers.

ID#: 010410-010410-0008379

## Visa Extras - Issuer Reporting Requirements - U.S. Region

A U.S. Issuer that participates in the Visa Extras Program must report to Visa all Points-eligible Cardholder Transactions, Chargebacks, and Transaction reversals not sent through VisaNet.

ID#: 010410-010410-0008900

# Visa Loyalty Platform Services

## Visa Loyalty Platform Services Participation Requirements

**Effective 15 October 2010,** a Member that participates in the Visa Loyalty Platform Services must comply with the *Visa Loyalty Platform Services - Service Description.*

Participation in the Visa Loyalty Platform Services, where available, is at the discretion of Visa, which may impose conditions on participation at any time. Visa may assess fees to Members related to the Visa Loyalty Platform Services.

ID#: 081010-151010-0025865

## Visa Loyalty Platform Services Participation Requirements - U.S. Region

**Effective through 14 October 2010,** in the U.S. Region, Issuers and Acquirers that elect to participate in the Visa Loyalty Platform Services must comply with operating requirements and applicable branding requirements, as specified in the *Visa Loyalty Platform Services - Service Description.*

Participation is at the discretion of Visa, which may impose conditions upon participation at any time.

Visa assesses fees to Issuers and Acquirers that participate in the Visa Loyalty Platform Services. Fee information is available in the *Visa Loyalty Platform Services Pricing Directory.*

ID#: 081010-010410-0009020

© 2011 Visa. All Rights Reserved.

# Visa Incentive Network - U.S. Region

## Visa Incentive Network Program Description - U.S. Region

In the U.S. Region, the Visa Incentive Network is a program that forms a core eligibility component for Members issuing Visa Traditional Rewards, Visa Signature, and Visa Signature Preferred products. The program allows Visa to act as an agent of the Issuer for supporting the Visa Incentive Network program requirements.

ID#: 010410-010410-0001368

## Visa Incentive Network Qualification - U.S. Region

U.S. Members must participate in the Visa Incentive Network to qualify their Visa Traditional Rewards, Visa Signature, or Visa Signature Preferred products and receive the respective Interchange Reimbursement Fee.

ID#: 010410-010410-0001369

## Visa Incentive Network Program Requirements - U.S. Region

Participating U.S. Members are subject to program requirements specified in the *Visa Incentive Network Member Implementation Guide,* available from Visa.

ID#: 010410-010410-0001370

## Visa Incentive Network Participation Requirements - U.S. Region (Updated)

To participate in the Visa Incentive Network, a U.S. Issuer must:

- Register with Visa by completing the *Visa Incentive Network Participation Agreement*

- Complete the registration within the time limits specified in the respective toolkits

- Provide the Cardholder Maintenance File to Visa on an ongoing basis, as specified in the *Visa Incentive Network Member Implementation Guide,* for all Visa Traditional Rewards, Visa Signature, and Visa Signature Preferred accounts

- Review the Visa Incentive Network promotional calendar posted on Visa Online regularly to identify and resolve any promotional conflicts as they arise for each announced promotion

- Ensure compliance with applicable federal and state privacy laws, co-branding obligations, and Cardholder privacy agreements to prevent conflict or violation of any existing contracts

- Comply with all the requirements specified in the *Visa Incentive Network Member Implementation Guide*

ID#: 111011-010410-0003884

© 2011 Visa. All Rights Reserved.

# Visa SavingsEdge - U.S. Region

## Visa SavingsEdge Participation Requirements - U.S. Region (Updated)

**Effective 15 July 2011,** an Issuer in the U.S. Region must offer the Visa SavingsEdge program to its Visa Business Cardholders unless the Issuer opts out of the program as described in the *Visa SavingsEdge Service Description – U.S. Region.*

Visa Business Cardholders of Issuers who do not opt out will be automatically eligible to enroll in Visa SavingsEdge in accordance with, and subject to, the program terms and conditions as revised by Visa from time to time and posted on the program Cardholder registration website.

Visa reserves the right to determine in its sole discretion whether any Cardholder may enroll in the program, impose conditions on participation in the program or modify or terminate the program at any time.

**Effective 15 July 2011,** a Visa Business Issuer in the U.S. Region that participates in Visa SavingsEdge must comply with the requirements specified in:

- *Visa SavingsEdge Service Description – U.S. Region*
- *Visa Loyalty Platform Services – Service Description*

ID#: 151011-150711-0026267

## Visa SavingsEdge Program Limitations – U.S. Region (Updated)

**Effective 15 July 2011,** only qualifying purchases specified in the *Visa SavingsEdge Service Description – U.S. Region* are eligible for discounts under the Visa SavingsEdge program.

ID#: 151011-150711-0026268

## Visa SavingsEdge Discount Posting Requirements - U.S. Region (Updated)

**Effective 15 July 2011,** a U.S. Visa Business Issuer:

- Must credit to a participating Cardholder's Account within 10 calendar days of receiving the Funds Disbursement from Visa, the amount of the discount received for qualifying purchases specified in the *Visa SavingsEdge Service Description – U.S. Region* at a participating Merchant
- Must not change the originating Merchant name and city information prior to posting this information to a Cardholder's statement

ID#: 151011-150711-0026269

© 2011 Visa. All Rights Reserved.

### Visa SavingsEdge - Use of Program Name - U.S. Region (Updated)

**Effective 15 July 2011,** a Visa Business Issuer in the U.S. Region may only use the Visa SavingsEdge program name in connection with the Visa SavingsEdge program as described in the *Visa SavingsEdge Service Description - U.S. Region.*

ID#: 151011-150711-0026270

### Visa SavingsEdge Marketing Materials - U.S. Region (Updated)

**Effective 15 July 2011,** a U.S. Issuer's marketing and promotional materials pertaining to the Visa SavingsEdge program must adhere to the requirements set forth in the *Visa SavingsEdge Service Description – U.S. Region.* Approval of marketing and promotional materials by Visa does not relieve the Issuer of its responsibility for accurate disclosure and compliance with legal and regulatory requirements.

ID#: 151011-150711-0026271

# Credit Bureau Reporting - U.S. Region

## Credit Bureau Reporting Requirements - U.S. Region

### Credit Bureau Reporting Requirement - U.S. Region

A U.S. Issuer must report all Visa Consumer Credit Card accounts to at least one credit reporting bureau and comply with the reporting requirements.

ID#: 010410-010410-0003223

### Credit Bureau Reporting Required Data - U.S. Region

A U.S. Issuer must report data for its primary Cardholders in the following fields of the Associated Credit Bureaus Metro format:

- Full first name, last name, and middle initial
- Generation code (abbreviations such as "Jr.," "Sr.," "II," "III," used to differentiate male members of the same family with identical names)
- Social Security Number
- Valid and complete address
- Valid and complete city, state, and ZIP code

© 2011 Visa. All Rights Reserved.

- Date of birth

ID#: 010410-010410-0001899

## Designated Agent for Credit Bureau Interface - U.S. Region

A U.S. Issuer designates Visa, Integrated Solutions Concepts, Inc., or their designee to act on the Issuer's behalf as an agent of the Issuer to:

- Establish credit bureau reporting standards
- Monitor credit bureau data
- Contract with credit bureaus to receive data and reports for the purpose of:
  - Monitoring their handling of Issuer data
  - Comparing that data to Visa-specified credit bureau reporting standards

ID#: 010410-010410-0001900

## Credit Bureau Reporting Data Submission - U.S. Region

A U.S. Issuer must report primary Cardholder data through electronic transmission to a credit bureau by billing cycle, within 2 business days of the billing cycle end date.

ID#: 010410-010410-0001901

## Cardholder Payment Information - U.S. Region

A U.S. Issuer must report primary Cardholder payment information to a credit bureau using the B2 Segment data (12 months' payment history), unless they are already reporting B3 Segment data (24 months' payment history).

ID#: 010410-010410-0001902

## Delinquent Account Reporting - U.S. Region

A U.S. Issuer must report an account that is 2 payments past due (30 days delinquent) to a credit bureau as delinquent rather than current.

ID#: 010410-010410-0003224

© 2011 Visa. All Rights Reserved.

**Delinquency Reporting Standards - U.S. Region**

A U.S. Issuer must use the Metro ratings in the standard format specified. If the delinquency progresses, the U.S. Issuer must use the standard Metro status code format until the account is charged off, at which time the Issuer must reflect the appropriate charge-off code.

ID#: 111011-010410-0008633

# Commercial Data Management and Reporting

## Commercial Solutions

### Visa Commercial Solutions Data and Reporting Tools Participation

**Effective through 10 April 2011,** an Issuer or an Issuer's Client Organization wishing to participate in any of the Visa Commercial Solutions Data and Reporting Tools must comply with the *Visa Information Management Services Terms and Conditions,* the *Visa Information Management Services Terms of Use,* and the *Visa Commercial Solutions Data and Reporting Tools Service Guide.*

**Effective 11 April 2011,** an Issuer or an Issuer's Client Organization wishing to participate in any of the Visa Commercial Solutions Data and Reporting Tools must comply with the *Visa Commercial Solutions Data and Reporting Tools Service Guide,* the *Visa Information Management Services Terms and Conditions,* and all applicable terms of use for the products, services, and tools referenced therein, including without limitation, the *Visa Commercial Services Terms of Use* and the *Visa Information Management Services Terms of Use.* Use of these data management and reporting services is at the discretion of Visa, which may limit or impose conditions on its use, and may discontinue the service at any time.

ID#: 111011-010410-0004236

### Visa IntelliLink Spend Management Services

An Issuer participating in Visa IntelliLink Spend Management must comply, and ensure that its participating clients comply, with the *Visa IntelliLink Spend Management Terms of Use* and the *Visa Commercial Solutions Data and Reporting Tools Service Guide.*

ID#: 050411-300909-0025613

© 2011 Visa. All Rights Reserved.

## Access to Commercial Solutions Data and Reporting Tools

**Effective 14 October 2010,** where available, an Issuer is authorized to grant Visa Commercial Solutions Data and Reporting Tools access and use to a Client Organization. Users must comply with the *Visa Commercial Solutions Data and Reporting Tools Service Guide*, the *Terms of Use* document referenced in it, the Visa Operating Regulations, and applicable law.

ID#: 050411-141010-0026017

## Access to Visa IntelliLink Compliance Management

**Effective 14 October 2010,** Visa IntelliLink Compliance Management is available to all Issuers and their Client Organizations. Users must comply with the *Visa Commercial Solutions Data and Reporting Tools Service Guide*, the *Terms of Use* document referenced in it, the Visa Operating Regulations, and applicable law.

ID#: 050411-141010-0026018

## Visa Commercial Solutions Data and Reporting Tools Fees

**Effective 14 October 2010,** fees associated with Member use of any of the Visa Commercial Solutions Data and Reporting Tools are available from Visa upon request and are specified in the appropriate Visa regional fee guide.

ID#: 050411-141010-0026019

## Visa Payables Automation Description - Canada Region

**Effective through 7 September 2011,** Visa Payables Automation, one of the Visa Commercial Solutions Data and Reporting Tools, is provided to Canada Issuers and their Client Organizations for use in connection with their Commercial Visa Product programs. A Canada Issuer participating in this service must comply with the requirements specified in the *Visa Commercial Solutions Data and Reporting Tools Service Guide.*

Use of Visa Payables Automation is at the discretion of Visa, which may limit or impose conditions on its use and may discontinue the service at any time.

Visa Payables Automation, and all of the commercial reporting and data services provided by Visa, are the property of Visa and are for the use of the Canada Issuer and its Client Organization solely in support of its Commercial Visa Products.

ID#: 111011-110210-0025608

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Visa Payables Automation

**Effective 8 September 2011,** an Issuer participating in the Visa Payables Automation service must ensure that it, and its participating clients or Client Organizations, comply with the *Visa Commercial Solutions Data and Reporting Tools Service Guide.*

Use of Visa Payables Automation is at the discretion of Visa, which may limit or impose conditions on its use and may discontinue the service at any time.

Visa Payables Automation, and all of the commercial reporting and data services provided by Visa, are the property of Visa and are for the use of the Issuer and its client or Client Organization solely in the support of its Commercial Visa Products.

ID#: 171011-010100-0026534

## Optional Data Management and Reporting Services - U.S. Region

Visa provides U.S. Issuers and their Client Organizations with various optional data management and reporting services for use in connection with their Commercial Visa Product programs. These services include, but are not limited to:

- Card Management
- Enhanced Data Services
- Procure to Pay
- Socioeconomic Reporting Service
- Supplier Matching Service
- Visa Information Source
- Visa Information Source Select
- Visa IntelliLink Compliance Management
- Visa IntelliLink Spend Management
- Visa Payables Automation
- Visa Travel Account Manager
- 1099 Reporting Service

Use of these data management and reporting services is at the discretion of Visa, which may limit or impose conditions on its use, and may discontinue the service at any time.

ID#: 111011-010410-0008346

© 2011 Visa. All Rights Reserved.

## Access to Commercial Solutions Data and Reporting Tools - U.S. Region

**Effective 19 March 2010 through 13 October 2010,** except as specified in "Access to Visa IntelliLink Compliance Management - U.S. Region," a U.S. Issuer is authorized to grant Visa Commercial Solutions Data and Reporting Tools access and use to a Client Organization. Users must comply with the *Visa Commercial Solutions Data and Reporting Tools Service Guide*, the *Terms of Use* document referenced in it, the U.S. Regional Operating Regulations, and applicable law.

ID#: 111011-010410-0001394

## Access to Visa IntelliLink Compliance Management - U.S. Region

**Effective through 18 March 2010,** Visa IntelliLink is reserved for a U.S. Issuer and its Client Organizations that participate in GSA SmartPay 1 and GSA SmartPay 2 contracts. Users must comply with the *Visa Commercial Solutions Data and Reporting Tools Service Guide,* the *Terms of Use* document referenced in it, the U.S. Regional Operating Regulations, and applicable law. Visa may grant an exception to allow other Client Organizations of an Issuer to use Visa IntelliLink.

**Effective 19 March 2010 through 13 October 2010,** Visa IntelliLink Compliance Management is reserved for a U.S. Issuer and its Client Organizations that participate in GSA SmartPay 1 and GSA SmartPay 2 contracts. Users must comply with the *Visa Commercial Solutions Data and Reporting Tools Service Guide*, the *Terms of Use* document referenced in it, the U.S. Regional Operating Regulations, and applicable law. Visa may grant an exception to allow other Client Organizations of an Issuer to use Visa IntelliLink Compliance Management.

ID#: 111011-010410-0001395

## Client Organization Access to Visa Commercial Solutions Data and Reporting Tools - U.S. Region

Before granting a Client Organization access to and use of any of the Visa Commercial Solutions Data and Reporting Tools, a U.S. Issuer must have a signed agreement with the Client Organization governing that entity's use of the service.

ID#: 010410-010410-0001396

## Visa Commercial Reporting and Data Services Limitations - U.S. Region

All of the Commercial reporting and data services provided by Visa are the property of Visa and are for the use of the Issuer and its Client Organization solely in support of its Commercial Visa Products.

ID#: 010410-010410-0001397

© 2011 Visa. All Rights Reserved.

**Visa Commercial Solutions Data and Reporting Tools Fees - U.S. Region**

**Effective through 13 October 2010,** fees associated with U.S. Member use of any of the Visa Commercial Solutions Data and Reporting Tools are available from Visa upon request and are referenced in the *Visa U.S.A. Fee Guide.*

ID#: 050411-010410-0007318

# Enhanced Data

## Applicability of Enhanced Data Restrictions (New)

**Effective 30 June 2011,** the restrictions specified in "Enhanced Data" do **not** apply to:

- Non-Confidential Enhanced Merchant-Level Data
- The Client Organization or Cardholders

ID#: 111011-300611-0026458

## Enhanced Data Types - U.S. Region (Updated)

**Effective through 29 June 2011,** in the U.S. Region, Enhanced Data may consist of:

- Enhanced Transaction-Level Data
- Enhanced Merchant-Level Data

ID#: 111011-010410-0004241

## Use and Disclosure of Card-Specific Enhanced Data - U.S. Region

A Commercial Visa Product Issuer in the U.S. Region may use or disclose Card-specific Enhanced Data only in connection with the management and administration of a Commercial Visa Product program for the Client Organization, and necessary supporting functions . Supporting functions may include, but are not limited to, accounting, tax management, policy compliance, and other business management functions, such as account setup and management reporting.

ID#: 010410-010410-0004242

## Disclosure of Enhanced Data to Third Parties - U.S. Region

Enhanced Transaction-Level Data and Confidential Enhanced Merchant-Level Data in the U.S. Region may be disclosed to third parties only either:

© 2011 Visa. All Rights Reserved.

- In connection with the management and administration of Commercial Visa Product programs for the Client Organization, and necessary supporting functions, which may include, but are not limited to, accounting, tax management, policy compliance, and other business management functions, such as account setup and management reporting

- In aggregate, in such a way that Card-specific Enhanced Data cannot be related to a specific Merchant or Cardholder

"Third party" means only persons, real or corporate, other than the Issuer, Client Organization, or Cardholder, providing services that directly support an Issuer's Commercial Visa Product Program.

ID#: 010410-010410-0004243

## Third Party Agreement for Enhanced Data Usage - U.S. Region

If a U.S. Issuer discloses Card-specific Enhanced Transaction-Level Data or Confidential Enhanced Merchant-Level Data to a third party, it must have a written agreement with the third party that requires the third party to:

- Treat the information as confidential

- Make no further disclosure of the information without permission

- Limit the third party's use of the data to uses permitted by the Issuer

Permission granted for further disclosure by a third party must impose the same restrictions on use and disclosure that apply to the Issuer's disclosure.

Each Issuer bears the sole responsibility for compliance with all applicable laws and regulations.

ID#: 010410-010410-0004244

## Applicability of Enhanced Data Restrictions - U.S. Region (Updated)

**Effective through 29 June 2011,** in the U.S. Region, the restrictions regarding use of Enhanced Data do **not** apply to:

- Non-Confidential Enhanced Merchant-Level Data

- The Client Organization or Cardholders

ID#: 111011-010410-0004246

© 2011 Visa. All Rights Reserved.

# POS Balance Inquiry Service

## POS Balance Inquiry Service Requirements

### Acquirer Participation in Point-of-Sale Balance Inquiry Service - U.S. Region

A U.S. Acquirer must:

- Participate in the Point-of-Sale Balance Inquiry Service
- Complete required systems testing with Visa to receive and transmit Visa Prepaid Card balance inquiry information, as specified in the appropriate VisaNet manual

Merchant participation in the Point-of-Sale Balance Inquiry Service is optional.

ID#: 010410-010410-0003214

### Point-of-Sale Balance Inquiry Service - Acquirer Participation

An Acquirer that participates in the Point-of-Sale Balance Inquiry Service and/or the Point-of-Sale Balance Return Service must complete required systems testing with Visa to support a Point-of-Sale Balance Inquiry and/or a Point-of-Sale Balance Return, as specified in the appropriate VisaNet manuals.

Merchant participation in the Point-of-Sale Balance Inquiry Service and/or the Point-of-Sale Balance Return Service is optional.

ID#: 010410-010100-0025546

### Point-of-Sale Balance Inquiry Service - Issuer Participation Conditions

An Issuer that participates in the Point-of-Sale Balance Inquiry Service and/or the Point-of-Sale Balance Return Service must complete required testing with Visa to support a Point-of-Sale Balance Inquiry and/or a Point-of-Sale Balance Return as specified in the VisaNet manuals.

ID#: 050411-010100-0025545

© 2011 Visa. All Rights Reserved.

# Visa PIN Debit Gateway Service - U.S. Region

## Visa PIN Debit Gateway Service Requirements - U.S. Region

### Visa PIN Debit Gateway Service Charges - U.S. Region

Visa assesses a debit gateway charge, and applicable transaction access charges, to U.S. Members or VisaNet Processors for all non-Visa PIN-based or non-PIN-based bill payment debit transactions (e.g., STAR, NYCE) that are switched to other networks for authorization. This charge does **not** apply to Interlink transactions.

For all non-Visa PIN-based or non-PIN-based bill payment debit transactions, Visa will pass through to Members or VisaNet Processors any charges billed to Visa by the debit networks that may result from a Member's participation in the service, including, but not limited to, non-compliance with other network rules.

See the *Visa U.S.A. Fee Guide* for further information.

ID#: 081010-010410-0007875

# Plus Program

## Plus Program Requirements

### Plus Program Participation

Issuer participation in the Plus Program is optional. To become an Issuer of Cards bearing the Plus Symbol, an Issuer must:

• Obtain a license to use the Plus Program Marks and comply with rules for using the Plus Symbol, as specified in the *Visa Product Brand Standards*

• Comply with:

– Issuer requirements specified in the *Visa International Operating Regulations*

– *Visa Global ATM Member Guide*

– Magnetic Stripe encoding specifications in the *Payment Technology Standards Manual*

• Provide Authorization service 24 hours a day, 7 days a week

A Regional Board or its exclusive Plus Program sublicensee, if applicable, may grant a variance to this section to Issuers located within its Visa Region.

ID#: 010410-010410-0004060

© 2011 Visa. All Rights Reserved.

### Plus Proprietary Card Account Number Specifications

The Account Number format for a Proprietary Card bearing the Plus Symbol must comply with the Account Number standards specified either:

- In "BIN and Account Number Specifications," if using a BIN assigned by Visa
- By the International Standards Organization

ID#: 010410-010410-0004061

### Application of Affinity Rules to Plus Proprietary Card - Canada Region

In the Canada Region, where a non-Member Identification appears on a Proprietary Card bearing the Plus Symbol and no other Visa marks, the Affinity Card rules outlined in the *Visa Product Brand Standards* do **not** apply to such Cards.

ID#: 010410-010410-0004751

### Plus Proprietary Card Manual Cash Disbursement Prohibition - CEMEA Region

In the CEMEA Region, a Proprietary Card bearing the Plus Symbol must **not** be used for Manual Cash Disbursements.

ID#: 010410-010410-0004748

### Plus Program Participation Requirements - U.S. Region

A U.S. Issuer may participate in the Plus Program by becoming a member of the Plus System, Inc. and issuing Plus Cards, as specified in the *Plus System, Inc. Bylaws and Operating Regulations.*

ID#: 010410-010410-0004111

# Visa Global ATM Network

## Visa Global ATM Network Requirements

### Visa Global ATM Network Issuer Participation

Issuer participation in the Visa Global ATM Program is optional. Before participating in the program, an Issuer must successfully complete the certification and comply with the requirements specified in the *Visa Global ATM Member Guide.*

ID#: 010410-010410-0004070

© 2011 Visa. All Rights Reserved.

## Custom Payment Service/ATM Program

Custom Payment Services/ATM is available as an Issuer option. An Issuer that chooses to participate must:

- Complete Issuer certification, as specified in the *Visa Global ATM Member Guide*
- Receive and return the ATM Transaction Identifier in each Transaction
- Receive the terminal ID code, ATM owner, and ATM location data in each Transaction Record
- Include the ATM Transaction Identifier in all Chargebacks

ID#: 010410-010410-0004078

## Visa Global ATM Network Requirements - Canada Region

A Member in the Canada Region participating in the Visa Global ATM Program must comply with the Anti-Money Laundering requirements as specified in the *Visa Global ATM Member Guide.*

ID#: 081010-010100-0025719

## Visa Global ATM Network Issuer Requirements - U.S. Region

A U.S. Issuer that is required to participate in the Visa ATM Network must comply with the *Visa International Operating Regulations*, *Payment Technology Standards Manual,* and the applicable VisaNet manual.

ID#: 010410-010210-0006423

## Visa Global ATM Network Acquirer Requirements - U.S. Region

A U.S. Acquirer participating in the Visa ATM Network must:

- Ensure that all of its ATMs that participate in other regional or national ATM networks also participate in the Visa ATM Network
- Ensure that its Authorizing Processor performs Authorization, Clearing, and Settlement for all Visa ATM Network Transactions through the Single Message System
- Comply with the Single Message System access fee format specifications, if applicable
- Display ATM Acceptance Marks, as specified in the *Visa International Operating Regulations*
- Notify Visa of all ATM locations participating in the Visa ATM Network
- Accept all Visa Cards for all Transaction functions provided by the Acquirer's participating ATM, as specified in the *Visa Global ATM Member Guide*
- Become a member of the Plus System, Inc.

© 2011 Visa. All Rights Reserved.

- Within 30 calendar days from the date that the Acquirer begins accepting Visa ATM Network Transactions, display the Plus Symbol on, and accept Cards bearing the Plus Symbol at, all ATMs participating in the Visa ATM Network

ID#: 010410-010410-0004752

## Non-Visa Account Numbers at an ATM - U.S. Region

An ATM in the U.S. Region may transmit non-Visa account numbers to the Single Message System if no other processing path is available.

ID#: 010410-010410-0004779

# ATM Operators

## Requirements for ATMs of Non-Member Institutions - LAC Region

An ATM Acquirer in the LAC Region must comply with all the security requirements for ATMs specified by Visa, and must prominently display on every non-Member ATM the name of the Member that operates or sponsors it.

ID#: 111011-010410-0004746

## ATM Operator Agreement - U.S. Region

An ATM Acquirer in the U.S. Region must have a written ATM Operator agreement with each of its ATM Operators and may **only** process Visa ATM Network Transactions from an ATM Operator with which it has a valid agreement.

The form, content, and appearance of an ATM Operator agreement is at the discretion of the ATM Acquirer, except as specified in the U.S. Regional Operating Regulations.

An ATM Acquirer may include other provisions in its agreement if they are consistent with the Operating Regulations.

The *Visa International Operating Regulations* may be amended from time to time and each ATM Acquirer is responsible for making corresponding amendments to its agreements.

ID#: 010410-010410-0009021

## ATM Operator Operating Regulation Compliance - U.S. Region

An ATM Acquirer in the U.S. Region must ensure that its ATM Operator complies with the substance of the applicable sections of the *Visa International Operating Regulations*.

ID#: 010410-010410-0003507

© 2011 Visa. All Rights Reserved.

## ATM Operator Agreement Content Requirements - U.S. Region

In the U.S. Region, an ATM Operator agreement must:

- State clearly the ATM Acquirer's name, location, and contact information in letters consistent in size with the rest of the ATM Operator agreement printing, and in a manner that makes the ATM Acquirer's name readily visible to the ATM Operator. Tri-party agreements (ATM Acquirer, Agent, ATM Operator) are permitted.

- State that the ATM Operator may be terminated for failure to comply with the ATM Operator agreement, which includes the requirements of the *Visa International Operating Regulations*

- Be made available to Visa upon request

ATM Operator agreements provided to Visa must **not** contain contractual details regarding pricing arrangements.

ID#: 010410-010410-0003508

## ATM Operator Qualification Standards - U.S. Region

Before entering into an ATM Operator agreement, an ATM Acquirer in the U.S. Region must determine that a prospective ATM Operator does not have any significant derogatory background information about any of its principals. The ATM Acquirer may obtain this information through:

- Credit reports

- Background investigations (e.g., criminal, civil)

- Personal and business financial statements

- Other information lawfully available to the ATM Acquirer

ID#: 010410-010410-0003510

## ATM Agent Requirements - U.S. Region

An ATM Acquirer in the U.S. Region may allow its Agents to execute ATM Operator agreements on its behalf and/or conduct due diligence reviews. The ATM Acquirer must:

- Maintain documented policies and procedures to manage its Agent programs

- Validate its Agent's compliance with the ATM Acquirer's solicitation and qualification standards on a quarterly basis

ID#: 010410-010410-0003511

© 2011 Visa. All Rights Reserved.

## ATM Acquirer Audits - U.S. Region

In the U.S. Region, Visa or its designees may conduct financial and procedural audits and/or reviews of ATM Acquirers at any time.

ID#: 010410-010410-0003504


## ATM Operator and Agent Information - U.S. Region

An ATM Acquirer in the U.S. Region must collect the following information for all ATM Operators and Agents:

- "Doing Business As" (DBA) name

- ATM Operator legal name

- ATM Operator outlet location, including street address, city, state, and ZIP code

- Federal Taxpayer Identification Number (TIN), Federal Employer Identification Number (FEIN), or the Social Security Number (SSN) of all principals

- Full first and last name, including middle initial of principals (e.g., corporations, partnerships, sole proprietors)

- Incorporation status (e.g., corporation, partnership, sole proprietor, non-profit, other)

ID#: 010410-010410-0008398


## ATM and PIN Pad Requirements for ATM Operators - U.S. Region

An ATM Operator in the U.S. Region must take all reasonable actions to ensure that its ATMs and PIN pads at the ATM Operator's outlet(s):

- Are available for use by all Cardholders for Visa ATM Network Transactions

- Function reliably

- Comply with the PIN Management Requirements Documents

ID#: 010410-010410-0003512


## PIN Security Requirements for ATM Operators and Agents - U.S. Region

An ATM Acquirer in the U.S. Region must ensure that its Agents and ATM Operators maintain the integrity and safety of PIN data, as specified in the PIN Management Requirements Documents.

ID#: 010410-010410-0003513

© 2011 Visa. All Rights Reserved.

## ATM Operator Prohibitions - U.S. Region

Visa may permanently prohibit an ATM Operator in the U.S. Region from providing services with respect to Visa Products for good cause, such as:

- Fraudulent activity
- Activity that causes the ATM Acquirer to repeatedly violate the *Visa International Operating Regulations*
- Activity that violates applicable law
- Operating in an unsound, unsafe manner
- Any other activity that may result in undue economic hardship or damage to the goodwill of the Visa system

ID#: 010410-010410-0003514

## ATM Operator Agreement Violation Fines - U.S. Region

A U.S. Member that fails to comply with the ATM requirements in the U.S. Regional Operating Regulations is assessed a fine, as specified

ID#: 111011-010410-0008399

# ATM Balance Inquiry Service

## ATM Balance Inquiry Service Issuer Participation

An Issuer may participate in the Balance Inquiry Service. To participate an Issuer must:

- Obtain certification from Visa
- Support Balance Inquiries as separate, non-financial transactions

An Issuer may additionally provide balance information as part of an ATM Cash Disbursement.

ID#: 010410-010410-0004074

## ATM Balance Inquiry Service Fees

An Issuer must pay the ATM Acquirer a fee  for each Balance Inquiry. If the Issuer does **not** participate in the Balance Inquiry Service, the inquiry will be declined and a decline fee will be assessed to the Issuer.

ID#: 111011-010410-0004075

© 2011 Visa. All Rights Reserved.

## ATM Balance Inquiry Service Provision

An Issuer must provide the Balance Inquiry Service to Cardholders if it offers balance inquiry services through a network other than its proprietary network.

ID#: 010410-010410-0004076

## ATM Balance Inquiry Service Acquirer Participation

An ATM Acquirer may participate in the Balance Inquiry Service. To participate, an ATM Acquirer must:

- Obtain certification from Visa
- Display the balance in the currency of the ATM, either on the screen or on a receipt
- Support Balance Inquiries as separate, non-financial transactions

An ATM Acquirer must support the Balance Inquiry Service if it supports balance inquiry for any network other than its proprietary network. A participating ATM Acquirer receives a Balance Inquiry fee for each Balance Inquiry, as specified in "ATM Balance Inquiry Service Fees."

An ATM Acquirer may supply the Cardholder with any balance information provided by the Issuer as part of an ATM Cash Disbursement. The Issuer does **not** pay a fee for this service.

ID#: 010410-010410-0004804

# ATM Fees

## International ATM Cash Disbursement Fee

An ATM Acquirer will receive the international ATM Cash Disbursement Fee only if the:

- Acquirer is certified to participate in either:
  - The Single Message System
  - Custom Payment Services/ATM
- ATM Transaction meets the tier II requirements specified in the *Visa Global ATM Member Guide*

ID#: 010410-010410-0002644

## ATM Cheque Fee Disclosure

If an ATM dispenses cheques and charges a fee, the Member must disclose the fee to the Cardholder.

ID#: 010410-010410-0004800

© 2011 Visa. All Rights Reserved.

## Visa Rights Pertaining to ATM Access Fees

Visa reserves the right to request any of the following from an ATM Acquirer:

- Notice of intent to impose an Access Fee on international ATM Cash Disbursements
- A report with the physical location of each ATM and the total number of ATMs at which an Access Fee is imposed on international ATM Cash Disbursements
- Message display and language disclosure related to Access Fees on international ATM Cash Disbursements

An ATM Acquirer may impose an Access Fee on an international ATM Cash Disbursement. The provisions for imposing an Access Fee do **not** apply to Cards issued by Visa Europe Members, unless local law expressly requires that an ATM Acquirer be permitted to impose an Access Fee.

ID#: 111011-180409-0009039

## Acquirer Imposition of ATM Access Fees

An ATM Acquirer may impose an Access Fee on an international ATM Cash Disbursement if:

- It imposes an Access Fee on all other international ATM Cash Disbursements through any other network at the same ATM
- The Access Fee is not greater than the Access Fee amount on all other international Transactions through any other network at the same ATM
- The Access Fee is a fixed and flat fee

ID#: 111011-180409-0007224

## ATM Access Fee Disclosure

An ATM Acquirer must disclose the Access Fee to the Cardholder, at a minimum, in English and local language equivalent, via message display, as specified in "ATM Message Display for Access Fees."

ID#: 081010-180409-0007226

## ATM Message Display for Access Fees

If an ATM Acquirer imposes an Access Fee on international ATM Cash Disbursements, the ATM Acquirer must do all of the following at the ATM:

- Inform the Cardholder that an Access Fee is assessed, in addition to the charges assessed by the Issuer. The disclosure must:
  - Be as high a contrast or resolution as any other graphics on the terminal

© 2011 Visa. All Rights Reserved.

– Contain the notice: Fee Notice "(Member Name) will assess a fee to cardholders for international ATM Cash Disbursements. This fee is added to the amount of your transaction and is in addition to any fees that may be charged by your financial institution."

• Identify the recipient of the Access Fee

• Inform the Cardholder of the Access Fee amount

• Request Cardholder approval of the Access Fee

• Provide the ability for the Cardholder to cancel the ATM Transaction

ID#: 111011-180409-0007164

## ATM Access Fee Disclosure on Transaction Receipt

A receipt dispensed at an ATM must comply with the receipt requirements, as specified in "ATM Transaction Receipt Requirements Table 7I-2." In addition, the receipt must disclose the amount of the Access Fee, labeled as an "ATM Fee," "Terminal Fee," or "Access Fee," and the total debit amount.

ID#: 080411-180409-0007227

## ATM Clearing Record Requirements

An ATM Acquirer must submit an ATM Transaction for Clearing that includes the value of the cash dispensed to the Cardholder as well as any Access Fee imposed, as specified in "ATM Access Fee Fines for Non-Compliance."

ID#: 081010-180409-0007229

## Domestic ATM Cash Disbursement Access Fees

An ATM Acquirer must **not** impose an Access Fee on domestic ATM Cash Disbursements, unless local law expressly requires that an ATM Acquirer be permitted to impose an Access Fee.

An ATM Acquirer in a country where an Access Fee for domestic ATM Cash Disbursements is permitted by Visa must comply with the requirements specified for International ATM Cash Disbursement Access Fees.

Variances to this requirement apply to:

• Australia

• The Canada Region

• The LAC Region, only to ATM Acquirers in Puerto Rico

• The U.S. Region

ID#: 081010-180409-0007996

© 2011 Visa. All Rights Reserved.

## Access Fees at ATM

An ATM Acquirer in a country where an Access Fee for domestic ATM Cash Disbursements is permitted by Visa must comply with the requirements specified in "Visa Rights Pertaining to ATM Access Fees."

ID#: 081010-050609-0009042

## ATM Access Fee - Canada Region

An ATM Acquirer in the Canada Region may impose an Access Fee on an ATM Cash Disbursement.

An ATM Acquirer may impose an Access Fee if:

- It imposes an Access Fee on all other interchange transactions through other shared networks at the same ATM
- The Access Fee is not greater than the access fee amount on all other interchange transactions through other shared networks at the same ATM
- The ATM Cash Disbursement is a Domestic Transaction
- The Domestic Transaction is initiated by a Card issued by a Member other than the ATM Acquirer
- The Access Fee is a fixed and flat fee

ID#: 050411-180409-0004715

## ATM Access Fee Disclosure - Canada Region

If a Canada ATM Acquirer imposes an Access Fee on ATM Cash Disbursements, the ATM Acquirer must do all of the following at the ATM:

- Inform the Cardholder that an Access Fee is assessed in addition to the charges assessed by the Issuer
- Inform the Cardholder of the Access Fee amount
- Identify the ATM Acquirer as the recipient of the Access Fee
- Request Cardholder approval of the Access Fee
- Provide the ability for the Cardholder to cancel the Transaction

ID#: 010410-010410-0004718

## ATM Access Fee Disclosure on Transaction Receipt - Canada Region

A Canada ATM Acquirer that adds an Access Fee to an ATM Cash Disbursement Transaction must:

- Label the Access Fee on the Transaction Receipt as one of the following:

© 2011 Visa. All Rights Reserved.

- "ATM Fee"
- "Terminal Fee"
- "Access Fee"

• Identify the ATM Acquirer as the recipient of the Access Fee

• Include the Access Fee amount in the "Transaction Amount" field of the Transaction Record

If an Access Fee is imposed, the ATM Acquirer must include the Access Fee amount in the SMS record in accordance with the appropriate VisaNet manual.

ID#: 010410-010410-0004719

## Visa Rights Pertaining to ATM Access Fees - U.S. Region

Visa reserves the right to request any of the following from an ATM Acquirer in the U.S. Region:

• Notice of intent to impose an Access Fee on ATM Cash Disbursements

• A report with the physical location of each ATM and the total number of ATMs at which an Access Fee is imposed on ATM Cash Disbursements

• Message display and language disclosure related to Access Fees on an ATM Cash Disbursements

ID#: 081010-010410-0008829

## ATM Access Fee Disclosure on Terminals - U.S. Region

An ATM Acquirer in the U.S. Region must disclose the Access Fee to the Cardholder via message display.

ID#: 081010-180409-0007115

## ATM Access Fee Disclosure - U.S. Region

In the U.S. Region, the disclosure specified in "ATM Access Fee Disclosure on Terminals - U.S. Region," must:

• Be readily visible to the Cardholder in the Cardholder's line of sight

• Be as high a contrast or resolution as any other graphics on the terminal

• Be a minimum of 4" x 4" with:

- A heading of at least an 18-point type font

- Text of at least 14-point type font

• Inform the Cardholder that an Access Fee is assessed, in addition to the charges assessed by the U.S. Issuer

• Identify the recipient of the Access Fee

• Request Cardholder approval of the Access Fee

© 2011 Visa. All Rights Reserved.

- Provide the ability for the Cardholder to cancel the ATM Transaction
- Contain one of the following notices:

  – **Fee Notice** "(Member Name) charges a ($ amount) fee to U.S. Cardholders for withdrawing cash. This fee is added to the amount of your withdrawal and is in addition to any fees that may be charged by your financial institution."

  – **Fee Notice** "(Member Name) charges a ($ amount) fee for withdrawing cash. This fee is added to the amount of your withdrawal and is in addition to any fees that may be charged by your financial institution."

  – **Fee Notice** "(Member Name) may assess a fee to Cardholders for transactions. This fee is added to the amount of your transaction and is in addition to any fees that may be charged by your financial institution."

  – **Fee Notice** "(Member Name) may assess a fee for transactions. This fee is added to the amount of your transaction and is in addition to any fees that may be charged by your financial institution."

ID#: 050411-010410-0004766


## ATM Access Fee Disclosure on Transaction Receipt - U.S. Region 5.5.A

A U.S. ATM Acquirer that adds an access fee to an ATM Cash Disbursement Transaction must:

- Label the access fee on the Transaction Receipt as one of the following, as applicable:
  – "ATM Fee"
  – "Terminal Fee"
  – "Access Fee"
- State that the Member assessed the fee
- Include the access fee amount in the "Transaction Amount" field of the Transaction Record

ID#: 010410-010410-0004973


## Domestic ATM Access Fees - CEMEA Region

In the CEMEA Region, with the prior written approval from Visa, an ATM Acquirer in Russia may dispense Foreign Currency to Cardholders. Domestic Transactions completed in a non-domestic currency may be subject to an Access Fee, added to the Transaction Amount, if all of the following conditions are met:

- The Access Fee is applied to Domestic Transactions only
- The ATM must dispense both Rubles and Foreign Currency
- The Cardholder must be given the opportunity to cancel the Transaction and/or change the requested amount to be disbursed in Rubles without incurring additional charges

ID#: 010410-010410-0024130

© 2011 Visa. All Rights Reserved.

## Global ATM Network PIN Requirements

### Chip-Reading ATM Acquirer Requirements

An ATM Acquirer must ensure that all Chip-reading ATMs:

- Support "Online PIN"
- Do **not** support "Signature" or "No CVM (Cardholder Verification Method) required"

ID#: 010410-010410-0004793

### Chip-Reading ATM Acquirer Requirements - Canada Region

A Canada ATM Acquirer must ensure that all ATMs with a Compliant Chip Card Reading Device do **not** support the following:

- "Signature"
- "Offline PIN at ATM"
- "No CVM required"

ID#: 010410-010410-0004712

### Chip-Reading ATM Online PIN Support - Canada Region

All ATM Acquirers in the Canada Region must ensure that all ATMs with a Compliant Chip Card Reading Device support enciphered PINs that are verified online.

ID#: 010410-010410-0004711

### ATM and PIN-Based POS Acceptance Requirements - CEMEA Region

In the CEMEA Region, an ATM Acquirer and an Acquirer operating PIN-based POS devices must comply with all of the following requirements:

- All newly deployed ATMs and PIN at POS acceptance devices, including replacement devices, must support Triple Data Encryption Standard (Triple DES)
- All Transactions verified by PIN must be Triple DES-encrypted from the point-of-acceptance to Visa and between Visa and the Issuer's host systems

ID#: 050411-010410-0004728

© 2011 Visa. All Rights Reserved.

# ATM Issuer Requirements - U.S. Region

## Visa Consumer Card Issuer ATM Requirements - U.S. Region

A Visa Consumer Card Issuer in the U.S. Region must:

- Participate in the Visa ATM Network

- Send an original, signed copy of the Issuer Option Selection Form (available from Visa) indicating the Issuer's decision to participate, its processing options, and its working keys to Visa so that it is received no later than 45 calendar days before implementation

- Correctly encode the Magnetic Stripe on the Card, as specified in the *Payment Technology Standards Manual*

- For Cards containing a Chip, also correctly program the Chip on the Card, as specified in the appropriate VisaNet manual

ID#: 021209-010210-0008431

## Commercial Visa Product Issuer ATM Requirements - U.S. Region

A Commercial Visa Product Issuer in the U.S. Region must comply with the participation requirements in the *Visa International Operating Regulations* if it participates in the Visa ATM Network, as specified in "Visa Business or Visa Corporate Issuer ATM Requirements - U.S. Region."

ID#: 010410-010410-0004565

## Visa Business or Visa Corporate Issuer ATM Requirements - U.S. Region

If requested by the subscribing company, a Visa Business Card or Visa Corporate Card Issuer in the U.S. Region must participate in the Visa ATM Network by complying with the Visa Consumer Card Issuer ATM requirements and Classic Visa Check Card ATM requirements specified in the *Visa International Operating Regulations.* A Visa Purchasing Card Issuer may participate in the Visa ATM Network by complying with the Classic Visa Check Card Issuer ATM requirements.

ID#: 010410-010410-0004561

# ATM Access Fee Fines

## ATM Access Fee Fines for Non-Compliance

An ATM Acquirer may be subject to a fine if it does **not**:

- Comply with the requirements specified in "Visa Rights Pertaining to ATM Access Fees"

© 2011 Visa. All Rights Reserved.

- Populate the Access Fee amount in the appropriate field of the Authorization and Clearing Record

ID#: 081010-180409-0007228

## ATM Access Fee Fines

An ATM Acquirer may be subject to a fine of 3 times the amount of the Access Fee imposed during the period of non-compliance, or as specified in the "General Schedule of Fines" table, whichever is greater, if the Member does **not**:

- Notify Visa of its intent to impose an Access Fee, as specified in "Visa Rights Pertaining to ATM Access Fees"
- Populate the Access Fee amount, if any, in the appropriate field of the Authorization and Clearing Record

ID#: 081010-180409-0007161

## ATM Access Fee Fines - Canada Region

An ATM Acquirer may be subject to a fine of 3 times the amount of the Access Fees imposed during the period of non-compliance, or as specified in "General Fines Schedule," whichever is greater, if the Member does **not** comply with the Canada Regional Operating Regulations or *Visa International Operating Regulations.*

If an ATM Acquirer fails to include the Access Fee amount in the Single Message System record, the fine will be  per Transaction.

ID#: 111011-010410-0004720

# Preauthorized Payment Cancellation Service

## Preauthorized Payment Cancellation Service Requirements

### Preauthorized Payment Cancellation Service Participation

**Effective 10 February 2011,** Issuer participation in the Preauthorized Payment Cancellation Service is optional and at the sole discretion of Visa. Visa may:

- Limit participation in the service
- Impose conditions on its use
- Discontinue the service at any time

ID#: 050411-100211-0026227

© 2011 Visa. All Rights Reserved.

**Preauthorized Payment Cancellation Service Issuer Participation Requirements**

**Effective 10 February 2011,** an Issuer that participates in the Preauthorized Payment Cancellation Service must:

- Correctly specify the type of stop payment order
- Provide complete and accurate information pertaining to the stop payment order
- Keep stop payment order information current in the Cardholder database
- Comply with:
    - *Preauthorized Payment Cancellation Service - Issuer Quick Reference Guide*
    - *Preauthorized Payment Cancellation Service - Issuer Host System Implementation Guide*

ID#: 050411-100211-0026228


**Preauthorized Payment Cancellation Service Limitations**

**Effective 10 February 2011,** the Preauthorized Payment Cancellation Service and the information obtained through participation in the service is the property of Visa and is for the sole use of Visa Members in support of their Visa Card Programs.

A Member must not disclose Preauthorized Payment Cancellation Service information, other than data relating to the Member's own Cardholder and/or Merchant, or any other information associated with the service, to any other parties unless it is permitted in the *Visa International Operating Regulations* or otherwise authorized by Visa.

ID#: 050411-100211-0026229


**Preauthorized Payment Cancellation Service Participation - U.S. Region**

**Effective through 9 February 2011,** the Preauthorized Payment Cancellation Service is an optional service in the U.S. Region that offers U.S. Issuers the ability to stop payment on certain Preauthorized Transactions.

Issuer participation in the Preauthorized Payment Cancellation Service is optional and at the sole discretion of Visa. Visa may:

- Limit participation in the service
- Impose conditions on its use
- Discontinue the service at any time

ID#: 050411-010410-0008417

© 2011 Visa. All Rights Reserved.

## Preauthorized Payment Cancellation Service Participation Requirements - U.S. Region

**Effective through 9 February 2011,** a U.S. Issuer participating in the Preauthorized Payment Cancellation Service must:

- Correctly specify the type of stop payment order

- Provide complete and accurate information pertaining to the stop payment order

- Keep stop payment order information current in the Cardholder database

ID#: 050411-010410-0004558

## Preauthorized Payment Cancellation Service Limitations - U.S. Region

**Effective through 9 February 2011,** in the U.S. Region, the Preauthorized Payment Cancellation Service and the information obtained through participation in the service is the property of Visa and is for the sole use of Visa Members in support of their Visa Card Programs.

A Member must **not** disclose Preauthorized Payment Cancellation Service information, other than data relating to the Member's own Cardholder and/or Merchant, or any other information associated with the service, to any other parties unless it is permitted in the *Visa International Operating Regulations* or otherwise authorized by Visa.

ID#: 050411-010410-0008418

## Preauthorized Payment Cancellation Service Declined Transaction Procedures - U.S. Region

**Effective through 9 February 2011,** a U.S. Merchant must **not** resubmit an Authorization Request for a Preauthorized Transaction if it has received a Decline Response Reason Code of "R0" (stop payment order).

If a Merchant receives a Decline Response of "R1" (revocation of authorization) or "R3" (revocation of all authorizations) for a Preauthorized Transaction, the Merchant must:

- **Not** resubmit the Authorization Request

- **Not** submit an Authorization Request or deposit a Transaction Receipt for any future Transaction unless:

  – Instructed otherwise by the Cardholder

  – Merchant verifies with the Cardholder that the Cardholder has cancelled the revocation of authorization with the Issuer

ID#: 050411-010410-0008419

© 2011 Visa. All Rights Reserved.

# Visa Account Updater Service

## Visa Account Updater Service Requirements

### Visa Account Updater Service - Issuer Participation Requirements

**Effective 10 February 2011,** an Issuer that participates in the Visa Account Updater Service must:

- Comply with :
  - *Visa Account Updater - Terms of Use*
  - *Visa Account Updater - Implementation Guide*
  - *Visa Account Updater - User's Guide*
- Provide updated Cardholder account information to the Visa Account Updater Service, including, but not limited to:
  - Account Number
  - Card expiration date

ID#: 111011-100211-0026124

### Visa Account Updater Service - Acquirer Participation Requirements

**Effective 10 February 2011,** an Acquirer that participates in the Visa Account Updater Service must:

- Comply with:
  - *Visa Account Updater - Implementation Guide*
  - *Visa Account Updater - Terms of Use*
  - *Visa Account Updater - User's Guide*
- Ensure that a Merchant that is designated as high-risk, does not have access to information on the Visa Account Updater Service

ID#: 111011-010100-0026125

### Visa Account Updater Service - Information Requirements

**Effective 10 February 2011,** a Member participating in the Visa Account Updater Service must:

- Comply with all applicable laws and regulations in collecting and providing information to, and using information supplied by, the Visa Account Updater Service
- Inform Visa immediately upon becoming aware that any of the information sent to or received from the Visa Account Updater Service does not meet the requirements specified in the:

© 2011 Visa. All Rights Reserved.

– *Visa International Operating Regulations*

– *Visa Account Updater - Terms of Use*

• Ensure that all information sent to the Visa Account Updater Service is accurate

• Protect the security of the information sent to or received from the Visa Account Updater Service

• Investigate claims of inaccuracies in the information sent to or received from the Visa Account Updater Service and correct any inaccurate information

• Inform Visa, immediately upon discovery, of any inaccuracies in information in the Visa Account Updater Service

ID#: 050411-100211-0026126


## Disclosure of Visa Account Updater Service Information

**Effective 10 February 2011,** Cardholder information obtained from the Visa Account Updater Service must be disclosed by a participating Member only to a Merchant that:

• Has an existing relationship with the Cardholder and has the Cardholder's account information on file

• Is registered in the Visa Account Updater Service

• Is identified in the Acquirer inquiry file, as specified in the *Visa Account Updater - Terms of Use*

ID#: 050411-100211-0026127


## Visa Account Updater Service Participation – AP Region (Updated)

**Effective 15 October 2011,** in the AP Region, a Member in Australia must participate in the Visa Account Updater Service, as specified in the *Visa Account Updater – Terms of Use for Australia and New Zealand.*

**Effective 14 April 2012,** in the AP Region, a Member in New Zealand must participate in the Visa Account Updater Service, as specified in the *Visa Account Updater – Terms of Use for Australia and New Zealand.*

ID#: 111011-151011-0026128


# Visa Account Updater Service Requirements – Canada Region

## Visa Account Updater Service Participation - Canada Region

**Effective through 9 February 2011,** a Canada Member may participate in the Visa Account Updater Service, as specified in the *Visa Account Updater Terms of Use.*

ID#: 050411-010100-0025774

© 2011 Visa. All Rights Reserved.

## Visa Account Updater Service Cardholder Account Information - Canada Region

**Effective through 9 February 2011,** a Canada Issuer participating in the Visa Account Updater Service must comply with the Visa Account Updater requirements specified in the *Visa Account Updater Terms of Use.*

The Issuer must provide updated Cardholder account information to the Visa Account Updater, including, but not limited to:

- New Account Number
- New Card expiration date

ID#: 050411-100211-0025775

## Visa Account Updater Service Participation Requirements - Canada Region

**Effective through 9 February 2011,** a Canada Acquirer participating in the Visa Account Updater Service must comply with the Visa Account Updater requirements specified in the *Visa Account Updater Terms of Use.*

The Acquirer must ensure that a Merchant designated as a high-risk merchant, as defined in the *Visa Account Updater Terms of Use*, does **not** have access to Visa Account Updater information.

ID#: 050411-100211-0025776

## Visa Account Updater Service Information Requirements - Canada Region

**Effective through 9 February 2011,** a Canada Member participating in the Visa Account Updater Service must:

- Comply with all applicable laws and regulations in collecting and providing the information to, and using the information supplied by, the Visa Account Updater Service

- Inform Visa as soon as possible upon becoming aware that any of the information sent to or received from the service does not meet the requirements specified in the:

  - *Visa International Operating Regulations*

  - *Visa Account Updater Terms of Use*

- Use reasonable efforts to ensure that all information sent to the service is accurate

- Take reasonable steps to protect the security of the information sent to or received from the Visa Account Updater Service

- Promptly investigate claims of inaccuracies in the information supplied to or by the Visa Account Updater and correct any inaccurate information

- Notify Visa of any inaccuracies

ID#: 050411-100211-0025777

© 2011 Visa. All Rights Reserved.

## Disclosure of Visa Account Updater Service Information - Canada Region

**Effective through 9 February 2011,** in the Canada Region, Visa Account Updater information may be disclosed by a participating Member only to a Merchant that:

- Has an existing relationship with the Cardholder and has the Cardholder's account information on file
- Is registered in the Visa Account Updater program
- Is identified in the Acquirer inquiry file, as specified in the *Visa Account Updater Terms of Use*

ID#: 050411-100211-0025778

# Visa Account Updater Service Requirements - U.S. Region

## Visa Account Updater Service Participation - U.S. Region

**Effective through 9 February 2011,** a U.S. Member may participate in the Visa Account Updater Service, as specified in the *Visa Account Updater Terms of Use.*

ID#: 050411-010410-0003308

## Visa Account Updater Service Cardholder Account Information - U.S. Region

**Effective through 9 February 2011,** a U.S. Issuer participating in the Visa Account Updater Service must comply with the Visa Account Updater requirements specified in the *Visa Account Updater Terms of Use.*

The Issuer must provide updated Cardholder account information to the Visa Account Updater, including, but not limited to:

- New Account Number
- New Card expiration date

ID#: 050411-010210-0008420

## Visa Account Updater Service Participation Requirements - U.S. Region

**Effective through 9 February 2011,** a U.S. Acquirer participating in the Visa Account Updater Service must comply with the Visa Account Updater requirements specified in the *Visa Account Updater Terms of Use.*

The Acquirer must ensure that a Merchant designated as a high-risk merchant, as defined in the *Visa Account Updater Terms of Use*, does **not** have access to Visa Account Updater information.

ID#: 050411-010210-0008421

© 2011 Visa. All Rights Reserved.

**Visa Account Updater Service Information Requirements - U.S. Region**

**Effective through 9 February 2011**, a U.S. Member participating in the Visa Account Updater Service must:

- Comply with all applicable laws and regulations in collecting and providing the information to, and using the information supplied by, the Visa Account Updater

- Inform Visa as soon as possible upon becoming aware that any of the information sent to or received from the service does not meet the requirements specified in the:

  – *Visa International Operating Regulations*

  – *Visa Account Updater Terms of Use*

- Use reasonable efforts to ensure that all information sent to the service is accurate

- Take reasonable steps to protect the security of the information sent to or received from the Visa Account Updater

- Promptly investigate claims of inaccuracies in the information supplied to or by the Visa Account Updater and correct any inaccurate information

- Notify Visa of any inaccuracies

ID#: 050411-010210-0003309

**Disclosure of Visa Account Updater Service Information - U.S. Region**

**Effective through 9 February 2011,** in the U.S. Region, Visa Account Updater information may be disclosed by a participating Member only to a Merchant that:

- Has an existing relationship with the Cardholder and has the Cardholder's account information on file

- Is registered in the Visa Account Updater program

- Is identified in the Acquirer inquiry file, as specified in the *Visa Account Updater Terms of Use*

ID#: 050411-010410-0003311

# Health Care Eligibility Service - U.S. Region

## Health Care Eligibility Service Requirements - U.S. Region

### Health Care Eligibility Service Acquirer Requirements - U.S. Region

A U.S. Acquirer participating in the Health Care Eligibility Service must comply with the:

© 2011 Visa. All Rights Reserved.

- Health Care Eligibility Service requirements specified in the *Health Care Eligibility Service Implementation Guide*

- Merchant Agreement requirements specified below

The Acquirer must ensure that:

- A Health Care Merchant that participates in the Health Care Eligibility Service complies with all the provisions of the *Health Care Eligibility Service Implementation Guide* pertaining to health care eligibility transactions

- The substance of provisions are included in its Merchant Agreement or as a separate addendum

ID#: 010410-010410-0008424

### Health Care Eligibility Service Merchant Requirements - U.S. Region

A U.S. Health Care Merchant that participates in the Health Care Eligibility Service must comply with the requirements of the *Health Care Eligibility Service Implementation Guide*.

ID#: 010410-010410-0004670

# Visa Risk Products and Services

## Visa Advanced Authorization

### Visa Advanced Authorization Participation

Where available, Visa Advanced Authorization is an optional, subscription-based, real-time risk management product that delivers risk data to Issuers in the Authorization Request to alert them to possible fraudulent activity on their Cardholder accounts.

An Issuer and its Processor that wish to implement Visa Advanced Authorization must:

- Comply with the certification requirements for Visa Advanced Authorization as specified in the appropriate VisaNet manual

- Complete an end-to-end validation test in accordance with the requirements specified in the *Visa Advanced Authorization Integration Guide*

- Comply with the terms and conditions specified in the *Visa Advanced Authorization Integration Guide*

ID#: 010410-010410-0008446

### Visa Advanced Authorization Confidentiality Requirements

An Issuer participating in Visa Advanced Authorization and its Processor must:

© 2011 Visa. All Rights Reserved.

- Comply with confidentiality and security requirements related to the use of the VisaNet system and Visa confidential information

- Store all Visa Advanced Authorization operational materials, such as manuals and password protected CD-ROMs, in a secure area limited to selected personnel, and render all data unreadable prior to discarding such materials

ID#: 010410-010410-0002400

# Verified by Visa / 3-D Secure / Visa Secure Electronic Commerce

## Verified by Visa Requirements and Penalties

Issuers and Acquirers or their Merchants that conduct Verified by Visa Transactions must comply with the requirements of the Verified by Visa Global Performance Enhancement Program, as specified in the:

- *Verified by Visa Acquirer and Merchant Implementation Guide*

- *Verified by Visa Issuer Implementation Guide*

If Visa determines that an Issuer or an Acquirer or its Merchant has failed to meet the requirements of the Verified by Visa Global Performance Enhancement Program, the Member is subject to the fines and penalties in the "General Schedule of Fines" table.

ID#: 010410-010410-0001219

## Verified by Visa Issuer Participation Requirements

An Issuer that participates in Visa Secure Electronic Commerce and supports an Authentication Method for Electronic Commerce Transactions must:

- Use an Authentication Mechanism

- Comply with Visa-established policies, procedures, operating guidelines, and standards specified in the *Verified by Visa Issuer Implementation Guide*

ID#: 010410-010410-0004042

## Verified by Visa Digital Certificate Prohibitions

A Member must **not** use a Digital Certificate issued by or associated with Visa as an Authentication Mechanism for a non-Visa product or service unless previously approved by Visa.

ID#: 010410-010410-0008468

© 2011 Visa. All Rights Reserved.

## Verified by Visa Cardholder Enrollment

During Cardholder enrollment in the Verified by Visa program, an Issuer that participates in 3-D Secure must use a combination of on-Card and off-Card data and comply with the *Verified by Visa Issuer Implementation Guide.*

ID#: 010410-010410-0004045

## Verified by Visa Issuer Authentication Standards

An Issuer must comply with the Issuer Authentication standards, as specified in the *Verified by Visa Issuer Implementation Guide.*

ID#: 010410-010410-0004046

## Issuer Use of the Verified by Visa Mark

An Issuer that uses the Verified by Visa Mark must ensure that:

- Its 3-D Secure components have successfully met the requirements of the Visa 3-D Secure Vendor Compliance Testing Program
- Its purchase authentication page complies with the layout requirements for data elements and the Verified by Visa Mark outlined in the *Visa Product Brand Standards*

ID#: 010410-010410-0004047

## Verified by Visa Unable-to-Authenticate Response Conditions

An Issuer may respond to an Authentication Request with an Unable-to-Authenticate Response only under one or more of the following conditions:

- The Issuer experiences technical problems that prevent a timely response
- Authentication data received from the Merchant does not comply with the 3-D Secure Electronic Commerce Transaction Specification
- The Transaction is received from a New Channel not supported by the Issuer
- The Transaction is attempted with a Visa Commercial Card
- The Transaction is attempted with a Card where the Cardholder is anonymous, such as a prepaid gift card

ID#: 010410-010410-0006914

© 2011 Visa. All Rights Reserved.

## Verified By Visa Acquirer Requirements

An Acquirer that participates in Visa Secure Electronic Commerce and supports an Authentication Method for Electronic Commerce Transactions must comply with Visa-established policies, procedures, operating guidelines, and standards specified in the *Verified by Visa Acquirer and Merchant Implementation Guide.*

ID#: 010410-010410-0004616

## Acquirer Use of Digital Certificates (Updated)

**Effective through 30 June 2011,** an Acquirer that issues Digital Certificates to its Merchants or Internet Payment Service Providers to enable them to access Visa-owned system components must only use Digital Certificates associated with Visa.

**Effective 1 July 2011,** an Acquirer that issues Digital Certificates to its Merchants or Payment Service Providers to enable them to access Visa-owned system components must only use Digital Certificates associated with Visa.

ID#: 111011-010410-0004617

## Acquirer 3-D Secure Support Requirements

An Acquirer must support 3-D Secure for its Electronic Commerce Merchants.

ID#: 010410-010410-0004619

## Verified by Visa Chip Card Security Requirements

Chip Card programs using Private Keys stored on Internet-connected servers must meet Visa risk management and security standards.

ID#: 010410-010410-0004620

## Verified by Visa Acquirer Compliance Requirements

An Acquirer that participates in 3-D Secure must comply with the requirements in the *Verified by Visa Acquirer and Merchant Implementation Guide.*

ID#: 010410-010410-0004621

## Verified by Visa Merchant Risk Practices

An Acquirer and its Merchant that participate in Verified by Visa must maintain or implement fraud and risk practices in addition to Verified by Visa such as, but not limited to:

© 2011 Visa. All Rights Reserved.

- Address Verification Services

- Card Verification Value 2

- Velocity Checks

ID#: 010410-010410-0004622

## Acquirer Use of the Verified by Visa Mark

An Acquirer that uses the Verified by Visa Mark in its 3-D Secure program must:

- Comply with the *Visa Product Brand Standards*

- Ensure that its 3-D Secure components have successfully met the requirements of the Visa 3-D Secure Vendor Compliance Testing Program

- Ensure that its Merchant using the Verified by Visa Mark:

  – Uses certified and operational 3-D Secure software on their Websites

  – Complies with the *Visa Product Brand Standards*

  – Does **not** use the Mark unless it is a 3-D Secure participant

  – Does **not** use the Mark in a way that implies endorsement of any other product or service

  – Does **not** use the Mark to indicate payment acceptance in any application

ID#: 010410-010410-0008630

## 3-D Secure Availability Notification

An Acquirer must notify its Electronic Commerce Merchants of the availability of 3-D Secure.

ID#: 010410-010410-0004624

## Verified by Visa Acquirer Participation Requirements

An Acquirer must:

- Ensure that its participating Electronic Commerce Merchants comply with all *Visa International Operating Regulations* regarding 3-D Secure and Verified by Visa, and that the substance of these requirements is included in the Merchant Agreement

- Ensure that its participating Merchants or agents that process 3-D Secure Transactions comply with the requirements specified in the:

  – *Verified by Visa Acquirer and Merchant Implementation Guide*

  – *Payment Card Industry Data Security Standard (PCI DSS)*

- Include the following in an Authorization Request, as a condition of using Electronic Commerce Transaction Indicator (ECI) value "5" or "6" in the Clearing Record:

© 2011 Visa. All Rights Reserved.

– For ECI value 5, "Secure Electronic Commerce Transaction," both Cardholder Authentication Verification Value and Authentication Identifier

– For ECI value 6, "Non-Authenticated Security Transaction and the Merchant attempted Cardholder authentication using 3-D Secure," both Cardholder Authentication Verification Value and Authentication Identifier if the Cardholder Authentication Verification Value was provided by the Issuer

ID#: 010410-010410-0004625

## Unable-to-Authenticate Response for Visa Commercial Cards - AP Region

For Intraregional and Domestic Transactions in the AP Region, if a Transaction is attempted with a Visa Commercial Card, an AP Issuer must **not** respond to an Authentication Request with an Unable-to-Authenticate Response.

ID#: 111011-010410-0004655

## Verified by Visa in Australia - AP Region

**Effective 1 April 2011,** all newly issued Visa credit, debit and Reloadable Cards must be enrolled in Verified by Visa.

**Effective 1 April 2012**, all Visa credit, debit and Reloadable Cards must be enrolled in Verified by Visa.

Visa Commercial Card Virtual Accounts are excluded from this mandate.

ID#: 151011-060111-0026148

## Verified by Visa in China – AP Region

**Effective 1 June 2010**, all new Verified by Visa programs in China must provide Dynamic Authentication to Cardholders.

**Effective 1 June 2011**, all Verified by Visa programs in China must provide Dynamic Authentication to Cardholders.

An Issuer that fails to comply with the Dynamic Authentication requirements in China will be subject to a fine of US $5,000 for each month of non-compliance.

ID#: 081010-010610-0025711

## Verified by Visa Issuer Requirements in India – AP Region (Updated)

**Effective 31 December 2011**, an Issuer in India that processes Electronic Commerce Transactions must ensure that its Visa credit, debit, and Reloadable Cards are enrolled in Verified by Visa.

© 2011 Visa. All Rights Reserved.

An Issuer must only authorize a domestic Electronic Commerce Transaction with an ECI value 5, "Secure Electronic Commerce Transaction."

Issuers must ensure that appropriate communication to Cardholders takes place in advance of the above mandate coming into effect.

ID#: 151011-311211-0026539

## Verified by Visa Acquirer Requirements in India – AP Region (Updated)

**Effective 31 December 2011:**

- All Electronic Commerce Merchants in India must support Verified by Visa
- All Acquirers in India must process Electronic Commerce Transactions that are coded with an ECI value 5, "Secure Electronic Commerce Transaction," using Verified by Visa

ID#: 151011-311211-0026540

## Verified by Visa in New Zealand - AP Region

**Effective 1 April 2010,** in New Zealand, all newly-issued Visa credit, debit and Reloadable Cards must be enrolled in Verified by Visa.

**Effective 1 April 2012,** in New Zealand, all Visa credit, debit and Reloadable Cards must be enrolled in Verified by Visa.

Visa Commercial Card Virtual Accounts are excluded from this mandate.

ID#: 050411-060211-0026182

## Verified by Visa Activate Later Feature - Canada Region

A Canada Issuer participating in Verified by Visa must offer the Activate Later Feature to its Cardholders, provided the Cardholder:

- Is not already enrolled in 3-D Secure
- Is not a Visa Commercial Cardholder
- Is involved in an Electronic Commerce Transaction at an Activate Later Merchant
- Has not been offered the Activate Later Feature more than a total of 3 times

ID#: 010410-010410-0004648

© 2011 Visa. All Rights Reserved.

## Verified by Visa Activate Later Feature Enrollment - Canada Region

A Canada Cardholder that has used the Activate Later Feature for a total of 3 times may be required by the Issuer to enroll in 3-D Secure during the Cardholder's next Electronic Commerce Transaction.

ID#: 010410-010410-0004649


## Verified by Visa Unable-to-Authenticate Response - Canada Region

In addition to the conditions listed in the "Verified by Visa Unable-to-Authenticate Response Conditions," a Canada Issuer may provide an Unable-to-Authenticate Response when the Cardholder elects to use the Activate Later Feature to postpone enrollment in 3-D Secure when presented with the opportunity during an Electronic Commerce Transaction.

ID#: 010410-010410-0004650


## Verified by Visa Activate Later Feature Merchant Requirements - Canada Region

A Canada Acquirer may offer the Activate Later Feature to an Electronic Commerce Merchant provided the Electronic Commerce Merchant:

- Is enrolled in good standing in 3-D Secure (commonly known as the Verified by Visa program)
- Has at least 10,000 Electronic Commerce Transactions annually or has Electronic Commerce Transactions valued in excess of CAD $1,000,000 annually
- Has been approved by Visa
- Has a written agreement with its Acquirer to participate in the Activate Later Feature

ID#: 010410-010410-0005384


## MPI Client Certificate Requirements - Canada Region

All existing and new Electronic Commerce Merchants in the Canada Region that enroll in 3-D Secure must use an MPI Client Certificate for Merchant authentication in 3-D Secure.

ID#: 010410-010410-0008454


## MPI Certificate Requirements - Canada Region

All Electronic Commerce Merchants in the Canada Region that enroll in 3-D Secure must follow the MPI Certificate requirements of the *3-D Secure Merchant Authentication Member Implementation Guide.* Canada Members may obtain a copy of this guide from Visa.

ID#: 010410-010410-0005241

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Verified by Visa Nigerian Issuer Participation - CEMEA Region

In the CEMEA Region, a Nigerian Issuer must participate in Verified by Visa if it offers Electronic Commerce functionality to its Cardholders.

ID#: 111011-140110-0004447

## Verified By Visa Acquirer Requirements - CEMEA Region

A CEMEA Acquirer must process Electronic Commerce Transactions using Verified by Visa.

ID#: 010410-010410-0004651

## Secure Transaction Data Transmission Requirements - CEMEA Region

A CEMEA Acquirer of a Merchant that processes Electronic Commerce Transactions must ensure secure Transaction data transmission between the Cardholder and the Merchant. Secure Socket Layer (SSL) encryption or Secure Electronic Transaction (3D-Secure) encryption must be offered by the Merchant to the Cardholder. Merchant Agreements must include this requirement.

ID#: 010410-010410-0004652

## Merchant Authentication Requirements - CEMEA Region

A CEMEA Acquirer must implement the strongest possible method of Merchant authentication to the Visa system, and must upgrade their existing Merchant authentication method to the strongest level available within 12 months of the method becoming available.

ID#: 010410-010410-0004653

## 3-D Secure Account and Cardholder Data Requirements - CEMEA Region

A CEMEA Acquirer must implement 3-D Secure in such a way that the account and Cardholder details are **never** in the Merchant's possession.

ID#: 111011-010410-0004654

## Verified by Visa Nigerian Acquirer Usage Requirements - CEMEA Region

A CEMEA Acquirer located in Nigeria must **not** process any domestic Electronic Commerce Transaction unless Verified by Visa verification is received and authenticated.

ID#: 010410-010410-0005373

© 2011 Visa. All Rights Reserved.

## Visa-Provided Attempt Response - U.S. Region

If a U.S. Issuer does not implement the 3-D Secure Specification, Visa will provide an Attempt Response that contains a Cardholder Authentication Verification Value (CAVV) on behalf of the Issuer in response to an Authentication Request from a 3-D Secure Merchant.

Visa assesses a fee to an Issuer for providing a CAVV on its behalf. Fee information is available from Visa upon request.

ID#: 111011-010410-0003929

## Visa Secure Electronic Commerce Participation Requirements - U.S. Region

A U.S. Member participating in Visa Secure Electronic Commerce must:

- Complete the Visa Secure Electronic Commerce enrollment process
- Obtain permission from its Principal-Type Member (if the Member is a Sponsored Member)
- As applicable, implement product security measures in accordance with Certification Authority and Payment Gateway, or 3-D Secure Specification standard requirements

ID#: 010410-010410-0008453

## 3-D Secure Issuer Participation Requirements - U.S. Region

A U.S. Issuer that participates in 3-D Secure must comply with the *Visa International Operating Regulations* and the *Verified by Visa Issuer Implementation Guide - U.S. Region.*

ID#: 050411-010410-0003930

## Visa Secure Electronic Commerce Participation Options - U.S. Region

A U.S. Member participating in Visa Secure Electronic Commerce may:

- Use the Visa 3-D Secure Services
- Obtain software from a Visa-approved vendor
- Contract with a Visa-approved third party
- Develop its own service

ID#: 010410-010410-0008464

© 2011 Visa. All Rights Reserved.

## Visa Secure Electronic Commerce Cardholder Authentication - U.S. Region

A participating U.S. Issuer must provide Cardholder authentication that functions across multiple Cardholder Access Devices.

ID#: 010410-010410-0003932

## 3-D Secure Cardholder Authentication Verification Requirements - U.S. Region

A U.S. Issuer must:

• Provide a unique authentication response to each Authentication Request received from a participating 3-D Secure Merchant

• Include a Cardholder Authentication Verification Value (CAVV) in the following responses to an Authentication Request:

  – Authentication Confirmation

  – Attempt Response

For an Attempt Response, Visa may provide a CAVV on behalf of an Issuer, and subsequently validate the CAVV at Authorization. See the *Verified by Visa Issuer Implementation Guide - U.S. Region* for more information.

• Provide Visa with its CAVV keys for Stand-In-Processing

• Validate the CAVV during Authorization

ID#: 050411-010410-0003933

## Visa Secure Electronic Commerce Authentication Records - U.S. Region

A U.S. Issuer participating in Visa Secure Electronic Commerce must:

• Retain a log of all Authentication Requests and Authentication Records

• Upon request, provide the log to Visa for Arbitration or Compliance case processing

• Submit a copy of all 3-D Secure Authentication Records to the Authentication History Server maintained by Visa. Authentication Records include:

  – Attempt Responses

  – Authentication Confirmations

  – Authentication Denials

  – Unable to Authenticate Responses

ID#: 010410-010410-0003934

© 2011 Visa. All Rights Reserved.

**Visa Secure Electronic Commerce Authentication Approval Rate - U.S. Region**

A participating U.S. Issuer participating in Visa Secure Electronic Commerce must maintain a monthly 3-D Secure authentication approval rate of 95%, as specified in the *3-D Secure Issuer Implementation Guide.*

This performance requirement does not apply to Transactions involving an attempted 3-D Secure authentication, where either the Cardholder or Issuer was not a 3-D Secure participant.

ID#: 010410-010410-0008455

**Visa Secure Electronic Commerce Program Compliance - U.S. Region**

A U.S. Member that participates in Visa Secure Electronic Commerce must comply with the *Visa International Operating Regulations* and the policies, procedures, operating requirements, and standards specified in the *Verified by Visa Acquirer and Merchant Implementation Guide - U.S. Region.*

ID#: 050411-010410-0004592

**Electronic Commerce Acquirer Requirements - U.S. Region**

A U.S. Acquirer that has a Merchant Agreement with an Electronic Commerce Merchant must comply with the *Visa International Operating Regulations* and must:

• Meet all minimum requirements for Merchant server processing

• Comply with the Visa-established policies, procedures, and operating guidelines governing 3-D Secure Specification Transactions

ID#: 010410-010410-0004605

**Visa Secure Electronic Commerce Chargeback Protection Limitations, Ineligible Merchant Category Codes - U.S. Region**

A U.S. Acquirer must notify its Merchants participating in Visa Secure Electronic Commerce in the following Merchant Category Codes that their Electronic Commerce Transactions are not eligible for protection from Chargeback Reason Code 75, "Cardholder Does Not Recognize Transaction," and Chargeback Reason Code 83, "Fraudulent Transaction-Card-Absent Environment":

• MCC 4829, "Wire Transfer Money Orders"

• MCC 5967, "Direct Marketing - Inbound Teleservices Merchant"

• MCC 6051, "Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers' Cheques"

© 2011 Visa. All Rights Reserved.

- MCC 7995, "Betting including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks"

ID#: 010410-010410-0004608

## Visa Secure Electronic Commerce Chargeback Protection Limitations, Ineligible Merchants - U.S. Region

A U.S. Acquirer must notify any of its Merchants participating in Visa Secure Electronic Commerce identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online that their Electronic Commerce Transactions are not eligible for Chargeback protection from:

- Chargeback Reason Code 75, "Cardholder Does Not Recognize Transaction"

- Chargeback Reason Code 83, "Fraudulent Transaction-Card-Absent Environment"

Merchants must be notified that they remain ineligible while they are in either program, plus 4 additional months after exiting the program.

ID#: 010410-010410-0008456

## Electronic Commerce Indicator Requirement - U.S. Region

A U.S. Acquirer must ensure that its Merchant transmits an Electronic Commerce Transaction Indicator 7, "Non-Authenticated Security Transaction," in the Authorization Request and Clearing Record for fully authenticated Transactions and attempted authentication Transactions within 30 days of Notification from Visa that the participating 3-D Secure Merchant is identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online.

ID#: 010410-010410-0004611

## Requirements for High-Risk Merchants that Enable 3-D Secure - U.S. Region

The requirements specified in "Visa Secure Electronic Commerce Chargeback Protection Limitations (Ineligible Merchants) - U.S. Region" and "Electronic Commerce Indicator Requirement - U.S. Region" also apply to U.S. Merchants that enable 3-D Secure while identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online.

ID#: 010410-010410-0004612

© 2011 Visa. All Rights Reserved.

# Visa Risk Manager

## Visa Risk Manager Description

Where available, Visa Risk Manager is an optional, subscription-based suite of risk management products that allows Issuers to react to high-risk Transactions at the Point-of-Transaction as well as to conduct offline case management.

ID#: 111011-010410-0008937

## Visa Risk Manager - U.S. Region

Where available in the U.S. Region, Visa Risk Manager is an optional suite of subscription-based risk management products designed to help Issuers optimize loss prevention and maximize profitability through intelligent risk-management decisioning. An Issuer may subscribe to one or all of the following:

- Visa Real-Time Decisioning, which allows Visa to act on behalf of an Issuer to decline or forward high-fraud-risk Transactions using predefined rules created by the Issuer. It also supports both "Issuer available" and "Issuer unavailable" processing options.

- Visa Case Manager, which enables an Issuer to view and prioritize suspicious purchase activity that requires further investigation to confirm that the Cardholder participated in the Transaction

- Visa Rules Manager, a web-based solution, which allows an Issuer to create, test, and publish customized "decisioning" rules that incorporate key elements of the Authorization message as well as risk intelligence from Visa Advanced Authorization. Visa Rules Manager publishes rules throughout the day at scheduled intervals so that Issuers can dynamically respond to emerging fraud schemes.

ID#: 050411-010410-0008465

# Visa Advanced ID Solutions - U.S. Region

## ID Security Alerts Service Participation Requirements – U.S. Region

Participation in the ID Security Alerts Service is optional and at the discretion of Visa. A participating Issuer or Issuer's agent must:

- Register with Visa by submitting a completed ID Security Alerts Service Participation Agreement

- Provide Visa with Account Numbers and Social Security Numbers that are eligible to be enrolled in the service

- Comply with:

  – *Visa Alerts Platform: ID Security Alerts – High Level Service Description*

  – *Visa Alerts Platform: ID Security Alerts – Technical Implementation Guide - Issuer*

© 2011 Visa. All Rights Reserved.

– *Visa Alerts Platform: Web Services Specifications*

– *Visa Alerts Platform: White Label Website Issuer Specifications*

ID#: 111011-010100-0025924

# BankruptcyPredict Service - U.S. Region

## BankruptcyPredict Service Description - U.S. Region

The BankruptcyPredict Service is designed to reduce a U.S. Member's losses related to the bankruptcy of Cardholders, cardholders of non-Visa cards, and customers of other Visa and non-Visa products by using consumer account performance data, Transaction data, consumer credit data, and a proprietary model to:

- Score the participating Member's Cardholders, cardholders of non-Visa cards, and customers of other Visa and non-Visa products to predict the likelihood of bankruptcy

- Provide daily account-consumer level risk alerts

- Provide monthly risk scores for a participating Member's portfolio

ID#: 010410-010410-0001934

## BankruptcyPredict Service Agreement - U.S. Region

To participate in the BankruptcyPredict Service, a U.S. Member must sign a service agreement with Experian Information Solutions, Inc., which can be obtained at one of the following addresses:

BankruptcyPredict Service Integrated Solutions Concepts, Inc.

P.O. Box 8999

San Francisco, CA 94128

Experian Information Solutions, Inc.

Attn: Contracts Division

475 Anton Boulevard

Costa Mesa, CA 92626

Visa assesses fees to Issuers that participate in the BankruptcyPredict Service. Fee information is available upon request.

ID#: 010410-010410-0007346

© 2011 Visa. All Rights Reserved.

## BankruptcyPredict Service Rights and Obligations - U.S. Region

All rights and obligations between a U.S. Member and Experian Information Solutions, Inc., its subsidiaries and affiliates are set forth in and are governed solely by the service agreement between the Member and Experian Information Solutions, Inc. The Member agrees to comply with all restrictions on use of the BankruptcyPredict Service set forth in such agreement, including with respect to permissible purpose requirements under the U.S. Federal *Fair Credit Reporting Act*. Without impairing any legal or equitable rights of Experian Information Solutions, Inc. under such agreement, Integrated Solutions Concepts, Inc. will, with respect to any non-compliance by the Member of such use restrictions, be entitled to enforce as a third party beneficiary the terms of such agreement against the Member and seek all available remedies.

ID#: 081010-010410-0001936

## BankruptcyPredict Service Information Requirements - U.S. Region

A U.S. Member must furnish Transaction, account, and certain other information to Integrated Solutions Concepts, Inc., as specified in the *BankruptcyPredict Service User's Guide*. The Member designates Visa and its subsidiaries and affiliates to act as agents of the Member for accessing and/or transmitting the Member's information in connection with the BankruptcyPredict Service to Integrated Solutions Concepts, Inc., and from Integrated Solutions Concepts, Inc. to Experian Information Solutions, Inc. In the event that the Member requests that the BankruptcyPredict Service be delivered via Integrated Solutions Concepts, Inc., the Member designates Integrated Solutions Concepts, Inc. as its agent to and on behalf of the Member request and receive from Experian Information Solutions, Inc. the BankruptcyPredict Service, and to transmit the same to the Member.

ID#: 010410-010410-0001937

## BankruptcyPredict Service Member Requirements - U.S. Region

A U.S. Member must comply with the following requirements for the reporting and use of Transaction, account, and the other information provided to Integrated Solutions Concepts, Inc.:

- Provide monthly reports for all new and previously reported accounts

- Comply with the information delivery requirements (media, format, and other requirements) specified in the *BankruptcyPredict Service User's Guide*

- Protect the security of the information sent to Integrated Solutions Concepts, Inc.

- Comply with all applicable laws and regulations in collecting and providing the information to Integrated Solutions Concepts, Inc. including, without limitation, the requirements under the U.S. Federal *Fair Credit Reporting Act*

- Ensure that all information sent to Integrated Solutions Concepts, Inc. is accurate

- Inform Integrated Solutions Concepts, Inc. as soon as possible upon becoming aware of any information sent to Integrated Solutions Concepts, Inc. that is inaccurate or otherwise does not comply with the requirements in this section

© 2011 Visa. All Rights Reserved.

- Promptly investigate claims of inaccuracies in the information supplied to Integrated Solutions Concepts, Inc. and correct any information that cannot be verified as accurate
- Refer to the Integrated Solutions Concepts, Inc. Consumer Office any request to disclose the contents of a report supplied by the BankruptcyPredict Service

ID#: 010410-010410-0001938

## Permitted Use of BankruptcyPredict Service - U.S. Region

A U.S. Member must use the BankruptcyPredict Service only:

- For a permissible purpose under the U.S. *Federal Fair Credit Reporting Act*
- As permitted in the service agreement between Member and Experian Information Solutions, Inc. specified in "BankruptcyPredict Service Agreement - U.S. Region"

ID#: 010410-010410-0001940

## BankruptcyPredict Service Member Certification - U.S. Region

Upon request by Integrated Solutions Concepts, Inc., a U.S. Member must certify the purpose(s) for which it uses the BankruptcyPredict Service.

ID#: 010410-010410-0001941

## BankruptcyPredict Service - Additional Information - U.S. Region

In the U.S. Region, refer to the *BankruptcyPredict Service User's Guide* for additional information, procedures, and requirements of the BankruptcyPredict Service.

ID#: 010410-010410-0001946

## BankruptcyPredict Service Information Provision - U.S. Region

A U.S. Member authorizes Visa and Integrated Solutions Concepts, Inc. to use or transfer, including to correct or update, the information reported by the Member to Integrated Solutions Concepts, Inc. for any purpose permitted under applicable law, including but not limited to:

- Providing the information to Experian Information Solutions, Inc. for purpose of providing the BankruptcyPredict Service
- Providing to Members or other customers any Visa service or product
- Providing the information to Experian Information Solutions, Inc. or any other Credit Bureau for any use permitted to Experian Information Solutions, Inc. or such other Credit Bureau under their agreement with Visa or Integrated Solutions Concepts, Inc. and under applicable law

The Member must **not:**

© 2011 Visa. All Rights Reserved.

- Provide information to Integrated Solutions Concepts, Inc. that is the result of an investigative consumer report within the meaning of Section 1681a(h) of the Federal *Fair Credit Reporting Act*

- Continue to transmit to Integrated Solutions Concepts, Inc. any information that cannot be verified as accurate

ID#: 010410-010410-0008452

# MoneyChoices - U.S. Region

## MoneyChoices Participation - U.S. Region

In the U.S. Region, participation in the MoneyChoices program is optional and at the discretion of Visa, which may limit participation, impose conditions on its use, and discontinue the program at any time.

ID#: 010410-010410-0008459

## MoneyChoices Participation Requirements - U.S. Region

A U.S. Member that wants to participate in the MoneyChoices program must submit a subscription request and adhere to program requirements outlined in the *MoneyChoices User's Guide.*

ID#: 010410-010410-0008460

## MoneyChoices Information - U.S. Region

The MoneyChoices Website is intended as an educational resource for Cardholders in need of financial planning or money-management skills. The information and materials provided through the MoneyChoices Web site are the property of Visa and are for the sole use of the U.S. Member in providing the MoneyChoices program to its Cardholders.

A U.S. Member must not disclose any MoneyChoices information to any third party without permission from Visa.

ID#: 010410-010410-0008461

# Address Verification Service (AVS)

## Address Verification Service (AVS) Results Code - Canada Region

A Canada Acquirer participating in the Address Verification Service (AVS) must populate the AVS results code received in the BASE I Authorization Response message in a Transaction's corresponding BASE II Clearing Record.

ID#: 010410-010410-0005383

© 2011 Visa. All Rights Reserved.

**Address Verification Service (AVS) Participation - U.S. Region**

A U.S. Issuer must:

• Participate in the Address Verification Service, as specified in the appropriate VisaNet manual

• Perform address verification for each Address Verification Service inquiry

ID#: 010410-010410-0004679

**Address Verification Service (AVS) Requirements - U.S. Region**

A U.S. Issuer may perform address verification itself, or use an applicable option specified in the appropriate VisaNet manual

The Issuer that performs its own address verification must use the Address Verification Service algorithm.

ID#: 010410-010410-0008463

**Address Verification Service (AVS) Standards - U.S. Region**

A U.S. Issuer must **not** exceed the Address Verification Service partial-match response rate of 13%. The Address Verification Service partial-match response rate is the number of partial-match responses (i.e., responses other than "Y," "N," or "U") as a percentage of all responses.

ID#: 111011-010410-0004682

**Address Verification Service (AVS) at Automated Fuel Dispensers - U.S. Region**

An Automated Fuel Dispenser Merchant in the U.S. Region may request a Cardholder's ZIP code and perform an Address Verification Service inquiry for its Automated Fuel Dispenser Transactions.

ID#: 010410-010410-0004702

# Card Recovery Bulletin (CRB)

**Card Recovery Bulletin and Regional Card Recovery File**

Visa publishes both the Card Recovery Bulletin (CRB) and an electronic Regional Card Recovery File that list the Account Numbers and BINs of Visa Cards for pick-up outside of the U.S. Region.

ID#: 010410-010410-0003963

© 2011 Visa. All Rights Reserved.

**Card Recovery Bulletin Service Participation Requirements**

A Member that participates in the Card Recovery Bulletin Service must comply with the *Card Recovery Bulletin Service (CRB) User's Guide.* These requirements include, but are not limited to:

- Instructing Merchants on the correct use of the Card Recovery Bulletin
- Handling Merchant calls when a Cardholder presents a Listed Card
- Handling a compromised Deposit-Only Account Number
- Advising an Issuer when a Listed Card is picked up
- Ensuring that the appropriate reward is paid to a Merchant for recovering a Listed Card

ID#: 050411-010410-0003980

**Card Recovery Bulletin Listing Procedures**

Members must comply with the procedures specified in the *Card Recovery Bulletin Service (CRB) User's Guide* when listing Account Numbers or using the bulletin to identify Account Numbers with a "Pick Up Card" status.

ID#: 050411-010410-0001831

**Card Recovery Bulletin Service Availability**

The Card Recovery Bulletin (CRB) Service is available in each of the Card Recovery Bulletin Regions, as specified in the table below, the *Card Recovery Bulletin Service (CRB) User's Guide,* and the *Visa Interchange Directory*. For possible chargeback protection, see Chargeback reason code 70, "Card Recovery Bulletin or Exception File."

**Card Recovery Bulletin Regions**

| Visa Regions | Areas Included |
|---|---|
| A | Asia Pacific |
| B | Central and Eastern Europe, Middle East, and Africa |
| C | Canada |
| E | Visa Europe |
| F | Latin America and Caribbean |
| 0 | **Not** included in Card Recovery Bulletin |

ID#: 050411-010210-0001832

© 2011 Visa. All Rights Reserved.

## Card Recovery Bulletin Distribution

The following rules apply to requests for distribution of the Card Recovery Bulletin:

- An Acquirer must submit Merchant names and addresses to Visa at least 30 calendar days before the intended receipt of the Card Recovery Bulletin
- The request must comply with the *Card Recovery Bulletin Service (CRB) User's Guide* and the VisaNet manuals
- The request is valid only if Visa distributes a printed bulletin in the country where the Merchant Outlet is located
- Distribution fees for each Card Recovery Bulletin sent to Merchants are specified in the appropriate Regional Operating Regulations

ID#: 050411-010410-0003983

## Card Recovery Bulletin Effective Dates

The Card Recovery Bulletin becomes effective on Saturday of the publication week and remains valid until the next edition's effective date. Visa may adjust the effective dates.

ID#: 010410-010410-0003966

## Card Recovery Bulletin Conversion to Tape or Paper

A Member that converts the Regional Card Recovery File to magnetic tape or paper must receive prior written consent from Visa. Visa waives this requirement if the Member reproduces all "proprietary and confidential" and Copyright notices in the magnetic tape or paper copy.

ID#: 010410-010410-0003964

## Merchant Use of Paper Version of Regional Card Recovery File

If a Merchant or an Acquirer converts the Regional Card Recovery File to paper, it may use an Account Number only to verify Visa Cards for Transactions that do not require Authorization.

ID#: 010410-010410-0003965

## Pickup, Decline, or Referral Response Fees

A non-US Issuer pays a fee to the U.S. Region for each Pickup, Decline, or Referral Response issued at a Merchant Outlet located in the U.S. Region, as specified in the applicable regional fee guide.

ID#: 111011-010410-0003967

© 2011 Visa. All Rights Reserved.

## Card Recovery Bulletin Chargeback Rights

An Acquirer may be subject to a Chargeback for below-Floor Limit Transactions if the Account Number appears on the Card Recovery Bulletin (CRB). Chargeback rights begin on the effective date of the CRB in which the Account Number is listed.

ID#: 010410-010410-0003981

# Exception File

## Exception File Updates

An Issuer must add an Account Number to the Exception File if:

- A Visa Card or Visa Electron Card was reported lost, stolen, or counterfeit and must be recovered
- A Deposit-Only Account Number is reported compromised
- Authorization must always be denied to the Account Number
- Authorization must always be granted to the Account Number
- Issuer-defined Authorization limits apply to the Account Number
- The Acquirer must contact the Issuer to obtain Authorization for the Account Number

ID#: 010410-010410-0003235

## Exception File Update Information

An Issuer must update the Exception File with the following information to ensure the accuracy of the Exception File records:

- Account Number
- Authorization Response
- Purge date of the record
- Card Recovery Bulletin Region where the Visa Account Number should be published, if applicable

SEE ALSO:

- *Card Recovery Bulletin Service (CRB) User's Guide*
- VisaNet manuals
- *Original Credits Member Requirements*

ID#: 050411-010210-0001848

© 2011 Visa. All Rights Reserved.

**Exception File - Processor Participation**

An Authorizing Processor that wants to participate in the Exception File service must notify Visa in writing at least 90 calendar days before implementation.

ID#: 010410-010410-0003968

# National Card Recovery File - U.S. Region

### National Card Recovery File Card Verification Requirements - U.S. Region

U.S. Members, non-Member Authorizing Processors, and their Merchants must use the National Card Recovery File only for verifying Cards in connection with Transactions that do not require Authorization.

ID#: 010410-010410-0003851

### National Card Recovery File Requirements - U.S. Region

A U.S. Merchant using the National Card Recovery File must check it for each Transaction that does not require Authorization.

ID#: 010410-010410-0003850

### National Card Recovery File Agreement - U.S. Region

In the U.S. Region, before distribution of the National Card Recovery File to non-Member Authorizing Processors and their Merchants, a Member must obtain a written agreement to ensure that the entity:

• Is advised of the confidential and proprietary nature of the National Card Recovery File

• Uses the file as specified in "National Card Recovery File Card Verification Requirements - U.S. Region"

ID#: 010410-010410-0003852

# Account Number Verification Service

### Account Number Verification - Issuer Responsibilities

If Account Number Verification is requested, the Issuer must respond by validating the information requested, as specified in the VisaNet manuals.

© 2011 Visa. All Rights Reserved.

If Account Number Verification is requested in conjunction with a request for address verification, the Issuer may verify the Account Number using its internal exception file.

A positive Account Number Verification response "85" indicates that the Account Number is open and in good standing, and there is no negative information on the Account Number in either the:

- BASE I Exception File
- Issuer's exception file

A Decline Response "05" is issued when the expiration date field either:

- Contains an expired date
- Is blank

The Transaction amount is not checked or approved and the Activity File is not updated.

An Account Number Verification request generates an Advice File record.

ID#: 111011-010410-0025600

## Account Number Verification and Authorization Response

Account Number Verification is not a substitute for Authorization. An Authorization Response supersedes an Account Number Verification response for the same Transaction.

ID#: 111011-010410-0025599

## Account Number Verification Service Description - U.S. Region

The Account Number Verification Service is an optional service that allows a U.S. Member or its Authorizing Processor to determine if there is negative information on an Account Number before submitting an Authorization Request and completing a Visa Transaction. This service is **not** a substitute for Authorization. An Authorization Response supersedes an Account Number Verification response for the same Transaction.

ID#: 111011-010410-0007210

## Merchant Use of Account Number Verification Service - U.S. Region

A U.S. Merchant may use Account Number Verification to request verification of a Card Account Number, an address, or Card Verification Value 2, as specified in the appropriate VisaNet manual.

ID#: 010410-010410-0007199

© 2011 Visa. All Rights Reserved.

## Account Number Verification Service - Acquirer Requirements - U.S. Region

In the U.S. Region, the format of an Account Number Verification request must comply with "Required Data for Authorization Requests and Responses" (Exhibit OO) and the appropriate VisaNet manual, except for the unique POS Condition Code 51 that identifies the request.

ID#: 010410-010410-0007211

## Account Number Verification Service - Issuer Requirements - U.S. Region

If Account Number Verification is requested, a U.S. Issuer must respond by validating the information requested, as specified in the appropriate VisaNet manual.

ID#: 010410-010410-0007212

## Account Number Verification Service and Address Verification Service Request - U.S. Region

If Account Number Verification is requested in conjunction with a request for address verification, the U.S. Issuer may verify the Account Number using its internal exception file.

ID#: 010410-010410-0007213

## Account Number Verification Positive Response - U.S. Region

In the U.S. Region, a positive Account Number Verification response (85) indicates that the Account Number is open and in good standing, and there is no negative information on the Account Number in either the:

• BASE I Exception File

• Issuer's exception file

ID#: 010410-010410-0007214

## Account Number Verification Service Decline Response - U.S. Region

In the U.S. Region, the Account Number Verification Service issues a Decline Response (05) when the expiration date field either:

• Contains an expired date

• Is blank

ID#: 010410-010410-0007215

© 2011 Visa. All Rights Reserved.

## Account Number Verification Service Limitations - U.S. Region

In the U.S. Region, the Account Number Verification Service does **not** verify or approve the Transaction amount and the Activity File is **not** updated.

ID#: 010410-010410-0008928

## Account Number Verification Service Advice File Record - U.S. Region

In the U.S. Region, an Account Number Verification request generates an Advice File record.

ID#: 010410-010410-0008998

# VisaVue Online

## VisaVue Online Requirements

### VisaVue Online Member Requirements (New)

**Effective 8 September 2011,** the use of VisaVue Online, where available, is optional and at the sole discretion of Visa. Visa may limit or impose conditions on its use and may discontinue the service at any time.

To use VisaVue Online, a Member must sign a VisaVue Member Participation Agreement.

Visa assesses fees for access to VisaVue Online, as specified in the applicable regional fee guide.

ID#: 111011-010100-0026471

### VisaVue Service Issuer Participation Agreement - U.S. Region (Updated)

**Effective through 7 September 2011,** to participate in the VisaVue Service, a U.S. Member must sign a VisaVue Service Participation Agreement. Further information is available from Visa upon request.

ID#: 111011-010410-0009022

### VisaVue Service Information Disclosure - U.S. Region (Updated)

**Effective through 7 September 2011,** the account information provided to a U.S Issuer through the VisaVue Service is proprietary to Visa and may be disclosed only as specified in the VisaVue Service Participation Agreement.

© 2011 Visa. All Rights Reserved.

**Effective through 7 September 2011,** VisaVue Service information must **not** be disclosed to third parties, directly or indirectly, except as provided in the VisaVue Service Participation Agreement. "Third party," as used here, means any person, real or corporate, other than the Issuer or a Cardholder.

ID#: 111011-010410-0008427

## Limitations of VisaVue Service Information Disclosure - U.S. Region (Updated)

**Effective through 7 September 2011,** a U.S. Issuer must **not** disclose Account Numbers or any other Cardholder or Card-specific VisaVue Service information associated with Transactions to third parties unless either the:

• Disclosure is required by law

• Issuer has notified the Cardholder in advance about the fact and nature of the proposed disclosure and given the Cardholder the opportunity to refuse to permit the disclosure

ID#: 111011-010410-0003836

## Issuer Use of VisaVue Service Information - U.S. Region (Updated)

**Effective through 7 September 2011,** a U.S. Issuer that intends to use the VisaVue Service information to target Cardholders for distribution of marketing material from third parties must:

• Notify the Cardholder that the Issuer uses and analyzes information obtained through the Cardholder's use of the Visa Card and from other sources and that the information may be used to market products and services from third parties

• Give the Cardholder the opportunity to be excluded from marketing mailing lists, both in advance of the mailings and thereafter

ID#: 111011-010410-0003837

## Acquirer Disclosure of VisaVue Service Information - U.S. Region (Updated)

**Effective through 7 September 2011,** the information provided to a U.S. Acquirer through the VisaVue Service is proprietary to Visa and may be disclosed only as specified in the VisaVue Service Participation Agreement.

ID#: 111011-010410-0003442

## VisaVue Service Information Sharing Prohibitions - U.S. Region (Updated)

**Effective through 7 September 2011,** VisaVue Service information must **not** be shared with third parties, directly or indirectly, except as provided in the VisaVue Service Participation Agreement. "Third party," as used here, means any person, real or corporate, other than the Acquirer.

ID#: 111011-010410-0003443

© 2011 Visa. All Rights Reserved.

**VisaVue Service Acquirer Responsibility - U.S. Region (Updated)**

**Effective through 7 September 2011,** each U.S. Acquirer participating in the VisaVue Service bears the sole responsibility for compliance with all applicable laws and regulations.

ID#: 111011-010410-0003444

# Client Portfolio Management Self-Service Tools

## Client Portfolio Management Self-Service Tools Requirements

### Client Portfolio Management Self-Service Tools Information (New)

**Effective 8 September 2011,** a Member, VisaNet Processor, or designated Agent must not disclose any information from the Client Portfolio Management Self-Service Tools, or any other information associated with the tools, to any other parties unless it is permitted in the *Visa International Operating Regulations* or otherwise authorized in writing by Visa. Information from and associated with the Client Portfolio Management Self-Service Tools is the property of Visa and is for the sole use of Visa Members and their registered third-party service providers in support of the Members' Visa programs.

ID#: 111011-010100-0026518

### Use of Client Portfolio Management Self-Service Tools (New)

**Effective 8 September 2011,** the Client Portfolio Management Self-Service Tools may be used by Members, VisaNet Processors, and designated Agents that have been granted permission to access the service on the Member's behalf. A Member is responsible for:

- Its use and its VisaNet Processor's or designated Agent's use in accordance with the *Visa International Operating Regulations*
- Monitoring its users' access to ensure that only authorized users are granted access to the service
- Ensuring that only authorized officers of the institution approve membership requests
- The accuracy of all information and any changes made to such information by the Member and its authorized users
- Ensuring that changes to the Member's information are accompanied by an Electronic Signature, as specified in "Use of Electronic Signature"

ID#: 111011-010100-0026519

© 2011 Visa. All Rights Reserved.

### Visa Membership Management Description - U.S. Region (Updated)

**Effective through 7 September 2011,** Visa Membership Management is a web-based service, accessed through Visa Online, that allows U.S. Members and their designated Agents to view and manage their Visa membership information in the Visa information system. This information includes, but is not limited to:

• Membership licensing

• BIN licensing/management

• Sponsorships

• Contacts and subscriptions

• CIB management

• Third-Party agents

• High-Risk Merchants

• Bulk transfers

Participation in Visa Membership Management is at the discretion of Visa, which may limit participation, impose conditions on its use, and discontinue the service at any time.

ID#: 111011-010410-0008435

### Visa Membership Management Information - U.S. Region (Updated)

**Effective through 7 September 2011,** in the U.S. Region, Visa Membership Management may be used by Visa Members and their designated Agents that have been granted permission to access the service on the Member's behalf.

ID#: 111011-010410-0008436

### Visa Membership Management Use - U.S. Region (Updated)

**Effective through 7 September 2011,** in the U.S. Region, Visa Membership Management may be used by Visa Members and their designated Agents that have been granted permission to access the service on the Member's behalf.

ID#: 111011-010410-0003736

### Visa Membership Management Non-Member Use - U.S. Region (Updated)

**Effective through 7 September 2011,** a U.S. Member is responsible for its use and its designated Agent's use of the Visa Membership Management service in accordance with the *Visa International Operating Regulations.*

© 2011 Visa. All Rights Reserved.

In addition, the Member is responsible for monitoring its users' access to Visa Membership Management to ensure that only authorized users are granted access to the service.

ID#: 111011-010410-0008437

### Visa Membership Management Requests - U.S. Region (Updated)

**Effective through 7 September 2011,** a U.S. Member must ensure that only an authorized officer of the institution approves membership requests for Visa Membership Management.

ID#: 111011-010410-0003739

### Visa Membership Management Information Accuracy - U.S. Region (Updated)

**Effective through 7 September 2011,** a U.S. Member is responsible for the accuracy of all information shown in Visa Membership Management and any changes made to such information by the Member's authorized users. Changes to a Member's information in Visa Membership Management must be accompanied by an Electronic Signature, as specified in "Use of Electronic Signature."

ID#: 111011-010410-0003740

# VisaNet Gateway Services - AP Region

## VisaNet Gateway Services Requirements - AP Region

### Use of VisaNet Gateway Services - AP Region

In the AP Region, Visa may:

- Audit the records and procedures relating to a Member's use of VisaNet for non-Visa Transactions through VisaNet Gateway Services
- Discontinue VisaNet services to a Member because either:
  - Its VisaNet system is adversely affected by non-compliance with VisaNet requirements
  - Other activities are deemed not in the best interests of the Visa system

ID#: 090411-010410-0004876

### VisaNet Gateway Services Notification Requirements - AP Region

Before an AP Member may enter non-Visa Transactions into VisaNet through VisaNet Gateway Services, it must:

© 2011 Visa. All Rights Reserved.

- Provide 90 calendar days written notice to Visa of its intention to perform Gateway Services

- Provide details of the types of non-Visa Transactions to be supported and the services it requires from Visa

- Submit to Visa written certification that the systems and procedures for processing non-Visa transactions comply with the AP Regional Operating Regulations and VisaNet system requirements

The Member may begin using VisaNet Gateway Services following receipt of written approval by Visa.

ID#: 010410-010410-0004877

# Visa Transaction Alerts Service

## Visa Transaction Alerts Service Requirements

### Visa Transaction Alerts Service Participation Requirements

Participation in the Visa Transaction Alerts Service, where available, is optional and at the discretion of Visa. A participating Issuer or Issuer's agent must:

- Register with Visa by submitting a completed "Visa Transaction Alerts Service Participation Agreement"

- Provide Visa with Account Numbers that are eligible to enroll in the service

- Disclose to participating Cardholders which transactions will and will not trigger Cardholder notification

- Comply with:

  – *Visa Alerts Platform: Transaction Alerts Service - Service Description for Issuers*

  – *Visa Alerts Platform: Transaction Alerts – Technical Implementation Guide - Issuer*

  – *Visa Alerts Platform: Web Services Specifications*

  – *Visa Alerts Platform: White Label Website Issuer Specifications*

  – *Visa Mobile Handbook for Issuers*

  – *Visa Mobile Participation Guide for Issuers*

ID#: 111011-130510-0025735

© 2011 Visa. All Rights Reserved.

**THIS PAGE INTENTIONALLY LEFT BLANK.**

© 2011 Visa. All Rights Reserved.

# Chapter 6: Payment Acceptance

## Core Principle 6.1

### Display of Marks

### Accepting Visa Products for Payment

Visa merchants displaying Visa acceptance marks at payment locations agree to accept corresponding Visa-branded products for payment. If the customer indicates that he or she wants to pay with a Visa product, a merchant must complete and process the Visa transaction as defined in the Visa Operating Regulations.

ID#: 160210-150210-0007777

## Core Principle 6.2

### Honor All Cards Properly Presented

### Honoring All Visa Cards

Visa merchants may not refuse to accept a Visa product that is properly presented for payment, for example, on the basis that the card is foreign-issued [39], or co-branded with the Merchant's competitor's mark. Merchants may attempt to steer customers who initially present a Visa card to an alternative method of payment, such as by providing discounts for cash, but may not do so in a confusing manner that denies consumer choice. Merchants may also consider whether present circumstances create undue risk, for example if the sale involves high-value electronics, but the card signature panel is not signed, and the cardholder does not have any other identification.

ID#: 111011-150210-0007778

---

39   In the US, Canada, and Australia, merchants may decline to accept certain categories of Visa products for domestically issued cards.

© 2011 Visa. All Rights Reserved.

# Core Principle 6.3

## No Surcharging Unless Required by Law

### Charging for the Advertised Price

Visa merchants agree to accept Visa cards for payment of goods or services without charging any amount over the advertised or normal price as a condition of Visa card acceptance, unless local law requires that merchants be permitted to engage in such practice.

ID#: 111011-150210-0007781

# Core Principle 6.4

## Merchant Qualification Standards

### Participating in the Visa System

Participants in the Visa system agree to follow the standards established by Visa for technologies that are used at the point of transaction to ensure systems work together to provide seamless transaction and data processing. For example, magnetic-stripe and chip reading terminals must follow compatible standards and specifications to guarantee global interoperability and payment acceptance.

ID#: 160210-150210-0007782

# Merchant Agreement

## General Merchant Requirements

### Merchant Qualification Standards

Before entering into a Merchant Agreement, an Acquirer must determine that the prospective Merchant is financially responsible and ensure that the Merchant will comply with the substance of the *Visa International Operating Regulations* as well as applicable law.

The Acquirer must also determine that there is no significant derogatory background information about any of the Merchant's principals. The Acquirer may obtain this information through:

• Credit reports

© 2011 Visa. All Rights Reserved.

- Personal and business financial statements

- Income tax returns

- Other information lawfully available to the Acquirer

ID#: 010410-010410-0008478

## Inspection

An Acquirer must conduct a physical inspection of the business premises of a prospective Merchant. For Mail/Phone Order and Electronic Commerce Merchants, the Acquirer must also obtain a detailed business description.

ID#: 010410-010410-0005251

## Merchant Agreement Requirements

An Acquirer must:

- Have a Merchant Agreement with each of its Merchants

- Include language in the Merchant Agreement that obligates its Merchant to:

  – Perform its obligations under the Merchant Agreement in compliance with applicable laws

  – Comply with the *Visa International Operating Regulations* regarding use of the Visa-Owned Marks

- Ensure that its Merchant complies with the *Visa International Operating Regulations* regarding payment acceptance

- Ensure that required acceptance provisions are included in its Merchant Agreement or as a separate addendum

- Only accept Transaction Receipts from a Merchant with which it has a valid Merchant Agreement

Refer to the *Visa International Operating Regulations* for further information regarding Member compliance with applicable laws, requirements for certain Merchant segments, and Visa rights to monitor, audit, inspect, and investigate Members.

ID#: 081010-010410-0003356

## Visa Card and Visa Electron Card Merchant Agreement

A Merchant must have a Merchant Agreement with its Acquirer to accept Visa Cards or Visa Electron Cards. The same contract may cover Visa Cards and Visa Electron Cards.

ID#: 111011-010410-0005107

© 2011 Visa. All Rights Reserved.

## Right to Terminate

The right of Visa to limit or terminate a Member's agreement with a Merchant must be specified in each Merchant, Sponsored Merchant, and agent agreement.

ID#: 010410-010410-0008473

## Merchant Classification (Updated)

**Effective through 30 June 2011,** a business may act as a Merchant, Sponsored Merchant, or Internet Payment Service Provider (IPSP). The business is considered to be a Merchant, rather than a Sponsored Merchant or IPSP, if:

- The business has a Merchant Agreement with an Acquirer
- Transactions entered into Interchange do not represent the purchase of goods or services from a Sponsored Merchant

ID#: 111011-010410-0005261

## Merchant Records

An Acquirer must keep a complete, well-documented file containing Merchant records, including any information connected to an investigation, for a minimum of 2 years following Merchant Agreement termination.

In the U.S. Region, an Acquirer of a Merchant undergoing a forensic investigation must also notify Visa when it receives notice, or otherwise becomes aware, that the Merchant has terminated its Merchant Agreement. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008474

## Acquirer Requirements – Discount at the Point of Sale – AP Region and LAC Region (Updated)

**Effective 20 July 2011,** in the AP Region and the LAC Region, the provisions in "Acquirer Requirements - Discount at the Point of Sale - U.S. Region" apply to Merchants located in a U.S. Territory.

ID#: 151011-200711-0026495

## Rights in Merchant Information (Updated)

An Acquirer is responsible for ensuring that it has all necessary and appropriate rights under applicable law, privacy policies, or agreements to provide Merchant information to Visa.

ID#: 151011-300611-0026459

© 2011 Visa. All Rights Reserved.

## Merchant Deposits - Canada Region

A Canada Member that accepts a Deposit from a Merchant with which it does **not** have a signed Merchant Agreement is liable for the Deposit in the same manner as if it had a valid Merchant Agreement with that Merchant.

ID#: 010410-010410-0005349

## Visa Debit Acceptor Agreement Requirements - Canada Region

In the Canada Region, for each new Merchant, the Merchant Agreement must clearly:

- Specify if the Merchant has elected to be a Visa Debit Acceptor
- Distinguish all Card acceptance-related fees, such as discount rates or other pricing terms, associated with Visa Debit

An existing Merchant Agreement must be revised to include the Merchant's option to be a Visa Debit Acceptor and distinguish all Card acceptance-related fees, as specified above, when:

- The existing Merchant Agreement is renewed
- The Merchant indicates to its Acquirer that it wants to accept Visa Debit Cards

ID#: 050411-200209-0008375

## Reporting of Non-Visa Debit Acceptor Merchants - Canada Region

A Canada Acquirer must report to Visa in writing the name and location of each Merchant that has elected to **not** be a Visa Debit Acceptor.

ID#: 050411-200209-0008377

## Illegal Transactions

A Merchant Agreement must specify that a Merchant must **not** knowingly submit, and an Acquirer must **not** knowingly accept from a Merchant for submission into the Visa payment system, any Transaction that is illegal or that the Merchant should have known was illegal.

ID#: 010410-010410-0001303

## Merchant Agreement Provisions - U.S. Region 5.2.O.1.a, 5.2.O.1.d

A U.S. Acquirer must incorporate the following requirements into all Merchant Agreements:

- A Merchant must **not** deposit a Transaction Receipt that it knows or should have known to be either fraudulent or not authorized by the Cardholder
- The Merchant is responsible for its employees' actions

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

A Merchant Agreement must also include:

- Transaction Deposit restrictions

- Transaction processing prohibitions

- Prohibition against a Merchant depositing a Transaction Receipt that does not result from an act between the Cardholder and the Merchant or the Cardholder and its Sponsored Merchant (laundering)

- Requirements specified in "Merchant Agreement Requirements - U.S. Region"

- Disclosure of account or Visa Transaction Information prohibitions, as specified in "Destruction or Return of Information due to Suspension of Operations - U.S. Region"

- A requirement that the Merchant and its Agents comply with the provisions of the Cardholder Information Security Program

- Merchant responsibility for demonstrating compliance by its Agents with the requirements of the Cardholder Information Security Program

- A requirement that the Merchant, if undergoing a forensic investigation at the time the Merchant Agreement is signed, fully cooperate with the investigation until completed

ID#: 010410-010410-0008507


## Acquirer Requirements - Discount at the Point of Sale - U.S. Region (New)

**Effective 20 July 2011,** a U.S. Acquirer must not adopt, maintain or enforce any rule (including any bylaw, policy, standard, guideline, or practice), or enter into or enforce any agreement that directly or indirectly prohibits, prevents, or restrains its U.S. Merchants from requesting or encouraging a Cardholder to use a means of payment other than a Visa Card or a Visa Card of a different product type (e.g., Visa Classic Card, Visa Traditional Rewards Card, Visa Signature Card) than the Visa Card the consumer initially presents.  The methods by which a Merchant may request or encourage a Cardholder to use a means of payment other than a Visa Card or a Visa Card of a different product type include but are not limited to the methods specified in "Discount Offer - U.S. Region 5.2.D.2."

A U.S. Acquirer may enforce agreements or enter into agreements with its U.S. Merchants where the Merchant selects Visa Cards as the only general purpose payment cards the Merchant will accept.

ID#: 111011-200711-0026490


## Acquirer Requirement to Query the Terminated Merchant File and Inspect Merchant Premises - U.S. Region

A U.S. Acquirer must:

- Query the Terminated Merchant File to determine if the prospective Merchant has been terminated for cause

- Whenever feasible, conduct a physical inspection of the business premises of a prospective Merchant

© 2011 Visa. All Rights Reserved.

• For Mail/Phone Order Merchants, obtain a detailed business description

ID#: 010410-010410-0003474


## Merchant Agreement Specifications and Options - U.S. Region

In the U.S. Region, for each new Merchant, a Merchant Agreement must clearly:

• Specify the Limited Acceptance options and the Merchant's election, if any, of one of those options
• Distinguish all Card acceptance-related fees, such as discount rates or other pricing methodology, associated with each Limited Acceptance category

An existing Merchant Agreement must be revised to include the Limited Acceptance options and distinguish all Card acceptance-related fees when either:

• The existing Merchant Agreement is renewed
• The Merchant indicates to its Acquirer that it wants Limited Acceptance

ID#: 031209-150210-0008510


## Specification of Merchant Fees - U.S. Region

In the Merchant Agreement, a U.S. Acquirer must clearly distinguish fees associated with Visa Transactions from fees associated with other card transactions.

ID#: 010410-010410-0003361


## Terminal Processing by Competitors - U.S. Region

A U.S. Acquirer must **not** prohibit a Merchant from using terminal processing services offered by competitors for the direct delivery of Visa Transactions captured at the Point-of-Transaction to VisaNet for Clearing and Settlement.

ID#: 010410-010410-0003362


## Merchant Agreement Form - U.S. Region

In the U.S. Region, most of the form, content, and appearance of a Merchant Agreement is at the discretion of the Acquirer. However, each Merchant Agreement must contain at least the requirements for Merchant Card acceptance specified in the *Visa International Operating Regulations* to the extent permitted under applicable law. An Acquirer may include other provisions in its Merchant Agreement if they are consistent with the *Visa International Operating Regulations.*

Each Merchant Agreement must:

© 2011 Visa. All Rights Reserved.

- State the terms required to satisfy payment directly to the Merchant, including, but not limited to, the name of the financial institution to which the Acquirer, its Agent, or Sponsored Member must deposit funds for payment of Visa Transactions

- Clearly state the Acquirer's name and location in letter size consistent with the rest of the Merchant Agreement printing, and in a manner that makes the Acquirer's name readily discernible to the Merchant

- Be signed by the Acquirer

- Remain on file at the Acquirer's place of business

ID#: 010410-010410-0008512


## Provisions for VisaNet Copy Request and Fulfillment Service Installation - U.S. Region

If VisaNet Copy Request and Fulfillment Service equipment is installed at a U.S. Merchant Outlet, the Merchant Agreement must include provisions equivalent to those specified in the *Visa International Operating Regulations* for the use, support, and modification of the equipment.

ID#: 010410-010410-0005078


## Third Party Designation - U.S. Region

In the U.S. Region, a Merchant Agreement must permit a Merchant to designate a third party that does not have a direct agreement with its Acquirer as its agent for the direct delivery of data-captured Visa Transactions to VisaNet for Clearing and Settlement. The Merchant must:

- Advise the Acquirer that it will use a third-party processor

- Agree that the Acquirer must reimburse the Merchant only for the amount of Visa Transactions delivered by that agent to VisaNet, less the appropriate discount fee

- Assume responsibility for any failure by its agent to comply with the *Visa International Operating Regulations*, including, but not limited to, any violation resulting in a Chargeback

ID#: 010410-010410-0003367


## Connecting Directly to Issuer - U.S. Region

In the U.S. Region, a national Merchant may authorize and transmit Interchange directly to an Issuer through VisaNet if the Merchant has:

- Completed a national account agreement

- Received the prior approval of the Board of Directors

Visa determines the Interchange Reimbursement Fee.

ID#: 010410-010410-0008475

© 2011 Visa. All Rights Reserved.

**Specification of Preauthorized Health Care Transaction Requirements - U.S. Region**

In the U.S. Region, the requirements for Preauthorized Health Care Transactions must be included in each Merchant Agreement with a Health Care Merchant.

ID#: 010410-010410-0006144

**Additional Merchant Agreement Provisions for Healthcare Auto-Substantiation Merchants - U.S. Region**

A U.S. Acquirer participating in Healthcare Auto-Substantiation must ensure that:

- A Merchant that participates in Healthcare Auto-Substantiation Transactions complies with the provisions of the following:
  – *Visa Healthcare Auto-Substantiation Transaction Consolidated Technical Requirements*
  – *Visa Healthcare Auto-Substantiation Transactions Service Description and Implementation Guide*
- The Merchant has obtained a license from and is certified by SIGIS the Special Interest Group for IIAS Standards to process Healthcare Auto-Substantiation Transactions
- The substance of the provisions are included in the Merchant Agreement or as a separate addendum

ID#: 080411-010100-0025562

# Required Merchant Information

## Required Merchant Information (Updated)

**Effective 30 June 2011,** an Acquirer, its Agent, or processor, in a region where collection of Merchant Data is required, must provide Visa, at minimum, the following information for each Merchant and/or Sponsored Merchant and/or Payment Service Provider, as applicable. The information must be accurate, current, and in the format specified by Visa.

- Merchant T/A (trading as) or DBA (doing business as) name
- Merchant full legal name (if different from DBA name). For a sole proprietor, the information must include Merchant's full first and last name, including the middle initial.
- Complete Merchant Outlet address (including street address, city, state/province and the postal code) [40]
  Merchant telephone number, where applicable
- Merchant business registration number or tax identification number
- Merchant principal/owner name
- National ID number (where available)

© 2011 Visa. All Rights Reserved.

• Names and national ID numbers of key employees (where applicable)

ID#: 151011-300611-0026460

## File Retention - Existing and New Merchant Agreements - AP Region (Updated)

**Effective through 29 June 2011,** in the AP Region, a Merchant file must contain at least the following, where applicable and available:

• Merchant trading name/DBA (doing business as) name

• Merchant legal name (if different from DBA name)

• Complete Merchant Outlet address

• Merchant telephone number

• Merchant business registration number or tax identification number

• Merchant principal/owner name

• National ID number (where available)

• Names and national ID numbers of key employees

ID#: 151011-010410-0005345

## File Retention - Terminated Merchant Agreements - AP Region

In the AP Region, the file of terminated Merchants must include, at a minimum:

• Merchant Agreement and addenda

• Deposit history and monitoring reports

• Details on the number, total amount, and reasons for any Chargebacks received

• All Acquirer/Merchant correspondence

• All Merchant Fraud Performance Program reports relating to the Merchant

• Names and ID numbers of suspect employees

• Written notification of termination or intent to terminate

• Any other supporting documentation that itemizes the details leading to the decision to terminate the Merchant

ID#: 010410-010410-0007371

## Required Merchant Information - U.S. Region (Updated)

**Effective through 29 June 2011,** a U.S. Acquirer must collect all of the following for all Merchants and Sponsored Merchants:

---

40   This includes the 9-digit zip code in the U.S. Region.

© 2011 Visa. All Rights Reserved.

- "Doing Business As" (DBA) name

- Merchant legal name

- Merchant Outlet location, including street address, city, state, and 9-digit ZIP code

- U.S. Federal Taxpayer Identification Number, and identification of the number as either a U.S. Federal Employer Identification Number (FEIN) or Social Security Number (SSN)

- Incorporation status (for example, corporation, partnership, sole proprietor, non-profit, or other)

- Full first and last name, including middle initial, if Merchant is a sole proprietor

- Merchant Category Code and, if applicable, any secondary Merchant Category Code(s)

- Indication if a Merchant is a small and/or disadvantaged business

- Termination date and reason for termination if the Acquirer/Merchant relationship is terminated

The Acquirer must:

- Retain the Merchant or Sponsored Merchant information in an electronic format to be specified by Visa

- Make it available to Visa upon request

**Effective 30 June 2011,** in addition to the requirements specified in "Required Merchant Information," in the U.S. Region an Acquirer, its Agent, or processor is required to provide Visa, at minimum, the following for each Merchant, Sponsored Merchant and Payment Service Provider:

- U.S. Federal Taxpayer Identification Number, and identification of the number as either a U.S. Federal Employer Identification Number (FEIN) or Social Security Number (SSN)

- Incorporation status (e.g., corporation, partnership, sole proprietor, non-profit, or other)

- Indication if a Merchant is a small and/or disadvantaged business

- Merchant's MCC (Merchant Category Code) and, if applicable, any secondary MCCs

- Termination date and reason for termination if the Acquirer/Merchant relationship is terminated

ID#: 151011-300410-0008513


## Required Merchant Information Reporting Fees - U.S. Region

In the U.S. Region, Visa assesses an Acquirer a monthly fine, as specified in the table below, when required Merchant information is not provided or is incomplete. The fine is not applicable for new Merchant Outlets during the first 90 days from the date the Merchant begins accepting Cards under the Merchant Agreement.

**Missing or Incomplete Merchant Information Reporting Fines - U.S. Region**

| Description | Fee |
|---|---|
| Each Merchant Outlet with missing or incomplete information | US $10 |

© 2011 Visa. All Rights Reserved.

| Maximum monthly fee per Acquirer | US $50,000 |

ID#: 010410-010410-0003501

## Acquirer's Jurisdiction

### Country of Domicile and Jurisdiction Requirements (Updated)

**Effective through 30 June 2011,** an Acquirer must only contract with a Merchant Outlet within its Country of Domicile, as specified in the *Visa International Certificate of Incorporation and Bylaws* or the applicable Certification of Incorporation and Bylaws. The country of the Sponsored Merchant, not the country of the Internet Payment Service Provider (IPSP), determines the Acquirer's jurisdiction.

**Effective 1 July 2011,** an Acquirer must only contract with a Merchant Outlet within the Acquirer's Country of Domicile, as specified in the *Visa International Certificate of Incorporation and Bylaws* or the applicable Certificate of Incorporation and Bylaws.

**Effective 1 July 2011,** a Sponsored Merchant and its Payment Service Provider (PSP) must be located within the Acquirer's jurisdiction. The country of the Sponsored Merchant, not the country of the PSP, determines the Acquirer's jurisdiction.

An Acquirer must **not** contract with a Merchant Outlet that is outside its Country of Domicile unless the:

- Visa Region with jurisdiction over the Merchant Outlet has approved this arrangement, and the country or territory is either:
  - **Not** any other Principal's Country of Domicile
  - One where the Acquirer has a Branch
- Merchant is an International Airline and the Acquirer maintains the relationship as specified in the *Visa International Operating Regulations* regarding provisions of the International Airline Program
- Merchant Outlet is a military base, embassy, or consulate on foreign territory. Visa considers these Merchant Outlets to be within the Member's Country and Region of Domicile. The currency used to complete the Transaction must be disclosed on the Transaction Receipt.

A bilateral agreement exists between the Canada Region and the U.S. Region for Mail/Phone Order Merchants and Electronic Commerce Merchants.

**Effective 1 July 2011,** a PSP must not contract with a Sponsored Merchant that is outside its jurisdiction unless the:

- Sponsored Merchant is an International Airline and the Acquirer and PSP maintain the relationship as specified in the *Visa International Operating Regulations* regarding provisions of the International Airline Program
- Sponsored Merchant is a military base, embassy, or consulate on foreign territory. Visa considers these Sponsored Merchants to be within the Acquirer's Country and Region of Domicile

ID#: 111011-010410-0008552

© 2011 Visa. All Rights Reserved.

**Cross-Border Merchant Contracting - Canada Region**

A Canada Acquirer may acquire the following Canadian dollar Transactions of Canada Cardholders from Merchant Outlets in the U.S. Region:

• Mail/Phone Order Transactions

• Electronic Commerce Transactions

A U.S. Acquirer may acquire the following U.S. dollar Transactions of U.S. Cardholders from Merchant Outlets in the Canada Region:

• Mail/Phone Order Transactions

• Electronic Commerce Transactions

ID#: 010410-010410-0008477

**Chargeback Rights for Transactions before Merchant Termination - Canada Region**

If a Canada Merchant is terminated by an Acquirer, that Acquirer is liable for Chargebacks for items that were transacted before the termination of the Merchant.

ID#: 010410-010410-0008528

**Permitted Merchant Outlets - U.S. Region**

A U.S. Acquirer may sign a Merchant Outlet if the Merchant Outlet is located in the Canada Region and the resulting Transactions are:

• Mail/Phone Order Transactions or Electronic Commerce Transactions initiated by U.S. Cardholders

• Advertised and processed in U.S. dollars

ID#: 010410-010410-0001298

**Merchants Signed Outside of the United States - U.S. Region**

A U.S. Acquirer that signs a Merchant Outlet outside the 50 United States and District of Columbia must, within 60 calendar days of signing that outlet, notify Visa of at least the following:

• Merchant name

• Merchant location

• Estimated annual sales volume

ID#: 010410-010410-0001299

© 2011 Visa. All Rights Reserved.

# Payment Service Providers and Sponsored Merchants

## Payment Service Provider Agreement Requirements (Updated)

**Effective through 30 June 2011,** an Acquirer must ensure that its Internet Payment Service Provider Agreement includes:

- A requirement that the contract between an Internet Payment Service Provider (IPSP) and a Sponsored Merchant contains the Merchant Agreement requirements specified in the *Visa International Operating Regulations*

- The Acquirer's right to immediately terminate the Sponsored Merchant for good cause

- A statement that the IPSP is liable for all acts, omissions, Cardholder disputes, and other Cardholder customer service-related issues caused by the IPSP's Sponsored Merchants

- A statement that the IPSP is financially liable for each Transaction

- A statement that the IPSP must **not** transfer or attempt to transfer its financial liability by asking or requiring Cardholders to waive their dispute rights

**Effective 1 July 2011,** an Acquirer must include the following in its Payment Service Provider Agreement:

- A requirement that the Payment Service Provider (PSP) and its Sponsored Merchants comply with the *Visa International Operating Regulations*

- A requirement that the contract between a PSP and a Sponsored Merchant contains the Merchant Agreement, Card and payment acceptance, and all applicable Website requirements specified in the *Visa International Operating Regulations*

- The Acquirer's right to immediately terminate a Sponsored Merchant or the PSP for good cause or fraudulent or other activity, or upon Visa request

- Statements specifying that:

  – The PSP is liable for all acts, omissions, Cardholder disputes, and other Cardholder customer service-related issues caused by the PSP's Sponsored Merchants

  – The PSP is responsible and financially liable for each Transaction entered into Interchange on behalf of the Sponsored Merchant, or for any disputed Transaction, or credit

  – The PSP must not transfer or attempt to transfer its financial liability by asking or requiring Cardholders to waive their dispute rights

  – The PSP must not permit a Sponsored Merchant to transfer or attempt to transfer its financial liability by asking or requiring Cardholders to waive their dispute rights

  – The PSP must not deposit Transactions on behalf of another PSP

  – The PSP must not contract with a Sponsored Merchant whose contract was terminated at the direction of Visa or a government agency

  – The PSP must not deposit Transactions from Sponsored Merchants outside the Acquirer's jurisdiction

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

– The PSP must provide the names of principals and their country of domicile for each of its Sponsored Merchants and Transaction reports to its Acquirer and to Visa upon request

– The PSP must ensure that its Sponsored Merchants comply with the Payment Card Industry Data Security Standard (PCI DSS) and the Payment Application Data Security Standard (PA-DSS)

ID#: 111011-010410-0005270

## Acquirer Eligibility - Payment Service Provider (Updated)

**Effective 1 July 2011,** before entering into a Merchant Agreement with any Payment Service Provider (PSP), an Acquirer must:

• Be in good standing in all Visa risk management programs

• Be rated above-standard (a Visa Member risk rating of "A" or "B") and meet a minimum equity requirement [41]

**Effective 1 July 2011,** before entering into or renewing a Merchant Agreement with any PSP whose annual Visa Transaction volume exceeds US $50 million in an Acquirer's jurisdiction, the Acquirer must:

• Be in good standing in all Visa risk management programs

• As specified by Visa, either:

– Be rated above-standard (a Visa Member risk rating of "A" or "B") and meet a minimum equity requirement [42]

– Enter into a direct Merchant Agreement with, and fund in a manner acceptable to Visa, each of the PSP's Sponsored Merchants, regardless of the Sponsored Merchant's annual Visa Transaction volume

ID#: 161111-010711-0026431

## Direct Merchant Agreement Requirement for Sponsored Merchants (New)

**Effective 1 July 2011,** an Acquirer must enter into a direct Merchant Agreement with a Sponsored Merchant that exceeds US $100,000 in annual Visa Transaction volume. The Acquirer must, with respect to such Sponsored Merchant, comply with all obligations specified in the *Visa International Operating Regulations.*

ID#: 111011-010711-0026432

---

41  **Effective 1 July 2011,** Visa may waive these requirements in exchange for assurance and evidence of the imposition of risk controls satisfactory to Visa. This may include, but is not limited to, the pledging of additional collateral.

42  **Effective 1 July 2011,** Visa may waive these requirements in exchange for assurance and evidence of the imposition of risk controls satisfactory to Visa. This may include, but is not limited to, the pledging of additional collateral.

© 2011 Visa. All Rights Reserved.

**Internet Payment Service Providers - Merchant Agreement - Canada Region (Updated)**

**Effective through 31 December 2011,** a Canada Acquirer providing acquiring services to an Internet Payment Service Provider (IPSP) and its Sponsored Merchants must have a Merchant Agreement with the IPSP that identifies the IPSP and its Sponsored Merchants as Merchant parties to that agreement.

ID#: 111011-010410-0005385

**Acquirer Eligibility - Internet Payment Service Provider - U.S. Region**

**Effective through 30 June 2011,** before entering into a Merchant Agreement with an Internet Payment Service Provider (IPSP), a U.S. Acquirer must:

- Be in good standing in all Visa risk management programs
- Meet the Acquirer Tier 1 capital requirement

ID#: 111011-150210-0005090

**Acquirer Eligibility - Internet Payment Service Provider Maximum Annual Sales - U.S. Region (Updated)**

**Effective through 30 June 2011,** a U.S. Acquirer must enter into a direct Merchant Agreement with any Sponsored Merchant that exceeds US $100,000 in annual sales.

ID#: 111011-010410-0005096

**Internet Payment Service Provider Agreement Provisions - U.S. Region (Updated)**

**Effective through 30 June 2011,** a U.S. Acquirer must ensure that an Internet Payment Service Provider Agreement:

- Contains Internet Payment Service Provider (IPSP) operating requirements and risk management provisions, as specified in the *Visa International Operating Regulations* for Internet Payment Service Providers
- Includes a provision to establish IPSP financial liability for Transactions entered into Interchange on behalf of Sponsored Merchants, as well as responsibility for any disputed Transactions, credits, or customer service-related expenses
- Includes a statement that the IPSP must **not**:
  - Transfer or attempt to transfer its financial liability by asking or requiring Cardholders to waive their dispute rights
  - Permit a Sponsored Merchant to transfer or attempt to transfer its financial liability by asking or requiring Cardholders to waive their dispute rights

© 2011 Visa. All Rights Reserved.

- Deposit Transactions on behalf of another IPSP, as specified in "Internet Payment Service Provider Restrictions - U.S. Region"

- Requires that each Sponsored Merchant contract with an IPSP contain Merchant Agreement requirements and Card acceptance and Website requirements specified in the *Visa International Operating Regulations*

- Requires an IPSP to provide comprehensive lists, including names of principals and country of domicile, for all of its Sponsored Merchants and Transaction reports to its Acquirer, and to Visa upon request

- Requires its IPSP to deposit only Transactions from Sponsored Merchants within the Acquirer's jurisdiction

- Establishes an Acquirer's right to:

  - Immediately terminate an IPSP for fraudulent activity or other activities specified in "Visa Right to Terminate Merchant/IPSP or Sponsored Merchant"

  - Require an IPSP to immediately terminate a Sponsored Merchant for fraudulent activity or other activities specified in "Visa Right to Terminate Merchant/IPSP or Sponsored Merchant"

ID#: 111011-010410-0005097

# International Airline Program

## International Airline Merchant Agreement Specifications

An International Airline Merchant Agreement must contain, at a minimum, the elements specified in this section, in addition to the contract requirements specified for all Merchants in the *Visa International Operating Regulations*.

The agreement must specify the Acquirer's responsibilities to the Merchant for Chargeback resolution support. This support must include:

- Written information on Chargeback rights and procedures

- Chargeback processing, including a list of Chargeback reason codes, Merchant recourse options, and an Acquirer contact

The agreement must list the countries from which the Acquirer will accept Transactions, including the Authorization support procedures and processes for each country. It must also require that the Acquirer and the Merchant notify Visa if Authorization problems arise for any countries covered by the Merchant Agreement.

ID#: 010410-010410-0008575

© 2011 Visa. All Rights Reserved.

# Acquirer Due Diligence

## Terminated Merchant Query - Payment Service Provider (New)

**Effective 1 July 2011,** an Acquirer must:

- Ensure that a terminated Sponsored Merchant or terminated Payment Service Provider (PSP) is added to the Visa Merchant Trace System (as specified in "Required Use of Merchant Trace System - AP Region"), Terminated Merchant File, or, where available and permitted by local law, equivalent terminated Merchant database

- In the U.S. Region, ensure that a PSP with one or more Sponsored Merchants classified, or that should be classified, with Merchant Category Code 5967, "Direct Marketing - Inbound Teleservices Merchant," complies with the High-Risk Internet Payment Service Provider registration program and operating requirements *(This only applies in the U.S. Region.)*

ID#: 111011-010711-0026433

## Terminated Merchant File Query Responses - U.S. Region

A U.S. Acquirer must query the Terminated Merchant File, as specified , before entering into a Merchant Agreement with a prospective Merchant.

If the Acquirer receives a response indicating a "possible match" against a Merchant listed on the Terminated Merchant File, the Acquirer must:

- Verify that the Merchant identified in the response is the same Merchant for which the inquiry was generated

- Contact the listing Member directly to determine why the Merchant was added to the file

The Acquirer should make its acceptance decision based on further investigation, and must use Terminated Merchant File data **only** as an informational tool in the decision-making process.

ID#: 111011-010410-0008577

## Terminated Merchant File Query - Internet Payment Service Provider - U.S. Region (Updated)

**Effective through 30 June 2011,** a U.S. Acquirer **must**:

- Query the Terminated Merchant File (TMF) before:

  – Entering into an agreement with a prospective Internet Payment Service Provider (IPSP)

  – An IPSP enters into an agreement with a prospective Sponsored Merchant

- Ensure that a Merchant listed on the TMF is **not** permitted to be a Sponsored Merchant

© 2011 Visa. All Rights Reserved.

- Ensure that an IPSP with one or more Sponsored Merchants classified, or which should be classified, with Merchant Category Code 5967, "Direct Marketing - Inbound Teleservices Merchant," complies with the High-Risk Internet Payment Service Provider registration program and operating requirements
- Ensure that a terminated Sponsored Merchant or terminated IPSP is added to the TMF

ID#: 111011-150210-0003938

## Electronic Commerce Acquirer Agreement

### Internet Merchant Registration - AP Region

An AP Member entering the Internet Merchant acquiring business must register with Visa.

ID#: 010410-010410-0005323

# Point-of-Transaction - Display of Marks

## Display of Marks at the Point of Sale

### Merchant Standards for Card Acceptance

An Acquirer contracting with a Merchant to accept Cards must ensure that the Merchant meets the standards specified in the table below.[2]

**Merchant Acceptance Standards**

| Symbols Displayed at Merchant | Cards Accepted by Merchant | Electronic Capability | Cash-Back |
|---|---|---|---|
| Visa Brand Mark | Visa Cards[1] | Optional | For Domestic Transactions only, at the option of Visa |
| Visa Brand Mark with the Electron Identifier | Visa Electron Cards | Required | For Domestic Transactions only, at the option of Visa |

1. A variance to this requirement applies in the U.S. Region.
2. A variance applies to this requirement in the Canada Region.

ID#: 010410-010410-0003658

© 2011 Visa. All Rights Reserved.

## Display of Appropriate Marks

A Member or Merchant must display the appropriate Marks to indicate which Cards it accepts for payment, as specified in the *Visa Product Brand Standards.*

ID#: 010410-010410-0008496

## Display of Marks Exclusion VIOR 5.1.A.1.d, USOR 5.2.A.1.a

A Merchant is **not** required to display the Visa-Owned Marks if it does not deal with the general public (e.g., a private club, or if prohibited by trade association rules).

ID#: 010410-010410-0002643

## Display of Electron Mark Prohibition

A Point-of-Transaction Terminal that does not have Online capability, regardless of whether the terminal is Chip-enabled, must **not** display the Visa Brand Mark with the Electron Identifier.

ID#: 010410-010410-0002828

## Visa Marks Display Requirements – AP Region and LAC Region (New)

**Effective 20 July 2011,** in the AP Region and the LAC Region, a Merchant in a U.S. Territory is not required to display the Visa Marks in a size at least as large as every other payment brand mark that is displayed.

ID#: 111011-200711-0026496

## Visa Right to Request Display Modification - U.S. Region

In the U.S. Region, Visa may require modification of any display of an Affinity Partner's Trade Name or Mark at a Merchant Outlet if the display adversely affects the Visa brand.

ID#: 010410-010410-0002347

## Visa Marks Display Requirements - U.S. Region (New)

**Effective 20 July 2011,** a U.S. Merchant is not required to display the Visa Marks in a size at least as large as every other payment brand mark that is displayed.

ID#: 111011-200711-0026491

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Display of Marks Acquirer Requirements - U.S. Region

A U.S. Acquirer must ensure that:

• Each of its Limited Acceptance Merchants displays the Visa-approved signage representing the Limited Acceptance category it has selected

• A Merchant does **not** display the Visa-Owned Marks indicating acceptance of all Visa Cards if it has selected Limited Acceptance

ID#: 010410-010410-0002318

## Visa Marks Display Size Requirements - U.S. Region (Updated)

**Effective through 19 July 2011,** the Visa Mark used must **not** be smaller than any other acceptance mark displayed by a U.S. Merchant.

ID#: 111011-010410-0002339

## Affinity Partner Marks Size Requirements - U.S. Region (Updated)

**Effective through 19 July 2011,** in the U.S. Region, Visa-Owned Marks must be at least equal in size and prominence to any Affinity Partner identification and any other payment system Marks.

**Effective 20 July 2011,** in the U.S. Region, Visa-Owned Marks must be at least equal in size and prominence to any Affinity Partner identification.

ID#: 111011-010410-0002345

## Mail/Phone Order Merchant Acceptance Requirements - U.S. Region

A U.S. Mail/Phone Order Merchant must:

• Advise the Cardholder, during the payment process, that it accepts all Visa Cards for payment or that it accepts Cards that are in the Limited Acceptance category it has selected

• Display, in its catalog or other selling material, either the:

  – Visa Flag Symbol or Visa Brand Mark in full color, if it accepts all Visa Cards for payment

  – Visa-approved signage representing the Limited Acceptance category it has selected

ID#: 010410-010410-0002340

## Use of Verified by Visa Mark - U.S. Region

A U.S. Electronic Commerce Merchant must display the appropriate Verified by Visa Mark to indicate its participation in the 3-D Secure Authenticated Payment Program.

© 2011 Visa. All Rights Reserved.

The U.S. Merchant must **not** use the Verified by Visa Mark unless it is a 3-D Secure participant.

ID#: 010410-010410-0008499

## Automated Fuel Dispenser Merchant Marks Display - U.S. Region

An Automated Fuel Dispenser Merchant in the U.S. Region must display the appropriate Visa-Owned Marks on or near the Automated Fuel Dispenser to indicate which Cards it accepts for payment.

ID#: 010410-010410-0002341

## Display of Affinity Card Reproduction - U.S. Region

A U.S. Merchant must **not** display a reproduction of an Affinity Card as part of a decal at the Point-of-Transaction.

ID#: 010410-010410-0002346

## Display of Affiliated-Merchant Mark - U.S. Region

An Affiliated-merchant in the U.S. Region must display the Visa-Owned Marks independently from any identification of the Affinity Partner.

ID#: 010410-010410-0002348

## Full-Color Display Requirements - U.S. Region

When displayed at a U.S. Member location or Merchant Outlet, the Visa Brand Mark must appear in full color, except when displayed on an ATM, as specified in the *Visa Product Brand Standards*.

ID#: 010410-010410-0005764

## Display of Marks on Scrip Terminal - U.S. Region

A U.S. Member must **not** display the Visa Brand Mark or the Visa Brand Name on a Scrip Terminal.

ID#: 010410-010410-0005765

## Trade Names and Marks on Decals and Signs - U.S. Region

In the U.S. Region, no Trade Name or Mark, other than the Visa Brand Name, may appear on decals and signs bearing the Visa Brand Mark at Member locations or Merchant Outlets, except for decals on ATMs.

ID#: 010410-010410-0005766

© 2011 Visa. All Rights Reserved.

## Display of Marks at an ATM

### ATM Display of Visa Marks - U.S. Region

In the U.S. Region, only ATMs and Acquirers that participate in the Visa ATM Network may display the Visa Flag Symbol or Visa Brand Mark.

ID#: 010410-010410-0004754

### ATM Display of Visa Marks Prohibition - U.S. Region

A U.S. Acquirer must **not** display the Visa Flag Symbol or Visa Brand Mark on or surrounding an ATM unless that ATM accepts all Visa Cards.

ID#: 010410-010410-0004755

### ATM Marks Color and Size Requirements - U.S. Region

In the U.S. Region, when used as the only Mark at an ATM, the Visa Flag Symbol, Visa Brand Mark, Visa Electron Symbol, or Visa Brand Mark with the Electron Identifier must:

• Be in full color

• Be at least 54mm high by 86mm wide

ID#: 010410-010410-0004775

### ATM Marks Size Requirements with Other Marks - U.S. Region

In the U.S. Region, the Visa Brand Mark must **not** be smaller than any other acceptance Mark indicating participation in any ATM network, other than a Member's own proprietary network or a single primary regional network Mark that is also displayed on the ATM. No other Mark of the Visa Program may be displayed on participating ATMs, except as specified in "Plus Symbol Display Requirement at ATM - U.S. Region."

ID#: 010410-010410-0006169

## Display of Marks Online

### Verified By Visa Mark Prohibitions

A 3-D Secure-capable Electronic Commerce Merchant that displays the Verified by Visa Mark must **not** use the Mark:

• In a way that implies endorsement of any other product or service

© 2011 Visa. All Rights Reserved.

• To indicate payment acceptance in any application

ID#: 010410-010410-0007010


## Use of Brand Name vs. Brand Mark

A Merchant Website must display the Visa Brand Mark as specified in the *Visa Product Brand Standards*.

The Visa Brand Name must only be used to indicate acceptance when a visual representation of the Visa Brand Mark is not possible on the Merchant Website.

A Merchant displaying the Verified by Visa Mark on its Website must comply with the *Visa Product Brand Standards*.

ID#: 031209-150210-0008671


## Verified by Visa Display Requirements - CEMEA Region

A CEMEA Issuer providing 3-D Secure to its Cardholders must display the Verified by Visa Mark in the pop-up authentication window presented to the Cardholder for authentication.

ID#: 010410-010410-0005517


## Display of Marks at Point of Payment Choice - U.S. Region

A U.S. Merchant Website must display at the point of payment choice either the:

• Visa Flag Symbol or Visa Brand Mark in full color, if it accepts all Visa Cards for payment
• Visa-approved signage representing the Limited Acceptance category it has selected

ID#: 010410-010410-0002337


# Manual Cash Disbursement


## Manual Cash Disbursement Display of Marks

An Acquirer must display the appropriate Visa-Owned Marks to indicate which Cards are accepted for Manual Cash Disbursements.

ID#: 010410-010410-0005297

© 2011 Visa. All Rights Reserved.

# Point-of-Transaction Terminals

## Point-of-Transaction Terminal General Requirements

### Point-of-Transaction Terminal Requirements - AP Region

The following requirements apply to newly purchased or replaced electronic Point-of-Transaction terminals in the AP Region:

- The terminals must be fully EMV- and VIS-compliant
- The terminals must appear on the EMV Co-approved terminal list

ID#: 010410-010410-0004858

### Primary Account Number Truncation of Electronic Point-of-Sale Receipts - CEMEA Region

**Effective through 30 September 2014,** at least 4 positions of the primary Account Number must be disguised or suppressed on the Cardholder Transaction Receipt for all POS terminals.

ID#: 050411-010410-0004887

### Nigerian Point-of-Transaction Terminal Requirements - CEMEA Region

Prior to deploying a Point-of-Transaction Terminal, a CEMEA Acquirer located in Nigeria must ensure that the terminal:

- Is fully EMV and VIS-compliant
- Reads and acts upon all Service Codes, as specified on the *Payment Technology Standards Manual*
- Has been approved by Visa, or by an entity authorized by Visa
- Meets the requirements of the *EMV Integrated Circuit Card Specifications for Payment Systems*
- Has its Visa Public Keys replaced by any date specified by Visa

ID#: 111011-140110-0025505

### Card Acceptance Device Installation Requirements - CEMEA Region

In the CEMEA Region, all newly installed devices that accept Visa Cards and Cards bearing the Visa Electron Symbol must:

- Be fully EMV and VIS-Compliant

© 2011 Visa. All Rights Reserved.

- Operate in line with the Smart Payment Product Principles
- Support Static and Dynamic Data Authentication, with the optional exception of Online-only devices

ID#: 050411-211010-0026056

## Terminals at Tip-Accepting Merchants - U.S. Region

A U.S. Acquirer must ensure that new Point-of-Transaction Terminals installed at a Merchant Outlet that receives or accepts tips are **not** programmed to include an estimated tip amount in the Authorization Request.

ID#: 010410-010410-0004966

## Terminal Transaction Receipt Requirements - U.S. Region

In the U.S. Region, if a Point-of-Transaction Terminal has the capability, it must generate an Electronic Transaction Receipt as specified in "Electronic and Manual Transaction Receipts - General - U.S. Region Exhibit S."

ID#: 080411-010410-0004964

## Fleet Service Merchants Terminal Requirements - U.S. Region

A Visa Fleet Service Merchant in the U.S. Region must:

- Use a Point-of-Transaction Terminal capable of:
  - Reading the data on track 1 or track 2 of the Magnetic Stripe or Chip that identifies the Card as a Visa Fleet Card
  - Displaying the appropriate prompts
  - Capturing the appropriate responses
- Establish procedures for its employees or the Cardholder to enter required data on the terminal keypad

ID#: 010410-010410-0005086

## Point-of-Transaction Terminal PIN Requirements – U.S. Region (New)

**Effective 14 April 2012,** in the U.S. Region, a Merchant that accepts PINs for Cardholder Verification must take all reasonable actions to ensure that its Point-of-Transaction Terminals and PIN pads operated at the Merchant Outlet(s):

- Are available for use by all Cardholders for Transactions
- Function reliably

© 2011 Visa. All Rights Reserved.

• Comply with the PIN Management Requirements Documents

ID#: 111011-140412-0026505

# Magnetic-Stripe Terminals

## Service Codes at Point-of-Transaction Terminals

The table below specifies requirements for Service Code acceptance at Point-of-Transaction Terminals.

**Requirements for Service Code Acceptance at Point-of-Transaction Terminals**

| Terminal Type | Terminal Requirements |
|---|---|
| All Point-of-Transaction Terminals with Online capability | Must either:<br><br>• Read and act upon all Service Codes, as specified in the *Payment Technology Standards Manual*<br><br>• Seek Issuer Authorization on all Transactions (Zero Floor Limit) |
| All Point-of-Transaction Terminals with Data Capture-Only Capability | Must both:<br><br>• Examine Service Codes<br><br>• Act upon Service Codes<br><br>as specified in the *Payment Technology Standards Manual* |

ID#: 031209-010210-0004825

## Account Number Acceptance at Terminals

An Acquirer that processes Visa or Visa Electron Transactions from a Point-of-Transaction Terminal (excluding an ATM) must ensure that the terminal accepts all 16-digit Account Numbers that contain a valid Visa-assigned BIN for Visa and Visa Electron Transactions.

ID#: 010410-010410-0004769

## Account Number Processing at Terminals

All Member Point-of-Transaction processing systems (excluding ATMs) must be able to accept all 16-digit Account Numbers that contain a valid Visa-assigned BIN.

ID#: 010410-010410-0004770

© 2011 Visa. All Rights Reserved.

**Magnetic-Stripe Terminal Requirements (Updated)**

An Acquirer must ensure that a Magnetic-Stripe Terminal:

- Is used to obtain Authorization through the V.I.P. System and is able to read all Magnetic Stripes that conform to the specifications in the:
  - *Visa International Operating Regulations*
  - *Visa Product Brand Standards*
  - *Payment Technology Standards Manual*
  - *Transaction Acceptance Device Requirements*
- Transmits the entire unaltered contents of all data encoded on either track 1 or track 2 of the Magnetic Stripe
- Does **not** erase or alter any magnetic encoding on a Card
- Does **not** display or print more information than is embossed or printed on the front or back of the Card. This prohibition does **not** apply to displaying or printing the full Account Number on a Visa Electron Card with a partial Account Number.

ID#: 151011-010210-0003619

**Dual-Reader Terminals**

All new Magnetic-Stripe Terminals produced with dual-reader heads must be capable of processing and distinguishing the Magnetic Stripe containing Visa payment data from other proprietary Magnetic Stripes that may be present on the Card.

ID#: 010410-010410-0003620

**Magnetic-Stripe Terminal Capability - AP Region**

An AP Acquirer must ensure that all Magnetic-Stripe Terminals are capable of reading a Card with a high-coercivity Magnetic Stripe.

ID#: 010410-010410-0004857

# Chip-Reading Terminals

**Chip-Reading Device International Interoperability**

Chip-Reading Devices that accept Visa Cards and Visa Electron Cards and placed in service **on or after 1 January 2001** must meet Visa specifications for international interoperability and functionality, including:

- *EMV Integrated Circuit Card Specifications for Payment Systems*

© 2011 Visa. All Rights Reserved.

- *Transaction Acceptance Device Requirements*

ID#: 081010-010410-0004826


## Chip-Reading Device Requirements

When installing an EMV-Compliant Chip-Reading Device to accept a Visa or Visa Electron Payment Application, an Acquirer must ensure that the terminal:

- Has been approved by Visa, or an entity authorized by Visa
- Meets the *EMV Integrated Circuit Card Specifications for Payment Systems*
- Has the capability to have its Visa Public Keys replaced in an acceptable method by any date specified by Visa

ID#: 010410-010410-0004827


## Chip Interoperability Problems

If Visa determines that an Acquirer or Acquirer's agent has a high-severity Chip interoperability problem and that progress toward an agreed-upon resolution plan is no longer acceptable, the Acquirer or Acquirer's agent is subject to the requirements of "Chip Interoperability Compliance Program."

ID#: 010410-010410-0004828


## Acquirer Device Validation Toolkit

An Acquirer must successfully complete the Acquirer Device Validation Toolkit (ADVT) process, as specified in the *Acquirer Device Validation Toolkit User Guide,* before deploying or upgrading a Chip-Reading Device. An Acquirer that fails to successfully complete the ADVT process may be subject to the requirements of "Chip Interoperability Compliance Program."

**Effective 1 July 2010,** an Acquirer may perform ADVT testing only on a device containing a kernel or interface module (IFM) with an expiration date after 1 July 2010.

**Effective 1 October 2010,** an Acquirer that tests with the ADVT must submit test results using the Chip Compliance Reporting Tool (CCRT).

**Effective 1 January 2011,** an Acquirer must not submit ADVT test results for a device containing a kernel or interface module (IFM) that has expired.

ID#: 081010-010410-0008887

© 2011 Visa. All Rights Reserved.

## Variable Length Account Numbers at a Chip-Reading Device

An Acquirer must ensure that all Chip-Reading Devices that accept Visa and Visa Electron Cards support variable-length Account Numbers up to and including 19 digits.

ID#: 010410-010410-0004830

## Dynamic Data Authentication on a Chip-Reading Device

An Acquirer must ensure that Dynamic Data Authentication is active in all Chip-Reading Devices that accept Visa and Visa Electron Cards, unless the device obtains an Online Authorization for all Transactions.

ID#: 010410-010410-0004831

## Chip-Reading Device and Transmission Requirements (Updated)

An Acquirer must ensure that an EMV-Compliant Chip-Reading Device:

- Reads the Magnetic Stripe

- Reads the Chip if an EMV- and VIS-Compliant Chip is present, and does **not** allow the Chip-Reading Device to override the Chip Authorization controls by manually prompting the device to use the Magnetic Stripe. The Magnetic Stripe may be read only if the Chip is **not** EMV- and VIS-Compliant, or the Chip or Chip reader is inoperable.

- **Effective through 14 October 2011,** supports "No CVM (Cardholder Verification Method) required" for all EMV-Compliant Chip-Reading Unattended Acceptance Terminals that perform Cardholder-Activated Transactions Type A and Cardholder-Activated Transactions Type B

- **Effective 15 October 2011,** supports "No CVM (Cardholder Verification Method) required" for all EMV-Compliant Chip-Reading Unattended Cardholder-Activated Terminals that do not require PINs for all Transactions

- If capable of performing Online Transactions, performs Terminal Risk Management, as specified in the *EMV Integrated Circuit Card Specifications for Payment Systems*

- Supports Post-Issuance Application Change commands if the Acquirer is capable of processing Full-Chip Data

- Captures and transmits Full-Chip Data for all Chip-initiated Transactions

- Supports the terminal action codes and facilitates access to multiple accounts on a Chip Card, as specified in the *Transaction Acceptance Device Requirements*

- Presents mutually supported Payment Applications contained in the Chip to the Card, or to the Cardholder where the Cardholder has the ability to select the Payment Application, and does **not** discriminate between Payment Applications, except as stipulated by the Chip parameters

ID#: 111011-010410-0004832

   VISA PUBLIC

© 2011 Visa. All Rights Reserved.

## Chip-Reading Device Online Authorization Requirements

Chip-Reading Devices must be capable of requiring an Online Authorization for the next consecutive Magnetic Stripe-read Transaction originating from a Chip Card when:

- An EMV-Compliant Chip Card read was unsuccessful
- The Service Code indicates the presence of a Chip

When referring to Magnetic-Stripe Data, an EMV-Compliant Chip-Reading Device may only expect Magnetic-Stripe track 2 information, and the Cardholder name from track 1 (track 1 discretionary data is optional).

ID#: 010410-010410-0004833

## Chip-Reading Device Plaintext Offline PIN Requirements (Updated)

**Effective through 14 October 2011,** Chip-Reading Devices (including Unattended Acceptance Terminals) placed in service on or after 1 April 2001 that support "Enciphered Offline PIN" must also support "Plaintext Offline PIN."

**Effective 15 October 2011,** Chip-Reading Devices (including Unattended Cardholder-Activated Terminals) placed in service on or after 1 April 2001 that support "Enciphered Offline PIN" must also support "Plaintext Offline PIN."

ID#: 111011-010410-0004834

## Acquirer Chip Card Acceptance Requirements

A Full-Chip Data Acquirer must accept and process VIS and Common Core Definitions Chip Cards, as specified in the:

- *VisaNet Member Implementation Guide*
- *VSDC Member Implementation Guide*
- *VSDC System Technical Manual*

ID#: 010410-010410-0004835

## Chip-Reading Device PIN Requirements (Updated)

An Acquirer must ensure that an EMV-Compliant Chip-Reading Device:

- Is equipped with ports that support devices capable of prompting for, and accepting a PIN based upon, Cardholder Verification Method parameters encoded on the Chip
- **Effective through 14 October 2011,** does not display the Visa Brand Mark or Visa Brand Mark with the Electron Identifier on PIN-only Chip-Reading Devices, excluding ATMs and Unattended Acceptance Terminals that perform Cardholder-Activated Transactions Type C

© 2011 Visa. All Rights Reserved.

- **Effective 15 October 2011,** does not display the Visa Brand Mark or Visa Brand Mark with the Electron Identifier on PIN-only Chip-Reading Devices, excluding ATMs and Unattended Cardholder-Activated Terminals that only accept PINs for Cardholder Verification

- **Effective through 14 October, 2011,** does not prompt international Cardholders for a PIN unless required by the Chip, excluding ATMs and Unattended Acceptance Terminals that perform Cardholder-Activated Transactions Type C

- **Effective 15 October 2011,** does not prompt international Cardholders for a PIN unless required by the Chip, excluding ATMs and Unattended Cardholder-Activated Terminals that only accept PINs for Cardholder Verification

ID#: 151011-010410-0004836


## Chip-Reading Device PIN Capability Requirements

New Chip-Reading Devices that accept Visa or Visa Electron Cards must be PIN-capable and comply with the Chip-Reading Device requirements in the *Visa International Operating Regulations.*

ID#: 010410-010410-0004837


## Chip-Reading Device PIN Pad Requirements

A Chip-Reading Device must have either a PIN pad or a port capable of supporting a PIN pad.

If a PIN pad is present and active, the Chip-Reading Device must:

- Comply with Visa encryption standards
- Act on the Cardholder Verification Method List

ID#: 010410-010410-0008502


## Chip-Reading Device Software Support Requirements

A Chip-Reading Device must be capable of supporting software to enable the functions specified in "Chip-Reading Device PIN Pad Requirements" if either the:

- Chip-Reading Device is equipped with a PIN pad port only
- PIN pad is inactive for Visa Chip-initiated Transactions

ID#: 010410-010410-0004840


## Chip-Reading Device PIN Pad Activation Requirements

If a PIN pad is active for other Chip-enabled payments, it must be active for Visa Chip-initiated Transactions.

© 2011 Visa. All Rights Reserved.

Exceptions to "Chip Reading Device PIN Pad Requirements" and "Chip-Reading Device Software Support Requirements" are permitted when compliance is inherently impractical (e.g., road tolls, transit applications, situations where a Cardholder would not expect interaction with a Chip-Reading device).

ID#: 010410-010410-0004841

## Chip Transaction Acquirer Data Requirements

An Acquirer that processes a Chip-initiated Transaction must:

- Properly identify the Authorization Response code in the Clearing Record initiated by an EMV-Compliant Chip-Reading Device, as specified in the VisaNet manuals

- Use the appropriate POS Entry Mode code value ("05," "07," "91," or "95")

- Provide the Authorization Response code in the Clearing Record for a Chip-initiated Transaction that is approved offline

- Support Full-Chip Data processing via its host system. An Acquirer that is unable to support Full-Chip Data processing via its host system is prohibited from deploying or supporting Chip-Reading Devices with the Chip functionality enabled and must either:

  – Update its host system and network functionality to support Full-Chip Data

  – Disable Chip functionality in all Chip-Reading Devices connected to its host system

ID#: 111011-150210-0004842

## Chip-Reading Device Acquirer Public Keys Requirements

An Acquirer must ensure that the Visa Public Keys are replaced by any date specified by Visa.

ID#: 010410-010410-0004843

## Acquirer Chip-Reading Device Information Responsibilities

An Acquirer is responsible for the actions of a Chip-Reading Device that provides improper information and processing decisions to the Chip.

ID#: 010410-010410-0006018

## PIN Capability at Chip-Reading Devices - AP Region

All new Chip-Reading Devices in the AP Region, certified by EMV Co, must be capable of accepting a PIN, with plaintext and enciphered Offline PIN Verification as the minimum requirement.

ID#: 010410-010410-0004860

© 2011 Visa. All Rights Reserved.

## ATM EMV Capability in Australia and New Zealand – AP Region

**Effective 1 January 2011**, all new ATMs in Australia must be EMV Level 1 compliant. [43]

**Effective 1 April 2011**, all new ATMs in New Zealand must be EMV Level 1 compliant.

ID#: 050411-060111-0026183

## Chip Reading Terminal Requirements in Australia – AP Region

In addition to the requirements specified in the *Visa International Operating Regulations* – "Chip-Reading Terminals," an Acquirer in Australia must ensure that an EMV- and VIS-Compliant Chip-Reading Device complies with the following requirements:

An EMV- and VIS-Compliant Chip-Reading Terminal:

- Must support and accept an Online and Offline PIN based upon the Cardholder Verification Methods encoded in the Chip
- Must support PIN bypass. If PIN is not used, the Merchant must obtain signature as Cardholder Verification Method

An EMV- and VIS-Compliant Chip-reading Unattended Acceptance Terminal:

- Must support "No CVM (Cardholder Verification Method) required" for all EMV- and VIS-Compliant Chip-reading Unattended Acceptance Terminals that perform Cardholder-Activated Transaction Type A and Cardholder-Activated Transaction Type B
- Must support Online PIN
- Must support Offline PIN. All Unattended Acceptance Terminals that support "Enciphered Offline PIN" must also support "Plaintext Offline PIN."

These terminal requirements apply to all EMV- and VIS-Compliant Chip-Reading Terminals (including EMV- and VIS-Compliant Chip-Reading Unattended Acceptance Terminals).

ID#: 050411-060111-0026184

## Chip Reading Terminal Risk Management in Australia – AP Region

An Acquirer in Australia must ensure the random transaction selection of a Terminal Risk Management process does not exceed 10% of the total Below-Floor Limit Transactions for all EMV- and VIS-Compliant Chip-Reading Terminals.

ID#: 050411-060111-0026185

---

43   EMV hardware capable and EMV Level 1 certified but not fully certified or active.

© 2011 Visa. All Rights Reserved.

**PIN-Entry Bypass Prohibition - Canada Region**

A Canada Acquirer must ensure that PIN entry on a Compliant Chip-Reading Device with a PIN Entry Device cannot be bypassed by the Acquirer, the Merchant, or an agent of the Acquirer or the Merchant.

ID#: 010410-010410-0004863

**Offline PIN at Compliant Chip-Reading Devices - Canada Region**

Compliant Chip-Reading Devices in the Canada Region must support both plaintext PINs that are verified offline and enciphered PINs that are verified offline.

ID#: 010410-010410-0004866

**Chip-Reading Device Manual Cash Disbursements - Canada Region**

All Canada Acquirers must ensure that all Compliant Chip Card Reading Devices offering Manual Cash Disbursements meet all of the following requirements:

- Support signature as a Cardholder Verification Method (CVM)
- Do not support "No CVM required" as a CVM
- Support either:
  - Enciphered PINs that are verified online
  - Plaintext PINs and enciphered PINs that are verified offline

ID#: 010410-010410-0004871

**Manual Cash Disbursement - Magnetic-Stripe-Read - Canada Region**

A Compliant Chip Card Reading Device offering Manual Cash Disbursements in the Canada Region may complete a Transaction using Magnetic-Stripe Data when a Compliant Chip Card cannot be read.

ID#: 010410-010410-0004872

**Manual Cash Disbursement Fallback Transactions - Canada Region**

A Canada Acquirer must ensure the Issuer is aware when a Manual Cash Disbursement Authorization Request is for a Fallback Transaction.

ID#: 010410-010410-0004873

© 2011 Visa. All Rights Reserved.

## Chip-Related Acquirer Fraud Liability - Canada Region

A Canada Acquirer is liable for any fraudulent Transactions that result from improper information and/or processing decisions provided to a Compliant Chip Card by either a Compliant Chip Card Reading Device or a Chip-Reading Device.

ID#: 010410-010410-0004875

## Chip-Reading Device Authorizations - CEMEA Region

A CEMEA Acquirer must identify all Authorization messages originating from EMV-Compliant Chip-Reading Devices using the appropriate Values within Field 60, "Additional POS Information," as specified in the VisaNet manuals.

ID#: 050411-010410-0004886

## Chip-Reading Device General Requirements - CEMEA Region

When installing an EMV-Compliant Chip-Reading Device to accept a Visa or Visa Electron Payment Application, or upgrading an existing non-EMV or EMV compatible-only chip terminal to comply with full EMV specifications, a CEMEA Acquirer must ensure that the terminal:

- Has been approved by Visa, or by an entity authorized by Visa
- Meets the *EMV Integrated Circuit Card Specifications for Payment Systems*
- Meets the *Transaction Acceptance Device Requirements*
- Has its Visa Public Keys replaced by any date specified by Visa

ID#: 081010-010410-0007252

## Non-EMV and EMV Compatible Terminal Requirements - CEMEA Region

All Chip-Reading Devices in the CEMEA Region that use chip technology to accept Visa Cards and Cards bearing the Visa Brand Mark with the Electron Symbol, including both non-EMV and EMV compatible-only Chip terminals, must:

- Be fully EMV-Compliant
- Operate in line with the Smart Payment Product Principles
- Support Static and Dynamic Data Authentication, with the optional exception of Online-only devices

ID#: 010410-010410-0008503

© 2011 Visa. All Rights Reserved.

**Chip-Reading Device Requirement to Support Signature - CEMEA Region**

A CEMEA Acquirer must ensure that all EMV-Compliant Chip-Reading Devices at Merchant Outlets support "signature."

ID#: 010410-010410-0004894

**Online-Capable Chip-Reading Device Plaintext Offline PIN Requirements - CEMEA Region**

A CEMEA Acquirer must ensure that all Online-Capable Chip-Reading Devices at Merchant Outlets support both "Plaintext PIN verified offline" and "Enciphered PIN verified offline," with the optional exception of Online-only devices.

ID#: 010410-010410-0004896

**Unattended Acceptance Terminal Magnetic-Stripe Option - CEMEA Region (Updated)**

**Effective through 14 October 2011,** in the CEMEA Region, if an EMV-Compliant Chip Card cannot be read:

- An Online-only Chip-Reading Unattended Acceptance Terminal may complete a Transaction using Magnetic-Stripe Data
- An Offline-only Chip-Reading Unattended Acceptance Terminal must **not** complete a Transaction using Magnetic-Stripe Data

ID#: 111011-010410-0008504

**Online-Only Chip-Reading Device Plaintext Offline PIN Requirements - CEMEA Region**

A CEMEA Acquirer must ensure that all Online-Only Chip-Reading Devices at Merchant Outlets support "Enciphered PIN verified Online" if these Devices do **not** support both "Plaintext PIN verified offline" and "Enciphered PIN verified offline," with the optional exception of Online-only devices.

ID#: 010410-010410-0004897

**Chip-Related Data Acquirer Responsibilities - CEMEA Region**

In the CEMEA Region, an Acquirer is responsible for the actions of a Chip-Reading Device that provides information and processing decisions to the Chip that are **not** in accordance with the *Visa International Operating Regulations,* the CEMEA Regional Operating Regulations, *EMV Integrated Circuit Card Specifications for Payment Systems,* and *Transaction Acceptance Device Requirements.*

© 2011 Visa. All Rights Reserved.

An Acquirer must identify all Authorization messages originating from EMV-Compliant Chip-Reading Devices using the appropriate values within Field 60, "Additional POS Information," as specified in the VisaNet manuals.

An Acquirer must provide the Authorization response codes in the Clearing Record for Chip-Initiated Transactions that are offline-approved.

A Chip Acquirer must provide all full Chip data within Field 55 of the VisaNet message.

ID#: 050411-010410-0004898

## Chip-Reading Device Service Code Requirements - U.S. Region

To recognize EMV-Compliant Chip Cards when Visa Smart Payment is supported, a U.S. Acquirer must ensure that all EMV-Compliant Chip-Reading Devices act upon the Service Code read from the Magnetic Stripe.

ID#: 010410-010410-0006844

# Proximity/Contactless Payment Terminals

## Proximity Payment Terminal Combination Testing Requirements

An Acquirer or Acquirer's agent must perform successful combination testing using the ADVT-qVSDC device module or other Visa-approved combination testing tool before deployment of a quick Visa Smart Debit/Credit (qVDCS) Proximity Payment reader at a Point-of-Transaction Terminal.

ID#: 081010-130809-0008835

## Proximity Payment POS Entry Mode Code

An Acquirer must ensure that a Proximity Payment terminal uses the proper POS Entry Mode code, as indicated in "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A) and "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B) to identify that the Transaction is processed as one of the following:

- Chip Card Transaction

- Magnetic-Stripe Card Transaction

- Proximity Payment Transaction

All new Proximity Payment terminals deployed in countries without existing Visa Proximity Payment terminal implementations must **not** limit a contactless Face-to-Face Environment Transaction by Transaction amount.

© 2011 Visa. All Rights Reserved.

This provision does **not** apply to Acquirers in Visa Europe.

ID#: 081010-010410-0002058

## Proximity Payment Terminal Compliance

**Effective 1 April 2008,** all new Proximity Payment terminals in countries without existing contactless implementations must comply with the Visa Contactless Payment Specifications.

**Effective 1 January 2012:**

- A Proximity Payment Terminal placed in the AP, Canada, CEMEA, or LAC Regions must comply with the *Visa Contactless Payment Specification 2.0* or later [44] and must be capable of processing a Transaction using the qVSDC transaction path and transmitting the resultant Chip data to VisaNet

- A newly placed Proximity Payment Terminal in the U.S. Region must comply with the *Visa Contactless Payment Specification 2.0* or later and must be capable of supporting both qVSDC and MSD Transaction paths. If the Merchant's Acquirer is not certified to process Chip data, qVSDC capability may be inactive.
  Where qVSDC is supported, the Proximity Payment terminal may require an Online Authorization for all Transactions.

**Effective 1 January 2015,** in the U.S. Region, MSD transaction path support is not required for Proximity Payment terminals that are connected to an Acquirer platform certified for Chip data.

ID#: 151011-010408-0002059

## Contactless Program Compliance

**Effective 1 April 2008,** all new contactless programs in countries without existing contactless implementations must comply with the Visa Contactless Payment Specifications.

**Effective 1 January 2012,** all contactless programs must comply with the Visa Contactless Payment Specifications.

ID#: 220411-010408-0002054

## Proximity Payment Transaction Compliance

A Proximity Payment Transaction must comply with either the:

- Visa Contactless Payment Specifications

- *Visa Contactless Payment Specification ISO 14443 Type A and Type B*

ID#: 220411-010410-0002053

---

44 **Effective 1 January 2013** for Proximity Payment terminals placed in Korea, Malaysia and Taiwan. Visa Touch readers placed in Japan are exempt from this requirement.

© 2011 Visa. All Rights Reserved.

## Proximity Payment Transactions - AP Region

In the AP Region, a Proximity Payment Terminal and a Proximity Payment Transaction must comply with all of the following:

• Visa Contactless Payment Specifications

• *Visa Contactless Payment Service - Visa Asia Pacific Reader Interface Specification*

• *Visa Contactless Payment Service - Visa Asia Pacific Reader Specification*

• *Visa Contactless Payment Service - Visa Asia Pacific Terminal Specification*

• *Visa payWave Asia Pacific Member Implementation Guide*

An AP Member participating in Proximity Payment Transactions must report the summary of all Proximity Payment Transactions to Visa quarterly as specified in the *Visa payWave Asia Pacific Member Implementation Guide*.

ID#: 111011-010510-0025706

## Proximity Payment Authorization Requirements - AP Region

In the AP Region, a domestic Proximity Payment Transaction must be authorized offline if all of the following:

• The Transaction amount is less than or equal to the Floor Limits specified in the following table:

• The cumulative value authorized offline in consecutive Proximity Payment Transactions does not exceed cumulative offline limits specified in the *Visa payWave Asia Pacific Member Implementation Guide*

**Domestic Proximity Payment Transaction Authorization Floor Limits – AP Region**

| Country | Proximity Payment Floor Limit in Local Currency |
|---------|--------------------------------------------------|
| Australia | AUD 100 |
| Hong Kong[1] | HKD 500 |
| Indonesia[1] | IDR 200,00 |
| Malaysia[1] | MYR 150 |
| People's Republic of China[1] | RMB 500 |
| S. Korea | KRW 50,000 |
| Singapore[1] | SGD 100 |
| Taiwan[1] | NTD 3,000 |

© 2011 Visa. All Rights Reserved.

| Country | Proximity Payment Floor Limit in Local Currency |
|---------|--------------------------------------------------|
| Thailand[1] | THB 1,500 |
| New Zealand | NZ 80 |
| Japan | JPY 10,000 |
| Philippines | PHP 2.000 |

1. These countries may limit the maximum value of a single Proximity Payment Transaction up to the Transaction limits specified in the table above.

ID#: 050411-010100-0025707

## Proximity Payment Issuer Requirements - AP Region

The cumulative value authorized offline in consecutive Proximity Payment Transactions must not exceed the cumulative offline limits specified in the *Visa payWave Asia Pacific Member Implementation Guide*.

An Issuer must not send a Referral Response to an Authorization Request for a Proximity Payment Transaction.

ID#: 050411-010100-0025708

## Proximity Payment Program Acquirer Obligations - Canada Region

A Canada Acquirer that deploys Proximity Payment Devices that are capable of processing offline-authorized Transactions must permit Proximity Payment Transactions to be conducted offline for the maximum amount programmed by the Issuer on the Proximity Payment Card.

The Canada Acquirer must process Proximity Payment Transactions in accordance with the Visa Contactless Payment Specifications and ensure that Proximity Payment Transactions can be processed as programmed by the Issuer on the Proximity Payment Card.

ID#: 220411-010410-0002077

## Proximity Payment Transaction Requirements - Canada Region

In the Canada Region, a Proximity Payment Transaction must be a Transaction that is made with a Visa Card issued by a Member and that uses either:

• The version of the qVSDC protocol that uses Cryptogram 17 as defined in the Visa Contactless Payment Specifications and the Proximity Payment Transaction is either Online or offline-authorized

© 2011 Visa. All Rights Reserved.

- The MSD protocol as defined in the Visa Contactless Payment Specifications and the Proximity Payment Transaction is fully authorized by having a Zero Floor Limit

ID#: 220411-010410-0002078

## Proximity Payment Transaction Receipts - Canada Region

Transaction Receipts are **not** required to be issued for a Proximity Payment Transaction in the Canada Region, but must be provided if requested by a Cardholder. The Transaction Receipt is only required to contain the total Transaction amount and Transaction Date. A Cardholder Verification Method (CVM), such as PIN or signature, is **not** required.

ID#: 010410-010410-0002079

## Proximity Payment Device Requirements - Canada Region

A Proximity Payment Device in the Canada Region must support the version of the qVSDC protocol that uses Cryptogram 17, and may also support the MSD protocol, as defined in the Visa Contactless Payment Specifications.

ID#: 220411-010410-0002080

## Acquirer Contactless Program Requirements - U.S. Region

A U.S. Acquirer must:

- Ensure that a Point-of-Transaction Terminal with Contactless Payment capability has been approved by Visa, or an entity authorized by Visa
- Comply with operating requirements specified in the *Visa U.S.A. Contactless Payment Program Member Implementation Guide*
- Ensure that its Merchant displays the Contactless Payment signage specified in the *Contactless Indicator and Contactless Symbol Reproduction and Applications Guide*

ID#: 010410-010410-0002042

## Merchant Registration for Contactless - U.S. Region

A U.S. Acquirer must register its Merchant in order for the Merchant to participate in the Visa Contactless Payment Program. Registration information is available upon request from Visa.

ID#: 010410-010410-0002043

## Contactless Payment Processing - U.S. Region

A U.S. Acquirer that processes Contactless Payment Transactions must:

© 2011 Visa. All Rights Reserved.

- Identify a Contactless Payment Transaction in the VisaNet Authorization Request by using the appropriate POS Entry Mode code value, as specified in "Required Data for Authorization Requests and Responses" (Exhibit OO - U.S. Region)

- Transmit full contents of the Magnetic Stripe or Contactless Payment Chip, including any Device Indicator values, if present, in its Authorization Request

- Assign the appropriate Terminal Entry Capability code in the Clearing Record, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN - U.S. Region)

- Comply with processing requirements as specified in:

  – *Visa U.S.A. Contactless Payment Program Technical Implementation Guide*

  – *Visa U.S.A. Contactless Payment Program Member Testing and Certification Guide*

  – Appropriate VisaNet manual, including Proximity Payment processing requirements, which are also applicable to Contactless Payment Transactions

- Ensure that its Merchant complies with requirements specified in the *Visa U.S.A. Contactless Payment Merchant Testing Guide*

ID#: 010410-010410-0002044


## Transactions Not Exceeding US $25 - U.S. Region

**Effective 17 April 2010 through 15 October 2010,** for Transactions less than or equal to US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability, a U.S. Merchant is not required to either:

- Obtain the Cardholder signature

- Provide a Transaction Receipt, unless the Cardholder requests one

This applies to all Transaction types, including Magnetic-Stripe, Contactless Payment, and Chip Card Transactions.

ID#: 081010-170410-0025582


## Dynamic Currency Conversion Prohibitions - U.S. Region

**Effective through 6 October 2010,** in the U.S. Region, a Transaction must **not** be processed as a Contactless Payment Transaction if Dynamic Currency Conversion is performed.

ID#: 050411-010410-0002050

© 2011 Visa. All Rights Reserved.

## Cardholder-Activated Terminals - Self-Service Terminals, Automated Dispensing Machines, Limited Amount Terminals - U.S. Region

### Cardholder Activated Terminal - Participation Requirements - U.S. Region (Updated)

**Effective through 14 October 2011,** before activating a Cardholder-Activated Terminal, a U.S. Acquirer must submit to Visa:

- Detailed written operational plan for each proposed Merchant Agreement with a Cardholder-Activated Terminal Merchant. The plan must include at least:
  – Type of goods and services to be provided
  – Type of Cardholder-Activated Terminal to be used
  – Transaction flow explanation
  – Proposed Authorization procedure, if applicable
  – Risk management plan
- Written certification that each participating Cardholder-Activated Terminal meets the required standards specified in the U.S. Regional Operating Regulations

Visa may impose additional operating requirements as it deems necessary.

ID#: 111011-010410-0006020

### Cardholder-Activated Terminal - Cancellation Message Requirements - U.S. Region (Updated)

**Effective through 14 October 2011,** a U.S. Acquirer must send a cancellation message to the V.I.P. System:

- At any time before the terminal begins operation, if the Cardholder cancels the Transaction request
- Whenever the terminal cannot complete the Transaction due to a failure or timeout resulting from a delayed Authorization Response

ID#: 111011-010410-0004936

### Cardholder-Activated Terminal - Declines - U.S. Region

**Effective through 14 October 2011,** if an Automated Dispensing Machine or Self-Service Terminal allows a U.S. Acquirer to cancel a Transaction before the machine or terminal begins operation, the Acquirer may decline the request without Issuer permission.

ID#: 111011-010410-0004937

© 2011 Visa. All Rights Reserved.

**Cardholder-Activated Terminal - Card Retention - U.S. Region (Updated)**

**Effective through 14 October 2011,** in the U.S. Region, an Automated Dispensing Machine, Self-Service Terminal, or Limited-Amount Terminal is **not** required to have the ability to retain Visa Cards or Visa Electron Cards. If it does have the ability, it may retain the Card only upon Issuer request.

ID#: 111011-010410-0004938

**Cardholder Activated Terminal - Card Retention Requirements - U.S. Region (Updated)**

**Effective through 14 October 2011,** if a Visa Card or Visa Electron Card is retained, a U.S. Acquirer or U.S. Merchant must:

- Log it under dual custody immediately after removal from the Cardholder-Activated Terminal
- Render it unusable and return it to the Issuer

An Issuer is **not** required to pay a reward to the Acquirer. The Acquirer may collect a handling fee.

ID#: 111011-010410-0008516

**Automated Dispensing Machine - PIN and Security Requirements - U.S. Region (Updated)**

**Effective through 14 October 2011,** a U.S. Acquirer of an Automated Dispensing Machine must obtain approval from Visa for PIN handling and security before the Automated Dispensing Machine may accept Cards.

ID#: 111011-010410-0004941

**Automated Dispensing Machine Requirements - U.S. Region (Updated)**

**Effective through 14 October 2011,** an Automated Dispensing Machine in the U.S. Region must:

- Accept PINs that are 4, 5, or 6 digits or alphabetic characters, or a combination, as a substitute for a signature
- Read and transmit the entire unaltered contents of either track 1 or track 2 of the Magnetic Stripe or Chip
- **Effective through 15 October 2010,** produce a Transaction Receipt (not required for Small Ticket Transactions unless requested by the Cardholder)
- **Effective 16 October 2010,** produce a Transaction Receipt (not required for Visa Easy Payment Service Transactions unless requested by the Cardholder)
- Have a standard PIN pad
- Display the Visa Flag Symbol or the Visa Brand Mark

© 2011 Visa. All Rights Reserved.

- Comply with the:
  - *Payment Technology Standards Manual*
  - *PIN Management Requirements Documents*
  - *Transaction Acceptance Device Requirements*
  - Appropriate VisaNet manual

An Automated Dispensing Machine must **not** dispense Scrip.

ID#: 111011-010100-0008517

## Automated Dispensing Machine Cardholder Messages - U.S. Region (Updated)

**Effective through 14 October 2011,** an Automated Dispensing Machine in the U.S. Region must be capable of conveying at least the following information to the Cardholder:

- Card invalid for this service
- Service unavailable now
- Invalid PIN - Re-enter
- Card retained

ID#: 111011-010410-0004946

## Limited-Amount Terminal Requirements - U.S. Region (Updated)

**Effective through 14 October 2011,** a Limited-Amount Terminal in the U.S. Region must:

- Perform data capture of the Account Number, Transaction Date, and Transaction amount
- Read track 1 or track 2 of the Magnetic Stripe or the Chip data and validate the Service Code, Account Number, and expiration date
- Check the Account Number against an exception file for Authorization, if the Limited-Amount Terminal can retain this information
- Produce a Transaction Receipt, except for Magnetic-Stripe Telephones
- Limit the Transaction amount to US $25

A Limited-Amount Terminal must **not** dispense Scrip.

ID#: 111011-010410-0008518

## Limited-Amount Terminals - Merchant Category Code Restrictions - U.S. Region (Updated)

**Effective through 14 October 2011,** all Limited-Amount Terminals in the U.S. Region must be restricted to the following Merchant Category Codes:

© 2011 Visa. All Rights Reserved.

- 4111, "Local and Suburban Commuter Passenger Transportation, Including Ferries"
- 4112, "Passenger Railways"
- 4131, "Bus Lines"
- 4784, "Tolls and Bridge Fees"
- 7523, "Parking Lots and Garages"

An exception may be made only with prior written approval from Visa.

ID#: 111011-010410-0006024

## Self-Service Terminal Requirements - U.S. Region (Updated)

**Effective through 14 October 2011,** a Self-Service Terminal in the U.S. Region must:

- Read and transmit the entire unaltered contents of either track 1 or track 2 of the Magnetic Stripe or the Chip data, as specified in the appropriate VisaNet manual
- **Effective through 15 October 2010,** produce a Transaction Receipt (not required for Small Ticket Transactions unless requested by the Cardholder)
- **Effective 16 October 2010,** produce a Transaction Receipt (not required for Visa Easy Payment Service Transactions unless requested by the Cardholder)
- Limit the Transaction amount to US $50 for all Transactions, with the exception of Transactions conducted at an Automated Fuel Dispenser

A Self-Service Terminal must **not** dispense Scrip.

ID#: 111011-010410-0004953

## Automated Fuel Dispensers

### Automated Fuel Dispenser Authorization Options

An Automated Fuel Dispenser Merchant may:

- Obtain an Authorization for the full amount of a Transaction exceeding one of the following:
    - For a Chip or PIN-initiated Transaction, US $100, or local currency equivalent
    - For all other Transactions, US $75, [45] or local currency equivalent
- Obtain a Status Check Authorization for Transactions less than or equal to either:
    - For a Chip- or PIN-initiated Transaction, US $100, or local currency equivalent
    - For all other Transactions, US $75, or local currency equivalent
- Participate in Real-Time Clearing, as follows:

© 2011 Visa. All Rights Reserved.

- Send a preauthorization request for an estimated amount (not to exceed US $500, or local currency equivalent), based on the Merchant's good faith estimate of the final Transaction amount, taking into account, among other factors, typical spending patterns at the Merchant location

- Send the actual Transaction amount (Completion Message) to the Issuer within X of the preauthorization request

- Participate in Partial Authorization

In the U.S. Region, the Completion Message for a Real-Time Clearing Transaction must be for an amount equal to or less than the authorized amount, including partial approvals, and must be properly identified as specified in "Automated Fuel Dispenser Real-Time Clearing Transaction Processing Requirements – U.S. Region." *(This only applies in the U.S. Region.)*

The Automated Fuel Dispenser Merchant is protected from Chargeback Reason Code 72, "No Authorization," for the amount approved by the Issuer.

Provisions related to Real-Time Clearing are not applicable to Transactions involving Issuers or Acquirers in Visa Europe.

ID#: 111011-150210-0008542


## Automated Fuel Dispenser Requirements (New)

**Effective 15 October 2011,** an Automated Fuel Dispenser must:

- Authorize all Transactions as specified in "Automated Fuel Dispenser Authorization Options"

- Limit the Transaction amount to US $100, or local currency equivalent, except for PIN-verified Transactions. [46] [47]

- For a Real-Time Clearing Transaction, limit the Transaction amount to US $500 or local currency equivalent, except for PIN-verified Transactions

ID#: 111011-151011-0025723


## Status Check Authorization Restriction

Only an Automated Fuel Dispenser Merchant may perform a Status Check Authorization, as specified in "Automated Fuel Dispenser Authorization Options."

ID#: 111011-151209-0025602


## Automated Fuel Dispenser Requirements - CEMEA Region (Updated)

**Effective through 14 October 2011,** an Automated Fuel Dispenser in the CEMEA Region must:

---

45   A variance to this requirement applies in the U.S. Region.
46   A variance to this requirement applies in the U.S. Region.
47   Not applicable to Real-Time Clearing.

© 2011 Visa. All Rights Reserved.

- Be an Unattended Acceptance Terminal

- Process Transactions using Merchant Category Code 5542

- Authorize all Transactions

- Read and transmit the entire contents of the Magnetic Stripe (including the Card Verification Value if applicable)

An Automated Fuel Dispenser must **not** dispense cash.

ID#: 111011-010410-0008541

## Automated Fuel Dispenser Transaction Amount Limits - U.S. Region (Updated)

**Effective through 14 October 2011,** an Automated Fuel Dispenser in the U.S. Region must limit the Transaction amount to:

- For a Visa Fleet Card, US $150

- For all other Cards, US $75

- For a Real-Time Clearing Transaction, US $500

ID#: 111011-010410-0008540

## Automated Fuel Dispenser Authorization Options - U.S. Region 5.2.K (Updated)

An Automated Fuel Dispenser Merchant in the U.S. Region must do one of the following:

- Obtain an Authorization for the exact amount of the Transaction
- Use the Status Check Procedure, if the Transaction amount is:
    – For a Visa Fleet Card Transaction, not more than US $150
    – For all other Cards, not more than US $75
- Process the Transaction using Real-Time Clearing
- **Effective through 30 June 2015,** for an Online Check Card Transaction, obtain an Authorization for an amount based on the estimated Transaction amount, not to exceed US $50

ID#: 111011-010410-0003616

## Status Check Requirements - U.S. Region 5.2.K

An Automated Fuel Dispenser Merchant in the U.S. Region may use the Status Check Procedure if the Transaction amount is:

- For a Visa Fleet Card Transaction, not more than US $150

- For all other Cards, not more than US $75

ID#: 010410-010410-0008462

© 2011 Visa. All Rights Reserved.

**Automated Fuel Dispenser Partial Authorization Requirements - U.S. Region 5.2.K (Updated)**

In the U.S. Region, an Automated Fuel Dispenser Merchant that participates in the Partial Authorization service must:

- Include the Partial Authorization indicator in the Status Check message, as specified in the VisaNet manuals

- Be able to set the Automated Fuel Dispenser terminal to only dispense fuel up to whichever is lower:

  – The amount approved in the Partial Authorization Response by the Issuer

  – The Status Check approval amount allowed by the appropriate Card type, as specified in "Automated Fuel Dispenser Authorization Options - U.S. Region"

- Submit an Authorization Reversal for either:

  – The difference between the amount approved in the Partial Authorization Response and the final Transaction amount of the Cardholder's purchase

  – The full amount of the Partial Authorization Response if the Cardholder does not continue with the Transaction

- Submit a Clearing Transaction only for the amount of fuel dispensed and approved

ID#: 111011-010410-0005401

# Unattended Acceptance Terminals

**Unattended Cardholder-Activated Terminal Acquirer General Requirements (Updated)**

**Effective through 14 October 2011,** an Acquirer that installs Unattended Acceptance Terminals must:

- Comply with the Authorization requirements specified in the *Visa International Operating Regulations*, as applicable. The Authorization is valid if the Authorization amount is greater than or equal to the Transaction amount.

- Identify each Cardholder-Activated Transaction, as specified in "BASE II Record Requirements" (Exhibit 2L) and the *Visa International Operating Regulations*

- Ensure that the terminal:

  – Reads track 1 [48] or 2 of the Magnetic Stripe or processes a Visa Smart Payment

  – Does **not** dispense cash, unless it is an ATM

  – Displays the Merchant name and customer service telephone number

  – Provides a Transaction Receipt [49] [50]

  – Informs the Cardholder that a Transaction Receipt is available upon request if a receipt is not provided automatically

© 2011 Visa. All Rights Reserved.

– Notifies the Cardholder that the Card has been retained, when the terminal is capable of retaining an invalid or expired Card

**Effective 15 October 2011,** an Acquirer that installs Unattended Cardholder-Activated Terminals must ensure that the terminal:

• Reads track 1 or track 2 of the Magnetic Stripe or processes a Visa Smart Payment

• Does not dispense cash

• Does not dispense Scrip

• Displays the Merchant name and customer service telephone number

• Provides a Transaction Receipt (not required for Visa Easy Payment Service Transactions unless requested by the Cardholder)

• Informs the Cardholder that a Transaction Receipt is available upon request if a receipt is not provided automatically

• Notifies the Cardholder that the Card has been retained, when applicable

• For Transactions under the Floor Limit, validates the Service Code, Account Number, and expiration date

• For Transactions under the Floor Limit, performs data capture of the Account Number, Transaction Date, and Transaction Amount

• For Transactions under the Floor Limit, does not complete the Transaction if the Account Number is invalid or if the Card has expired

ID#: 111011-010410-0004816

## Unattended Cardholder-Activated Terminal Documentation Requirements (Updated)

**Effective through 14 October 2011,** an Acquirer must submit a detailed written operational plan to Visa for approval before activating any Unattended Acceptance Terminal that performs Cardholder-Activated Transactions Type A.

**Effective 15 October 2011,** upon request, an Acquirer must submit to Visa a detailed written description or other information, as determined by Visa, relating to its Unattended Cardholder-Activated Terminals.

ID#: 111011-010410-0004815

## Prepaid Purchase at Unattended Terminals (Updated)

**Effective through 14 October 2011,** a Visa Prepaid Card Transaction at an Unattended Acceptance Terminal must meet the following requirements:

---

48   This requirement does not apply to ATMs.

49   This requirement does not apply to Magnetic-Stripe Telephones.

50   **Effective 20 January 2011,** a variance to this requirement applies in the AP Region for Members in Australia and New Zealand for certain vending machine Transactions.

© 2011 Visa. All Rights Reserved.

- Floor Limit is zero
- Merchant identification and its customer service telephone number are displayed

ID#: 111011-010410-0002513

## Unattended Acceptance Terminal Requirements - Type A Transactions (Updated)

**Effective through 14 October 2011,** when an Unattended Acceptance Terminal performs a Cardholder-Activated Transaction Type A, it must:

- Perform data capture of the Account Number, Transaction Date, and Transaction amount
- Validate the Service Code, Account Number, and expiration date
- Limit the Transaction amount to a maximum of US $40, or local currency equivalent
- **Not** complete the Transaction if the Account Number is invalid or if the Card has expired

**Effective 1 May 2008 through 14 October 2011,** unless granted written permission from Visa, existing Unattended Acceptance Terminals must cease performing Cardholder-Activated Transactions Type A for all Merchant Category Codes except:

- 4111, "Local and Suburban Commuter Passenger Transportation, including Ferries"
- 4112, "Passenger Railways"
- 4131, "Bus Lines"
- 4784, "Tolls and Bridge Fees"
- 7523, "Parking Lots and Garages"

**Effective through 14 October 2011,** a new Merchant may deploy Unattended Acceptance Terminals that perform Cardholder-Activated Transactions Type A only for the types of Merchant and Merchant Category Codes listed above, unless granted written permission from Visa.

ID#: 111011-010410-0004818

## Visa Electron Prohibition for Unattended Acceptance Terminal Type A Transactions (Updated)

**Effective through 14 October 2011,** an Unattended Acceptance Terminal must **not** accept Visa Electron Cards for Cardholder-Activated Transactions Type A.

ID#: 111011-010410-0004819

## Unattended Acceptance Terminal Requirements - Type B Transactions (Updated)

**Effective through 14 October 2011,** when an Unattended Acceptance Terminal performs a Cardholder-Activated Transaction Type B, it must:

- Limit the Transaction amount to US $100, [51] [52] [53] or local currency equivalent

© 2011 Visa. All Rights Reserved.

- For a Real-Time Clearing Transaction, limit the Transaction amount to US $500, or local currency equivalent

- Authorize all Transactions

ID#: 111011-010410-0004820


## Unattended Cardholder-Activated Terminal Requirements - PIN Acceptance (Updated)

**Effective through 14 October 2011,** at a minimum, when an Unattended Acceptance Terminal performs a Cardholder-Activated Transaction Type C, it must:

- Accept PINs, according to Visa PIN Security and PIN Entry Device (PED) requirements, as specified in the PIN Management Requirements Documents
- Be capable of conveying at least the following information to the Cardholder:
  – Card invalid for this service
  – Service unavailable now
  – Invalid PIN - re-enter

**Effective 15 October 2011,** an Unattended Cardholder-Activated Terminal that accepts PINs must be capable of conveying at least the following information to the Cardholder:

- Card invalid for this service

- Service unavailable now

- Invalid PIN - re-enter

A Chip-enabled Unattended Cardholder-Activated Terminal may perform PIN Verification in both an Online and offline environment for a Visa Card or Visa Electron Card that contains a Visa Smart Payment application.

ID#: 111011-010410-0004821


## Unattended Acceptance Terminal Transaction Type C PIN Verification (Updated)

**Effective through 14 October 2011,** a Chip-enabled Unattended Acceptance Terminal that performs a Cardholder-Activated Transaction Type C may perform PIN Verification in both an Online and offline environment for a Visa Card or Visa Electron Card that contains a Visa Smart Payment application.

ID#: 111011-010410-0004822

---

51   Not applicable to an In-Transit Terminal or Real-Time Clearing.

52   A variance to this requirement applies in the U.S. Region for Automated Fuel Dispenser Transactions.

53   A variance to this requirement applies in the AP Region for domestic Australia Bill Payment Transactions

© 2011 Visa. All Rights Reserved.

## Unattended Cardholder-Activated Terminal Card Retention (Updated)

**Effective through 14 October 2011,** an Unattended Acceptance Terminal that performs a Cardholder-Activated Transaction Type C is **not** required to have the ability to retain Cards. If it does have this ability, it may retain a Card only upon Issuer request, and the Acquirer or Merchant must:

- Log it under dual custody immediately after removal from the terminal
- Render it unusable and return it to the Issuer. If the Card bears a Chip, the Chip must not be damaged.

The Issuer is not required to pay a reward to the Acquirer. The Acquirer may collect a handling fee.

**Effective 15 October 2011,** an Unattended Cardholder-Activated Terminal is not required to have the ability to retain Cards. If it does have this ability, it may retain a Card only upon Issuer request, and the Acquirer or Merchant must:

- Log it under dual custody immediately after removal from the terminal
- Render it unusable and return it to the Issuer. If the Card bears a Chip, the Chip must not be damaged.

The Issuer is not required to pay a reward to the Acquirer. The Acquirer may collect a handling fee.

ID#: 111011-010410-0004823


## Unattended Cardholder-Activated Terminal Declines (Updated)

**Effective 15 October 2011,** if an Unattended Cardholder-Activated Terminal allows an Acquirer to cancel a Transaction before the machine or terminal begins operation, the Acquirer may decline the request without Issuer permission.

ID#: 161111-151011-0025727


## Unattended Acceptance Terminal Transaction Amounts - Canada Region (Updated)

**Effective through 14 October 2011,** in the Canada Region, an Unattended Acceptance Terminal that performs Cardholder-Activated Transactions Type A must limit the Transaction amount to a maximum of CAD $75.

ID#: 111011-150210-0004861

© 2011 Visa. All Rights Reserved.

**Unattended Acceptance Terminal Plaintext PINs - Canada Region (Updated)**

**Effective through 14 October 2011,** Unattended Acceptance Terminals in the Canada Region that are Compliant Chip-Reading Devices that perform Cardholder-Activated Transactions Type C must support both plaintext PINs that are verified offline and enciphered PINs that are verified offline.

ID#: 111011-010410-0004862

**Cardholder-Activated Terminals - LAC Region (Updated)**

**Effective through 14 October 2011,** Cardholder-Activated Terminals in the LAC Region must truncate or disguise at least 4 digits of the Account Number on all Transaction Receipts.

ID#: 111011-010410-0004916

# Electronic Signature Capture Terminals

### Electronic Signature Capture Devices

A Merchant using an electronic signature capture device must:

- Only store and reproduce a signature on a Transaction-specific basis in relation to the Transaction for which the signature was obtained
- Only reproduce a signature upon specific written request from the Acquirer or in response to a Retrieval Request
- Have proper controls in place to ensure the security of the stored signatures and other Cardholder data in accordance with the Payment Card Industry Data Security Standard (PCI DSS)

An Acquirer may reproduce the Cardholder signature obtained using an electronic signature capture device in response to a Retrieval Request.

Visa may withdraw an Acquirer, Agent, or Merchant's right to use electronic signature capture devices if they fail to comply with this regulation, in addition to existing penalties that may be imposed under the *Visa International Operating Regulations.*

This provision is **not** applicable to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe.

ID#: 081010-150509-0008678

© 2011 Visa. All Rights Reserved.

## Terminals without a Printer

### Terminal Without a Printer Interchange Reimbursement Fee - LAC Region

In the LAC Region, a Transaction completed at a Terminal Without a Printer that fulfills the requirements specified in "Electronic Rate Qualification" is an Electronic Transaction and qualifies for the Electronic Interchange Reimbursement Fee.

ID#: 010410-010410-0004918

### Terminal Without a Printer Qualifying Merchants - LAC Region

In the LAC Region, a Terminal Without a Printer may be used in market segments and at Merchants where:

- They still do not have terminals or the cost of terminals with printers represents an obstacle to the acceptance of Visa products
- The number of Transactions does not generate a service problem for a Cardholder

ID#: 010410-010410-0004919

### Additional Requirements for Terminals Without a Printer - LAC Region

In the LAC Region, a Terminal Without a Printer must transmit the complete and unaltered contents of a Card's Magnetic Stripe.

A Terminal Without a Printer must meet all requirements for Point-of-Transaction Terminals, except those related to the Transaction Receipt imprint.

A Terminal Without a Printer may accept Domestic Transactions and International Transactions.

ID#: 010410-010410-0004920

## Account Number-Verifying Terminals

### Account-Number-Verifying Terminal - Acquirer Responsibilities - U.S. Region

A U.S. Acquirer that is required to install and authorize Transactions at a specified Merchant Outlet via an Account-Number-Verifying Terminal must:

- Notify the Issuers indicated by both the embossed or printed and encoded Account Numbers when the embossed or printed Account Number does not match the encoded Account Number

© 2011 Visa. All Rights Reserved.

• Handle any recovered Card as specified in the *Visa International Operating Regulations*

ID#: 010410-010410-0004931

### Account-Number-Verifying Terminal - Merchant Responsibilities - U.S. Region

A U.S. Merchant that is required to install and authorize Transactions via an Account-Number-Verifying-Terminal must:

• When the embossed or printed Account Number does not match the encoded Account Number:

– Decline the Transaction and attempt to retain the Card by reasonable and peaceful means

– Note the physical description of the Cardholder

– Handle any recovered Card as specified in the *Visa International Operating Regulations*

• When the encoded Account Number cannot be read from the Magnetic Stripe or Chip, follow normal Authorization procedures and complete the approved Transaction using a manual imprinter

• When the embossed or printed Account Number is the same as the encoded Account Number, follow normal Authorization procedures

• Notify the Acquirer if a Card is retained

ID#: 010410-010410-0004932

# Honoring Cards

## General Acceptance Requirements

### Valid Acceptance

A Merchant must accept all Cards properly presented for payment as specified in the "Merchant Acceptance Standards" table.

A variance to this requirement applies in the U.S. and Canada Regions.

If a Merchant does not deal with the public (e.g., a private club), it complies with this requirement if it accepts Cards from its Members.

ID#: 081010-150210-0008591

### Transaction Processing Requirement - CEMEA Region

Subject to local law, a CEMEA Acquirer must process all valid Transactions originating from its Merchants.

ID#: 010410-010410-0005242

© 2011 Visa. All Rights Reserved.

## Acceptance of Visa Electron Cards - CEMEA Region

In the CEMEA Region, the following requirements apply to all Visa Electron Card Transactions at Merchant Outlets or Point-of-Transaction Terminals, including ATMs, whether or not a Merchant Outlet has specifically contracted with the Acquirer to accept Visa Electron Cards:

- An Authorization Request must **not** be systematically rejected or declined by an Acquirer if a Point-of-Transaction Terminal, including an ATM, has sent the Transaction Online for Authorization
- An Authorization Request involving a Visa Electron Card Transaction must be forwarded to the Issuer or to the Issuer's Processor for an Authorization Response
- A Visa Electron Card Transaction is subject to the conditions specified in the *Visa International Operating Regulations* and "Dispute Resolution"

ID#: 010410-010410-0005243

## Visa Electron Card Transactions - CEMEA Region

In the CEMEA Region, a Visa Electron Merchant must accept valid Visa Electron Cards when presented for payment. A Visa ATM must accept all Visa Electron Cards, subject to the same local restrictions allowed for Proprietary Cards bearing the Plus Symbol.

ID#: 010410-010410-0004747

## Country-Specific Requirements - South Africa - CEMEA Region

CEMEA Acquirers of Visa Electron Cards in South Africa:

- May accept Visa Electron Transactions from any Merchant that submits Transactions electronically
- Must ensure that only Merchants with PIN-enabled terminals display the Visa Electron decal

ID#: 010410-010410-0005248

## Affinity Cards - U.S. Region

A U.S. Merchant that wants to accept Affinity Cards, including an Affiliated-merchant that is affiliated with an Affinity Partner, must also accept all Visa Cards in the Merchant's category of acceptance, in compliance with the rules for honoring Cards specified in the U.S. Regional Operating Regulations. The Merchant must **not** use an Affinity Card to debit any credit, charge, or asset account other than the Visa account maintained by the Issuer in connection with the Affinity Card.

ID#: 010410-010410-0002873

© 2011 Visa. All Rights Reserved.

**Visa Electron Acceptance - U.S. Region**

A U.S. Merchant may accept Visa Electron Cards. If the Merchant accepts Visa Electron Cards, it must:

• Accept all Visa Electron Cards properly presented for payment

• Process all Transactions resulting from Visa Electron Cards as Visa Electron Program Transactions, as specified in the *Visa International Operating Regulations*

ID#: 010410-010410-0002871

**Mini Card Acceptance - U.S. Region (Updated)**

A U.S. Merchant that accepts a Visa Card and has a Magnetic-Stripe Terminal must attempt to accept a Visa Mini Card if the Visa Mini Card is within the Merchant's category of Card acceptance.

The Merchant must request the corresponding full-sized Visa Card if the Merchant's Terminal is unable to read the Magnetic Stripe on the back of the Visa Mini Card and, **effective 15 October 2011,** if the full Account Number is not placed on the Visa Mini Card.

ID#: 111011-010410-0005809

**Visa Electron Card Magnetic-Stripe Read Requirement - U.S. Region**

If the encoded Account Number on a Visa Electron Card cannot be read from the Magnetic Stripe, a U.S. Merchant must request another means of payment.

ID#: 010410-010410-0005125

# Uniform Services

## Uniform Services - Acquirer Requirements

An Acquirer must:

• Accept all Cards properly presented for payment

• Offer and render services uniformly to all Cardholders

ID#: 010410-010410-0005302

© 2011 Visa. All Rights Reserved.

**Uniform Services Merchant Requirement**

A Merchant must process Transactions with its Acquirer's Cardholders and other Members' Cardholders in exactly the same manner.

ID#: 010410-010410-0003018

**Uniform Services Merchant Requirement - U.S. Region**

A U.S. Merchant must process Transactions with its Acquirer's Cardholders and other Members' Cardholders in exactly the same manner. The Merchant's normal discount rates, controls, regulations, and procedures apply.

ID#: 111011-010410-0006140

**Affiliated-Merchants - U.S. Region**

In the U.S. Region, an Affiliated-merchant is considered a Merchant for the purposes of the *Visa International Operating Regulations.*

An Acquirer must ensure that it and its Affiliated-merchant comply with the federal bank anti-tying laws, Section 106 of the *Bank Holding Company Act Amendments of 1970, 12 USC 1972,* including without limitation, the prohibition on the varying of consideration on the condition that the customer obtain a product or service from an affiliate of the Member.

ID#: 010410-010410-0008770

# Discount at the Point of Sale

### Discounts at the Point-of-Sale – AP Region and LAC Region (New)

**Effective 20 July 2011,** in the AP Region and the LAC Region, the provisions of "Discount Offer - U.S. Region 5.2.D.2" apply to Merchants located in a U.S. Territory.

ID#: 111011-200711-0026494

### Discount Offer - U.S. Region 5.2.D.2 (Updated)

**Effective through 19 July 2011,** in the U.S. Region, any purchase price advertised or otherwise disclosed by the Merchant must be the price associated with the use of a Visa Card or Visa Electron Card.

A U.S. Merchant may offer a discount as an inducement for a Cardholder to use a means of payment that the Merchant prefers, provided that the discount is:

© 2011 Visa. All Rights Reserved.

- Clearly disclosed as a discount from the standard price

- Non-discriminatory, as between a Cardholder who pays with a Visa Card and a cardholder who pays with a "comparable card"

A "comparable card" for purposes of this rule is any other branded, general purpose payment card that uses the cardholder's signature as the primary means of cardholder authorization (e.g., MasterCard, Discover, American Express). Any discount made available to cardholders who pay with "comparable cards" must also be made available to Cardholders who wish to pay with Visa Cards. Any discount made available to a Cardholder who pays with a Visa Card is **not** required to be offered to cardholders who pay with "comparable cards."

**Effective 20 July 2011,** a U.S. Merchant may request or encourage a Cardholder to use a means of payment other than a Visa Card or a Visa Card of a different product type (e.g., Visa Classic Card, Visa Traditional Rewards Card, Visa Signature Card) than the Visa Card the consumer initially presents. Except where prohibited by law, the Merchant may do so by methods that include, but are not limited to:

- Offering the consumer an immediate discount from the Merchant's list, stated, or standard price, a rebate, a free or discounted product or service, or any other incentive or benefit if the consumer uses a particular general purpose payment card with an acceptance brand other than a Visa Card or other particular means of payment

- Offering the consumer an immediate discount from the Merchant's list, stated, or standard price, a rebate, a free or discounted product or service, or any other incentive or benefit if the consumer, who initially presents a Visa Card, uses instead another general purpose payment card or another means of payment

- Expressing a preference for the use of a particular general purpose payment card or means of payment

- Promoting the use of a particular general purpose payment card with an acceptance brand other than Visa or means of payment through posted information, through the size, prominence, or sequencing of payment choices, or through other communications to consumers

- Communicating to consumers the reasonably estimated or actual costs incurred by the Merchant when a consumer uses a particular general purpose payment card or means of payment or the relative costs of using different general purpose payment cards or means of payment

ID#: 111011-010410-0008590

## Discounts on Purchases Made with Affinity Cards - U.S. Region (Updated)

**Effective through 19 July 2011,** when presented with an Affinity Card, a U.S. Merchant or Affiliated-merchant must **not** provide a discount to the Cardholder, unless either the:

- Discount, such as a credit on the Cardholder statement, rebate, etc., is provided subsequent to the time of the Transaction

- Cardholder presents a coupon or voucher in addition to the Affinity Card

A Merchant or Affiliated-merchant must **not** promote at the Point-of-Transaction the availability of discounts on purchases made with an Affinity Card.

© 2011 Visa. All Rights Reserved.

**Effective 20 July 2011,** when presented with an Affinity Card, a U.S. Merchant or Affiliated-merchant must not provide a discount to the Cardholder that is not available for other Visa Cards of the same product type, unless either the:

- Discount, such as a credit on the Cardholder statement, rebate, etc., is provided subsequent to the time of the Transaction

- Cardholder presents a coupon or voucher in addition to the Affinity Card

A Merchant or Affiliated-merchant must not promote at the Point-of-Transaction the availability of discounts on purchases made with an Affinity Card if such discounts are not available for other Visa Cards of the same product type.

ID#: 111011-010410-0003034


# Cardholder Choice


## Honor All Cards - Canada Region

In the Canada Region, unless a Merchant has elected to not be a Visa Debit Acceptor, a Merchant that accepts Visa Cards must accept any valid Visa Card that a Cardholder properly presents for payment. This means that the Merchant must permit the Cardholder to choose whether to pay for a transaction with that Visa Card or with some other means of payment accepted by the Merchant.

In the Canada Region, Merchants who have elected to be a Visa Debit Acceptor may choose whether or not to accept domestic Visa Credit Cards. Similarly, Merchants who have elected to be a Visa Credit Acceptor may choose whether or not to accept domestic Visa Debit Cards.

ID#: 111011-200209-0008392


## Selection of Payment System - Canada Region

In the Canada Region, if a Cardholder presents a Visa Card that bears a Mark representing another payment service, the Merchant may not intentionally mislead the Cardholder concerning what payment service or system will be used. If the Merchant provides any information regarding the customer's rights related to various transaction choices, that information must be accurate.

ID#: 111011-200209-0008393


## Honor All Cards - U.S. Region 5.2.B

A U.S. Merchant that wishes to accept Visa Cards must accept any valid Visa Card in its category of acceptance that a Cardholder properly presents for payment. This means that the Merchant must permit the Cardholder to choose whether to pay for a transaction with that Visa Card or with some other means of payment accepted by the Merchant. The Merchant may request or encourage a Cardholder to use a means of payment other than a Visa Card.

ID#: 010410-010410-0002867

© 2011 Visa. All Rights Reserved.

## Selection of Payment System - U.S. Region

In the U.S. Region, if a Cardholder presents a Visa Card that is in the Merchant's category of acceptance and that bears a Mark representing another payment service:

- The Merchant must honor the Cardholder's request if the Cardholder indicates that the transaction is to be processed as a Visa Transaction

- The Merchant may process the transaction as something other than a Visa Transaction despite an initial indication by the Cardholder that the transaction is to be processed as a Visa Transaction, but only if the Cardholder agrees that the transaction may be processed as something other than a Visa Transaction. The Merchant may **not** mislead the Cardholder concerning what payment service or system will be used. If the Merchant provides any information regarding the customer's rights related to various transaction choices, that information must be accurate.

ID#: 010410-010410-0002868

## Incentive to Use Other Payment Method - U.S. Region

A U.S. Merchant may offer a non-monetary benefit to a Cardholder as an inducement for the Cardholder to use a means of payment other than a Visa Card. A Merchant may offer a monetary benefit in the form of a discount, as provided in "Discount Offer - U.S. Region," as an inducement for the Cardholder to use a means of payment other than a Visa Card.

ID#: 010410-010410-0002870

# Limited Acceptance

## Limited Acceptance Merchant Requirements - U.S. Region

A U.S. Merchant that accepts Visa Cards may choose Limited Acceptance.

A U.S. Merchant that accepts all Visa Cards, or a Limited Acceptance category of Visa Cards, must accept any valid Visa Card issued by a non-U.S. Issuer, as specified in the *Visa International Operating Regulations.*

ID#: 111011-010410-0008680

## Limited Acceptance Notification Requirements - U.S. Region

A U.S. Acquirer must register with Visa and provide reporting on each of its Merchants that has selected Limited Acceptance.

ID#: 010410-010410-0005609

© 2011 Visa. All Rights Reserved.

**Limited Acceptance Merchant Signage - U.S. Region**

A U.S. Acquirer must ensure that each of its Limited Acceptance Merchants is provided with Visa-approved signage representing the Limited Acceptance Category it has selected, in accordance with its Merchant Agreement. Specifications for appropriate signage are available from Visa.

ID#: 010410-010410-0005110

# Card Acceptance Canada Region

## Merchant Display of Marks and Acceptance Signage - Canada Region

A Canada Acquirer must ensure that:

- Each of its Merchants that accepts all Visa Cards displays the appropriate Visa-Owned Marks to indicate which Cards it accepts for payment
- Where required by Visa, Visa Debit Acceptors display Visa-approved signage
- Electronic Commerce merchants must display Visa approved signage at the Point-of-Transaction to indicate their election not to be a Visa Debit Acceptor or Visa Credit Acceptor

ID#: 111011-200209-0008380

## Visa Debit Cards Issued by Canada Issuers - Canada Region

A Canada Merchant that accepts Visa Cards may choose whether or not to also accept Visa Debit Cards issued by Canada Issuers.

ID#: 050411-200209-0008382

## Visa Credit Cards Issued by Canada Issuers - Canada Region

A Canada Merchant that accepts Visa Debit Cards may choose whether or not to also accept Visa Credit Cards issued by Canada Issuers.

ID#: 111011-160810-0025969

## Visa Cards Issued by Non-Canada Issuers - Canada Region

A Canada Merchant that accepts Visa Cards must accept any valid Visa Card issued by a non-Canada Issuer, as specified in the *Visa International Operating Regulations*.

ID#: 050411-200209-0008384

© 2011 Visa. All Rights Reserved.

# Card Acceptance Prohibitions

## General Prohibitions

### Refinance Existing Debt 5.1.C

A Merchant must not accept a Card to collect or refinance an existing debt unless either:

- The Transaction results from conversion of a Merchant's existing card program to the Visa or Visa Electron Program
- The Merchant is a government agency and the Transaction represents a loan payment. In this case, the Transaction amount must **not** equal the loan balance unless it is the final payment.

At the option of a Visa Region, a Merchant may accept a Visa Card or Visa Electron Card as payment for an existing debt, provided the debt is not considered uncollectible (e.g., payments to a collection agency or an attempt to recover funds for a dishonored check).

The Transaction must not represent collection of a dishonored check.

A Merchant must not accept Cardholder payments for previous Card charges.

ID#: 111011-010410-0006945

### Use of Account Number

A Merchant must **not** request or use an Account Number for any purpose other than as payment for goods and services.

An exception to this requirement applies in the U.S. Region for the Health Care Eligibility Service and Visa ReadyLink.  *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008585

### Minimum Maximum - U.S. Region 5.2.F

**Effective through 20 July 2010,** a U.S. Merchant must not establish a minimum or maximum Transaction amount as a condition for honoring a Visa Card or Visa Electron Card.

ID#: 151011-010100-0026705

© 2011 Visa. All Rights Reserved.

## Minimum/Maximum Transaction Amount (New)

A Merchant must not establish a minimum or maximum Transaction amount as a condition for honoring a Visa Card or Visa Electron Card. [54]

ID#: 111011-210710-0026405

## Minimum Transaction Amount - AP Region

**Effective 21 July 2010,** a Merchant in the AP Region must not establish a minimum Transaction amount as a condition for honoring a Visa Card or Visa Electron Card, except when the Merchant is located in a U.S. Territory and the Transaction is conducted with a Visa credit Card issued in the U.S. or a U.S. Territory.

The minimum Transaction amount must not be greater than US $10 and must not be discriminatory between Issuers or between Visa and another payment network.

ID#: 151011-210710-0026406

## Maximum Transaction Amount - AP Region

**Effective 21 July 2010,** a Merchant in the AP Region must not establish a maximum Transaction amount as a condition for honoring a Visa Card or Visa Electron Card, except when the Merchant is located in a U.S. Territory and the Transaction is conducted with a Visa credit Card issued in the U.S. or a U.S. Territory.

Only the following Merchants may establish a maximum Transaction amount for the Card type specified above:

• An agency of the U.S. federal government

• A Merchant properly assigned one of the following Merchant Category Codes:

  – 8220, "Colleges, Universities, Professional Schools, and Junior Colleges"

  – 8244, "Business and Secretarial Schools"

  – 8249, "Trade and Vocational Schools"

Any maximum Transaction amount imposed must not be discriminatory between Issuers or between Visa and another payment network.

ID#: 151011-210710-0026407

---

54   A variance to this requirement applies in the U.S. Region and U.S. Territories.

© 2011 Visa. All Rights Reserved.

## Minimum Transaction Amount - LAC Region

**Effective 21 July 2010,** a Merchant in the LAC Region must not establish a minimum Transaction amount as a condition for honoring a Visa Card or Visa Electron Card, except when the Merchant is located in a U.S. Territory and the Transaction is conducted with a Visa credit Card issued in the U.S. or a U.S. Territory.

The minimum Transaction amount must not be greater than US $10 and must not be discriminatory between Issuers or between Visa and another payment network.

ID#: 151011-210710-0026408

## Maximum Transaction Amount - LAC Region

**Effective 21 July 2010,** a Merchant in the LAC Region must not establish a maximum Transaction amount as a condition for honoring a Visa Card or Visa Electron Card, except when the Merchant is located in a U.S. Territory and the Transaction is conducted with a Visa credit Card issued in the U.S. or a U.S. Territory.

Only the following Merchants may establish a maximum Transaction amount for the Card type specified above:

• An agency of the U.S. federal government

• A Merchant properly assigned one of the following Merchant Category Codes:

  – 8220, "Colleges, Universities, Professional Schools, and Junior Colleges"

  – 8244, "Business and Secretarial Schools"

  – 8249, "Trade and Vocational Schools"

Any maximum Transaction amount imposed must not be discriminatory between Issuers or between Visa and another payment network.

ID#: 151011-210710-0026409

## Minimum Transaction Amount - U.S. Region

**Effective 21 July 2010,** a U.S. Merchant must not establish a minimum Transaction amount as a condition for honoring a Visa Card or Visa Electron Card, except for a Transaction conducted with a Visa credit Card issued in the U.S. or a U.S. Territory.

The minimum Transaction amount must not be greater than US $10 and must not be discriminatory between Issuers or between Visa and another payment network.

ID#: 151011-210710-0026410

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Maximum Transaction Amount - U.S. Region

**Effective 21 July 2010,** a U.S. Merchant must not establish a maximum Transaction amount as a condition for honoring a Visa Card or Visa Electron Card, except for a Transaction conducted with a Visa credit Card issued in the U.S. or a U.S. Territory.

Only the following Merchants may establish a maximum Transaction amount for the Card type specified above:

- An agency of the U.S. federal government
- A Merchant properly assigned one of the following Merchant Category Codes:
  - 8220, "Colleges, Universities, Professional Schools, and Junior Colleges"
  - 8244, "Business and Secretarial Schools"
  - 8249, "Trade and Vocational Schools"

Any maximum Transaction amount imposed must not be discriminatory between Issuers or between Visa and another payment network.

ID#: 151011-210710-0026411

## Postcard with Account Data - U.S. Region 5.2.F

A U.S. Merchant must **not** require a Cardholder to complete a postcard or similar device that includes the Cardholder's Account Number, Card expiration date, signature, or any other Card account data in plain view when mailed.

ID#: 010410-010410-0006960

## Surcharges 5.1.C

A Merchant must **not** add any surcharges to Transactions, unless local law expressly requires that a Merchant be permitted to impose a surcharge. Any surcharge amount, if allowed, must be included in the Transaction amount and not collected separately.

A variance applies in the U.S. Region for the Visa Tax Payment Program.

A variance applies in the AP Region for New Zealand under certain terms and conditions, as communicated to Members in New Zealand. Further information is available from Visa.

A variance applies in the AP Region for government payments in Australia.

ID#: 111011-010410-0006948

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Surcharges and Taxes - U.S. Region 5.2.F

A U.S. Merchant must **not**:

• Add any surcharge to Transactions, except as specified for a Tax Payment Transaction. Travelers cheque and Foreign Currency fees and commissions are **not** surcharges.

• Add any tax to Transactions, unless applicable law expressly requires that a Merchant be permitted to impose a tax. Any tax amount, if allowed, must be included in the Transaction amount and not collected separately.

ID#: 010410-010410-0003019

## Cardholder Right to Dispute a Transaction - U.S. Region

A U.S. Merchant must not require a Cardholder, as a condition for honoring a Visa Card or Visa Electron Card, to sign a statement that waives the Cardholder's right to dispute the Transaction with the Issuer.

ID#: 111011-010410-0026585

## Previous Chargeback - U.S. Region 5.2.F

A U.S. Merchant must **not** enter into Interchange any Transaction Receipt for a Transaction that was previously charged back to the Acquirer and subsequently returned to the Merchant, irrespective of Cardholder approval. The Merchant may pursue payment from the customer outside the Visa system.

ID#: 010410-010410-0003022

## Refinancing of Existing Debt - U.S. Region 5.2.F

A U.S. Merchant must **not** accept a Card to collect or refinance an existing debt that has been deemed uncollectible by the Merchant providing the associated goods or services.

A U.S. Merchant must **not** accept a Visa Consumer Credit Card or Commercial Visa Product, issued by a U.S. Issuer, to collect or refinance an existing debt.

ID#: 010410-010100-0003026

## Other Prohibitions

### Scrip Prohibition

A Visa or Visa Electron Card must **not** be used to purchase Scrip.

© 2011 Visa. All Rights Reserved.

A variance to this requirement applies in the CEMEA Region.

ID#: 010410-010410-0008708

## Merchant Funds Disbursement

A Merchant must not provide cash to Visa Cardholders:

- Except as specified in "Hotel or Cruise Line Cash Disbursement" [55]  [56]
- Unless the Merchant is participating in Visa Cash-Back Services

ID#: 111011-010410-0006952

## Visa Prepaid Card Cash Redemption

**Effective 1 January 2011,** a Visa Prepaid Card must **not** be redeemed for cash by a Merchant accepting the Visa Prepaid Card.

ID#: 081010-010100-0025713

## Visa Prepaid Card Cash Redemption - U.S. Region

**Effective through 30 December 2010,** in the U.S. Region, a Visa Prepaid Card must **not** be redeemed for cash by a Merchant accepting the Visa Prepaid Card.

ID#: 081010-010410-0003109

## Telephone Service Transactions - U.S. Region (Updated)

In the U.S. Region, a telephone service Merchant must **not** accept payment for a telephone call when the Card number is either:

- Entered via touchtone key pad
- Provided to an operator

This prohibition excludes:

- **Effective through 14 October 2011,** Magnetic-Stripe Telephone Transactions
- **Effective 15 October 2011,** Telephone Service Transactions conducted at an Unattended Cardholder-Activated Terminal
- Transactions for which the Issuer has a contract with the carrier

---

55   A variance applies to the CEMEA Region for Members in South Africa.
56   A variance applies in the AP Region for Acquirers participating in Cash-Back Services.

© 2011 Visa. All Rights Reserved.

- Transactions involving telephone services that have been explicitly approved by Visa and provide appropriate risk controls
- Telephone orders for goods and services
- Transactions provided by Inbound Teleservices Merchants, as specified in the *Visa Merchant Data Standards Manual*

ID#: 111011-010410-0005338

### Visa Electron Manual Cash Disbursement - U.S. Region

A U.S. Merchant must **not** accept a Visa Electron Card or Visa TravelMoney Card for a Manual Cash Disbursement.

ID#: 010410-010410-0008709

# Authorization Requirements

## General Authorization Requirements

### Transaction Date Authorization Requirement

A Merchant must obtain Authorization on the Transaction Date, excluding special conditions such as Hotel, Car Rental Company, Cruise Line, Delayed Delivery, Mail/Phone Order, and Electronic Commerce Transactions, as specified in the *Visa International Operating Regulations*.

ID#: 010410-010410-0003059

### Prohibition Against Arbitrary or Estimated Amounts

The Merchant must not use an arbitrary or estimated amount to obtain Authorization, except as specifically permitted in the *Visa International Operating Regulations.*

ID#: 111011-010410-0025596

### Authorization Code on Transaction Receipt (Updated)

An Authorization Code must appear on the Transaction Receipt. [57]

ID#: 151011-010410-0009046

---

57   **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region.

© 2011 Visa. All Rights Reserved.

## Merchant Authorization Requirements

A Merchant must request Authorization, regardless of the Transaction amount, if any of the following is true:

- Cardholder presents an Expired Card
- Cardholder neglects to bring their Card
- Card signature panel is blank
- Merchant is suspicious of a proposed Transaction
- Cardholder presents a Visa Electron Card at a Visa Electron Merchant
- Transaction is an Electronic Commerce Transaction
- Transaction is a Mail/Phone Order Transaction
- Transaction is an In-Transit Service Transaction
- Transaction is a Recurring Transaction
- Transaction is a V PAY Transaction [58]
- Chip or Chip-Reading Device is inoperative at a Chip-enabled Merchant
- Card is unembossed and an Electronic Imprint is not obtained
- **Effective 1 October 2010,** Transaction is a Cash-Back Transaction
- **Effective 15 October 2011,** Transaction is the purchase of a Visa Prepaid Card conducted at an Unattended Cardholder-Activated Terminal

ID#: 111011-010410-0008901

## Authorization Cancellation

An Acquirer or Merchant that obtains an Authorization for a Transaction and subsequently cancels the Transaction (for any reason) must notify Visa or the Issuer of the cancellation.

ID#: 010410-010410-0005500

## Airline Authorization

If practical, an Acquirer must provide Authorization services to an International Airline at the request of Visa.

Authorization support provided to an International Airline must be available on a primary and backup basis.

ID#: 010410-010410-0006134

---

58   Offline Authorization is allowed for Chip-initiated Transactions provided that the Transaction amount does not exceed the Merchant's Floor Limit.

© 2011 Visa. All Rights Reserved.

## Aggregated Transaction Authorization

For an Aggregated Transaction, an Electronic Commerce Merchant must obtain Authorization for the full, final Aggregated Transaction amount.

ID#: 010410-010410-0003062

## Visa Electron Authorization - LAC Region

A Visa Electron Acquirer in the LAC Region must comply with the *Visa International Operating Regulations* with the following modifications:

- An Acquirer may, at its own risk, accept embossed Visa Electron Cards at Merchant terminals without Electronic Capability
- A Merchant must obtain an Authorization Code for these Transactions

ID#: 010410-010410-0005310

## Transaction Date Authorization Requirement - U.S. Region 5.2.K

A U.S. Merchant must obtain Authorization on the Transaction Date unless the Merchant/Transaction is one of the following:

- Lodging Merchant, Cruise Line Merchant, or a Car Rental Company Transaction
- Mail/Phone Order Merchant or an Electronic Commerce Transaction
- Automated Fuel Dispenser Transaction
- Aggregated Transaction

ID#: 010410-150210-0003579

## Authorization Amount Requirements - U.S. Region

In the U.S. Region, an Authorization Request must be for the total amount of the Transaction.

A U.S. Merchant must **not** use an arbitrary or estimated amount to obtain Authorization, except as specifically permitted in the *Visa International Operating Regulations*.

The Merchant must **not** add an estimated tip amount to the Authorization Request beyond the value of the goods provided, or services rendered, plus any applicable tax.

ID#: 031209-150210-0008581

© 2011 Visa. All Rights Reserved.

## Preauthorized Payment Cancellation Service - Stop Payment Order - U.S. Region 4.2.H.15

**Effective through 9 February 2011,** a U.S. Acquirer that receives a Decline Response of "R0," "R1," or "R3" as a result of "stop payment order" in the Preauthorized Payment Cancellation Service must provide the decline message description to the Merchant.

ID#: 050411-010410-0005567

## Point-of-Sale Balance Inquiry Authorization - U.S. Region 4.2.H.15

A U.S. Merchant that participates in the Point-of-Sale Balance Inquiry Service may submit a second Authorization Request for the lower available balance amount if the Cardholder agrees.

ID#: 010410-150210-0005566

## Authorization Amount Allowance for Tip - U.S. Region 5.2.K

Except as specified otherwise in "Partial Authorization Service," an Authorization obtained by a U.S. Merchant for a Transaction amount that is equal to the Authorization amount plus or minus 20% is valid if the Transaction originates at a Merchant Outlet assigned one of the following Merchant Category Codes:

• 5812, "Eating Places and Restaurants"

• 5814, "Fast Food Restaurants"

• 4121, "Taxicabs and Limousines"

• 5813, "Drinking Places (Bars and Taverns)"

• 7230, "Beauty and Barber Shops"

• 7298, "Health and Beauty Spas"

ID#: 010410-010410-0005655

## Electron Transaction Authorization - U.S. Region

An Authorization Request for a Visa Electron Transaction in the U.S. Region must originate at an ATM or Point-of-Transaction Terminal and include the entire unaltered contents of track 1 or track 2 of the Magnetic Stripe or Chip.

A Point-of-Transaction Terminal that does not have Online capability, regardless of whether the terminal is Chip-enabled, must **not** display the Visa Electron Symbol or Visa Brand Mark with the Electron Identifier.

ID#: 010410-010410-0006135

© 2011 Visa. All Rights Reserved.

**Preauthorized Transaction Decline Response - U.S. Region (Updated)**

Except as specified in "Preauthorized Payment Cancellation Service Declined Transaction Procedures - U.S. Region," a Preauthorized Transaction in the U.S. Region that receives a Decline Response may be resubmitted for Authorization up to 4 times within 16 calendar days from the date of the original Decline Response, in an attempt to receive approval, if the Decline Response is one of the following:

• Response Code 05, "Authorization declined"

• Response Code 51, "Insufficient funds"

• Response Code 61, "Exceeds approval amount limit"

• Response Code 65, "Exceeds withdrawal frequency limit"

If an Approval Response is not received within this time frame, the Merchant must **not** deposit the Transaction.

ID#: 111011-010410-0006007

**Visa Debit with PIN Transaction Resubmissions – U.S. Region (New)**

**Effective 14 April 2012,** a Merchant or an Acquirer may resubmit a Visa Debit with PIN Transaction if the Decline Response is one of the following:

• Response Code 51, "Insufficient Funds"

• Response Code 61, "Exceeds approval amount limit"

• Response Code 65, "Exceeds withdrawal frequency limit"

Transactions resubmitted:

• Must not contain a PIN

• Must not contain the full contents of the track or full Magnetic-Stripe Data

• May be submitted once each day for up to 9 calendar days after the original Transaction Date

• Must contain the same information as the original Authorization Request, except for the PIN and the full contents of the track or Magnetic-Stripe Data

ID#: 111011-140412-0026506

# ATM Declines

### Decline of an ATM Authorization Based on Expiration Date

An ATM Acquirer must **not** return or decline an ATM Transaction based on the expiration date and must attempt to complete a Transaction with an Expired Card.

© 2011 Visa. All Rights Reserved.

An ATM Authorization Request originating from an Expired Card must be sent Online to the Issuer for an Authorization Response.

ID#: 010410-010410-0006005

## Chip Card ATM Transactions - U.S. Region 5.5.A

In the U.S. Region, if a Chip Card cannot be read, an ATM may complete the Transaction by reading the Magnetic Stripe. If the Magnetic Stripe cannot be read, the Transaction must **not** be completed.

ID#: 010410-010410-0004979

## Cancelled ATM Transactions - U.S. Region 5.5.A

If an ATM in the U.S. Region has the ability to cancel a Transaction before it is completed, a Reversal message must be sent to the Single Message System whenever:

- A Cardholder cancels the Transaction
- An ATM cannot dispense currency due to a system failure
- A delayed Authorization Response causes a timeout

ID#: 010410-010410-0004980

## ATM Declines - U.S. Region 5.5.A

If an ATM can decline a Cardholder's request for a Cash Disbursement, the ATM Acquirer may only use this function without Issuer permission.

ID#: 111011-010410-0004981

# T&E Authorizations

## Airline Authorization - Multiple Tickets

When a Cardholder purchases multiple Airline tickets on the same Account Number and their cumulative purchase price exceeds the Floor Limit, the Airline may obtain Authorization for each ticket individually.

ID#: 010410-010410-0003070

© 2011 Visa. All Rights Reserved.

**Cruise Line Authorization - Multiple Tickets**

When a Cardholder purchases multiple Cruise Line tickets on the same Account Number and their cumulative purchase price exceeds the Floor Limit, the Cruise Line may obtain Authorization for each ticket individually.

ID#: 010410-010410-0003248

**Car Rental Estimated Authorization Amount 5.1.E.4**

A Car Rental Company may estimate Transaction amounts for Authorization based on:

• Cardholder's intended car rental period

• Rental rate

• Applicable tax

• Mileage rates

• Other allowed charges, as specified in "T&E Delayed or Amended Charges Time Limit"

The estimated Transaction amount must **not** include charges that cover potential vehicle damages or the insurance deductible amount.

ID#: 010410-010410-0003066

**Hotel Estimated Authorization Amount VIOR 5.1.E.4, VIOR 5.4.R.7, USOR 5.2.K.3**

A Hotel may estimate Transaction amounts for Authorization based on:

• The Cardholder's intended length of stay at check-in time

• Room rate

• Applicable tax

• Service charge rates

• Other allowed charges, as specified in "T&E Delayed or Amended Charges Time Limit"

After completing the estimate, a U.S. Lodging Merchant must obtain an Authorization and include the date, amount, and Authorization Code on the Transaction Receipt. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008965

**Cruise Line Estimated Authorization Amount**

For a Cruise Line Transaction, a Merchant may estimate Transaction amounts for Authorization based on:

© 2011 Visa. All Rights Reserved.

- The initial Authorization Request must be based on the Cardholder's signed statement of intent to purchase goods or services aboard ship for a Cardholder-specified amount.

- Additional Authorizations may be obtained at any time on or between the Cardholder's embarkation date and disembarkation date, and must be disclosed to the Cardholder.

ID#: 010410-010410-0003071

## T&E Estimated Authorization Procedures VIOR 5.1.E.4, USOR 5.2.K.3

After completing an estimate for a Hotel or Car Rental Company Transaction, the Merchant must either:

- If the estimated Transaction amount is equal to or below the Floor Limit, check the appropriate Card Recovery Bulletin or obtain an Account Number Verification on the Cardholder's check-in or rental pick-up date

- If the estimated Transaction exceeds the Floor Limit, obtain an Authorization and include the date, amount, and Authorization Code on the Transaction Receipt

In the U.S. Region, the Merchant may obtain an Authorization for a new estimated Transaction amount and must include the date, amount, and Authorization Code on the Transaction Receipt if the Merchant subsequently estimates that, based on the Cardholder's actual charges, the Transaction amount will exceed the previously authorized amount. *(This only applies in the U.S. Region.)*

ID#: 111011-010410-0008966

## T&E Incremental Authorizations 5.1.E.4

A Hotel or Car Rental Company  may obtain and must record Authorizations for additional amounts above any amount already authorized after the check-in or rental pick-up date and before the check-out or rental return date.

ID#: 031209-150210-0003068

## T&E Final Authorization VIOR 5.1.E.4, USOR 5.2.K.3

A Merchant must obtain a final or an additional Authorization and include the date, amount, and Authorization Code on the Transaction Receipt if the actual Transaction amount exceeds either the Floor Limit or 15% more than the sum of the authorized amounts.

A final or an additional Authorization must be obtained and the date, amount, and Authorization Code must be included on the Transaction Receipt if the actual Transaction amount exceeds either the Floor Limit or 15% more than the sum of the authorized amounts.

ID#: 010410-010410-0008967

© 2011 Visa. All Rights Reserved.

### Car Rental Authorization Amount Disclosure - U.S. Region 5.2.K

If Authorization is obtained for the estimated amount of a car rental Transaction, a U.S. Merchant must disclose the authorized amount to the Cardholder on the rental date.

ID#: 010410-010410-0005644

### T&E Partial Authorizations - U.S. Region 5.2.K

In the U.S. Region, the special Authorization procedures for Lodging Merchants, Cruise Line Merchants, and Car Rental Companies specified in the *Visa International Operating Regulations* do **not** apply if the last Authorization obtained was a Partial Authorization.

ID#: 010410-010410-0005647

## Floor Limits

### Default Floor Limits

For countries where the Floor Limit is shown in US dollars in "Maximum Authorized Floor Limits," a Transaction is considered to have exceeded the Floor Limit if the local currency equivalent value of the Transaction is greater than the equivalent value of the Floor Limit shown.

ID#: 010410-010410-0002858

### Domestic Floor Limits

An Acquirer may establish a higher domestic Floor Limit than the international Floor Limit at its own risk.

If the Acquirer sets a lower domestic Floor Limit than the international Floor Limit, the Acquirer must authorize all Transactions at that Floor Limit.

ID#: 010410-010410-0006029

### Domestic Non-Chip Floor Limits in Australia – AP Region

The following non-Chip Floor Limits apply to Domestic Transactions in Australia:

**Domestic Non-Chip Floor Limits in Australia**

| Category | Maximum Limit |
| --- | --- |
| Petrol Stations (Paper-based or electronic fallback only) | AUD 49 |

© 2011 Visa. All Rights Reserved.

| Category | Maximum Limit |
|---|---|
| All Merchants with electronic terminals | Zero |
| Fallback (Where terminal is inoperable – i.e. terminal faulty or cannot communicate with the Acquirer host) | AUD 75 |

ID#: 050411-060111-0026162

## Manual Cash Disbursement Floor Limit

The Floor Limit for a Manual Cash Disbursement is zero.

ID#: 010410-010410-0005305

## Below-Floor Limit Transactions

A Merchant must check the appropriate Card Recovery Bulletin (CRB) for each Transaction below the Floor Limit. If the Account Number appears on the bulletin, the Merchant should attempt to recover the Card.

This requirement does **not** apply to Merchants in the U.S. Region.

ID#: 010410-010410-0003010

## Transactions Above the Floor Limit

A Merchant must:

- Request Authorization before completing a Transaction if the amount exceeds the Floor Limit, unless Visa grants a variance in writing

- **Not** split a sale to avoid obtaining Authorization

- For a Real-Time Clearing Transaction, send a preauthorization request through the Single Message System for an estimated amount (not to exceed US $500) that is based on the Merchant's good-faith estimate of the final Transaction amount, taking into account, among other factors, typical spending patterns at the Merchant location

The provision related to Real-Time Clearing is **not** applicable to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe.

ID#: 010410-010410-0003058

## Zero Floor Limit - U.S. Region 5.2.K (Updated)

**Effective through 14 October 2011,** a U.S. Merchant must request Authorization for every Transaction, unless specified otherwise, before completing the Transaction, unless the Transaction occurs at a Limited Amount Terminal.

© 2011 Visa. All Rights Reserved.

**Effective 15 October 2011,** a U.S. Merchant must request Authorization for every Transaction, unless specified otherwise, before completing the Transaction.

ID#: 111011-010410-0004124

## Chargeback Protection Limit for Prestigious Property Merchant - U.S. Region

In the U.S. Region, the Chargeback Protection Limit for a Prestigious Property Merchant that uses the Status Check procedure is US $1500. Visa determines the qualification of a Prestigious Property Merchant on a case-by-case basis.

ID#: 010410-010410-0005568

# Partial Authorization

## Automated Fuel Dispenser Partial Authorization Requirements (Updated)

If participating in the Partial Authorization service, an Automated Fuel Dispenser Merchant must:

- Include the Partial Authorization indicator in the Authorization Request or Status Check Authorization, as specified in the VisaNet manuals and the applicable Prepaid Program Guidelines

- For Transactions where the full Transaction amount is included in the Authorization Request, submit a Clearing Transaction for no more than the amount approved in the Partial Authorization Response

- For Status Check Authorization Transactions, submit a Clearing Transaction up to the amount approved in the Partial Authorization Response or one of the following, whichever is lower:

  - For a Chip or PIN-verified Transaction, US $100, or local currency equivalent

  - For all other Transactions, US $75, [59] or local currency equivalent

- Submit an Authorization Reversal for either:

  - The difference between the amount approved in the Partial Authorization Response and the final Transaction amount if the Cardholder's purchase is lower than the Partial Authorization amount

  - The full amount of the Partial Authorization Response if the Cardholder does not continue with the Transaction

ID#: 111011-010410-0002520

## Partial Authorization Requirements - U.S. Region 5.2.K

Except as specified in "Automated Fuel Dispenser Partial Authorization Requirements - U.S. Region," a U.S. Merchant accepting Partial Authorizations must support them for all Visa Card types and must:

---

59   A variance to this requirement applies in the U.S. Region.

© 2011 Visa. All Rights Reserved.

- Include the Partial Authorization indicator in the Authorization Request message, as specified in the VisaNet manuals
- Submit an Authorization Reversal if the Cardholder elects not to complete the purchase
- Submit a Clearing Transaction for no more than the amount approved in the Partial Authorization Response

ID#: 050411-010410-0006058

# Authorization Reversals

## Authorization Reversal Requirements

A Merchant must submit an Authorization Reversal:

- If the Cardholder elects not to complete the Transaction
- If the Authorization Request was submitted in error
- For the difference if the final Transaction amount is less than the Authorization amount

A Merchant must submit an Authorization Reversal within:

- 24 hours of the original Authorization if the Transaction was initiated in a Card-Present Environment
- 72 hours of the original Authorization if the Transaction was initiated in a Card-Absent Environment
- 24 hours of the check-out, rental return, or disembarkation date if the Transaction was initiated by a Hotel, Car Rental Company, or Cruise Line

ID#: 111011-010410-0025597

## Transaction Receipt Deposit Subsequent to an Authorization Reversal

A Merchant must **not** deposit a Transaction Receipt for either:

- A Transaction that was subsequently reversed for the full amount
- A Transaction representing the amount of the partial Authorization Reversal

ID#: 111011-010410-0025598

## Authorization Reversals - U.S. Region

In the U.S. Region, an Authorization Reversal negates any previous Authorization, or portion of any previous Authorization, that was obtained for the Transaction.

ID#: 050411-010100-0007200

© 2011 Visa. All Rights Reserved.

**Authorization Reversal Requirements - U.S. Region**

A U.S. Merchant must submit an Authorization Reversal if:

• The Cardholder elects not to complete the Transaction

• The Authorization Request was submitted in error

• The final Transaction amount is less than the Authorization amount

ID#: 081010-010709-0007202

# Card and Cardholder Verification

## Validation and Verification Requirements

### Validation of Cardholder Identity 5.1.D.1.a (Updated)

An Acquirer or a Merchant must validate a Cardholder's identity and verify the Card in a Face-to-Face Environment, as specified in the table below.

**Identification Verification**

| Description | Retail Transaction | Manual Cash Disbursement | Quasi-Cash Transaction[1] |
|---|---|---|---|
| **Cardholder Verification** | | | |
| Review positive identification to validate the Cardholder's identity | | $X$ | $X^{10}$ |
| Verify that the Cardholder resembles the person described or depicted in any photograph intended for identification on the Card | | $X^2$ | $X^{2,10}$ |
| Indicate the positive identification on the Transaction Receipt, including either: | | $X^3$ | $X^{3,10}$ |
| • Description of identification, including any serial number | | $X^2$ | $X^{2,10}$ |
| • Notation that the Cardholder's identity was verified by the photograph on the Card (e.g., "photo card presented") | | | |
| Verify that the signature on the Card matches the signature on the Transaction Receipt and, if applicable, identification presented. This signature may be different from the name embossed or printed on the Card.[4, 5, 6, 7, 8] | $X^{4, 8}$ | $X$ | $X^2$ |

© 2011 Visa. All Rights Reserved.

| Description | Retail Transaction | Manual Cash Disbursement | Quasi-Cash Transaction[1] |
|---|---|---|---|
| Process the PIN, if applicable | X[9] | X | X |
| **Card Verification** | | | |
| Check one or more Card security features, as specified in the *Visa International Operating Regulations* or the Merchant Agreement, if applicable | X | | |
| Check one or more Card security features before completing the Transaction | | | X |
| For a Visa Card or Visa Electron Card, a Merchant must: | | | |
| • Check one or more Card security features before completing the Transaction | | X | X |
| • Compare the first 4 digits of the Account Number (if present) to the 4 digits printed below the Account Number | | X X | X X |
| • Record the printed 4 digits on the front of the Transaction Receipt | | | |

1. Applies only in a Card-Present Environment.

2. If a Card bears a photograph intended for identification

3. If a Card does **not** bear a photograph intended for identification

4. Does **not** apply to anonymous Visa Prepaid Card Transactions, Visa Commercial Card Transactions, Transactions conducted in New Channels, and **effective 16 October 2010,** Visa Easy Payment Service (VEPS) Transactions. Visa may require Cardholder Verification for Visa Easy Payment Service Transactions at a Merchant that exceeds acceptable Fraud Activity thresholds and may impose fines on an Acquirer for its Merchant's failure to comply.

5. Except for a Vehicle-Specific Fleet Card

6. Applies only to a Transaction where a Card with a signature panel was presented for payment

7. Signature verification is **not** required for a Transaction in which a PIN is used

8. **Effective through 15 October 2010,** in the U.S. Region, this requirement does not apply to Small Ticket Transactions, Transactions US $25 and under completed at a Point-of-Transaction Terminal with Proximity Payment (Contactless Payment) capability, and any Transactions completed with a Visa Micro Tag. **Effective 16 October 2010,** in the U.S. Region, this requirement does not apply to Transactions completed with a Visa Micro Tag.

9. **Effective 16 October 2010,** in the AP, LAC, and U.S. Regions, PIN is not required for Visa Easy Payment Service Transactions unless Visa specifically requires a Merchant to obtain Cardholder Verification for Visa Easy Payment Transactions when the Merchant exceeds acceptable levels of Fraud Activity.

10. **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region.

ID#: 151011-150210-0008769

VISA PUBLIC                     18 October 2011

© 2011 Visa. All Rights Reserved.

## Uncertain Cardholder or Card Verification

If Cardholder identification or a Card's validity is uncertain, a Merchant must contact its Acquirer for instruction. If the Acquirer instructs the Merchant to recover the Card, the Merchant must comply with the Card recovery procedures specified in the *Visa International Operating Regulations.*

ID#: 010410-010410-0002834

## Missing Imprint or Expired Card

A Merchant must verify a Cardholder's identity if either a:

- Card cannot be imprinted on a Transaction Receipt
- Cardholder presents an Expired Card

**Effective 16 October 2010,** this requirement does not apply to Visa Easy Payment Service Transactions. [60]

In the U.S. Region, this requirement does **not** apply to:

- Transactions originating at Magnetic-Stripe Terminals that provide Transaction Receipts
- **Effective through 14 October 2011,** Limited-Amount Terminal Transactions
- **Effective through 15 October 2010**, Transactions under US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability
- Transactions completed with a Visa Micro Tag
- **Effective through 15 October 2010,** Small Ticket Transactions
- **Effective through 15 October 2010,** No Signature Required Transactions
- **Effective 15 October 2011,** Transactions completed as specified in "CVV2 Submission in a Face-to-Face Environment - U.S. Region"

A U.S. Airline is deemed to have verified the Cardholder's identity if the address to which the ticket is mailed (indicated on the Issuer's file) matches that on the Address Verification Service file. *(This only applies in the U.S. Region.)*

ID#: 111011-010410-0008594

## Cardholder Signature Requirements

**Effective 15 February 2011,** when an Issuer issues or reissues a Card, the Issuer must:

- Advise the Cardholder to immediately sign the signature panel on the Card

---

60   **Effective 16 October 2010,** Visa may require Cardholder Verification for a Visa Easy Payment Service Transaction at a Merchant that exceeds acceptable Fraud Activity thresholds. Visa may impose fines on an Acquirer for its Merchant's failure to comply.

© 2011 Visa. All Rights Reserved.

• Indicate that the Card must be signed in order to be valid

ID#: 050411-150211-0025977

## Merchant Use of Account Number Verification

A Merchant may use Account Number Verification to request verification of the Card Account Number, address (where available), or Card Verification Value 2, as specified in the VisaNet Manuals.

ID#: 111011-010410-0025595

## Cardholder Identification and Card Verification Table - U.S. Region 5.2.J.1.a (Updated)

A U.S. Member or Merchant must validate a Cardholder's identity and verify the Card in a Face-To-Face Environment, as specified in the following table.

### Identification Validation - U.S. Region

| Description | Retail and T&E Transactions | Manual Cash Disbursements | Quasi-Cash Transactions[1] |
|---|---|---|---|
| Review positive identification (such as an unexpired passport or driver's license) to validate the Cardholder's identity | | X | X |
| Indicate the positive identification on the Transaction Receipt,[2] including:<br>• Description of the identification, including any serial number and expiration date<br>• Cardholder name (if different than the embossed or printed name) and address | | X[3] | X |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Description | Retail and T&E Transactions | Manual Cash Disbursements | Quasi-Cash Transactions[1] |
|---|---|---|---|
| Verify that the[3,4]:<br><br>• Signature on the Visa Card or Visa Electron Card matches the signature on the Transaction Receipt and identification presented. This signature may be different from the name embossed or printed on the Card.<br><br>• Cardholder resembles the person described or depicted in any photograph intended for identification on the Visa Card or Visa Electron Card | X | X | X |
| Compare the first 4 digits of the embossed or printed Account Number to the 4 digits printed above or below the Account Number | | X | X |
| Record the printed 4 digits on the Transaction Receipt. Either:<br><br>• Write the digits in the space provided on the Transaction Receipt<br><br>• Key enter and electronically print the digits on the Cash Disbursement Transaction Record in the designated space, if using a Point-of-Transaction Terminal capable of printing key-entered numbers<br><br>If the numbers do not match, attempt to recover the Visa Card or Visa Electron Card. | | X | X |

 VISA PUBLIC
© 2011 Visa. All Rights Reserved.

| Description | Retail and T&E Transactions | Manual Cash Disbursements | Quasi-Cash Transactions[1] |
|---|---|---|---|
| When using an Account-Number-Verifying Terminal, if the embossed or printed Account Number does not match the encoded Account Number:<br><br>• Decline the Transaction and attempt to recover the Card by reasonable and peaceful means<br><br>• Note the physical description of the Cardholder | X | X | X |

1. **Effective 14 April 2012,** not applicable to Visa Debit with PIN Transactions.

2. Unless a violation of applicable law.

3. **Effective through 15 October 2010,** this requirement does not apply to Vehicle-Specific Fleet Card Transactions, U.S. Small Ticket Transactions, or No Signature Required Transactions. **Effective 16 October 2010,** this requirement does not apply to Vehicle-Specific Fleet Card Transactions or Visa Easy Payment Service Transactions. Visa may require Cardholder Verification for Visa Easy Payment Service Transactions at a Merchant that exceeds acceptable Fraud Activity thresholds and may impose fines on an Acquirer for its Merchant's failure to comply.

4. **Effective through 16 April 2010,** this requirement does not apply to Transactions under US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability, or any Transactions completed with a Visa Micro Tag.  **Effective 17 April 2010 through 15 October 2010,** this requirement does not apply to Transactions less than or equal to US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability or Transactions of any value completed with a Visa Micro Tag. **Effective 16 October 2010,** this requirement does not apply to Transactions of any value completed with a Visa Micro Tag.

ID#: 111011-150210-0002836


## "Valid From" Date - U.S. Region

A U.S. Merchant must **not** accept a Card before the embossed or printed "valid from" date. When a Card is embossed or printed with a "valid from" date, the Card is considered valid on the date specified in the table below.

### Card "Valid From" Dates - U.S. Region

| "Valid From" Date Format | Validity Date |
|---|---|
| Month/year | First day of the embossed or printed month and year |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Month/day/year | Embossed or printed date |
|---|---|

ID#: 010410-010410-0002830

## Card Security Features - U.S. Region

A U.S. Merchant must examine one or more Visa Card or Visa Electron Card security features before completing a Transaction if either:

- Required by its Acquirer
- Requested by Visa of the Merchant's Acquirer

ID#: 010410-010410-0002877

## Supplemental Identification - U.S. Region

A U.S. Acquirer must **not**, as a regular practice, require a Merchant, and a Merchant must **not** require a Cardholder, to provide any supplementary Cardholder information as a condition for honoring a Visa Card or Visa Electron Card, unless it is required or permitted elsewhere in the U.S. Regional Operating Regulations. Such supplementary Cardholder information includes, but is not limited to:

- Social Security Number (or any part thereof)
- Fingerprint
- Home or business address or telephone number
- Driver's license number
- Photocopy of a driver's license
- Photocopy of the Visa Card or Visa Electron Card
- Other credit cards

ID#: 010410-010410-0002837

## Authorization in Lieu of Cardholder Identification - U.S. Region

In the U.S. Region, the fact that a Merchant has obtained Authorization for the Transaction does **not** eliminate the Merchant's requirement to complete Cardholder identification procedures.

ID#: 010410-010410-0002841

## Cardholder Verification - Blank Signature Panel - U.S. Region

In the U.S. Region, if the signature panel on a Card is blank, in addition to requesting an Authorization, a Merchant must:

- Review positive identification bearing the Cardholder's signature (such as an unexpired passport or driver's license) to validate the Cardholder's identity

© 2011 Visa. All Rights Reserved.

- Indicate the positive identification, including any serial number and expiration date, on the Transaction Receipt

- Require the Cardholder to sign the signature panel of the Card before completing the Transaction

Visa considers a signature panel with the words "See I.D." or equivalent language to be blank.

The requirements of this section do **not** apply to Transactions resulting from the use of a Vehicle-Specific Fleet Card.

ID#: 010410-010410-0008592


# Address Verification Service


## Address Verification Service - ZIP Code Inquiry - U.S. Region

A U.S. Merchant may perform Address Verification Service (ZIP code inquiry only) in a Face-To-Face Environment if:

- The Merchant has been certified as a Cardholder Information Security Program Level 1-compliant Merchant

- The Merchant has maintained a face-to-face fraud-related Chargeback rate below 0.02%. The face-to-face fraud-related Chargeback rate is the number of Chargeback Reason Code 81, "Fraud-Card Present Environment" Chargebacks received as a percentage of all face-to-face Transaction Receipts processed.

- The Acquirer has received written certification from Visa approving the use of Address Verification Service by its Merchant

A Merchant that chooses to perform Address Verification Service, as specified above, must **not** require the Cardholder's ZIP code as a condition of honoring the Card.

ID#: 050411-010410-0008596


# PIN Verification


## PIN in Lieu of Signature

A Merchant that uses a Point of Transaction Terminal with Electronic Capability may accept a Cardholder's PIN rather than a signature. The PIN must be processed as specified in the:

- *PIN Management Requirements Documents - Payment Card Industry PIN Security Requirements Manual*

- *EMV Integrated Circuit Card Specifications for Payment Systems*

- *Transaction Acceptance Device Requirements*

- In the U.S. Region, PIN Management Requirements Documents  *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

The Merchant must **not** ask Cardholders to reveal their PINs.

ID#: 081010-010410-0008977

### Visa Debit with PIN Transaction Processing Requirements – U.S. Region (New)

**Effective 14 April 2012,** in the U.S. Region, a Visa Debit with PIN Transaction must be processed by:

- Reading the full contents of track 1 or track 2 of the Magnetic Stripe
- The Cardholder keying in their PIN at the PIN pad located at, or in proximity to, the Point-of-Transaction Terminal

ID#: 111011-140412-0026507

# Transaction Receipts

## Transaction Receipt General Requirements

### Transaction Receipt Requirements

A Transaction Receipt may be generated electronically or manually. Detailed requirements for each type of Transaction Receipt, including printing and data requirements, are specified in:

- "ATM Transaction Receipt Requirements Table 7I-2"
- "ATM Transaction Receipt Requirements - U.S. Region Table S-3"
- "Data Requirements: Cardholder-Activated Terminal Transaction Receipt (Types A, B and C) Table 7I-4"
- "Data Requirements: Cardholder-Activated Terminal Transaction Receipt - U.S. Region Tables S-4, S-5 and S-6"
- "Data Requirements: Visa Easy Payment Service Transaction Receipt Table 7I-3"
- "Electronic and Manual Transaction Receipts - General - U.S. Region Exhibit S"
- "Electronic Commerce Transaction Receipt Requirements 5.2.B.4 Table 7K-1"
- "Electronic Commerce Transaction Receipt Data Requirements - U.S. Region"
- "Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1"
- "Hotel Guest Folio - Data Requirements Table 7J-3"
- "Manual Cash Disbursement Transaction Receipt - Data Requirements VIOR Table 7J-4 USOR Table S-9"
- "Manual Credit Transaction Receipt - Data Requirements Table 7J-5"
- "Manual Transaction Receipt - Data Requirements VIOR Table 7J-1 USOR Table S-7"

© 2011 Visa. All Rights Reserved.

- "Manual Transaction Receipt - Hotels Table 7J-2"

- "Manual Transaction Receipt - Lodging and Cruise Line Merchants - U.S. Region Table S-1"

- "Point-of-Transaction Terminal Transaction Receipt - U.S. Region Table S-1"

- "Transaction Receipt - Formset Requirements - U.S. Region Exhibit S"

- "Transaction Receipt - Fraud Deterrent Requirements - U.S. Region Exhibit S"

- "Transaction Receipt - Prohibitions - U.S. Region Exhibit S"

On Transaction Receipts used in Japan, space for the Cardholder signature is **not** required on the Merchant or Cardholder copy. Space for the Cardholder signature must be provided on the Acquirer copy.

**Effective through 30 September 2014,** Visa strongly recommends disguising or suppressing all but the last 4 positions of the primary Account Number on the Cardholder Transaction Receipt from a Point-of-Transaction Terminal.

**Effective for Point-of-Transaction Terminals installed on or after 1 October 2011,** the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.

**Effective 1 October 2014,** the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.

ID#: 080411-010410-0003641


## Transaction Receipt Description and Currency Requirements

A Merchant must enter the following information on the Transaction Receipt:

- Brief description of the goods or services sold
- Currency symbol (such as US $) or words denoting the Transaction Currency as part of the Transaction amount

Without a currency symbol or identification, the Transaction Currency defaults to the local currency of the Transaction Country.

If the Transaction takes place at a U.S. embassy or consulate on foreign territory, the currency used to complete the Transaction must be disclosed on the Transaction Receipt. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008604


## Cardholder Signature for Unknown Amount - VIOR 5.2.A.3, USOR 5.2.M.2

A Merchant must **not** require a Cardholder to sign a Transaction Receipt until the final Transaction amount is entered on the Transaction Receipt.

ID#: 010410-010410-0003120

© 2011 Visa. All Rights Reserved.

## Multiple Transaction Receipts and Partial Payment

A Merchant must include on a single Transaction Receipt the total currency amount of goods and services purchased at the same time. A Transaction must **not** be divided by using 2 or more Transaction Receipts. The only exceptions are:

- Purchases in separate departments of a multiple-department store
- Individual Airline tickets issued to each passenger, if required by Airline policy
- Individual Cruise Line tickets issued to each passenger, if required by Cruise Line policy
- Partial amount paid by the Cardholder in cash, check, or both at the time of the sale
- Delayed Delivery Transactions
- Advance Deposit Transactions
- Installment Transactions

In the U.S. Region, additional exceptions are individual passenger railway tickets issued to each passenger, if required by carrier policy. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008603

## Multiple Transaction Receipts for Authorizations - U.S. Region 5.2.K.1.f

A U.S. Merchant must **not** use multiple Transaction Receipts to avoid making an Authorization Request for a single Transaction.

ID#: 010410-010410-0004127

## Manual Transaction Receipts - U.S. Region (Updated)

**Effective through 14 October 2011,** if the encoded Account Number on a Visa Card cannot be read from the Magnetic Stripe, a U.S. Merchant must follow normal Authorization procedures and complete the Transaction using a Manual Imprinter, unless the Merchant qualifies to use the Card Verification Value 2 result code as a substitute for a Manual Imprint.

ID#: 111011-010410-0005121

## Manual Imprinter Merchant Plate - U.S. Region

A U.S. Merchant must notify its Acquirer when it changes the information on the Manual Imprinter's Merchant plate.

ID#: 010410-010410-0005128

© 2011 Visa. All Rights Reserved.

# Transaction Receipt Data Requirements

## Transaction Receipt Legend

The Cardholder copy of a Transaction Receipt must bear the legend "Retain this copy for statement verification" or similar wording. At a minimum, this legend must appear in the language of the Transaction Country. The legend may also appear in another language.

ID#: 010410-010410-0005290

## Manually Imprinted Transaction Receipts

On manually imprinted Transaction Receipts, a Merchant must:

- Include the Cardholder name if one is printed or embossed on the Card
- If the imprinted information is **not** legible, reproduce it clearly

ID#: 010410-010410-0004121

## Transaction Receipt Information Requirements - U.S. Region

In the U.S. Region, the Transaction Receipt must include:

- Transaction Date
- Brief description of the goods or services sold, returned, or cancelled
- Price of the goods or services, including applicable taxes, or amount of adjustment or credit
- Imprint of the embossed legends from the Card and Merchant plate. If the legends cannot be imprinted, or if the Magnetic Stripe or Chip is read, the Merchant must include at least the Cardholder name or generic consumer identifier (if one is printed or embossed on the Card) Account Number, Merchant name, and place of business.

ID#: 010410-010410-0005122

## Transaction Receipt Signature Line Notations - U.S. Region

A U.S. Merchant must write the following letters or words on the signature line of the Transaction Receipt, if applicable:

### Transaction Receipt Completion - U.S. Region

| Transaction Type | Signature Line Printing |
|---|---|
| Telephone Order | TO |
| Mail Order | MO |

© 2011 Visa. All Rights Reserved.

| Transaction Type | Signature Line Printing |
|---|---|
| No Show | NO SHOW |
| T&E Advance Deposit | ADVANCE DEPOSIT |
| Priority Check-out | PRIORITY CHECK-OUT |
| Recurring | RECURRING TRANSACTION |
| Advance Payment Service | ADVANCE PAYMENT |

ID#: 111011-150210-0005129

## Electronic Commerce Transaction Receipt Data Requirements - U.S. Region

In addition to the requirements specified in "Electronic and Manual Transaction Receipts - General - U.S. Region Exhibit S"  and "Electronic Commerce Transaction Receipt Requirements 5.2.B.4 Table 7K-1," a Transaction Receipt completed for an Electronic Commerce Transaction in the U.S. Region must include:

• Merchant name most recognizable to the Cardholder, such as:

– Merchant "doing business as" name (DBA)

– Merchant universal resource locator (URL)

– Merchant name used in the Clearing Record

• Customer service contact, including telephone number. If a Merchant delivers goods or services internationally, both local and internationally accessible telephone numbers must be included.

• Terms and conditions of sale, if restricted

• Exact date free trial period ends, if offered

• Cancellation policies

Transaction payment type (i.e., "Visa") and the payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt.

ID#: 111011-010410-0005148

## Internet Payment Service Provider Name on Transaction Receipt - U.S. Region (Updated)

**Effective through 30 June 2011,** for a Transaction Receipt completed by an Internet Payment Service Provider (IPSP) in the U.S. Region, if a Cardholder accesses a Sponsored Merchant's Website and is then linked to the IPSP Website for payment, the IPSP's name must appear on the Transaction Receipt in conjunction with the Sponsored Merchant's name.

The IPSP's name may appear alone on the Transaction Receipt if the:

• Cardholder accesses the IPSP's Website directly

© 2011 Visa. All Rights Reserved.

- IPSP's name is visible to the Cardholder during the selection, order, and payment processing services

If the IPSP's name appears alone on the Transaction Receipt, Visa may require that the Sponsored Merchant's name be included on the Transaction Receipt if the IPSP or its Sponsored Merchants cause undue economic hardship to the Visa system, including, but not limited to:

- Qualifying for the Global Merchant Chargeback Monitoring Program or the Merchant Chargeback Monitoring Program
- Generating excessive Copy Requests

ID#: 111011-010410-0006125


## High-Risk Internet Payment Service Provider Transaction Receipt - U.S. Region

For a Transaction Receipt completed by a High-Risk Internet Payment Service Provider (IPSP) in the U.S. Region, the High-Risk IPSP's name must appear in conjunction with the High-Risk Sponsored Merchant's name, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN).

 The payment provider information specified below must be included either:

- On the Web site checkout screen used to present the total purchase amount
- Within the sequence of pages the Cardholder accesses during the checkout process

[High-Risk Internet Payment Service Provider name] is a designated payment processor for [High-Risk Sponsored Merchant name]. [High-Risk Internet Payment Service Provider name*Sponsored Merchant name] will appear on your Cardholder statement.

ID#: 010410-010410-0005843


## Electronic and Manual Transaction Receipts


### Transaction Receipt - Formset Requirements - U.S. Region Exhibit S

In the U.S. Region, each Transaction Receipt formset must contain, at a minimum, a Member copy and a Cardholder copy. The Merchant or Member copy must bear the Cardholder's original signature.

Formset ink colors must comply with the following table:


**Formset Ink Colors**

| Description | Ink Color |
|---|---|
| Transaction Receipt | Dark blue or black |
| Cash Disbursement Transaction Receipt | Dark green or black |
| Credit Transaction Receipt | Red ink of legible density |

© 2011 Visa. All Rights Reserved.

Each formset must bear a sequential number consisting of at least five digits.

ID#: 050411-220311-0026204

## Transaction Receipt - Fraud Deterrent Requirements - U.S. Region Exhibit S

In the U.S. Region, all formsets must be of the fraud-deterrent type, either:

- Carbonless or carbon-backed
- With the carbon page perforated so that it will tear through the Account Number when the formset is separated

ID#: 050411-220311-0026205

## Transaction Receipt - Prohibitions - U.S. Region Exhibit S

In the U.S. Region, preprinted legends designating space for supplementary Cardholder information (e.g., address, telephone number) or ancillary charges to be added after completion of the Transaction are prohibited, except as specified below.

Supplementary Cardholder information may be designated on formsets also designed for use as:

- Mailing or delivery slips
- Guest registration forms
- Car rental contracts
- Wire Transfer Money Orders

Space for ancillary charges is permitted on T&E Document formsets used by Lodging or Cruise Line Merchants, or Car Rental Companies, as specified in "Delayed or Amended Charges - Acceptable Charges 5.2.M.4."

Use of promotional, advertising, or similar language that conveys preference of a non-Visa payment card on Transaction Receipts that bear the Visa Program Marks is prohibited.

The use of language that conveys any limitation of a Cardholder's rights to dispute the Transaction with the Issuer is prohibited.

ID#: 111011-220311-0026206

## Electronic and Manual Transaction Receipts - General - U.S. Region Exhibit S

In the U.S. Region,  the requirements listed in "Transaction Receipt Formset Requirements - U.S. Region Exhibit S," "Transaction Receipt Fraud Deterrent Requirements - U.S. Region Exhibit S," and "Transaction Receipt - Prohibitions - U.S. Region Exhibit S" apply to both electronic and manual Transaction Receipts.

ID#: 080411-220311-0026207

© 2011 Visa. All Rights Reserved.

**Data Requirements: Cardholder-Activated Terminal Transaction Receipt - U.S. Region Tables S-4, S-5 and S-6 (Updated)**

**Effective through 14 October 2011**, in the U.S. Region, a Limited-Amount Terminal (except for Magnetic-Stripe Telephones) Transaction Receipt must contain the following data elements:

- Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits. This requirement does not apply to Point-of-Transaction Terminals installed before 1 July 2003.

- Merchant name

- Location Code, or city and state

- Transaction amount

- Transaction Date

- Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt.

**Effective through 14 October 2011**, in the U.S. Region, an Automated Dispensing Machine Transaction Receipt must contain the following data elements:

- Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits. This requirement does not apply to Point-of-Transaction Terminals installed before 1 July 2003.

- Merchant name

- Location Code, or city and state

- Transaction amount

- Transaction Date

- Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt.

**Effective through 14 October 2011**, in the U.S. Region, a Self-Service Terminal Transaction Receipt must contain the following data elements:

- Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.

- Merchant name

- Location Code, or city and state

- Transaction amount

- Transaction Date

- Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt.

ID#: 111011-010100-0026208

© 2011 Visa. All Rights Reserved.

**Data Requirements: Unattended Transaction Receipt - U.S. Region (Updated)**

**Effective 15 October 2011,** in the U.S. Region, an Unattended Cardholder-Activated Terminal Transaction Receipt must contain the following data elements: [61]

- Account Number.  The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.  This requirement does not apply to Point-of-Transaction Terminals installed before 1 July 2003.

- Merchant name

- Location Code, or city and state

- Transaction amount

- Transaction Date

- Transaction payment type (i.e., Visa). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt.

ID#: 171011-151011-0026361

**Data Requirements: Cardholder-Activated Terminal Transaction Receipt (Types A, B, and C) Table 7I-4 (Updated)**

**Effective through 14 October 2011,** the following table specifies the data requirements for Unattended Terminal Transaction Receipts.

---

61   Not applicable to a Telephone Service Transaction completed at an Unattended Cardholder-Activated Terminal

© 2011 Visa. All Rights Reserved.

**Data Requirements for Unattended Terminal Transaction Receipts**

| Transaction Data Requirements | CAT Type A Limited Amount Terminal | CAT Type B Self-Service Terminal | CAT Type C Automated Dispensing Machine |
|---|---|---|---|
| Account Number (at least 4 digits of the Account Number on the Cardholder copy of the Transaction Receipt must be disguised or suppressed. (Visa strongly recommends disguising or suppressing all but the last 4 positions of the primary Account Number on the Cardholder Transaction Receipt.) **Effective for Point-of-Transaction Terminals installed on or after 1 October 2011,** the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits. | X | X | X |
| Merchant name | X | X | X |
| Terminal location (city and country) | X | X | X |
| Transaction Date | X | X | X |
| Identification of Transaction Currency | X | X | X |
| Transaction amount indicated in Transaction Currency | X | X | X |
| Transaction type (purchase) | X | X | X |
| Authorization Code, if applicable | X | X | X |

ID#: 111011-220311-0026210

© 2011 Visa. All Rights Reserved.

## Data Requirements: Unattended Transaction Receipt

**Effective 15 October 2011,** an Unattended Cardholder-Activated Terminal Transaction Receipt must contain the following data elements:

- Account Number.  **Effective through 30 September 2014,** at least 4 digits of the Account Number on the Cardholder copy of the Transaction Receipt must be disguised or suppressed. [62]  **Effective for Point-of-Transaction Terminals installed on or after 1 October 2011,** the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.  **Effective 1 October 2014,** the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.

- Merchant name

- Terminal location (city and country)

- Transaction Date

- Identification of Transaction Currency

- Transaction amount indicated in Transaction Currency

- Transaction type (purchase)

- Authorization Code, if applicable

ID#: 111011-151011-0026360

## Data Requirements: Visa Easy Payment Service Transaction Receipt Table 7I-3

**Effective 16 October 2010,** the following are the data requirements for a Visa Easy Payment Service Transaction Receipt.

- Merchant name

- Total Transaction amount indicated in Transaction Currency

- Transaction Date

- Confirmation that Cardholder performed payment using a Visa Card or a Visa Electron Card or a Proximity Payment Device

ID#: 050411-010100-0026212

## Point-of-Transaction Terminal Transaction Receipt - U.S. Region Table S-1

A Point-of-Transaction Terminal Transaction Receipt must contain the following data elements:

- Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits. This requirement does not apply to Point-of-Transaction Terminals installed before 1 July 2003.

---

62   **Effective through 30 September 2014,** Visa strongly recommends disguising or suppressing all but the last 4 positions of the primary Account Number on the Cardholder Transaction Receipt.

© 2011 Visa. All Rights Reserved.

- Expiration date. The expiration date must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt. This requirement does not apply to Point-of-Transaction Terminals installed before 1 July 2003.

- Location Code

- Transaction amount

- Transaction Date

- Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt

- Space for Cardholder signature, except for:

  – Transactions in which the PIN is an acceptable substitute for Cardholder signature

  – **Effective 17 April 2010 through 15 October 2010,** Transactions US $25 and under completed at a Point-of-Transaction Terminal with Contactless payment capability

  – **Effective through 15 October 2010,** Small Ticket Transactions

  – **Effective through 15 October 2010,** No Signature Required Transactions

  – **Effective 16 October 2010,** Visa Easy Payment Service Transactions

- A legend identifying the party to whom it will be delivered (e.g., Member copy, Merchant copy, Cardholder copy), except for Visa Easy Payment Service Transactions

- Authorization Code, if applicable

- For a Quasi-Cash Transaction completed in a Face-to-Face Environment, the Transaction Receipt must provide space for Cardholder identification and the 4 digits printed above or below the Account Number, as specified in "Cardholder Identification and Card Verification Table - U.S. Region 5.2.J.1.a."

- For a Visa Cash Back Service Transaction, the amount of cash provided to the Cardholder.

ID#: 111011-220311-0026215


## Manual Transaction Receipt - Data Requirements VIOR Table 7J-1 USOR Table S-7

A Manual Transaction Receipt must contain the following data elements:

- Embossed Card data

- Merchant name

- Merchant city and country (and state/province, if applicable)

- Transaction amount indicated in Transaction Currency

- Identification of Transaction Currency

- Transaction Date

- Description of goods or services (optional)

- Space for Cardholder signature

- Authorization Code, if applicable

- Transaction Type (purchase)

© 2011 Visa. All Rights Reserved.

In addition to the above requirements, in the U.S. Region the Manual Transaction Receipt must also contain the following data elements:  *(This only applies in the U.S. Region.)*

- Imprint of Card data *(This only applies in the U.S. Region.)*

- Imprint of Merchant or Member name and location *(This only applies in the U.S. Region.)*

- Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt  *(This only applies in the U.S. Region.)*

- Space for salesperson's initials or department number  *(This only applies in the U.S. Region.)*

- Location Code *(This only applies in the U.S. Region.)*

- Description of goods or services (required) *(This only applies in the U.S. Region.)*

- Legend identifying its purpose (i.e., Transaction Receipt or sales slip) *(This only applies in the U.S. Region.)*

- Legend identifying the party to whom it will be delivered (e.g., "Member copy"). The other copies of the formset should also be appropriately labeled "Merchant copy" or "Cardholder copy." *(This only applies in the U.S. Region.)*

- Description of goods or services (required) *(This only applies in the U.S. Region.)*

- For a Quasi-Cash Transaction completed in a Face-to-Face Environment, space for Cardholder identification and the 4 digits printed above the Account Number, as specified in "Cardholder Identification and Card Verification Table - U.S. Region 5.2.J.1.a." *(This only applies in the U.S. Region.)*

ID#: 080411-220311-0026217

## Manual Transaction Receipt - Hotels Table 7J-2

A Manual Transaction Receipt for Hotels must contain the following data elements:

- Embossed Card data

- Hotel name

- Hotel city and country (and state/province, if applicable)

- Transaction amount in Transaction Currency

- Identification of Transaction Currency

- Transaction Date

- Space for guest check-in date

- Space for guest check-out date

- Authorization dates, amounts, and approval codes (if applicable)

- Description of goods or services (optional)

- Space for room rate, if applicable

- Space for Cardholder signature

© 2011 Visa. All Rights Reserved.

- Space for salesperson's initials
- Authorization dates, amounts, and approval codes (if applicable)

ID#: 050411-010100-0026218

## Manual Cash Disbursement Transaction Receipt - Data Requirements VIOR Table 7J-4 USOR Table S-9

A Manual Cash Disbursement Transaction Receipt must contain the following data elements:

- Embossed Card data
- Acquirer or Merchant name
- City and country (and state/province, if applicable) of Acquirer or Merchant, as appropriate
- Transaction amount indicated in Transaction Currency
- Identification of Transaction Currency
- Transaction Date
- Space for Cardholder signature
- Space for Cardholder identification
- Space for clerk's signature or identification
- Authorization Code
- Space for 4 printed digits above or below Account Number
- Transaction type (Cash Disbursement)

In addition to the above requirement, in the U.S. Region the Manual Cash Disbursement Transaction Receipt must also contain the following data elements: *(This only applies in the U.S. Region.)*

- Imprint of Card data *(This only applies in the U.S. Region.)*
- Imprint of the name and location of the Member, Merchant, or Cash Disbursement Merchant *(This only applies in the U.S. Region.)*
- Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt *(This only applies in the U.S. Region.)*
- Legend identifying the party to whom it will be delivered (e.g., "Member copy"). The other copies of the formset should also be appropriately labeled "Merchant copy" or "Cardholder copy." *(This only applies in the U.S. Region.)*
- Space for Cardholder's address (may be eliminated from the Cash Disbursement Transaction Receipt used only by a Cash Disbursement Merchant) *(This only applies in the U.S. Region.)*

ID#: 050411-220311-0026219

© 2011 Visa. All Rights Reserved.

**Hotel Guest Folio - Data Requirements Table 7J-3**

A Hotel Guest Folio must contain the following data elements:

- Embossed Card date
- Hotel name
- Hotel city and country (and state/province, if applicable)
- Transaction amount indicated in Transaction Currency
- Identification of Transaction Currency
- Transaction Date
- Description of goods and services (optional)
- Space for Cardholder signature
- Guest check-in date
- Guest check-out date
- Intended length of stay at check-in (optional)
- Room rate and salesperson's initials
- Authorization dates, amounts, and approval codes
- Authorization Code, if applicable
- Applicable tax and/or service charge rates (optional)
- Computation and procedure for estimating ancillary charges (optional)
- Estimated Transaction amount calculated on check-in date (optional)

ID#: 050411-220311-0026220

**Manual Credit Transaction Receipt - Data Requirements Table 7J-5**

A manual Credit Transaction Receipt must contain the following data elements.

- Embossed Card data
- Merchant name
- Merchant location (city and country)
- Credit amount indicated in Transaction Currency
- Identification of Transaction Currency
- Credit preparation date
- Description of goods or services returned to Merchant (optional)
- Space for Merchant or Cardholder signature

© 2011 Visa. All Rights Reserved.

• Transaction type (Credit)

ID#: 111011-220311-0026221

## Manual Transaction Receipt - Lodging and Cruise Line Merchants - U.S. Region Table S-8

In the U.S. Region, a Manual Transaction Receipt for Lodging or Cruise Line Merchants must contain the following data elements:

• Imprint of Card data

• Imprint of Merchant or Member name and location

• Location Code

• Transaction amount

• Transaction Date

• Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt

• Guest check-out or disembarkation date

• Legend identifying its purpose (i.e., Transaction Receipt or sales slip)

• Legend identifying the party to whom it will be delivered (e.g., "Member copy"). The other copies of the formset should also be appropriately labeled "Merchant copy" or "Cardholder copy."

• Description of goods or services

• Room rate and salesperson's initials or department number

• Authorization dates, amounts, and approval codes

• Space for Cardholder signature

ID#: 050411-220311-0026225

## Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1

The following data elements are required for a face-to-face electronic purchase or Credit Transaction Receipt.

• Merchant name

• Merchant city and country (and state/province, if applicable)

• Transaction amount (or credit), indicated in Transaction Currency

• Transaction Date (or credit preparation date)

• Account Number (at least 4 digits of the Account Number on the Cardholder copy of the Transaction Receipt must be disguised or suppressed) [63]

• Space for Cardholder signature

© 2011 Visa. All Rights Reserved.

- Authorization Code, if applicable [64]
- Transaction type (purchase or credit)

ID#: 171011-010100-0026256

## Data Requirements for Visa Debit with PIN Transactions – U.S. Region (New)

**Effective 14 April 2012,** the following are the Transaction Receipt data requirements for Visa Debit with PIN Transactions.

- Transaction amount
- Transaction Date
- Transaction type (e.g., payment from primary account)
- Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.
- Terminal location
- Merchant name
- Trace number

ID#: 111011-140412-0026508

# Transaction Receipt Delivery to Cardholder

## Transaction Receipt Delivery Requirements

A Merchant must provide a completed copy of the Transaction Receipt to the Cardholder at the time that the purchased goods are delivered or services are performed. [65] [66]

**Effective through 15 October 2010,** a Transaction Receipt is **not** required for a Small Ticket Transaction unless requested by the Cardholder.

**Effective 16 October 2010,** a Transaction Receipt is **not** required for a Visa Easy Payment Service Transaction unless requested by the Cardholder.

**Effective 16 October 2010,** if a Transaction Receipt is requested or issued for a Visa Easy Payment Service Transaction, a Merchant may provide a cash register receipt if it contains, at a minimum, the Transaction Data specified in "Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1."

---

63   Visa strongly recommends disguising or suppressing all but the last 4 positions of the primary Account Number on the Cardholder Transaction Receipt.

64   **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region.

65   A variance to this requirement applies in Visa Europe for vending Transactions.

66   **Effective 20 January 2011,** a variance to this requirement applies in the AP Region for Members in Australia and New Zealand for certain vending machine Transactions.

© 2011 Visa. All Rights Reserved.

**Effective 16 October 2010,** in the U.S. Region, when issued, a Transaction Receipt for a Visa Easy Payment Service Transaction must contain the Transaction Data specified in  "Point-of-Transaction Terminal Transaction Receipt - U.S. Region Table S-1." *(This only applies in the U.S. Region.)*

An Electronic Commerce Merchant may deliver the Transaction Receipt in either of the following formats:

• Electronic (e.g., e-mail or fax)

• Paper (e.g., hand-written or terminal-generated)

ID#: 080411-010410-0008621


## Amended Transaction Receipt Delivery

A Hotel, Car Rental Company, or Cruise Line must send the Cardholder a copy of any amended or additional charges added to a Transaction Receipt.

ID#: 010410-010410-0005050


## Transaction Receipt Delivery Requirements - U.S. Region 5.2.N (Updated)

**Effective through 15 October 2010,** a U.S. Merchant must provide a completed copy of the Transaction Receipt to the Cardholder as follows:

• At the time that the purchased goods are delivered or services are performed, except for:

– **Effective through 16 April 2010,** a Transaction under US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability

– **Effective 17 April 2010,** a Transaction less than or equal to US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability

– A Small Ticket Transaction

– A No Signature Required Transaction

– A Magnetic-Stripe Telephone Transaction

• At the time of billing, for a Deferred Payment Transaction

• **Effective through 16 April 2010,** upon Cardholder request, for a Transaction under US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability

• **Effective 17 April 2010,** upon Cardholder request, for a Transaction less than or equal to US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability

• Upon Cardholder request, for a Small Ticket Transaction or a No Signature Required Transaction

• At the time of the Transaction, for a Transaction completed at a Point-of-Transaction Terminal

**Effective 16 October 2010,** a U.S. Merchant must provide a completed copy of the Transaction Receipt to the Cardholder as follows:

• At the time that the purchased goods are delivered or services are performed, except for:

© 2011 Visa. All Rights Reserved.

- – **Effective 16 October 2010,** a Visa Easy Payment Service Transaction for which the Cardholder has not requested a Transaction Receipt

- – **Effective through 14 October 2011,** a Magnetic-Stripe Telephone Transaction

- – **Effective 15 October 2011,** a Telephone Service Transaction conducted at an Unattended Cardholder-Activated Terminal

- At the time of billing, for a Deferred Payment Transaction

- At the time of the Transaction, for a Transaction completed at a Point-of-Transaction Terminal

- **Effective 16 October 2010,** upon Cardholder request for a Visa Easy Payment Service Transaction

**Effective 16 October 2010,** if a Transaction Receipt is provided to the Cardholder for a Visa Easy Payment Service Transaction, it must contain the Transaction Data Specified in "Data Requirements: Visa Easy Payment Service Transaction Receipt Table 7I-3."

ID#: 111011-010410-0005130

### Transaction Receipt Delivery for Dynamic Currency Conversion Transactions - U.S. Region 5.2.N

**Effective through 6 October 2010,** in the U.S. Region, if a T&E Express Service Transaction involves Dynamic Currency Conversion (DCC), a Lodging Merchant or Car Rental Company must send the Cardholder a copy of the Transaction Receipt through the postal service within 3 business days, as specified in the "Dynamic Currency Conversion - Additional Requirements for T&E Express Service Transactions - U.S. Region" table.

ID#: 050411-010410-0005134

# Transaction Deposits

## General Transaction Deposit Requirements

### Transaction Deposit in Transaction Country

A Merchant, except a military base or an International Airline, must deposit all Transaction Receipts in the Transaction Country.

ID#: 010410-010410-0002979

© 2011 Visa. All Rights Reserved.

**Cruise Line Exceptions**

A Cruise Line may deposit on-board Transactions at various ports-of-call. The Transaction Date is the Deposit Date or date of disembarkation, if the Transactions are deposited at the end of the cruise.

ID#: 010410-010410-0002980

# Transaction Deposit Time Limits

## Deposit Time Limit

A Merchant must deposit all Transaction Receipts within 3 business days of the Transaction Date.

ID#: 010410-010410-0002976

## Visa Electron Deposit Time Limit

A Merchant must deposit all Visa Electron Transaction Receipts within 2 business days of the Transaction Date.

ID#: 010410-010410-0002977

## Multiple Merchant Outlets Deposit Time Limits

An Acquirer may allow a Merchant with multiple Merchant Outlets in the same country that centrally accumulates Transaction Receipts up to 21 calendar days to deposit them. The 21-calendar-day period includes the Transaction Date and Deposit Date.

ID#: 010410-010410-0002978

## Transaction Receipt Deposit Time Limits in Malaysia - AP Region (Updated)

**Effective 15 October 2011,** in Malaysia, a Merchant must deposit a domestic Visa debit Transaction conducted at an Automated Fuel Dispenser within 2 business days from the Transaction Date.

ID#: 151011-151011-0026499

## Deposit Time Limit - U.S. Region 5.2.O.2

A U.S. Merchant must deposit Transaction Receipts to its Acquirer or designated Agent within 5 calendar days of the Transaction Date, except as specified in "Delayed Delivery Transaction Deposits - U.S. Region" and "Multiple Merchant Outlets Deposit Time Limits - U.S. Region." Each time period specified includes the Transaction Date and the Receipt Date.

© 2011 Visa. All Rights Reserved.

A U.S. Merchant must deposit Credit Transaction Receipts to its Acquirer or designated Agent within 3 calendar days of the Transaction Date.

ID#: 081010-010709-0008617

## Delayed Delivery Transaction Deposits - U.S. Region

A U.S. Merchant must deposit Transaction Receipts for Delayed Delivery Transactions within 5 calendar days of the date of both the deposit and final payment.

ID#: 081010-010709-0008628

## Multiple Merchant Outlets Deposit Time Limits - U.S. Region

A U.S. Merchant with multiple Merchant Outlets, if it accumulates Transaction Receipts at a central office or facility, must deposit them as follows:

- Transaction Receipts within 15 calendar days of the Transaction Date
- Credit Transaction Receipts within 5 calendar days of the Transaction Date

Visa may extend the maximum time for delivery.

The above applies to the following Merchant types:

- Transportation companies subject to federal or foreign regulations
- Oil companies
- Car Rental Companies
- Hotels, motels, and restaurant chains
- Other Merchant categories specified by the Board

ID#: 081010-010410-0008629

## Installment Billing Transaction Receipt Deposits - U.S. Region

A U.S. Merchant must **not** deposit the first Installment Billing Transaction with its Acquirer until the shipment date of the goods. The Merchant must deposit subsequent Installment Billing Transaction Receipts at either of the following intervals:

- 30 calendar days or more
- Monthly anniversary of the shipment date (same day of each month)

ID#: 010410-010410-0005189

© 2011 Visa. All Rights Reserved.

# Transaction Deposit Restrictions

## Transactions Directly Resulting from Other Entities 5.3.F.1.a

A Merchant must deposit only Transaction Receipts that directly result from Cardholder Transactions with that Merchant. A Merchant must **not** deposit Transaction Receipts resulting from any Transaction involving a Card between a Cardholder and another entity.

**Effective 1 July 2011,** a Payment Service Provider (PSP) may deposit a Transaction Receipt resulting from a Transaction between a Cardholder and a Sponsored Merchant of the PSP.

A variance applies in the U.S. Region for the Visa Tax Payment Program.

A variance applies in the AP Region for government payments in Australia.

**Effective through 14 October 2011,** a variance to this requirement applies in the CEMEA Region for Domestic Transactions at Unattended Acceptance Terminals in Russia.

**Effective 15 October 2011,** a variance to this requirement applies in the CEMEA Region for Domestic Transactions at Unattended Cardholder-Activated Terminals in Russia.

ID#: 151011-010410-0002981

## Merchant Location Identification

A Merchant with multiple Merchant Outlets must deposit Transaction Receipts so that the Acquirer can identify the location of each Transaction.

ID#: 010410-010410-0002982

## Transaction Deposit Conditions

A Merchant must **not** deposit a Transaction Receipt until it does one of the following:

• Completes the Transaction

• Ships or provides the goods

• Performs the purchased service

• Obtains the Cardholder's consent for a Recurring Transaction

A U.S. Merchant may deposit a prepayment within the time limits specified in the U.S. Regional Operating Regulations if the Merchant advises the Cardholder of the immediate billing at the time of the Transaction, for:

• Prepayment of services, excluding estimates for services to be provided

• Full prepayment of custom-ordered merchandise manufactured to the Cardholder's specifications

© 2011 Visa. All Rights Reserved.

For prepayment of services, the Transaction Date is considered to be the date of Cardholder prepayment.

ID#: 010410-010410-0008982

# Credits and Refunds

## General Credit and Refund Requirements

### Credit Transaction Receipt 5.3.D.2

A Merchant may, at its discretion, prepare a Credit Transaction Receipt when a valid Transaction Receipt was previously processed and the Cardholder either cancelled the Transaction later or returned the goods. At the time of the Credit Transaction, the Merchant must:

- Prepare a credit that includes the Credit Transaction Receipt date and identifies the original Transaction

- Deliver a completed Credit Transaction Receipt to the Cardholder

- **Effective through 15 October 2010,** deposit the Credit Transaction Receipt within 14 calendar days from the date that the credit was issued

- **Effective 16 October 2010,** deposit the Credit Transaction Receipt within 5 calendar days from the date that the credit was issued

In the U.S. Region, the Credit Transaction Receipt must describe the merchandise returned, services cancelled, or adjustment made. *(This only applies in the U.S. Region.)*

ID#: 081010-010410-0008605

### Credit Transaction Receipt Delivery - U.S. Region 5.2.Q

A U.S. Merchant must provide a credit refund or price adjustment by delivering a Credit Transaction Receipt to the Member that received the related Transaction Receipt representing the original purchase. The only exception is an Airline or other carrier, if required by law or applicable tariff.

ID#: 010410-010410-0001713

### Credit and Refund Restrictions

A Merchant must provide a credit refund in connection with a Transaction by a Credit Transaction Receipt, **not** by cash or check. The only exceptions are Airlines, if required by law or applicable tariff.

**Effective 1 January 2011,** a Merchant must **not**:

- Accept payment from a Cardholder for the purpose of depositing funds to the Cardholder's account

© 2011 Visa. All Rights Reserved.

• Process a Credit Transaction Receipt without having completed a previous retail Transaction with the same Cardholder

The loading of value to a Visa Prepaid Card that has been designated for participation in the Visa Prepaid Load Service by the Issuer is excluded from these restrictions.

ID#: 081010-010410-0003076

## Credit and Refund Restrictions - U.S. Region 5.2.P.1

A U.S. Merchant must **not**:

• Accept payment from a Cardholder for the purpose of depositing funds to the Cardholder's account. The loading of value to a Visa Prepaid Card or to another Non-Visa Branded Account, as defined in the *Visa ReadyLink Service Description and Implementation Guidelines* that has been designated for participation in Visa ReadyLink by the Issuer is excluded from this restriction.

• Process a Credit Transaction Receipt without having completed a previous retail Transaction with the same Cardholder, except as specified in "Credit Transaction Receipt Delivery - U.S. Region"

ID#: 080411-010410-0001710

# Proper Disclosure of Refund Policy

## Electronic Commerce Merchant Refund Policy Disclosure

An Acquirer must ensure that its Electronic Commerce Merchant includes any return/refund policy on the Merchant's Website and that a "click to accept," or other acknowledgement button accepting the policy, is used by the Cardholder.

Purchase terms and conditions must be displayed to the Cardholder during the order process either:

• On the same screen as the checkout screen indicating the total Transaction amount

• Within the sequence of Web pages accessed by the Cardholder before the final checkout

In the U.S. Region, in addition to the above requirements, an Electronic Commerce Merchant Website must communicate its refund policy to the Cardholder **during** the order process. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008606

## Proper Disclosure of Limited Return Policies 5.3.D.5

The table below specifies the words or similar wording that must be legibly printed on all copies of a Transaction Receipt near the Cardholder signature area or in an area easily seen by the Cardholder.

© 2011 Visa. All Rights Reserved.

**Proper Disclosure on Transaction Receipts**

| Transaction Receipt Wording | To Be Used for the Following Return Policies |
|---|---|
| "No Refund," "No Exchanges," or "All Sales Final" | Merchant does **not**:<br>• Accept merchandise in return or exchange<br>• Issue a refund to a Cardholder |
| "Exchange Only" | Merchant only accepts merchandise in exchange for merchandise of equal value to the original Transaction amount. |
| "In-Store Credit Only" | Merchant only accepts merchandise for return and delivers an in-store credit document that both:<br>• Equals the value of the returned merchandise<br>• Must be used at the Merchant location |

Proper disclosure must **not** include a statement that waives a Cardholder's right to dispute the Transaction with the Issuer.

**Effective through 15 April 2011,** a Merchant may limit its acceptance of returned merchandise or establish a policy to make price adjustments if the Merchant:

• Makes proper disclosure

• Delivers the purchased goods to the Cardholder at the time of the Transaction

**Effective 16 April 2011,** for Transactions in a Card-Present Environment, a Merchant may limit its acceptance of returned merchandise or establish a policy to make price adjustments provided that the Merchant makes proper disclosure of its returns policy in accordance with the table above.

ID#: 050411-010410-0008771

## Proper Disclosure of Limited Return Policies - U.S. Region

The following words or similar wording must be legibly printed on all copies of a Transaction Receipt or invoice, in letters approximately 0.25 inches high, near the Cardholder signature area.

**Examples of Proper Refund Policy Disclosure on Transaction Receipt - U.S. Region**

| Transaction Receipt Wording | For the Following Types of Refund Policy: |
|---|---|
| "No Refund" | Merchant does **not**:<br>• Accept merchandise in return or exchange<br>• Issue a refund to a Cardholder |
| "Exchange Only" | Merchant only accepts merchandise in immediate exchange for similar merchandise of price equal to the original Transaction amount. |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Transaction Receipt Wording | For the Following Types of Refund Policy: |
|---|---|
| "In-Store Credit Only" | Merchant only accepts merchandise in return and delivers an in-store credit that:<br><br>• Equals the value of the returned merchandise<br><br>• Must be used at the Merchant's place of business |

Note: Absence of the above wording does not necessarily mean that proper disclosure has not been provided.

**Effective through 15 April 2011,** in the U.S. Region, a Merchant may limit its acceptance of returned merchandise or establish a policy to make price adjustments if the Merchant:

• Makes proper disclosure, as specified in the table above

• In a Face-to-Face Environment, delivers the purchased goods or services to the Cardholder at the time of the Transaction

**Effective 16 April 2011,** in the U.S. Region, for Transactions in a Card-Present Environment, a Merchant may limit its acceptance of returned merchandise or establish a policy to make price adjustments provided that the Merchant makes proper disclosure of its returns policy in accordance with the table above.

ID#: 111011-010410-0008772


## Special Circumstances - U.S. Region

A U.S. Merchant may, with Cardholder approval and if permitted by local law, identify terms for special circumstances (such as late delivery, delivery charges) and must print any special terms on the Transaction Receipt.

ID#: 010410-010410-0008610


## Alternate Forms of Credit - U.S. Region

A U.S. Merchant may provide the following alternate forms of credit:

• **Effective through 15 October 2010,** cash refund to the Cardholder, for a Small Ticket Transaction

• **Effective through 15 October 2010,** cash refund to the Cardholder, for a No Signature Required Transaction

• **Effective 16 October 2010,** cash refund to the Cardholder for a Visa Easy Payment Service Transaction

• Cash refund, Credit Transaction Receipt, or other appropriate form of credit to the recipient of a gift purchased as a Mail/Phone Order Transaction, instead of to the Cardholder

• Cash refund or in-store credit for a Visa Prepaid Card Transaction if the Cardholder states that the Visa Prepaid Card has been discarded

© 2011 Visa. All Rights Reserved.

The refund or adjustment must **not** exceed the original Transaction amount.

ID#: 081010-010410-0008613

## Transaction Reversals

### Transaction Receipt Reversal or Adjustment 5.3.D.3.a (Updated)

A Merchant must process a Reversal or an Adjustment within 30 calendar [67] days if it processed a Transaction Receipt in error.

The debit must be reversed using a Reversal Transaction code or an Adjustment message. See "BASE II Record Requirements" (Exhibit 2L) for information on Transaction codes and the VisaNet manuals for information on Single Message System message types.

ID#: 111011-010410-0008614

# Convenience Fees

## Convenience Fee General Requirements

### Convenience Fees on Government and Higher Education Transactions - U.S. Region

**Effective 10 March 2011,** in the U.S. Region, a third-party Merchant that is not providing goods or services to a Cardholder may charge a Convenience Fee for a government or higher education Transaction processed with one of the following Merchant Category Codes:

- 9399, "Government Services"

- 9222, "Fines"

- 9211, "Court Costs"

- 8220, "Colleges, Universities, Professional Schools, and Junior Colleges"

If the Convenience Fee is charged by the third-party Merchant:

- The Convenience Fee amount must be processed as a separate Transaction

- The third-party Merchant name must appear in the Clearing Record for the separate Transaction

ID#: 151011-010100-0026671

---

67   **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region

© 2011 Visa. All Rights Reserved.

## Convenience Fees - AP Region

An AP Merchant that charges a Convenience Fee must ensure that the fee is:

- Related to the bona fide convenience of providing a particular service (that is, **not** to the acceptance of the Visa Card) in a payment channel that does **not** include face-to-face Transactions

- Disclosed clearly to the Cardholder as a charge for the payment channel convenience

- Disclosed before the completion of the Transaction and the Cardholder is given the opportunity to cancel

- A flat amount, except that an ad valorem amount is allowed where the Merchant's pricing is subject to regulatory controls that make a flat fee infeasible

- The same fee that is applicable to all forms of payment accepted in the payment channel (that is, there is no discrimination against Visa Cards)

- Included as a part of the total amount of the Transaction

ID#: 010410-010410-0006880

## Domestic Convenience Fee - CEMEA Region

In the CEMEA Region a Russian Merchant or Third Party may charge a Convenience Fee. The Merchant or Third Party that charges a Convenience Fee must ensure that the fee is:

- Applied to a Domestic Transaction only

- Charged for a bona fide convenience in the form of an alternative payment channel outside the Merchant's customary payment channels

- **Effective through 14 October 2011,** added only to a Transaction at an Unattended Acceptance Terminal [68]

- **Effective 15 October 2011,** added only to a Transaction at an Unattended Cardholder-Activated Terminal [69] [70]

- Applicable to all forms of payment accepted in the alternative payment channel (that is, there is no adverse discrimination against Visa Cards)

- Included as a part of the total amount of the Transaction and not collected separately

- Clearly reflected and specified on the Cardholder's Transaction Receipt

- **Not** added to a Recurring Transaction or Installment Transaction

---

68   Excluding Transactions at Automated Fuel Dispensers, Magnetic-Stripe Telephones, Card Dispensing Machines, Load Devices or ATM Cash Disbursements.

69   **Effective through 31 December 2013,** excluding Transactions at Automated Fuel Dispensers, Telephone Service Transactions, Card Dispensing Machines, Load Devices, or ATM Cash Disbursements.

70   **Effective 1 January 2014,** excluding Transactions at Automated Fuel Dispensers, Telephone Service Transactions, Load Devices, or ATM Cash Disbursements.

© 2011 Visa. All Rights Reserved.

If the Transaction takes place at an Unattended Acceptance Terminal operated by a Third Party, the Acquirer must ensure that:

- The Third Party is assigned the appropriate Merchant Category Code, as specified in the *Visa Merchant Data Standards Manual*
- The Third Party's name (or an abbreviation of the Third Party's name) in conjunction with the associated Merchant name is included in the Authorization Request and Clearing Record

ID#: 151011-010100-0025572

## Domestic Convenience Fee Limits - CEMEA Region

In the CEMEA Region, a Convenience Fee charged by a Russian Merchant must be a flat or fixed amount, not exceeding the following:

- 35 Rubles for Transactions processed with MCC 4814, "Telecommunication Service Including Local and Long Distance Calls, Credit Card Calls, Calls Through Use of Magnetic-Stripe-Reading Telephones, and Fax Services"
- 60 Rubles for Transactions processed with MCC 4900, "Utilities - Electric, Gas, Water, Sanitary"
- 48 Rubles for all other Transactions

ID#: 111011-010100-0025574

## Domestic Convenience Fee Disclosure - CEMEA Region

In the CEMEA Region if a Russian Merchant or Third Party imposes a Convenience Fee, the terminal must:

- Inform the Cardholder that a Convenience Fee will be applied as a charge for the alternative payment channel convenience, in addition to charges assessed by the Issuer. The disclosure must comply with all the following:
  - Be as high a contrast or resolution as any other graphics on the terminal
  - Contain the notice:

Fee Notice: "(Name) will assess a fee to cardholders for transactions at this terminal. This fee is added to the amount of your transaction and is in addition to any fees that may be charged by your financial institution."

- Identify the recipient of the Convenience Fee
- Inform the Cardholder of the amount of the Convenience Fee
- Request Cardholder approval of the Convenience Fee
- Provide the ability for the Cardholder to cancel the Transaction without incurring a fee or penalty

© 2011 Visa. All Rights Reserved.

- **Not** establish a minimum or maximum Transaction amount as a condition of honoring a Visa Card or Visa Electron Card

ID#: 111011-010100-0025573


## Convenience Fees - General Requirements - U.S. Region 5.2.E (Updated)

In the U.S. Region, a Merchant that charges a Convenience Fee must ensure that the fee is:

- Charged for a bona fide convenience in the form of an alternative payment channel outside the Merchant's customary payment channels

- Disclosed to the Cardholder as a charge for the alternative payment channel convenience

- Added only to a non-face-to-face Transaction. The requirement for an alternate payment channel means that Mail/Telephone Order and Electronic Commerce Merchants whose payment channels are exclusively non-face-to-face may **not** impose a Convenience Fee.

- A flat or fixed amount, regardless of the value of the payment due

- Applicable to all forms of payment accepted in the alternative payment channel

- Disclosed before the completion of the Transaction and the Cardholder is given the opportunity to cancel

- Included as a part of the total amount of the Transaction

**Effective 10 March 2011,** other requirements or exceptions may apply, as specified in the "Tax Payment Program Fee Requirements - U.S. Region" and "Convenience Fees on Government and Higher Education Transactions - U.S. Region."

ID#: 151011-010410-0003035


## Convenience Fees Not Assessed by a Third Party - U.S. Region 5.2.E (Updated)

In the U.S. Region, a Convenience Fee may only be charged by the Merchant that actually provides goods or services to the Cardholder. A Convenience Fee may **not** be charged by any third party.

**Effective 10 March 2011,** other requirements or exceptions may apply, as specified in the "Tax Payment Program - Interchange Reimbursement Fee Qualifications and Fee Amount - U.S. Region" and "Convenience Fees on Government and Higher Education Transactions - U.S. Region."

ID#: 151011-010410-0003037


## Convenience Fees on Recurring Transactions - U.S. Region 5.2.E

In the U.S. Region, except as permitted in "Tax Payment Program - Interchange Reimbursement Fee Qualifications and Fee Amount - U.S. Region," a Convenience Fee must **not** be added to a Recurring Transaction.

ID#: 010410-010410-0003038

© 2011 Visa. All Rights Reserved.

# Chip Card Acceptance

## Chip Card Acceptance General Requirements

### Chip Card Acceptance Requirements VIOR 4.6.D, USOR 5.2.G

The Card and Cardholder must be present for **all** Chip-initiated Transactions.

If a Chip-initiated Transaction is declined by the Issuer, the Transaction must **not** be processed by any other means.

If the Chip or Chip-Reading Device is inoperable, the Merchant must obtain an Online Authorization using the Magnetic Stripe. If the Magnetic Stripe cannot be read, or if Online Authorization is not available, existing Card acceptance and Transaction processing procedures apply.

If the Acquirer-Country combination exceeds international Fallback Transaction thresholds, the Member may be subject to penalties, as specified in "Acquirer Penalty for Global Fallback Monitoring Program Identification," "Acquirer Liability for Fallback Chip Transactions," and the *Global Chip Fallback Monitoring Program Guide.*

ID#: 050411-150210-0004845

### Chip Card Acceptance in Australia – AP Region (Updated)

**Effective 1 April 2012,** Acquirers and Merchants in Australia must comply with the following requirements for all Card acceptance devices, excluding ATM**:**

- Acquirers and Merchants must complete the migration of electronic Card acceptance devices to be EMV-Compliant for acceptance of Visa domestic or international EMV Transactions

- An Acquirer must certify its hosts support for Full-Chip Data

- An Acquirer and its Merchants must activate their EMV acceptance devices to conduct Visa Smart Debit/Credit (VSDC) Transactions

ID#: 111011-210611-0026157

### Chip Card Acceptance in New Zealand – AP Region (Updated)

**Effective 1 July 2011,** Acquirers and Merchants in New Zealand must comply with the following requirements for all Card acceptance devices, excluding ATM:

- Acquirers and Merchants must complete the migration of electronic Card acceptance devices to be EMV-Compliant for acceptance of Visa domestic or international EMV Transactions

- An Acquirer must certify its hosts support for Full-Chip Data

© 2011 Visa. All Rights Reserved.

- An Acquirer and its Merchants must activate their EMV acceptance devices to conduct Visa Smart Debit/Credit (VSDC) Transactions

ID#: 111011-210611-0026142

## Declined Chip Transaction Processing - Canada Region

If a Canada Issuer or the Issuer's agent issues a Pickup Response or a Decline Response, or a Compliant Chip Card declines a Chip-initiated Transaction, the Transaction must **not** be processed by any other means.

ID#: 010410-010410-0004878

## Chip Fallback Transaction Authorization Notification - Canada Region

Where an Authorization Request for a Fallback Transaction is made, a Canada Acquirer must ensure the Issuer is aware that the Authorization Request is for a Fallback Transaction.

ID#: 010410-010410-0004879

## Chip Transaction Authorization and Clearing Messages - Canada Region

A Canada Acquirer must submit Authorization and Clearing messages for Chip-initiated Transactions using full data.

ID#: 010410-010410-0004880

## Chip Transaction Authorization Response Code - Canada Region

A Canada Acquirer must provide the Authorization Response code in the Clearing Record for all Chip-initiated Transactions that are approved offline.

ID#: 010410-010410-0004881

## Acquirer Liability for Chip Fallback Transactions - Canada Region

A Canada Acquirer will be liable for a Fallback Transaction if the:

- Card is a Compliant Chip Card
- Account Number is found in the Exception File with a negative response on the Processing Date of the Chargeback, and is on the Exception File for a total period of at least 60 calendar days from the date of listing
- Transaction met any of the following conditions:
  - Was authorized **Offline**
  - Was authorized **Online** but **not** by the Issuer or the Issuer's agent

© 2011 Visa. All Rights Reserved.

– Was authorized **Online** by the Issuer or the Issuer's agent, but the appropriate values identifying the Transaction as a Fallback Transaction were **not** included within the related Authorization Message

ID#: 010410-010410-0004882

## Acquirer Liability for Chip Transactions Authorized Offline - Canada Region

**Effective through 30 March 2011,** a Canada Acquirer will be liable for all Chip-initiated Transactions generated by Compliant Chip Cards using Offline Authorizations when the:

• Card is a Compliant Chip Card that contains a Cardholder Verification Method List that specifies a preference for offline PIN at POS

• Transaction takes place at either:

– A Compliant Chip Card Reading Device without a Compliant PIN Entry Device (PED)

– A Chip Reading Device

• Transaction is reported as fraudulent using one of the following Fraud Type Codes:

– 0, "lost"

– 1, "stolen"

– 2, "Card not received as issued (NRI)"

• Account Number is listed on the Regional Card Recovery File with an Exception File Pickup Response of 41 or 43 on the Processing Date of the Chargeback, and is on the Exception File for a total period of at least 60 calendar days from the date of listing

ID#: 111011-010410-0004883

## Acquirer Liability for Chip Transactions in Card-Present Environment - Canada Region

**Effective 31 March 2011,** a Canada Acquirer will be liable for a Transaction in a Card-Present Environment, whether or not the Transaction is Chip-initiated, when the:

• Transaction does **not** take place at a Compliant Chip Card Reading Device with a Compliant PIN Entry Device (PED)

• Card is a Compliant Chip Card

• Transaction is reported as a fraudulent Transaction using one of the following Fraud Type Codes:

– 0, "lost"

– 1, "stolen"

– 2, "Card not received as issued (NRI)"

– 4, "Issuer-reported counterfeit"

© 2011 Visa. All Rights Reserved.

- Account Number is listed on the Card Recovery Bulletin with an Exception File Pick-up of 04, 07, 41, or 43 on the Processing Date of the Chargeback, and is on the Exception File for a total period of at least 60 calendar days from the date of listing

ID#: 111011-011010-0004884

## Visa Debit Acquirers - Canada Region

A Canada Acquirer must be able to process Visa Debit Card Transactions from any Merchant with which the Acquirer has a Merchant Agreement.

ID#: 111011-300609-0008078

## Failure to Comply with Visa Debit Processing Requirements - Canada Region

A Canada Acquirer that fails to comply with the requirements for processing Visa Debit Card Transactions will be subject to a penalty, as specified in "Visa Debit Acquirers Compliance Program - Canada Region."

An Acquirer or its Visa Debit Acceptor that fails to properly process Visa Debit Transactions will be subject to a penalty, as specified in "Visa Debit Acquirers Compliance Program  - Canada Region."

ID#: 050411-300609-0008079

## Visa Debit Transaction Authorization Requirement - Canada Region

A Visa Debit Acquirer in Canada must not process a Magnetic Stripe-read Authorization Request from a domestic Visa Debit Card.

ID#: 111011-160810-0025968

## Visa Debit Acquirers Compliance Program - Canada Region

A Canada Acquirer that fails to comply in updating its host systems with the ability to process Visa Debit Card Transactions will be subject to a penalty of CAD $100,000 per month of non-compliance.

If an Acquirer or its Visa Debit Acceptor fails to properly process Visa Debit Transactions, the Acquirer will be subject to a penalty of CAD $5,000 per Cardholder complaint reported to Visa as an Acceptance Compliance Program incident, as detailed in "Acceptance Compliance Program - Canada Region."

ID#: 050411-300609-0008364

© 2011 Visa. All Rights Reserved.

# Chip Authorization

## Chip Transaction Below Chip Floor Limit

For Authorization of a Transaction processed below the Floor Limit, a Visa Smart Payment Application may either:

• Instruct the terminal to go Online

• Approve the Transaction using offline controls contained in the Chip

ID#: 010410-010410-0004391

## Parameters to Enable Offline Chip Authorization

An Issuer of Chip Cards containing the Visa Smart Payment Application with Offline Authorization controls must define parameters to enable Offline Chip Authorization. An Issuer may exempt a Visa Card encoded with Service Code from this requirement.

ID#: 111011-010410-0004392

## Visa Purchasing Card Offline Chip Authorization

An Issuer of a Visa Purchasing Card containing a Chip with a Visa Smart Payment Application with Offline Authorization controls may define parameters to enable Chip Offline Authorization.

ID#: 010410-010410-0004394

## Visa Electron Offline Chip Authorization

An Issuer of a Visa Electron Card containing a Chip with Offline Authorization controls may define parameters to enable acceptance at terminals with no Online Authorization capability.

ID#: 010410-010410-0004395

## Consecutive Offline Chip Authorization Counters

When Offline Authorization controls are defined in a Chip, and the upper limit for consecutive offline counters is specified, **all** Chip-initiated Transactions must go Online if the upper limit for the total number or value of consecutive offline Transactions is exceeded. If the terminal is unable to go Online, the Transaction must be declined.

ID#: 010410-010410-0004393

© 2011 Visa. All Rights Reserved.

## Chip Floor Limit Requirements

An Acquirer must ensure that its Merchants obtain Authorization for Transaction amounts above the Chip Floor Limits or non-Chip Floor Limits specified in "Maximum Authorized Floor Limits."

ID#: 010410-010410-0002854

## Domestic Chip Floor Limits in Australia – AP Region

In Australia all EMV- and VIS-Compliant Chip-Reading Terminals (including EMV- and VIS-Compliant Chip-reading Unattended Acceptance Terminals) must support a Chip Floor Limit of AUD 200 across all Merchant Category Codes for Domestic Transactions.

The zero Chip Floor Limit mandates specified in "Maximum Authorized Floor Limits" continue to apply for International Transactions.

ID#: 050411-060111-0026161

## Offline Authorization of Chip-Initiated Transactions

For Chip-initiated Transactions, Offline Authorization is allowed, provided that the Transaction amount does **not** exceed the Floor Limits specified for Chip Transactions.

ID#: 010410-010410-0002855

# EMV Liability Shift and Fallback

## EMV Liability Shift - Acquirer Liability for Card-Present Counterfeit Card Transactions

Counterfeit Card Transactions completed in a Card-Present Environment are the liability of the Acquirer if:

- The Transaction does **not** take place at a Chip-Reading Device and is **not** a Fallback Transaction completed following correct acceptance procedures
- The Card is a Chip Card containing a Visa or Visa Electron Smart Payment Application or an EMV and VIS-Compliant Plus application

**Effective 9 December 2010**, the requirements in this section apply to qualifying Transactions, as specified in "EMV Liability Shift Participation."

ID#: 050411-010410-0001837

© 2011 Visa. All Rights Reserved.

**EMV Liability Shift - Acquirer Liability for Non-Counterfeit Card-Present Fraudulent Transactions**

Non-Counterfeit Card fraudulent Transactions completed in a Card-Present Environment are the liability of the Acquirer if:

- The Transaction takes place at a Point-of-Transaction Terminal that is **not** EMV PIN-Compliant

- The Card is a PIN-Preferring Chip Card

- PIN Verification was **not** performed

**Effective 9 December 2010,** the requirements in this section apply to qualifying Transactions, as specified in "EMV Liability Shift Participation."

ID#: 050411-010410-0001838

**Acquirer Liability for Fallback Chip Transactions**

Transactions accepted as Fallback Transactions are the liability of the Acquirer if:

- The Card is a Chip Card containing a Visa and Visa Electron Smart Payment Application or an EMV and VIS-Compliant Plus application
- One of the following conditions:

  – Transaction is **not** authorized by the Issuer or the Issuer's agent

  – Transaction is authorized by the Issuer or the Issuer's agent, and the appropriate values identifying the Transaction as a Fallback Transaction are **not** included within the related Authorization Message

- The Account Number was resident on the Exception File with a Negative Response on the Processing Date of the Chargeback and was on the Exception File for a total period of at least 60 calendar days from the date of listing

ID#: 010410-010410-0001839

**Fallback Transaction Monitoring**

Visa monitors International Chip Transactions in relation to Fallback Transactions to reduce the number of excessive Fallback Transactions that occur at the Point-of-Transaction.

ID#: 111011-011009-0008402

**Global Chip Fallback Monitoring Program Criteria**

An Acquirer is placed in the Global Chip Fallback Monitoring Program if the Acquirer-country combination meets or exceeds all of the monthly performance activity levels for international Chip-Initiated Transactions specified in the *Global Chip Fallback Monitoring Program Guide.*

© 2011 Visa. All Rights Reserved.

Visa may modify or create new monthly performance levels after evaluation of the program's success in identifying Acquirer-country combinations with excessive amounts of Fallback Transaction activity that could cause undue economic hardship or damage to the goodwill of the Visa system, as specified in the *Global Chip Fallback Monitoring Program Guide*.

At the option of Visa, this program applies to Domestic Transactions, as detailed in the *Global Chip Fallback Monitoring Program Guide*.

ID#: 050411-011009-0008404

## Acquirer Penalty for Global Fallback Monitoring Program Identification

An Acquirer is subject to a penalty of US $1 per Fallback Transaction when the Acquirer-country combination meets or exceeds the minimum Transaction volume and percentage parameters specified in the *Visa International Operating Regulations* and the *Global Chip Fallback Monitoring Program Guide*.

Transactions involving Acquirers in the jurisdiction of Visa Europe will be subject to a penalty of 1 euro per Fallback Transaction.

ID#: 050411-011009-0008405

## Global Chip Fallback Monitoring Program Visa Rights

Visa may assess or suspend penalties to accommodate unique or extenuating circumstances, as specified in the *Global Chip Fallback Monitoring Program Guide*. Penalties will no longer be assessed once the Acquirer has met acceptable performance levels.

ID#: 050411-011009-0008406

## Domestic Chip Liability Shift - AP Region

In the AP Region, Visa may adopt a domestic liability shift for any domestic market and set an effective date for the liability shift.

The domestic liability shift rules must, at a minimum, adhere to "Acquirer Liability for Fallback Chip Transactions."

ID#: 010410-010410-0003826

© 2011 Visa. All Rights Reserved.

# Small Ticket Transactions

## Small Ticket Transaction - General Requirements

### Small Ticket Transaction General Requirements

**Effective through 15 October 2010,** a Small Ticket Transaction must:

- Be conducted in a Face-to-Face Environment [71]

- Be authorized

- Be initiated by a Merchant with a Merchant Category Code that qualifies for a Small Ticket Transaction, as specified in "Small Ticket Transaction Merchant Category Codes" [72] [73]

- Have a Transaction value equal to US $25 or less, or local currency equivalent. [74]

- Have a POS Entry Mode code value of "05," "07," "90," or "91"

ID#: 050411-010410-0002908

### Visa Easy Payment Service (VEPS) - General Requirements (Updated)

**Effective 16 October 2010,** to qualify as a Visa Easy Payment Service (VEPS) Transaction, a Transaction must:

- Be conducted in a Face-to-Face Environment [75] [76]

- Be authorized

- Be conducted at a Merchant Outlet with a Merchant Category Code other than that specified in "Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions" [77]

- Not exceed the Transaction limits specified in "Country-Level Visa Easy Payment Service Transaction Amount Limits"

- Have a POS Entry Mode code of "05," "07," "90," or "91"

ID#: 111011-161010-0025692

---

71  **Effective 1 May 2010 through 15 October 2010,** a variance applies in the AP Region. Domestic Proximity Payment Transactions conducted at Unattended Acceptance Terminals (Type B and Type C), may qualify as Small Ticket Transactions.

72  **Effective 1 May 2010 through 15 October 2010,** a variance applies in the AP Region for Domestic Transactions conducted in Australia and Hong Kong.

73  **Effective 16 October 2010,** a variance applies in the AP Region. Domestic Proximity Payment Transactions conducted at Unattended Acceptance Terminals (Type B and Type C) may qualify as Visa Easy Payment Service Transactions.

74  A variance to this requirement applies to Proximity Payment Transactions in the Canada Region.

75  **Effective 16 October 2010 through 14 October 2011,** a variance applies in the AP Region. Domestic Proximity Payment Transactions conducted at Unattended Acceptance Terminals (Type B and Type C) may qualify as Visa Easy Payment Service Transactions. **Effective 15 October 2011,** a variance applies in the AP Region. Domestic Proximity Payment

© 2011 Visa. All Rights Reserved.

## Small Ticket Transaction Merchant Category Codes

**Effective through 15 October 2010,** a Small Ticket Transaction may be initiated only by a Merchant assigned one of the Merchant Category Codes [78] described below.

**Effective through 15 October 2010,** for contactless Chip Cards or Proximity Payment Devices, all Merchants may conduct a Small Ticket Transaction.

**Effective through 15 October 2010,** for Magnetic Stripe or Chip Card Transactions, only the Merchants listed in the following table may conduct a Small Ticket Transaction. A variance to this requirement applies in the AP Region.

### Small Ticket Merchant Category Codes

| Merchant Category Code | Description |
| --- | --- |
| 4111 | Local and Suburban Commuter Passenger Transportation, including Ferries |
| 4121 | Taxicabs and Limousines |
| 4131 | Bus Lines |
| 4784 | Tolls and Bridge Fees |
| 5331 | Variety Stores |
| 5499 | Miscellaneous Food Stores-Convenience Stores and Specialty Markets |
| 5812 | Eating Places and Restaurants |
| 5814 | Fast Food Restaurants |
| 5912 | Drug Stores and Pharmacies |
| 5993 | Cigar Stores and Stands |
| 5994 | News Dealers and Newsstands |
| 7211 | Laundry Services-Family and Commercial |
| 7216 | Dry Cleaners |
| 7338 | Quick Copy, Reproduction, and Blueprinting Services |

Transactions conducted at Unattended Cardholder-Activated Terminals may qualify as Visa Easy Payment Service Transactions.

76   **Effective through 14 October 2011,** a variance applies in the U.S. Region. Transactions less than or equal to US $15 conducted at Cardholder-Activated Terminals may qualify as Visa Easy Payment Service Transactions. **Effective 15 October 2011,** a variance applies in the U.S. Region.  Transactions less than or equal to US $15 conducted at Unattended Cardholder-Activated Terminals may qualify as Visa Easy Payment Service Transactions.

77   An exception applies in the AP Region for domestic Transactions in Australia.

78   **Effective 1 May 2010 through 15 October 2010,** a variance applies in the AP Region for domestic Transactions conducted in Australia and Hong Kong.

© 2011 Visa. All Rights Reserved.

| Merchant Category Code | Description |
|---|---|
| 7523 | Parking Lots, Parking Meters, and Garages |
| 7542 | Car Washes |
| 7832 | Motion Picture Theaters |
| 7841 | DVD/Video Tape Rental Stores |

ID#: 111011-010410-0009048

## Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions

**Effective 16 October 2010,** any Merchant **except** a Merchant assigned one of the following Merchant Category Codes [79] may conduct a Visa Easy Payment Service Transaction:

- 4829 - Wire Transfer Money Orders

- 5542 - Automated Fuel Dispensers

- 5960 - Direct Marketing - Insurance Services

- 5962 - Direct Marketing - Travel Related Arrangement Services

- 5964 - Direct Marketing - Catalog Merchants

- 5965 - Direct Marketing - Combination Catalog and Retail Merchants

- 5966 - Direct Marketing - Outbound Telemarketing Merchants

- 5967 - Direct Marketing - Inbound Telemarketing Merchants

- 5968 - Direct Marketing -Continuity/Subscription Merchants

- 5969 - Direct Marketing/Direct Marketers (Not elsewhere classified)

- 6010 - Financial Institutions - Manual Cash Disbursements

- 6011 - Financial Institutions - Automated Cash Disbursements

- 6012 - Financial Institutions - Merchandise and Services

- 7995 - Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Track

- 9405 - Intra-Government Purchases (Government only)

- 9700 - International Automated Referral Service (Visa use only)

- 9701 - Visa Credential Server (Visa use only)

- 9702 - GCAS Emergency Services (Visa use only)

- 9751 - UK Supermarkets - Electronic Hot File (Region use only)

- 9752 - UK Petrol Stations - Electronic Hot File (Region use only)

---

79   A restriction applies in the AP Region for domestic Transactions in Australia.

© 2011 Visa. All Rights Reserved.

• 9950 - Intra-Company Purchases

ID#: 081010-161010-0025695

## Small Ticket Transaction Cardholder Verification

**Effective through 15 October 2010,** a Merchant is **not** required to obtain Cardholder Verification for a Small Ticket Transaction unless PIN Verification is required.

ID#: 081010-010410-0002910

## Small Ticket Transaction Restrictions

**Effective through 15 October 2010,** a Transaction must **not** be processed as a Small Ticket Transaction if either:

• A Chip-Reading Device is unable to read the Chip and the Transaction is completed using another method of data capture and transmission
• Dynamic Currency Conversion was performed

ID#: 081010-010410-0002909

## Visa Easy Payment Service (VEPS) Transaction Restrictions

**Effective 16 October 2010,** the following Transactions which require a Transaction Receipt must not be processed as Visa Easy Payment Service Transactions:

• A Fallback Transaction
• An Account Funding Transaction
• A Cash-Back Transaction
• A Manual Cash Disbursement Transaction
• A Quasi-Cash Transaction
• A Prepaid Load Transaction
• A Transaction where Dynamic Currency Conversion is performed

ID#: 081010-161010-0025693

## Visa Easy Payment Service (VEPS) Transaction Cardholder Verification Method

**Effective 16 October 2010,** a Merchant is **not** required to obtain Cardholder Verification for a Visa Easy Payment Service (VEPS) Transaction unless the Transaction is an EMV PIN Transaction.

For an EMV PIN Transaction, the EMV Terminal must prompt the Cardholder for a PIN if PIN verification is required as a result of EMV processing.

© 2011 Visa. All Rights Reserved.

Failure to comply with this requirement may result in a change to the Chargeback liability as specified in "EMV Liability Shift - Issuer Liability for Card-Present Counterfeit Chip Card Transactions" and "EMV Liability Shift - Acquirer Liability for Card-Present Counterfeit Chip Card Transactions."

ID#: 050411-161010-0025694

## Hong Kong - Small Ticket Transaction - AP Region

In the AP Region, in addition to the Small Ticket Transaction Merchant Category Codes listed in "Small Ticket Transaction Merchant Category Codes," MCC 5411, "Grocery Stores and Supermarkets," applies to Hong Kong for domestic usage only.

ID#: 081010-010410-0005227

## Visa Easy Payment Service Transaction Requirements - AP Region

**Effective 1 May 2010 through 15 October 2010,** in the AP Region, in addition to the requirements specified in "Small Ticket Transaction General Requirements," a Small Ticket Transaction that is a Proximity Payment may be either:

- A Cardholder-Activated Transaction Type B

- A Cardholder-Activated Transaction Type C

**Effective 16 October 2010 through 14 October 2011,** in the AP Region, in addition to the requirements specified in "Visa Easy Payment Service (VEPS) – General Requirements," a Visa Easy Payment Service Transaction that is a Proximity Payment may be either:

- A Cardholder-Activated Transaction Type B

- A Cardholder-Activated Transaction Type C

**Effective 15 October 2011,** in the AP Region, in addition to the requirements specified in "Visa Easy Payment Service (VEPS) – General Requirements," a Visa Easy Payment Service Transaction that is a Proximity Payment may be an Unattended Transaction.

ID#: 111011-161010-0025703

## Hong Kong and Australia - Small Ticket Transaction Merchant Category Codes - AP Region

**Effective 1 May 2010 through 15 October 2010,** in the AP Region, in addition to the list of "Small Ticket Transaction Merchant Category codes," the following Merchant Category Codes are eligible for domestic Small Ticket Transactions in Australia and Hong Kong:

- MCC 5411, "Grocery Stores and Supermarkets"

- MCC 5441, "Candy/Nut/Confection Stores"

© 2011 Visa. All Rights Reserved.

• MCC 5462, "Bakeries"

ID#: 081010-161010-0025704

## Australia Small Ticket Transaction General Requirements – AP Region

**Effective through 15 October 2010,** the international threshold limit of US $25 for a Small Ticket Transaction is replaced by an Australian threshold limit of acquired Transaction amount less than or equal to AUD 35 for Magnetic Stripe and contact Chip Transactions.

**Effective through 15 October 2010,** the international threshold limit of US $25 for a Small Ticket Transaction is replaced by an Australian threshold limit of acquired Transaction amount less than or equal to AUD 100 for contactless Chip Transactions. [80]

**Effective through 15 October 2010,** for all domestic Small Ticket Transactions conducted in Australia, Cardholder Verification Method (CVM) is not required. This includes Transactions conducted on Cards where PIN verification is normally required, such as Chip Cards where the parameters of the Card include PIN verification.

ID#: 080411-060111-0026154

## Australia Visa Easy Payment Service Transaction Merchant Category Codes – AP Region (Updated)

**Effective 16 October 2010 through 1 November 2012,** for all domestic Visa Easy Payment Service Transactions conducted in Australia, the Transaction must originate at one of the Merchant Category Codes shown in the following table. [81]

### Visa Easy Payment Service Merchant Category Codes

| Merchant Category Codes | Description |
|---|---|
| 4111 | Local and Suburban Commuter Passenger Transportation, including Ferries |
| 4121 | Taxicabs and Limousines |
| 4131 | Bus Lines |
| 4784 | Tolls and Bridge Fees |
| 5251 | Hardware Stores |
| **Effective 1 March 2011** 5310 | Discount Stores |
| 5331 | Variety Stores |
| 5411 | Grocery Stores and Supermarkets |

---

80   There is no MCC restriction for contactless Chip Transactions.

81   The Merchant Category Code qualification criteria does not apply to Proximity Payment Transactions.

© 2011 Visa. All Rights Reserved.

| Merchant Category Codes | Description |
|---|---|
| 5441 | Candy Stores |
| 5451 | Dairy and Ice Cream Stores |
| 5462 | Bakeries |
| 5499 | Miscellaneous Food Store - Convenience Stores and Specialty Markets |
| 5541 | Filling Stations - Automotive Gasoline |
| **Effective 11 August 2011** 5735 | Record Shops |
| **Effective 11 August 2011** 5811 | Caterers |
| 5812 | Eating Places and Restaurants |
| 5814 | Fast Food Restaurants |
| 5912 | Drug Stores and Pharmacies |
| **Effective 1 March 2011** 5921 | Package Stores - Beer, Wine and Liquor |
| 5942 | Bookstores |
| **Effective 1 March 2011** 5943 | Stationery Stores |
| 5947 | Gift Card, Novelty and Souvenir Shops |
| 5993 | Cigar Stores and Stands |
| 5994 | News Dealers and Newsstands |
| 7211 | Laundry Services - Family and Commercial |
| 7216 | Dry Cleaners |
| 7338 | Quick Copy, Reproduction and Blueprinting Services |
| 7523 | Parking Lots, Parking Meters and Garages |
| **Effective 11 August 2011** 7538 | Automotive Service Shops (Non Dealers) |
| 7542 | Car Washes |
| 7832 | Motion Picture Theaters |
| 7841 | DVD/Video Tape Rental Stores |
| 9402 | Postal Services - Government |

**Effective 16 October 2010 through 1 November 2012**, Visa may add additional qualifying Merchant Category Codes to this list.

ID#: 171011-060111-0026155

© 2011 Visa. All Rights Reserved.

**Australia Visa Easy Payment Service Transaction Cardholder Verification – AP Region**

**Effective 16 October 2010,** for all domestic Visa Easy Payment Service Transactions conducted in Australia, Cardholder Verification Method (CVM) is not required. This applies to Transactions conducted with EMV PIN-Preferring Chip Cards.

ID#: 050411-060111-0026156

**Small Ticket Transaction Regional Limits - CEMEA Region**

**Effective 13 August 2009 through 15 October 2010,** Small Ticket Transactions performed within the CEMEA Region are limited to US $25, or local currency equivalent.

ID#: 081010-010410-0005247

**Small Ticket Country-Specific Limits - CEMEA Region**

**Effective 13 August 2009 through 15 October 2010,** in the CEMEA Region, intraregional Small Ticket Transactions performed within the following countries are limited as follows:

**Small Ticket Transaction Country-Specific Limits - CEMEA Region**

| Country | Currency | Transaction Limit |
|---|---|---|
| Georgia | Lari (GEL) | 45 |
| Russia | Ruble (RUB) | 1,000 |
| Ukraine | Hryvnia (UAH) | 200 |
| United Arab Emirates | Dirham (AED) | 100 |

Small Ticket Transactions within the above countries involving Issuers from outside the CEMEA Region are limited to US $25, or local currency equivalent.

ID#: 081010-130809-0008841

# Small Ticket Transactions - U.S. Region

**Small Ticket General Requirements - U.S. Region (Updated)**

**Effective through 15 October 2010,** in the U.S. Region, a Visa Consumer Card or Commercial Visa Product Transaction of US $15 or less, as specified in  "Small Ticket Merchant Requirements - U.S. Region," may qualify as a Small Ticket Transaction.

© 2011 Visa. All Rights Reserved.

If the Transaction is US $15 or less, the Merchant is **not** required to:

- Obtain the Cardholder signature
- Provide a Transaction Receipt, unless the Cardholder requests one

**Effective through 14 October 2011,** the Transaction must occur in or at one of the following:

- A Face-to-Face Environment
- A Self-Service Terminal
- An Automated Dispensing Machine

**Effective 15 October 2011,** the Transaction must occur in or at one of the following:

- A Face-to-Face Environment
- An Unattended Cardholder-Activated Terminal

ID#: 111011-150210-0008627


## U.S. Small Ticket and No Signature Required Merchant Category Code Exclusions - U.S. Region

**Effective 1 July 2010 through 15 October 2010,** in the U.S. Region only, any Merchant **except** a Merchant assigned one of the following Merchant Category Codes may conduct a No Signature Required or a Small Ticket Transaction:

- 4829 - Wire Transfer Money Orders
- 5542 - Automated Fuel Dispensers
- 5960 - Direct Marketing - Insurance Services
- 5962 - Direct Marketing - Travel Related Arrangement Services
- 5964 - Direct Marketing - Catalog Merchants
- 5965 - Direct Marketing - Combination Catalog and Retail Merchants
- 5966 - Direct Marketing - Outbound Telemarketing Merchants
- 5967 - Direct Marketing - Inbound Telemarketing Merchants
- 5968 - Direct Marketing -Continuity/Subscription Merchants
- 5969 - Direct Marketing/Direct Marketers (Not elsewhere classified)
- 6010 - Financial Institutions - Manual Cash Disbursements
- 6011 - Financial Institutions - Automated Cash Disbursements
- 6012 - Financial Institutions - Merchandise and Services
- 7995 - Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Track
- 9405 - Intra-Government Purchases (Government only)

© 2011 Visa. All Rights Reserved.

- 9700 - International Automated Referral Service (Visa use only)

- 9701 - Visa Credential Server (Visa use only)

- 9702 - GCAS Emergency Services (Visa use only)

- 9751 - UK Supermarkets - Electronic Hot File (Region use only)

- 9752 - UK Petrol Stations - Electronic Hot File (Region use only)

- 9950 - Intra-Company Purchase

ID#: 050411-010710-0025710

# No Signature Required Transactions (NSR)

## No Signature Required Program Merchant Eligibility Requirements - Canada Region

**Effective through 15 October 2010,** to participate in the No Signature Required (NSR) Program, a Canada Merchant must:

- Have one of the following Merchant Category Codes:

    - 4111, "Local and Suburban Commuter Passenger Transportation, including Ferries"

    - 4121, "Taxicabs and Limousines"

    - 4131, "Bus Lines"

    - 4784, "Tolls and Bridge Fees"

    - 5331, "Variety Stores"

    - 5499, "Miscellaneous Food Stores -- Convenience Stores and Specialty Markets"

    - 5812, "Eating Places and Restaurants"

    - 5814, "Fast Food Restaurants"

    - 5912, "Drug Stores and Pharmacies"

    - 5993, "Cigar Stores and Stands"

    - 5994, "News Dealers and Newsstands"

    - 7211, "Laundry Services -- Family and Commercial"

    - 7216, "Dry Cleaners"

    - 7338, "Quick Copy, Reproduction, and Blueprinting Services"

    - 7523, "Parking Lots, Parking Meters and Garages"

    - 7542, "Car Washes"

    - 7832, "Motion Picture Theaters"

    - 7841, "DVD/Video Tape Rental Stores"

- Hold a valid Merchant Agreement that is in good standing

© 2011 Visa. All Rights Reserved.

- Prominently display at least one sign advising Cardholders that for Visa Card Transactions of CAD $25 or less, including applicable taxes, a receipt is available
- Provide a Transaction Receipt for an NSR Transaction to a Cardholder at the Cardholder's request

ID#: 081010-010410-0005234

## No Signature Required Program Acquirer Obligations - Canada Region

**Effective through 15 October 2010,** a Canada Acquirer must:

- Ensure that a Merchant participating in the No Signature Required (NSR) Program meets and complies with all NSR Program Merchant eligibility requirements specified in "No Signature Required Program Merchant Eligibility Requirements - Canada Region" for the duration of the Merchant's participation in the NSR Program
- Ensure that the notice, required to be prepared and displayed by the Merchant in accordance with the Canada Regional Operating Regulations, does **not** derogate from the purpose of the notice, which is to ensure that Cardholders clearly understand that a Transaction Receipt for an NSR Transaction is available to a Cardholder upon the Cardholder's request
- Be able to provide Visa with written proof of the Merchant's compliance with the Canada Regional Operating Regulations at Visa request

ID#: 081010-010410-0005235

## No Signature Required Transaction Requirements - Canada Region

**Effective through 15 October 2010,** in the Canada Region, a No Signature Required (NSR) Transaction must be a Transaction:

- For a total amount, including applicable taxes, of CAD $25 or less
- That is authorized either online or offline
- That is made with a Visa Card issued by a Member
- That is made by way of electronic imprint only

**Effective through 15 October 2010,** any Transaction that does not meet **all** of the above requirements is **not** an NSR Transaction. Transactions that are key-entered or made at Unattended Acceptance Terminals are **not** NSR Transactions and are subject to all requirements of the *Visa International Operating Regulations* for non-NSR Transactions.

ID#: 081010-010410-0005236

## Transaction Receipts for No Signature Required Transactions - Canada Region

**Effective through 15 October 2010,** subject to the paragraph below, a Canada No Signature Required (NSR) Merchant is **not** required to issue a Transaction Receipt and obtain a Cardholder signature for an NSR Transaction.

© 2011 Visa. All Rights Reserved.

An NSR Merchant is required to provide a Transaction Receipt to a Cardholder for an NSR Transaction if the Cardholder so requests, but is **not** required to obtain the Cardholder signature in this event.

For the purpose of the NSR Program, a Transaction Receipt may be in the form of a cash register receipt, provided the receipt includes the total Transaction amount, Transaction Date, and confirmation that a Visa Card was used to pay for the Transaction.

ID#: 081010-010410-0005237

## No Signature Required Transaction Limit - U.S. Region

**Effective 17 April 2010 through 15 October 2010,** in the U.S. Region, for all Visa Card Transactions less than or equal to US $25, a No Signature Required Merchant is not required to either:

- Obtain the Cardholder signature

- Provide a Transaction Receipt, unless the Cardholder requests it

ID#: 111011-010410-0005193

## No Signature Required Transaction Restrictions - U.S. Region

**Effective through 15 October 2010,** in the U.S. Region, a Transaction must **not** be processed as a No Signature Required Transaction if Dynamic Currency Conversion is performed.

ID#: 081010-010410-0005197

# Card-Not-Present Transactions

## Mail/Phone Order and Electronic Commerce General Requirements

### Electronic Commerce Website Merchant Agreement Requirements

An Acquirer must ensure that its Merchant Agreement requires an Electronic Commerce Merchant to display the following on the Merchant's Website:

- Consumer data privacy policy

- Security capabilities and policy for transmission of payment card details

- The address of its Permanent Establishment

ID#: 010410-010410-0003357

© 2011 Visa. All Rights Reserved.

**Electronic Commerce Acquirer Solicitation Website Requirements (Updated)**

An Acquirer soliciting Merchant applications must list the Merchant domicile requirements on its Website. The domicile requirements must be those permitted by the Acquirer's jurisdictional rights, as specified in "Country of Domicile and Jurisdiction Requirements" and the *Visa International Certificate of Incorporation and Bylaws, Section 2.10.*

ID#: 151011-010210-0004630

**Online Gambling Merchant Risk Policies**

An Acquirer for an Online Gambling Merchant must comply with the Member risk policy requirements established by Visa.

ID#: 010410-010410-0004632

**Data Protection Method Requirements**

An Acquirer must:

• Ensure that its Electronic Commerce Merchants offer Cardholders a Data Protection Method such as:
  – 3-D Secure
  – Secure Sockets Layer (SSL)
• Include the above requirement in the Merchant Agreement

ID#: 010410-010410-0008632

**Website Requirements**

**Effective through 31 May 2011,** a Merchant Website must contain:

• Visa Brand Mark in full color to indicate Visa Card acceptance, as specified in the *Visa Product Brand Standards*
• Complete description of the goods or services offered
• Return/refund policy (see a "Electronic Commerce Merchant Refund Policy Disclosure")
• Customer service contact, including electronic mail address or telephone number
• Address of the Merchant's Permanent Establishment
• Transaction Currency (e.g., U.S. dollars, Canadian dollars)
• Export restrictions (if known)
• Delivery policy

© 2011 Visa. All Rights Reserved.

- Disclosure of the Merchant Outlet country at the time of presenting payment options to the Cardholder

- Consumer data privacy policy

- Security capabilities and policy for transmission of payment card details

**Effective through 31 May 2011,** in the U.S. Region, the Website may be operated by a Merchant, Sponsored Merchant, or Internet Payment Service Provider and must contain the following additional information: *(This only applies in the U.S. Region.)*

- Legal restrictions (if known)  *(This only applies in the U.S. Region.)*

- The address of the Merchant Outlet's Permanent Establishment, including the Merchant Outlet country, either: [82]  *(This only applies in the U.S. Region.)*

    – On the same screen view as the checkout screen used to present the total purchase amount *(This only applies in the U.S. Region.)*

    – Within the sequence of Web pages the Cardholder accesses during the checkout process *(This only applies in the U.S. Region.)*

**Effective 1 June 2011 through 30 June 2011,** a Website operated by a Merchant, Sponsored Merchant, Internet Payment Service Provider, High-Brand Risk Merchant, High-Brand Risk Sponsored Merchant or High-Risk Internet Payment Service Provider must contain:

- Visa Brand Mark in full color to indicate Visa Card acceptance, as specified in the *Visa Product Brand Standards*

- Complete description of the goods or services offered

- Return/refund policy (see "Electronic Commerce Merchant Refund Policy Disclosure")

- Customer service contact, including electronic mail address or local or internationally accessible telephone number

- Address of the Merchant's Permanent Establishment, including the Merchant Outlet country either:

    – On the same screen view as the checkout screen used to present the final Transaction Amount

    – Within the sequence of Web pages the Cardholder accesses during the checkout process

- Transaction Currency (e.g., U.S. dollars, Canadian dollars)

- Export restrictions (if known)

- Delivery policy

- Disclosure of the Merchant Outlet country at the time of presenting payment options to the Cardholder

- Consumer data privacy policy

- Security capabilities and policy for transmission of payment Card details

- Legal restrictions (if known)

---

82   The country code for this country must be transmitted in the Clearing Record, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN).

© 2011 Visa. All Rights Reserved.

**Effective 1 July 2011,** a Website operated by a Merchant, Sponsored Merchant, Payment Service Provider, High-Brand Risk Merchant, High-Brand Risk Sponsored Merchant, or High-Risk Internet Payment Service Provider must contain:

- Visa Brand Mark in full color to indicate Visa Card acceptance, as specified in the *Visa Product Brand Standards*

- Complete description of the goods or services offered

- Return/refund policy (see "Electronic Commerce Merchant Refund Policy Disclosure")

- Customer service contact, including e-mail address or local or internationally accessible telephone number

- Address of the Merchant's or Sponsored Merchant's Permanent Establishment, including the Merchant Outlet country, either:

    – On the same screen view as the checkout screen used to present the final Transaction Amount

    – Within the sequence of Web pages the Cardholder accesses during the checkout process

- Transaction Currency (e.g., U.S. dollars, Canadian dollars)

- Export restrictions (if known)

- Delivery policy

- Consumer data privacy policy

- Security capabilities and policy for transmission of payment card details

- Legal restrictions (if known)

ID#: 151011-150210-0008635


## Electronic Commerce Indicator Requirements

An Electronic Commerce Transaction must be identified in both the Authorization Request and Clearing Record with the appropriate Electronic Commerce Transaction indicator values, as specified in:

- "BASE II Record Requirements" (Exhibit 2L)

- "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)

- "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)

An Acquirer that fails to identify an Electronic Commerce Transaction is subject to the penalties specified in the table below:

### Acquirer Penalties for Incorrect Use of Electronic Commerce Transaction Indicator Values

| Violation | Visa Action, Notification, or Fine |
|---|---|
| Warning | Notification of violation with specific date for correction, not to exceed 3 months |

© 2011 Visa. All Rights Reserved.

| | |
|---|---|
| Uncorrected Violation (Month 4) | Acquirer assessed US $5,000 fine per Merchant identified |
| Uncorrected Violation (Month 5) | Acquirer assessed US $10,000 fine per Merchant identified |
| Uncorrected Violation (Months 6-12) | Acquirer assessed US $25,000 fine each month per Merchant identified |
| Uncorrected Violation (Months 13-18) | Visa may suspend the Merchant from participation in the Visa Program |
| Uncorrected Violation (Month 19 and subsequent months) | Visa may permanently disqualify the Merchant from participation in the Visa Program |

ID#: 010410-010410-0007149

## Electronic Commerce Transaction Receipt Requirements 5.2.B.4 Table 7K-1

The Transaction Receipt for an Electronic Commerce Transaction must include:

- Merchant name [83]
- Merchant online address
- Transaction amount (or credit), indicated in Transaction Currency
- Transaction Date (or credit preparation date)
- Unique Transaction identification number
- Purchaser name
- Authorization Code
- Transaction type (purchase or credit)
- Description of merchandise/services
- Date of each individual purchase (for Aggregated Transactions only)
- Amount of each individual purchase (for Aggregated Transactions only)
- Return/refund policy (if restricted)

ID#: 080411-010410-0003114

## Electronic Commerce Account Number Requirements

An Electronic Commerce Merchant must **not** return the full Account Number to the Cardholder online or on the Transaction Receipt.

---

83   The Merchant name must not be the name of the network provider or other entity unless the Transaction represents membership service charges or merchandise/services provided by the network provider itself.

© 2011 Visa. All Rights Reserved.

**Effective through 30 September 2014,** Visa strongly recommends disguising or suppressing all but the last 4 positions of the primary Account Number on the Cardholder Transaction Receipt from a Point-of-Transaction Terminal.

ID#: 050411-010410-0003627

## Electronic Commerce Merchant Certificate Requirements - U.S. Region

In addition to the requirements specified in "Required Merchant Information - U.S. Region," a U.S. Acquirer must collect the following information for each of its Electronic Commerce Merchants that uses a Merchant Certificate:

- Name of Merchant Certificate issuer
- Merchant Certificate number
- Merchant Certificate expiration date
- Ownership status of Merchant Certificate - shared or individual

ID#: 010410-010410-0005085

## Electronic Commerce Member Requirements - U.S. Region

A U.S. Member that participates in Visa Secure Electronic Commerce must comply with the participation requirements specified in the U.S. Regional Operating Regulations.

U.S. Members must refer to the *Visa International Operating Regulations* for requirements related to online gambling Merchants.

ID#: 010410-010410-0004634

## Electronic Commerce Merchant Transaction Type Prohibition

**Effective through 31 May 2011,** a Merchant, an Internet Payment Service Provider (IPSP), or a Sponsored Merchant that displays a Visa-Owned Mark on its Website must **not** accept Cards for the purchase or trade of photographs, video imagery, computer-generated images, cartoons, simulation, or any other media or activities including, but not limited to, activities listed under "Brand Protection."

Violation of this requirement will result in the termination of the Merchant, IPSP, or Sponsored Merchant.

**Effective 1 June 2011,** a Merchant, Internet Payment Service Provider (IPSP), Sponsored Merchant, or entity classified as high-brand risk, as specified in "High-Brand Risk Merchant Category Codes," that displays a Visa-Owned Mark on its Website must not accept Cards for the purchase or trade of photographs, video imagery, computer-generated images, cartoons, simulation, or any other media or activities, as specified in "Brand Protection."

© 2011 Visa. All Rights Reserved.

Violation of this requirement may result in the termination of the Merchant, IPSP, Sponsored Merchant or High-Brand Risk Merchant, High-Brand Risk IPSP or High-Brand Risk Sponsored Merchant.

ID#: 151011-150210-0005067

### Electronic Commerce Indicator for Recurring Transactions - U.S. Region

In the U.S. Region, if the Order Form for a Recurring Transaction is provided to the Merchant in an electronic format, the initial Transaction must be processed with the appropriate Electronic Commerce Transaction indicator values.

Subsequent Recurring Transactions must be processed as Recurring Transactions, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN).

ID#: 010410-010410-0004638

## Mail/Phone Order and Electronic Commerce Authorization Requirements

### Mail/Phone Order and Electronic Commerce Expiration Date in Authorization

A Mail/Phone Order Merchant and an Electronic Commerce Merchant (for a Non-Secure Transaction and Non-Authenticated Security Transaction) must attempt to obtain the Visa Card expiration date and forward it as part of the Authorization Request.

ID#: 031209-150210-0003129

### Mail/Phone Order and Electronic Commerce Authorization Requirements

For goods to be shipped, a Mail/Phone Order or an Electronic Commerce Merchant may obtain Authorization on any day up to 7 calendar days before the Transaction Date. The Transaction Date is the date the merchandise is shipped. This Authorization is valid if the Transaction amount is within 15% of the authorized amount, provided that the additional amount represents shipping costs.

In the U.S. Region, this provision does **not** apply if the last Authorization obtained was a Partial Authorization. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0006108

### Electronic Commerce Online Authorization

An Electronic Commerce Transaction must be sent Online for Authorization.

ID#: 010410-010410-0003659

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

**Mail/Phone Order Signature Line**

A Merchant must write "TO" for a telephone order or "MO" for a mail order on the signature line of the Transaction Receipt used for Deposit or retrieval purposes.

ID#: 010410-010410-0003113

**Mail/Phone Order Expiration Date in Authorization - AP Region**

In the AP Region, all Mail/Phone Order Transaction Authorization Requests must include the Card expiration date. An exception applies to Recurring Transactions, which do **not** require an expiration date in the Authorization Request.

ID#: 010410-010410-0005333

**Chip-Initiated Electronic Commerce Transaction Online Authorization - U.S. Region 5.2.K**

In the U.S. Region, a Chip-initiated Electronic Commerce Transaction must be sent Online for Authorization.

ID#: 010410-010410-0003660

**Mail/Phone Order and Electronic Commerce Expiration Date in Authorization - U.S. Region 5.2.K**

An Electronic Commerce Merchant in the U.S. Region must attempt to obtain the Visa Card expiration date and forward it as part of the Authorization Request for Non-Secure Transactions and Non-Authenticated Security Transactions.

ID#: 031209-150210-0003662

**3-D Secure Failure at Authorization - U.S. Region**

A U.S. Merchant must **not** submit an Authorization Request for an Electronic Commerce Transaction that failed a 3-D Secure Authentication Request.

ID#: 010410-010410-0004635

**Electronic Commerce Authentication Data Prohibitions - U.S. Region**

In an Authorization Request, an Electronic Commerce Merchant in the U.S. Region must **not** transmit Authentication Data specific to one Transaction with another Transaction, except when either:

• 2 Transactions are related due to delayed delivery

© 2011 Visa. All Rights Reserved.

- All items of an order cannot be shipped at the same time

ID#: 010410-010410-0004636

## Electronic Commerce Authentication Data in Subsequent Authorizations - U.S. Region

In the U.S. Region, the original Authentication Data may be used if a subsequent Authorization Request is initiated as a result of a delayed delivery or split shipment. The original Authentication Data is valid for up to 90 calendar days from the date it was first received.

ID#: 010410-010410-0004637

# Mail/Phone Order and Electronic Commerce Merchant Outlet Requirements

## Mail/Phone Order and Electronic Commerce Merchant Outlet Location

A Merchant Outlet location for an Electronic Commerce or Mail/Phone Order Merchant is the country where:

- There is a Permanent Establishment through which Transactions are completed
- The Merchant holds a valid business license for the Merchant Outlet
- The Merchant has a local address for correspondence and judicial process other than a post office box or mail-forwarding address, which do **not** meet this requirement
- The Merchant Outlet pays taxes relating to the sales activity

In the absence of a Permanent Establishment, the Merchant Outlet of a Merchant that provides only digital goods is deemed to be located in the country where the principals of the company work.

ID#: 010410-010410-0003247

## Disclosure of Merchant Outlet Country

An Electronic Commerce or Mail/Phone Order Merchant must disclose the Merchant Outlet country when presenting payment options to the Cardholder.

ID#: 010410-010410-0002902

## Visa Right to Determine Merchant Outlet Country

Visa may determine the country of a Merchant Outlet and an Acquirer's ability to contract with it based on:

- An evaluation of the Merchant's business structure
- Any other available information

© 2011 Visa. All Rights Reserved.

The decision by Visa is final.

ID#: 010410-010410-0005916

# Electronic Commerce Financial Responsibility

## Electronic Commerce Merchant Financial Responsibility - U.S. Region

In addition to the requirements specified in "Acquirer Requirement to Query the Terminated Merchant File and Inspect Merchant Premises - U.S. Region," to determine that a prospective Electronic Commerce Merchant is financially responsible, a U.S. Acquirer must:

- Obtain a detailed business description
- Examine the Merchant's Website to:
  - Verify that the Merchant is operating within the Acquirer's jurisdiction, as specified in the *Visa International Certificate of Incorporation and Bylaws* and *Visa International Operating Regulations*
  - Ensure that the Merchant is **not** engaged in any activity that is in violation of the *Visa International Operating Regulations*
  - Ensure that the Merchant is **not** engaged in any activity that could cause harm to the Visa system or the Visa brand
- Print and retain copies of all relevant screens contained in the Website. Retained copies may be in either hard copy or electronic format
- Provide retained copies of all relevant screens contained in the Merchant's Website to Visa upon request

ID#: 010410-010410-0005079

## Electronic Commerce Merchant Yearly Review - U.S. Region (Updated)

At least once each year, for each of its applicable Electronic Commerce Merchants, a U.S. Acquirer must examine the Merchant's Website and conduct an enhanced due diligence review, as specified in "Electronic Commerce Merchant Financial Responsibility - U.S. Region," if any of the following criteria is met:

- **Effective through 31 May 2011,** the Electronic Commerce Merchant or Sponsored Merchant is required to be classified by a Merchant Category Code referenced in the definition of a High-Risk Telemarketing Merchant, as specified in the:
  - U.S. Regional Operating Regulations
  - *Visa Merchant Data Standards Manual*
- **Effective 1 June 2011,** the Electronic Commerce Merchant or Sponsored Merchant is required to be classified by a Merchant Category Code considered by Visa to be high-brand risk, as specified in the:

© 2011 Visa. All Rights Reserved.

   – *Visa International Operating Regulations*

   – *Visa Merchant Data Standards Manual*

   – *Visa Global Brand Protection Program Guide for Acquirers*

- The Merchant is identified by any Visa Chargeback monitoring program or designated at any time as an Identified Merchant by the Risk Identification Service (RIS) Online

- The Acquirer becomes aware the Merchant is selling products or services that were not documented in the Merchant Agreement or disclosed in the Merchant's business description

- The Acquirer conducts a periodic review of the Merchant as required by its internal procedures

ID#: 111011-010410-0005082

# Payment Service Providers

## Payment Service Providers (PSP) General Requirements

### Sponsored Merchant Location (Updated)

**Effective through 30 June 2011,** the country of a Sponsored Merchant determines the Merchant Outlet location, **not** the country of the Internet Payment Service Provider (IPSP).

The economic activity of a Merchant Outlet is deemed to occur at the Sponsored Merchant location, **not** at the location of the IPSP.

The Merchant country code included in the Authorization and Clearing Record must be the country code of the Sponsored Merchant, as specified in "BASE II Record Requirements" (Exhibit 2L).

**Effective 1 July 2011:**

- The country of a Sponsored Merchant determines the Merchant Outlet location, not the country of the Payment Service Provider.

- The Merchant country code included in the Authorization and Clearing Records must be the country code of the Sponsored Merchant, as specified in "BASE II Record Requirements" (Exhibit 2L).

See "Country of Domicile and Jurisdiction Requirements."

ID#: 111011-010410-0006104

### Payment Service Provider Deposit Allowances (Updated)

**Effective through 30 June 2011,** an Internet Payment Service Provider (IPSP) may deposit Transaction Receipts on behalf of a Sponsored Merchant.

© 2011 Visa. All Rights Reserved.

**Effective 1 July 2011,** a Payment Service Provider (PSP) may deposit Transaction Receipts on behalf of a Sponsored Merchant.

ID#: 111011-010410-0002972

## Payment Service Provider Transaction Receipt Deposits (Updated)

**Effective through 30 June 2011,** a Merchant or Internet Payment Service Provider (IPSP) must **not** deposit a Transaction Receipt until one of the following occurs:

- The Transaction is completed
- The goods or services are shipped or provided, except as specified below
- The purchased service is performed
- Cardholder consent is obtained for a Recurring Transaction

A Merchant or IPSP may deposit a Transaction Receipt before shipping or providing the goods or services **only** if the Cardholder has agreed to either:

- A Delayed Delivery Transaction
- An Advance Deposit Transaction

**Effective 1 July 2011,** a Merchant or Payment Service Provider (PSP) must not deposit a Transaction Receipt until one of the following occurs:

- The Transaction is completed
- The goods or services are shipped or provided, except as specified below
- The purchased service is performed
- Cardholder consent is obtained for a Recurring Transaction

A Merchant or PSP may deposit a Transaction Receipt before shipping or providing goods or services only if the Cardholder has agreed to either:

- A Delayed Delivery Transaction
- An Advance Deposit Transaction

ID#: 111011-010410-0008658

## Payment Service Provider Responsibilities (Updated)

**Effective through 30 June 2011,** an Internet Payment Service Provider (IPSP) must:

- **Not** contract with another IPSP
- Display the appropriate Visa-Owned Marks to indicate which Cards are accepted for payment on its Sponsored Merchants'  Websites
- Report Sponsored Merchant and Transaction Information to its Acquirer and, upon request, to Visa

© 2011 Visa. All Rights Reserved.

- Use the appropriate Merchant Category Code or other required indicators to identify Merchant or Transaction type

- Include the payment acceptance requirements specified in the *Visa International Operating Regulations* in its contracts with its Sponsored Merchant and ensure compliance by the Sponsored Merchant

- Immediately terminate a Sponsored Merchant if required by the Acquirer or Visa

- Ensure that a terminated Merchant is **not** permitted to be a Sponsored Merchant

**Effective 1 July 2011,** a Payment Service Provider (PSP) must:

- Ensure that the appropriate Visa-Owned Marks are displayed to indicate the Cards that are accepted for payment at its Sponsored Merchants' locations or on its Sponsored Merchants' Websites

- Report Sponsored Merchant and Transaction Information to its Acquirer and, upon request, to Visa

- Use the appropriate Merchant Category Code or other required indicators to identify Merchant or Transaction type

- Ensure compliance by the Sponsored Merchant with its contract with the PSP

- Immediately terminate a Sponsored Merchant if required by the Acquirer or Visa

ID#: 111011-010410-0002897


## Payment Service Provider Contract with Multiple Acquirers (Updated)

**Effective through 30 June 2011,** an Internet Payment Service Provider (IPSP) may contract and process Transactions with multiple Acquirers. However, an Acquirer must **only** accept and submit Transactions into Interchange from Sponsored Merchants within that Acquirer's jurisdiction.

**Effective 1 July 2011,** a Payment Service Provider (PSP) may contract and process Transactions with multiple Acquirers.

**Effective 1 July 2011,** an Acquirer must only accept and submit into Interchange Transactions from PSPs, Merchants, and Sponsored Merchants within that Acquirer's jurisdiction.

ID#: 111011-010410-0002898


## Sponsored Merchant and Payment Service Provider Billing Name (New)

**Effective 17 June 2011 through 30 June 2011,** in the U.S. Region, the Sponsored Merchant name and the Internet Payment Service Provider name (or an abbreviation) must appear on the Transaction Receipt and billing statement and both must be included in the Merchant name field of the Clearing Record, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN - U.S. Region). *(This only applies in the U.S. Region.)*

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

**Effective 1 July 2011,** the Sponsored Merchant name and the Payment Service Provider name (or an abbreviation) must appear on the Transaction Receipt and billing statement and both must be included in the Merchant name field of the Clearing Record, as specified in "BASE II Record Requirements" (Exhibit 2L).

ID#: 111011-010711-0026434

## Internet Payment Service Provider Billing Name (Updated)

**Effective through 30 June 2011,** the Internet Payment Service Provider (IPSP) name may appear alone on the Transaction Receipt and, except in the U.S. Region, billing statement **only** if the:

- Cardholder accesses the IPSP Website directly

- IPSP name is visible to the Cardholder during the selection, order, and payment processes

**Effective through 30 June 2011,** if the IPSP name appears alone, Visa may require that the Sponsored Merchant name be transmitted in the Clearing Record if the IPSP (or some or all of its Sponsored Merchants) causes undue economic hardship to the Visa system, including, but not limited to:

- Qualifying for the Global Merchant Chargeback Monitoring Program

- Generating excessive Copy Requests

**Effective through 30 June 2011,** the IPSP name (or an abbreviation) may appear in conjunction with the Sponsored Merchant name.

ID#: 111011-010410-0008659

## Payment Service Provider Customer Support (Updated)

**Effective through 30 June 2011,** an Internet Payment Service Provider (IPSP) must provide customer service through its Website if a Cardholder accesses the IPSP Website directly. Customer service may be provided either directly or through its Sponsored Merchants.

**Effective 1 July 2011,** a Payment Service Provider (PSP) must provide customer service either directly or through its Sponsored Merchant.

- For a Transaction completed at an Electronic Commerce Sponsored Merchant, a PSP must provide customer service through its Website if a Cardholder accesses the PSP Website directly.

- For a Transaction that is not completed at an Electronic Commerce Sponsored Merchant, customer service may be provided by the PSP or its Sponsored Merchant.

ID#: 111011-010410-0002893

© 2011 Visa. All Rights Reserved.

**Internet Payment Service Provider Processing Requirements - U.S. Region (Updated)**

**Effective through 30 June 2011,** in the U.S. Region, if a Cardholder accesses a Sponsored Merchant's Website and is then linked to the Internet Payment Service Provider (IPSP) Website for payment:

- The IPSP name must appear in the Clearing Record in conjunction with the Sponsored Merchant's name

- Processing requirements apply, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN)

ID#: 111011-010410-0005106

# Payment Service Providers (PSP) Acquirer Requirements

## Acquirer Responsibility for Payment Service Providers

**Effective 1 July 2011,** a Payment Service Provider (PSP) that contracts with an Acquirer to provide payment-related services to a Sponsored Merchant will be considered a Merchant. An Acquirer that contracts with a PSP is liable for all acts, omissions, and other adverse conditions caused by the PSP and its Sponsored Merchants, including, but not limited to:

- Chargebacks

- Failure to provide service

- Related legal costs

- Settlement to the PSP or Sponsored Merchant

The acts and omissions caused by a Sponsored Merchant will be treated as those of the PSP and those caused by a PSP or a Sponsored Merchant as those of the Acquirer.

ID#: 111011-010410-0006574

## Acquirer Contractual Requirements with Internet Payment Service Providers (Updated)

**Effective through 30 June 2011,** an Acquirer that contracts with an Internet Payment Service Provider (IPSP) must:

- Ensure that the IPSP and its Sponsored Merchants comply with the *Visa International Operating Regulations*

- Ensure that the IPSP does **not** contract with a Sponsored Merchant outside the Acquirer's jurisdiction

© 2011 Visa. All Rights Reserved.

- Directly credit the IPSP for its Deposit. An Acquirer that contracts with both an IPSP and a Sponsored Merchant may directly credit the Sponsored Merchant for its portion of the Deposit, as permitted by local law.

ID#: 111011-010410-0005269

## Payment Service Provider Registration (New)

**Effective 1 July 2011,** an Acquirer must ensure that each of its Payment Service Providers (PSP) is registered with Visa before entering Transactions into Interchange on behalf of the PSP or its Sponsored Merchant.

To register, the Acquirer must send to Visa, as specified by Visa, registration forms and supporting documentation to confirm that the Acquirer has performed a comprehensive risk and financial review of the PSP, as specified in *Third Party Agent Due Diligence Risk Standards.*

Registration materials must be submitted using the Visa Membership Management application or as specified by Visa.

The Acquirer must receive from Visa written confirmation of approval and registration of the PSP before entering any Transactions into Interchange on behalf of the PSP or its Sponsored Merchant.

Visa may assess a fee to the Acquirer for each Payment Service Provider registered, as specified in the appropriate regional fee guide.

ID#: 111011-010711-0026435

## Ineligible Payment Service Provider Merchant Types (New)

**Effective 1 July 2011,** an Acquirer must not allow its Payment Service Provider (PSP) to provide payment services to the following merchant types, regardless of whether the PSP has a Merchant Agreement with merchants in these merchant categories. However, an Acquirer may sign a Merchant Agreement directly with these entities:

- Buyers clubs/membership clubs

- Credit counseling or credit repair services

- Credit protection/identity theft protection

- Direct marketing - subscription merchants

- Infomercial merchants

- Internet pharmacies

- Internet pharmacy referral sites

- Multi-level marketing businesses

- Outbound telemarketers

- Rebate-based businesses

- Up-Selling merchants

© 2011 Visa. All Rights Reserved.

The merchant types above may be classified with Merchant Category Codes 4814, 5912, 5962, 5966, 5968, and 5969, and are ineligible for Sponsored Merchant status.

ID#: 111011-010711-0026436

## Sponsored Merchant MCC Requirements (Updated)

**Effective through 30 June 2011,** an Acquirer must ensure that the Internet Payment Service Provider (IPSP) uses:

- The appropriate Merchant Category Code for each Sponsored Merchant in the Authorization and Clearing Record, as specified in the *Visa Merchant Data Standards Manual*
- Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks," for a Sponsored Merchant that provides gaming chips or electronic funds to be used for online gambling, even if gambling services is not the Sponsored Merchant's primary business

**Effective 1 July 2011,** an Acquirer must ensure that a Payment Service Provider uses:

- The appropriate Merchant Category Code for each Sponsored Merchant in the Authorization Request and Clearing Record, as specified in the *Visa Merchant Data Standards Manual*
- Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks," for a Sponsored Merchant that provides gaming chips or electronic funds to be used for online gambling, even if gambling services is not the Sponsored Merchant's primary business

ID#: 111011-150210-0005271

## Payment Service Provider Restrictions (New)

**Effective 1 July 2011,** an Acquirer must ensure that its Payment Service Provider (PSP) does not deposit Transactions on behalf of another PSP.

ID#: 111011-010711-0026437

## Payment Service Provider Activity Reporting (New)

**Effective 1 July 2011,** upon Visa request, an Acquirer must submit to Visa activity reporting on its Payment Service Provider's Sponsored Merchants that includes, for each Sponsored Merchant:

- Sponsored Merchant name
- Merchant Category Code
- Sales count and amount
- Chargeback count and amount

ID#: 111011-010711-0026438

© 2011 Visa. All Rights Reserved.

## Acquirer Responsibility for Internet Payment Service Providers - U.S. Region (Updated)

**Effective through 30 June 2011,** in the U.S. Region, an Internet Payment Service Provider (IPSP) that contracts with an Acquirer to provide payment-related services to Sponsored Merchants will be treated as a Merchant.

An Acquirer is liable for all acts and omissions caused by an IPSP and its Sponsored Merchants, including, but not limited to:

- Chargebacks

- Failure to provide service

- Related legal costs

The acts and omissions caused by a Sponsored Merchant will be treated as those of the IPSP.

ID#: 111011-010410-0005089

## Internet Payment Service Provider Registration - U.S. Region (Updated)

**Effective through 30 June 2011,** a U.S. Acquirer must ensure that each of its Internet Payment Service Providers (IPSPs) is registered with Visa before entering Transactions into Interchange.

To register, the Acquirer must send the following to Visa:

- The "Visa/Interlink Network/Plus Independent Sales Organization/Third-Party Servicer/Merchant Servicer Registration" form for the IPSP

- Supporting documentation to confirm that the Acquirer has performed a comprehensive risk and financial review of the IPSP, as specified in the *Third Party Agent Due Diligence Risk Standards*

- The electronic "Sponsored Merchant Registration" form with a comprehensive list of all Sponsored Merchants.

Registration materials must be sent via certified mail (return receipt requested) to:

Visa
Franchise Management
Mail Stop M3 - 4C
P.O. Box 8999
San Francisco, CA 94128-8999

ID#: 111011-010410-0008664

© 2011 Visa. All Rights Reserved.

## Ineligible Internet Payment Service Provider Merchant Types - U.S. Region (Updated)

**Effective through 30 June 2011,** a U.S. Acquirer must **not** allow its Internet Payment Service Provider (IPSP) to provide payment services to the following merchant types. However, an Acquirer may sign a Merchant Agreement directly with these entities:

- Buyers clubs/Membership clubs
- Credit counseling or credit repair services
- Credit protection/Identity theft protection
- Direct marketing - subscription merchants
- Infomercial merchants
- Internet pharmacies
- Internet pharmacy referral sites
- Multi-level marketing businesses
- Outbound telemarketers
- Prepaid phone cards
- Prepaid phone services
- Rebate-based businesses
- "Up-Sell" merchants

The merchant types above may be classified with Merchant Category Code values 4814, 5912, 5962, 5966, 5968, and 5969, and are ineligible for Sponsored Merchant status.

ID#: 111011-150210-0005091

## Internet Payment Service Provider Restrictions - U.S. Region (Updated)

**Effective through 30 June 2011,** a U.S. Acquirer must ensure that an Internet Payment Service Provider (IPSP) does **not** operate as the Sponsored Merchant of another IPSP or deposit Transactions on its behalf.

ID#: 111011-010410-0005093

## Payment Service and Card Acceptance Requirements - U.S. Region (Updated)

**Effective through 30 June 2011,** a U.S. Acquirer must ensure that:

- Its Internet Payment Service Provider (IPSP) provides all payment-related services to Sponsored Merchants

© 2011 Visa. All Rights Reserved.

- Sponsored Merchants meet all Card acceptance requirements and comply with the requirements for Electronic Commerce Merchants

ID#: 111011-150210-0006101

## Monthly Internet Payment Service Provider Sponsored Merchant Activity Reporting - U.S. Region (Updated)

**Effective through 30 June 2011,** Visa must receive monthly activity reporting from U.S. Acquirers on their Internet Payment Service Provider (IPSP) Sponsored Merchants that includes:

- Sponsored Merchant name
- Merchant Category Code
- Sales count and amount
- Chargeback count and amount

ID#: 111011-150210-0005105

# High-Risk Internet Payment Service Providers

## High-Risk Internet Payment Service Provider Registration (Updated)

**Effective 1 December 2011,** an Acquirer must register each Payment Service Provider (PSP) considered to be high-brand risk with Visa as a High-Risk Internet Payment Service Provider, regardless of whether or not that PSP has been previously registered with Visa.

The Acquirer must receive written confirmation of approval and registration of the High-Risk Internet Payment Service Provider before entering any High-Brand Risk Transactions into Interchange.

Visa may assess a registration fee and annual charge to the Acquirer for each High-Risk Internet Payment Service Provider registered, as specified in the appropriate regional fee guide.

ID#: 111011-011211-0026328

## High-Risk Internet Payment Service Provider Processing Requirements (New)

**Effective 1 December 2011,** if a Cardholder accesses the Website of an Electronic Commerce Merchant considered to be high-brand risk or that of a High-Brand Risk Sponsored Merchant and is then linked to the Website of the High-Risk Internet Payment Service Provider for payment:

- The name of the High-Risk Internet Payment Service Provider must appear in the Authorization Request and Clearing Record in conjunction with the name of the High-Brand Risk Sponsored Merchant

© 2011 Visa. All Rights Reserved.

- The High-Risk Internet Payment Service Provider must comply with the Transaction processing requirements, as specified in the VisaNet manuals

ID#: 111011-011211-0026329


## High-Risk Internet Payment Service Provider Fines (New)

**Effective 1 December 2011,** an Acquirer that fails to comply with registration program requirements for High-Risk Internet Payment Service Providers is assessed a fine, as follows:

- US $25,000 per month per High-Brand Risk Sponsored Merchant or High-Risk Internet Payment Service Provider
- After 3 violations in a calendar year, one or both of the following:
  - US $100,000 for each 30-calendar-day period of non-compliance
  - Prohibition against signing High-Brand-Risk Sponsored Merchants

ID#: 111011-011211-0026334


## High-Risk Internet Payment Service Provider Contractual Obligation (New)

**Effective 1 December 2011,** an Acquirer must ensure that its High-Risk Internet Payment Service Providers and High-Brand Risk Sponsored Merchants are contractually obligated to operate in accordance with the *Visa International Operating Regulations.*

ID#: 111011-010100-0026331


## High-Risk Internet Payment Service Provider Agreement Requirements (Updated)

**Effective 1 December 2011,** an Acquirer must ensure that a High-Risk Internet Payment Service Provider Agreement requires:

- That the High-Brand Risk Sponsored Merchant Agreement be signed by a senior officer of the High-Risk Internet Payment Service Provider
- The High-Risk Internet Payment Service Provider to report:
  - Acquisition of new High-Brand Risk Sponsored Merchants
  - Monthly Transaction activity for all High-Brand Risk Sponsored Merchants

The reports must be provided to Visa in specified electronic formats available from Visa upon request.

ID#: 111011-011211-0026332


## Visa Right to Prohibit or Disqualify Sponsored Merchants - U.S. Region

Visa may prohibit a U.S. Acquirer from including any Merchant as a High-Risk Sponsored Merchant in its High-Risk Internet Payment Service Provider portfolio if the Merchant either:

© 2011 Visa. All Rights Reserved.

• Generates or has a history of generating excessive levels of exception items (Chargebacks and/or credits) within a 12-month period

• Takes action to evade responsibility for compliance with the *Visa International Operating Regulations*

Visa may disqualify a High-Risk Internet Payment Service Provider or High-Risk Sponsored Merchant in accordance with the High-Risk Chargeback Monitoring Program or for other activity that causes undue harm to the Visa system.

ID#: 010410-010410-0008667


## High-Risk Internet Payment Service Provider Eligibility - U.S. Region

**Effective through 30 November 2011,** before entering into a Merchant Agreement with a High-Risk Internet Payment Service Provider, a U.S. Acquirer must:

• Be in good standing in all Visa risk management programs

• Meet the Acquirer Tier 1 capital requirement

ID#: 111011-010410-0003519


## High-Risk Internet Payment Service Provider Registration - U.S. Region (Updated)

**Effective through 30 November 2011,** a U.S. Acquirer must register a High-Risk Internet Payment Service Provider and its High-Risk Sponsored Merchants with Visa before entering Transactions into Interchange.

Visa assesses a registration fee and annual charge for High-Risk Internet Payment Service Providers and High-Risk Sponsored Merchants, as specified in the *Visa U.S.A. Fee Guide.*

ID#: 111011-010410-0008665


## High-Risk Internet Payment Service Provider Fines - U.S. Region (Updated)

**Effective through 30 November 2011,** a U.S. Acquirer that fails to comply with registration program requirements for High-Risk Internet Payment Service Providers is assessed a fine, as follows:

• US $25,000 per month per High-Risk Sponsored Merchant or High-Risk Internet Payment Service Provider

• After 3 violations in a calendar year, one or both of the following:

  – US $100,000 for each 30-calendar-day period of non-compliance

  – Prohibition against signing High-Risk Sponsored Merchants

ID#: 111011-010410-0003523

© 2011 Visa. All Rights Reserved.

**High-Risk Internet Payment Service Provider Contractual Obligation - U.S. Region (Updated)**

**Effective through 30 November 2011,** a U.S. Acquirer must ensure that High-Risk Internet Payment Service Providers and High-Risk Sponsored Merchants are contractually obligated to operate in accordance with the *Visa International Operating Regulations.*

ID#: 111011-010410-0007313

**High-Risk Internet Payment Service Provider Agreement Requirements - U.S. Region (Updated)**

**Effective through 30 November 2011,** a U.S. Acquirer must ensure that the Internet Payment Service Provider Agreement requires:

• That the High-Risk Sponsored Merchant Agreement be signed by a senior officer of the High-Risk Internet Payment Service Provider

• The High-Risk Internet Payment Service Provider to report:

  – Acquisition of new High-Risk Sponsored Merchants (using the electronic "High-Risk Sponsored Merchant Registration" form)

  – Monthly Transaction activity for all High-Risk Sponsored Merchants

The reports must be provided to Visa in specified electronic formats available from Visa upon request.

ID#: 111011-010410-0003522

# Up-Selling and Negative Option Transactions

## Up-Selling and Negative Option General Requirements

### Up-Selling Merchant Requirements (New)

**Effective 1 June 2011,** an Up-Selling Merchant must comply with all of the following:

• Clearly disclose to the Cardholder all of the following:

  – The name of the Up-Selling Merchant offering the goods and/or services, in a manner that clearly differentiates the Up-Selling Merchant from the initial Merchant

  – A description of the goods and/or services being offered

  – The length of the trial period, if offered, including clear disclosure that the Cardholder will be charged unless the Cardholder takes steps to cancel the subsequent Transaction

  – The Transaction amount and Transaction Date for the goods and/or services purchased

© 2011 Visa. All Rights Reserved.

- The cancellation policy for all goods and/or services being offered

- Obtain an Authorization for the initial Transaction and any subsequent Transactions, as specified in "Recurring Transaction Processing"

- Obtain express informed consent from the Cardholder for the subsequent Transactions by requiring the Cardholder to undertake all of the following:

  - Enter their personal Account Number for the subsequent Transaction

  - Enter the name and address and contact details of the Cardholder

  - Perform an additional affirmative action, such as clicking a confirmation button or other authentication, as permitted by local applicable law, to indicate Cardholder consent for participation in the Transaction

- Comply with all other Transaction processing requirements, as specified in the *Visa International Operating Regulations*

ID#: 111011-010611-0026364


## Negative Option Merchant Requirement (New)

**Effective 1 June 2011,** a Negative Option Merchant must comply with all of the following requirements:

- Obtain express informed consent from the Cardholder by disclosing all purchase terms and conditions prior to initiating the initial Transaction, including, but not limited to:

  - The name of the Merchant offering the goods and/or services

  - A description of the goods and/or services being offered

  - The Transaction amount and Transaction Date (for each recurring charge) for goods and/or services purchased

  - The length of the trial period, if offered, including clear disclosure that the Cardholder will be charged unless the Cardholder takes steps to cancel the subsequent Transaction

- The cancellation policy for all goods and/or services being offered, if the initial Cardholder acceptance of such goods and/or services was online

- Provide a simple mechanism for the Cardholder to cancel charges, including recurring charges, if the Cardholder purchased the goods and/or services online

- Comply with all other Transaction requirements, as specified in the *Visa International Operating Regulations*

ID#: 111011-010611-0026365

© 2011 Visa. All Rights Reserved.

# Recurring Transactions

## Recurring Transaction General Requirements

### General Requirements for Recurring Transactions (Updated)

A Recurring Services Merchant must:

- **Effective through 31 May 2011,** obtain Cardholder permission to periodically charge for recurring services, in a format including, but not limited to:
  – E-mail or other electronic record
  – Hard copy correspondence
- **Effective 1 June 2011,** obtain a completed order form, or written Cardholder permission to periodically charge for recurring goods or services, in a format including but not limited to, e-mail or other electronic record or hardcopy correspondence. This written permission must include, at least, but is not limited to, the following:
  – Transaction amount, unless the Recurring Transactions are for varying amounts
  – Frequency of the recurring charges
  – Duration for which Cardholder permission is granted
- Retain this permission for the duration of the recurring services and provide it upon Issuer request
- Provide a simple and easily accessible online cancellation procedure if the Cardholder request for goods or services was initially accepted online
- **Effective 1 June 2011,** obtain subsequent written Cardholder permission when a Recurring Transaction is renewed

ID#: 111011-010410-0002932

### Recurring Transaction Processing (Updated)

**Effective through 31 May 2011,** for a Recurring Services Transaction, a Merchant must:

- Obtain an Authorization
- Write "Recurring Transaction" on the signature line of the Transaction Receipt
- For a recurring Electronic Commerce Transaction, include on the Transaction Receipt the frequency and duration of the Recurring Transactions, as agreed to by the Cardholder

**Effective 1 June 2011,** for a Recurring Transaction a Merchant must:

- Confirm the Transaction amount unless the Recurring Transactions are for varying amounts
- Obtain an Authorization for each Transaction in the series

© 2011 Visa. All Rights Reserved.

- Obtain the Cardholder signature, or an electronic signature or other similar authentication, that is effective as Cardholder consent under applicable law

- Write "Recurring Transaction" on the signature line of the Transaction Receipt

- For an Electronic Commerce Transaction that is a Recurring Transaction, include on the Transaction Receipt the frequency and duration of the Recurring Transactions, as agreed to, in writing, by the Cardholder

ID#: 111011-010410-0003665

## Recurring Services Merchant Prohibitions (Updated)

A Recurring Services Merchant must **not**:

- Include partial payment for goods or services purchased in a single Transaction

- Include additional finance charges on a Recurring Transaction

- Complete a Recurring Transaction if it receives a Decline Response or a cancellation notice from the Cardholder

- **Effective 1 June 2011,** disclose an Account Number, personal information, or other Transaction Information to any entity other than to a registered Third Party, the Acquirer, or Agent, except for the purpose of completing a Transaction

ID#: 111011-010410-0002933

## Recurring Electronic Commerce Transactions

The initial Transaction for a recurring Electronic Commerce Transaction must be processed with the appropriate Electronic Commerce Transaction indicator values, as specified in:

- "BASE II Record Requirements" (Exhibit 2L)

- "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)

- "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)

Subsequent recurring Electronic Commerce Transactions must be completed as specified in "Recurring Transaction Processing" and "BASE II Record Requirements" (Exhibit 2L).

ID#: 031209-150210-0003111

## Merchant Requirements for Recurring Transactions - U.S. Region (Updated)

**Effective through 31 May 2011,** in the U.S. Region, a Recurring Services Merchant must:

- Obtain from the Cardholder a completed Order Form containing a written request for the goods or services to be charged to the Cardholder's account. The Order Form must include, but is not limited to, the following:

  – Transaction amount, unless the Recurring Transactions are for varying amounts

© 2011 Visa. All Rights Reserved.

- Frequency of the recurring charges
- Duration of time for which Cardholder permission is granted

- Retain a copy of the Order Form for the duration of the recurring services and provide it upon Issuer request

- Write the words "Recurring Transaction" on the signature line of the Transaction Receipt

- Provide a subsequent Order Form when a Recurring Transaction is renewed

- Obtain the Cardholder signature, or an electronic signature or other similar authentication, that is effective under applicable law

For an Electronic Commerce Transaction, the Recurring Services Merchant must also:

- Include on the Transaction Receipt the frequency and duration of the Recurring Transaction, as agreed to by the Cardholder

- Provide a simple and easily accessible online cancellation procedure, if the Cardholder request for goods or services was initially accepted online

ID#: 151011-010410-0002926


## Notification Requirements for Recurring Transactions - U.S. Region

In the U.S. Region, for Recurring Transactions of varying amounts, the:

- Order Form must allow the Cardholder to specify a minimum and maximum Transaction amount to be charged, unless the Cardholder will be notified of the amount and date of each charge, as specified below

- Merchant must inform the Cardholder of their right to receive, at least 10 calendar days before each scheduled Transaction Date, written notification of the amount and date of the next charge

The Cardholder may choose to receive the notification:

- For every charge

- When the Transaction amount does not fall within the range of amounts specified on the Order Form

- When the Transaction amount will differ from the most recent charge by more than an agreed-upon amount

ID#: 010410-010410-0002930


## Recurring Services Merchant Contact Information

For a Recurring Transaction, an Acquirer must:

- Ensure that its Recurring Services Merchant obtains an Authorization for all Recurring Transactions

- Transmit the Recurring Transaction indicator in the:
  - Authorization Request

© 2011 Visa. All Rights Reserved.

– Clearing Record

The Clearing Record for a Recurring Transaction must contain Merchant contact information in the Merchant name or Merchant city fields that enables the Cardholder to contact the Merchant directly.

ID#: 010410-010410-0008652

# Installment Transactions

## Installment Transaction General Requirements

### Installment Transaction General Requirements

A Merchant that offers Installment Transactions must:

- Disclose in writing, electronically or by another method, to the Cardholder the terms of the Installment Transaction, including:
  - All costs associated with the purchase of the goods or services
  - Transaction Currency agreed to by the Cardholder
  - That Transaction amounts may vary due to Currency Conversion Rate fluctuations
- **Not** submit an Installment Transaction Receipt to its Acquirer at intervals of less than 7 calendar days
- **Not** submit an initial Installment Transaction Receipt to its Acquirer until the merchandise has been shipped, unless the Merchant requires a "down payment" or deposit for custom-order goods
- Authorize the initial and all subsequent Transactions (Zero Floor Limit applies)

ID#: 010410-010410-0002891

### Liability for Installment Transactions

Except as specified in the *Visa International Certificate of Incorporation and Bylaws*, Visa assumes no liability for Installment Transactions processed more than 30 calendar days from the Authorization date.

ID#: 031209-150210-0002892

### Installment Billing Transaction Option - U.S. Region

In the U.S. Region, a Mail/Phone Order or Electronic Commerce Merchant may offer Cardholders an Installment Billing Transaction option.

If offered, the U.S. Merchant must:

© 2011 Visa. All Rights Reserved.

- Disclose in writing the terms, including, but not limited to whether the installment terms are limited to certain goods that a Cardholder may purchase. The written disclosure must also include the shipping and handling charges and any applicable tax.

- Inform the Cardholder not billed in the Transaction Currency of the Merchant that each Installment Billing Transaction amount may vary due to Currency Conversion Rate fluctuations

- Ensure that the sum of the Installment Billing Transactions does not include any finance charge or exceed the total price of the goods

- Authorize all Installment Billing Transactions

The Merchant must **not** add finance charges to an Installment Billing Transaction.

ID#: 010410-010410-0008638

# Delayed Delivery Transactions

## Delayed Delivery Transaction General Requirements

### Delayed Delivery Transaction Authorization

A Merchant completing a Delayed Delivery Transaction must obtain an Authorization if the cumulative total of both Transaction Receipts exceeds the Floor Limit. The Merchant must obtain Authorization for each Delayed Delivery Transaction on each Transaction Date.

ID#: 010410-010410-0002879

### Delayed Delivery Transaction Date

For Delayed Delivery Transactions, the Transaction Date for goods and services not shipped within 30 calendar days of the order is the shipment date.

ID#: 010410-010410-0002880

### Delayed Delivery Transaction Initial Deposit Time Frame

For Delayed Delivery Transactions, the Merchant may deposit the Transaction Receipt for the delayed delivery deposit before delivery of the goods or services.

For Delayed Delivery Transactions, the Merchant must **not** deposit the Transaction Receipt for the balance before delivery of the goods or services.

ID#: 010410-010410-0008993

© 2011 Visa. All Rights Reserved.

## Delayed Delivery Transaction Receipt Requirements

### Delayed Delivery Transaction Receipt

For Delayed Delivery Transactions, the Merchant must write the word "Deposit" or "Balance" on the appropriate Transaction Receipt.

ID#: 031209-150210-0005051

### Retaining Delayed Delivery Transaction Deposit

For Delayed Delivery Transactions, the Merchant may retain the deposit if the:

- Merchant received a Decline Response for the balance
- Balance was not paid by other means
- Transaction Receipt states that the deposit is nonrefundable

ID#: 050411-010410-0002884

### Delayed Delivery Transaction Receipt - U.S. Region

In the U.S. Region, for Delayed Delivery Transactions, the Merchant must:

- Assign a separate Authorization number for each Transaction Receipt
- Write the following information on the appropriate Transaction Receipt:
    - Words "Delayed Delivery"
    - Word "Deposit" or "Balance," as appropriate
    - Authorization date and Authorization Code, if applicable

ID#: 031209-150210-0002925

# Advance Payment Transactions - U.S. Region

## Advance Payment General Requirements

### Advance Payment Deposit - U.S. Region

In the U.S. Region, an Advance Payment Service Merchant may deposit a Transaction Receipt representing a partial or complete advance payment.

© 2011 Visa. All Rights Reserved.

The Merchant must complete a Transaction Receipt for the amount of the advance payment, including:

• Words "Advance Payment" on the signature line

• Cardholder's Account Number, telephone number, and mailing address

• Card expiration date

• Cardholder name on the Card

ID#: 010410-010410-0008654

## Acquirer Requirements for Advance Payment Service - U.S. Region 5.4.U

A U.S. Acquirer must obtain all of the following from a Merchant participating in the Advance Payment Service:

• Merchant name

• Address of each Merchant Outlet and type of service provided

• Number of years in business

• Number of years of ownership of the current business

• Chargeback/fraud ratios from the previous 6 months

• Configuration of cancellation codes

• Outline of the Merchant's procedures, including written cancellation policy and telephone script for accepting Advance Payment Service Transactions

ID#: 010410-010410-0005226

## Merchant Agreement for Advance Payment Service - U.S. Region 5.4.U

A U.S. Acquirer must incorporate at least the substance of the Advance Payment Service requirements into all Merchant Agreements, either as part of the Merchant Agreement or a separate contract, for each of its Advance Payment Service Merchants.

ID#: 010410-010410-0005214

## Advance Payment Procedures - U.S. Region 5.4.U

A U.S. Merchant participating in the Advance Payment Service must:

• Accept all Cards in its category of acceptance for advance payment when the Cardholder agrees to the Advance Payment Service

• Determine the amount of the Advance Payment Service Transaction. The Transaction amount must **not** exceed the total price of the reserved services or activity.

• Inform the Cardholder of the following:

© 2011 Visa. All Rights Reserved.

- Total price of the services or activity

- Advance payment amount

- Advance payment confirmation code

- Cancellation terms. If a cancellation request is not received within the cancellation time specified by the Merchant, the Cardholder must forfeit the advance payment amount.

• Obtain all of the following:

- Cardholder's Account Number, telephone number, and mailing address

- Card expiration date

- Cardholder name on the Card

ID#: 010410-010410-0005215

## Written Confirmation of Advance Payment Service Transaction - U.S. Region

If a U.S. Merchant receives an Approval Response for an Advance Payment Service Transaction, the Merchant must:

• Deposit the Transaction Receipt, as specified in the *Visa International Operating Regulations*

• Mail a written confirmation to the Cardholder with a:

- Copy of the Transaction Receipt

- Cancellation policy, including any applicable limitations relating to "bad weather" cancellations

For an advance payment made less than 72 hours before the scheduled commencement of services, a written confirmation is required only upon Cardholder request.

If the Merchant receives a Decline Response, the Merchant must advise the Cardholder and must **not** deposit the Transaction Receipt.

ID#: 031209-150210-0008650

## Advance Payment Service Cancellation Procedures - U.S. Region 5.4.U

A U.S. Merchant participating in the Advance Payment Service must:

• Accept all cancellation requests, provided that the request is made before the specified cancellation date and time

• Provide a cancellation number and advise the Cardholder to retain it in case of a dispute

• Complete a Credit Transaction Receipt for the amount of the advance payment with the:

- Words "Advance Payment" on the signature line

- Cardholder's Account Number and mailing address

- Card expiration date

- Cardholder name on the Card

© 2011 Visa. All Rights Reserved.

– Cancellation number

• Mail the Credit Transaction Receipt to the address indicated by the Cardholder within 3 business days from the Transaction Date

ID#: 010410-010410-0005219

# Dynamic Currency Conversion

## Dynamic Currency Conversion - General Requirements

### Dynamic Currency Conversion VisaNet Processor or Third Party Participation

**Effective 1 May 2010 through 6 October 2010,** a VisaNet Processor or Third Party must not process a Dynamic Currency Conversion Transaction from a Merchant Outlet that was not actively conducting Dynamic Currency Conversion as of 30 April 2010.

ID#: 050411-010510-0025738

### Penalties for Incorrect Use of Dynamic Currency Conversion

An Acquirer, VisaNet Processor, or Third Party Agent that offers Dynamic Currency Conversion, must effect a timely resolution of violations of the *Visa International Operating Regulations*. The table below specifies the actions and penalties that may occur when an Acquirer, Merchant Outlet, VisaNet Processor, or Third Party Agent violates the Dynamic Currency Conversion requirements.

**Dynamic Currency Conversion Actions and Penalties**

| Dynamic Currency Conversion Action | Event | Visa Action or Fine |
|---|---|---|
| Registration of Acquirer, VisaNet Processor or Third Party Agent | **Effective through 6 October 2010,** Acquirer fails to register itself, its Merchant Outlet, its VisaNet Processor, or Third Party<br><br>**Effective 7 October 2010,** Acquirer fails to register itself, its VisaNet Processor or Third Party Agent. | Notification of violation with specific date of correction and request for action plan |
| | Failure to register within 10 calendar days from the date of notification letter on failure to register | **Effective through 6 October 2010,** US $10,000 fine per unregistered Acquirer, Merchant Outlet, VisaNet Processor, or Third Party Agent per month . **Effective 7 October 2010,** US $10,000 fine per unregistered Acquirer, VisaNet Processor, or Third Party Agent per month |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Dynamic Currency Conversion Action | Event | Visa Action or Fine |
|---|---|---|
| | Failure to register within 30 calendar days from the date of notification letter on failure to register | Visa may:<br><br>• Require the Acquirer to stop the Dynamic Currency Conversion being offered by the unregistered , VisaNet Processor, or Third Party Agent<br><br>• Prohibit the Acquirer from contracting with any Dynamic Currency Conversion , VisaNet Processor, or Third Party Agent |
| Registration of Merchant and Merchant Outlet | **Effective 7 October 2010,** Acquirer fails to register its Dynamic Currency Conversion enabled Merchant or Merchant Outlet as per the *International Transactions Guide* | **Effective 7 October 2010,** notification of violation with specific date of correction and request for action plan |
| | **Effective 7 October 2010,** failure to register in the next quarterly registration cycle | **Effective 7 October 2010,** US $10,000 fine per unregistered Merchant or Merchant Outlet, per quarterly registration cycle |
| Certification | **Effective 1 May 2010 through 6 October 2010,** failure of Acquirer to certify itself or its Merchant Outlet, VisaNet Processor, or Third Party by 1 October 2010<br><br>**Effective 7 October 2010,** failure of Acquirer to certify itself, its VisaNet Processor or Third Party Agent | Notification of violation with specific date of correction and request for action plan |
| | Failure to certify within 10 calendar days from the date of notification letter on failure to certify | **Effective through 6 October 2010**, US $10,000 fine per uncertified Acquirer, Merchant Outlet, VisaNet Processor, or Third Party per month<br><br>**Effective 7 October 2010,** US $10,000 fine per month per uncertified Acquirer, VisaNet Processor or Third Party Agent, or per Merchant Outlet using an uncertified Dynamic Currency Conversion solution |

© 2011 Visa. All Rights Reserved.

| Dynamic Currency Conversion Action | Event | Visa Action or Fine |
|---|---|---|
| | Failure to certify within 30 calendar days from the date of notification letter on failure to certify | Visa may:<br><br>• **Effective through 6 October 2010,** require the Acquirer to stop the Dynamic Currency Conversion being offered by the uncertified Merchant Outlet, VisaNet Processor, or Third Party<br>**Effective 7 October 2010,** require the Acquirer to stop the Dynamic Currency Conversion being offered by the uncertified VisaNet Processor or Third Party Agent or by the Merchant Outlet using an uncertified Dynamic Currency Conversion solution.<br><br>• Prohibit the Acquirer from contracting with any Merchant Outlet, VisaNet Processor, or Third Party Agent offering Dynamic Currency Conversion |
| Merchant Outlet Dynamic Currency Conversion Violations | Merchant Outlet non-compliant with one or more Dynamic Currency Conversion rules | Notification of violation with specific date of correction and request for action plan |
| | Failure to provide action plan for violation resolution within 30 calendar days from the date of notification letter on Dynamic Currency Conversion violation | US $10,000 fine per non-compliant Merchant Outlet per month |
| | Failure to provide action plan for violation resolution within 60 calendar days from the date of notification letter on Dynamic Currency Conversion violation | Visa may:<br><br>• Require the Acquirer to stop Dynamic Currency Conversion being offered by the Merchant Outlet<br><br>• Prohibit the Acquirer from contracting with any Dynamic Currency Conversion Merchant Outlet |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Dynamic Currency Conversion Action | Event | Visa Action or Fine |
|---|---|---|
| Dynamic Currency Conversion Approval Revocation | Uncorrected Acquirer, Acquirer's Merchant Outlet, VisaNet Processor, or Third Party Dynamic Currency Conversion violation | Visa may revoke Dynamic Currency Conversion approval from the Acquirer, an Acquirer's Merchant Outlet, VisaNet Processor, or Third Party Agent for:<br><br>• Repeated or persistent violation of the *Visa International Operating Regulations* following notice from Visa to the Acquirer to remedy any breach and failure to do so within a reasonable time frame<br><br>• Repeated or persistent Cardholder complaints identified against an Acquirer or an Acquirer's Merchant Outlet, VisaNet Processor, or Third Party Agent within a 3-month period and the Acquirer failed to comply with the *Visa International Operating Regulations* regarding its Merchant Outlet, VisaNet Processor, or Third Party Agent pertaining to disclosure, Cardholder choice, and fee disclosure<br><br>• Failure to ensure proper Merchant Outlet staff training and retraining on Dynamic Currency Conversion to ensure compliance<br><br>• Failure to prevent its Merchant Outlet from deploying a Point-of-Transaction Terminal or other Merchant Outlet procedures that will lead or have led to a violation of the *Visa International Operating Regulations* |

ID#: 171011-010410-0001293


## Transaction Currency Requirement - CEMEA Region

**Effective 1 May 2010 through 6 October 2010,** in the CEMEA Region, the currency of all Transactions must be the legal local currency(ies) of the Transaction Country.

**Effective through 6 October 2010,** a CEMEA Member that acquires Account Funding Transactions and Original Credit Transactions may submit Transactions into VisaNet in a foreign currency, subject to approved program parameters. This option is available only to Sending Members participating in money transfer.

ID#: 111011-010410-0005366

© 2011 Visa. All Rights Reserved.

**Transaction Currency Requirement - LAC Region**

**Effective 1 May 2010 through 14 April 2011,** in the LAC Region, the currency of all Transactions must be the legal local currency(ies) of the Transaction Country.

ID#: 111011-010410-0005285

# Dynamic Currency Conversion - Merchant Requirements

## Dynamic Currency Conversion Merchant Participation

**Effective 1 May 2010 through 6 October 2010,** a Merchant Outlet that was not actively conducting Dynamic Currency Conversion as of 30 April 2010 must not process a Dynamic Currency Conversion Transaction.

**Effective 1 May 2010 through 6 October 2010,** if a Merchant Outlet that was registered with Visa to offer Dynamic Currency Conversion, and was actively conducting Dynamic Currency Conversion as of 30 April 2010, changes its Acquirer, VisaNet Processor, or Third Party Agent relationship and wishes to continue performing Dynamic Currency Conversion, the new Acquirer, VisaNet Processor or Third Party must already be registered or must register with Visa to offer Dynamic Currency Conversion.

ID#: 050411-010510-0025739

## Dynamic Currency Conversion Merchant Requirements

A Merchant offering Dynamic Currency Conversion must:

- Inform the Cardholder that Dynamic Currency Conversion is optional

- **Not** impose any additional requirements on the Cardholder to have the Transaction processed in the local currency

- **Not** use any language or procedures that may cause the Cardholder to choose Dynamic Currency Conversion by default

- **Not** misrepresent, either explicitly or implicitly, that its Dynamic Currency Conversion service is a Visa service

- Not convert a Transaction amount in the local currency that has been approved by the Cardholder into an amount in the Cardholder's billing currency after the Transaction has been completed but not yet entered into Interchange

- Ensure that the Cardholder expressly agrees to a Dynamic Currency Conversion Transaction, as specified in "Dynamic Currency Conversion Transaction Receipt Requirements"

ID#: 111011-010410-0003100

© 2011 Visa. All Rights Reserved.

**Multi-Currency Priced Transaction Requirement**

**Effective 9 September 2010,** in a Multi-Currency Priced Transaction, the displayed price and currency selected by the Cardholder must be the same price and currency charged to the Cardholder, printed on the Transaction Receipt, and entered into Interchange by the Acquirer, as specified in the *International Transactions Guide.*

ID#: 050411-090910-0026216

**Dynamic Currency Conversion Transaction Receipt Requirements**

In both a Card-Present and Card-Absent Environment, a Transaction Receipt representing Dynamic Currency Conversion at the Point-of-Transaction must show separately:

• Currency symbol of the Merchant's local currency

• Transaction amount of the goods or services purchased in the Merchant's local currency

• Exchange rate used to determine the Transaction amount

• Currency conversion commission, fees, or, **effective 1 October 2010,** mark up on the exchange rate over a wholesale rate or government mandated rate

• Currency symbol of the Transaction Currency

• **Effective through 6 October 2010**, total Transaction amount charged by the Merchant in the Transaction Currency, followed by the words "Transaction Currency"

• **Effective 7 October 2010,** total Transaction amount charged by the Merchant in the Transaction Currency, and the words "Transaction Currency"

• Statement, easily visible to the Cardholder, that specifies the:

  – **Effective through 6 October 2010**, Cardholder's selected Transaction Currency is final

  – Cardholder has been offered a choice of currencies for payment, including the Merchant's local currency

  – **Effective 1 October 2010,** Cardholder expressly agrees to the Transaction Receipt information by marking an "accept" box on the Transaction Receipt

**Effective through 30 September 2010,** the Transaction Receipt must indicate that the Dynamic Currency Conversion is conducted by the Merchant or that the Dynamic Currency Conversion is **not** associated with or endorsed by Visa.

**Effective 1 October 2010,** the Transaction Receipt **must** indicate that Dynamic Currency Conversion is conducted by the Merchant .

ID#: 050411-010410-0003101

© 2011 Visa. All Rights Reserved.

## Dynamic Currency Conversion Card-Absent Environment Transactions

**Effective 1 October 2010 through 30 September 2011,** before initiating a Dynamic Currency Conversion Mail/Phone Order or Electronic Commerce Transaction, a Merchant must notify the Cardholder of all the information listed in "Dynamic Currency Conversion Transaction Receipt Requirements."

**Effective 1 October 2010 through 30 September 2011,** for an Electronic Commerce Transaction, the Cardholder must confirm receipt of the information required in "Dynamic Currency Conversion Transaction Receipt Requirements," by clicking on an "accept" or other affirmative button on the payment page for the Transaction to indicate that proper disclosure has occurred.

ID#: 050411-011010-0025742

## Dynamic Currency Conversion Priority Check-Out and Express Return Requirements

Before initiating Dynamic Currency Conversion for a Priority Check-out Transaction or an express-return car rental Transaction, the Merchant must complete a written agreement with the Cardholder that specifies:

- Cardholder has agreed that Dynamic Currency Conversion will take place
- Cardholder has been offered a choice of currencies for payment, including the Merchant's local currency
- Specific Transaction Currency agreed to by the Cardholder and Merchant
- **Effective through 6 October 2010,** choice of currency decided on between the Cardholder and Merchant is final
- **Effective 1 October 2010,** Cardholder expressly agrees to DCC by marking an "accept" box on the written agreement
- Currency conversion commission, fees, or, **effective 1 October 2010**, mark-up on the exchange rate over a wholesale rate or government mandated rate
- Exchange rate will be determined by the Merchant at a later time without additional consultation with the Cardholder

**Effective through 30 September 2010,** the written agreement must indicate that the Dynamic Currency Conversion is conducted by the Merchant or that the Dynamic Currency Conversion is **not** associated with or endorsed by Visa.

**Effective 1 October 2010,** the written agreement must indicate that the Dynamic Currency Conversion is conducted by the Merchant

The Merchant must disclose to the Cardholder all of the Transaction Receipt requirements specified in "Dynamic Currency Conversion Transaction Receipt Requirements."

ID#: 050411-010410-0008642

© 2011 Visa. All Rights Reserved.

## Dynamic Currency Conversion Requirements - U.S. Region

**Effective through 30 April 2010,** in the U.S. Region, a Cardholder must expressly agree to a Dynamic Currency Conversion Transaction.

A U.S. Merchant must **not**:

- Use any contractual language or procedures that result in the Cardholder choosing a Dynamic Currency Conversion Transaction by default
- Convert a Transaction amount in a local currency into an amount in a Cardholder's billing currency after the Transaction has been completed but not yet entered into Interchange
- Perform Dynamic Currency Conversion on:
  - Contactless Payment Transactions
  - No Signature Required Transactions
  - Small Ticket Transactions

**Effective 1 May 2010 through 6 October 2010,** a U.S. Merchant must not perform Dynamic Currency Conversion on:

- Contactless Payment Transactions
- No Signature Required Transactions
- Small Ticket Transactions

ID#: 050411-010410-0008639

## Currency Conversion Agreement for T&E Express Transactions - U.S. Region

**Effective through 6 October 2010,** in the U.S. Region, a Car Rental Merchant or Lodging Merchant that offers T&E Express Services may establish an agreement with a Cardholder, in advance of hotel check-out or car rental return, that the currency conversion rate will be determined by the Merchant at a later time, without further consulting the Cardholder. The operating requirements specified in the "Dynamic Currency Conversion - Additional Requirements for T&E Express Service Transactions - U.S. Region" table apply.

For a T&E Express Service Transaction, a Merchant must:

- Send the Cardholder a copy of the Transaction Receipt through the postal service (or e-mail, if selected by the Cardholder) within 3 business days of completing the Transaction
- Process any delayed or amended charges at the same currency conversion rate as the original Dynamic Currency Conversion Transaction

ID#: 050411-010410-0008656

© 2011 Visa. All Rights Reserved.

## Dynamic Currency Conversion Operating Requirements - U.S. Region

**Effective through 30 April 2010,** for a Dynamic Currency Conversion Transaction, a U.S. Merchant must comply with operating requirements specific to each Transaction environment, as specified in the tables below.

**Dynamic Currency Conversion Transaction Receipt
Requirements - U.S. Region (Effective through 30 April 2010)**

| Transaction Environment | Operating Requirements |
|---|---|
| All | **Transaction Receipt** |
| | In addition to the Transaction Receipt requirements specified in "Electronic and Manual Transaction Receipts" (Exhibit S), a Transaction Receipt for a Dynamic Currency Conversion Transaction must include: |
| | • The price of the goods or services in the Merchant's local currency accompanied by the currency symbol next to the amount |
| | • The total price in the Transaction Currency accompanied by the words Transaction Currency and the currency symbol next to the amount |
| | • The exchange rate used |
| | • Any additional mark up, commission, or fee for the Dynamic Currency Conversion service |
| | • A statement in an area easily seen by the Cardholder that: |
| |   – The Cardholder was offered the choice of payment in the Merchant's local currency |
| |   – The choice of currency is final |
| |   – Either the currency conversion will **not** be conducted by Visa **or** the Merchant or Acquirer, as applicable, is providing the currency conversion service |
| | Each of the above data elements must be shown separately. |

© 2011 Visa. All Rights Reserved.

**Dynamic Currency Conversion Additional Requirements for Mail/Phone Order or Electronic Commerce Transactions - U.S. Region (Effective through 30 April 2010)**

| Transaction Environment | Operating Requirements |
| --- | --- |
| Mail/Phone Order or Electronic Commerce | **Disclosure**<br><br>Before initiating a Dynamic Currency Conversion Transaction in the Mail/Phone Order or electronic commerce environment, a U.S. Merchant must notify the Cardholder of the following:<br><br>• Price of the goods or services in the Merchant's local currency<br><br>• Exchange rate, including any commission<br><br>• Total price in the Transaction Currency<br><br>• That the Cardholder has a choice of currencies, including the Merchant's local currency<br><br>• That the choice of currency is final<br><br>For an Electronic Commerce Transaction, the Cardholder must confirm receipt of the above information by clicking on an "accept" or other affirmative button to ensure proper disclosure. |

**Effective through 6 October 2010**, for a Dynamic Currency Conversion Transaction, a U.S. Merchant must comply with operating requirements for T&E Express Service Transactions, as specified in the table below.

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

**Effective through 6 October 2010, Dynamic Currency Conversion Additional Requirements for T&E Express Service Transactions - U.S. Region**

| Transaction Environment | Operating Requirements |
|---|---|
| T&E Express Service Transactions Hotel Check-out or Car Rental Return | **Documentation**<br><br>For a T&E Express Service Transaction, a U.S. Merchant must document the terms of the Dynamic Currency Conversion in a written agreement. The agreement must be signed by the Cardholder in advance of a hotel check-out or car rental return.<br><br>The written agreement must document:<br><br>• The specific currency in which the conversion will take place<br><br>• That the Cardholder has been offered a choice of currencies, including the Merchant's local currency<br><br>• That the Cardholder understands that a Dynamic Currency Conversion Transaction will take place<br><br>• That the currency choice is final<br><br>• That the currency conversion rate will be determined at a later time without further Cardholder consultation<br><br>• **Effective 1 October 2010,** any mark up on the exchange rate over a wholesale rate or government mandated rate, and any fees or commissions<br><br>**Transaction Receipt**<br><br>The Merchant must send the Cardholder a copy of the Transaction Receipt through the postal service (or by e-mail if selected by the Cardholder) within 3 business days.<br><br>**Delayed or Amended Charges**<br><br>For any delayed or amended charges, the Merchant must process such charges at the same currency conversion rate as the original Dynamic Currency Conversion Transaction. |

ID#: 050411-010410-0005210

# Dynamic Currency Conversion - Acquirer Requirements

## Dynamic Currency Conversion Acquirer Participation

**Effective 1 May 2010 through 6 October 2010,** an Acquirer must not process a Dynamic Currency Conversion Transaction from a Merchant Outlet that was not actively conducting Dynamic Currency Conversion as of 30 April 2010.

ID#: 050411-010510-0025737

© 2011 Visa. All Rights Reserved.

## Dynamic Currency Conversion Acquirer Requirements

**Effective 1 May 2010 through 6 October 2010,** in addition to the requirements specified in "Dynamic Currency Conversion - Acquirer Requirements," an Acquirer that processes a Dynamic Currency Conversion Transaction must:

- Comply with the *Dynamic Currency Conversion Registration and Certification Guide*

- Register, by 1 June 2010, itself and each Merchant, Merchant Outlet, VisaNet Processor, and Third Party that is actively conducting Dynamic Currency Conversion as of 30 April 2010, and provide evidence that each Merchant Outlet is actively conducting Dynamic Currency Conversion, as specified in the *Dynamic Currency Conversion Registration and Certification Guide*

- Ensure that each Dynamic Currency Conversion Merchant Outlet complies with the *Visa International Operating Regulations* and the *Dynamic Currency Conversion Registration and Certification Guide*

- Notify Visa if there is a change in the status of the Dynamic Currency Conversion services provided by its Merchants, Merchant Outlets, VisaNet Processors, or Third Parties

- Ensure that it, its VisaNet Processor, and Third Party is certified by Visa by 1 October 2010 and annually, as specified in the *Dynamic Currency Conversion Registration and Certification Guide*

- Notify Visa when it implements any Dynamic Currency Conversion-related platform changes that may require additional certification.

**Effective 7 October 2010,** before processing a Dynamic Currency Conversion Transaction, an Acquirer must:

- Register for Dynamic Currency Conversion as specified in the *International Transactions Guide*

- Register any VisaNet Processor or Third Party Agent that is providing Dynamic Currency Conversion services to the Acquirer or its Merchant Outlets as specified in the *International Transactions Guide*

- Certify all Dynamic Currency Conversion solutions used by its Merchants, as specified in the *International Transactions Guide*

- Notify Visa when material changes are made to a Dynamic Currency Conversion solution used by its Merchants and recertify if required

- Ensure that each Merchant Outlet conducting Dynamic Currency Conversion complies with the *Visa International Operating Regulations* and the *International Transactions Guide*

ID#: 080411-010510-0025740

## Dynamic Currency Conversion Merchant Registration Requirement

An Acquirer that offers its Merchants the facility to conduct Dynamic Currency Conversion must provide to Visa the name and location of each of its Merchants' Merchant Outlets that conduct Dynamic Currency Conversion Transactions.

© 2011 Visa. All Rights Reserved.

**Effective 7 October 2010,** an Acquirer is not, however, required to register each Sponsored Merchant if Dynamic Currency Conversion is conducted by the Sponsored Merchant's Internet Payment Service Provider (IPSP).

**Effective 7 October 2010,** the Acquirer is responsible for registering with Visa the Merchant or Merchant Outlet as specified in the *International Transactions Guide*, whether or not the Acquirer has directly supplied the service to the Merchant or Merchant Outlet.

ID#: 111011-010410-0008657

## Dynamic Currency Conversion Program Fee

**Effective 1 October 2010,** an Acquirer that participates in Dynamic Currency Conversion must pay an annual program fee, as specified in the applicable regional fee guide. This fee will not be pro-rated.

ID#: 050411-011010-0025741

# Manual Cash Disbursements

## Manual Cash Disbursements Requirements

### Member Manual Cash Disbursements

Each Member, excluding one participating **only** in the Visa Electron or Plus programs, must make Manual Cash Disbursements to other Issuers' Visa Cardholders from all of its Branches in its Country of Domicile. This includes, but is not limited to, unembossed Visa Cards, and Visa Cards with a generic identifier or no Cardholder name. This requirement is limited only by applicable law and the Issuer's Cash Disbursement policy.

ID#: 081010-010410-0006851

### Manual Cash Disbursements - Visa Electron Cards

A Member may make Manual Cash Disbursements to other Issuers' Visa Electron Cardholders if the Member complies with the appropriate acceptance procedures.

ID#: 010410-010410-0006852

### Manual Cash Disbursement - Foreign Branches

A foreign Branch of a Member licensed to use the Visa Program Marks outside of its Country of Domicile may make Manual Cash Disbursements to:

• Other Issuers' Visa Cardholders

© 2011 Visa. All Rights Reserved.

- Other Issuers' Visa Electron Cardholders, if the Branch complies with the appropriate acceptance procedures

A Foreign Branch of a U.S. Member licensed to use the Visa Program Marks must make Manual Cash Disbursements to other Issuers' Visa Cardholders up to the maximum Cash Disbursement limit assigned to the Foreign Branches by the Member. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008660


## Manual Cash Disbursements - Related Companies

A Member may make Manual Cash Disbursements through the offices of its related companies if:

- The companies are primarily engaged in providing financial services to the public
- The Member or the Member's holding company wholly owns the company
- Visa has given the Member prior approval

A variance to this provision applies in the CEMEA Region for Members in South Africa.

ID#: 081010-010410-0006854


## Visa Electron Acceptance for Manual Cash Disbursements

An Acquirer must use a Point-of-Transaction Terminal with Electronic Capability to accept Visa Electron Cards for Manual Cash Disbursements.

ID#: 010410-010410-0006865


## Manual Cash Disbursement Transaction Currency

The Transaction Currency for a Manual Cash Disbursement must be the:

- Currency dispensed
- Currency in the Authorization Request
- Currency presented into Interchange

ID#: 010410-010410-0006862


## Manual Cash Disbursement Fee Disclosure

A Manual Cash Disbursement Transaction Receipt must state that the Issuer may assess a Cash Disbursement fee or set-up charge.

ID#: 081010-010410-0006863

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Manual Cash Disbursement Transaction Receipt

An Acquirer must provide the Cardholder with a Manual Cash Disbursement Transaction Receipt that includes the:

• Transaction amount

• Transaction date

• Account Number

• Acquirer name and location

ID#: 010410-010410-0007539

## Manual Cash Disbursement Cardholder Identification Requirements in Australia – AP Region

In addition to the requirements specified in "Validation of Cardholder Identity," an Acquirer in Australia must comply with the following Cardholder Verification Method requirements when making a Manual Cash Disbursement.  An Issuer making a Manual Cash Disbursement to its own Cardholder may set its own verification requirements.

The Acquirer must verify that the person resembles the person described or depicted on one of the following forms of primary identification:

• Credit or debit card bearing the Cardholder's photograph

• Driver's license

• Photographic passport

If the Cardholder is unable to provide a primary identification, the Acquirer may request any two of the following forms of secondary identification:

• Any other identity card bearing the Cardholder's photograph

• Another signed debit/credit card

• Another signed document (e.g. employee identity card, union card, student card)

• Pensioner cards

ID#: 111011-060111-0026151

## Non-Member Cash Disbursements - CEMEA Region

A CEMEA Acquirer may allow a non-Member that is ineligible for Visa membership to make Cash Disbursements if:

• Visa has approved the applicable country, and the Member's principal place of business is within it

• The non-Member locations are within the approved country

© 2011 Visa. All Rights Reserved.

- Visa has given its written approval
- The Acquirer assumes full responsibility for compliance with the *Visa International Certificate of Incorporation and Bylaws* and the *Visa International Operating Regulations*

A variance to this provision applies in the CEMEA Region for Members in South Africa.

ID#: 081010-150210-0005362

## Manual Cash Disbursement Requirements - LAC Region

Before completing a Manual Cash Disbursement, an LAC Member must follow the "Card and Cardholder Verification" procedures and write on the Transaction Receipt the:

- Cardholder name (if it is different from the name embossed on the Card)
- Cardholder address

ID#: 010410-010410-0005254

## Manual Cash Disbursements - Chargeback Reasons - U.S. Region

A U.S. Issuer must **not** charge back a Manual Cash Disbursement that exceeds X, except for the reasons listed .

A U.S. Issuer may, within 180 calendar days of the Central Processing Date, request Compliance, **only** if either:

- The Issuer asserts that the Transaction was not authorized through the V.I.P. System
- The Acquirer's failure to provide the requested copy of a signed, imprinted, and legible Cash Disbursement Transaction Receipt or Transaction Record in a timely manner resulted in a loss to the Issuer

ID#: 111011-010410-0006934

## Manual Cash Disbursements - Requirements and Limitations - U.S. Region

Each U.S. Member authorized to provide Cash Disbursements in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws, Section 2.04,* must make Manual Cash Disbursements to other Issuers' Visa Cardholders. This includes, but is not limited to, valid Visa Payroll Cards and Visa Prepaid Cards with an unembossed Cardholder name. This requirement is limited only by applicable law, the Issuer's Cash Disbursement policy, and as specified in the *Visa International Operating Regulations.*

ID#: 010410-010410-0005111

© 2011 Visa. All Rights Reserved.

## Participant-Type Members Providing Cash Disbursements - U.S. Region

Before making Cash Disbursements, a Participant-Type Member in the U.S. Region that is authorized to provide Cash Disbursements, as described in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws, Section 2.04(j),* must be separately approved for each type of Cash Disbursement by Visa.

ID#: 010410-010410-0005114

## Manual Cash Disbursement - Card Security Features - U.S. Region 5.5.B.6.a, 3.7.A.1.m

Before completing a Manual Cash Disbursement, a U.S. Acquirer must:

- At the request of Visa, check one or more Card security features

- For a Visa Mini Card, request the corresponding full-sized card

- Compare the first 4 digits of the embossed or printed Account Number to the 4 digits printed above or below the Account Number. If the digits do not match, the Acquirer must attempt to recover the Card, as specified in "Card Recovery"

- Record the printed 4 digits by either:

  – Writing the digits in the space provided on the "80-Column Cash Disbursement Transaction Receipt" (Exhibit 7A)

  – Key entering and electronically printing the digits on the Cash Disbursement Transaction Record in the designated space (if using a Point-of-Transaction Terminal capable of printing key-entered numbers)

- Authorize all Manual Cash Disbursements via an Account-Number-Verifying Terminal

ID#: 010410-010410-0008663

# Minimum and Maximum Cash Disbursement Amounts

## Issuer Minimum Manual Cash Disbursement Amount - U.S. Region

A U.S. Issuer must **not** establish a minimum Manual Cash Disbursement amount.

ID#: 010410-010410-0006858

## Acquirer Minimum Manual Cash Disbursement Amount - U.S. Region

**Effective through 31 December 2010,** a U.S. Acquirer may establish a minimum Manual Cash Disbursement amount of US $25.

© 2011 Visa. All Rights Reserved.

**Effective 1 January 2011,** a U.S. Acquirer must **not** establish a minimum Manual Cash Disbursement amount.

ID#: 081010-010410-0005119

## Manual Cash Disbursement Restrictions

### Manual Cash Disbursement - Surcharge Prohibition

An Acquirer must **not** add a surcharge to a Manual Cash Disbursement unless local law expressly requires that a Member be permitted to impose a surcharge. Any surcharge amount, if allowed, must be included in the Transaction amount and **not** collected separately.

ID#: 010410-010410-0006864

### Visa Electron and Visa TravelMoney Manual Cash Disbursement - U.S. Region

A U.S. Acquirer must **not** accept a Visa Electron Card for a Manual Cash Disbursement.

A U.S. Acquirer must **not** accept a Visa TravelMoney Card for a Manual Cash Disbursement, unless the Card bears the Visa Brand Mark.

ID#: 111011-010410-0008669

# Cash-Back Services

## Cash-Back Services General Requirements

### Cash-Back Services (Updated)

At the option of a Visa Region, a Visa or Visa Electron Merchant may provide Cash-Back to Visa or Visa Electron Cardholders for Domestic Transactions only. The Merchant must:

- Provide Cash-Back only in conjunction with a purchase [84] [85]
- Authorize and complete the Transaction as a purchase and uniquely identify the Cash-Back portion of the Transaction amount

A variance to this provision applies in the CEMEA Region for Members in South Africa.

---

84   **Effective 1 March 2010,** a variance to this requirement applies in the AP Region for Members in India.
85   **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region.

© 2011 Visa. All Rights Reserved.

**Effective 1 November 2010**, a variance applies in the AP Region for Members in Australia.

ID#: 111011-010410-0002971

## Cash-Back Service Requirements

**Effective 1 October 2010,** before offering Cash-Back, a Member must be certified with Visa for the Visa Cash-Back Service.

ID#: 111011-011010-0026040

## Cash-Back Amounts

**Effective 1 October 2010,** the Cash-Back amount must be less than the total Transaction amount [86] [87]

**Effective 1 October 2010,** a Merchant offering Cash-Back through Visa may establish a minimum or maximum Cash-Back amount. The maximum amount must not exceed US $200, or local currency equivalent [88]

ID#: 080411-011010-0026042

## Cash-Back Product Eligibility

**Effective 1 October 2010,** a Cash-Back Transaction may be performed using the Visa Cash-Back Service on:

- A Visa debit product
- Certain Visa Prepaid Cards, as specified in the applicable Visa International Prepaid Program Guidelines
- A Visa credit product, with the prior written approval of Visa

 **Effective 1 October 2010,** a Merchant must not process a credit refund or Credit Transaction Receipt for the Cash-Back component of a Transaction

ID#: 080411-011010-0026045

## Cash-Back Services General Requirements - AP Region

**Effective 1 March 2010 through 30 September 2010,** an AP Issuer who wishes to offer the service to its Cardholders and an AP Acquirer to its Merchants must comply with **all** of the following:

---

86   **Effective 1 October 2010,** a variance applies to the AP Region for Members in India
87   **Effective 1 November 2010,** a variance applies to the AP Region for Members in Australia
88   **Effective 1 November 2010,** a variance applies to the AP Region for Members in Australia

© 2011 Visa. All Rights Reserved.

- A Cash-Back Transaction must be conducted in a Face-to-Face Environment

- A Cash-Back Transaction must be authorized

- All Cash-Back Transactions submitted into VisaNet must contain unaltered full track or Chip data

- Cash-Back Transactions require Cardholder signature or PIN

**Effective 1 March 2010 through 15 October 2010,** an AP Issuer who wishes to offer the Visa Cash-Back Service to its Cardholders and an AP Acquirer to its Merchants must ensure that Cash-Back is not offered as part of a Small Ticket Transaction.

ID#: 080411-010310-0025736

## Cash-Back Services in India - AP Region

In addition to the requirements specified in the AP Regional Operating Regulations and the *Visa International Operating Regulations*, a Member in India that participates in the Cash-Back Service must comply with **all** of the following:

- A Cash-Back Transaction must be a domestic transaction

- The Issuer must ensure that the Cash-Back Service is only available to the product types permitted by the Reserve Bank of India (RBI)

- The Cash-Back Service must be available irrespective of whether or not the Cardholder makes a purchase

- The Issuer must ensure that Cash-Back disbursements do not exceed the RBI-legislated daily Cash-Back limit per Card

- The Merchant must not process a Credit Transaction for the Cash-Back element of the Transaction

- The Cash-Back Transaction Receipt must include the amount of the Cash-Back element of the Transaction as a separate field, irrespective of whether there is a purchase component to the Transaction

ID#: 151011-060111-0026139

## Cash-Back Services in Australia – AP Region

**Effective 1 November 2010**, in addition to the Cash-Back Services General Requirements specified in the AP Regional Operating Regulations, an Issuer or Acquirer in Australia that participates in Cash-Back services must comply with **all** of the following:

- A Cash-Back transaction must be a Domestic

- The Cash-Back service must be available irrespective of whether or not the Cardholder makes a purchase

- A Cash-Back transaction receipt must include the amount of the Cash-Back element of the Transaction as a separate field, irrespective of whether there is a purchase component to the Transaction

- Cash-Back transactions may only be performed on a Visa debit Card bearing a Visa Smart Debit and Credit (VSDC) Chip

© 2011 Visa. All Rights Reserved.

- A Cash-Back Transaction must be sent Online for Authorization

- Fallback Transactions are prohibited

- Cash-Back transactions must be PIN-verified

- A Merchant must **not** process a credit refund or Credit Transaction Receipt for the Cash-Back component of a Transaction

ID#: 050411-060111-0026152

## Cash-Back Services Participation Requirement in Australia – AP Region

**Effective 16 April 2011,** an Issuer in Australia must offer Cash-Back services on its Visa debit Chip Cards.

**Effective 16 April 2011,** an Acquirer in Australia must be certified to support Cash-Back Transactions.

ID#: 050411-060111-0026153

## Cash-Back Service Requirements - CEMEA Region

**Effective through 30 September 2010,** before offering the Cash-Back Service, a CEMEA Member must:

- Obtain prior approval from Visa

- Comply with *Visa Cash-Back Service*

- Be certified for the Cash-Back Service

**Effective through 30 September 2010,** an Acquirer must restrict the provision of Cash-Back to Merchant Category Codes approved by Visa.

ID#: 050411-010410-0005249

## Cash-Back Services Participation – U.S. Region (New)

**Effective 14 April 2012,** a U.S. Merchant may offer the Visa Cash-Back Service to Visa Debit Cardholders and Visa Business Check Card Cardholders if the Cash-Back Transaction is processed as a Visa Debit with PIN Transaction.

The Merchant may offer Cash-Back with or without a purchase.

ID#: 111011-140412-0026509

© 2011 Visa. All Rights Reserved.

### General Cash-Back Service Requirements- U.S. Region (Updated)

**Effective through 30 June 2015,** a U.S. Merchant may offer the Visa Cash-Back Service to Visa Check Card II Cardholders if the:

- Service is offered as a part of a purchase Transaction
- Transaction is processed using a Point-of-Transaction Terminal with PIN pad
- PIN is used for Cardholder identification purposes
- Transaction is processed through the Single Message System

ID#: 111011-010410-0005342

### Maximum Cash Back - U.S. Region

**Effective through 30 September 2010,** a participating U.S. Merchant may establish its own maximum cash back amount up to and including $200. The cash back amount must:

- Not exceed $200
- Be less than the total Transaction amount

ID#: 050411-010410-0009034

## Cash-Back Transaction Requirements

### Cash-Back Transaction Requirements

**Effective 1 October 2010,** all Cash-Back Transactions must be:

- Authorized online, regardless of the Merchant's Floor Limit
- Processed in a Face-to-Face Environment only
- Conducted in the Merchant's local currency

**Effective 1 October 2010,** in addition, Cash-Back Transactions must:

- Contain the full contents of track 1 or track 2 of the Magnetic Stripe or unaltered Chip
- Require Cardholder signature or PIN
- Comply with "BASE II Record Requirements" (Exhibit 2L)

ID#: 050411-011010-0026043

© 2011 Visa. All Rights Reserved.

**Cash-Back Receipt Requirements**

**Effective 1 October 2010,** for a Cash-Back Transaction, the Transaction Receipt must include the amount of the Cash-Back portion of the Transaction as a separate field, as specified in "Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1."

ID#: 080411-011010-0026044

**Cash-Back Transaction Requirements - CEMEA Region**

**Effective through 30 September 2010,** in the CEMEA Region, all Cash-Back Transactions must be:

• Authorized, regardless of the Merchant's Floor Limit

• Processed electronically at the Point-of-Transaction

ID#: 050411-010410-0005245

**Cash-Back Receipt Requirements - CEMEA Region**

**Effective through 30 September 2010,** in the CEMEA Region, if Cash-Back is performed, the Transaction Receipt must include the amount of the Cash-Back element of the Transaction as a separate field.

ID#: 050411-010410-0005246

# ATM Transactions

## ATM Transaction General Requirements

### Visa Global ATM Program Participation

Acquirer participation in the Visa Global ATM Program is optional. A Member has complete discretion over whether all, some, or none of its ATMs participate in the Visa Global ATM Program.

Only an ATM owned, leased, or controlled by a Member is eligible for participation in the Visa Global ATM Program. A Member that sponsors a non-Member agent to deploy or operate an ATM participating in the Visa Global ATM Program must ensure that the non-Member agent meets all obligations specified in "Contract Requirements Between Members, VisaNet Processors, and Third Parties," and that its ATMs comply with the applicable *Visa International Operating Regulations.*

ID#: 010410-010410-0004783

© 2011 Visa. All Rights Reserved.

## ATM Acquirer Certification Requirements

Before acting as an ATM Acquirer, an Acquirer must successfully complete certification and comply with:

- Licensing requirements
- Acquirer participation requirements specified in the *Visa Global ATM Member Guide*
- Processing requirements specified in the VisaNet manuals

ID#: 010410-010410-0004784

## ATM Card Acceptance Requirements

A Visa/Plus ATM must accept all valid Cards as specified in the:

- *Visa International Operating Regulations*
- *Visa Global ATM Member Guide*

The above requirement does not apply in the Canada Region.

At the discretion of Visa, an ATM Acquirer that accepts Cards bearing the Plus Symbol may selectively deny access to its ATMs.

An ATM Acquirer certified to accept Visa Cards may selectively deny access to its ATMs if the Card presented is both issued to residents of the country where the ATM is located and billed in the local currency.

An ATM with restricted access must display language with the Visa Brand Mark that both identifies the ATM Acquirer and describes Card acceptance or the nature of any restrictions, as specified in the *Visa International Operating Regulations*, the *Visa Global ATM Member Guide*, and the *Visa Product Brand Standards*.

ID#: 111011-150210-0004785

## ATM Account Number Acceptance

A Visa/Plus ATM and a Member ATM processing system must be able to accept all valid International Organization for Standardization numbers 11-19 digits in length.

ID#: 010410-010410-0004786

© 2011 Visa. All Rights Reserved.

## ATM Transactions Using Single Message System

A new ATM Acquirer (excluding an Acquirer that processes through a VisaNet Processor with an existing VisaNet endpoint) must process ATM Transactions using the Single Message System.

ID#: 010410-010410-0004789

## ATM Acquirer Participation Requirements

An ATM Acquirer (including an Acquirer that processes through a VisaNet Processor with an existing VisaNet endpoint) must:

- Be certified to participate in either the:
  - Single Message System
  - Custom Payment Services/ATM
- Meet all tier II requirements specified in the *Visa Global ATM Member Guide*

If an ATM Acquirer does not meet tier II requirements, Visa may remove the ATM Acquirer from the tier II level.

ID#: 010410-010410-0008597

## Magnetic Stripe Requirements for ATM Transactions

An ATM Acquirer must ensure that the entire unaltered contents of track 2 of the Magnetic Stripe or the Magnetic-Stripe Image from the Chip on the Card is read and transmitted.

ID#: 010410-010410-0004792

## ATM Authorization Routing - Cards Bearing the Plus Symbol

If an ATM Acquirer does **not** route all Transactions to Visa, it must:

- Install and use the Plus account range table within 3 business days of receipt from Visa
- Use the Plus account range table to determine the routing of an Authorization Request for a Card bearing the Plus Symbol. This requirement does **not** apply to licensees of the Plus System, Inc.

ID#: 010410-010410-0006993

## Minimum ATM Cash Disbursement Requirements

An ATM must be able to make Cash Disbursements of at least X, or local currency equivalent, per day, per Account Number.

ID#: 111011-010410-0006470

© 2011 Visa. All Rights Reserved.

## ATM Currency Disbursement

An ATM must dispense the local currency or display the type of currency (or cheques) dispensed.

ID#: 010410-010410-0006471

## ATM Transaction Currency

The Transaction Currency for an ATM Cash Disbursement must be the:

• Currency dispensed

• Currency in the Authorization Request

• Currency presented into Interchange

A variance to this requirement applies in the U.S. Region and in the jurisdiction of Visa Europe.

The above requirement does not apply to Merchant Sales of Foreign Currency, including Cheques, or Visa TravelMoney Cards.

ID#: 111011-010410-0004801

## ATM Transaction Reversal

For a cancelled ATM Transaction, the Acquirer must process a Reversal. The Reversal amount must be the original Transaction amount.

ID#: 010410-010410-0002404

## PIN Requirement at ATMs - U.S. Region

In the U.S. Region, for a Visa ATM Network Transaction, a PIN serves as a substitute for the Cardholder signature and is required for all ATM Transactions. An ATM Acquirer must accept and transmit PIN verification 4 to 12 alphanumeric characters long, as specified in the *Payment Technology Standards Manual* and *Transaction Acceptance Device Requirements*. The PIN must be either:

• Reversibly encrypted using the Data Encryption Standard

• Within a Physically Secure Device, as specified in the PIN Management Requirements Documents

ID#: 081010-010210-0003957

## ATM Messages - U.S. Region

An ATM in the U.S. Region must be capable of communicating the following information, if applicable:

© 2011 Visa. All Rights Reserved.

- Card invalid for this service

- Service unavailable now

- Invalid PIN - Re-enter

- Card retained

- Access fee will be assessed

ID#: 010410-010410-0004777

## ATM Transaction Receipts

### ATM Transaction Receipt Requirements Table 7I-2

An ATM must offer a Transaction Receipt for each ATM Cash Disbursement or Load Transaction. Visa may waive this requirement.

The Transaction Receipt must include:

- ATM or Load Device Acquirer name and/or name of affiliated domestic or regional network

- ATM or Load Device Acquirer street location or location code

- ATM or Load Device Acquirer city and country (and state/province, if applicable)

- Transaction amount indicated in Transaction Currency

- Account Number or card number (at least 4 digits of the Account Number or card number must be disguised or suppressed)

- Type of account accessed

- Authorization Code

- Transaction type (Cash Disbursement)

ID#: 050411-010410-0005065

### ATM Transaction Receipt Requirements - U.S. Region Table S-3

In the U.S. Region, an ATM Transaction Receipt must include:

- Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.

- ATM Acquirer name and/or name of affiliated local or regional network

- ATM street location or Location Code

- ATM city and state

- Transaction amount

- Access Fee, if any, imposed by the ATM Acquirer, as specified in "ATM Access Fee Disclosure on Transaction Receipt - U.S. Region 5.5.A."

© 2011 Visa. All Rights Reserved.

- Transaction Date
- Transaction type (Cash Disbursement)
- Type of account accessed

ID#: 080411-220311-0026255

## ATM Transaction Receipt - Cancellation Request - U.S. Region 5.5.A

In the U.S. Region, if an ATM cannot produce a Transaction Receipt and has a cancellation feature, it must allow the Cardholder to request cancellation of the Transaction.

ID#: 010410-010410-0004972

## ATM Cash Disbursement Transaction Receipt - CEMEA Region

In the CEMEA Region, an ATM that does not routinely produce a Transaction Receipt is **not** required to do so.

An ATM that produces a Transaction Receipt is **not** required to include the complete Account Number on the Transaction Receipt.

ID#: 010410-010410-0004729

# ATM Misdispense

## ATM Misdispense Message

For a misdispense, an ATM Acquirer must process an ATM confirmation message for the actual amount dispensed.

ID#: 010410-010410-0002406

## ATM Misdispense - U.S. Region

For a misdispense, an ATM in the U.S. Region must process an Adjustment within 45 calendar days of the Central Processing Date of the original Transaction. The Adjustment must:

- Adjust the Cardholder account for the actual amount of the misdispense
- Be processed as specified in the appropriate VisaNet manual

For an over-dispense that is caused by a misloaded terminal, the U.S. Acquirer must **not** process an Adjustment to the Cardholder account without prior consent from the Issuer (e.g., through a good-faith collection).

ID#: 010410-010410-0008601

© 2011 Visa. All Rights Reserved.

## ATM Transaction Restrictions

### Chip-Initiated ATM Transaction Requirements

If a Chip Card cannot be read, an ATM may complete the Transaction by reading the Magnetic Stripe. If the Magnetic Stripe cannot be read, the Transaction must **not** be processed.

If the Acquirer-Country combination exceeds international Fallback Transaction thresholds, the Member may be subject to penalties as specified in the *Visa International Operating Regulations* and the *Global Chip Fallback Monitoring Program Guide.*

ID#: 050411-010410-0004787

### ATM Transaction Timeout Time Limit

Neither an ATM nor its host system may timeout a Transaction in less than 45 seconds.

ID#: 010410-010410-0002405

### Scrip Terminal as ATM - U.S. Region

A Scrip Terminal in the U.S. Region must **not** participate in the Visa ATM Network.

ID#: 010410-010410-0004778

# Quasi-Cash Transactions

## Quasi-Cash Transaction General Requirements

### Quasi-Cash Transactions as a Purchase

Merchants and Members not previously processing Quasi-Cash Transactions as a Cash Disbursement must:

- Process all Quasi-Cash Transactions as a purchase

- **Not** process a Quasi-Cash Transaction as a Cash Disbursement

All Quasi-Cash Transactions, except as specified in "Sale of Travelers Cheques and Foreign Currency," must be:

- Processed as a purchase

- **Not** processed as a Cash Disbursement

© 2011 Visa. All Rights Reserved.

A variance to these requirements applies in the CEMEA Region for Members in South Africa.

ID#: 050411-010410-0002885

## Quasi-Cash Transaction Types - U.S. Region

In the U.S. Region, a Quasi-Cash Transaction is a Transaction representing a Merchant's sale of items that are directly convertible to cash, such as:

- Casino gaming chips
- Money orders
- Deposits
- Wire Transfer Money Orders
- Travelers cheques
- Visa TravelMoney Cards [89]

ID#: 081010-150210-0005158

## Quasi Cash Transactions - Visa Electron Prohibition - U.S. Region

A U.S. Merchant must **not** accept a Visa Electron Card for a Quasi-Cash Transaction.

ID#: 010410-010410-0005162

## Quasi-Cash Transactions in a Face-to-Face Environment - U.S. Region 3.7.A.1.m

In the U.S. Region, a Quasi-Cash Transaction that occurs in a Face-to-Face Environment must be authorized using a Magnetic-Stripe and Account-Number-Verifying Terminal. The Merchant must comply with the following:

- When the embossed or printed Account Number does **not** match the encoded Account Number:
  - Decline the Transaction and attempt to retain the Card by reasonable and peaceful means
  - Note the physical description of the Cardholder
  - Notify its Acquirer. The Acquirer must then notify the Issuers indicated by both the embossed or printed, and encoded Account Numbers of the incident.
  - Handle any recovered Card as specified in the *Visa International Operating Regulations*
- When the encoded Account Number cannot be read from the Magnetic Stripe, follow normal Authorization procedures and complete the approved Transaction using a Manual Imprinter

---

89   Members that previously processed Cash Disbursements to represent the sale of Visa TravelMoney Cards must comply with this requirement.

© 2011 Visa. All Rights Reserved.

- When the embossed or printed Account Number is the same as the encoded Account Number, follow normal Authorization procedures

ID#: 010410-010410-0005166

# Wire Transfer Money Orders (WTMO)

## Wire Transfer Money Order Merchant Requirements

A Wire Transfer money order Merchant may disburse checks or money orders. If it does so, the Merchant must:

- Advise the Cardholder that the Merchant accepting the Card is the wire transfer company, **not** the payee. The check or money order must be payable to the party cashing the check or money order.
- Disclose any fee to the Cardholder and include it on the Transaction Receipt

ID#: 010410-010410-0002887

## Third-Party Merchant Prohibition - U.S. Region

A U.S. Wire Transfer Money Order Merchant must **not** complete a Wire Transfer Money Order Transaction if the funds are obtained to purchase goods or services and the sale occurs at a third-party merchant outlet under the terms of an agreement between the Wire Transfer Money Order Merchant and third-party merchant.

This does **not** apply to agreements involving a:

- Casino or other gambling establishment
- Check-cashing outlet
- Truck stop offering cash access services

ID#: 010410-010410-0008693

## Wire Transfer Money Order Penalties - U.S. Region

A U.S. Acquirer that processes Wire Transfer Money Order Transactions from a prohibited Merchant Outlet is subject to the following fines if it continues to process these Transactions after Notification:

### Wire Transfer Money Order Fines - U.S. Region

| Assessment | Fine |
|---|---|
| 4 months after Notification | US $100 per Merchant Outlet |
| 5 months after Notification | US $500 per Merchant Outlet |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Assessment | Fine |
|---|---|
| Each month thereafter | US $1,000 per Merchant Outlet |

ID#: 111011-010410-0001314

## Wire Transfer Money Order Acquirer Responsibilities - U.S. Region

A U.S. Acquirer that has a Merchant Agreement with a Wire Transfer Money Order Merchant must:

- Submit to Visa the following information about each Merchant Outlet:
  - Name and address where the Wire Transfer Money Order is issued
  - Type of business
  - Name and location of the third-party merchant under which wire transfer services are promoted, if applicable
  - Termination date of the Merchant Agreement, or date when the Acquirer may cancel without penalty
- Notify Visa of any change in the above information or in the status of any Merchant Agreement with a Wire Transfer Money Order Merchant
- Create a separate check or money order for each Wire Transfer Money Order Transaction
- Notify any Wire Transfer Money Order Merchant that participates in 3-D Secure that its Electronic Commerce Transactions are not eligible for Chargeback protection from:
  - Chargeback Reason Code 75, "Cardholder Does Not Recognize Transaction"
  - Chargeback Reason Code 83, "Fraudulent Transaction-Card-Absent Environment"

ID#: 081010-010410-0005172

## Multiple Wire Transfer Money Orders - U.S. Region

A Wire Transfer Money Order Merchant in the U.S. Region must **not** include more than one Wire Transfer Money Order Transaction on a single check or money order.

ID#: 010410-010410-0005175

## Wire Transfer Money Order Disclosure Requirements - U.S. Region

In the U.S. Region, a Wire Transfer Money Order Merchant must disclose the following to the Cardholder:

- Wire Transfer Money Order Merchant name (name of the Merchant accepting the Card)
- That the Visa Transaction is the purchase of a check or money order and any subsequent Transaction with the third-party merchant is the same as a transaction made with cash

The disclosure must be either:

© 2011 Visa. All Rights Reserved.

- In writing, for a Transaction completed through an electronic terminal, mail order, or service facility, before initiating the Transaction

- Verbal, for a telephone order

ID#: 010410-010410-0008646

## Wire Transfer Money Order Requirements - U.S. Region

Except as specified below, a Wire Transfer Money Order completed in the U.S. Region must be a written negotiable instrument that is:

- Signed by the maker or drawer

- Payable on demand

- Payable to order or to bearer

Except as specified below, the money order must contain the following:

- Federal Reserve routing symbol

- Suffix of the institutional identifier of the paying bank or nonbank payor

- Name, city, and state of the paying bank associated with the routing number

If authorized by the Cardholder, the Wire Transfer Money Order Merchant may, in accordance with applicable law, process the Wire Transfer Money Order electronically without the creation of a written negotiable instrument. The Merchant must offer the Cardholder the option of obtaining the Wire Transfer Money Order as a written negotiable instrument, as specified above.

ID#: 081010-090709-0008440

## Wire Transfer Money Order Fees - U.S. Region

A Wire Transfer Money Order Merchant in the U.S. Region must:

- Include any service fee in the total Transaction amount

- Disclose the fee to the Cardholder

The Merchant must **not** assess a fee for using a Visa Card for payment, unless the Merchant assesses a fee when another payment method is used.

ID#: 010410-010410-0008691

## Wire Transfer Money Order Advertising and Disclosure - U.S. Region

In the U.S. Region, all advertising and marketing materials associated with a money order purchase, including but **not** limited to use of the Visa Brand Name, the Visa Flag Symbol, or the Visa Brand Mark, must:

© 2011 Visa. All Rights Reserved.

- Specify that the Transaction involves the purchase of a money order
- Clearly identify the Wire Transfer Money Order Merchant as the Merchant completing the Transaction

Unless the Merchant has a valid Merchant Agreement, the Visa Brand Name, the Visa Flag Symbol, or the Visa Brand Mark must **not** appear by itself or be positioned in such as way as to imply that Cardholders may use their Cards to either:

- Pay for goods or services at the Merchant Outlet
- Satisfy an outstanding debt to the Merchant

ID#: 010410-010410-0008687


## Scrip


### Scrip - Unattended Acceptance Terminals - CEMEA Region (Updated)

**Effective through 14 October 2011,** in the CEMEA Region, an Unattended Acceptance Terminal used for the sale of Scrip must process the Transaction as a Cardholder-Activated Transaction Type C.

**Effective 15 October 2011,** in the CEMEA Region, an Unattended Cardholder-Activated Terminal used for the sale of Scrip must process the Transaction using PIN Verification.

ID#: 111011-010410-0005358


## Sale of Travelers Cheques and Foreign Currency


### Sale of Travelers Cheques and Foreign Currency

A Member or a non-Member financial institution with authority to make Cash Disbursements that sells or disburses cheques or Foreign Currency must process the Transactions as either:

- A Quasi-Cash Transaction that must comply with "Quasi-Cash Transaction General Requirements"
- A Cash Disbursement that must comply with "Manual Cash Disbursement Requirements" and "Quasi-Cash Transaction General Requirements"

ID#: 010410-010410-0008694

© 2011 Visa. All Rights Reserved.

**Travelers Cheques or Foreign Currency Fees - U.S. Region**

With the exception of taxes or other charges imposed by local law, a U.S. Acquirer must **not** add to the Transaction amount any surcharge, commission, or fee for the sale of cheques or Foreign Currency.

ID#: 010410-010410-0002986

# Original Credit Transactions

## Original Credit Transaction Processing Requirements

### Original Credit Acceptance

**Effective through 8 December 2010,** an Issuer in a Visa Region that participates in Original Credit processing must accept an Original Credit, unless prohibited by law.  If prohibited by local law, the Issuer must submit a written request to Visa to block incoming Original Credit processing.

An Issuer may:

- Initiate an Original Credit as an Originating Member
- Receive an Original Credit as a Recipient Member

**Effective 9 December 2010,** a Member must accept an incoming Original Credit Transaction unless prohibited by local law. [90] If prohibited by local law, the Member must submit a written request to Visa to block incoming Original Credit Transactions.

ID#: 151011-091210-0004062

### Original Credit Transaction Posting

A Recipient Member must post an Original Credit to the Visa Account Number within 2 business days of receiving the Clearing Transaction or it must charge back the Original Credit to the Originating Member.

**Effective 9 December 2010,** for an Original Credit Transaction sent to a Cardholder's Visa credit Card account, the Recipient Member must post the funds as payment. (This requirement does not apply to Members in Visa Europe).

ID#: 050411-010410-0004064

---

90   **Effective 9 December 2010,** in the U.S. Region, this requirement applies only to incoming Money Transfer Original Credit Transactions.

© 2011 Visa. All Rights Reserved.

## Original Credit Transaction Clearing Time Limit

An Originating Member must submit an Original Credit for Clearing within one business day of receiving the approval response to the Original Credit Authorization Request, unless a Reversal is sent.

ID#: 050411-010410-0005576

## Original Credit - Reversal Time Limits

**Effective through 8 December 2010,** an Originating Member must process an Original Credit Reversal within 24 hours of initiating a pre-Settlement message or a Single Message System Transaction. An Original Credit Reversal is valid only for processing errors or if the consumer did not complete the Transaction.

**Effective through 8 December 2010,** a Reversal of a BASE II Original Credit must be processed within one business day of the Central Processing Date of the Original Credit and only for the following reasons:

•  Incorrect Account Number

•  Incorrect Transaction amount

•  Duplicate processing

•  Incorrect Transaction code

ID#: 050411-010410-0008909

## Original Credit Transaction Reversals

**Effective 9 December 2010,** an Originating Member must not reverse an Original Credit Transaction initiated as an Online Financial Transaction (0200 message).

For an Original Credit Transaction initiated as a BASE I Authorization Request (0100 message), the Originating Member may process a reversal within 24 hours of initiating the Transaction. The reversal is valid only for processing errors or if the consumer did not complete the Transaction.

A Reversal of a BASE II Original Credit Transaction must be processed within one business day of the Processing Date of the Original Credit Transaction and only for the following reasons:

•  Incorrect Account Number

•  Incorrect Transaction amount

•  Duplicate processing

•  Incorrect Transaction code

ID#: 050411-010100-0026074

© 2011 Visa. All Rights Reserved.

# Money Transfer Original Credit Transactions

## Money Transfer Original Credit Transaction Processing Requirements

### Money Transfer Original Credit Transaction Posting

**Effective 9 December 2010,** except as specified otherwise in "Money Transfer Original Credit Transaction Posting – Fast Funds," a Recipient Member must post a Money Transfer Original Credit Transaction to the Visa Account Number within 2 business days of receiving either the Online Financial Transaction or the Clearing Record or it must charge back the Money Transfer Original Credit to the Originating Member.

ID#: 080411-091210-0026243

### Money Transfer Original Credit Transaction Posting - Fast Funds

**Effective 9 December 2010,** a Recipient Member that participates in Fast Funds processing for incoming Money Transfer Original Credit Transactions as specified in "Money Transfer Original Credit Transactions - Fast Funds Processing" must make funds available to the Visa Cardholder within 30 minutes of successfully receiving and approving a Money Transfer Original Credit Transaction.

ID#: 171011-010100-0026244

### Money Transfer Transaction Reversal - U.S. Region

**Effective 15 February 2010 through 8 December 2010,** a U.S. Originating Member may process a Clearing Reversal of a Money Transfer Original Credit Transaction only for processing errors, including, but not limited to:

- Incorrect Account Number
- Incorrect amount
- Incorrect Transaction Date
- Duplicate processing

**Effective 15 February 2010 through 8 December 2010,** a U.S. Originating Member must process the Reversal within 24 hours of initiating a Single Message System Transaction.

ID#: 050411-091210-0025768

© 2011 Visa. All Rights Reserved.

**Money Transfer Original Credit Transaction Reversal**

**Effective 9 December 2010,** an Originating Member must not reverse a Money Transfer Original Credit Transaction initiated as an enhanced Online Financial Transaction (0200 message) as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 151011-091210-0026245

**Money Transfer Original Credit Transaction Posting to Credit Card Account**

**Effective 9 December 2010,** for a Money Transfer Original Credit Transaction sent to a Cardholder's Visa credit Card account, the Recipient Member must post the funds as a payment.

ID#: 050411-091210-0026246

**Money Transfer Original Credit Transaction Authorization Request**

**Effective 9 December 2010,** an Originating Member must not initiate an Authorization Request (0100 message) for a Money Transfer Original Credit Transaction.

ID#: 050411-091210-0026247

**Money Transfer Original Credit Compliance with Payment Card Industry Data Security Standards**

An Originating Member must comply with the *Payment Card Industry Data Security Standard (PCI DSS)* when sending and managing sender data for a Money Transfer Original Credit Transaction.

The Originating Member must ensure that procedures are in place to  validate sender data and comply with applicable anti-money laundering regulations and anti-terrorist financing standards. Proper disclosure must be given to the sender regarding the collection of sender data.

ID#: 080411-010410-0005328

**Money Transfer Original Credit Transaction Sender Name and Address**

For an International Money Transfer Original Credit Transaction, the Originating Member must include the sender's name and primary address in the Online Financial Transaction (0200 message) and the Clearing Record, as specified in:

• "BASE II Record Requirements" (Exhibit 2L)

• "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)

© 2011 Visa. All Rights Reserved.

**Effective 9 December 2010,** prior to initiating an international Money Transfer Original Credit Transaction to the countries specified in the *Visa Money Transfer (VMT) Global Implementation Guide*, the Originating Member must submit the sender's name and address to VisaNet for screening against a regulatory watch list(s). The score returned to the Originating Member as a result of screening must be included by the Originating Member in the Money Transfer Original Credit Transaction message sent to the Recipient Member.

ID#: 080411-010410-0005579

## Money Transfer Original Credit Transaction - Unique Sender Identification

For all Money Transfer Original Credit Transactions, the Originating Member must include in the Online Financial Transaction (0200 message) and the Clearing Record, either the sender's account number used to fund the Money Transfer Original Credit Transaction, or a transaction reference number that uniquely identifies the sender if the sender's account number is not available.

The Originating Member must ensure that the sender data in both the Online Financial Transaction (0200 message)  and Clearing Record is identical.

ID#: 050411-010410-0008743

## Money Transfer Original Credit Merchant Category Codes - U.S. Region

**Effective 15 February 2010 through 8 December 2010,** a Money Transfer Original Credit Transaction must originate at a Merchant or Member properly assigned one of the following Merchant Category Codes:

• Wire Transfer Money Orders (4829)

• Financial Institutions-Merchandise and Services (6012)

ID#: 050411-150210-0025681

## Money Transfer Original Credit Merchant Category Codes

**Effective 9 December 2010,** a Money Transfer Original Credit Transaction must originate at a Merchant or Member properly assigned one of the following Merchant Category Codes:

• Wire Transfer Money Orders (4829)

• Financial Institutions—Merchandise and Services (6012)

ID#: 050411-091210-0026248

© 2011 Visa. All Rights Reserved.

# Mobile Commerce Transactions - AP Region

## Mobile Commerce Transactions in India - AP Region

### mChek Platform - Issuer Requirements

An Issuer in India participating in the mChek Platform:

- May issue mobile payment Visa accounts on any domestic BIN for credit, debit, or Visa Prepaid Cards
- Must not issue a physical plastic Card if it chooses to use a unique BIN for its mobile payment Visa accounts
- Must block the BIN for Mail/Phone Order Transactions if it chooses to use a unique BIN for its mobile payment Visa accounts

ID#: 080411-060111-0026137

### mChek Platform - Acquirer Requirements

An Acquirer in India participating in the mChek Platform must use a unique BIN to acquire mobile commerce Transactions.

ID#: 050411-060111-0026138

# Account Funding Transactions

## Account Funding Transaction Processing Requirements

### Account Funding Transaction Requirements

An Account Funding Transaction must:

- Be processed through VisaNet as a purchase Transaction
- If authorized, include the Account Funding Transaction indicator in the Authorization and Clearing Records
- Be cleared for the same amount approved in the Authorization

ID#: 010410-010410-0002890

© 2011 Visa. All Rights Reserved.

**Account Funding Transaction Requirements - U.S. Region**

An Account Funding Transaction originating in the U.S. Region must:

• Be processed as a purchase Transaction

• Include the transmission of the Electronic Commerce Transaction indicator, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN) and "Required Data for Authorization Requests and Responses" (Exhibit OO)

• Include the transmission of the Account Funding Transaction indicator, as specified in the appropriate VisaNet manual

ID#: 010410-010410-0005191

# Aggregated Transactions

## Aggregated Transaction Requirements

### Aggregated Transaction Processing Requirements

Only an Electronic Commerce Merchant may process an Aggregated Transaction. An Aggregated Transaction must consist only of purchases made:

• From a single Electronic Commerce Merchant, including a Sponsored Merchant, with a single trading name

• Using the same Visa Account Number

ID#: 010410-010410-0002905

### Aggregated Transaction Receipt Data

Upon completion of a purchase, the Electronic Commerce Merchant must provide an Electronic Commerce Transaction Receipt  with the information specified in "Electronic Commerce Transaction Receipt Requirements 5.2.B.4 Table 7K-1" and an Aggregated Transaction Receipt that includes the following for each individual purchase:

• Date

• Amount

• Description of purchase

ID#: 080411-010410-0002903

© 2011 Visa. All Rights Reserved.

## Aggregated Transactions - Purchase Data Availability

Individual purchase information and Aggregated Transaction information must be available to a Cardholder for a minimum of 120 days following the processing date of the Aggregated Transaction.

ID#: 010410-010410-0002904

## Aggregated Transaction Restrictions

An Aggregated Transaction must **not**:

- Include purchases made more than 7 calendar days apart
- Exceed US $25, or local currency equivalent, in total aggregated purchases
- Be aggregated across more than one Visa Account Number

ID#: 010410-010410-0002906

## Aggregated Transaction Cardholder Notification

Before a Cardholder's first purchase, an Electronic Commerce Merchant must inform the Cardholder of the following:

- Confirmation that Transaction aggregation will occur
- Transaction aggregation terms, including the maximum number of calendar days and Transaction value
- How to obtain details of the aggregated purchases

ID#: 010410-010410-0002907

## Aggregated Transactions - Prohibited Merchants - U.S. Region 5.2.K

A U.S. Merchant assigned one of the Merchant Category Codes in the High-Risk Chargeback Monitoring Program must **not** aggregate Transactions.

ID#: 010410-010410-0005651

## Aggregated Transaction Merchant Requirements - U.S. Region 5.2.K (Updated)

**Effective through 30 June 2011,** an Electronic Commerce Merchant in the U.S. Region, including an Internet Payment Service Provider, that aggregates Transactions must:

- Obtain an Authorization of no more than US $15 at the start of each aggregation session
- Complete the aggregation session within 3 calendar days
- Aggregate Transactions from a single Merchant Outlet in each aggregation session

© 2011 Visa. All Rights Reserved.

- Support Partial Authorization

- Submit a Sales Draft for the actual purchase amount

- At the check-out screen, inform the Cardholder of the following:

  – That Transactions are aggregated

  – The terms of aggregation, including the maximum number of calendar days, aggregated Transaction value, and that the Issuer may hold available funds up to US $15 for 3 calendar days

  – How details of Aggregated Transactions can be obtained

- Provide a Transaction Receipt, via e-mail, that captures the details of individual purchases during the aggregation session, as follows:

  – Goods or services purchased

  – Amount and date of each individual purchase

  – Total Transaction amount charged

  – Transaction Date (for Aggregated Transactions, the Transaction Date is the date the Merchant submits the Sales Draft to its Acquirer)

- If requested, provide Cardholder purchase history for 120 calendar days after purchase

In the U.S. Region, for an Aggregated Transaction, the aggregated purchases must be from a single merchant brand of the direct seller to the Cardholder.

**Effective 1 July 2011,** an Electronic Commerce Merchant in the U.S. Region, including a Payment Service Provider, that aggregates Transactions must:

- Obtain an Authorization of no more than US $15 at the start of each aggregation session

- Complete the aggregation session within 3 calendar days

- Aggregate Transactions from a single Merchant Outlet in each aggregation session

- Support Partial Authorization

- Submit a Sales Draft for the actual purchase amount

- At the check-out screen, inform the Cardholder of the following:

  – That Transactions are aggregated

  – The terms of aggregation, including the maximum number of calendar days, aggregated Transaction value, and that the Issuer may hold available funds of up to US $15 for 3 calendar days

  – How details of Aggregated Transactions can be obtained

- Provide a Transaction Receipt, via e-mail, that captures the details of individual purchases during the aggregation session, as follows:

  – Goods or services purchased

  – Amount and date of each individual purchase

  – Total Transaction amount charged

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

– Transaction Date (for Aggregated Transactions, the Transaction Date is the date the Merchant submits the Sales Draft to its Acquirer)
• If requested, provide Cardholder purchase history for 120 calendar days after purchase

ID#: 111011-010410-0005652

# Deferred Payments - U.S. Region

## Deferred Payment Transactions

### Account Number Verification for Deferred Payment - U.S. Region

A U.S. Merchant may use Account Number Verification for a Deferred Payment Transaction at the time an order is placed.

ID#: 081010-010709-0007205

### Authorization and Cardholder Notification - U.S. Region

A U.S. Merchant must:

• Request Authorization for a Deferred Payment Transaction on the date the Cardholder is billed, which must be no later than 90 days from the initial shipment date
• Include disclosure of the deferred payment process, including the exact date of the billing, with the initial shipment to the Cardholder

ID#: 010410-010410-0008737

### Billing Date as Transaction Date - U.S. Region

 In the U.S. Region, the billing date is considered to be the Transaction Date.

ID#: 010410-010410-0008736

© 2011 Visa. All Rights Reserved.

# Acquirer Performance Standards - U.S. Region

## Retrieval Performance Rates - U.S. Region

### Retrieval Request Rate Acquirer Standards - U.S. Region

A U.S. Acquirer must **not** exceed the monthly Retrieval Request rate specified in the table below. The Retrieval Request rate is the number of Transaction Receipts received as a percentage of all Transactions processed by the Acquirer in the specific Merchant category.

**Acquirer Monthly Retrieval Request Rate Standards - U.S. Region**

| Merchant Category | All Visa Cards |
|---|---|
| Airline | 0.25% |
| Lodging/Cruise Line | 0.15% |
| Car Rental | 0.25% |
| Department Store | 0.25% |
| Mass Merchandiser | 0.15% |
| Gas and Convenience Store | 0.25% |
| Direct Marketing Catalog Merchant | 0.07% |
| Direct Marketing Combination Catalog and Retail Merchant | 0.06% |
| Direct Marketing Outbound Telemarketing Merchant | 0.40% |
| Direct Marketing Inbound Teleservices Merchant | 0.20% |
| Direct Marketing Continuity/Subscription Merchant | 0.15% |
| Direct Marketing Insurance Services Merchant | 0.05% |
| All Merchants (including those listed above) | 0.17% |

ID#: 111011-010410-0006436

© 2011 Visa. All Rights Reserved.

## Chargeback Performance Rates - U.S. Region

### Chargeback Rate Acquirer Standards - U.S. Region

A U.S. Acquirer must **not** exceed the Chargeback rate for the respective Card program, as specified in the table below. The Chargeback rate is the number of Chargebacks received as a percentage of all Transaction Receipts processed.

**Acquirer Chargeback Rate Standards - U.S. Region**

| Merchant Category | All Visa Cards |
|---|---|
| **Chargeback Rate** | |
| All Merchants | 0.17% |
| Department Store | 0.10% |
| Mass Merchandiser | 0.07% |
| Gas and Convenience Store | 0.13% |
| Direct Marketing Catalog Merchant | 0.22% |
| Direct Marketing Combination Catalog and Retail Merchant | 0.18% |
| Direct Marketing Outbound Telemarketing Merchant | 0.90% |
| Direct Marketing Inbound Teleservices Merchant | 0.80% |
| Direct Marketing Continuity/Subscription Merchant | 0.75% |
| Direct Marketing Insurance Services Merchant | 0.25% |

ID#: 010410-010410-0006439

# In-Transit

## In-Transit Service - General Requirements

### Operational Plan for In-Transit Service Merchants (Updated)

Before entering into a Merchant Agreement with an In-Transit Service Merchant, an Acquirer must:

- Submit a detailed written operational plan to Visa. At a minimum, the operational plan must meet the requirements in the "In-Transit Business Plan - Basic Checklist," available upon request from Visa

- Receive Visa approval for each Merchant providing In-Transit Services

© 2011 Visa. All Rights Reserved.

**Effective through 14 October 2011,** in addition to the Unattended Acceptance Terminal requirements specified in the *Visa International Operating Regulations*, the operational plan for the In-Transit Service Merchant must include:

- Type of service provided
- Type of In-Transit Terminal used
- Process for obtaining Authorization
- Criteria and processes intended for risk management

**Effective 15 October 2011,** the operational plan for the In-Transit Service Merchant must include:

- Type of service provided
- Type of In-Transit Terminal used
- Process for obtaining Authorization
- Criteria and processes intended for risk management

ID#: 111011-010410-0008745

## In-Transit Service Gambling Merchant Agreement

An Acquirer entering into a Merchant Agreement with an In-Transit Service Gambling Merchant must ensure that:

- Interchange Reimbursement Fees received from each Issuer as a result of a credit processed for Cardholder winnings are identified daily
- A funds disbursement is processed daily to each Issuer (using reason code 0240) for twice the amount of the Interchange Reimbursement Fee received from the Issuer of the original Account Number on the original Transaction
- The descriptor used in the funds disbursement is "In-Transit Gambling Reimbursement"

ID#: 010410-010410-0002471

## In-Transit Terminal Display and Cardholder Options

An In-Transit Terminal must display the following information on the introductory screen:

- Merchant name
- Merchant location
- Terms and conditions, such as:
  - Refund policy
  - Return policy
  - Cancellation policy

© 2011 Visa. All Rights Reserved.

Before initiating a Transaction, the In-Transit Terminal must allow the Cardholder to either accept the terms and conditions or cancel the Transaction.

ID#: 010410-010410-0008747

## In-Transit Terminal Transaction Receipt for Gambling

Upon completion of gambling activities, an itemized Transaction Receipt must be generated by an In-Transit Terminal or from an on-board central printer and provided to the Cardholder. In addition to the data elements in "Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1," the Transaction Receipt must contain the:

- Terminal number
- Date of play
- Net amount of winnings or losses per session
- Account Number with all but the last 4 digits disguised or suppressed

ID#: 080411-010410-0002475

## In-Transit Merchant Description

The Acquirer must include in the Clearing Record a Merchant description containing at least:

- Merchant's primary place of business or country of incorporation in the Merchant country field
- Merchant's customer service telephone number and country in the Merchant city field
- Word "In-Transit" following the Merchant name in the Merchant name field

ID#: 010410-010410-0002960

## In-Transit Transaction Receipt Delivery to Cardholder

An In-Transit Service Merchant must provide the Cardholder with a completed Transaction Receipt either while in transit or through the mail.

If sent by mail, the Cardholder name and address must be captured by the In-Transit Terminal and included on the Transaction Receipt.

ID#: 010410-010410-0008739

© 2011 Visa. All Rights Reserved.

# In-Transit Service - Authorization Requirements

## In-Transit Service Transaction - Authorization Time Limit

An Authorization Request for an In-Transit Service Transaction may occur while in transit or at the final destination, and must be within 24 hours of the Transaction Date. If Authorization data is stored for processing until arrival at the final destination, it must be encrypted and kept in a secure location with access limited to authorized personnel only.

ID#: 010410-010410-0002961

## In-Transit Service Transaction - Authorization Requirements

An Authorization Request for an In-Transit Service Transaction must **not** be key-entered. The Authorization Request must include the:

- Full, unaltered contents of the Magnetic Stripe or Magnetic-Stripe Image on the Chip
- Merchant Category Code most appropriate for the Transaction type

ID#: 010410-010410-0002962

## In-Transit Service Transaction - Authorization for Movies and Games

An In-Transit Service Transaction Authorization Request for services such as in-transit movies or video games may be for an hourly rate, unit rate, or accumulated amount.

ID#: 010410-010410-0002963

## In-Transit Service Transaction - Authorization for Catalog and Direct Marketing

An In-Transit Service Transaction Authorization Request for catalog or direct marketing purchases must be for the total amount of all purchases made by a single Cardholder in a single Transaction. Fees for shipping and handling may be included in the Authorization amount, provided they are disclosed to the Cardholder at the time of the Transaction. Merchandise must be shipped within 7 calendar days of the Authorization date.

ID#: 010410-010410-0002964

## Multiple In-Transit Service Transactions

Multiple In-Transit Service Transactions are permitted if authorized and cleared individually. Authorization Requests occurring at an In-Transit Terminal representing multiple Merchants must be processed separately by each Merchant.

ID#: 010410-010410-0002965

© 2011 Visa. All Rights Reserved.

## In-Transit Service - Processing Requirements

### Transaction Currency for In-Transit Service Transaction

An In-Transit Service Transaction must be cleared in the amount and Transaction Currency agreed by the Cardholder and Merchant. If a Transaction Currency is **not** specified on the Transaction Receipt, it will default to the currency of the Transaction Country.

ID#: 010410-010410-0002959

### Transaction Date for In-Transit Service Transaction

The Transaction Date for an In-Transit Service Transaction is either the:

• Date the transport vehicle reaches its final destination
• Date merchandise is shipped

ID#: 010410-010410-0002966

# General T&E

## General T&E Requirements

### Hotels and Cruise Lines - T&E Services

If requested, an Acquirer must provide its Hotel or Cruise Line with any of the Visa Hotel and Cruise Line services. A Hotel or Cruise Line must hold a valid contract with an Acquirer for each Visa Hotel and Cruise Line service in which it participates, either as part of the Merchant Agreement or as a separate contract.

ID#: 010410-010410-0007009

### T&E Merchant Agreement - U.S. Region

In the U.S. Region, a T&E Merchant must hold a valid contract with an Acquirer for each T&E Service in which it participates, either as part of the Merchant Agreement or as an addendum.

If requested, an Acquirer must provide its T&E Merchant with any of the T&E Services. A T&E Merchant may participate in any of the following T&E Services:

• Visa Reservation Service
• T&E Advance Deposit Service

© 2011 Visa. All Rights Reserved.

• Priority Check-out Service

ID#: 010410-010410-0008757

# T&E Delayed or Amended Charges

## Delayed or Amended Charges - Acceptable Charges 5.2.M.4

A delayed or amended charge may include room, food, or beverage charges, taxes, mileage charges, fuel, insurance, rental fees, and parking tickets and other traffic violations, and must **not** include charges for loss, theft, or damage.

This provision does **not** apply to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe. For those Transactions, see "Delayed or Amended Charges for Visa Europe - General Requirements" and "Delayed or Amended Charges for Visa Europe - Car Rental."

ID#: 050411-171009-0003628

## T&E Delayed or Amended Charges Time Limit

A delayed or amended charge for a T&E service must be processed to the Cardholder's account within 90 calendar days of the Transaction Date of the related T&E Transaction.

T&E services may include:

• Room

• Taxes

• Fuel

• Insurance

• Rental fees

• Parking tickets and other traffic violations

• Goods and services purchased aboard a Cruise Line

• Damage to rental vehicles as specified in "Delayed or Amended Charges for Visa Europe - General Requirements"

ID#: 010410-010410-0008791

## Delayed or Amended Charges for Visa Europe - General Requirements

The following provisions apply to Transactions occurring between the jurisdictions of Visa Europe and Visa Inc.

A Merchant may process delayed or amended charges if the Cardholder has consented to be liable for delayed or amended charges for a Hotel, Car Rental Company, or Cruise Line Transaction.

© 2011 Visa. All Rights Reserved.

A delayed or amended charge must be processed to the Cardholder's account within 90 calendar days of the Transaction Date of the related Transaction.

This may include room, food, or beverage charges, taxes, fuel, insurance, rental fees, damage to rental vehicles, parking tickets and other traffic violations, and goods and services purchased aboard a Cruise Line.

If the charge is for a parking ticket or traffic violation, the:

- Incident must have occurred while the Cardholder was in possession of the vehicle
- Merchant must support the charge with documentation from the appropriate civil authority, including the license number of the rental vehicle, date, time, and location of the violation, statute violated, and amount of the penalty in local currency

The Merchant may deposit the Transaction Receipt without a Cardholder signature if the Merchant has the Cardholder signature on file and:

- Includes the words "Signature on File" on the signature line
- Sends a copy to the Cardholder at the address shown on the rental contract or folio

ID#: 050411-171009-0007398

# Airline Merchants

## International Airline Merchant Requirements

### International Airline Eligible Participants

An International Airline may participate in the International Airline program.

An Acquirer must meet the capitalization and reserve requirements of Visa. These requirements cover any estimated exposure for Chargebacks, including liability for airline tickets purchased but not redeemed by Cardholders.

ID#: 010410-010410-0005281

### International Airline Business Plan

Before entering into a Merchant Agreement with an International Airline, an Acquirer must obtain approval of its business plan from Visa. Visa will review the business plan within 30 calendar days of receipt.

The business plan must include:

© 2011 Visa. All Rights Reserved.

- All countries in which Merchant Outlets are to be located, demonstrated knowledge of key information on each country (for example, domestic Interchange Reimbursement Fee and business and legal restrictions), and a plan for Authorization support in each country

- All currencies in which the International Airline intends to complete Transactions and verification that the Member is able to process multi-currency Deposits and Interchange

- A plan for Chargeback support

- The Acquirer's proposed method of satisfying Retrieval Requests

- Information to satisfy the Acquirer risk criteria

An Acquirer must **not** sign an International Airline Merchant Outlet that is in a country not previously specified in the business plan unless it first notifies Visa in writing.

ID#: 010410-010410-0006089

## International Airline - Merchant Agreement Requirements - U.S. Region

An International Airline Merchant Agreement must contain, at a minimum, the following elements, in addition to those specified for all U.S. Merchants in the Merchant Agreement requirements of the *Visa International Operating Regulations*:

- Merchant procedures for International Airline Program Transactions, as specified in the *Visa International Operating Regulations*

- Acquirer's responsibilities to the Merchant for Chargeback resolution support. This support must include:

  – Written information on Chargeback rights and procedures

  – Merchant Chargeback procedures, including a list of Chargeback Reason Codes, Merchant recourse options, and a local contact for inquiries

- A list of countries from which the Acquirer will accept Transactions, including the Authorization support procedures and processes for each country

- A requirement that the Acquirer and the Merchant notify Visa if Authorization problems arise for any countries covered by the Merchant Agreement

ID#: 010410-010410-0008948

# Car Rental Merchants

## Delayed or Amended Charges

## Delayed or Amended Charges Processing Time Limit VIOR 5.3.B, USOR 5.2.M.4

A delayed or amended charge must be processed to the Cardholder's account within 90 calendar days of the Transaction Date of the related Transaction.

© 2011 Visa. All Rights Reserved.

This provision does not apply to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe. For those Transactions, see "Delayed or Amended Charges for Visa Europe - General Requirements" and "Delayed or Amended Charges for Visa Europe - Car Rental."

ID#: 050411-171009-0004133

## Parking Tickets 5.3.B

For a parking ticket or traffic violation, a T&E Merchant must provide documentation from the appropriate civil authority, including the license number of the rental vehicle, time and location of the violation, statute violated, and amount of the penalty in local currency.

ID#: 010410-010410-0003085

## Delayed or Amended Charges - Parking Ticket or Traffic Violation VIOR 5.3.B, USOR 5.2.M.4

If the delayed or amended charge is for a parking ticket or traffic violation, the:

- Incident must have occurred while the Cardholder was in possession of the vehicle
- Merchant must support the charge with documentation from the appropriate civil authority, including the license number of the rental vehicle, date, time, and location of the violation, statute violated, and amount of the penalty

This provision does **not** apply to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe. For those Transactions, see "Delayed or Amended Charges for Visa Europe - General Requirements" and "Delayed or Amended Charges for Visa Europe - Car Rental."

ID#: 050411-171009-0003629

## Delayed or Amended Charges - Signature on File VIOR 5.3.B, USOR 5.2.M.4

A Car Rental Merchant may deposit the Transaction Receipt for a delayed or amended charge without a Cardholder signature if the Merchant has the Cardholder signature on file and:

- Includes the words "Signature on File" on the signature line
- Sends a copy to the Cardholder at the address shown on the rental contract or folio

This provision does not apply to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe. For those Transactions, see "Delayed or Amended Charges for Visa Europe - General Requirements" and "Delayed or Amended Charges for Visa Europe - Car Rental."

ID#: 111011-171009-0003354

© 2011 Visa. All Rights Reserved.

## Delayed or Amended Charges for Visa Europe - Car Rental VIOR 5.3.B

The following provisions apply to Transactions occurring between the jurisdictions of Visa Europe and Visa Inc.

The Car Rental Company must:

- Ensure that the Cardholder is advised at the time of making the reservation that a confirmation receipt is available during the hours of operation of the outlet on return of the rented vehicle. This confirmation receipt confirms the mutually agreed condition of the rented car upon return.

- Provide the Cardholder with written confirmation of the Cardholder decision of whether or not to request a confirmation receipt as part of the reservation confirmation

- Provide the Cardholder with written confirmation of the visible damage status of the rented car upon return. If there is no visible damage, this must be clearly stated on the written confirmation and the Car Rental Company must not process a delayed or amended charge Transaction for any visible damage to the rented car.

If the Cardholder returns the car using an express drop-off facility, the written confirmation receipt must be sent to the Cardholder within 5 business days of the return date of the rented car.

The Car Rental Company should advise the Cardholder to retain the confirmation receipt in case of a dispute.

When a Car Rental Company initiates a delayed or amended charge Transaction for charges relating to damage to a rental vehicle, the Merchant must provide the Acquirer with all of the following:

- A copy of the rental agreement

- An estimate of the cost of the damage from an organization that can legally provide repairs

- The relevant civil authority's accident report (if applicable)

- Documentation showing that the Cardholder has given prior consent that a delayed or amended charge Transaction may be processed using that Cardholder's Card to cover damages to a rental vehicle. Such consent must be evidenced by either the:

  – Cardholder's signature on the same page as, and close to, the description of the charges that may be covered by the delayed or amended charge Transaction

  – Cardholder's signature on the agreement and the Cardholder's initials on each page of the agreement, where the Cardholder's signature is not set out on the same page as the description of the charges which may be covered by the delayed or amended charge Transaction

- Any other documentation demonstrating that Cardholder's liability for the damage

- A copy of the insurance policy of the Car Rental Company, if that Car Rental Company requires that the Cardholder pay an insurance deductible for damages

- A copy of the car rental agreement showing that the Cardholder consents to be responsible for the insurance deductible

For rental car damages, the Merchant must provide documentation showing the Cardholder's consent to pay for damages with their Visa Card.

                                     VISA PUBLIC

© 2011 Visa. All Rights Reserved.

For delayed or amended charge Transactions relating to damages, the Car Rental Company must provide a written confirmation, within 10 business days of the return date of the rented car, containing the:

- Details of the damage
- Cost of the damage
- Currency in which the cost of the damage will be charged to the Cardholder

For delayed or amended charge Transactions relating to damages where the Car Rental Company has written to the Cardholder, the Cardholder may, at no cost to the Car Rental Company, provide written confirmation of an alternative estimate for the cost of the damage within 10 business days of receipt of original written confirmation detailing the cost of the damage from the Car Rental Company.

The Car Rental Company and the Cardholder may come to an agreement on the cost of the damage before processing the delayed or amended charge Transaction. If agreement is not reached between the Car Rental Company and the Cardholder for the cost of the damage, and if the Car Rental Company processes the delayed or amended charge Transaction, the Cardholder retains the right to dispute the delayed or amended charge Transaction.

The Car Rental Company must wait 20 business days from the date of the confirmation receipt provided to the Cardholder before processing a delayed or amended Transaction for damages.

Other delayed or amended charge Transactions, as specified in the *Visa International Operating Regulations*, may still apply.

ID#: 050411-171009-0004141


## Car Rental Advance Deposit


### Car Rental Advance Deposit Service - U.S. Region

In the U.S. Region, a Car Rental Company may participate in the T&E Advance Deposit Service. The Merchant must follow all applicable requirements for the Advance Deposit Service and must:

- Accept all Visa Cards in its category of acceptance for an advance deposit if the Cardholder agrees to the service
- Hold a valid T&E Advance Deposit Service contract with an Acquirer, either as part of the Merchant Agreement or as a separate contract

ID#: 010410-010410-0002755


### Car Rental Advance Deposit Information Requirements - U.S. Region

In the U.S. Region, a participating Car Rental Company must obtain from the Cardholder for a T&E Advance Deposit Transaction:

- Cardholder name, Account Number, and expiration date as displayed on the Visa Card

© 2011 Visa. All Rights Reserved.

- Telephone number and mailing address
- Scheduled date of rental
- Intended length of rental

ID#: 010410-010410-0002756

## Car Rental Advance Deposit Amount - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must determine the Advance Deposit Transaction amount, not to exceed the cost of the intended term of rental, which must not exceed 14 days.

The deposit amount must be applied to the total obligation.

ID#: 010410-010410-0008969

## Car Rental Advance Deposit Reservation Information - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must inform the Cardholder of the:

- Car rental rate
- Car Rental Company name
- Number of days the vehicle will be held

ID#: 010410-010410-0002759

## Car Rental Advance Deposit Confirmation Code - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must provide:

- A confirmation code, advising the Cardholder to retain it
- Advance deposit amount and cancellation policy requirements

ID#: 010410-010410-0002760

## Disclosure of Car Rental Deposit Forfeiture - U.S. Region

In the U.S. Region, a Car Rental Company participating in the T&E Advance Deposit Service must advise the Cardholder that it will retain the entire T&E Advance Deposit Transaction amount or the amount specified in the Merchant's stated policy, if the Cardholder has not either:

- Rented the vehicle by the end of the last day of the rental period used to determine the amount of the Transaction

© 2011 Visa. All Rights Reserved.

- Cancelled the reservation within the specified time frames

ID#: 010410-010410-0009013

## Car Rental Advance Deposit Transaction Receipts - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must complete a Transaction Receipt with the following information:

- Advance deposit amount

- Cardholder name, Account Number, and expiration date

- Cardholder telephone number and mailing address

- The words "Advance Deposit" on the Transaction Receipt signature line

- Confirmation code

- Scheduled vehicle rental date

- Date and time that cancellation privileges (if any) expire without deposit forfeiture

The Merchant must mail a Transaction Receipt copy and cancellation policy for the T&E Advance Deposit Transaction to the address indicated by the Cardholder within 3 business days from the Transaction Date.

ID#: 031209-150210-0009024

## T&E Advance Deposit Service Cancellation Period - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must accept all Cardholder cancellations within the time limits specified by the Merchant.

The Merchant must provide a cancellation code and advise the Cardholder to retain it in case of dispute.

ID#: 010410-010410-0009010

## Car Rental Advance Deposit Credit Receipt - U.S. Region

A U.S. Car Rental Merchant participating in the T&E Advance Deposit Service that accepts a cancellation must complete a Credit Transaction Receipt, including the following information:

- The entire T&E Advance Deposit Transaction amount

- Cardholder mailing address

- Cancellation code

- Words "Advance Deposit" on the Transaction Receipt signature line

The Merchant must:

© 2011 Visa. All Rights Reserved.

- Deposit the Credit Transaction Receipt within 5 calendar days of the Transaction Date
- Mail the Cardholder's copy to the Cardholder within 3 calendar days of the Transaction Date of the Credit Transaction Receipt

*ID#: 010410-010410-0002771*


## Advance Deposit Service - Unavailable Vehicle - U.S. Region 5.4.R

If a vehicle reserved under the T&E Advance Deposit Service is unavailable, a U.S. Car Rental Merchant must provide the following services to the Cardholder without charge:

- Credit Transaction Receipt to refund the entire Advance Deposit Transaction amount
- At least a comparable vehicle for the number of days specified in the reservation, not to exceed 14 days, or until the reserved vehicle becomes available, whichever comes first

*ID#: 010410-010410-0002778*


# Visa Reservation Service for Car Rentals - U.S. Region


## Unavailable Specialized Vehicle - U.S. Region VIOR 5.4.X

A Car Rental Company in the U.S. Region may participate in a service to guarantee Peak Time reservations or reservations for Specialized Vehicles, as specified in the U.S. Regional Operating Regulations.

*ID#: 010410-010410-0008958*


## Car Rental Reservation Merchant Agreement Requirements - U.S. Region VIOR 5.4.X

A U.S. Acquirer must incorporate the applicable Visa Reservation Service requirements into all Merchant Agreements for Car Rental Companies participating in the Visa Reservation Service.

*ID#: 010410-010410-0002689*


## Car Rental Reservation Card Acceptance - U.S. Region 5.4.Q

In the U.S. Region, a Car Rental Company participating in the Visa Reservation Service must accept all Visa Cards in its category of acceptance for reservations.

*ID#: 010410-010410-0002671*

© 2011 Visa. All Rights Reserved.

## Car Rental Reservation Billing Information - U.S. Region VIOR 5.4.X, USOR 5.4.Q

For a Specialized Vehicle or Peak Time reservation in the U.S. Region, a Car Rental company must obtain the Cardholder name, Account Number, and expiration date as displayed on the Visa Card or Visa Electron Card.

ID#: 010410-010410-0008949

## Car Rental Peak-Time Reservation - Cardholder Disclosure Requirements - U.S. Region 5.4.Q

If a Cardholder reserves a vehicle in the U.S. Region during Peak Time, the Car Rental Company must inform the Cardholder that the reservation:

- Is within a Peak Time period and explain the meaning of Peak Time

- May be cancelled without penalty any time up to 8 hours before the scheduled rental time

ID#: 010410-010410-0002672

## Car Rental Peak Time Reservation - Cancelled Flight - U.S. Region 5.4.Q

In the U.S. Region, if a Cardholder is traveling to a car rental location by Airline and the flight is cancelled or the airport is closed, the Cardholder may cancel the Peak Time reservation without penalty up to one hour before the scheduled rental time.

ID#: 010410-010410-0002673

## Car Rental Peak Time Reservation - No-Show Fee Disclosure - U.S. Region 5.4.Q

In the U.S. Region, a Car Rental Company must advise the Cardholder that a "no-show" fee for Peak Time reservations may be billed if the Cardholder has neither:

- Rented the vehicle by the end of the guarantee period

- Properly cancelled the reservation

The "no-show" fee must not exceed one day's rental plus applicable taxes.

ID#: 010410-010410-0002674

## Specialized Vehicle Guaranteed Rental Period - U.S. Region VIOR 5.4.X, USOR 5.4.Q

In the U.S. Region, if a Cardholder reserves a Specialized Vehicle, the Car Rental Company must inform the Cardholder that the reservation:

- Will be held until the scheduled pick-up time, unless cancelled

© 2011 Visa. All Rights Reserved.

- May be cancelled without penalty up to 72 hours before the scheduled rental time
- If the reservation is made within 72 hours of the scheduled rental time, may be cancelled without penalty up to 8 hours before the scheduled rental time.

ID#: 010410-010410-0008960

## Specialized Vehicle Reservation No-Show Disclosure Requirements - U.S. Region VIOR 5.4.X, USOR 5.4.Q

A Car Rental Company in the U.S. Region must advise the Cardholder that a "no-show" fee for a Specialized Vehicle reservation may be billed if the Cardholder has neither:

- Rented the Specialized Vehicle by the end of the guarantee period
- Properly cancelled the reservation

The "no show" fee must not exceed 2 days' rental.

ID#: 010410-010410-0008963

## Car Rental Reservation Confirmation - U.S. Region VIOR 5.4.X, USOR 5.4.Q

In the U.S. Region, for a reservation made with at least 72 hours' notice, a Car Rental Company must send the Cardholder a written confirmation containing:

- Cardholder name, Account Number, and expiration date as displayed on the Visa Card or Visa Electron Card
- Name and exact street address of the Merchant Outlet
- Confirmation code
- Rate
- Cardholder obligations
- Cancellation and any other service details

For reservations made with less than 72 hours' notice, the Car Rental Company must mail a confirmation only on Cardholder request.

ID#: 010410-010410-0008950

## Car Rental Cancellation Requests - U.S. Region VIOR 5.4.X, USOR 5.4.Q

A U.S. Car Rental company must:

- Accept a reservation cancellation request if made by the specified time
- Provide a cancellation code and advise the Cardholder to retain it in case of dispute

ID#: 010410-010410-0008951

© 2011 Visa. All Rights Reserved.

**Specialized Vehicle Reservation Cancellation Period - U.S. Region VIOR 5.4.X**

A Car Rental Company in the U.S. Region must **not** require more than 72 hours' reservation cancellation notification before the scheduled rental date of a Specialized Vehicle.

If the Cardholder makes the reservation within 72 hours of the scheduled rental date, the cancellation deadline must be 12 hours before the scheduled rental time on the scheduled pick-up date.

ID#: 010410-010410-0008961


**Car Rental Cancellation Written Confirmation - U.S. Region VIOR 5.4.X, USOR 5.4.Q**

In the U.S. Region, if requested, a Car Rental company must provide the Cardholder with a written reservation confirmation that contains the following information:

• Cardholder name, Account Number, and Card expiration date as displayed on the Visa Card

• Cancellation code

• Cancellation details

ID#: 010410-010410-0008954


**Car Rental No-Show Requirements - U.S. Region VIOR 5.4.X, USOR 5.4.Q**

A U.S. Car Rental Company must hold a Specialized Vehicle according to the reservation if the Cardholder has not claimed or properly canceled the reservation by the specified time.

The Car Rental Company may then prepare a Transaction Receipt with the following information:

• No-Show Transaction fee plus tax, as applicable. The amount of the No-Show Transaction must **not** exceed the value of:

  – 2 days' rental, including tax, for a Specialized Vehicle reservation

  – One day's rental, including tax, for a Peak Time reservation

• Cardholder name, Account Number, and expiration date as displayed on the Card

• The words "No-Show" on the signature line of the Transaction Receipt

ID#: 010410-010410-0008955


**Car Rental Reservation Authorization and Deposit Procedures - U.S. Region VIOR 5.4.X**

In the U.S. Region, a Car Rental Company participating in the Visa Reservation Service must follow normal Authorization and Deposit requirements for a Car Rental Company, as specified in "T&E Authorizations" and "T&E Delayed or Amended Charges."

ID#: 010410-010410-0002703

© 2011 Visa. All Rights Reserved.

## Peak Time Reservation Vehicle Unavailable - U.S. Region 5.4.Q

In the U.S. Region, if a vehicle guaranteed as a Peak Time reservation is unavailable, the Car Rental Company must provide the Cardholder with a comparable vehicle no later than one hour from the scheduled rental time.

If a comparable vehicle cannot be provided within one hour, the Car Rental Company must provide the following services at no charge to the Cardholder:

- Transportation to the Cardholder's destination
- Delivery of a comparable vehicle to the Cardholder's destination within 8 hours from the scheduled rental time
- Transportation, vehicle delivery, and one day's car rental

ID#: 010410-010410-0008959

## Unavailable Specialized Vehicle - U.S. Region VIOR 5.4.X, USOR 5.4.Q

If a reserved Specialized Vehicle is unavailable, a Car Rental Company in the U.S. Region must provide the following services at no charge to the Cardholder:

- Comparable vehicle at another car rental establishment for the reservation period
- Transportation to the alternate car rental establishment.

ID#: 010410-010410-0008962

# Hotels and Cruise Lines

## Hotel and Cruise Line General Requirements

### Cruise Line On-Board Casinos

On-board gambling charges, such as the purchase of gaming chips, must be distinct from other cruise charges. They must be:

- Authorized
- Processed with:
  - MCC 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks"
  - The Quasi-Cash/Online Gambling Transaction indicator

ID#: 010410-010410-0002705

© 2011 Visa. All Rights Reserved.

**Hotel or Cruise Line Cash Disbursement**

A Hotel or Cruise Line may make Cash Disbursements on a Visa Card to a registered Cardholder if all of the following conditions apply:

- The Cardholder indicates at registration the intent to pay for the Hotel's services with a Visa Card

- Before disbursement, the Merchant reviews positive identification (such as a passport or driver's license) and, if permitted under applicable law, records type and number on the Transaction Receipt

- The Merchant completes a Cash Disbursement Transaction Receipt and writes on the front of the Transaction Receipt the Cardholder's positive identification and the 4 digits printed below the Account Number on the Card

- The Merchant does **not** disburse more than US $250, or local currency equivalent, during the Cardholder's stay or voyage

- The Merchant does **not** include any additional fees, excluding taxes or charges imposed by law, to the Transaction amount

ID#: 010410-010410-0002801

# Hotel Guaranteed Reservations

### Required Participation in the Hotel Reservation Service

A Hotel or its third-party booking agent must participate in the Hotel Reservation Service (known in the U.S. Region as the Visa Reservation Service) if it accepts Visa Cards to guarantee Hotel reservations.

An Acquirer must incorporate the Hotel Reservation Service requirements into all Merchant Agreements.

In the U.S. Region, an Acquirer must incorporate these requirements into either: *(This only applies in the U.S. Region.)*

- All Merchant Agreements  *(This only applies in the U.S. Region.)*
- Separate contract for each of its T&E Merchants that guarantees reservations  *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008681

### Hotel Reservation Billing Information

A Hotel or its third-party booking agent must obtain the Cardholder name, Account Number, and Card expiration date displayed on the Card for each reservation.

ID#: 010410-010410-0006087

© 2011 Visa. All Rights Reserved.

## Hotel Reservation Exact Name and Location

A Hotel or its third-party booking agent accepting a reservation must quote the reserved accommodation rate and the exact name and physical address of the establishment.

ID#: 010410-010410-0006086

## Hotel Reservation Amount of No Show

A Hotel or its third-party booking agent must inform the Cardholder that one night's lodging will be billed if the Cardholder has **not** either:

- Registered by check-out time the day following the scheduled arrival date
- Properly canceled the reservation

ID#: 010410-010410-0006085

## Hotel Reservation Confirmation Code 5.4.R

A Hotel or its third-party booking agent must provide a reservation confirmation code and advise the Cardholder to retain it in case of dispute.

ID#: 010410-010410-0002731

## Hotel Reservation Information

A Hotel or its third-party booking agent must provide to the Cardholder reservation information and, if requested, a written confirmation with the following information:

- Cardholder name, Account Number, and Card expiration date
- Confirmation code
- Exact physical address of the establishment
- Hotel Reservation Service provisions relating to the Cardholder's obligations
- Any other reservation details

ID#: 010410-010410-0006084

## Hotel Reservation Cancellations

A Hotel or its third-party booking agent must accept all reservation cancellations before the specified notification time.

The Hotel or its third-party booking agent must **not** require cancellation notification more than 72 hours before the scheduled arrival date.

VISA PUBLIC                18 October 2011

© 2011 Visa. All Rights Reserved.

If a Cardholder makes the reservation within 72 hours of the scheduled arrival date, the cancellation deadline must be no earlier than 6:00 p.m. Merchant Outlet time on the arrival date or date guaranteed.

If the Hotel or its third-party booking agent requires that a Cardholder cancel before 6:00 p.m. Merchant Outlet time on the date guaranteed, the Hotel or its third-party booking agent must mail the cancellation policy, including the date and time that cancellation privileges expire, to the Cardholder.

ID#: 010410-010410-0008688

## Hotel Reservation Cancellation Code

A Hotel or its third-party booking agent must provide a reservation cancellation code (if the reservation is properly cancelled) and advise the Cardholder to retain it in case of dispute.

ID#: 010410-010410-0006079

## Hotel Reservation Mail Confirmation

If requested by the Cardholder, a Hotel or its third-party booking agent must mail a confirmation of cancellation. The confirmation must include the following:

- Cardholder name, Account Number, and Card expiration date
- Cancellation code
- Any other cancellation details

ID#: 010410-010410-0006080

## Hotel Reservation Room Hold

If a Cardholder has **not** claimed or cancelled the Hotel Reservation Service accommodations by the specified time, the Hotel or its third-party booking agent must hold the reserved rooms available until check-out time the following day.

The Hotel or its third-party booking agent may then complete a Transaction Receipt that must contain:

- Amount of one night's lodging plus applicable tax
- Cardholder name, Account Number, and Card expiration date
- The words "No-Show" on the signature line of the Transaction Receipt

ID#: 010410-010410-0008703

© 2011 Visa. All Rights Reserved.

**Hotel Reservation Unavailable Accommodations**

If the accommodations guaranteed by the Hotel Reservation Service are unavailable, the Hotel must provide the Cardholder with the following services at no charge:

- Comparable accommodations for one night at another establishment
- If requested, a 3-minute telephone call and message forwarding to the alternate establishment
- Transportation to the alternate establishment

ID#: 010410-010410-0006076

**Hotel Reservation Service Card Acceptance - U.S. Region 5.4.P**

In the U.S. Region, a Lodging Merchant participating in the Visa Reservation Service must accept all Visa Cards in its category of acceptance for reservations.

ID#: 010410-010410-0002781

# Advance Deposit Service

**Advance Deposit Service - General Requirements VIOR 5.4.S, USOR 5.4.R**

A Hotel or Cruise Line participating in the Advance Deposit Service must:

- Accept all Visa Cards or Visa Electron Cards for an advance deposit if the Cardholder agrees to the service
- Hold a valid Advance Deposit Service contract with an Acquirer

In the U.S. Region, the participating Merchant must accept all Visa Cards in its category of acceptance. *(This only applies in the U.S. Region.)*

ID#: 031209-150210-0002706

**Advance Deposit Service - Deposit Information Requirements VIOR 5.4.S, USOR 5.4.R**

A Merchant participating in the Advance Deposit Service must obtain from the Cardholder:

- Cardholder name, Account Number, and expiration date as displayed on the Visa Card or Visa Electron Card
- Telephone number and mailing address
- Scheduled date of arrival for a Hotel, or embarkation for a Cruise Line

© 2011 Visa. All Rights Reserved.

• Intended length of stay or voyage

ID#: 010410-010410-0002707

## Advance Deposit Transaction Amount VIOR 5.4.S, USOR 5.4.R.2

A Merchant participating in the Advance Deposit Service must determine the Advance Deposit Transaction amount, not to exceed the following:

• For lodging accommodations, the cost of the intended length of stay (not to exceed 14 nights)
• Cost of the cruise

The deposit amount must be applied to the total obligation.

ID#: 010410-010410-0008970

## Advance Deposit Service - Reservation Information VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must inform the Cardholder of the following, as applicable:

• Reserved accommodation rate and the Transaction amount
• Exact Merchant name and location
• Name of the cruise ship and point of embarkation
• Merchant's intention to hold the accommodation for the number of nights paid for
• Merchant cancellation policy

ID#: 010410-010410-0002710

## Advance Deposit Service - Deposit Information Code and Other Requirements VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must provide:

• A confirmation code, and advise the Cardholder to retain it
• Advance deposit requirements, cancellation policy requirements, and the actual date and time that the cancellation privileges expire

The Merchant must advise the Cardholder that it will:

• Hold the accommodations according to the reservation
• Provide written confirmation of a Cardholder reservation change if requested

ID#: 010410-010410-0008971

© 2011 Visa. All Rights Reserved.

## Advance Deposit Service - Disclosure of Deposit Forfeiture VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must advise the Cardholder that it will retain the entire Advance Deposit Transaction amount or the amount specified in the Merchant's stated policy if the Cardholder has not:

- Registered by check-out time the day following the specified last night of lodging for a Hotel (the Cardholder will lose the unused amount of the reservation)
- Checked in by embarkation time for a Cruise Line
- Canceled the reservation within the time limit specified by the Merchant

Under the Advance Deposit Service, a Merchant must **not** charge the Cardholder for a No-Show Transaction.

ID#: 010410-010410-0009016

## Advance Deposit Service - Transaction Receipt Completion and Delivery VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must complete a Transaction Receipt with the following information:

- Advance deposit amount
- Cardholder name and Account Number
- Cardholder telephone number and mailing address
- The words "Advance Deposit" on the Transaction Receipt signature line
- Confirmation code
- Scheduled check-in or embarkation date
- Date and time that cancellation privileges (if any) expire without deposit forfeiture for unused accommodations

The Merchant must mail the Transaction Receipt copy and cancellation policy to the Cardholder within 3 business days of the Transaction Date.

ID#: 010410-010410-0009025

## Advance Deposit Service Cancellation Requirements VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must accept all Cardholder cancellations within the time limits specified the by the Merchant.

© 2011 Visa. All Rights Reserved.

The Merchant must provide a cancellation code and advise the Cardholder to retain it in case of dispute.

ID#: 010410-010410-0009009

## Advance Deposit Service - Credit Transaction Receipt VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must complete a Credit Transaction Receipt, including all of the following:

- Transaction amount
- Cardholder name, Account Number, and expiration date as displayed on the Visa Card or Visa Electron Card
- Cardholder mailing address
- Cancellation code
- The words "Advance Deposit" on the Transaction Receipt signature line

ID#: 010410-010410-0002719

## Refund Requirements

Within 3 business days of the Transaction Date on the Credit Transaction Receipt, a Merchant participating in the Advance Deposit Service must:

- Deposit the Credit Transaction Receipt
- Mail the Cardholder's copy to the Cardholder

In the U.S. Region, the Merchant must: *(This only applies in the U.S. Region.)*

- Deposit the Credit Transaction Receipt within 5 calendar days of the Transaction Date *(This only applies in the U.S. Region.)*
- Mail the Cardholder's copy to the Cardholder within 3 calendar days of the Transaction Date of the Credit Transaction Receipt  *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008720

## Unavailable Hotel Accommodations 5.4.S.9

If Hotel accommodations reserved under the Advance Deposit Service are unavailable, the Merchant must provide the Cardholder with the following services without charge:

- Credit refund for the entire Transaction amount. The Merchant must provide the Credit Transaction Receipt copy to the Cardholder.

© 2011 Visa. All Rights Reserved.

- Comparable accommodations at an alternate establishment for the number of nights specified in the reservation (not to exceed 14 nights) or until the reserved accommodations become available at the original establishment
- If requested, 2 3-minute telephone calls and message forwarding to the alternate establishment
- Transportation to the alternate establishment's location and return to the original establishment. If requested, the Merchant must provide daily transportation to and from the alternate establishment.

ID#: 010410-010410-0008721

## Unavailable Cruise Accommodations 5.4.S.10

If Cruise Line accommodations reserved under the Advance Deposit Service are unavailable, and no comparable accommodations are available on the ship, the Merchant must offer the Cardholder a comparable cruise of similar itinerary and embarkation date at no additional cost to the Cardholder.

If the Cardholder accepts the alternate accommodations, the Merchant must provide either of the following services without charge:

- An additional night's accommodation
- Airfare to a different port city

If the Cardholder declines the alternate accommodations, the Merchant must provide a credit refund for the entire Advance Deposit Transaction amount. The Merchant must provide a copy of the Credit Transaction Receipt to the Cardholder.

In addition, the Merchant must provide the Cardholder all of the following without charge:

- One night's Hotel accommodation, if the Cardholder requests it
- Transportation to the Hotel and airport
- Airline transportation to the airport nearest the Cardholder's residence
- Reasonable out-of-pocket expenses incurred by the Cardholder

ID#: 010410-010410-0008722

# Priority Check-Out Service

## General Requirements for Priority Check-Out

A Hotel or Cruise Line participating in the Priority Check-out Service must:

- Hold a valid Priority Check-out Service contract with an Acquirer
- Accept all Cards when a Cardholder requests the Priority Check-out Service

© 2011 Visa. All Rights Reserved.

- Comply with all the requirements in "Dynamic Currency Conversion Priority Check-out and Express Return Requirements" if it offers Dynamic Currency Conversion

ID#: 010410-010410-0008735

## Priority Check-out Agreement (Updated)

A Priority Check-out Agreement must include the following information:

- Merchant name and location
- A statement from the Cardholder to the Hotel's cashier to check the Cardholder out of Room Number XXXXX on departure date MMDDYY
- In the US region, the Merchant telephone number

Space must be provided for the Cardholder (guest) name and signature with a statement that the Cardholder (guest) authorizes a charge to their Visa account for the amount of all costs incurred during their stay

If requested by the Cardholder (guest), the Hotel must send a copy of the following:

- Visa Transaction Receipt
- Hotel bill
- Copy of the Priority Check-out Agreement

The Hotel may include space for the Cardholder name, company name and address, including state/province and country in order to mail the receipt(s) to the Cardholder

Once completed, the agreement is Visa Confidential.

ID#: 151011-010100-0026517

## Transaction Receipt and Priority Check-Out Agreement Completion

A Merchant participating in the Priority Check-out Service must:

- Ask the Cardholder to complete, sign, and return a Priority Check-out Agreement that must contain the information specified in "Manual Transaction Receipt - Data Requirements VIOR Table 7J-1 USOR Table S-7" and "Manual Transaction Receipt - Hotels Table 7J-2." The Cardholder must include the mailing address to receive a copy of the Hotel bill.
- Complete a Transaction Receipt, including the total obligation amount and the words "Priority Check-out" on the signature line of the Transaction Receipt
- Review the completed Priority Check-out Agreement and ensure that the Account Number matches the Account Number on the Transaction Receipt, if applicable

ID#: 080411-010410-0002798

© 2011 Visa. All Rights Reserved.

## Priority Check-Out Service - Transaction Receipt Delivery (Updated)

At Cardholder request, a Merchant participating in the Priority Check-out Service must provide a Transaction Receipt copy, the itemized bill, and the signed agreement with the information listed in "Priority Check-out Agreement" in one of the following ways:

• Onsite

• By e-mail

• By mail within 3 business days of the Cardholder's departure

In the U.S. Region, a Lodging Merchant or Cruise Line merchant must mail the Transaction Receipt copy, the itemized bill and, if requested, the signed Priority Check-out Agreement to the Cardholder within 3 business days of the Cardholder's departure. *(This only applies in the U.S. Region.)*

ID#: 151011-010410-0008731

## Priority Check-Out Service Document Retention

A Merchant participating in the Priority Check-out Service must retain the itemized bill and signed Priority Check-out Agreement for a minimum of 6 months after the Transaction Date.

ID#: 010410-010410-0002800

# Central Reservation Service

## Physical Inspections of Central Reservation Service Premises - U.S. Region

A U.S. Acquirer must conduct a physical inspection of the Central Reservation Service business premises and a review of:

• Solicitation or sales materials

• Operating procedures for Lodging Merchants to be serviced

ID#: 010410-010410-0003397

## Central Reservation Service - Acquirer Requirement - U.S. Region

A U.S. Acquirer must maintain a file on a Central Reservation Service that:

• Includes all applicable documentation

• Is retained for a minimum of 2 years following discontinuance of the relationship, with reasons for discontinuance

ID#: 010410-010410-0003226

© 2011 Visa. All Rights Reserved.

### Merchant Agreement for Central Reservation Service - U.S. Region

For a Central Reservation Service Merchant to participate in the Advance Deposit Service, a U.S. Acquirer must have a Merchant Agreement with the Central Reservation Service that includes the provisions for the Advance Deposit Service.

ID#: 010410-010410-0008732

### Central Reservation Service Requirements - U.S. Region

In the U.S. Region, a Central Reservation Service must:

- Have a written contract with the lodging establishment, executed by an officer or manager of the hotel
- Accept full responsibility for resolving Cardholder problems related to the Advance Deposit Service

ID#: 010410-010410-0002753

### Central Reservation Service Agents - U.S. Region

In the U.S. Region, a Central Reservation Service must **not** use an agent to perform services on its behalf.

ID#: 010410-010410-0002754

# Timeshare Merchants

## General Timeshare Merchant Requirements

### Timeshare Merchant Category Code

An Acquirer must assign Merchant Category Code 7012, "Timeshares," to a Timeshare Merchant that operates sales, rentals, or other uses not including full-service lodging (i.e., maid and room service).

The Acquirer must submit the assigned Merchant Category Code for a Timeshare Merchant either:

- With each Authorization Request
- Through BASE II

ID#: 010410-010410-0008741

© 2011 Visa. All Rights Reserved.

**Timeshare Merchants - Special Credit Refund Requirements**

A Timeshare Merchant must provide a full credit refund when the:

• Transaction Receipt was processed

• Cardholder canceled the Transaction within 14 calendar days of the Transaction Date

ID#: 111011-010410-0003082

# Real-Time Clearing - U.S. Region

## Automated Fuel Dispensers Real-Time Clearing - U.S. Region

### Automated Fuel Dispenser Real-Time Clearing Transaction Processing Requirements - U.S. Region

In the U.S. Region, a Real-Time Clearing Transaction must properly identify the preauthorization time limit in Field 63.2 of the Authorization message, as specified in the appropriate VisaNet manual.

Any applicable Interchange Reimbursement Fee may apply to a Real-Time Clearing Transaction.

ID#: 090411-010410-0007391

# Gambling

## Online Gambling

### Online Gambling Merchant Requirements

An Acquirer must ensure that:

• An Online Gambling Merchant has a valid license or other appropriate authority to operate its Website under the local law of its Country of Domicile

• A Transaction completed by an Online Gambling Merchant is identified with:

  – Merchant Category Code 7995, "Betting," even when gambling services are not the Merchant's primary business

  – The Quasi-Cash/Online Gambling Transaction indicator in the Authorization and Clearing messages

• An Online Gambling Merchant Website complies with the Website requirements specified in "Online Gambling - Special Website Requirements"

© 2011 Visa. All Rights Reserved.

- The appropriate payment acceptance provisions are included in its Merchant Agreement or as a separate addendum

*ID#: 010410-010410-0002474*

## Online Gambling Identifiers (Updated)

**Effective through 30 June 2011,** in addition to the requirements specified in "Electronic Commerce Indicator Requirements," a Transaction completed by a Member, Merchant, Online Gambling Merchant, Internet Payment Service Provider (IPSP), or Sponsored Merchant that processes Online Gambling Transactions must be identified with:

- Merchant Category Code 7995, "Betting," even when gambling services are not the Merchant's primary business
- The Quasi-Cash/Online Gambling Transaction indicator in the Authorization Request and Clearing Record

If a Member, Merchant, IPSP, or Sponsored Merchant is unable to distinguish an Online Gambling Transaction from other Transactions, it must:

- Identify all Transactions as Online Gambling Transactions
- Inform the Cardholder that Transactions may be identified on the billing statement as gambling Transactions

**Effective 1 July 2011,** in addition to the requirements specified in "Electronic Commerce Indicator Requirements," a Transaction completed by a Member, Merchant, Online Gambling Merchant, Payment Service Provider (PSP), or Sponsored Merchant that processes Online Gambling Transactions must be identified with:

- Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks," even if gambling services are not the Merchant's or Sponsored Merchant's primary business
- The Quasi-Cash/Online Gambling Transaction indicator in the Authorization Request and Clearing Record

If a Member, Merchant, PSP, or Sponsored Merchant is unable to distinguish an Online Gambling Transaction from other Transactions, it must:

- Identify all Transactions as Online Gambling Transactions
- Inform the Cardholder that Transactions may be identified on the billing statement as gambling Transactions

*ID#: 111011-010410-0005919*

## Online Gambling Funds Transfer

If a funds transfer to an individual is to be used for an Online Gambling Transaction, an Acquirer must:

© 2011 Visa. All Rights Reserved.

- Identify the Transaction as an Online Gambling Transaction

- Ensure that adequate processes are in place that will identify and eliminate abuse by an individual or Online Gambling Merchant that attempts to circumvent proper Transaction identification

If Visa determines that an individual is facilitating Online Gambling Transactions through funds transfers, Visa may impose these requirements on the funds transfer Merchant for any future funds transfers to that individual.

ID#: 010410-010410-0002955

## Online Gambling - Special Website Requirements

In addition to the Website requirements specified in "Website Requirements" and "Electronic Commerce Merchant Refund Policy Disclosure," a Website for an Online Gambling Merchant must contain:

- The statement "Internet Gambling may be illegal in the jurisdiction in which you are located; if so, you are **not** authorized to use your payment card to complete this transaction."

- A statement of the Cardholder's responsibility to know the laws concerning online gambling in their country of domicile

- A statement prohibiting the participation of minors

- A complete description of the:

  – Rules of play

  – Cancellation policies

  – Pay-out policies

- A statement recommending that the Cardholder retain a copy of transaction records and Merchant policies and rules

- An Acquirer numeric identifier, as specified in the *Visa Acquirer Risk Management Guide*

ID#: 010410-010410-0002957

## Online Gambling Merchant Registration - LAC Region (Updated)

**Effective through 31 May 2011,** before an LAC Acquirer signs an Online Gambling Merchant, it must comply with all of the applicable requirements for the monitoring of High-Risk Merchants specified in the *Visa International Operating Regulations.*

**Effective 1 June 2011,** before an LAC Acquirer signs an Online Gambling Merchant, it must comply with all of the applicable requirements for the monitoring of High-Brand Risk Merchants, as specified in the *Visa International Operating Regulations* and any other risk reduction procedures imposed by Visa.

ID#: 111011-010410-0005299

© 2011 Visa. All Rights Reserved.

**Online Gambling Merchant Registration Fees - LAC Region**

To cover additional monitoring expenses, a registration fee for LAC Online Gambling Merchants is required, as described in the *Visa LAC Fee Guide* or applicable local fee guide.

ID#: 081010-010410-0005301

# Gambling Credits

## Transactions Representing Gambling Winnings

A gambling Merchant may disburse winnings as an Original Credit if:

- The Original Credit is processed to the same Account Number that was used to place the winning wager
- The Transaction representing the winning wager was lawfully made, properly identified, and processed according to the *Visa International Operating Regulations*

ID#: 010410-010410-0002958

## Original Credit - Gambling Credits

An Online Gambling Merchant must **not** deposit a credit Transaction to disburse winnings to Cardholders, except for an Original Credit, as specified in "Transactions Representing Gambling Winnings."

ID#: 010410-010410-0002956

# In-Transit Gambling

## In-Transit Service Gambling Merchant Operational Plan (Updated)

**Effective through 14 October 2011,** in addition to the Unattended Acceptance Terminal requirements and In-Transit Service Merchant requirements specified in the *Visa International Operating Regulations*, the operational plan for an In-Transit Service Gambling Merchant must include the following information:

- Rules of play
- Odds of winning
- Pay-out ratios

© 2011 Visa. All Rights Reserved.

**Effective 15 October 2011,** in addition to the In-Transit Service Merchant requirements specified in "Operational Plan for In-Transit Service Merchants," the operational plan for an In-Transit Service Gambling Merchant must include the following information:

• Rules of play

• Odds of winning

• Pay-out ratios

ID#: 111011-010410-0002472

## In-Transit Service Gambling Merchant - Independent Legal Source

An Acquirer must provide Visa with documentation from an independent legal source that:

• Specifies the type of gambling provided by its In-Transit Service Gambling Merchant

• Certifies the Merchant is not in violation of local or national laws regarding in-transit gambling

ID#: 010410-010410-0002473

## In-Transit Gambling - BIN Blocked

An Acquirer must ensure that its In-Transit Service Gambling Merchant has the ability to prevent the In-Transit Terminal from accepting a service request on any BIN blocked by an Issuer.

In addition to the rules specified in "In-Transit," an In-Transit Terminal providing gambling services must:

• Verify that the BIN has not been blocked by the Issuer

• Display the following information on the introductory screen:
  – Rules of play
  – Odds of winning
  – Pay-out ratios

ID#: 010410-010410-0006091

## In-Transit Gambling - Transaction Processing

An In-Transit Service Transaction involving gambling must be processed as a Quasi-Cash Transaction.

ID#: 010410-010410-0002952

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## In-Transit Gambling - Pay-Out Ratio

In-Transit Service gambling minimum pay-out ratios must be established within the In-Transit Service gambling Merchant's Visa Region.

ID#: 010410-010410-0002945

## In-Transit Gambling - Winnings/Losses

An In-Transit Service Terminal providing gambling service must **not** permit either:

- Losses exceeding US $350, or local currency equivalent, per excursion
- Winnings exceeding US $3,500, or local currency equivalent, per excursion

ID#: 010410-010410-0002946

## In-Transit Gambling - Single Trip

During a single trip on the same craft, a Cardholder may wager up to the total Transaction amount permitted.

ID#: 010410-010410-0002947

## In-Transit Gambling - Authorization Request

An Authorization Request at an In-Transit Terminal providing gambling services must be for the total amount agreed to by the Cardholder.

An Authorization Request processed upon arrival at the final destination, as specified in "Transaction Date for In-Transit Service Transaction," must **not** be more than the total amount of the loss.

ID#: 010410-010410-0006090

## In-Transit Gambling - Authorization Reversals

If losses are less than the amount authorized, an Authorization Reversal must be submitted for the difference.

ID#: 010410-010410-0002950

© 2011 Visa. All Rights Reserved.

**In-Transit Gambling - Cardholder Credit**

Gambling winnings that are due to a Cardholder must be processed as a credit to the Account Number used in the initial Transaction. Gambling winnings must **not** be dispensed in the form of cash, check, or other payment method.

ID#: 010410-010410-0002951

# Debt Repayment Program - U.S. Region

## Debt Repayment Program

### Qualification for Debt Repayment Program - U.S. Region

In the U.S. Region, a Visa Debit Card Transaction may qualify as a Visa Debt Repayment Program Transaction if it meets the requirements specified in:

- "Merchant Requirements for Debt Repayment Program - U.S. Region"

- *Visa Debt Repayment Program Guide*

A Visa Debt Repayment Program Transaction may qualify for the Debt Repayment Program Interchange Reimbursement Fee.

ID#: 010410-010410-0005198

### Merchant Requirements for Debt Repayment Program - U.S. Region

For a U.S. Merchant to be eligible for the Debt Repayment Program, the Acquirer must ensure that the Merchant:

- Participates in Limited Acceptance of Visa Consumer Debit Card products as a means of payment in all channels where payments are accepted (i.e., Card-Absent Environments and Card-Present Environments, as applicable). A Merchant may accept all Visa Cards for any of its other lines of businesses that do not participate in the Debt Repayment Program.

- Is properly assigned Merchant Category Code (MCC) 6012, "Financial Institutions - Merchandise and Services," or MCC 6051, "Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers Cheques"

- Submits the debt repayment indicator for all Debt Repayment Program Transactions

- Ensures that the opportunity to pay with a Visa Consumer Debit Card is at least as prominently featured as all other accepted payment methods

- Only processes Visa Debt Repayment Program Transactions for an existing debt that has not been deemed uncollectible and is an approved debt type, as defined in the *Visa Debt Repayment Program Guide*

© 2011 Visa. All Rights Reserved.

• Complies with all requirements in the *Visa Debt Repayment Program Guide*

ID#: 031209-150210-0005202

## Merchants Not Participating in Debt Repayment Program - U.S. Region

A U.S. Merchant not participating in the Debt Repayment Program may accept Visa Debit Category Cards for payments on existing debt, provided that it complies with all applicable U.S. Regional Operating Regulations and is registered as a limited acceptor.

ID#: 010410-010410-0005201

## Visa Right to Terminate Participation in Debt Repayment Program - U.S. Region

In the U.S. Region, Visa may at any time:

• Disqualify a Debt Repayment Program Merchant from participation

• Modify or discontinue the Visa Debt Repayment Program

ID#: 010410-010410-0005199

# Tax and Other Government Payments

## Tax and Other Government Payments - AP Region

### Government Payments in Australia - AP Region

In Australia, a government Merchant with one of the following Merchant Category Codes may collect the Transaction amount separately from the surcharge amount, if the government Merchant requires this form of payment model. A government Merchant that does not require this model must include the surcharge amount with the Transaction amount and not collect it separately.

• 9211, "Court Costs including Alimony and Child Support"

• 9222, "Fines"

• 9223, "Bail and Bond Payments"

• 9311, "Tax Payments"

• 9399, "Government Services-not elsewhere classified"

• 9405, "Intra Government Transactions"

A government Merchant may use a third party payment service provider to deposit Transaction Receipts that result from a Transaction between a Cardholder and that government Merchant.

ID#: 090411-060111-0026163

© 2011 Visa. All Rights Reserved.

# Tax Payment Program Requirements - U.S. Region

## Tax Payment Program Eligibility - U.S. Region

In the U.S. Region, the Visa Tax Payment Program allows a Tax Payment Program Merchant to process Visa Card Transactions for the payment of certain eligible federal, state, and local taxes.

ID#: 010410-010410-0003043

## Tax Payment Program Acquirer Requirements - U.S. Region

To participate in the U.S. Region Tax Payment Program, an Acquirer must register the Tax Payment Program Merchant and be provided with a Merchant Verification Value, as specified in the *Visa Tax Payment Program Guide.*

ID#: 010410-010410-0003044

## Tax Payment Program Merchant Category Code Requirements - U.S. Region

In the U.S. Region, a Tax Payment Program Transaction must originate from a Tax Payment Program Merchant using Merchant Category Code 9311, "Tax Payments."

ID#: 010410-010410-0003045

## Tax Payment Program Data Requirements - U.S. Region

In the U.S. Region, an Acquirer participating in the Tax Payment Program must provide the Merchant Verification Value, as specified in the VisaNet manuals.

ID#: 010410-010410-0003046

## Tax Payment Program - Category Limitations - U.S. Region

In the U.S. Region, tax payments must be limited to the following categories:

- Federal and State personal and small business income taxes
- Real estate/property taxes

ID#: 010410-010410-0003047

© 2011 Visa. All Rights Reserved.

### Tax Payment Program Transaction Environments - U.S. Region

In the U.S. Region, a Tax Payment Program Transaction may be processed in either a Card-Present Environment or a Card-Absent Environment.

ID#: 010410-010410-0003048

### Tax Payment Program - Visa Rights - U.S. Region

In the U.S. Region, Visa may at any time:

• Disqualify a Tax Payment Program Merchant from participation

• Modify or discontinue the Tax Payment Program

ID#: 010410-010410-0003049

## Tax Payment Program Fee Requirements - U.S. Region

### Tax Payment Program Merchant Convenience Fee Requirements - U.S. Region 5.2.E

In the U.S. Region, a Tax Payment Program Merchant may charge a Convenience Fee for processing a Tax Payment Transaction if the Convenience Fee:

• Is a fixed or flat amount regardless of the value of the tax payment

• Charged for a Visa Transaction is **not** greater than any fixed or flat fee charged for a transaction with any other payment card

• Is clearly disclosed before the completion of the Transaction and the Cardholder is given the opportunity to cancel

ID#: 010410-010410-0003053

### Tax Payment Program Convenience Fee - U.S. Region 5.2.E

In the U.S. Region, a Convenience Fee may be charged for Tax Payment Transactions in either a Card-Present Environment or a Card-Absent Environment, including for Recurring Transactions.

ID#: 010410-010410-0003055

© 2011 Visa. All Rights Reserved.

**Tax Payment Program - Interchange Reimbursement Fee Qualifications and Fee Amount - U.S. Region 5.2.E**

In the U.S. Region, to qualify for the Debit Tax Payment Interchange Reimbursement Fee (IRF) specified in "Debit Tax Payment Interchange Reimbursement Fee - U.S. Region," the Convenience Fee for a Visa Debit Card Transaction must be a fixed or flat amount not exceeding US $3.95 per Transaction, regardless of the tax payment amount.

ID#: 010410-010410-0003054

**Tax Payment Program Fee Processing Requirements - U.S. Region 5.2.E**

In the U.S. Region, a Tax Payment Program Merchant that charges a Convenience Fee must process the Convenience Fee amount as a separate Transaction.

ID#: 010410-010410-0003056

**Tax Payment Program Merchant Option to Assess Fee - U.S. Region**

In the U.S. Region, a Tax Payment Program Merchant may assess a variable service fee for processing a Visa Consumer Credit Card or a Commercial Visa Product Transaction if:

- The Transaction is an eligible Tax Payment Transaction
- The service fee is clearly disclosed before the completion of the Transaction and the Cardholder is given the opportunity to cancel
- The service fee for a Tax Payment Transaction on a Visa Card is **not** greater than the fee charged to a Cardholder who pays with another comparable general purpose consumer credit or commercial payment card

ID#: 010410-010410-0003050

**Tax Payment Program Service Fee Processing Requirements - U.S. Region**

In the U.S. Region, the service fee for a Tax Payment Transaction must be processed separately from the Transaction and not included with the amount of tax due.

A Tax Payment Program Merchant must **not** assess a service fee for a Visa Debit Card Transaction, but may assess a Convenience Fee to process a Visa Debit Card Tax Payment Transaction, as specified in "Tax Payment Program Merchant Convenience Fee Requirements - U.S. Region."

ID#: 010410-010410-0008917

© 2011 Visa. All Rights Reserved.

# Travelers Cheques

## Travelers Cheque Acceptance and Encashment

### Travelers Cheque Acceptance Requirements

A Member must accept and encash all Cheques denominated in currencies usually exchanged in the local market.

ID#: 010410-010410-0002657

### Travelers Cheque Encashment Policy

A Member's encashment policy must be as favorable for Cheques as for other cheque brands.

ID#: 010410-010410-0002658

### Travelers Cheque Signature Comparison

Visa guarantees reimbursement for a Cheque amount if the Member complies with the encashment procedures outlined in the *Visa International Operating Regulations.*

When encashing a Cheque, a Member must both:

- Witness the customer countersigning the cheque in the lower left signature area
- Compare the countersignature with the signature appearing in the upper right signature area. If the signatures appear similar, the Member may accept the Cheque.

If the Member is uncertain about the similarity of the signatures, it may request that the customer sign the Cheque on the back and provide identification. If the Member is satisfied with the identification comparison, it may accept the Cheque.

ID#: 010410-010410-0008947

### Travelers Cheque Encashment Limitations

If a Cheque has already been countersigned, or if the presenter is **not** the original purchaser of the Cheque, the Member must **only** accept the Cheque if the presenter is a known customer and full recourse is available.

ID#: 010410-010410-0003575

© 2011 Visa. All Rights Reserved.

# Health Care Transactions

## Preauthorized Health Care Program Requirements - U.S. Region

### Preauthorized Health Care Transaction Order Form - U.S. Region

In the U.S. Region, a Cardholder that purchases services from a Health Care Merchant that accepts Preauthorized Health Care Transactions must provide a completed Order Form to the Merchant.

The Cardholder must specify at least the following on the Order Form:

- Request for the services to be charged to the Cardholder's account
- Authorization for the Health Care Merchant to charge the Cardholder's account for only that portion of the bill due subsequent to Merchant's receipt of any applicable insurance payment
- Duration of time, not to exceed one year, for which permission is granted

ID#: 081010-010410-0008706

### Health Care Merchant Requirements - U.S. Region

For Preauthorized Health Care Transactions in the U.S. Region, a Health Care Merchant must:

- Retain a copy of the Order Form during the period it is in effect
- Provide a copy of the Order Form upon Issuer request for an original Transaction Receipt
- Type or print the words "PREAUTHORIZED HEALTH CARE" on the signature line of the Transaction Receipt
- Comply with the requirements of "Preauthorized Payment Cancellation Service Declined Transaction Procedures" and "Preauthorized Transaction Decline Response - U.S. Region"

The Health Care Merchant must **not** complete a Preauthorized Health Care Transaction after receiving either a:

- Cancellation notice from the Cardholder or its Acquirer
- Decline Response

Upon receipt of the notice of adjudication from the Cardholder's insurance company, the Health Care Merchant must:

- Request Authorization for the amount due
- Submit a Transaction Receipt into Interchange within 90 calendar days of the service date

ID#: 081010-010410-0008707

VISA PUBLIC 18 October 2011
© 2011 Visa. All Rights Reserved.

# Healthcare Auto-Substantiation - U.S. Region

## Healthcare Auto-Substantiation Transactions - Acquirer Responsibilities - U.S. Region

A U.S. Acquirer or its Agent that processes a Healthcare Auto-Substantiation Transaction from a SIGIS-certified Merchant must:

- Be licensed and certified by SIGIS

- Provide the Visa Flexible Savings Account (FSA) or Visa Health Reimbursement Account (HRA) BIN list to the certified Merchant

- Comply with all the requirements stipulated by SIGIS, including storage and fulfillment of Transaction Receipt detail data, as specified in:

  - *Visa Healthcare Auto-Substantiation Transactions Retrieval of SIGIS Receipt Detail Implementation Guide*

  - "Request for Transaction Receipt Copy and Substitute Transaction Receipt"

  - "Minimum Data Requirements for Retrieval Requests"

  - "Electronic Signature Criteria"

- Request an IIAS Merchant Verification Value (MVV) on behalf of the SIGIS-certified Merchant and provide the MVV to the Merchant

- Include the IIAS Merchant Verification Value (MVV) in the Authorization Request

- Comply with the following:

  - *Visa Healthcare Auto-Substantiation Transaction Consolidated Technical Requirements*

  - *Visa Healthcare Auto-Substantiation Transactions Service Description and Implementation Guide*

ID#: 050411-010410-0003106

## Healthcare Auto-Substantiation Transactions - Merchant Responsibilities - U.S. Region

A Merchant that participates in Healthcare Auto-Substantiation Transactions must:

- Obtain a license from, and be certified by, SIGIS

- Comply with the requirements specified in:

  - *Visa Healthcare Auto-Substantiation Transaction Consolidated Technical Requirements*

  - *Visa Healthcare Auto-Substantiation Transactions Service Description and Implementation Guide*

ID#: 050411-010100-0025549

© 2011 Visa. All Rights Reserved.

# Easy Pay Transaction - General Requirements - LAC Region

## Easy Pay Transactions - Merchant Agreement - LAC Region

An LAC Acquirer that contracts with Merchants that accept Easy Pay Transactions must include the Easy Pay Transaction requirements in the Merchant Agreement or in an additional contract.

ID#: 010410-010410-0005262

## Easy Pay Patient Enrollment - LAC Region

In the LAC Region, a Medical Services Merchant must enroll a patient for participation in Easy Pay Transactions by using the "Cardholder Participation Request and Consent" form. Upon enrolling a patient, the Medical Services Merchant must obtain a Card Imprint.

The LAC Medical Services Merchant must:

• File a copy of the "Cardholder Participation Request and Consent" form

• Provide a copy of the "Cardholder Participation Request and Consent" form, accompanied by a copy of the Card Imprint, if the Issuer requests a Transaction Receipt

• Print or write on the signature line a message indicating that it is an Easy Pay Transaction

After receiving confirmation from the patient's medical insurance provider of the amount it will cover for the medical service requested, the LAC Medical Services Merchant must:

• Request Authorization for the outstanding amount if it exceeds the applicable Floor Limit

• Send the Transaction Receipt to Interchange within 30 calendar days

If the Transaction amount is not within the range preauthorized by the Cardholder, the Merchant must provide written notice at least 5 calendar days before the Transaction Date and obtain written consent from the Cardholder.

The LAC Medical Services Merchant must **not** complete an Easy Pay Transaction when it has received:

• A cancellation notice from its Acquirer or from the Cardholder

• A Decline Response

ID#: 010410-010410-0008728

VISA PUBLIC                              18 October 2011

© 2011 Visa. All Rights Reserved.

## Easy Pay - Authorization - LAC Region

### Authorizations in Public and Private Hospitals - LAC Region

In the LAC Region, a Public and Private Hospital Merchant ("H&C Merchant," based on its Spanish language acronym, MCC 8062) may use estimated Transaction amounts to request Authorizations or Status Check Authorizations before providing its services.

The H&C Merchant may estimate the Transaction amounts for Authorizations based on any of the following:

- The patient's length of stay indicated during check-in

- The room rate

- Applicable tax

- The fee rates for services

- Doctors' fees

- Routine lab tests

- Medical supplies and medicines

After completing the estimates, the H&C Merchant must comply with one of the following:

- If the estimated Transaction amount is equal to or below the Floor Limit, obtain a Status Check Authorization on the check-in date

- If the estimated Transaction exceeds the Floor Limit, obtain an Authorization and include the date, amount, and Authorization Code on the Transaction Receipt

After the check-in date and before the check-out date, the H&C Merchant may obtain and must record Authorizations for additional amounts above any amount already authorized. The H&C Merchant must obtain a final or additional Authorization, and include the date, amount, and Authorization Code on the Transaction Receipt, if the actual Transaction amount exceeds the Floor Limit or is 15% greater than the sum of the authorized amounts.

ID#: 031209-150210-0008729

© 2011 Visa. All Rights Reserved.

**THIS PAGE INTENTIONALLY LEFT BLANK.**

VISA PUBLIC                        18 October 2011
© 2011 Visa. All Rights Reserved.

# Chapter 7: Transaction Processing

## Core Principle 7.1

### Provide Authorization and Settlement Service

### Ensuring Seamless Payment Processing

Participants in the Visa system agree to provide transaction authorization and settlement services to their customers to ensure seamless payment processing.

ID#: 010410-010410-0007785

## Core Principle 7.2

### Rules Differ by Acceptance Environments

### Defining Financial Responsibility between Issuers and Acquirers

Visa defines financial responsibility between issuers and acquirers, which may vary in different merchant acceptance environments. For example, acquirers bear more responsibility for transactions completed in card-absent environments.

ID#: 010410-010410-0007786

## Core Principle 7.3

### Financial Responsibility for Processed Transactions

### Defining Issuer Financial Responsibility

Issuers are financially responsible for transactions that are accepted by the merchant as defined in the Visa Operating Regulations, and properly processed by the acquirer. Financial responsibility for transactions that are not processed as required by Visa may be returned from the issuer to the acquirer.

ID#: 010410-010410-0007787

© 2011 Visa. All Rights Reserved.

# Core Principle 7.4

## Authorize, Clear, and Settle International Transactions

### Using VisaNet to Authorize, Clear, and Settle International Transactions

Visa participants must authorize, clear, and settle messages for international Visa transactions through VisaNet, and report to Visa all domestic Visa transactions processed outside of VisaNet. In some jurisdictions, participants must authorize, clear and settle all Visa transactions through VisaNet, which enhances Visa's ability to manage risks, meet consumer expectations, and provide leading fraud-protection solutions.

ID#: 090211-010410-0007788

# Access to Visa Systems

## VisaNet Access

### Member Requirements for Visa Extended Access

If a Member has Visa Extended Access, the Member must use it to transmit its Interchange.

A Member must complete its migration to Visa Extended Access to access VisaNet. A Member must **not** make or attempt to make any repair, adjustment, alteration, or modification to Visa Extended Access, except as expressly authorized by Visa.

The above requirements do **not** apply to a U.S. Member using Direct Exchange (DEX).

ID#: 010410-010410-0008744

### Member Support of Visa Extended Access

Each Member participating in Visa Extended Access must provide, without cost to Visa, reasonable support requested by Visa for installing the V.I.P. System or BASE II, including:

• Providing a location that meets the requirements of Visa for installing Visa Extended Access on the Member's premises [91]

• Providing a sufficient number of qualified personnel that the Member will train to meet Visa specifications

• Maintaining V.I.P. System and BASE II records, documents, and logs required by Visa and providing them at the request of Visa

VISA PUBLIC                         18 October 2011

© 2011 Visa. All Rights Reserved.

- Providing access to its premises and cooperating with Visa and its authorized agents in conjunction with the installation, service, repair, or inspection of Visa Extended Access [92]

- Notifying Visa promptly of any failure of Visa Extended Access to operate properly on its premises or the premises of its agent or independent contractor [93]

- Providing computer time and a sufficient number of qualified personnel required to ensure prompt and efficient installation and use of the V.I.P. System or BASE II Edit Package software supplied by Visa

ID#: 010410-010410-0003332

## Unavailability of Visa Extended Access

If a Member's Visa Extended Access is expected to be unavailable, the Member must proceed as follows:

- If unavailable for fewer than 5 calendar days, the Member must prepare the transmission as usual and send the Interchange to Visa as soon as the VisaNet Access Point becomes available

- If unavailable for 5 or more calendar days, the Member must send the Interchange to Visa as soon as possible, as specified in the VisaNet manuals

This requirement does **not** apply to a U.S. Member using Direct Exchange (DEX).

ID#: 010410-010410-0003670

## Visa Extended Access - Canada Region

Visa owns a Visa Extended Access server installed at a Canada Member's location and is responsible for its acquisition, installation, and maintenance.

Unless otherwise agreed to by Visa:

- The Member may use the Visa Extended Access server **only** for V.I.P. System and BASE II processing

- Members must **not** share a Visa Extended Access server

ID#: 010410-010410-0008746

## V.I.P. System User Fees - U.S. Region

In the U.S. Region, a V.I.P. System User must pay the applicable fees for systems, training, and documentation services furnished to it, as specified in the *Visa U.S.A. Fee Guide*.

ID#: 081010-010410-0007347

---

91   This requirement does not apply to a U.S. Member using Direct Exchange (DEX).
92   This requirement does not apply to a U.S. Member using Direct Exchange (DEX).
93   This requirement does not apply to a U.S. Member using Direct Exchange (DEX).

© 2011 Visa. All Rights Reserved.

# Data Quality

## Authorization and Clearing Data Requirements

### Acquirer Requirement for Complete and Valid Data

An Acquirer must ensure that all Authorization Requests and Clearing Records contain complete and valid data. If data is missing or incorrect, the Acquirer may be subject to the Data Quality Compliance Program.

The table below specifies the fines and penalties applicable to an Acquirer if Visa determines that the Acquirer has failed to meet the requirements of the Data Quality Compliance Program.

For further information about these requirements, see the VisaNet manuals.

**Acquirer Penalties for Non-Compliance with the Data Quality Compliance Program**

| Violation | Time Period | Visa Action or Fine |
|---|---|---|
| **Problem Not Resolved After Second Notification Letter** | | |
| Problem not resolved after receipt of Notification | 60 calendar days | US $5,000 |
| Problem not resolved after receipt of Notification | 90 calendar days | US $10,000 |
| Problem not resolved after receipt of Notification | 120 calendar days, plus every 30 calendar days for each subsequent month until compliance is achieved | US $25,000 per month |
| **Resolution Date Not Met** | | |
| Problem not resolved by the agreed-upon date | Agreed-upon resolution date | US $5,000 |
| Problem not resolved | Within 30 calendar days of the agreed-upon resolution date | US $10,000 |
| Problem not resolved | Within 60 calendar days of the agreed-upon resolution date, plus every 30 calendar days for each subsequent month until compliance is achieved | US $25,000 per month |

An Acquirer must ensure that all Authorization Requests contain complete and valid data. If data is missing or incorrect, an Acquirer may be subject to the Data Quality Compliance Program.

© 2011 Visa. All Rights Reserved.

An Acquirer must ensure that all Clearing Records contain complete and valid data. If data is missing or incorrect, an Acquirer may be subject to the Data Quality Compliance Program.

ID#: 050411-010410-0008752

## Global Brand Protection Program Data Quality Requirements (New)

**Effective 1 June 2011,** to enable the valid identification of data for the Global Brand Protection Program, an Acquirer must:

• Ensure that all High-Brand Risk Merchants have been correctly classified, as specified in the *Visa Merchant Data Standards Manual*

• Ensure that all Authorization Requests and Clearing Records contain complete and valid data, as specified in the VisaNet manuals and the *Visa International Operating Regulations*

If Visa determines that an Acquirer or its Merchant changed, modified, or altered the Merchant name or Merchant data in any way to circumvent the Global Brand Protection Program, Visa may:

• Assess a fine of US $10,000 per Merchant, per month, to the Acquirer

• Require the Acquirer to implement risk reduction measures

• Prohibit the Acquirer from acquiring High-Brand Risk Merchants for a period of one year or more

ID#: 111011-010611-0026335

## Online Gambling Transaction Identification Penalties

**Effective through 31 May 2011,** an Acquirer is subject to the penalties specified in the following table if an Authorization Request for an Online Gambling Transaction contains incorrect data or fails to include both:

• MCC 7995, "Betting," as specified in "Online Gambling Identifiers"

• POS Condition Code 59, as specified in "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)

**Acquirer Penalties for Failure to Correctly Identify Authorization Requests
for Online Gambling Transactions (Effective through 30 June 2010)**

| Violation | Month | Visa Action or Fine |
|---|---|---|
| Uncorrected violation | Month 1 | US $25,000 fine per Merchant URL or Sponsored Merchant URL identified |
| Uncorrected violation | Month 2 in a 12-month period | US $50,000 fine per Merchant URL or Sponsored Merchant URL identified |
| Uncorrected violation | Month 3 in a 12-month period | US $100,000 fine per Merchant URL or Sponsored Merchant URL identified |

© 2011 Visa. All Rights Reserved.

| Violation | Month | Visa Action or Fine |
|---|---|---|
| Uncorrected violation | Month 4 and subsequent months in a 12-month period | Possible permanent disqualification of the Merchant or IPSP from participation in the Visa Program |

**Acquirer Penalties for Failure to Correctly Identify Authorization Requests for Online Gambling Transactions (Effective 1 July 2010 through 31 May 2011)**

| Violation[1] | Visa Action or Fine |
|---|---|
| First violation | US $10,000 fine per Merchant URL or Sponsored Merchant URL identified |
| Second violation in a rolling 12-month period | US $25,000 fine per Merchant URL or Sponsored Merchant URL identified |
| Third and any subsequent violation in a rolling 12-month period | US $50,000 fine per Merchant URL or Sponsored Merchant URL identified |
| Fourth violation in a rolling 12-month period | Possible permanent disqualification of the Merchant or IPSP from participation in the Visa program |
| | Acquirer is eligible for the imposition of risk-reduction procedures, as specified in "Member Risk Reduction Requirements" |

1. All violations must be corrected within 7 days of Notification

**Effective through 31 May 2011,** Visa may prohibit an Acquirer from contracting with a new Online Gambling Merchant for a period of one year or more if the Acquirer has one or more non-compliant Merchants identified for any 4 or more months during a 12-month period.

**Effective 1 June 2011,** an Acquirer is subject to the penalties, as specified in "Global Brand Protection Program Penalties" if an Authorization Request for an Online Gambling Transaction contains incorrect data or fails to include:

• An appropriate Merchant Category Code to identify the High-Brand Risk Merchant, as specified in "High-Brand Risk Merchant Category Codes"

• MCC 7995, "Betting," for an Online Gambling Transaction, as specified in "Online Gambling Identifiers"

• POS Condition Code 59, as specified in "Required Message Content for VisaNet Authorization Requests (Exhibit 3B)"

ID#: 171011-010410-0008753

© 2011 Visa. All Rights Reserved.

### Interchange Data Element Requirements

An Acquirer sending Interchange through BASE II must use the data elements listed in "BASE II Record Requirements" (Exhibit 2L) and the VisaNet manuals.

ID#: 010410-010410-0005521

### Visa Prepaid Card Transaction Data Requirements

A Transaction representing the purchase of a Visa Prepaid Card must be processed as a retail purchase, including transmission of a special Visa Prepaid Card indicator in the Transaction Record, as specified in the "BASE II Record Requirements" (Exhibit 2L) and the VisaNet manuals.

ID#: 081010-010410-0002516

### Merchant Category Code Assignment

An Acquirer must assign the appropriate Merchant Category Code to each Merchant and ensure that the assigned Merchant Category Code is included in the Authorization Request and Clearing Record.

ID#: 010410-010410-0003133

### High-Risk Merchant Category Codes (Updated)

**Effective through 31 May 2011,** a High-Risk Telemarketing Merchant must submit the appropriate Merchant Category Code as follows:

- With each Authorization Request
- Through BASE II

ID#: 111011-010410-0005047

### High-Brand Risk Merchant Category Code Processing (New)

**Effective 1 June 2011,** a High-Brand Risk Merchant must submit their Merchant Category Code in each Authorization Request and Clearing Record.

ID#: 111011-010611-0026336

### Quasi-Cash/Online Gambling Transaction Indicator

For a Quasi-Cash Transaction, the Quasi-Cash/Online Gambling Transaction indicator must appear in both the Authorization Request and Clearing Record.

© 2011 Visa. All Rights Reserved.

A variance applies to the CEMEA Region for Members in South Africa.

ID#: 050411-010410-0002886

### Fines for Incorrect Merchant Descriptor - U.S. Region

In the U.S. Region, Visa assesses a fine using Fee Collection Transaction Reason Code 5010 or 5210 for each Merchant Descriptor that has inaccurate, invalid, or unrecognizable data in the Authorization Request or Clearing Record. The fine is assessed monthly, as follows:

• US $100 per Merchant Descriptor, beginning in the fifth consecutive month in which the inaccurate data is not corrected

• US $200 per Merchant Descriptor, beginning in the ninth consecutive month in which the inaccurate data is not corrected

ID#: 010410-010410-0003496

# Account BIN Range

## Account Range Table

### ATM Account Range Use

An ATM Acquirer must use the Visa account range table to determine the routing of an Authorization Request.

The ATM Acquirer must install and use the table within 6 business days of its receipt from Visa.

ID#: 010410-010410-0008780

### ATM Account Range Table Distribution Prohibition

An ATM Acquirer must **not** distribute the account range table without the prior written consent of Visa.

ID#: 010410-010410-0004799

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

# General Authorization Requirements

## Authorization Services

### Acquirer Provision of Authorization Services

An Acquirer that is a Principal or Merchant Bank must provide Authorization services to its own Merchants and the Merchants signed by its sponsored Associates. This service includes Authorization for Cash Disbursements at any of its Branches.

ID#: 010410-010410-0005478

### Acquirer Participation in Authorization Services

An Acquirer must participate in the:

- International Automated Referral Service and comply with the *International Automated Referral Service (IARS) User's Guide*
- Card Verification Service

ID#: 050411-010410-0005407

### Acquirer Authorization Service Requirements - U.S. Region

A U.S. Acquirer must provide Authorization service to:

- Its own Merchants and Merchants signed by its Sponsored Members located within the United States
- Authorizing Processors

This service may be provided:

- Directly, as an Authorizing Processor
- Through another Authorizing Processor
- Through the Operator Assistance Service
- By other means approved by Visa

ID#: 010410-010410-0006944

© 2011 Visa. All Rights Reserved.

**Authorization Services Outside of the U.S. - U.S. Region**

A U.S. Acquirer or its Foreign Branch must provide Authorization service for its Merchant Outlets located outside the United States, either itself or through another Authorizing Processor.

A Foreign Branch that issues Cards must provide Authorization service to other Members.

ID#: 010410-010410-0008751

**Authorization Support for T&E Merchants without a Point-of-Transaction Terminal - U.S. Region**

A U.S. Acquirer that has a Merchant Agreement with a T&E Merchant that is not using a Point-of-Transaction Terminal must provide Support Authorization Service to the Merchant whenever the Merchant's primary Authorization number is unavailable, as specified in the appropriate VisaNet manuals.

ID#: 010410-010410-0005570

**ATM Authorization Currency**

An ATM Acquirer must submit Authorization Requests in the Transaction Currency.

ID#: 010410-010410-0004794

**Chip Card Authorization at ATM - U.S. Region 5.5.A**

For Authorization requests involving Chip-initiated Transactions in the U.S. Region, an ATM must either:

- Ensure that track 2 of the Magnetic-Stripe Image is read and transmitted
- Transmit all data elements that create the EMV-Online Card Authentication Cryptogram

ID#: 010410-010410-0004978

## Authorization Computer Interface Requirements

**Acquirer Computer Interface for Authorizations**

An Acquirer must establish a computer interface between its Authorization system and the V.I.P. System if it receives either:

- A monthly average of more than 5,000 Authorization Requests from other Members or VisaNet Processors in any 3 consecutive months

© 2011 Visa. All Rights Reserved.

- Any Authorization Requests generated by a Point-of-Transaction Terminal from its Merchants or other Members for which it provides Authorization services

The Acquirer must submit to Visa a reasonable schedule for establishing its computer interface within 90 calendar days of notifying Visa that either of the above conditions exists.

ID#: 010410-010410-0006946

## Acquirer Computer Interface for Authorizations - U.S. Region

A U.S. Acquirer must:

- Submit for approval a reasonable schedule for establishing a computer interface between its Authorization system and the V.I.P. System
- Notify Visa in writing at least 120 calendar days before the proposed date of implementation
- Establish the computer interface as specified by Visa

ID#: 010410-010410-0005690

## Visa Computer Interface Responsibilities - U.S. Region

To establish a computer interface in the U.S. Region, Visa:

- Processes requests in the order received. However, Visa may reprioritize requests as necessary.
- Provides prototype computer interface, engineering liaison, and acceptance testing to support the Acquirer during installation
- Assesses fees as specified in the *Visa U.S.A. Fee Guide*

ID#: 081010-010410-0007352

## Authorizing Processor Computer Interface Responsibilities - U.S. Region

An Authorizing Processor in the U.S. Region must:

- Assume responsibility and costs for development of software and systems necessary to interface with VisaNet
- Comply with Visa interface specifications

ID#: 010410-010410-0005692

© 2011 Visa. All Rights Reserved.

# Authorization Processing

## Required Authorization Processing through VisaNet

An Acquirer must process all Authorizations for International Transactions through VisaNet.

ID#: 010410-010410-0003369

## Account Range Table for Authorization Routing

An Acquirer may use the account range table provided by Visa to determine the routing of an Authorization Request. An Acquirer that uses the account range table to validate Visa Cards must install and use the table within 6 business days of receipt.

An Acquirer must **not** distribute the account range table without the prior written consent of Visa.

ID#: 010410-010410-0008754

## Matching Data in ATM Authorization and Clearing Messages

An ATM Acquirer must ensure that the following information matches in the Authorization and Clearing messages:

• Account Number

• Transaction Authorization Code

• Acquirer BIN

• Transaction amount

• Account selection processing code

• Merchant Category Code

ID#: 010410-010410-0004796

## Private Agreements for Domestic Authorizations

Rules for Domestic Authorizations may be superseded in whole or in part by either Private Agreements or the operating regulations of Group Members.

**Effective 1 April 2011,** this provision is not applicable in the AP Region for Members in Malaysia, Philippines, Singapore, Thailand and Vietnam.

ID#: 050411-010411-0007248

© 2011 Visa. All Rights Reserved.

## Compliance with Authorization Requirements

Each Member that processes Authorizations must comply with:

- The *Visa International Operating Regulations*, and National Operating Regulations applicable in the Transaction Country or Visa Region, regardless of how the Authorization is routed or where it is processed
- "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)
- "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)
- VisaNet manuals

ID#: 010410-010410-0003368

## Visa Authorization Service Fees

Visa provides Authorization processing to Members using the V.I.P. System. Members must pay for Authorization processing and applicable fees and charges, as specified in the appropriate regional fee guide.

ID#: 111011-010410-0005139

## Acquirer Responsibility for Telecommunications Costs

An Acquirer must pay for telephone or fax calls made to an Issuer for Authorization purposes. However, an Acquirer may record and recover these costs from the Issuer.

ID#: 050411-010410-0007979

## V.I.P. System Services for Authorizing Processors - U.S. Region

Visa provides the following V.I.P. System services to U.S. Authorizing Processors upon written request at least 120 calendar days before implementation:

- Message Processing Service, to provide Authorizations when an Authorizing Processor does not directly provide Authorization for its Merchants
- File change service, to update the Exception File and PIN Verification Value file
- Reports to advise Authorizing Processors of their V.I.P. System activity, other than message processing activity
- PIN Verification Service
- Key Management Service
- Operator Assistance Service

© 2011 Visa. All Rights Reserved.

• Direct-Connect Merchant service

ID#: 010410-010410-0005757

# Issuer Authorization Requirements

## Minimum Activity File Parameters

An Issuer must select minimum Activity File Parameters for all Transactions, as specified in the VisaNet manuals.

ID#: 010410-010410-0001857

## Manual Cash Disbursement Authorization Limits

The Interchange Authorization Limits for Manual Cash Disbursements are specified in "Forwarding of Authorization Request to Visa." If an Issuer chooses to set higher limits, it must identify them on the "Visa Interchange Directory Update Form" (available through the Visa Publication Center on Visa Online).

ID#: 080411-010410-0003138

## Mandatory Minimum Authorization Limits

An Issuer is subject to the mandated minimum Positive Cardholder Authorization Service Activity File Parameters and Issuer Limits as specified in the VisaNet manuals for the following Card types:

• Visa Gold/Premier Card

• Visa Infinite Card

• Visa Business Card

• Visa Corporate Card

A Visa Purchasing Card Issuer may apply a minimum Issuer Limit of zero for Authorization Requests.

ID#: 010410-010410-0008793

## Mandatory Minimum Authorization Limits Exceptions

Mandatory minimum Authorization limits do **not** apply to a Visa Prepaid Card or debit Visa Card Issuer.

Visa may exempt an Issuer from the mandatory minimum Authorization limits.

ID#: 010410-010410-0008794

© 2011 Visa. All Rights Reserved.

**Issuer Authorization Reversal - Issuer Requirements**

An Issuer that receives an Authorization Reversal must attempt to match the Authorization Reversal to a previous Authorization Request.

When matched, the Issuer must immediately:

- Process the Authorization Reversal as specified in the VisaNet manuals
- Release any applicable hold on the available funds in its Cardholder's account

ID#: 111011-010410-0025592

**Commercial Visa Product Minimum Issuer Limits - U.S. Region**

A Commercial Visa Product Issuer in the U.S. Region must apply minimum Issuer Limits for international Authorization Requests as specified in the VisaNet manuals.

ID#: 050411-010410-0005447

## Member Authorization Services

### Issuer Authorization Service Requirement

An Issuer must provide Authorization services for all of its Cardholders, 24 hours a day, 7 days a week, using one of the following methods:

- Directly, as a VisaNet Processor
- Through another VisaNet Processor
- By other means approved by Visa

ID#: 010410-010410-0004381

### Issuer Authorization Response Requirements

An Issuer must provide Authorization Responses as specified in the VisaNet manuals and:

- Meet the assured Transaction response standards
- Participate in the International Automated Referral Service and comply with the *International Automated Referral Service (IARS) User's Guide* [94]
- Participate in the Card Verification Service, as specified in "Card Verification Service Participation"

---

94    Not applicable to Visa Electron Issuers.

© 2011 Visa. All Rights Reserved.

Visa recommends that the Issuer:

• Periodically review its international Authorization Responses

• Not systematically or permanently send a Decline Response to an Authorization Request for any of the following:

  – Mail/Phone Order Transactions

  – Electronic Commerce Transactions [95]

  – Transactions from a specific country

ID#: 111011-010410-0004382

## Reversal of Duplicate Authorizations

An Issuer must reverse duplicate Authorization Transactions from its Cardholder records upon receipt of Reversal information.

ID#: 010410-010410-0004383

## Acquirer Authorization Service Requirement

An Acquirer must provide primary and backup Authorization service 24 hours a day, 7 days a week. This service may be provided by any of the following:

• The Acquirer directly

• Another VisaNet Processor, including Visa

• Other means approved by Visa

ID#: 010410-010410-0005411

# Code 10 Authorizations - U.S. Region

## Suspicious Transaction Merchant Requirements - U.S. Region 5.2.K

If a U.S. Merchant is suspicious of a Transaction, the Merchant must:

• Contact the Issuer at the telephone number listed in the *Visa Interchange Directory* using an In or Out WATS line, if available, or a collect call

• Ensure that its employees are familiar with Code 10 procedures (available from Visa upon request)

• Request a Code 10 Authorization

---

95   For requirements specific to Electronic Commerce Transactions coded with an ECI value of "6", see "Decline Response Prohibition for Electronic Commerce Transactions."

© 2011 Visa. All Rights Reserved.

• If the Issuer is not available, process a normal Authorization Request

ID#: 010410-010410-0005648

## Code 10 Issuer Contact Requirements - U.S. Region

To make a Code 10 Authorization Request, a U.S. Acquirer must contact the Issuer at the telephone number listed in the *Visa Interchange Directory* under "Fraud - Lost/Stolen Contact."

If the Issuer or the Issuer's Authorizing Processor is unavailable, the Acquirer must process the Authorization Request as specified in "Emergency Authorization for Transactions - Amount Limits - U.S. Region."

ID#: 010410-010410-0008797

# Authorization Amount

## Authorization Currency and Conversion

An Authorization Request must be expressed in US dollars or the Transaction Currency.

If the Transaction Currency is not US dollars, an Acquirer may convert the Authorization amount into US dollars before sending the Authorization Request to Visa. If the Acquirer converts the Authorization amount, it must use a generally accepted Currency Conversion Rate.

ATM Cash Disbursements and Manual Cash Disbursements must be authorized in the Transaction Currency.

ID#: 010410-010410-0008803

## Authorization Request Amount - U.S. Region

A U.S. Acquirer must process an Authorization Request for the final amount of a Transaction that is entered into Interchange, with the following exceptions:

• Hotel and Car Rental Transactions

• Transactions originating at restaurant Merchants

• Mail/Phone Order and Electronic Commerce Transactions

• Transactions conducted at Cruise Lines

• Transactions originating at a Merchant Outlet assigned any one of the following Merchant Category Codes:

  – 4121, "Taxicabs and Limousines"

  – 5813, "Bars and Taverns"

  – 7230, "Beauty and Barber Shops"

© 2011 Visa. All Rights Reserved.

   – 7298, "Health and Beauty Spas"

- Account Number Verification Transactions
- Transactions at Merchants permitted to use the Status Check Procedure

ID#: 010410-010410-0005519

## Status Check Availability for Lodging Merchants - U.S. Region

A U.S. Acquirer of a Lodging Merchant that wants to use the Status Check Procedure instead of an Authorization Request for an estimated Transaction amount must:

- Obtain written permission from Visa for the Lodging Merchant to be eligible to use the Status Check Procedure
- Qualify for the Electronic Interchange Reimbursement Fee or the payment service Interchange Reimbursement Fee

ID#: 010410-010410-0008799

## Merchants Eligible for Status Check Procedure - U.S. Region

In the U.S. Region, only a Prestigious Property or an Automated Fuel Dispenser Merchant may use the Status Check Procedure to request an Authorization for US $1 instead of an Authorization Request for the exact Transaction amount when the exact Transaction amount is not known.

ID#: 081010-010709-0007188

## Merchants Not Eligible for Status Check Procedure - U.S. Region

In the U.S. Region, a Merchant that is not eligible to use the Status Check Procedure may use the Account Number Verification Service.

ID#: 010410-010709-0007189

## Status Check Procedure - Authorization Reversal - U.S. Region

In the U.S. Region, a Prestigious Property or Automated Fuel Dispenser Merchant that cancels a US $1 Status Check is subject to the Authorization Reversal requirements specified in the U.S. Regional Operating Regulations.

ID#: 081010-010709-0007190

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

# Manual Authorizations

## Manual Authorization Procedures

### Forwarding of Authorization Request to Visa

An Acquirer must forward an Authorization Request to Visa or the Issuer under any of the following conditions:

- The Transaction amount added to previous Transactions on the same Account Number on the same day exceeds the Interchange Authorization Limit set by the Issuer, or the Floor Limits specified in "Maximum Authorized Floor Limits," whichever is greater

- The minimum Interchange Authorization Limit is US $350 for Retail Transactions and US $150 for Manual Cash Disbursements. If an Issuer has established higher limits, they appear on the Issuer's "Visa Interchange Directory Update Form" (available through the Visa Publication Center on Visa Online)

- A Merchant questions the validity of the Card or informs the Acquirer that it is suspicious about a Transaction

- A Cardholder wants to make a purchase in person (**not** a Mail/Phone Order Transaction) but does not have their Card

- A Cardholder presents an Expired Card

- A Cardholder presents a Card with a blank signature panel

ID#: 050411-010410-0005497

### Visa Transaction Approval

If Visa approves a Transaction:

- Visa provides the Acquirer with an Authorization Code based on the date, time, and Account Number

- The Acquirer provides the Merchant with an Authorization Code

ID#: 111011-010410-0005498

### Manual Authorization Code on Transaction Receipt

When an Authorization Code is obtained using manual Authorization procedures, the Merchant must include it on the Transaction Receipt.

ID#: 010410-010410-0008981

© 2011 Visa. All Rights Reserved.

**Substitute Authorization Code**

If a Transaction originating at an Authorization-Only Terminal does **not** require Authorization, the Acquirer must use the substitute Authorization Code "0000N" in the Clearing Record.

ID#: 010410-010410-0005501

# Emergency Authorizations

## Emergency Authorization Procedures

### Procedure During Communication Failure

An Acquirer must follow emergency Authorization procedures if it cannot transmit an Authorization Request to Visa due to a communications failure.

An Acquirer must **not** use the procedures:

- For more than 4 hours
- If any other means of electronic interface with Visa is available

ID#: 010410-010410-0008800

### Emergency Authorization Procedure for ATM and Unattended Transactions (Updated)

**Effective through 14 October 2011,** the emergency Authorization procedures do **not** apply to ATM Cash Disbursements or Cardholder-Activated Transactions Type C. When an Acquirer cannot transmit Authorization Requests, it must transmit a "service unavailable now" Authorization Response to the terminal in reply to an Authorization Request.

**Effective 15 October 2011,** the emergency Authorization procedures do **not** apply to ATM Cash Disbursements or Unattended Transactions where a PIN is present. When an Acquirer cannot transmit Authorization Requests, it must transmit a "service unavailable now" Authorization Response to the terminal in reply to an Authorization Request.

**Effective through 14 October 2011,** in the U.S. Region, the emergency Authorization procedures do **not** apply to ATM Cash Disbursements or Automated Dispensing Machine Transactions. When the Authorizing Processor cannot transmit Authorization Requests, it must transmit a "service unavailable now" Authorization Response to the terminal in reply to the Authorization Request. *(This only applies in the U.S. Region.)*

ID#: 111011-010410-0008801

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Emergency Authorization for Transactions

If a Transaction amount is X or more, an Acquirer must contact the Issuer by telephone or fax for Authorization, as specified in "Manual Authorization Requirements - Authorizations Sent to the Issuer."

If the Transaction amount is less than X, the Acquirer is **not** required to contact the Issuer. The Acquirer must:

• Review the appropriate Card Recovery Bulletin

• Provide the Merchant with an Authorization Code if the Account Number does not appear on the Card Recovery Bulletin

ID#: 111011-010410-0008827

## Emergency Authorization for Transactions - Amount Limits - U.S. Region

In the U.S. Region, if a Transaction is more than X or the Cardholder presents an Expired Card, the Authorizing Processor must:

• Call the Issuer at the telephone number listed in the *Visa Interchange Directory*

• Use an In or Out WATS line, if available, or call collect

• Provide the information specified in:

  – "Required Data for Authorization Requests and Responses" (Exhibit OO)

  – The appropriate VisaNet manual

If the Transaction is X or less, the Authorizing Processor must:

• Review the current National Card Recovery File and approve the requested Authorization if the Account Number does not appear

• Issue an Authorization Code

ID#: 111011-010410-0008828

## Emergency Authorization Procedure Limitations - U.S. Region

In the U.S. Region, an Authorizing Processor must follow emergency Authorization procedures if it cannot transmit an Authorization Request to Visa due to an emergency.

Emergency Authorization procedures must **not** be used during a routine system shutdown that the Authorizing Processor can control.

An Authorization granted using emergency Authorization procedures does **not** constitute an Authorization for purposes of Chargeback rights.

ID#: 010410-010410-0008802

© 2011 Visa. All Rights Reserved.

# Partial Authorizations

## Partial Authorization Service Requirements

### Partial Authorization Service Participation Requirements

An Acquirer and its Processor may participate in the Partial Authorization service.

To participate in the service, an Acquirer and its Processor must:

- Support Partial Authorization Transactions and Authorization reversals
- Obtain systems certification from Visa to receive and transmit Visa Partial Authorization transactions as specified in the appropriate VisaNet manual

ID#: 081010-010410-0002515

### Partial Authorization Service Participation Requirements - U.S. Region

A U.S. Acquirer must:

- Support an Authorization Request message for terminals that have been programmed to accept a Partial Authorization Response
- Include the Partial Authorization indicator in the Authorization Request message, as specified in the VisaNet manuals
- Support partial approval amounts and Partial Authorization (Response Code "10") from an Issuer, as specified in the VisaNet manuals, for terminals that have been programmed to accept Partial Authorization Responses
- Accept and forward to Visa an Authorization Reversal received subsequent to a Partial Authorization Response
- Submit a Clearing Transaction for no more than the amount approved in the Partial Authorization Response
- Obtain systems certification from Visa to receive and transmit Visa Partial Authorization transactions as specified in the VisaNet manuals

ID#: 050411-010410-0003532

© 2011 Visa. All Rights Reserved.

# Non-Visa Transaction Authorizations

## Processing Requirements

### Stand-In Authorization Processing for Non-Visa Transactions

Visa may provide Stand-In Processing for non-Visa Card transactions if the authorization processing service associated with the non-Visa Card is unavailable. Visa is **not** responsible for losses incurred on non-Visa transactions authorized through the VisaNet Payment Gateway services.

ID#: 010410-010410-0005508

### MasterCard Authorization Request Requirements - U.S. Region

In the U.S. Region, an Authorizing Processor that is directly linked to VisaNet must be capable of receiving MasterCard authorization requests directly through VisaNet.

ID#: 010410-010410-0005593

### Authorization Services for American Express Terminals - U.S. Region

A U.S. Acquirer must provide Visa Authorization services for its Merchant using an American Express terminal if either:

- Authorization for a Visa Transaction to be cleared over the systems link cannot be obtained through use of an American Express terminal
- Referral Response is generated at an American Express terminal

ID#: 010410-010410-0005598

# Stand-In Processing (STIP)

## Stand-In Processing Requirements

### Intraregional Authorization Requests - Maximum Time Limit for Response

Visa may establish time limits for Intraregional Authorization Requests. The maximum time limit for a response to an Authorization Request is:

- 15 seconds without PIN data

© 2011 Visa. All Rights Reserved.

• 30 seconds with PIN data

ID#: 010410-010410-0004385

## Authorization Requests - Maximum Time Limit for Response - CEMEA Region

In the CEMEA Region, the maximum time limit for a response to an Authorization Request is:

• 15 seconds without PIN data
• 25 seconds with PIN data

ID#: 010410-010410-0005509

## Authorization Requests - Maximum Time Limit for Response - U.S. Region

In the U.S. Region, the maximum time limit for response to an Authorization Request to be received by the V.I.P. System from a Point-of-Transaction Terminal is:

• 10 seconds without PIN data
• 25 seconds with PIN data

ID#: 010410-010410-0005426

## Average Authorization Response Time Standard - U.S. Region

A U.S. Issuer or its Authorizing Member (including V.I.P. Stand-In Processing) must respond to all Authorization Requests in an average time not exceeding 5 seconds during each calendar month.

ID#: 010410-010410-0005425

## Assured Transaction Response

If Visa does not receive an Authorization Response from an Issuer within the specified time limit, Visa will respond on behalf of the Issuer, using Stand-In Processing.

ID#: 010410-010410-0008804

## Issuer Responsibility for Stand-In Processing Authorizations

The Issuer is responsible for Transactions authorized by Stand-In Processing.

ID#: 010410-010410-0004386

© 2011 Visa. All Rights Reserved.

## Visa Authorization Response

If Visa receives an Issuer Authorization Response after it has initiated Stand-In Processing, it will not forward the Issuer-generated Authorization Response to the Acquirer. The Visa-generated Authorization Response takes precedence over the Issuer's Authorization Response.

ID#: 010410-010410-0008805

## Acquirer Stand-In Authorization for Domestic Visa Transactions in Australia – AP Region

In Australia, if an Acquirer is temporarily unable to contact VisaNet, any domestic Authorization Request, received by the Acquirer's Authorization processing center with the ability to perform stand-in Authorization, may be approved unless either:

- The Visa Cardholder Account Number is listed on the negative file
- The value of the Authorization Request exceeds the current maximum amount allowable

ID#: 050411-060111-0026169

## Issuer Availability in Australia – AP Region

In Australia, an Issuer or its VisaNet Processor must maintain Authorization availability of not less than 98%.

ID#: 111011-060111-0026170

## Authorization of Visa Signature Card and Visa Signature Preferred Card Transactions - U.S. Region

In the U.S. Region, for Visa Signature Cards and Visa Signature Preferred Cards, if an Issuer is unavailable and has not established stand-in limits, the V.I.P. System will use Stand-In Processing and the PIN Verification Service to authorize up to X per day, per account.

ID#: 111011-010410-0008992

© 2011 Visa. All Rights Reserved.

# Authorization Request Monitoring

## Authorization Request Monitoring Requirements

### Decline Threshold - U.S. Region

In the U.S. Region, if the number of Authorization Requests for a specific Account Number exceeds a pre-determined threshold and fails data edits, Visa will decline all subsequent Authorization Requests for that Account Number and send an advice to the Issuer.

Visa will remove the block on the Account Number upon notification from the Issuer.

ID#: 010410-010410-0008839

### Issuer Authorization Monitoring - AP Region

An AP Issuer must monitor all Authorizations for each Cardholder Account Number daily. The Issuer must retain a record of all Authorizations for at least 30 calendar days.

The Issuer must generate exception reports for the following categories if the parameters set by the Issuer are exceeded:

- Individual authorized Transactions exceeding the Issuer's pre-set limit for Transaction amounts
- Total number of authorized Transactions exceeding the Issuer's pre-set limit for Transaction amounts
- Total number of Transactions exceeding the Issuer's pre-set limit for number of Authorizations per account

ID#: 081010-010410-0008840

### Acquirer Authorization Monitoring - AP Region

An AP Acquirer must monitor and retain all Authorizations processed through its system for each Merchant Outlet daily. The Acquirer must retain a record of all Authorizations for a minimum of 30 calendar days.

The Acquirer must generate exception reports if any of the following conditions occur:

- More than 3 Authorizations on an individual Cardholder Account Number during a 24-hour period
- An authorized Transaction exceeds the Acquirer's pre-set limit for Transaction amounts
- Ratio of key-entered Transactions to Magnetic-Stripe-read Authorizations exceeds the Acquirer's pre-set limit

© 2011 Visa. All Rights Reserved.

• Repeated Authorization Requests for the same Transaction amount

ID#: 081010-010410-0008842

# Authorization Response Standards

## Approval, Referral, and Decline Rate Standards

### Minimum Monthly Approval Rates

An Issuer must maintain the minimum monthly approval rates for its Visa Programs as listed in the following table. The approval rate is the number of positive Authorization Responses as a percentage of all Authorization Requests processed.

**Minimum Monthly Approval Rates**

| Category | Visa Classic Cards[1] | Visa Gold/ Premier Cards[1] | Visa Business and Visa Corporate Cards | Visa Purchasing Cards | Visa Signature Cards[2] | Visa Infinite Cards |
|---|---|---|---|---|---|---|
| Retail Merchants | Not applicable | 95% | 95% | Not applicable | 99% | 99% |
| Airlines | 90% | 95% | 95% | Not applicable | 99% | 99% |
| Hotels | 90% | 95% | 95% | Not applicable | 99% | 99% |
| Cruise Lines | 90% | 95% | 95% | Not applicable | 99% | 99% |
| Car Rental Companies | 90% | 95% | 95% | Not applicable | 99% | 99% |
| Mail/Phone Orders | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Quasi-Cash | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| ATM Cash Disbursements | Not applicable | 65% | 65% | Not applicable | 65% | 65% |
| Manual Cash Disbursements | Not applicable | 85% | Not applicable | Not applicable | 85% | 85% |

1. A variance to this requirement applies in the U.S. Region.

© 2011 Visa. All Rights Reserved.

| Category | Visa Classic Cards[1] | Visa Gold/ Premier Cards[1] | Visa Business and Visa Corporate Cards | Visa Purchasing Cards | Visa Signature Cards[2] | Visa Infinite Cards |
|---|---|---|---|---|---|---|

2. **Effective 1 January 2011,** this requirement also applies to Visa Signature Business Cards in the AP Region.

ID#: 050411-010410-0004404

## Authorization Referral and Approval Response Rate Reporting

An Issuer must report to Visa its Referral Response and Approval Response rates for Domestic Transactions on a quarterly basis.

ID#: 010410-010410-0004405

## Minimum Monthly Approval Rate Requirements - General - U.S. Region

A U.S. Issuer must maintain the minimum monthly approval rates listed in the tables below for its Visa Programs. The approval rate is the number of positive Responses as a percentage of all Authorization Requests processed.

### Minimum Monthly Approval Rates - Visa Consumer Card Programs - U.S. Region

| Category | Visa Traditional | Visa Signature and Visa Signature Preferred | Consumer Visa Check Card |
|---|---|---|---|
| Airlines/Car Rentals | 92% | 99% | 92% |
| Lodging/Cruise Line Merchants | 95% | 99% | 95% |
| Manual Cash Disbursements | Not Applicable | 95% | Not Applicable |
| All Merchants (including those listed above) | 95% | 99% | 95% |

### Minimum Monthly Approval Rates - Commercial Visa Products - U.S. Region

| Category | Visa Business | Visa Signature Business | Visa Corporate | Visa Purchasing |
|---|---|---|---|---|
| Airlines/Car Rentals | 96% | 99% | 98% | Not Applicable |
| Lodging/Cruise Line Merchants | 97% | 99% | 98% | Not Applicable |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Category | Visa Business | Visa Signature Business | Visa Corporate | Visa Purchasing |
|---|---|---|---|---|
| Manual Cash Disbursements | Not Applicable | Not Applicable | Not Applicable | Not Applicable |
| All Merchants (including those listed above) | 96% | 99% | 98% | Not Applicable |

ID#: 111011-010410-0005446

# 3-D Secure Authentication

## Authentication Request Requirements

### CAVV Requirement

An Issuer must include a Cardholder Authentication Verification Value (CAVV) in the following responses to an Authentication Request:

- Authentication Confirmation
- Attempt Response

The Issuer must:

- Retain a log of all Authentication Requests and Authentication Records
- Provide the log to Visa at Arbitration or Compliance

The CAVV must be validated during Authorization, or the CAVV is assumed to be valid.

ID#: 081010-010410-0008807

### Authorization Response for Electronic Commerce Transactions - U.S. Region

A U.S. Acquirer must **not** submit an Authorization Request for an Electronic Commerce Transaction that failed a 3-D Secure Authentication Request.

ID#: 010410-010410-0005569

© 2011 Visa. All Rights Reserved.

# Automated Referral Service

## Automated Referral Service (ARS) - U.S. Region

### Issuer International Automated Referral Service Response Requirement - U.S. Region

A U.S. Issuer must be able to accept and immediately respond to an International Automated Referral Service inquiry.

ID#: 050411-010410-0005742

### Acquirer Inquiry Requirements - U.S. Region 6.2.F.3.a (Updated)

A U.S. Acquirer must:

• Generate an International Automated Referral Service inquiry for all Referral Responses received from the V.I.P. System, including Referral Responses involving a Visa Card issued outside the U.S. Region. This requirement does **not** apply to Authorization Requests where the Issuer and Acquirer use the same Authorizing Processor.

• **Effective through 14 October 2011,** meet or exceed the International Automated Referral Service inquiry standard of 40%. The inquiry standard, calculated for each BIN, is the number of Referral Responses processed through the International Automated Referral Service as a percentage of the total number of Referral Responses received by the Acquirer. It excludes duplicate Referral Responses on a single Transaction, Referral Responses on Mail/Phone Order Transactions, and Referral Responses to Cardholder-Activated Terminals.

• **Effective 15 October 2011,** meet or exceed the International Automated Referral Service inquiry standard of 40%. The inquiry standard, calculated for each BIN, is the number of Referral Responses processed through the International Automated Referral Service as a percentage of the total number of Referral Responses received by the Acquirer. It excludes duplicate Referral Responses on a single Transaction, Referral Responses on Mail/Phone Order Transactions, and Referral Responses to Unattended Cardholder-Activated Terminals.

ID#: 111011-010410-0005743

### Referral Incentive Payment - U.S. Region

A U.S. Acquirer receives a referral incentive payment, as specified in the *Visa U.S.A. Fee Guide*:

• For each Referral Response processed through the International Automated Referral Service

• If the International Automated Referral Service inquiry is initiated within 20 minutes of the initial Referral Response

© 2011 Visa. All Rights Reserved.

The Acquirer does not receive a referral incentive payment for a Referral Response generated in response to a Manual Cash Disbursement Authorization Request.

ID#: 050411-010410-0008792

## International Automated Referral Service - U.S. Region

In the U.S. Region, the International Automated Referral Service connects the Authorizing Processor directly with the Issuer or its Authorizing Processor. However, the International Automated Referral Service provides Stand-In Processing for Referral Responses or "system malfunction" (96) responses if the:

- Issuer's telephone line is busy
- International Automated Referral Service call is not answered within 30 seconds
- International Automated Referral Service call is placed on hold for more than 30 seconds after the call is answered

If the International Automated Referral Service provides Stand-In Processing, it:

- Verifies that a Referral Response or "system malfunction" response was generated
- Checks the Account Number against the Exception File
- Requests that the Merchant review positive Cardholder identification. If the Cardholder does not provide positive identification, a Decline Response is issued.

ID#: 050411-010410-0008795

## International Automated Referral Service Approval Response Limits - U.S. Region

If a U.S. Cardholder provides positive identification and the Account Number is not listed on the Exception File with a Decline Response, the International Automated Referral Service issues an Approval Response and a 4-digit Authorization Code followed by a letter.

ID#: 111011-010410-0005748

## International Automated Referral Service Advice - U.S. Region

In the U.S. Region, the V.I.P. System forwards an advice to the Issuer for each Authorization Response generated by the International Automated Referral Service.

An Authorization issued by the International Automated Referral Service is a valid Authorization.

ID#: 050411-010410-0008796

© 2011 Visa. All Rights Reserved.

# Referral Responses

## Referral Response Requirements

### Referral Response - Prohibited Transaction Types

An Issuer must **not** send a Referral Response to an Authorization Request for:

- ATM or Electronic Commerce Transactions. If the Issuer does so, VisaNet will reject the Referral Response and process the Authorization Request according to Stand-In Processing parameters.
- Telephone Service Transactions with Merchant Category Code 4814, "Telecommunication Services." If the Issuer does so, VisaNet will perform Stand-In Processing. If Stand-In Processing returns a Referral Response, the Referral Response will be converted to a Decline Response and forwarded to the Acquirer.

ID#: 010410-010410-0008832

### Conversion of Referral Response to Decline Response - STIP-Generated Authorization Request

A Referral Response generated on an International Transaction due to Issuer Stand-in Processing parameters will be converted to a Decline Response if the Transaction amount is less than US $500 and the Issuer is unavailable.

ID#: 010410-010410-0004397

### Conversion to Decline Response - Issuer-Generated Authorization Request (Updated)

A Referral Response generated on an International Transaction by an Issuer will be converted by VisaNet to a Decline Response for:

- Mail/Phone Order Transactions
- **Effective through 14 October 2011,** Unattended Terminal Transactions
- **Effective 15 October 2011,** Unattended Transactions
- The following Merchant Category Codes when the transaction is less than US $100:
  - 4121, "Taxicabs and Limousines"
  - 4784, "Tolls and Bridge Fees"
  - 5411, "Grocery Stores and Supermarkets"
  - 5814, "Fast Food Restaurants"
  - 7523, "Parking Lots, Parking Meters, and Garages"

© 2011 Visa. All Rights Reserved.

– 7832, "Motion Picture Theaters"

ID#: 111011-010410-0008833

## Maximum Issuer Monthly Referral Rates

An Issuer must **not** exceed the monthly referral rate listed in the table below for its Visa Program in the specified Merchant categories. The referral rate is the number of Referral Responses as a percentage of all Authorization Requests processed by an Issuer, excluding those processed by Stand-In Processing.

### Maximum Monthly Referral Rates

| Category | Visa Classic Cards, Visa Gold/Premier Cards, and Visa Commercial Cards | Visa Signature Cards, Visa Infinite Cards[1] | Visa Electron Cards |
|---|---|---|---|
| Retail Merchants | 0.5% | 0.3% | Not allowed |
| Airlines | 0.5% | 0.3% | Not allowed |
| Hotels | 0.5% | 0.2% | Not allowed |
| Cruise Lines | 0.5% | 0.3% | Not allowed |
| Car Rentals | 0.5% | 0.2% | Not allowed |
| Mail/Phone Orders | 0.5% | 0.3% | Not allowed |
| Quasi-Cash | 0.5% | 0.3% | Not allowed |
| ATM Cash Disbursements | Not allowed | Not allowed | Not allowed |

Referral rates listed for Mail/Phone Order Transactions also apply for Domestic Mail/Phone Order Transactions unless a different rate is specified in the applicable Regional Operating Regulations.

1. **Effective 1 January 2011,** this requirement also applies to Visa Signature Business Cards in the AP Region.

ID#: 050411-010410-0004401

## Referral Response Prohibition for Visa Electron Cards

A Visa Electron Issuer must **not** generate a Referral Response to any Authorization Request for Visa Electron Cards.

ID#: 010410-010410-0004402

© 2011 Visa. All Rights Reserved.

## Issuer Referral Response Requirements

If an Issuer or its agent generates a Referral Response, it must both:

- Be available to receive the call or fax
- Respond with an Approval Response, Decline Response, or Pickup Response immediately after receiving the requested information

ID#: 111011-010410-0004403

## Referral Response Requirements - Canada Region

The Referral Response standards specified in "Conversion of Referral Response to Decline Response - STIP-Generated Authorization Request" and "Conversion to Decline Response - Issuer-Generated Authorization Request" apply to Domestic Transactions and International Transactions in the Canada Region.

ID#: 010410-010410-0005381

## Referral Response Prohibitions and Rates - U.S. Region

A U.S. Issuer must **not**:

- Send a Referral Response to an Authorization Request involving an Electronic Commerce Transaction
- Exceed the monthly referral rate listed in the tables below for its Visa Consumer Card and Commercial Visa Product Programs, respectively, in the specified Merchant categories

The referral rate is the number of Referral Responses as a percentage of all Authorization Requests processed by an Issuer, excluding those processed by Stand-In Processing.

### Maximum Monthly Referral Rates - Visa Consumer Card Programs - U.S. Region

| Category | Visa Consumer Credit | Consumer Visa Check Card |
|---|---|---|
| Airlines | 0.30% | 0.50% |
| Lodging/Cruise Line Merchants | 0.20% | 0.15% |
| Car Rental Companies | 0.20% | 0.20% |
| All Merchants (including those listed above) | 0.20% | 0.20% |

© 2011 Visa. All Rights Reserved.

**Maximum Monthly Referral Rates - Commercial Visa Products - U.S. Region**

| Category | Visa Business | Visa Signature Business | Visa Corporate | Visa Purchasing |
|---|---|---|---|---|
| Airlines | 0.30% | 0.30% | 0.20% | 0.10% |
| Lodging/Cruise Line Merchants | 0.10% | 0.10% | 0.10% | 0.10% |
| Car Rental Companies | 0.15% | 0.15% | 0.10% | 0.10% |
| All Merchants (including those listed above) | 0.20% | 0.20% | 0.15% | 0.10% |

ID#: 111011-010410-0005443


## Referral Response for Mail/Phone Order Transactions - U.S. Region

If a U.S. Issuer replies with a Referral Response to an Authorization Request for a Mail/Phone Order Transaction, the V.I.P. System will either:

- Forward Transactions greater than US $100 to the Acquirer's Authorizing Processor
- Return an "invalid response" code for Transactions less than or equal to US $100 to the Issuer or its Authorizing Member

Upon receipt of the "invalid response" code, the Issuer may generate an Approval Response or Decline Response within the appropriate Authorization Response time limit.

If there is no Authorization Response within the appropriate time limit, Stand-In Processing generates an Approval Response or Decline Response, as specified in the Issuer's "Issuer Unavailable" Activity Limits.

ID#: 010410-010410-0005444


## Maximum Monthly Referral Rates for International Transactions - U.S. Region

A Commercial Visa Product Issuer in the U.S. Region must **not** exceed the monthly referral rate listed in the table below for international Authorization Requests during each calendar month.

The referral rate is the number of Referral Responses as a percentage of all Authorization Requests processed by the Issuer, excluding those processed by Stand-In Processing.

**Maximum Monthly Referral Rates for International Authorization Requests - U.S. Region**

| Card Type | Maximum Monthly Referral Rate |
|---|---|
| Visa Business | 0.20% |
| Visa Signature Business | 0.20% |

© 2011 Visa. All Rights Reserved.

| Card Type | Maximum Monthly Referral Rate |
|-----------|-------------------------------|
| Visa Corporate | 0.15% |
| Visa Purchasing | 0.10% |

ID#: 111011-010410-0005445

### Stand-In Processing Referral Response (Point-of-Transaction Terminals) - U.S. Region (Updated)

Stand-In Processing issues the Referral/Activity Default Response specified by a U.S. Issuer to an Authorization Request from a Point-of-Transaction Terminal when:

- Either a Referral Response is indicated on the Exception File or Stand-In Processing generated a Referral Response because the Transaction exceeds the Activity File Parameters

- Transaction amount is US $150 or less

- Issuer's Authorizing Member is not available to process the request

- Transaction is not a Mail/Phone Order

- **Effective through 31 May 2011,** Transaction is not completed at a High-Risk Merchant

- **Effective 1 June 2011,** Transaction is not completed at a High-Brand Risk Merchant

ID#: 111011-010410-0005463

# Authorization Reversals, Rejections, and Declines

## Authorization Reversals and Rejections

### Authorization Rejection

An Acquirer must **not** selectively reject or decline Authorization Requests based on an internally developed table of BINs or Account Numbers. This prohibition includes, but is not limited to, tables developed using the printed or tape versions of the *Visa Interchange Directory*.

In the U.S. Region, this prohibition does **not** include Authorization Requests originating from a Limited Acceptance Merchant for Account Numbers that are within a BIN not accepted by the Merchant.  *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008817

**© 2011 Visa. All Rights Reserved.**

## Requirement to Accept Authorization Reversal

An Acquirer that receives an Authorization Reversal from one of its Merchants must accept the Authorization Reversal and forward it to Visa immediately.

ID#: 111011-010410-0005476

## Visa Authorization Reversal Monitoring

Visa will monitor Authorization Reversals and may require an Acquirer to take corrective measures if abnormal patterns of activity are observed.

ID#: 111011-010410-0025594

## Transaction Processing Subsequent to an Authorization Reversal

An Acquirer must **not** submit into Interchange either:

- A Transaction that was subsequently reversed for the full amount
- A Transaction representing the amount of the partial Authorization Reversal

ID#: 111011-010410-0025593

## Online Financial Transaction Reversal Requirements

An Acquirer must process a Reversal for an Online Financial Transaction if either the:

- Acquirer, Merchant, or terminal did not receive an Authorization Response
- Transaction is subsequently voided or cancelled

ID#: 010410-010410-0005477

## Authorization Reversal Requirements - Canada Region

A Canada Issuer must acknowledge and act on 0400 messages (Authorization Reversals) received.

ID#: 010410-010410-0005382

## Visa Monitoring of Authorization Reversals - U.S. Region

Visa monitors Authorization Reversals and may require a U.S. Acquirer to take corrective measures if abnormal patterns of activity are observed.

ID#: 081010-010709-0007194

© 2011 Visa. All Rights Reserved.

**Match Authorization Reversal to an Authorization Request - U.S. Region**

A U.S. Issuer that receives an Authorization Reversal must attempt to match the Authorization Reversal to a previous Authorization Request. When matched, the Issuer must immediately:

- Process the Authorization Reversal, as specified in the appropriate VisaNet manual
- Release any applicable hold on the available funds in its Cardholder's account

ID#: 010410-010709-0008819

**Authorization Reversals - Acquirer Requirements - U.S. Region**

A U.S. Acquirer that receives an Authorization Reversal from a Merchant must accept the Authorization Reversal and forward it to Visa immediately.

ID#: 081010-010709-0007192

**Prohibition Against Clearing after Authorization Reversal - U.S. Region**

A U.S. Acquirer that submits an Authorization Reversal for the full or partially approved amount of a Transaction must **not** subsequently enter the Transaction into Interchange.

ID#: 081010-010709-0007193

# Declined Authorizations

## Decline Response Requirements

### Decline Response Prohibition for Electronic Commerce Transactions

An Issuer must **not** systematically send a Decline Response to an Authorization Request for an Electronic Commerce Transaction coded with Electronic Commerce Indicator value "6" unless there is an immediate fraud threat. This prohibition does **not** apply to Visa products issued with restrictions clearly communicated to the Cardholder, e.g., a Card product issued for use exclusively in a Card-Present Environment.

ID#: 010410-010410-0004389

© 2011 Visa. All Rights Reserved.

**Decline Response Prohibition for Verified by Visa Transactions**

An Issuer must **not** implement systematic decline response parameters on Verified by Visa "attempted authentication" Transactions. An Issuer must **not** maintain systematic decline response parameters for Transactions coded with Electronic Commerce Transaction Indicator value"6" (ECI 6) beyond the period of an immediate fraud threat. This requirement does not apply to Visa products issued under restrictive terms clearly communicated to the Cardholder.

Visa monitors an Issuer's decline rates for ECI 6. An Issuer is determined to be non-compliant if it exceeds 500 Authorizations a month and a decline rate of 50% or more.

ID#: 010410-010410-0004390

**Decline Response for Illegal Transactions**

An Issuer may systematically send a Decline Response to an Authorization Request for a Transaction that has been determined to be illegal.

ID#: 010410-010410-0004388

**Transaction Receiving Decline Response - USOR 4.2.H.15**

An Acquirer must not enter a Transaction into Interchange that has received a Decline Response unless the Transaction:

• Received a subsequent approval [96]

• In the U.S. Region, is a Preauthorized Transaction *(This only applies in the U.S. Region.)*

ID#: 171011-010410-0005701

# Allowable Decline and Referral Reasons by Product

**Visa Infinite Card Restriction on Declines due to Pre-Set Limits**

For Visa Infinite Cards issued with no pre-set limit, Transactions must **not** be declined because of a pre-set limit of any kind. Transactions must be approved or declined based on:

• The absence of suspected fraud

• The Cardholder's spending patterns

• Issuer determination of the likelihood of default

ID#: 010410-010410-0005422

---

96   This provision does not include Transactions that receive an Authorization Pickup Response of "04," "07," "41," or "43" or Authorization Requests submitted more than 12 hours after the submission of the first Authorization Request.

© 2011 Visa. All Rights Reserved.

**Visa Signature Card Restriction on Declines - U.S. Region**

Except as specified in "Visa Signature Card Spending Limits and Payment Options - U.S. Region," a Visa Signature Issuer in the U.S. Region must **not** decline a Transaction for exceeding a pre-set spending limit of any kind. Transactions must be approved or declined based on:

- The absence of suspected fraud
- The Cardholder's spending patterns
- Issuer determination of the likelihood of default

ID#: 010410-010410-0005405

**Visa Signature Preferred Card Allowable Decline and Referral Reasons - U.S. Region**

A Visa Signature Preferred Issuer in the U.S. Region must give a Decline Response or Referral Response only as specified

ID#: 111011-010410-0005414

**Visa Signature Preferred Card Restriction on Declines - U.S. Region**

Except as specified in "Visa Signature Preferred Card Spending Limits and Payment Options - U.S. Region," a Visa Signature Preferred Issuer in the U.S. Region must **not** decline a Transaction for exceeding a pre-set spending limit of any kind. Transactions must be approved or declined based on:

- The likelihood of suspected fraud
- The Cardholder's spending patterns
- Issuer determination of the likelihood of default
- Issuer safety and soundness considerations

ID#: 010410-010410-0005406

# VisaNet Clearing

## VisaNet Clearing - General Requirements

### Issuer Requirement to Provide Clearing and Settlement

An Issuer must provide Clearing and Settlement services for its Cardholders.

ID#: 010410-010410-0005404

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Reimbursement for Valid Transactions

Each Issuer must pay the Acquirer the amount due for Transactions occurring with the use of a valid Card. This includes Transactions resulting from geographically restricted Card use outside the country of issuance.

ID#: 010410-010410-0006558

## Processing Time Limit for In-Transit Service Transactions

The Processing Date for an In-Transit Service Transaction must be within 5 calendar days of the Transaction Date.

ID#: 010410-010410-0005571

## General Clearing Requirements

For Domestic Transactions, the following rules that govern the Clearing of all Transactions may be superseded by either Private Agreements or the operating regulations of Group Members.

Regardless of how a Transaction is routed or where it is processed, the Transaction is subject to the applicable *Visa International Operating Regulations*, Regional Operating Regulations, or National Operating Regulations affecting the Transaction Country.

A Member must clear International Transactions through VisaNet, as specified in the VisaNet manuals, including those resulting from the use of restricted Cards outside the country of issuance.

ID#: 010410-010410-0008844

## Submission of Domestic Transactions to VisaNet - AP Region

Unless prohibited by local law, an AP Member must submit, or at least submit by collection only, all domestic Visa Transactions to VisaNet, including any Transaction that is processed:

• Through VisaNet

• Through a VisaNet Processor

• Under any domestic Private Agreements

The following Transaction types are not required to be submitted, although an AP Member may choose to submit them:

• Domestic ATM Transactions

• Domestic On-Us Manual Cash Disbursements

© 2011 Visa. All Rights Reserved.

An AP Member may request a variance from Visa.

ID#: 050411-011109-0005424

## Required Use of VisaNet for Processing – AP Region

**Effective 1 October 2011,** all Members in Malaysia, Philippines, Singapore, Thailand, and Vietnam must authorize, clear, and settle all Domestic Transactions [97] through VisaNet, including On-Us Transactions and any Transaction that is processed through a VisaNet Processor or through any other Agent. Transactions must be submitted in the relevant format as specified in the VisaNet manuals.

ID#: 050411-011011-0026201

## Required Use of VisaNet for Processing in Australia – AP Region

In the AP Region, all Members in Australia must authorize, clear, and settle all Domestic Transactions through VisaNet. Transactions must be submitted in the relevant format as specified in the VisaNet manuals.

This requirement does not apply to:

- On-Us Transactions
- Domestic Magnetic Stripe or contact Chip-initiated Transactions in a Face-to-Face Environment, on a co-badged Visa Card, processed on the domestic debit network associated with the co-badged acceptance mark

ID#: 050411-060111-0026168

## VisaNet Transaction Types - Reporting - Canada Region

A Canada Member must process the non-ATM BASE II financial On-Us Transactions through VisaNet.

A Visa Debit Acquirer must process all Visa Debit Transactions through VisaNet.

ID#: 161111-010410-0008891

---

97   Excluding ATM Transactions, On-Us Manual Cash Disbursements and Transactions on a co-badged Visa Card processed on the domestic debit network associated with the co-badged acceptance mark.

© 2011 Visa. All Rights Reserved.

## Prohibition against Manual Cash Transaction Surcharge - U.S. Region

A U.S. Acquirer must submit a Manual Cash Disbursement Transaction for Clearing at the same value as the cash dispensed to the Cardholder.

ID#: 010410-010410-0002985

## Clearing of Transactions through VisaNet - U.S. Region

In the U.S. Region, all Transactions must be processed through VisaNet, except those processed by another means approved by Visa, as specified in "Required Transaction Processing through VisaNet - U.S. Region."

ID#: 010410-010410-0005682

## Required Transaction Processing through VisaNet - U.S. Region

A U.S. Member must process Visa Transactions through VisaNet by one of the following means:

- Directly
- Through a Clearing Processor
- By other means approved by Visa

A Member requesting to process Transactions by a means other than through VisaNet must complete a "VisaNet Processing Exception Request" (available upon request) and submit it to Visa.

ID#: 010410-010410-0005709

## Reporting of Transactions Not Processed through VisaNet - U.S. Region

A U.S. Member must report to Visa, as specified in the appropriate VisaNet manuals, all Transactions, Chargebacks, and Representments processed by other means approved by Visa.

ID#: 010410-010410-0005712

## Account Number Processing Requirement - U.S. Region

All U.S. Member processing systems must be able to accept Account Numbers.

ID#: 111011-010410-0005726

© 2011 Visa. All Rights Reserved.

## Interchange Data through VisaNet - U.S. Region

A U.S. Member must be able to receive incoming Interchange data and must send outgoing Interchange data through BASE II or the V.I.P. System.

ID#: 010410-010410-0005678

## Transaction Delivery - U.S. Region

In the U.S. Region, VisaNet accepts the direct delivery of Visa Transactions for Clearing and Settlement from a Direct-Connect Merchant.

A U.S. Acquirer must:

- Be capable of receiving BASE II advice records, as specified in the appropriate VisaNet manual, as notification that:
  - Clearing and Settlement occurred for those Transactions
  - Payment is due to the Merchant
- Accept total responsibility for Direct-Connect Merchant Transactions

ID#: 111011-010410-0006241

## Acquirer Responsibility for Visa Transactions - U.S. Region

A U.S. Acquirer is responsible for Visa Transactions it submits into Interchange including, but not limited to, any Transaction properly charged back by an Issuer, regardless of the Acquirer's ability to return the Transaction to the Merchant for any reason.

ID#: 010410-010410-0005077

## Clearing Processor Downgrade or Termination - U.S. Region

In the U.S. Region, if a Clearing Processor terminates receipt or transmission of Interchange, or downgrades its VisaNet processing level, the Clearing Processor must:

- Notify Visa in writing at least 3 months before the termination or effective date of the downgrade
- Be responsible for the VisaNet access charges that would have been assessed until the designated termination date, if the Clearing Processor terminates the receipt or transmission of Interchange before the designated termination date

Access and processing levels must have been in effect at least 12 months on the designated effective date of the downgrade or termination.

ID#: 050411-010410-0005685

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

## Direct-Connect Merchant Downgrade or Termination - U.S. Region

In the U.S. Region, for Interchange processing access provided to a Direct-Connect Merchant at a Clearing Member's request, the Clearing Member may terminate the receipt or transmission of Interchange or downgrade its VisaNet processing level, as specified in "Clearing Processor Downgrade or Termination - U.S. Region."

ID#: 010410-010410-0005686

## Data Consistency Requirement - U.S. Region

In the U.S. Region, Clearing Record data must be the same as, or consistent with, comparable data in the Authorization Request and Authorization Response, if an Authorization was obtained.

ID#: 010410-010410-0008892

# Domestic Interchange

## Domestic Interchange Processing

Only Domestic Interchange under Private Agreements may be processed outside of VisaNet.

These Agreements must exclude Interchange originating from an International Airline.

ID#: 010410-010410-0008920

## Private Agreements - Change Notification

Members with Private Agreements may send Domestic Interchange to Visa if they provide Visa with at least 30 calendar days' advance written notice. Members also must provide Visa with at least 30 calendar days' written notice for termination of these agreements.

ID#: 010410-010410-0003380

## Private Agreements - Interchange Files

If Members with Private Agreements elect to send Domestic Interchange files to another Member, they must do so by the fastest means possible.

ID#: 010410-010410-0005464

© 2011 Visa. All Rights Reserved.

## Submission of Transactions to VisaNet - CEMEA Region

A CEMEA Member must submit all domestic point-of-sale Visa Transactions to VisaNet, for Clearing and Settlement or collection only. This includes all Transactions in a Card-Present Environment or a Card-Absent Environment, and any Transaction that is processed:

- Through:
  - VisaNet
  - A VisaNet Processor
  - A domestic switch or Processor
  - Any other form of Processor
- Under any domestic Private Agreement or bilateral agreement

The following Transaction types are not required to be submitted to VisaNet. However, CEMEA Members may choose to submit them:

- Domestic ATM Transactions
- Domestic Manual Cash Disbursements

ID#: 050411-011009-0008857

# Interchange Files and Tapes

## Duplicate Interchange File Requirements

A Member must generate a duplicate Interchange File before transmitting Interchange to Visa, and retain this file for 15 calendar days after the Settlement Date.

ID#: 010410-010410-0003372

# Currency Requirements

## Transaction Currency for Original Presentments

An Acquirer must enter all original Presentments into Interchange in the exact amount of Transaction Currency authorized by the Cardholder.

ID#: 010410-010410-0008358

© 2011 Visa. All Rights Reserved.

**Basic Currency Conversion Rate Application - CEMEA Region**

In the CEMEA Region, Visa applies the Basic Currency Conversion Rate to Transaction Receipts, Credit Transaction Receipts, and Cash Disbursements. The Basic Currency Conversion Rate for Intraregional and Interregional Transactions is either the wholesale Transactions market rate or government-mandated rate in effect one day before the Central Processing Date.

The Issuer may apply an Optional Issuer Fee on the Basic Currency Conversion Rate. Visa will only apply such a fee on the Issuer's instruction.

ID#: 010410-010410-0005450

**Authorization Currency - CEMEA Region**

A CEMEA Member must:

- Submit Authorization Requests in the Transaction Currency
- Receive Authorization Requests in its Billing Currency

ID#: 010410-010410-0008898

# ATM Clearing

**ATM Cash Disbursement Transaction Classification**

An ATM Cash Disbursement is a Visa Transaction if it is made with a Visa Card or Visa Electron Card.

An ATM Cash Disbursement is a Plus Transaction if it is made with a Proprietary Card bearing the Plus Symbol. A Visa Region or its exclusive Plus Program sublicensee may redefine a Plus Transaction involving a Card bearing the Plus Symbol for Intraregional Transactions.

ID#: 010410-010410-0008996

**ATM Clearing Requirements**

An ATM Transaction cleared through VisaNet must have been authorized through VisaNet.

ID#: 010410-010410-0004795

© 2011 Visa. All Rights Reserved.

## Non-Visa Transaction Processing - U.S. Region

### PIN-Debit Network Requirements - U.S. Region

A U.S. Issuer that enables Non-Visa Debit Transaction processing on its Visa Check Card or Visa Debit Card must ensure that all such transactions are facilitated by a PIN-Debit Network.

An Issuer that enables Non-Visa Debit Transaction processing and that does not require that all such transactions be authenticated by a PIN must:

- Clearly communicate to its Cardholders at the time of implementation of such processing or at the time of issuance, and on an annual or more frequent basis thereafter, that it has enabled Non-Visa Debit Transaction processing and that it does not require that all such transactions be authenticated by a PIN

- Clearly communicate to its Cardholders the identity of the debit networks for which such transactions are enabled on the Visa Check Card or Visa Debit Card

- Provide Cardholders with examples of the types of Cardholder actions that may be required to initiate a Visa Transaction on such Cards

- At least 30 calendar days before implementation, notify Visa that it does not require that all Non-Visa Debit Transactions be authenticated by a PIN

- Clearly communicate to its Cardholders at the time of implementation of such processing or at the time of issuance, and on an annual or more frequent basis thereafter, that the provisions of its Cardholder agreement relating only to Visa Transactions are inapplicable to non-Visa transactions

ID#: 111011-010410-0008884

# Single Message System (SMS)

## General Requirements

### Single Message System Participation Requirements

If a Member processes Online Financial and Deferred Clearing Transactions as part of the Single Message System, it must:

- Be linked to the Single Message System either directly or through its VisaNet Processor

- Comply with the specifications for Authorization and Clearing specified in the *Visa International Operating Regulations* and the VisaNet manuals

ID#: 010410-010410-0003087

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

**Single Message System Message Format Conversion**

If a Single Message Service Transaction is sent to a non-participating Member, Visa converts the Transaction to the appropriate BASE I or BASE II message format before transmitting the Transaction.

ID#: 050411-010410-0005736

# Online Financial and Deferred Clearing

## Online Financial and Deferred Clearing General Requirements - U.S. Region

### Online Financial and Deferred Clearing Transaction Processing - U.S. Region

A U.S. Member may process Online Financial and Deferred Clearing Transactions as part of the Single Message Service.

A participating Member must comply with the requirements specified in "Single Message System Participation Requirements."

ID#: 010410-010410-0008861

### Deferred Clearing Transaction Requirements - U.S. Region

In the U.S. Region, a Deferred Clearing Transaction for a Visa or Visa Electron Transaction completed in a Card-Present Environment must originate at a Point-of-Transaction Terminal and include the:

- Entire unaltered contents of track 1 or track 2 of the Magnetic Stripe, Chip, or Contactless Payment chip
- Value of "05," "07," 90," or "91" in the POS Entry Mode code field of the Authorization Request (if applicable) and the Clearing Record

A Deferred Clearing Transaction (excluding a Visa Electron Transaction) may be key-entered either:

- If the Magnetic Stripe cannot be read
- In a Card-Absent Environment

ID#: 010410-010410-0008862

© 2011 Visa. All Rights Reserved.

**Clearing Reversals for Online Financial and Deferred Clearing Transactions - U.S. Region**

A U.S. Acquirer must process a Clearing Reversal for an Online Financial or Deferred Clearing Transaction, as specified in the VisaNet manuals, if either the:

- Acquirer, Merchant, or terminal did not receive an Authorization Response
- Transaction is subsequently voided or cancelled

ID#: 010410-010410-0005735

# Online Financial Transactions

### Online Financial Transaction Authorization Request

An Online Financial Transaction Authorization Request for a Visa or Visa Electron Transaction must originate at an ATM or a Point-of-Transaction Terminal and include the:

- Entire unaltered contents of track 1 or track 2 of the Magnetic Stripe or the Magnetic-Stripe Image on the Chip
- Final amount of the Transaction

A purchase Transaction may be key-entered either:

- In a Card-Absent Environment
- If the Magnetic Stripe cannot be read, unless it is a Visa Electron Transaction, which may **not** be key-entered

ID#: 010410-010410-0008863

### Online Financial Transaction Authorization - U.S. Region

In the U.S. Region, every Online Financial Transaction must be authorized.

If an Online Financial Transaction is initiated in a Card Present Environment, the Online Financial Transaction Authorization Request for a Visa or Visa Electron Transaction must originate at a Point-of-Transaction Terminal and include the:

- Entire unaltered contents of track 1 or track 2 of the Magnetic Stripe, Chip, or Contactless Payment chip
- Value of "05," "07," "90," or "91" in the POS Entry Mode code field

An Online Financial Transaction Authorization Request for a Visa or Visa Electron Transaction must include the final amount of the Transaction.

© 2011 Visa. All Rights Reserved.

A Transaction (excluding a Visa Electron Transaction) may be key-entered if the Magnetic Stripe cannot be read.

ID#: 010410-010410-0008865

# Clearing Reversals and Adjustments

## Clearing Reversals

### Member Reversal of Duplicate Data through VisaNet

These regulations for reversing duplicate data apply to Members that clear Interchange through VisaNet.

If Visa has processed an original file, the Member must reverse the duplicate data.

If the Receiving Member has processed the original file, the Sending Member must reverse the duplicate data.

To reverse duplicate data, the Member must:

- Identify the Processing Date of the Transaction that it is reversing
- Replace the Transaction codes of the duplicate Transactions with the appropriate Reversal codes, as specified in the VisaNet manuals. The Member must **not** change any other information in the duplicate Transaction.
- Send the Reversals to Visa within one business day of notification of the duplicate data

ID#: 010410-010410-0008878

### Issuer Reversal

An Issuer must reverse the duplicate Transactions from its Cardholder records upon receipt of Reversal information. Visa reverses the duplicate Transactions using either the:

- Appropriate Basic Currency Conversion Rate
- Currency Conversion Rate effective on the Central Processing Date of the duplication

Visa assesses the responsible Members any foreign exchange loss due to currency fluctuation between the Central Processing Date of the duplicate data and the Reversal date using the VisaNet fee collection process.

ID#: 010410-010410-0008879

© 2011 Visa. All Rights Reserved.

## Member Reversal of Duplicate Data for Members with Private Agreements

To reverse duplicate Interchange data, a Member with Private Agreements that processes Domestic Interchange outside of VisaNet must:

- Identify the Processing Date of the Transactions that it is reversing
- Replace the Transaction codes of the duplicate Transactions with the appropriate Reversal codes, as specified in the VisaNet manuals. The Member must **not** change any other information in the duplicate Transaction.
- Send the Reversals to the Receiving Member within one business day of notification of the duplicate data

ID#: 010410-010410-0003392

## Original Adjustment through VisaNet (Updated)

An Acquirer may initiate a credit Reversal only to correct inadvertent processing errors.

The Acquirer must process a credit Reversal or a debit Adjustment within 30 [98] calendar days of the Processing Date of the initial credit Transaction.

ID#: 111011-010410-0008880

## Permitted Use of Clearing Reversals - U.S. Region 6.2.I.5.a

In the U.S. Region, a Clearing Reversal may be initiated by the Clearing Processor that originated the duplicate or erroneous transmission or by Visa.

The Clearing Processor may use a Clearing Reversal only to correct either:

- Inadvertent processing errors, as described in "Duplicate or Erroneous Data - U.S. Region"
- Individual Transactions that were transmitted twice or contain erroneous data

To reverse a duplicate or erroneous Interchange transmission, the Clearing Processor must:

- Ensure that Visa is aware of the duplicate or erroneous transmission
- Replace the transaction codes of the duplicate Transactions with the appropriate Clearing Reversal codes, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN). The Clearing Processor must **not** change any other information in the duplicate transactions.
- Send the corrected file on the next transmission day

ID#: 010410-010410-0008882

---

98   **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region.

VISA PUBLIC                                 18 October 2011
© 2011 Visa. All Rights Reserved.

# Adjustments

## Out-of-Balance Online Check Card Transactions - U.S. Region (Updated)

**Effective for Transactions completed through 30 June 2015,** a U.S. Acquirer may process an Adjustment to an Online Check Card Transaction, as specified in the VisaNet manuals, to correct a Merchant or Acquirer processing error that causes an out-of-balance situation. The Acquirer must:

- Process the Adjustment within 10 calendar days of the purchase date of the original Transaction

- Process a Clearing Reversal for the incorrect Transaction

- Process the Adjustment for the correct Transaction amount

**Effective for Transactions completed through 30 June 2015,** a U.S. Acquirer may process a first Presentment Transaction as an Original Adjustment, as specified in the VisaNet manuals, when the:

- Original Transaction resulted from an Online Check Card Transaction

- Connection between the Merchant and its Authorizing Processor was inoperable

- Merchant completed the Transaction without obtaining an Authorization

An Acquirer must **not** process an Original Adjustment if the original Transaction received a Decline Response.

ID#: 111011-010410-0008883

## Adjustment and PIN/Magnetic-Stripe Storage or Transmission - U.S. Region

A U.S. Acquirer that processes an Adjustment or Original Adjustment must **not** store the:

- PIN, or provide it in the Adjustment

- Contents of the Magnetic Stripe or Chip, or provide it in the Adjustment

ID#: 010410-010410-0005740

## Adjustment and Original Adjustment Chargeback Liability - U.S. Region

A U.S. Acquirer is liable for an Adjustment or Original Adjustment charged back in accordance with the U.S. Regional Operating Regulations.

ID#: 010410-010410-0005741

© 2011 Visa. All Rights Reserved.

**Visa Debit with PIN Transaction Adjustments – U.S. Region (New)**

**Effective 14 April 2012,** a U.S. Acquirer may process an Adjustment to a Visa Debit with PIN Transaction, as specified in the VisaNet manuals, to correct a Merchant or Acquirer processing error that causes an out-of-balance situation.

The Acquirer must:

• Process the Adjustment within 45 calendar days of the purchase date of the original Transaction

• Process the Adjustment for the correct Transaction amount

A U.S. Acquirer may process a first Presentment Transaction as an Original Adjustment, as specified in the VisaNet manuals, when the:

• Original Transaction resulted from a Visa Debit with PIN Transaction

• Connection between the Merchant and its Authorizing Processor was inoperable

• Merchant completed the Transaction without obtaining an Authorization

An Acquirer must not process an Original Adjustment if the original Transaction received a Decline Response.

The Acquirer must not process an Adjustment subsequent to a Chargeback.

ID#: 111011-140412-0026510

# Duplicate or Erroneous Data

## Duplicate or Erroneous Data Processing Requirements

### Correction before Transmission through VisaNet

If a Member that clears Interchange through VisaNet:

• Detects duplicate data before sending it to Visa, it must correct the duplication before transmission

• Detects duplicate data on a file previously sent, it must immediately notify Visa of the situation by telephone or fax and provide the:

– File Processing Date

– Tape number, for a mailed tape

If Visa has received but not yet processed the file containing the duplicate data, the Member must send the corrected file no later than the next business day.

ID#: 111011-010410-0008854

© 2011 Visa. All Rights Reserved.

## Notification of Duplicate Data - Exceptions for Private Agreements

This section applies to Members with Private Agreements that process Domestic Interchange outside of VisaNet.

If a Sending Member detects duplicate data before sending it to the Receiving Member, it must correct the duplication before transmission.

If the Sending Member detects duplicate data on a file previously sent, it must immediately notify the Receiving Member of the situation by telephone or fax and provide the:

• File Processing Date

• Tape number, for a mailed tape

If the Receiving Member has received but not yet processed the file containing the duplicate data, the Sending Member must send the corrected file no later than the next business day.

ID#: 050411-010410-0008856

## Australia Domestic Processing Error Notification Requirements – AP Region

In Australia, a Member must do one of the following in the event of a processing error:

• If the error impacts only one domestic Member, the Member may either:

  – Contact and advise the affected Member directly

  – Keep Visa informed of the processing error by e-mailing the details specified in "Australia Processing Error Advice to Visa - AP Region"

• If the error impacts more than one domestic Member, the Member may either:

  – Advise Visa of the processing error and request assistance to circulate the impact notification to other domestic Members with the information specified in "Australia Processing Error Advice to Visa - AP Region"

  – Advise Visa of the processing error and circulate the impact notification to other domestic Members directly with the information specified in "Australia Processing Error Advice to Visa - AP Region"

ID#: 080411-060111-0026164

## Australia Processing Error Advice to Visa – AP Region

A Member in Australia notifying Visa of a processing error must send the advice to Visa within 24 hours of processing error identification. If the notification contains sensitive information (e.g. Card account information) the file must be encrypted with password prior to e-mailing to Visa.

The advice to Visa must be sent via e-mail to Visa Client Support Services with the subject: AU, Member Name – Processing Error Notification.

© 2011 Visa. All Rights Reserved.

The e-mail must indicate the action required from Visa and must contain the following:

- Brief description of the error/impact including estimated volume of transactions

- Brief description of the action plan to rectify error/reduce impact

- Central Processing Date of the original file/transactions (whichever applicable)

- Central Processing Date of the duplicate file/transactions (whichever applicable)

- Transaction reference number range (if available)

- Merchant name (where appropriate)

- Anticipated file refund/reversal date (if applicable)

- Member contact information (telephone number, e-mail address etc.)

If the e-mail requires Visa assistance to broadcast to other domestic Members, Visa will assist to circulate the impact notification to all impacted Members within the next business day.

ID#: 050411-060111-0026165

## Duplicate or Erroneous Data - U.S. Region

In the U.S. Region, if a Clearing Processor that cleared Interchange through VisaNet detects duplicate or erroneous data before sending it to Visa, the Clearing Processor must correct the data before transmission.

The Clearing Processor must immediately notify Visa by telephone or fax if duplicate or erroneous data is transmitted, including any of the following:

- An entire day's Interchange duplication

- Batches of previously transmitted Interchange

- Batches captured more than once on the same outgoing Interchange File

The Clearing Processor must rectify and send the correction on the next transmission day following the incident of the duplicate or erroneous data.

A Clearing Processor that fails to comply with these procedures is assessed a fine.

ID#: 111011-010410-0008855

© 2011 Visa. All Rights Reserved.

# Settlement

## General Settlement Requirements

### Establishment of Settlement Arrangements - U.S. Region

To establish Settlement arrangements, a U.S. Member must complete and return to Visa a "Funds Transfer Instruction Form" as specified in the appropriate VisaNet manual.

ID#: 010410-010410-0003326

### Australia Interchange File Exchange Settlement Cut-Off Time for BASE II Processors - AP Region

A domestic VisaNet Processor in Australia must adhere to the applicable Australia Eastern Standard Time or Eastern Daylight Savings Time based on the local Settlement Bank's Settlement site as the cut-off time for the Clearing of BASE II files.

ID#: 050411-060111-0026166

### Australia Local Settlement Bank Fee – AP Region

In Australia, a local Settlement Bank fee of AUD 245 is appointed to Members monthly. The fee is applied quarterly by the central banker as AUD 735, excluding GST.

ID#: 050411-060111-0026167

## Billing and Settlement Currencies

### Issuers Using Multiple Billing Currencies

An Issuer receives Interchange in its Billing Currency. If the Issuer uses more than one Billing Currency, it must have a separate BIN for each.

ID#: 010410-010410-0006559

© 2011 Visa. All Rights Reserved.

## Settlement Account Requirements

### Member Settlement Account Requirements - AP Region

An AP Member must have sole ownership of any account it uses for funds transfers payable of Settlement Amounts at the Member's Settlement Bank.

ID#: 010410-010410-0005419

## Late Settlement Fee

### Late Settlement Fee - Canada Region

A Canada Member may be required to pay a Late Settlement Fee, as specified in "Late Settlement Fees," if a required Settlement Amount is **not** transferred to Visa in accordance with the requirements of the *Canadian National Net Settlement Policies and Procedures Guide.*

ID#: 010410-010410-0005433

## Settlement Financial Obligations

### Member Responsibility for Settlement Financial Obligations - AP Region

In addition to the provisions specified in "Visa Rights in Calculating Settlement," an AP Member is responsible for all financial obligations owed to Visa by any entity or subsidiary owned or controlled by the Member, even if the entity is separately incorporated or in any other way legally independent of the Member. Visa may offset any amount owed to Visa by the entity or subsidiary against the Member accounts, branches, or other owned or controlled entity worldwide.

ID#: 010410-010410-0005423

### Member Responsibility for Settlement Financial Obligations - U.S. Region

A U.S. Member is responsible for any amount due for all Transaction Receipts bearing its BIN and resulting from a Merchant or another Member honoring a valid, properly presented Card.

ID#: 010410-010410-0005710

© 2011 Visa. All Rights Reserved.

# National Net Settlement

## Participation in National Net Settlement - Canada Region

Unless a Member has a Private Agreement for Settlement of Domestic Transactions, Canada Members must participate in the Canada Region's National Net Settlement (NNS) arrangements.

ID#: 010410-010410-0005429

## National Net Settlement Policies and Procedures - Canada Region

Canada Members participating in National Net Settlement must comply with the *Canadian National Net Settlement Policies and Procedures Guide* (available at https://visainfo.ca.) The *Canadian National Net Settlement Policies and Procedures Guide* may be changed from time to time at the discretion of Visa, subject to Members being provided reasonable advance notice of any changes that might affect them.

ID#: 010410-010410-0005430

## National Net Settlement Contacts - Canada Region

A Canada Member participating in National Net Settlement (NNS) must designate to Visa in writing a primary and back-up point of contact with respect to its organization's participation in NNS. Any change of the primary or back-up contact or its contact information must be provided to Visa in writing within 15 calendar days of the change.

ID#: 010410-010410-0005431

## Final Settlement Procedure - National Net Settlement - Canada Region

Final payment of amounts due in Settlement to Canada Members participating in National Net Settlement (NNS) will **not** be initiated by Visa (unless waived by Visa at its discretion) until all of the amounts due in Settlement from Members participating in NNS have been received.

ID#: 010410-010410-0005432

## Suspension of National Net Settlement - Canada Region

In the Canada Region, Visa has the right to temporarily suspend National Net Settlement (NNS) at any time in its sole discretion. When Visa suspends NNS, it will use reasonable efforts to advise Members of the suspension and the reason for doing so and will resume Settlement as soon as is practical.

ID#: 010410-010410-0005434

© 2011 Visa. All Rights Reserved.

**National Net Settlement Disputes - Canada Region**

In the Canada Region, Visa is the sole and final authority for the resolution of any disputes with respect to National Net Settlement (NNS).

ID#: 010410-010410-0005436

**Member Settlement Failure in National Net Settlement - Canada Region**

If a Canada Member fails to settle an amount owed in National Net Settlement (NNS) in accordance with the timelines established in the *Canadian National Net Settlement Policies and Procedures Guide,* Visa will offset any shortfall from any amount owed to the Member with respect to NNS.

ID#: 010410-010410-0005435

# Payment to Merchants

**Payments to Merchants, Sponsored Merchants, and Payment Service Providers (Updated)**

**Effective through 30 June 2011,** an Acquirer must pay or credit its Merchant's or Internet Payment Service Provider's (IPSP) account promptly after Transaction Receipt Deposit. These payments must be the same as the Transaction totals, less any applicable discounts or Credit Transaction Receipt totals.

**Effective 1 July 2011,** an Acquirer may directly pay or credit its Payment Service Provider (PSP).

**Effective 1 July 2011,** an Acquirer that contracts with both a PSP and a Sponsored Merchant may directly pay or credit the Sponsored Merchant for its portion of the Deposit, as permitted by local law.

**Effective 1 July 2011,** an Acquirer must pay or credit its Merchant's, Sponsored Merchant's, or Payment Service Provider's (PSP) account promptly after Transaction Receipt Deposit. These payments must be the same as the Transaction totals, less any applicable discounts or Credit Transaction Receipt totals.

**Effective 1 July 2011,** a PSP must pay or credit its Sponsored Merchant's account promptly after Transaction Receipt Deposit. These payments must be the same as the Transaction totals, less any applicable discounts or Credit Transaction Receipt totals.

ID#: 111011-010410-0008850

© 2011 Visa. All Rights Reserved.

**Acquirer Obligation to Pay - U.S. Region**

A U.S. Acquirer must **not** waive, release, abrogate, or otherwise assign to a non-Member its obligation to guarantee and ensure payment for all Transactions in which its Merchant honored a valid Visa Card or Visa Electron Card properly presented for payment.

ID#: 010410-010410-0005146

**Requirement for Funds Held by Acquirer - U.S. Region**

A U.S. Acquirer holding funds as security to ensure proper Merchant performance must hold the funds in an account in the Merchant's name.

ID#: 010410-010410-0005147

# Transaction Receipt Processing

## Transaction Receipt Processing Time Limits

### Endorsement Date Requirements

The Endorsement Date on a Transaction Receipt entered into Interchange must comply with the table below.

In calculating the processing time limits, the Endorsement Date and Transaction Date are each counted as one day.

**Transaction Receipt Processing Time Limits**

| For Transaction Receipts that a Merchant must deposit within: | The Endorsement Date must be within: |
|---|---|
| 2 business days from the Transaction Date (Visa Electron Transactions only) | 3 calendar days from the Transaction Date, excluding local non-processing days, and the same date on which the Acquirer processes the BASE II Edit Package and transmits its outgoing Interchange |
| 3 business days from the Transaction Date | 15 calendar days from the Transaction Date |
| 21 calendar days from the Transaction Date | 30 calendar days from the Transaction Date |

ID#: 111011-010410-0008823

© 2011 Visa. All Rights Reserved.

## Transaction Receipt Submission Time Limits

An Acquirer must submit a Transaction Receipt no later than 2 business days from the Endorsement Date.

ID#: 010410-010410-0005550

## Processing Time Limit for ATM Transactions

The Processing Date for an ATM Transaction must **not** be more than 3 calendar days from the Transaction Date.

The following are excluded in calculating the allowable number of days:

• Transaction Date

• Processing Date

• Sunday

ID#: 010410-010410-0008997

## Transaction Receipt Processing Time Limits - AP Region

In the AP Region, the Endorsement Date on Transaction Receipts entered into Interchange must be within 8 business days from the Transaction Date. The 8 business days includes the Transaction Date and the Endorsement Date. This regulation does **not** apply to Visa Electron Transactions.

The Endorsement Date is one of the following dates on a Clearing Record:

• If cleared through BASE II, the Edit Package run date on which a Member submits outgoing Interchange

• If cleared through the Single Message System, the Settlement Date

• If cleared under a Private Agreement, the date on which a Member processes outgoing Interchange

For BASE II Transactions, the Endorsement Date is no later than the date on which the Member creates the BASE II Interchange File. For Transactions with indecipherable or invalid Account Numbers not cleared through BASE II, the Endorsement Date is the date on which the Transaction was first entered into Interchange and mailed.

ID#: 010410-010410-0005340

VISA PUBLIC                    18 October 2011

© 2011 Visa. All Rights Reserved.

## Transaction Receipt Processing Time Limits in Malaysia - AP Region (New)

**Effective 15 October 2011,** in Malaysia, the Endorsement Date for a domestic Visa debit Transaction conducted at an Automated Fuel Dispenser must be within 3 calendar days from the Transaction Date, excluding local non-processing days. The 4 calendar days include the Transaction Date and the Endorsement Date.

ID#: 111011-151011-0026500

## Valid Transaction Dates - U.S. Region

In the U.S. Region, the Transaction Date is the date on which a Transaction between a Cardholder and a Merchant or an Acquirer occurs. The U.S. Regional Operating Regulations recognize the valid Transaction Dates in the table below.

### Transaction Dates - U.S. Region

| Transaction Type | Transaction Date |
| --- | --- |
| Lodging Transactions, including:<br>• CPS/Hotel and Car Rental Card Not Present<br>• CPS/Hotel and Car Rental Card Present<br>• CPS/e-Commerce Preferred Hotel and Car Rental | Check-out or prepayment date |
| Cruise Line Transactions, including:<br>• CPS/Hotel and Car Rental Card Not Present<br>• CPS/Hotel and Car Rental Card Present<br>• CPS/e-Commerce Preferred Hotel and Car Rental | Disembarkation, prepayment, or final payment date |
| Car Rental Transactions, including:<br>• CPS/Hotel and Car Rental Card Not Present<br>• CPS/Hotel and Car Rental Card Present<br>• CPS/e-Commerce Preferred Hotel and Car Rental | Car return or prepayment date |
| Airline and passenger railway Transactions, including:<br>• CPS/Passenger Transport<br>• CPS/e-Commerce Preferred Passenger Transport | Ticket-issuing date |
| Preauthorized Health Care Transaction | Date on which the Health Care Merchant receives notice of adjudication from the Cardholder's insurance company |

© 2011 Visa. All Rights Reserved.

| Transaction Type | Transaction Date |
|---|---|
| Mail/Phone Order Transaction (including CPS/Card Not Present Transactions) where merchandise is to be shipped | Date on which merchandise is shipped |

ID#: 111011-010410-0005753

## Processing Time Limits - U.S. Region

Transaction Receipt Processing Time Limits in the U.S. Region are specified in the following table. A U.S. Acquirer's Processing Date and Transaction Date are each counted as one day.

### Transaction Receipt Processing Time Limits - U.S. Region

| For Transaction Receipts that a Merchant must deposit within: | The Acquirer's Processing Date must be within: |
|---|---|
| **Transaction Receipts (Excluding Credit Transaction Receipts)** | |
| 5 calendar days of the Transaction Date | 10 calendar days from the Transaction Date |
| 15 calendar days of the Transaction Date[1] | 20 calendar days from the Transaction Date |
| **Credit Transaction Receipts** | |
| 3 calendar days of the Transaction Date | 5 calendar days from the Transaction Date |
| 5 calendar days of the Transaction Date[1] | 10 calendar days from the Transaction Date |
| 1. T & E Merchants are normally granted this allowance. | |

In the U.S. Region, additional requirements for Transaction Receipt processing time limits apply to the following Transaction types:

- Electronic Interchange Reimbursement Fee Transactions
- Payment Service Interchange Reimbursement Fee Transactions
- Preauthorized Health Care Transactions
- Supermarket Incentive Program Transactions

ID#: 111011-010410-0008888

## Transaction Receipt Processing Time Limit Violations - U.S. Region

A U.S. Clearing Processor must report to Visa consistent and flagrant violations of processing time limits. Violation of these time limits does **not** automatically entitle the Issuer to a Chargeback right.

ID#: 010410-010410-0005755

© 2011 Visa. All Rights Reserved.

## Transaction Receipt Processing - Invalid or Illegible Account Number

### Prohibition against Clearing Transaction Receipts with Illegible or Invalid Account Numbers

An Acquirer must **not** clear original Transaction Receipts with illegible or invalid Account Numbers through Visa until it determines the correct Account Number.

The Acquirer must not clear the Transaction Receipt through VisaNet if the Acquirer has contacted the Issuer and the Issuer cannot determine the Account Number.

ID#: 010410-010410-0008825

### Transaction Receipts with Illegible or Invalid Account Numbers - Requirements for Counterfeit Losses

For a Transaction Receipt with an illegible or invalid Account Number, an Acquirer must comply with the applicable rules for counterfeit losses specified in the *Visa International Operating Regulations* if it appears that a Transaction Receipt resulted from the use of a:

• Counterfeit Card

• Misembossed or Misencoded Visa Card or Visa Electron Card

ID#: 010410-010410-0008824

### Transaction Receipts with Illegible or Invalid Account Numbers - Issuer Assistance

If an Acquirer that receives a Transaction Receipt with an illegible or invalid Account Number can identify the Issuer, the Acquirer may contact the Issuer for assistance in obtaining the Account Number.

If the Acquirer contacts the Issuer for assistance in obtaining an Account Number, the Issuer:

• Must assist the Acquirer

• May require that all requests be in writing

If the Acquirer is **not** able to identify the Issuer, the Acquirer that first received the Transaction Receipt is liable, unless the Acquirer can identify the Issuer within 12 months of the Transaction Date and clear the Transaction Receipt directly with the Issuer.

ID#: 010410-010410-0008826

© 2011 Visa. All Rights Reserved.

## Chargeback Restrictions for Invalid or Illegible Account Numbers

Transaction Receipts settled under the procedures for Transaction Receipts with illegible or invalid Account Numbers are **not** subject to Chargeback reason code 74, "Late Presentment."

ID#: 010410-010410-0005546


## Transaction Receipts with Illegible or Invalid Account Numbers - Sending Member Requirements

For Domestic Interchange cleared outside of VisaNet, a Sending Member must:

- Correct an illegible or invalid Account Number before clearing the Transaction Receipt
- Comply with the processing and clearing requirements for a Transaction Receipt with an illegible or invalid Account Number
- Follow the usual procedures after it determines the correct Account Number

ID#: 010410-010410-0005547


## Invalid or Illegible Account Number Clearing with Issuer - U.S. Region

For a Transaction Receipt with an invalid or illegible Account Number, if a U.S. Acquirer has contacted the Issuer and the Issuer cannot determine the Account Number, the Acquirer must clear the Transaction Receipt directly with the Issuer.

ID#: 010410-010410-0005752


# Original Credit


## Original Credit - General


### Original Credit - Compliance with Visa Requirements

A Recipient Member must comply with all Visa requirements specified in the *Visa International Operating Regulations, Visa Money Transfer (VMT) Global Implementation Guide,* and *Original Credits Member Requirements.*

ID#: 050411-010410-0006981


### Original Credit - Deposit-Only Account Number

A Recipient Member must:

© 2011 Visa. All Rights Reserved.

- Notify Visa that a BIN or account range is designated for Deposit-Only Account Numbers
- Ensure that a Deposit-Only Account Number is **not** used for any purpose other than Original Credit processing
- List a compromised Deposit-Only Account Number on the Exception File and, optionally, in the Card Recovery Bulletin

ID#: 010410-010410-0006983

### Original Credit Transaction Authorization Request Requirements

For an Original Credit Transaction, an Originating Member may choose to send an Authorization Request.

VisaNet will respond to an Originating Member on behalf of a Recipient Member that accepts the Authorization Request  if a response is **not** received within the 15-second Authorization Request response time frame.

VisaNet will respond to an Originating Member on behalf of a Recipient Member that does **not** accept an Authorization Request  by sending either:

- An Approval Response, if no exception occurs
- A Decline Response, if an exception occurs, including one where a Recipient Member is prohibited from accepting an Original Credit

ID#: 050411-010410-0008698

### Original Credit Transaction Authorization Message Decline Response

When an Originating Member receives a Decline Response to an Original Credit Authorization Request, it must not send the Clearing Transaction.

ID#: 080411-010410-0005575

# Money Transfer Original Credit Transactions

## Money Transfer Original Credit - General

### Money Transfer Original Credit - Compliance with Visa Requirements

**Effective 9 December 2010,** a Recipient Member must  comply with all Visa requirements as, specified in the *Visa International Operating Regulations*, *Visa Money Transfer (VMT) Global Implementation Guide*, and *Original Credits Member Requirements.*

ID#: 080411-091210-0026249

© 2011 Visa. All Rights Reserved.

## Money Transfer Original Credit Transaction - Protection of Sender Data

When receiving and managing sender data for a Money Transfer Original Credit Transaction, a Recipient Member must comply with the Payment Card Industry Data Security Standard (PCI DSS).

ID#: 080411-010410-0006982

## Money Transfer Original Credit Transactions - Fast Funds Processing (Updated)

**Effective 9 December 2010,** a Recipient Member participating in Fast Funds must register with Visa.

**Effective 9 December 2010,** unless specified otherwise in "Money Transfer Original Credits – Fast Funds Processing – AP Region and CEMEA Region," a non-U.S. Recipient Member that supports the receipt of Online Financial Transactions (0200 messages) or Authorization Requests (0100 messages) in the enhanced format, as specified in the *Visa Money Transfer (VMT) Global Implementation Guide,* must process as Fast Funds any incoming Money Transfer Original Credit Transaction.

**Effective 9 December 2010,** a U.S. Recipient Member that supports the receipt of Online Financial Transactions (0200 messages) or Authorization Requests (0100 messages) in the enhanced format, as specified in the *Visa Money Transfer (VMT) Implementation Guide*, may process as Fast Funds any incoming Money Transfer Original Credit Transaction.

ID#: 151011-091210-0026250

## Money Transfer Original Credits - Fast Funds Processing - AP Region and CEMEA Region (Updated)

**Effective 14 April 2012,** in the AP Region and CEMEA Region, a Recipient Member from the countries listed in the table below, must accept incoming Money Transfer Original Credit Transactions as either Online Financial Transactions (0200 messages) or Authorization Requests (0100 messages), as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

**Effective 14 April 2012,** in the AP Region and CEMEA Region, a Recipient Member from the countries listed in the table below, must participate in Fast Fund processing of incoming Money Transfer Original Credit Transactions.

**Effective 15 October 2011,** in the CEMEA Region, an Originating Member in Russia must support the initiation of Online Original Credit Financial Transactions (0200) in the enhanced format, as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

### Countries participating in Fast Fund Processing - AP Region and CEMEA Region

| Country | Effective Date |
| --- | --- |
| Armenia | 14 April 2012 |
| Azerbaijan | 14 April 2012 |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Country | Effective Date |
|---|---|
| Belarus | 14 April 2012 |
| Georgia | 14 April 2012 |
| Kazakhstan | 14 April 2012 |
| Kyrgyzstan | 14 April 2012 |
| Moldova | 14 April 2012 |
| Philippines[1] | 14 April 2012 |
| Russia | 15 October 2011 |
| Tajikistan | 14 April 2012 |
| Ukraine | 14 April 2012 |
| Uzbekistan | 14 April 2012 |

1.   Excluding Visa Cards issued as a credit Card

ID#: 151011-091210-0026251

## Money Transfer Original Credit Transaction Processing Requirements - U.S. Region

**Effective 15 February 2010,** a U.S. Originating Member must:

- Originate Money Transfer Original Credit Transactions only through the Single Message System

- Comply with the Payment Card Industry Data Security Standard (PCI DSS) when sending and managing sender data for a Money Transfer Original Credit Transaction

- Include in the Online Financial Transaction message the following data:

  - The sender's Account Number used to fund the Money Transfer Original Credit Transaction or a Transaction reference number that uniquely identifies the sender if the sender's Account Number is not available

  - Additional data as specified in the "VisaNet Clearing Message Content Standards" (Exhibit NN) and "Required Data for Authorization Requests and Responses" (Exhibit OO)

**Effective 15 February 2010,** when receiving and managing sender data for Money Transfer Original Credit Transactions, a U.S. Recipient or Originating Member must comply with the Payment Card Industry Data Security Standard (PCI DSS).

ID#: 050411-150210-0025766

© 2011 Visa. All Rights Reserved.

# Bill Payment - AP Region

## Bill Payment Requirements

### Australia Bill Payment Transaction Requirements – AP Region

A Domestic Australia Bill Payment Transaction must meet the following requirements:

- The BASE I Transaction record must contain a POS Condition Code 02 - Cardholder Activated Terminal and the BASE II message must include the Cardholder Activated Terminal indicator 3 - Cardholder-Activated Terminal Type B
- The Transaction must be initiated at a Merchant properly assigned one of the following Merchant Category Codes:
  - 5311, "Department Stores"
  - 5310, "Discount Stores"
  - 5331, " Variety Stores"
  - 5411, "Grocery Stores and Supermarkets"
  - 5945, "Hobby, Toy and Game Shops"
- The Transaction must be subsequently processed using one of the following biller Merchant Category Codes:
  - 4900, "Utilities - Electric, Gas, Water, and Sanitary"
  - 4814, "Telecommunication Services"
  - 6012, "Financial Institutions - Merchandise and Services"
  - 5311, "Department Stores" [99]

ID#: 080411-060111-0026171

### Australia Bill Payment Transaction Receipt Data Requirements – AP Region

The Transaction Receipt data for an Australia Bill Payment Transaction initiated at a Cardholder-Activated Terminal must include biller details for each payment.

ID#: 050411-060111-0026172

---

99   When the Transaction record contains an Electronic Commerce Indicator (ECI) 3 – Installment Transaction

© 2011 Visa. All Rights Reserved.

**Australia Bill Payment Transaction BASE II Data Requirements – AP Region**

The BASE II Transaction record for an Australia Bill Payment Transaction must include the billpay descriptor (followed by name and location of the biller's agent accepting payment).

ID#: 050411-060111-0026173

# Bill Payment - U.S. Region

### Bill Payment - U.S. Region

### Bill Payment Transaction Data Requirements - U.S. Region

A U.S. Acquirer must identify a Bill Payment Transaction in the Authorization Request and Clearing Record with required VisaNet data elements, as specified in the:

- "VisaNet Clearing Message Content Standards" (Exhibit NN)
- "Required Data for Authorization Requests and Responses" (Exhibit OO)
- Appropriate VisaNet manuals
- *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

A Credit Voucher Transaction related to an original Bill Payment Transaction does not require unique identification in the VisaNet Clearing Record and may be processed according to standard procedures.

In the U.S. Region, any applicable Interchange Reimbursement Fee may apply to a Bill Payment Transaction.

ID#: 010410-010410-0008913

# File Correction Service

### File Correction Service - Reversals

### Duplicate Interchange File - Reversals

A Member that submits a duplicate Interchange File may request Visa to reverse any of the following:

- An entire day's Interchange duplication
- Batches of previously transmitted Interchange

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

• Batches captured more than once on the same outgoing Interchange

ID#: 010410-010410-0005472

## Request for Reversal of Interchange Items

A Clearing Processor that submits accepted Interchange items in error may request Visa to reverse any of the items specified in "Duplicate or Erroneous Data - U.S. Region."

ID#: 010410-010410-0003705

## Visa Reversal of Interchange Items

Visa may independently choose to perform this service on behalf of the Sending Member, if circumstances warrant such action.

ID#: 010410-010410-0005473

© 2011 Visa. All Rights Reserved.

# Chapter 8: Risk Management

## Core Principle 8.1

### Adherence to Risk and Fraud Controls

#### Protecting Against Inappropriate Activity

To protect against inappropriate or unauthorized activity that may damage the payment system or brand, participants in the Visa system agree to follow Visa-specified risk and fraud requirements & controls.

ID#: 010410-010410-0007789

## Core Principle 8.2

### Report All Fraud Activity to Visa

#### Reporting Fraud for Monitoring and Analysis

To allow Visa to analyze and respond to new and evolving risks and security threats, Visa requires participants in the Visa system to report all fraudulent transaction or other criminal risk activity to Visa without delay.

ID#: 010410-010410-0007790

## Core Principle 8.3

### Protect Visa Account and Transaction Data

#### Following Standards for Data Protection

To protect all parties to the Visa system, participants with access to personal Visa account information or Visa transaction information are responsible for following rigorous standards for data protection set by Visa. These standards may be consistent with or exceed industry standards. For example, the storage of magnetic stripe data is strictly prohibited.

ID#: 010410-010410-0007815

© 2011 Visa. All Rights Reserved.

# Core Principle 8.4

## Protect Against Illegal Activities

### Preventing Illegal Activities in the Visa System

Participants in the Visa system agree to take appropriate measures to prevent the Visa system from being used for or associated with illegal activities. These include, but are not limited to, child pornography, money laundering or financing terrorist activities. Because Visa payments can be subject to a variety of anti-money laundering laws in many countries, participants in the Visa system are also responsible for complying with these laws, including, for participants in the U.S. Region, the Bank Secrecy Act and the USA PATRIOT Act.

ID#: 010410-010410-0007816

# Security and Fraud Control Requirements

## General Security and Fraud Control Requirements

### Risk Management and Fraud Control Standards and Compliance - AP Region

An AP Member must have a risk management/security and fraud control function.

Visa assesses a fine of US $12,000 for initial non-compliance with "Fraud Control Contact Availability - AP Region" and "Security and Fraud Control Staff Information Access - AP Region," and for each additional 12-month cycle of non-compliance.

ID#: 010410-010410-0007739

### Fraud Control Contact Availability - AP Region

An AP Member's security and fraud control contact must be available (although not necessarily on duty, on-site) 24 hours a day, 7 days a week.

ID#: 010410-010410-0000614

### Security and Fraud Control Staff Information Access - AP Region

Security and fraud control staff of an AP Member must have access to at least 6 months of Cardholder and Merchant activity information, as well as the authority to provide, upon request:

• Basic Cardholder identity information and any other relevant information

© 2011 Visa. All Rights Reserved.

- Reported or suspected fraudulent account activity

- Details about any Card loss or theft

ID#: 010410-010410-0000615


## Daily Merchant Investigation - CEMEA Region

A CEMEA Acquirer must investigate, daily, any Merchant appearing on its exception reports or identified by its risk management systems.

ID#: 081010-010410-0003854


## Acquirer Investigation Requirements - CEMEA Region

A CEMEA Acquirer must employ sufficient risk management staff resources and security controls to undertake the following risk and fraud detection activities on its Merchants. These activities include, but are not limited to:

- Cooperate fully with Visa in any investigation, and release all information relative to the Merchant upon request

- Terminate the Merchant agreement if it is determined that the Merchant:

  – Is a threat to the integrity of the Visa brand

  – Introduces a disproportionate level of fraud into the Visa system

- Take legal action to minimize losses, where appropriate

- Cooperate with Issuers and law enforcement agencies

- Hold funds while the Merchant is fully investigated, if possible

- Initiate criminal and civil proceedings against the Merchant, if applicable

ID#: 010410-010410-0002266


## Merchant Fraud Reduction Initiatives - CEMEA Region

A CEMEA Acquirer must, where appropriate, implement fraud reduction initiatives at a CEMEA Merchant Outlet, including, but not limited to:

- Fraud awareness education at Merchant Outlets

- Reduction of Floor Limits

- Secondary Cardholder identification checks

- Code 10 calls to the Acquirer's Authorization center

- Implementation of CVV2 processing

ID#: 010410-010410-0002268

© 2011 Visa. All Rights Reserved.

# Account and Transaction Information Security

## Data Security

### Member Reporting of Loss or Theft of Information

As specified in *Global Visa Acquirer Fraud Control Manual*, the *Global Visa Issuer Fraud Control Manual*, and *What To Do If Compromised,* a Member must immediately report to Visa by telephone, fax, or e-mail the suspected or confirmed loss, theft, or compromise, including loss, theft, or compromise by one of its agents or Merchants, of any material or records that contain Visa account or Transaction information.

In the U.S. Region, a loss, theft, or compromise of Visa account or Transaction information may be reported on behalf of a Member by one of its agents, or by a Merchant or one of its agents. *(This only applies in the U.S. Region.)*

The report must contain, to the extent possible:

- Member and Merchant or agent name
- Format, number, and range of account information missing
- Specific Account Numbers missing
- Type or data elements of account information on missing material, e.g. Track 1 data, Track 2 data, CVV2, Cardholder name, address
- Pertinent details about the loss, theft, or compromise and ensuing investigation
- Contact name and telephone number for additional information
- Name and telephone number of person reporting the loss or theft

ID#: 050411-010410-0007999

### VisaNet Processor Disclosure of Account or Visa Transaction Information

A Member, in the event of the failure, including bankruptcy, insolvency, or other suspension of business operations of one of its VisaNet Processors, must ensure that the VisaNet Processor does not sell, transfer, or disclose any materials that contain Cardholder Account Numbers, personal information, or other Visa Transaction Information to any other entity. The Member must ensure that its VisaNet Processor either:

- Returns this information to the Member
- Provides acceptable proof of secure destruction of this information to the Member

ID#: 111011-010100-0025875

© 2011 Visa. All Rights Reserved.

## VisaNet Processor Contingency Plans

A Member must have in place contingency plans for its VisaNet Processors in the event of failure, including bankruptcy, insolvency, or other suspension of business operations. The contingency plans must be provided to Visa upon request.

ID#: 111011-010100-0025877

## Cardholder and Transaction Information Disclosure Limitations (New)

**Effective 1 June 2011,** an Acquirer must obtain the prior written consent of the Issuer and Visa before disclosing a Cardholder's Account Number, personal information, or other Transaction Information to a third party that is not the Agent of the Acquirer for the sole purpose of completing a Transaction. The Acquirer must ensure that its Agents and the Agents' employees:

- Make no further disclosure of the information

- Treat the information as confidential

An Acquirer or Merchant may only disclose Transaction Information to third parties, approved by Visa, for the sole purpose of:

- Supporting a loyalty program

- Providing fraud control services

Procedures for approval of third parties are available from Visa, upon request.

ID#: 111011-010611-0026337

## Cardholder and Transaction Information Disclosure Prohibitions (New)

**Effective 1 June 2011,** except as specified in "Cardholder and Transaction Information Disclosure Limitations" a Merchant must not disclose a Cardholder Account Number, personal information, or other Transaction Information to any entity other than to a registered Third Party, the Acquirer, or the Agent of the Acquirer. Any such disclosure must be for the sole purpose of:

- Assisting the Merchant in completing the initial Merchant Transaction

- Specifically complying with local law

An Agent must not disclose a Cardholder Account Number, personal information, or other Transaction Information to third parties, other than:

- For the sole purpose of completing the initial Merchant Transaction

- As required by local law

© 2011 Visa. All Rights Reserved.

- With the permission of the Issuer, Acquirer, or Visa, as specified in the *Visa International Operating Regulations*

ID#: 111011-010611-0026338

## Merchant Disclosures (New)

**Effective 1 June 2011,** an Acquirer must ensure that its Merchant, Sponsored Merchant, High-Brand Risk Merchant or High-Brand Risk Sponsored Merchant, have clearly disclosed throughout the order process all of the following:

- Terms and conditions of a promotion, if restricted
- The length of the trial period, if offered, including clear disclosure that the Cardholder will be charged unless the Cardholder expressly rejects the charge
- The date on which any charges will commence
- Cancellation policy including, clear steps to be taken by the Cardholder to cancel the Transaction prior to the end of the trial period

ID#: 111011-010611-0026339

## Transaction Data Retention Prohibition - AP Region

AP Merchants, non-Member agents, and processors must **not** retain or store, not even in encrypted form, the following data subsequent to Authorization of a Transaction:

- The full contents of any track on the Magnetic Stripe
- Any Card Verification Value (e.g. CVV, CVV2, iCVV)
- The Personal Identification Number (PIN)
- The PIN verification value
- The Verified by Visa authentication data

ID#: 010410-010410-0000531

## Transaction Data Retention Prohibition - LAC Region

An LAC Merchant or its agent must **not** retain sensitive authentication information after Authorization (even if information is encrypted). This information includes:

- The full contents of any of the Magnetic Stripe tracks, of a Chip, or of any other device
- The Card Verification Value 2 (CVV2)
- The PIN Verification Value (PVV)
- Passwords for the Verified by Visa Service

ID#: 010410-010410-0002299

**© 2011 Visa. All Rights Reserved.**

## Loss of Information at Member's Agents - U.S. Region

A U.S. Member must implement policies and procedures requiring its contractors or Agents to notify the Member if the contractor or Agent experiences a security breach or reasonably believes that Cardholder information was compromised as a result of that breach.

ID#: 010410-010410-0001799

## Cardholder and Transaction Information Disclosure Limitations - U.S. Region (Updated)

**Effective through 31 May 2011,** a U.S. Acquirer must obtain the prior written consent of the Issuer and Visa before disclosing a Cardholder's Account Number, personal information, or other Visa Transaction Information to third parties other than the Acquirer's Agents for the sole purpose of completing a Transaction. The Acquirer must ensure that its Agents and the Agents' employees:

- Make no further disclosure of the information

- Treat the information as confidential

A U.S. Acquirer or Merchant may only disclose Visa Transaction Information to third parties, approved by Visa, for the sole purpose of:

- Supporting a loyalty program

- Providing fraud control services

 Procedures for approval of third parties are available from Visa upon request.

ID#: 111011-010410-0008027

## Cardholder and Transaction Information Disclosure Prohibitions - U.S. Region (Updated)

**Effective through 31 May 2011,** except as specified in "Cardholder and Transaction Information Disclosure Limitations - U.S. Region," a U.S. Merchant must **not** disclose a Cardholder Account Number, personal information, or other Visa Transaction Information to any entity other than to a registered Third Party, the Acquirer, or the Acquirer's Agent. This disclosure must be for the sole purpose of:

- Assisting the Merchant in completing the initial Merchant Transaction

- As specifically required by law

If the Merchant undertaking the initial Transaction has an agreement with another Merchant that allows the other Merchant to initiate a subsequent Transaction with the Cardholder, the subsequent Transaction (after the initial Transaction has been completed) must be initiated as a new Transaction such that:

- A separate Transaction process is initiated

© 2011 Visa. All Rights Reserved.

- The Cardholder is required to enter their Primary Account Number separately for the subsequent Transaction
- All other Transaction requirements comply with the applicable sections of the U.S. Regional Operating Regulations

A U.S. Agent must **not** disclose a Cardholder Account Number, personal information, or other Visa Transaction Information to third parties, other than:

- For the sole purpose of completing the initial Merchant Transaction
- As required by local law
- With the permission of the Issuer, Acquirer, or Visa, as specified in the *Visa International Operating Regulations*

ID#: 111011-010410-0008029

## Data Storage Requirements - U.S. Region

A U.S. Merchant or its agent must:

- Store all material containing Cardholder Account Numbers or imprints (such as Transaction Receipts, car rental agreements, and carbons) in an area limited to selected personnel
- Render all data unreadable before discarding

ID#: 010410-010410-0001730

## Cardholder Verification Value 2 Prohibition - U.S. Region

A U.S. Merchant or its agent must **not** request the Card Verification Value 2 data on any paper Order Form.

ID#: 010410-010410-0001733

## Security Standards for Account Information - U.S. Region

Except as specified below, if a fulfillment vendor is used to consolidate materials containing account information before delivering it to the United States Postal Service or overnight courier, a U.S. Issuer must ensure that the fulfillment vendor implements and maintains all of the security standards specified in the *Visa Global Physical Security Validation Requirements for Data Preparation, Encryption Support and Fulfillment Card Vendors.*

If a prepaid storage facility is used to consolidate materials containing account information before delivering it to the United States Postal Service or overnight courier, the U.S. Issuer must ensure that the prepaid storage facility implements and maintains all of the security standards specified in the *Visa Global Physical Security Validation Requirements for Data Preparation, Encryption Support and Fulfillment Card Vendors.*

ID#: 050411-010410-0008026

© 2011 Visa. All Rights Reserved.

# Confidential Consumer Cardholder Information

## Visa Safeguards for Confidential Consumer Cardholder Information - U.S. Region

In the U.S. Region, Visa and its subsidiaries will restrict access to Confidential Consumer Cardholder Information to those employees that Visa or its subsidiaries has determined need to know that information to provide products and services to Members.

Visa and its subsidiaries will maintain physical, electronic, and procedural safeguards that are designed to:

- Maintain the security and confidentiality of Confidential Consumer Cardholder Information
- Protect against anticipated threats or hazards to the security or integrity of Confidential Consumer Cardholder Information
- Prevent unauthorized access to, or use of, such Confidential Consumer Cardholder Information that could result in substantial harm or inconvenience to Consumer Cardholders

Visa will notify a Member in the event that Visa reasonably believes that Confidential Consumer Cardholder Information about a Member's customer has been compromised due to a breach of security.

ID#: 010410-010410-0008003

## Visa Use and Disclosure of Confidential Consumer Cardholder Information - U.S. Region

In the U.S. Region, Visa and its subsidiaries will **not** use or disclose Confidential Consumer Cardholder Information to third parties, other than for any one of the following:

- Use or disclosure in the ordinary course of business to provide services to a Member or a Member's designated Agent, including, but not limited to:
    - Completing a Transaction
    - Risk control
    - Dispute resolution
    - Marketing services
- Use or disclosure with the consent of the Cardholder
- Other use or disclosure that is in accordance with applicable law

ID#: 010410-010410-0000508

© 2011 Visa. All Rights Reserved.

**Destruction of Confidential Consumer Cardholder Information - U.S. Region**

In the U.S. Region, Visa and its subsidiaries will use reasonable measures designed to ensure that all Confidential Consumer Cardholder Information is erased or destroyed, in accordance with regulatory guidelines, so as to render the information unreadable.

A U.S. Member must implement policies and procedures designed to ensure timely disposal or destruction of Confidential Consumer Cardholder Information, in accordance with regulatory guidelines, in a manner that makes the information unreadable.

ID#: 010410-010410-0008007

# Information Security Programs

## Account and Transaction Information Security Requirements VIOR 2.1.E

A Member must:

- Comply with the Account Information Security Program requirements and the validation and reporting requirements, as outlined in the *Account Information Security (AIS) Program Guide*

- Maintain all materials or records in any form that contains account or Transaction Information in a safe and secure manner with access limited to authorized personnel, as specified in the Payment Card Industry Data Security Standard (PCI DSS)

- Ensure that agreements and contracts with agents and Merchants clearly establish their responsibilities to meet Visa standards, the liabilities for failure to meet the standards, and the requirement to allow for inspections by the Member or Visa

- Ensure that all agents and Merchants with access to account or Transaction Information comply with the Payment Card Industry Data Security Standard (PCI DSS)

- Ensure that all agents and Merchants do **not** store any of the following, subsequent to Authorization:

    - Full contents of any data taken from the Magnetic Stripe (on a Card, in a Chip, or elsewhere)

    - Card Verification Value 2 used to verify Card-Absent Transactions

    - PIN or the encrypted PIN block

- Comply with, and ensure that all agents and Merchants use Payment Applications that comply with, the Payment Application Data Security Standard (PA-DSS)

- Upon request, certify to Visa that agents and Merchants are in compliance with the conditions specified in the Payment Card Industry Data Security Standard (PCI DSS)

ID#: 050411-010410-0002228

© 2011 Visa. All Rights Reserved.

## Global Fraud Information Service - AP Region

An AP Principal Member must subscribe to and participate in the Global Fraud Information Service, if available in its local market.

ID#: 111011-010410-0008047

## Australia and New Zealand Acquirer Compliance Program for Payment Card Industry Data Security Standards (PCI DSS) – AP Region

In Australia and New Zealand, a Visa Level 4-Merchant Acquirer must provide to Visa a risk-based compliance program for its Level 4 Merchants that includes, at a minimum, a:

- Timeline of critical events

- Risk profiling strategy

- Merchant education strategy

- Compliance strategy

- Compliance reporting strategy

An Acquirer must provide the *Exhibit AP – 1 PCI DSS Implementation Plan Report* to Visa, by 31 March and 30 September of each year.

ID#: 111011-060111-0026177

## Account Information Security - Canada Region

**Effective through 30 September 2010,** a Canada Member must comply, and ensure that its Merchants and agents comply, with the requirements of the *Visa Canada Account Information Security Compliance Program - Implementation Framework* (the "AIS Framework") document (available at https://visainfo.ca, in folder: Visainfo/Risk and Security/AIS Materials).

**Effective through 30 September 2010,** the Member must also comply with the Visa Canada AIS Compliance Program as specified in the *Visa Canada Account Information Security Compliance Program - Terms of Reference* (available at https://visainfo.ca, in folder: Visainfo/Risk and Security/ AIS Materials).

**Effective 1 October 2010,** a Canada Member must comply, and ensure that its Merchants and agents comply, with the requirements of the *Visa Canada Account Information Security Program Guide*.

ID#: 081010-010410-0008032

© 2011 Visa. All Rights Reserved.

## Account Information Security Program - CEMEA Region

A CEMEA Member must comply with the validation thresholds outlined in the *Visa Account Information Security (AIS) Program Guide.*

ID#: 151011-010410-0002272

## Account Information Security - LAC Region

An LAC Member, Merchant, or service provider that stores, processes, or transmits Cardholder information must comply with the information security standards established in the *Visa International Operating Regulations*, the LAC Account Information Security Program (AIS), and this section.

When requested, an Acquirer must provide a compliance plan from its organization, its agents, and its Merchants, according to the specifications and timing established in the LAC AIS Program.

ID#: 050411-010410-0008196

## Member Monitoring of Visa Compliance - U.S. Region

In the U.S. Region, Visa and its subsidiaries will adopt policies and procedures and provide Members with appropriate reviews and reports to enable Members to monitor the compliance of Visa and its subsidiaries with these commitments.

ID#: 010410-010410-0000512

## Payment Application Compliance - U.S. Region

A U.S. Member must comply, and ensure that its Merchants and Agents use Payment Applications that comply, with the Payment Application Data Security Standard (PA-DSS).

ID#: 081010-200509-0007978

## Cardholder and Transaction Information Security - U.S. Region

A U.S. Member must comply, and ensure that its Merchants and Agents comply, with the requirements of the Cardholder Information Security Program, available from Visa upon request or online at http://www.visa.com/cisp.

A third party that supports a loyalty program or provides fraud control services, as specified in "Disclosure of Visa Transaction Information - U.S. Region" and "Cardholder and Transaction Information Disclosure Limitations - U.S. Region," must comply with the requirements of the Cardholder Information Security Program.

© 2011 Visa. All Rights Reserved.

A U.S. Member must comply, and ensure that its Merchants and Agents comply, with the Transaction Information security requirements in the *Visa International Operating Regulations*, the Payment Card Industry Data Security Standard (PCI DSS), and the validation and reporting requirements outlined in the Cardholder Information Security Program. The Payment Card Industry Data Security Standard (PCI DSS) and the Cardholder Information Security Program requirements are available online at http://www.visa.com/cisp.

An Acquirer must ensure that its Merchant:

- Implements and maintains all of the security requirements, as specified in the Cardholder Information Security Program
- Immediately notifies Visa, through its Acquirer, of the use of a Third Party
- Ensures that the Third Party implements and maintains all of the security requirements, as specified in the Cardholder Information Security Program
- Immediately notifies Visa, through its Acquirer, of any suspected or confirmed loss or theft of material or records that contain account information and:
  – Demonstrates its ability to prevent future loss or theft of account or Transaction information, consistent with the requirements of the Cardholder Information Security Program
  – Allows Visa, or an independent third party acceptable to Visa, to verify this ability by conducting a security review, at the Acquirer's own expense

ID#: 010410-010410-0008031

## Fines and Penalties

### Non-Compliance with Account and Transaction Information Security Standards VIOR 2.1.E

If Visa determines that a Member, its agent, or a Merchant has been deficient or negligent in securely maintaining the account or Transaction Information or reporting or investigating the loss of this information, Visa may fine the Member, as specified in the *Visa International Operating Regulations,* or require the Member to take immediate corrective action.

ID#: 010410-010410-0001753

### Account Information Security Program Fines

A Member deemed non-compliant with the Account Information Security Program is subject to a penalty, as specified in the table below and the *Account Information Security (AIS) Program Guide.*

#### Fines for Non-Compliance with the Account Information Security Program

| Violation | Fine |
| --- | --- |
| First violation | Up to US $50,000 |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Violation | Fine |
|---|---|
| Second violation | Up to US $100,000 |
| Third or any subsequent violation | Up to US $200,000 |

ID#: 050411-200509-0008193

## Account and Transaction Information Program Service Fee - AP Region

All Principal AP Members will be levied an annual Account and Transaction Information Security Program service fee as specified in the *Visa Asia Pacific Fee Guide*.

ID#: 081010-010410-0000530

## Transaction Information Loss/Theft Notification Penalties - U.S. Region

If a U.S. Acquirer fails to immediately notify Visa of the suspected or confirmed loss or theft of any Visa Transaction Information, the Acquirer is subject to a penalty of up to US $100,000 per incident.

ID#: 010410-010410-0003524

## Cardholder Information Security Program Penalties - U.S. Region

A U.S. Member that fails to comply with the requirements of the Cardholder Information Security Program is assessed a fine, as specified in the table below and the *Account Information Security (AIS) Program Guide*.

### Cardholder Information Security Program Fines - U.S. Region

| Violation | Fine |
|---|---|
| First violation | Up to US $50,000 |
| Second violation | Up to US $100,000 |
| Any third or subsequent violation | Up to US $200,000 |

ID#: 111011-010410-0009032

© 2011 Visa. All Rights Reserved.

# Corporate Risk Reduction

## Corporate Risk Reduction - General

### Member Risk Reduction Requirements

Upon receipt of instructions imposing conditions, as specified in the applicable Certificate of Incorporation and Bylaws, a Member or agent must implement risk reduction measures that may include, but are not limited to:

- Prohibiting or limiting any of the following actions:

    – Issuing new or reissued Cards

    – Signing or re-signing Merchants

    – Using any independent sales organizations

- Blocking the Authorization of Cardholder Transactions or prohibiting Acquirers from obtaining Authorization for Transactions on behalf of certain Merchants

- Terminating some or all Merchants that:

    – Conduct Transactions where the Cardholder is not present or where goods or services are to be delivered after the Transaction Date

    – Receive a volume of Chargebacks that substantially exceeds the system average

- **Effective through 14 October 2010**, pledging collateral to secure a Member's or agent's obligations and reimbursement to Visa for any expenses incurred ensuring compliance

- **Effective 14 October 2010** [100], pledging collateral to secure:

    – A Member's or agent's obligations to Visa and reimbursement to Visa for any expenses incurred ensuring compliance, or

    – The liquidity impact to Visa of Settlement or other payments due to Visa of a Member, its affiliates or its Clearing Processor as approved by Visa, or

    – Reimbursement to Visa for any expenses incurred ensuring compliance.

- **Effective 14 October 2010**, consolidating into a single Funds Transfer Settlement Reporting Entity all or some of the Settlement payments in a Settlement Currency of a Member and its affiliates or of a Clearing Processor as approved by Visa for one or more Members arising from one or more Settlement systems operated by Visa or its subsidiaries or affiliates, operated privately, or by a third party, in order to reduce the liquidity impact of such Settlement payments on Visa (Settlement Payment Consolidation) or risk of Settlement Loss (as defined in the Visa U.S.A. Inc. Certificate of Incorporation and Bylaws and Section 9.01 of the Visa International Certificate of Incorporation and Bylaws).

- Redirecting Settlement funds to avoid potential losses, as specified in "Visa Rights in Calculating Settlement'" including, but not limited to:

    – Rerouting Settlement funds around the financial institution that normally holds the Member's or agent's funds

© 2011 Visa. All Rights Reserved.

- – Holding funds to ensure the correct application of Cardholder funds

- – Holding funds for the payment of Merchants

- – Holding funds for the future payment of Chargebacks

- – Withholding funds for the purpose of obtaining collateral or meeting other Member obligations

- – Prohibiting or limiting a Member's right to sponsor Participant Members

- Requiring a Member to change one or more of its designated agents

Visa is **not** obligated to take these actions to protect any Member, Merchant, Sponsored Merchant, or Cardholder from financial injury.

ID#: 080411-010410-0005057

## Risk Reduction Requirements for Third Party Agents

For any violation of the Member requirements for Third Party Agents, Visa may impose corporate risk reduction measures on a Member or Agent.

ID#: 111011-010100-0025869

## Visa Anti-Bribery Program

Visa maintains an anti-bribery compliance program designed to comply with the requirements and restrictions of the *United States Foreign Corrupt Practices Act* and other anti-bribery laws. A Member must cooperate with Visa in the administration of the Visa anti-bribery program, including, but not limited to, the following:

- Complete, annually, the "Visa Anti-Bribery Policy Questionnaire/Certification" form (available on Visa Online and www.visainfo.ca for Members in the Canada Region) disclosing the level of ownership, control, and influence of any non-U.S. government, agency, or instrumentality thereof in the Member

- Notify Visa when a non-U.S. government acquires (either as one agency or collectively through different agencies or instrumentalities) an equity interest of 30% or more in the Member.

This requirement does **not** apply to U.S. Members.

ID#: 081010-130809-0008836

## Independent Audit of Internal Controls - U.S. Region

A U.S. Member must obtain and review an independent audit of the internal controls that support the VisaNet interface:

- Upon designation of a VisaNet Processor

- In connecting directly to VisaNet for Interchange or Authorization services

---

100  Effective 14 April 2011 for the Canada Region only

© 2011 Visa. All Rights Reserved.

The audit must be conducted annually, based on standards issued by the American Institute of Certified Public Accountants.

ID#: 010410-010410-0005058

## Corporate Risk Reduction - Acquirer Requirements

### Prohibition against Illegal Transactions (Updated)

**Effective through 31 May 2011,** an Acquirer may be subject to corrective actions or fines, as specified in "Visa Right to Fine," if its Merchant Outlet, agent, or Internet Payment Service Provider (IPSP) processes illegal Transactions.

ID#: 111011-010410-0002465

### Prohibition against Illegal Transactions and Brand Damaging Activities (Updated)

**Effective 1 June 2011 through 30 June 2011,** an Acquirer may be subject to corrective actions or fines, as specified in "Visa Right to Fine," if its Merchant Outlet, Agent, or Internet Payment Service Provider (IPSP) processes illegal Transactions or other prohibited Transactions, as specified in "Brand Protection."

**Effective 1 July 2011,** an Acquirer may be subject to corrective actions or fines, as specified in "Visa Right to Fine," if its Merchant Outlet, Agent, or Payment Service Provider processes illegal Transactions or other prohibited Transactions, as specified in "Brand Protection."

ID#: 111011-010611-0026363

### Prohibition against and Penalties for Illegal Cross-Border Transaction Activity (Updated)

**Effective through 31 May 2011,** an Acquirer is subject to the penalties specified in the table below for failure to take appropriate action if a Merchant is identified by Visa as engaging in illegal cross-border Transaction activity.

**Acquirer Penalties for Merchants Engaging in Illegal Cross-Border Transaction Activity**

| Violation | Month | Visa Action or Fine |
|---|---|---|
| Warning | First month in a 12-month period | Warning letter requesting response with specific date for correction |
| Uncorrected Violation | Second month in a 12-month period | US $25,000 fine per Merchant, Merchant URL, Sponsored Merchant, or Sponsored Merchant URL identified |

© 2011 Visa. All Rights Reserved.

| Violation | Month | Visa Action or Fine |
|---|---|---|
| Uncorrected Violation | Third month in a 12-month period | US $50,000 fine per Merchant, Merchant URL, Sponsored Merchant, or Sponsored Merchant URL identified |
| Uncorrected Violation | Fourth month in a 12-month period | Visa may permanently disqualify the Merchant, Sponsored Merchant, or IPSP from participation in the Visa Program |
| Uncorrected Violation | Fifth month in a 12-month period | Visa may prohibit the Acquirer from contracting with a new Merchant for a period of 1 year, or some other sanction |

ID#: 111011-010410-0001294

## Small Ticket Transaction Risk Management - LAC Region

**Effective through 15 October 2010,** in the event that participation by an LAC Acquirer or its Merchant in the Small Ticket Service represents a severe economic risk situation for the payment or banking system, Visa reserves the right to prohibit the processing of Small Ticket Transactions by the Acquirer and/or any of its Merchants that are presenting problems.

ID#: 081010-010410-0003987

## Acquirer Responsibility for Merchants - U.S. Region

A U.S. Acquirer that receives notice, or otherwise becomes aware, of the potential or actual bankruptcy of, or any regulatory proceedings involving, one of its Merchants, must:

- Monitor those proceedings in order to ensure that no legal relief is being sought that would interfere with the Chargeback process

- If such relief is being sought, to the best of its ability, oppose that relief

- Notify Visa as soon as possible but no later than close of business on the next business day following such discovery

An Acquirer that fails to comply with the requirements of "Acquirer Responsibility for Visa Transactions - U.S. Region" is subject to a penalty  X, termination of its membership, or both.

ID#: 111011-010410-0008114

## Merchant Diversification Requirements - U.S. Region

A U.S. Acquirer must maintain the minimum level of Merchant diversification specified by Visa.

© 2011 Visa. All Rights Reserved.

Visa considers a Merchant trading under a single, common Trade Name as one Merchant for purposes of determining whether the Acquirer meets the diversification requirements.

ID#: 010410-010410-0008115


## Acquirer Risk Requirements - U.S. Region

A U.S. Acquirer must comply with the requirements of the *Visa Acquirer Risk Program Standards Guide*.

ID#: 050411-010410-0002107


## Third Party Monitoring - U.S. Region

A U.S. Acquirer must:

- Review and monitor the performance of the activity of each of its Third Parties on a quarterly basis
- Submit to Visa an enhanced quarterly Third Party report

ID#: 010410-010410-0002109


## Acquirer Responsibility for Agents and Merchants - U.S. Region

A U.S. Acquirer must:

- Provide its Agents with the training and education, as specified by Visa, and ensure that Agents are well versed on the Member's corporate policies and remain in compliance with those policies
- Hold and control reserves that are accumulated and derived from the Merchant settlement funds or used to guarantee a Merchant's payment system obligations to the Member

ID#: 010410-010410-0002110


## Merchant Agreement Requirements - U.S. Region

A U.S. Acquirer must:

- Consent to the assignment and/or transfer of a Merchant Agreement to another Member
- Implement a policy and procedures for reviewing Merchant Agreements used by its Agents
- Ensure that all Merchant Agreements are approved by the Member before entering any Transaction into Interchange, as specified in the Merchant Agreement requirements in the U.S. Regional Operating Regulations
- Stipulate a clause in the Merchant Agreement that:
  - Provides for the immediate termination of a Merchant for any significant circumstances that create harm or loss of goodwill to the Visa system

© 2011 Visa. All Rights Reserved.

- – Ensures that the Merchant acknowledges and understands the importance of compliance with Visa security requirements, such as those relating to Transaction information, storage, and disclosure

- – Requires the Merchant to notify the Acquirer of its use of any Agent that will have any access to Cardholder data

An Acquirer must ensure that each Merchant Agreement includes a disclosure page that identifies the Member and its responsibilities, when an Agent is a party to the agreement, as specified in the *Visa Acquirer Risk Program Standards Guide.*

ID#: 050411-010410-0007300


# Anti-Money Laundering


## Anti-Money Laundering Program Overview

Visa maintains an anti-money laundering program reasonably designed within the context of laws and regulations applicable to Visa to prevent the Visa system from being used to facilitate money laundering or the financing of terrorist activities.

ID#: 010410-010410-0003969


## Anti-Money Laundering Program Implementation

Consistent with the legal and regulatory requirements applicable to a Member, a Member must implement and maintain an anti-money laundering program that is reasonably designed to prevent the use of the Visa system to facilitate money laundering or the financing of terrorist activities.

ID#: 010410-010410-0000652


## Anti-Money Laundering Program - Member Requirements

A Member must cooperate with Visa in the administration of the Visa anti-money laundering program, including, but not limited to:

- **Effective 10 March 2011,** completing the *Anti-Money Laundering/Anti-Terrorist Financing Compliance Questionnaire/Certification* form when requested by Visa and returning the form within the time limit specified by Visa

- Assisting Visa in guarding against Card issuance and Merchant acquiring in circumstances that could facilitate money laundering or the financing of terrorist activities

- Identifying circumstances of heightened risk and instituting policies, procedures, controls, or other actions specified by Visa to address the heightened risk

- Providing a copy of the Member's anti-money laundering plan if requested by Visa

© 2011 Visa. All Rights Reserved.

- Ensuring the adequacy of the applicable controls implemented by designated agents of the Member

ID#: 111011-010410-0000653

## Anti-Money Laundering Requirements - U.S. Region (Updated)

**Effective through 9 March 2011,** a U.S. Member must:

- Implement and maintain an Anti-Money Laundering Program by:
  – Creating internal policies, procedures, and controls to prevent money laundering and terrorist financing
  – Designating a compliance officer to overlook the operations of the program
  – Training employees of the program on an ongoing basis
  – Hiring an independent audit company to monitor the program, as applicable
- In a timely manner, block the Authorization of Cardholder Transactions or terminate all Merchants that engage in the following activities:
  – The introduction of illegal funds into the Visa system
  – The laundering of money through the Visa system
  – The financing of terrorist activity through the Visa system
- Accept responsibility for the Anti-Money Laundering Program of any Agent used by the Member in connection with its Visa Program
- As requested by Visa, provide an independent assessment of the effectiveness of the Anti-Money Laundering Program of the Member or any Agent used by the Member
- Cooperate with Visa in the application of the Anti-Money Laundering Program, including:
  – Assisting Visa in guarding against money laundering and terrorist financing
  – Supplying Visa with a copy of its Anti-Money Laundering Program plan upon request

ID#: 111011-010410-0000648

# Anti-Money Laundering Compliance

## Anti-Money Laundering Program Compliance (Updated)

If Visa determines that a Member or the Member's designated agent has failed to comply with any of the requirements specified in "Anti-Money Laundering Program Implementation" and "Anti-Money Laundering Program - Member Requirements," Visa may, consistent with local law, impose conditions on or require additional actions of the Member or the designated agent to prevent possible money laundering or financing of terrorist activities. These actions may include, but are not limited to:

- Implementation of additional policies, procedures, or controls
- Termination of a Merchant Agreement

© 2011 Visa. All Rights Reserved.

- Termination of a Cardholder agreement

- Termination of an agent agreement

- Termination of Visa membership

- **Effective through 9 March 2011,** assessment of fines or penalties

- **Effective 10 March 2011,** assessment of fines or penalties as specified in "General Fines Schedule" and "Member Failure to Return an Anti-Money Laundering/Anti-Terrorist Financing Questionnaire Penalties," as applicable

- Other action that Visa in its sole discretion determines to take with respect to the Member or the Member's designated agent

ID#: 111011-010410-0000654

## Member Failure to Return an Anti-Money Laundering/Anti-Terrorist Financing Questionnaire Penalties

**Effective 10 March 2011,** Visa assesses penalties for failure to return a completed *Anti-Money Laundering/Anti-Terrorist Financing Compliance Questionnaire/Certification* form, as specified in "Anti-Money Laundering Program - Member Requirements," as follows:

### Penalties for Member Failure to Return a Completed Anti-Money Laundering/Anti-Terrorist Financing Questionnaire to Visa

| Date | Fine Amount |
|---|---|
| Due date + 1 calendar day to 30 calendar days | US $500 |
| Due date + 31 calendar days to 60 calendar days | US $2,500 |
| Due date + 61 calendar days to 90 calendar days | US $5,000 |
| Due date + 91 calendar days and every 30 calendar days onward | US $10,000 |

ID#: 111011-100311-0026362

# Acquirer Risk Program - U.S. Region

## Acquirer Risk Policies - U.S. Region

A U.S. Acquirer must implement an underwriting, monitoring, and control policy for its:

- Merchants

- VisaNet Processors

- Third Parties

The Acquirer must ensure that its policies are approved by its board of directors. Visa may grant a variance to this requirement.

© 2011 Visa. All Rights Reserved.

The Acquirer must provide the policies to Visa upon request.

An Acquirer must implement a policy and procedures for reviewing solicitation materials used by its Agents.

ID#: 010410-010410-0007132

### Acquirer Risk Program Review - U.S. Region

In the U.S. Region, as determined by Visa, a Visa-approved entity may conduct a periodic review of an Acquirer's operations at any time to ensure compliance with the Acquirer Risk Program requirements.

The U.S. Acquirer must provide a copy of the review report to Visa upon request.

The Acquirer is responsible for the cost of the periodic review.

ID#: 010410-010410-0008053

# Compliance Monitoring

## Member Activity Monitoring Requirements

### Merchant Chargeback Activity Monitoring

An Acquirer must monitor the Chargeback-to-Transaction volume ratio of its Merchants and identify any Merchant that:

- Receives more than 100 Chargebacks per month
- Exceeds a Chargeback-to-Transaction volume ratio of 3%

ID#: 010410-010410-0002415

### Merchant Weekly Activity Monitoring

An Acquirer must do all of the following for each of its Merchants:

- Retain at least the following weekly data:
  - Gross sales volume
  - Average Transaction amount
  - Number of Transaction Receipts
  - Average elapsed time between the Transaction Date of the Transaction Receipt and the Endorsement Date or Settlement Date (counting each as one day)

© 2011 Visa. All Rights Reserved.

- – Number of Chargebacks
- Collect the data over a period of at least 1 month, beginning 30 calendar days after the Merchant Outlet's initial Deposit
- Use the data to determine the Merchant Outlet's normal weekly activity of the categories specified above
- Begin with the Merchant Outlet Deposit activity processed on the 31st calendar day from the first Deposit
- Adjust the Merchant Outlet's normal weekly activity on a monthly basis, using the previous month's activity
- Compare current related data to the normal weekly activity parameters

ID#: 010410-010410-0002416


## Merchant Compliance Monitoring

An Acquirer must immediately investigate a Merchant that exceeds the parameters specified in "Member Activity Monitoring Requirements." The Acquirer must ensure Merchant compliance with the *Visa International Operating Regulations* and confirm the existence of risk control procedures by conducting:

- A physical inspection of the Merchant location
- An audit of the Merchant Website, if applicable

ID#: 010410-010410-0002418


## Merchant Exception Reports

An Acquirer must generate exception reports if either the:

- Current weekly Merchant gross sales volume equals or exceeds US $5,000, or local currency equivalent, and any of the following exceeds 150% of the normal weekly activity:
  - – Number of weekly Transaction Receipt Deposits
  - – Gross amount of weekly Deposits
  - – Average Transaction amount
  - – Number of weekly Chargebacks
- Average elapsed time between the Transaction Date and the Endorsement Date or Settlement Date for a Transaction (counting each as one day respectively) exceeds 15 calendar days

ID#: 010410-010410-0002417

© 2011 Visa. All Rights Reserved.

## Acquirer Investigation of Merchant

An Acquirer must investigate any Merchant Outlet appearing on an exception report, as specified in "Merchant Exception Reports," When the investigation reveals Merchant involvement in illegal activity, the Acquirer must:

- Cooperate fully with Visa in any investigation, and release all information relative to the Merchant upon request

- Take appropriate legal action to minimize losses if the investigation reveals illegal or fraudulent activity

- Cooperate with Issuers and law enforcement agencies

- Attempt to make the Merchant responsible for the Transaction

- Hold funds, if possible

- Initiate criminal and civil proceedings against the Merchant, if applicable

ID#: 111011-010410-0002419

## Merchant Activity Monitoring Standards Fines and Penalties

An Acquirer that fails to comply with the Merchant Activity Monitoring Standards is subject to the fines and penalties specified in "General Fines Schedule."

ID#: 010410-010410-0002421

## Payment Service Provider and Sponsored Merchant Activity Monitoring (New)

**Effective 1 July 2011,** an Acquirer must comply with Merchant monitoring standards for each of its Payment Service Providers (PSP), as specified in "High-Risk Merchant Monitoring." Sponsored Merchants that exceed Visa thresholds for excessive Chargebacks or Fraud Activity will be subject to monitoring programs, as specified in "Compliance Monitoring."

**Effective 1 July 2011,** an Acquirer may delegate Sponsored Merchant underwriting and risk monitoring to its PSP if the PSP fulfills the above requirements.

ID#: 111011-010711-0026439

## Acquirer Compliance Requirements - AP Region

Before accepting Visa Transactions, an AP Acquirer must comply with the *Visa International Operating Regulations*. In addition, the Acquirer must:

- Complete a self-audit questionnaire

- Submit the completed self-audit questionnaire to Visa

- Implement prudent industry practices

© 2011 Visa. All Rights Reserved.

If a review of the self-audit questionnaire identifies areas where the *Visa International Operating Regulations* have been violated, or the AP Acquirer failed to establish and implement prudent industry practices, the Acquirer must provide Visa with an explanation of the corrective actions to be taken and an implementation schedule.

ID#: 010410-010410-0003982

## Acquirer Monitoring Fee - AP Region

An AP Acquirer must pay a quarterly Acquirer monitoring fee, as specified in the *Visa Asia Pacific Fee Guide*.

ID#: 081010-010410-0006047

## Central Deposit Monitoring Requirements - LAC Region

An LAC Acquirer must conduct an investigation of any Merchant Outlet appearing in a Central Deposit Monitoring report within 3 calendar days of receipt of the report. If the investigation reveals Merchant involvement in any of the following, the Acquirer must take the appropriate action, as specified in this section:

- Illegal activity
- Violation of the *Visa International Operating Regulations* or Merchant contract
- Activities likely to produce losses to Visa Members

If the Merchant is involved in any of the above activities, the Acquirer must:

- Cooperate with Visa, Issuers, and law enforcement agencies in any investigation
- Release all information regarding the Merchant upon request
- Terminate the Merchant, if appropriate
- Hold funds, if possible and legal
- Initiate criminal or civil proceedings against the Merchant, if applicable
- Take appropriate legal action to minimize losses, if the investigation discloses illegal or fraudulent activity

ID#: 010410-010410-0008119

## Acquirer Monitoring Program Inspection - LAC Region

Visa may, on a quarterly basis, inspect the LAC Acquirer's and/or Agent's facilities when the quarterly amount of confirmed purchase fraud exceeds US $100,000 and the quarterly average of confirmed fraud purchase Transactions as a percentage of purchase sales volume for its affiliated Merchants exceeds 0.30%.

ID#: 050411-010410-0000577

© 2011 Visa. All Rights Reserved.

## Acquirer Monitoring Program Inspection Costs - LAC Region

Visa will collect from the LAC Acquirer the costs and expenses incurred in connection with all inspections. The on-site inspection fee is described in the *Visa LAC Fee Guide* or applicable local fee guide.

ID#: 050411-010410-0000579

## Merchant Chargeback Activity Monitoring - U.S. Region

A U.S. Acquirer must monitor the Chargeback-to-Interchange volume ratio of its Merchants and identify any Merchant that experiences the following activity levels during any month:

- 100 or more Interchange Transactions
- 100 or more Chargebacks
- A 1% or higher ratio of overall Chargeback-to-Interchange volume

ID#: 010410-010410-0002220

## Merchant Weekly Activity Reporting - U.S. Region

A U.S. Acquirer must, at a minimum, do all of the following for each of its Merchants:

- Retain at least the following weekly data:
  – Gross sales volume
  – Average Transaction amount
  – Number of Transaction Receipts
  – Average elapsed time between the Transaction Date of the Transaction Receipt and the Acquirer's Processing Date (counting each as one day)
  – Number of Chargebacks
- Collect the data over a period of the month following the Merchant Outlet's initial Deposit
- Use the data to determine the Merchant Outlet's normal weekly activity of the specified categories
- Adjust the Merchant Outlet's normal weekly activity on a monthly basis, using the previous month's activity
- Compare current related data to the normal weekly activity parameters

ID#: 010410-010410-0002221

## Merchant Exception Reports - U.S. Region

Beginning with the Merchant Outlet Deposit activity processed on the 31st calendar day from the first Deposit, a U.S. Acquirer must generate unusual activity reports if either of the following occurs:

© 2011 Visa. All Rights Reserved.

- Current weekly gross sales volume equals or exceeds US $5,000 and any of the following meets or exceeds 150% of the normal weekly activity:

  – Number of weekly Transaction Receipt Deposits

  – Gross amount of weekly Deposits

  – Average Transaction amount

  – Number of weekly Chargebacks

- Average elapsed time between the Transaction Date and the Acquirer's Processing Date for a Transaction (counting each as one day) exceeds 15 calendar days

ID#: 010410-010410-0002223

## Internet Payment Service Provider and Sponsored Merchant Activity Monitoring - U.S. Region (Updated)

**Effective through 30 June 2011,** a U.S. Acquirer must comply with Merchant monitoring standards for each Internet Payment Service Provider, as specified in "High-Risk Telemarketing Merchant Monitoring - U.S. Region."

Sponsored Merchants that exceed Visa thresholds for excessive Chargebacks, as specified in "Merchant Chargeback Monitoring Program - U.S. Region" and Fraud Activity, as specified in "Risk Identification Service Online Fines - U.S. Region," and "Excessive Fraud Activity Notification - U.S. Region," for more than three months will be subject to RIS Online and Merchant Chargeback Monitoring Programs.

ID#: 111011-010410-0003940

# Chargeback Monitoring

## Global Merchant Chargeback Monitoring Program Overview

Visa monitors Merchant Outlets and Acquirers that generate an excessive level of international Chargebacks through the Global Merchant Chargeback Monitoring Program as noted below. Disputes related to Chargeback Reason Code 93, "Merchant Fraud Performance Program," are excluded from program monitoring.

A Merchant Outlet is identified in the Global Merchant Chargeback Monitoring Program if it meets or exceeds **all** of the following monthly performance activity levels:

- 200 international Chargebacks

- 200 International Transactions

- 2% ratio of international Chargebacks to International Transactions

An Acquirer is identified in the Global Merchant Chargeback Monitoring Program if it meets or exceeds **all** of the following monthly performance activity levels:

© 2011 Visa. All Rights Reserved.

- 500 international Chargebacks

- 500 International Transactions

- 1.5% ratio of international Chargebacks to International Transactions

- One or more Merchants in the program during the reporting month

Visa may modify or create new monthly performance levels to respond to different Chargeback and fraud trends that emerge.

Additional operational details regarding the program are specified in the *Visa Global Merchant Chargeback Monitoring Program (GMCMP) Program Guide.*

ID#: 111011-010410-0006039

## Global Merchant Chargeback Monitoring Program Handling Fees

Visa assesses an Acquirer a Chargeback handling fee of US $100 for each international Chargeback received for each identified Merchant Outlet once the Merchant has been placed in the Global Merchant Chargeback Monitoring Program.

Visa collects the Chargeback handling fee from the Acquirer and disburses US $70 to the Issuer that initiated the Chargeback through the Visa Integrated Billing Statement. Visa retains the balance as an administration fee.

If the Acquirer and Merchant have not implemented procedures to reduce Chargebacks, Visa may assess the Acquirer an increased Chargeback handling fee not exceeding US $200 for each international Chargeback received for its Merchant.

Visa may, at its discretion, assess the Acquirer Chargeback handling fees for Trailing Chargeback Activity that occurs up to 4 months after Merchant termination, regardless of sales volume.

ID#: 111011-010410-0008120

## Global Merchant Chargeback Monitoring Program Fees and/or Fines - Visa Rights (Updated)

Visa may assess, suspend, or waive fees and/or fines, in whole or in part, to accommodate unique or extenuating circumstances. Global Merchant Chargeback Monitoring Program fees and/or fines will no longer be assessed once the Merchant has met acceptable performance levels; however, fees and/or fines may continue to be assessed, or a Merchant may be prohibited from participating in the Visa Program, as specified in the "High-Risk Merchants in the Global Merchant Chargeback Monitoring Program - Acquirer Penalties" table or "Visa Right to Terminate Merchant, Payment Service Provider, or Sponsored Merchant," if Visa determines that the Merchant is causing undue economic hardship to the Visa system as a result of high dispute volumes.

ID#: 111011-010410-0001877

© 2011 Visa. All Rights Reserved.

## Global Merchant Chargeback Monitoring Program Penalties

Visa assesses Global Merchant Chargeback Monitoring Program penalties to the Acquirer, as described in the following tables.

### Penalties for Global Merchant Chargeback Monitoring Program - Merchant-Level Thresholds

| Event | Visa Action/Fee |
|---|---|
| 1. Merchant Outlet meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," in months 1-3 (month 1 = initial notification) | • Workout Period[1]<br>• No fee |
| 2. Merchant Outlet meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," in months 4-9 | • US $100 per international Chargeback for every month the Merchant meets or exceeds the program thresholds[2]<br>• If the Acquirer and Merchant have not implemented procedures to reduce Chargebacks, Visa may assess the Acquirer a fee of US $200 for each international Chargeback received for its Merchant[2] |
| 3. Merchant Outlet meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," beyond month 9 | • US $100 per international Chargeback for every month the Merchant meets or exceeds the program thresholds[2]<br>• If the Acquirer and Merchant have not implemented procedures to reduce Chargebacks, Visa may assess the Acquirer a fee of US $200 for each international Chargeback received for its Merchant[2]<br>• Acquirer is eligible for US $25,000 review fee<br>• Visa may initiate Merchant disqualification processes against a Merchant Outlet and/or its principals |

1. **Effective through 31 May 2011,** the Workout period is not applicable for Acquirer-level thresholds or High-Risk Merchants, as specified in "High-Risk Merchant Category Codes."
   **Effective 1 June 2011,** the Workout Period is not applicable for Acquirer-level thresholds, High-Risk Merchants or High-Brand Risk Merchants, as specified in "High-Brand Risk Merchant Category Codes."

2. Visa allocates US $70 of each fee to the Issuer via a Funds Disbursement.

© 2011 Visa. All Rights Reserved.

**Penalties for Global Merchant Chargeback Monitoring Program - Acquirer-Level Thresholds**

| Event | Requirements/Fine |
|---|---|
| 1. Acquirer meets or exceeds the Chargeback activity thresholds as specified in "Global Merchant Chargeback Monitoring Program Overview" | US $25,000 for every month the Acquirer meets or exceeds the program thresholds |
| 2. Acquirer meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," more than 3 times in a rolling 12-month period | US $50,000 for every month the Acquirer meets or exceeds the program thresholds |
| 3. Acquirer meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," more than 6 times in a rolling 12-month period | • US $100,000 for each subsequent month the threshold is met or exceeded<br><br>• Acquirer is eligible for the imposition of Risk Reduction Procedures as specified in "Member Risk Reduction Requirements"<br><br>• Visa may apply additional fines for repetitive or willful violations, as specified in "Repetitive Violations" and "Willful Violations" |

ID#: 151011-010610-0025677

## Global Merchant Chargeback Monitoring Program - Revocation of Workout Period

Visa may, at its discretion, revoke the Workout Period of a Merchant in the Global Merchant Chargeback Monitoring Program if Visa deems that the Merchant's activities may cause undue harm to the goodwill of the Visa payment system.

ID#: 111011-010610-0025678

## Global Merchant Chargeback Monitoring Program - Merchant Status

A Merchant that changes Acquirers while in the Global Merchant Chargeback Monitoring Program will be assigned the equivalent status in the program with the new Acquirer.

ID#: 111011-010610-0025679

## Global Merchant Chargeback Monitoring Program - Data Quality Compliance (Updated)

To enable valid Global Merchant Chargeback Monitoring Program identifications, an Acquirer must:

• Ensure Merchant names and Merchant data are identified in accordance with the *Visa Merchant Data Standards Manual*

• Provide complete and accurate Authorization and Settlement data

© 2011 Visa. All Rights Reserved.

If Visa determines that an Acquirer or its Merchant changed, modified, or altered the Merchant name or Merchant data in any way to circumvent the Global Merchant Chargeback Monitoring Program, Visa may:

- Assess a fine of US $10,000 per Merchant, per month, to the Acquirer
- Permanently disqualify the Merchant and its principals from participating in the Visa Program

For the purposes of administering Merchant compliance under the Global Merchant Chargeback Monitoring Program, if an Acquirer submits Interchange for a single Merchant Outlet under multiple names, Visa may:

- Group the Merchant activity
- Notify the Acquirer of the Interchange grouping

**Effective 1 June 2011 through 30 June 2011,** Visa may evaluate Internet Payment Service Provider (IPSP) performance either by aggregating all Interchange activity together or at the Sponsored Merchant level.

**Effective 1 July 2011,** Visa may evaluate Payment Service Provider performance either by aggregating all Interchange activity together or at the Sponsored Merchant level.

ID#: 111011-010610-0025680

## Merchant Chargeback Monitoring Program - U.S. Region

Visa monitors the total volume of U.S. Domestic and International Interchange and Chargebacks for a single Merchant Outlet and identifies U.S. Merchants that experience all of the following activity levels during any month:

- 100 or more interchange transactions
- 100 or more Chargebacks
- A 1% or higher ratio of overall Chargeback-to-Interchange volume

For the purposes of the U.S. Merchant Chargeback Monitoring Programs, if an Acquirer submits Interchange for a single Merchant Outlet under multiple names, Visa:

- Groups the Merchant activity
- Notifies the respective Acquirer of the Interchange grouping

ID#: 081010-010410-0008123

© 2011 Visa. All Rights Reserved.

**Merchant Chargeback Monitoring Program - Merchant Region - U.S. Region**

A Merchant Outlet that moves to the U.S. Region at the time that it is in another Visa Region's Chargeback monitoring program will be assigned the equivalent status in the U.S. Region's comparable Chargeback monitoring program.

ID#: 010410-010410-0002352

**Merchant Chargeback Monitoring Program - Acquirer Requirements - U.S. Region**

Within 10 calendar days of receipt of a Notification that a Merchant Outlet has met or exceeded the thresholds specified in "Merchant Chargeback Monitoring Program - U.S. Region," a U.S. Acquirer must:

• Notify the Merchant

• Provide Visa with the specific information requested

ID#: 010410-010410-0002356

**Merchant Chargeback Monitoring Program Fees - U.S. Region**

Visa assesses Merchant Chargeback Monitoring Program fees to a U.S. Acquirer, as described in the table below.

**Merchant Chargeback Monitoring Program Fees - U.S. Region**

| Event | Requirements/Fee |
|---|---|
| 1. U.S. Merchant Outlet meets or exceeds the Chargeback activity thresholds specified in "Merchant Chargeback Monitoring Program - US Region" | Initial Notification - month 0<br><br>• No fee |
| 2. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for the month following initial Notification | Notification - month 1<br><br>• US $5,000 for failure to return completed documentation within 10 calendar days of the Notification letter date<br><br>• US $1,000 per day until completed documentation is received |
| 3. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for the second month | Notification - month 2<br><br>• US $10,000 for failure to respond with an acceptable Chargeback reduction plan within 10 calendar days of the Notification letter date<br><br>• US $1,000 per day until acceptable Chargeback reduction plan is received |

© 2011 Visa. All Rights Reserved.

| Event | Requirements/Fee |
|---|---|
| 4. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for months 3, 4, and 5 | • US $50 per Chargeback for every month the Merchant continues to meet or exceed the Chargeback thresholds[1] |
| 5. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for months 6 and 7 | • US $100 per Chargeback for every month the Merchant continues to meet or exceed the Chargeback thresholds[2] |
| 6. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for months 8 and 9 | • US $25,000 review fee<br>• US $100 per Chargeback for every month the Merchant continues to meet or exceed the Chargeback thresholds[2] |
| 7. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds beyond month 9 | • US $100 per Chargeback for every month the Merchant continues to meet or exceed the Chargeback thresholds[2]<br>• Merchant and its principals eligible for disqualification proceedings, as specified in "Critical Chargeback Levels - U.S. Region" |

1. Visa allocates US $40 of each fee to the Issuer via a Funds Disbursement.
2. Visa allocates US $90 of each fee to the Issuer via a Funds Disbursement.

ID#: 050411-010410-0003490

## Chargeback Activity Fines - U.S. Region

Fines for Chargeback activity may continue to be assessed to a U.S. Acquirer:

• For all Trailing Chargeback Activity that occurs up to 120 calendar days after Transaction processing has ceased
• Equivalent to the penalties being assessed to the Acquirer, as specified in "Merchant Chargeback Monitoring Program Fees - U.S. Region," at the time Transaction processing ceased

ID#: 010410-010410-0002358

## Merchant Chargeback Monitoring Program - Merchant Disqualification - U.S. Region

If a U.S. Merchant Outlet continues to meet or exceed the Chargeback thresholds beyond the periods specified in "Merchant Chargeback Monitoring Program Fees - U.S. Region," Visa may permanently disqualify the Merchant from participating in the Visa Program. Visa notifies both the Acquirer and Merchant of the disqualification and its effective date.

ID#: 010410-010410-0002359

© 2011 Visa. All Rights Reserved.

## Critical Chargeback Levels - U.S. Region

If a U.S. Merchant Outlet demonstrates a critical level of Chargeback-to-Interchange volume at any time during a given month, Visa may require the U.S. Acquirer to terminate the Merchant Agreement.

ID#: 010410-010410-0002360

## Acquirer Chargeback Monitoring Program - U.S. Region

Visa monitors the total volume of U.S. Domestic and International Interchange and Chargebacks for any U.S. Acquirer that experiences all the following activity levels during any month:

• 500 or more interchange transactions

• 500 or more Chargebacks

• A 1% or higher ratio of overall Chargeback-to-Interchange volume

ID#: 050411-010410-0002361

## Acquirer Processing Activity Review - U.S. Region

For any U.S. Acquirer that has 3 or more Merchants in the Chargeback monitoring programs for 6 consecutive months, Visa may conduct a review of the U.S. Acquirer's and/or Merchants' Visa Card-related processing activities:

• A senior officer of the Acquirer, as determined by Visa, is required to be present during the review process

• The Acquirer must take action on all recommendations resulting from the review, as directed by Visa

ID#: 010410-010410-0002368

## Acquirer Chargeback Monitoring Program Penalties - U.S. Region

If Visa suspects that a U.S. Acquirer has terminated a Merchant Agreement and knowingly entered into a new Merchant Agreement with the same Merchant under a different name, with the intent to circumvent the provisions of the "Acquirer Chargeback Monitoring Program - U.S. Region," Visa:

• Assesses a fine, 60 calendar days after Acquirer Notification, as specified in "Acquirer Chargeback Monitoring Program Fees - U.S. Region" table

• May permanently disqualify the Merchant and its principals from participating in the Visa Program

The Acquirer may appeal to Visa during the 60-calendar-day period. If the Acquirer appeals, the Acquirer must provide evidence to disprove the suspected activity.

ID#: 010410-010410-0008129

© 2011 Visa. All Rights Reserved.

## Acquirer Chargeback Monitoring Program Fees - U.S. Region

Visa assesses Acquirer Chargeback Monitoring Program fees to a U.S. Acquirer, as described in the following table.

**Acquirer Chargeback Monitoring Program Fees - U.S. Region**

| Event | Requirements/Fee |
|---|---|
| 1. Acquirer knowingly attempts to circumvent the provisions of "Acquirer Chargeback Monitoring Program - U.S. Region" | US $25,000 assessed 60 calendar days after Notification to the Acquirer |
| 2. Acquirer meets or exceeds the Chargeback activity thresholds specified in "Acquirer Chargeback Monitoring Program - U.S. Region" | US $25,000 |
| 3. Acquirer meets or exceeds the Chargeback activity thresholds more than 3 times in a rolling 12-month period | US $100,000 for each subsequent month that either threshold is exceeded |
| 4. Acquirer has had 3 or more Merchants in the Merchant Chargeback Monitoring Programs for 6 consecutive months | Daily review fee of at least US $2,500, with a one-week minimum fee of US $17,500, assessed while a review of the Acquirer's and/or Merchants' Visa Card-related processing activities is being conducted, as specified in "Acquirer Processing Activity Review - U.S. Region" |
| 5. Acquirer fails to take action on recommendations resulting from a review of the Acquirer's and/or Merchants' Visa Card-related processing activities | US $75,000 minimum |

ID#: 010410-010410-0003491

## Global Merchant Chargeback Monitoring Program - U.S. Region

The Acquirer of a U.S. Merchant in the Global Merchant Chargeback Monitoring Program, as specified in the *Visa International Operating Regulations*, is subject to the terms of that program for the Merchant's total volume of U.S. Domestic and International Chargebacks.

ID#: 010410-010410-0002369

# Fraud Monitoring

## Acquirer Monitoring Program

Visa monitors an Acquirer to determine disproportionate fraud-to-sales ratios.

© 2011 Visa. All Rights Reserved.

An Acquirer exceeding 3 times the worldwide or regional fraud-to-sales ratio for more than one quarter will be considered non-compliant and may be subject, but not limited, to the following fines and penalties:

- Monetary fines specified in the applicable Visa Regional Operating Regulations

- Temporary suspension of contracting with new Merchants

- Termination of membership

ID#: 010410-010410-0008130

## Merchant Fraud Performance Program Description

The Merchant Fraud Performance Program measures Merchant Outlet activity and identifies Merchant Outlets requiring performance improvement when fraud thresholds are met or exceeded, as specified in the *Merchant Fraud Performance Program - Program Guide.* If a Merchant Outlet continues to meet or exceed the fraud performance thresholds:

- The Acquirer will be liable under Chargeback Reason Code 93, "Merchant Fraud Performance Program," for fraudulent Transactions at Merchant Outlets in the program

- Visa will apply escalating financial penalties to the Acquirer

- Visa may ultimately disqualify the Merchant Outlet from the Visa payment system

ID#: 111011-010410-0000608

## Merchant Fraud Performance Program Compliance

An Acquirer must comply with the Merchant Fraud Performance Program requirements specified in the *Merchant Fraud Performance Program - Program Guide.*

ID#: 050411-010410-0002396

## Merchant Fraud Performance Program Requirements

An Acquirer must address any fraud exposure attributed to a Merchant Outlet that is identified by the Merchant Fraud Performance Program within the time period specified in the *Merchant Fraud Performance Program - Program Guide* or face possible corrective actions.

ID#: 050411-010410-0001864

© 2011 Visa. All Rights Reserved.

## Acquirer Performance Monitoring Program - AP Region

The Acquirer Performance Monitoring Program monitors AP Acquirers to determine disproportionate fraud-to-sales ratios and identifies Acquirers requiring performance improvements when fraud thresholds are met or exceeded, as specified in the *Visa Acquirer Performance Monitoring Program Guide - Asia Pacific and Central Europe, Middle East, and Africa.* If an Acquirer exceeds the limits specified in the guide, it may be subject to an on-site Acquirer performance review by Visa.

An AP Acquirer is subject to the penalties specified in the following table for failure to take appropriate action if it is identified by Visa under the Acquirer Performance Monitoring Program, as specified in the *Visa Acquirer Performance Monitoring Guide - Asia Pacific and Central Europe, Middle East, and Africa.* Visa may review and modify the program thresholds and framework on a periodic basis, based on current fraud trends.

### Acquirer Performance Monitoring Program Penalty Schedule - AP Region

| Violation<br>(Based on each quarter the Acquirer exceeds the thresholds after the workout period) | Visa Action or Fine |
|---|---|
| First violation | US $25,000 |
| Second consecutive violation | US $50,000 |
| 3 or more consecutive violations | US $100,000 for every subsequent violation per quarter **OR** Visa may revoke or suspend the Acquirer's license |

ID#: 050411-011008-0008180

## Merchant Fraud Performance Program - AP Region

An AP Merchant Outlet is identified in the Merchant Fraud Performance Program if it violates the *Visa International Operating Regulations* or if it meets or exceeds monthly international fraud levels specified in the *Visa Asia Pacific Merchant Fraud Performance Program Guide.* Visa may modify or create new monthly performance levels after evaluation of the program's success in identifying Merchants that cause undue economic hardship or damage to the goodwill of the Visa system.

ID#: 010410-010410-0000612

## Domestic Merchant Fraud Performance Program - Canada Region

Canada Members must comply with the requirements of the Canada Region's Domestic Merchant Fraud Performance Program, as detailed in the *Domestic Merchant Fraud Performance User's Manual (Canada)* available at http://www.visainfo.ca.

ID#: 050411-010410-0000616

© 2011 Visa. All Rights Reserved.

## Risk Reduction Assistance - CEMEA Region

Once a CEMEA Member has exceeded risk program parameters, Visa may offer the Member assistance in implementing risk reduction strategies.

Visa assistance, where deemed necessary, may consist of a CEMEA Member onsite visit and the provision of a risk reduction recommendations report.

ID#: 010410-010410-0009033

## Implementation of Risk Reduction Recommendations - CEMEA Region

CEMEA Members that fail to demonstrate implementation of Visa risk reduction recommendations and/or remain in violation of Visa risk programs may be subject to a transfer of Transaction financial liability using Chargeback reason code 93, "Merchant Fraud Performance Program."

ID#: 010410-010410-0002279

## Fraud Activity Advices - U.S. Region

A program advice is sent to the U.S. Acquirer for each month that Fraud Activity exceeds all of the following thresholds:

- 100 or more occurrences of Fraud Activity
- Fraud Activity amount in excess of US $50,000 per month
- Acquirer Fraud Activity-to-sales ratio of 2 to 3 times the average U.S. Fraud Activity-to-sales ratio

ID#: 010410-010410-0002089

## Critical Fraud Activity Levels - U.S. Region

Visa may impose any of the following conditions on a U.S. Acquirer whose Fraud Activity-to-sales ratio is 3 or more times the average U.S. Fraud Activity-to-sales ratio for 3 consecutive months:

- Onsite review by Visa
- Required corrective actions
- Suspension of the Acquirer program
- Termination of membership

ID#: 010410-010410-0002092

© 2011 Visa. All Rights Reserved.

## Acquirer Monitoring Program Onsite Review - U.S. Region

In the U.S. Region, if Visa determines that an onsite review is required, the U.S. Acquirer will be assessed a review fee of US $2,500, with a one-week minimum fee of US $17,500.

ID#: 010410-010410-0008179

## Fraud Activity Alerts - U.S. Region

A program Alert is sent to a U.S. Acquirer for each month that Fraud Activity exceeds all of the following thresholds:

- 100 or more occurrences of Fraud Activity
- Fraud Activity amount in excess of US $50,000 per month
- Acquirer Fraud Activity-to-sales ratio of 3 or more times the average U.S. Fraud Activity-to-sales ratio

Following the receipt of an Acquirer Monitoring Program Alert, the U.S. Acquirer must immediately implement a remedial plan to reduce its Fraud Activity-to-sales ratio.

Upon receipt of the third consecutive program Alert, the U.S. Acquirer will enter a 3-month Workout Period.

Visa monitors the effectiveness of the remedial plan during the Workout Period.

ID#: 010410-010410-0009027

## Acquirer Monitoring Program Fines - U.S. Region

Beginning the first month after the Workout Period, Visa assesses the following fines if an Acquirer's monthly Fraud Activity-to-sales ratio exceeds the Acquirer Monitoring Program Alert thresholds:

### Fines for Excessive Fraud Activity-to-Sales Ratio - U.S. Region

| Month Following Workout Period | Fine |
|---|---|
| First month | US $25,000 |
| Second month | US $50,000 |
| Third month | US $75,000 |
| Fourth and subsequent months | US $100,000 |

© 2011 Visa. All Rights Reserved.

Until the U.S. Acquirer's Fraud Activity-to-sales ratio remains below the program Alert thresholds for 3 consecutive months, a fee will be assessed each month the ratio exceeds the program Alert thresholds.

ID#: 010410-010410-0009029

## Acquirer Monitoring Circumvention - U.S. Region

Visa may:

- Impose conditions on a U.S. Acquirer that knowingly acts to circumvent monitoring
- Assess fees, as specified in "Fines for Excessive Fraud Activity-to-Sales Ratio," table to an Acquirer that knowingly acts to circumvent monitoring

ID#: 010410-010410-0003489

## Excessive Fraud Activity Notification - U.S. Region

A U.S. Acquirer that receives an Excessive Fraud Activity Notification for one of its Merchants enters a 3-month Workout Period, and is subject to the requirements in the table below.

Within 10 calendar days of receipt of the Notification of fraud activity, the U.S. Acquirer must:

- Notify the Merchant
- Provide Visa with the specific information requested

Fraud Activity thresholds are available from Visa upon request.

An Identified Merchant will enter a remediation program that may last up to 10 months.

### Risk Identification Service Online Workout Period - U.S. Region

| Event | Requirements |
|---|---|
| U.S. Acquirer receives an Excessive Fraud Activity Notification, and enters a 3-month workout period. | Initial Excessive Fraud Activity Notification. No fee<br><br>• Acquirer must complete a "Risk Identification Service Online Questionnaire" and submit it to Visa within 10 days of receipt of the Notification, and take further action as specified above |

© 2011 Visa. All Rights Reserved.

| Event | Requirements |
|---|---|
| Workout Period<br><br>U.S. Acquirer receives Excessive Fraud Activity Notification(s). | Workout Period - month 1. No fee<br><br>• Acquirer must submit to Visa a fraud reduction plan detailing corrective actions by the 15th of the month following the month in which the initial Excessive Fraud Activity Notification was received. If an acceptable plan is not submitted, the Acquirer immediately enters the fee period, and may be subject to the fee period requirements for month 1[1]<br><br>Workout Period - month 2. No fee<br><br>• Acquirer evaluates the effectiveness of the fraud reduction plan and makes adjustments, as necessary<br><br>Workout Period - month 3. No fee<br><br>• Acquirer continues to evaluate the effectiveness of the fraud reduction plan and makes adjustments, as necessary |

1. If a U.S. Acquirer bypasses the Workout Period and enters the fee period, the fee schedule progresses each subsequent month from US $10,000 to US $100,000, according to the increments specified in "Risk Identification Service (RIS) Online Fine Schedule - U.S. Region."

ID#: 050411-010410-0008131

## Risk Identification Service Online Merchant Name Consolidation - U.S. Region

For the purposes of Risk Identification Service (RIS) Online in the U.S. Region, if Visa determines that Transactions from a single Merchant are entered into Interchange under multiple names, Visa may:

• Consolidate the Merchant activity from all names into one

• Designate and monitor the Merchant as an Identified Merchant

• Track and report the consolidated Merchant activity under current RIS Online parameters

ID#: 010410-010410-0003483

## Risk Identification Service Online Fines - U.S. Region

Visa assesses the following fines, as specified in the table below, to a U.S. Acquirer after the 3-month Workout Period, as described in "Excessive Fraud Activity Notification - U.S. Region."

© 2011 Visa. All Rights Reserved.

**Risk Identification Service (RIS) Online Fine Schedule - U.S. Region**

| Event | Requirements/Fine |
|---|---|
| Fine Period - month 1 [1]<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $10,000 |
| Fine Period - month 2 or 3<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $25,000 |
| Fine Period - month 4<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $50,000 |
| Fine Period - month 5<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $75,000 |
| Fine Period - month 6<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $100,000 |
| Fine Period - beyond month 6<br>Acquirer receives subsequent Excessive Fraud Activity Notification(s) [2] | • US $100,000 per month<br>• Merchant and its principal(s) eligible for disqualification proceedings, as specified in "Critical Chargeback Levels - U.S. Region" |

1. The Risk Identification Service Online remediation process, including Notification requirements, is described in "Excessive Fraud Activity Notification - U.S. Region."

2. An Identified Merchant must remain below RIS Online Notification thresholds that incur a fine for at least 3 consecutive months for the Acquirer to exit the fine period specified in this table.

ID#: 111011-010410-0003481

## Merchant Fraud Activity Monitoring - Merchant Region - U.S. Region

A U.S. Merchant Outlet that is in a Merchant Fraud Activity monitoring program in another Visa region and moves to the U.S. Region is assigned the equivalent status in the RIS Online Fraud Activity monitoring program.

ID#: 010410-010410-0001866

© 2011 Visa. All Rights Reserved.

## Critical Merchant Fraud Activity Level - U.S. Region

In the U.S. Region, if an Identified Merchant demonstrates a critical level of Fraud Activity-to-sales ratio at any time during a given month, Visa may require the Acquirer to terminate the Merchant Agreement.

ID#: 010410-010410-0001871

## Risk Identification Service Online - Merchant Data Alteration - U.S. Region

If Visa determines that a U.S. Acquirer or its Merchant changed, modified, or altered Merchant data in any way to avoid detection by Risk Identification Service (RIS) Online, Visa may assess a US $25,000 fee to the Acquirer for each occurrence identified.

ID#: 010410-010410-0003482

## Risk Identification Service Online Conditions and Fees - U.S. Region

Visa may:

- Impose conditions on a U.S. Acquirer if any of its Merchants are designated as an Identified Merchant by RIS Online
- Assess a daily review fee of at least US $2,500, with a one-week minimum fee of US $17,500, if an onsite review is required

ID#: 010410-010410-0003484

# High-Brand Risk Merchant Monitoring

## High-Brand Risk Merchant Identification (New)

**Effective 1 June 2011,** Visa may revise the penalties and criteria used to identify a High-Brand Risk Merchant.

ID#: 111011-010611-0026344

## High-Brand Risk Merchant Category Codes (Updated)

A Merchant required to use one of the following Merchant Category Codes is considered high-risk:

- 5962, "Direct Marketing-Travel-Related Arrangement Services"
- 5966, "Direct Marketing-Outbound Telemarketing Merchants"
- 5967, "Direct Marketing-Inbound Telemarketing Merchants"

© 2011 Visa. All Rights Reserved.

- 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks"
- **Effective 1 June 2011,** 5912, "Drug Stores, Pharmacies"
- **Effective 1 June 2011,** 5122, "Drugs, Drug Proprietaries, Druggist Sundries"

ID#: 111011-010410-0008137

## Global Merchant Chargeback Monitoring Program - High-Brand Risk Merchants - Penalties

**Effective through 31 May 2011,** the following table specifies the penalties per international Chargeback for Acquirers of High-Risk Merchants placed in the Global Merchant Chargeback Monitoring Program.

**Effective 1 June 2011,** the following table specifies the penalties per international Chargeback for Acquirers of High-Brand Risk Merchants placed in the Global Merchant Chargeback Monitoring Program.

### High-Brand Risk Merchants in the Global Merchant Chargeback Monitoring Program - Acquirer Penalties

| Event | Month | Visa Action or Fee/Fine |
|-------|-------|-------------------------|
| Merchant meets or exceeds the specified Chargeback ratio[1] | Months 1-3 | US $100 per Chargeback per month for each identified Merchant Outlet[2] |
| Merchant meets or exceeds the specified Chargeback ratio[1] | Months 4-6 | US $150 per Chargeback per month for each identified Merchant Outlet[2] |
| Merchant meets or exceeds the specified Chargeback ratio[1] | Month 7 and subsequent months | US $150 per Chargeback per month for each identified Merchant Outlet[2] and Visa may disqualify the Merchant from participation in the Visa Program |
| Merchant meets or exceeds the specified Chargeback ratio[1] without an effective Chargeback reduction plan, and 2 of the following levels of Chargeback activity are reached:<br>• Merchant's Chargeback ratio is 2 or more times the specified Chargeback ratio<br>• Merchant is assessed fees for 3,000 or more Chargebacks<br>• Merchant is assessed US $1 million or more in Global Merchant Chargeback Monitoring Program fees | Single month Single month When reached | Visa may disqualify the Merchant from participation in the Visa Program |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Event | Month | Visa Action or Fee/Fine |
|-------|-------|-------------------------|
| **Effective through 31 May 2011,** Acquirer does not identify a High-Risk Merchant with the correct Merchant Category Code, as specified in "High-Risk Merchant Category Codes"<br><br>**Effective 1 June 2011,** Acquirer does not identify a High-Brand Risk Merchant with the correct Merchant Category Code, as specified in "High-Brand Risk Merchant Category Codes" | When violation occurs | US $25,000 per Merchant per month |

1. The Chargeback ratio threshold is 2%.

2. **Effective 1 June 2010,** if the Acquirer and Merchant have not implemented procedures to reduce Chargebacks, Visa may assess the Acquirer a fee of US $200 for each international Chargeback received for its Merchant.

ID#: 111011-010410-0001289

## High-Risk Telemarketing Merchants - Acquirer Requirements (Updated)

**Effective through 31 May 2011,** an Acquirer must do all of the following for each of its High-Risk Telemarketing Merchants:

• Retain at least the following daily data:

  – Gross sales volume

  – Average Transaction amount

  – Number of Transaction Receipts

  – Average elapsed time between the Transaction Date of the Transaction Receipt and the Settlement Date (counting each as one day)

  – Number of Chargebacks

• Collect the data over a period of at least one month, beginning after each Merchant's initial Deposit

• Use the data to determine the Merchant's normal daily activity of the categories specified in this section

• Begin the daily monitoring of the Merchant's activity processed on the 31st calendar day from the first Deposit

• Compare current related data to the normal daily activity parameters at least daily

• Review the Merchant's normal daily activity at least weekly, using the previous week's activity

• Adjust the Merchant's normal daily activity at least monthly, using the previous month's activity

ID#: 111011-010410-0002422

© 2011 Visa. All Rights Reserved.

**High-Risk Telemarketing Merchant Exception Reports (Updated)**

**Effective through 31 May 2011,** an Acquirer must generate High-Risk Telemarketing Merchant exception reports daily and report any unusual activity to Visa within 2 business days, if either:

- Current weekly gross sales volume equals or exceeds US $5,000 or local currency equivalent, and any of the following exceeds 150% of the normal daily activity:
    - Number of daily Transaction Receipt Deposits
    - Gross amount of daily Deposits
    - Average Transaction amount
    - Number of daily Chargebacks
- Average elapsed time between the Transaction Date and the Endorsement Date or Endorsement Date and Settlement Date for a Transaction (counting each as one day respectively) exceeds 15 calendar days

ID#: 111011-010410-0002423

**High-Risk Telemarketing Merchant Investigation (Updated)**

**Effective through 31 May 2011,** an Acquirer must investigate any Merchant appearing on a High-Risk Telemarketing Merchant exception report within one business day of generating the report. When the investigation reveals Merchant involvement in illegal or fraudulent activity, the Acquirer must:

- Cooperate fully with Visa in any investigation, and release all information relative to the Merchant upon request
- Take appropriate legal action to minimize losses
- Cooperate with Issuers and law enforcement agencies
- Attempt to make the Merchant responsible for the Transaction
- Hold funds, if possible
- Initiate criminal and civil proceedings against the Merchant, if applicable

ID#: 111011-010410-0002424

**High-Risk Telemarketing Merchant Monitoring Standards (Updated)**

**Effective through 31 May 2011,** Visa will determine whether an Acquirer has met the High-Risk Telemarketing Merchant monitoring standards specified in the *Visa International Operating Regulations*.

At the request of Visa, the Acquirer must provide both of the following to demonstrate compliance:

- Copies of actual reports or records used to monitor the Merchant's Deposits

© 2011 Visa. All Rights Reserved.

• Any other data requested by Visa

ID#: 111011-010410-0005860


## High-Brand Risk Merchants - Acquirer Requirements (New)

**Effective 1 June 2011,** for each of its High-Brand Risk Merchants an Acquirer must:

• Retain at least the following daily data:

  – Gross sales volume

  – Average Transaction amount

  – Number of Transaction Receipts

  – Average elapsed time between the Transaction Date of the Transaction Receipt and the Settlement Date (counting each as one day)

  – Number of Chargebacks

• Collect the data over a period of at least one month, beginning after each Merchant's initial Deposit

• Use the data to determine the Merchant's normal daily activity of the categories specified in this section

• Begin the daily monitoring of the Merchant's activity processed on the 31st calendar day from the first Deposit

• Compare current related data to the normal daily activity parameters at least daily

• Review the Merchant's normal daily activity at least weekly, using the previous week's activity

• Adjust the Merchant's normal daily activity at least monthly, using the previous month's activity

ID#: 111011-010611-0026340


## High-Brand Risk Merchant Exception Reports (New)

**Effective 1 June 2011,** an Acquirer must generate High-Brand Risk Merchant exception reports daily and report any unusual activity to Visa within 2 business days, if either:

• Current weekly gross sales volume equals or exceeds US $5,000 or local currency equivalent, and any of the following exceeds 150% of the normal daily activity:

  – Number of daily Transaction Receipt Deposits

  – Gross amount of daily Deposits

  – Average Transaction amount

  – Number of daily Chargebacks

• Average elapsed time between the Transaction Date and the Endorsement Date or Endorsement Date and Settlement Date for a Transaction (counting each as one day respectively) exceeds 15 calendar days

ID#: 111011-010611-0026341

© 2011 Visa. All Rights Reserved.

## High-Brand Risk Merchant Investigation (New)

**Effective 1 June 2011,** an Acquirer must investigate any Merchant appearing on its High-Brand Risk Merchant exception report within 1 business day of generating the report. When the investigation reveals Merchant involvement in illegal or fraudulent activity, the Acquirer must:

- Cooperate fully with Visa in any investigation, and release all information relative to the Merchant upon request

- Take appropriate legal action to minimize losses

- Cooperate with Issuers and law enforcement agencies

- Attempt to make the Merchant responsible for the Transaction

- Hold funds, if possible

- Initiate criminal and civil proceedings against the Merchant, if applicable

ID#: 111011-010611-0026342


## High-Brand Risk Merchant Monitoring Standards (New)

**Effective 1 June 2011,** Visa will determine whether an Acquirer has met the High-Brand Risk Merchant monitoring standards, as specified in the *Visa International Operating Regulations* and the *Visa Global Acquirer Risk Standards.*

At the request of Visa, the Acquirer must provide the following within 7 calendar days to demonstrate compliance:

- Copies of actual reports or records used to monitor the Merchant's Deposits

- Any other data requested by Visa

ID#: 111011-010611-0026343


## High-Risk Electronic Commerce Authentication Requirements (Updated)

Visa may impose security or authentication requirements on a Merchant considered to be a High-Risk Electronic Commerce Merchant. An Electronic Commerce Merchant is considered high-risk if it is identified by either:

- The Global Merchant Chargeback Monitoring Program or regional equivalent, and has not demonstrated a reduction in the number of disputes generated by its online business

- Other Visa risk management programs

ID#: 111011-010410-0002430

© 2011 Visa. All Rights Reserved.

**Acquirer Risk Management Review**

An Acquirer causing undue economic hardship to the Visa system is subject to a risk management review. An Acquirer is deemed to cause undue economic hardship if it has 3 or more Merchants in the Global Merchant Chargeback Monitoring Program for 5 months during a consecutive 6-month period.

Before the imposition of mandatory risk control measures, Visa will allow an Acquirer at least 3 months from the date of Notification to correct the deficiencies identified during the risk management review. Mandatory risk control measures may include, but are not limited to:

- Logical or physical security controls, such as:
  - Installation of firewalls
  - Encryption of Account Number information
- Required use of the Address Verification Service, where available
- Implementation of an Authentication Method
- Required use of commercially available Transaction screening tools

ID#: 010410-010410-0008141

**Acquirer Risk Control Measures**

Mandatory risk control measures specified in "Acquirer Risk Management Review" must be implemented within 6 months of Notification.

If the risk control measures are not implemented, the Acquirer will be subject to a monthly fine of US $25,000, or until either of the following occurs:

- Merchant no longer exceeds the parameters specified in "High-Risk Electronic Commerce Merchant Requirements"
- Mandatory risk control measures are implemented

ID#: 010410-010410-0005861

**Electronic Commerce Requirements - Acquirer Compliance**

Visa may conduct a risk management review of Acquirer practices to determine compliance with Visa electronic commerce requirements. The Acquirer is responsible for the cost of this review.

Visa may perform an additional risk management review to determine Acquirer compliance after 6 months.

ID#: 010410-010410-0005862

© 2011 Visa. All Rights Reserved.

**High-Risk Electronic Commerce Merchant Identification (Updated)**

Visa may revise the penalties and criteria used to identify a High-Risk Electronic Commerce Merchant.

ID#: 111011-010410-0002437

**High-Risk Merchant and IPSP Registration - LAC Region (Updated)**

**Effective through 31 May 2011,** in the LAC Region, before affiliating with and accepting any Transaction from a High-Risk Merchant, High-Risk Internet Payment Service Provider, or High-Risk Sponsored Merchant, each Acquirer, in each jurisdiction, must:

- Assign an exclusive BIN and Settlement Account for the acquiring and settlement of these Transactions
- Complete and deliver to Visa a "Regional Registration Form" (Exhibit LA-2) for each entity
- Obtain written confirmation from Visa approving each registration request
- Pay a one-time registration fee for each entity as described in the *Visa LAC Fee Guide* or applicable local fee guide

ID#: 111011-010410-0008934

**Member Risk Policies - Acquirer Compliance - LAC Region**

Before submitting a "Regional Registration Form" (Exhibit LA-2), an LAC Acquirer must comply with the applicable Member Risk policies, which may be amended from time to time.

ID#: 010410-010410-0002291

**Modifications to High-Risk Regional Registration Form - LAC Region (Updated)**

**Effective through 31 May 2011,** an LAC Acquirer must immediately notify Visa of any changes to the information on any "Regional Registration Form" (Exhibit LA-2) by submitting a revised form indicating the change.

ID#: 111011-010410-0002293

**High-Risk Chargeback Monitoring Program - U.S. Region (Updated)**

**Effective through 31 May 2011,** Visa monitors the total volume of U.S. Domestic and International Interchange and Chargebacks for U.S. Merchants specified in "High-Risk Merchant Category Codes" and identifies Merchants that experience all of the following activity levels during any month:

- 100 or more interchange transactions
- 100 or more Chargebacks

© 2011 Visa. All Rights Reserved.

- A 1.00% or higher ratio of overall Chargeback-to-Interchange volume

For the purposes of the U.S. High-Risk Chargeback Monitoring Program, if a Merchant submits Interchange under multiple names, Visa:

- Groups the Merchant activity
- Notifies the respective Acquirer of the Interchange grouping

ID#: 111011-010410-0008976


## Additional Monitoring of High-Risk Merchants - U.S. Region (Updated)

**Effective through 31 May 2011,** a U.S. Merchant identified in the Merchant Chargeback Monitoring Program may be monitored under the terms of the High-Risk Chargeback Monitoring Program if Visa determines that the Merchant's activities may cause undue harm to the goodwill of the Visa system.

ID#: 151011-010410-0001885


## High-Risk Chargeback Monitoring Program - Chargeback Ratios - U.S. Region (Updated)

**Effective through 31 May 2011,** if a U.S. Merchant specified in "High-Risk Merchant Category Codes" meets or exceeds either of the applicable Chargeback ratios specified in "High-Risk Chargeback Monitoring Program - U.S. Region," Visa sends a Notification to the appropriate U.S. Acquirer.

Within 15 calendar days of receipt of the Notification, the Acquirer must:

- Notify the Merchant
- Provide Visa with the specific information requested

ID#: 111011-010410-0009005


## High-Risk Chargeback Monitoring Program Fees - U.S. Region

**Effective through 31 May 2011,** Visa assesses High-Risk Chargeback Monitoring Program fees to a U.S. Acquirer, from the date of Notification, as described in the following table:

**High-Risk Chargeback Monitoring Program Acquirer
Fees - U.S. Region (Effective through 31 May 2011)**

| Event | Requirements/Fee |
|---|---|
| 1. During months 1-3, the Merchant meets or exceeds the Chargeback activity thresholds specified in "High-Risk Chargeback Monitoring Program - U.S. Region" | • US $5,000 review fee month 1<br>• US $100 per Chargeback months 1-3[1] |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Event | Requirements/Fee |
|---|---|
| 2. During months 4-6, the Merchant meets or exceeds the applicable Chargeback ratios specified in (1) above | • US $150 per Chargeback months 4-6[2]<br>• US $25,000 review fee month 6 |
| 3. After 6 months in which the Merchant has met or exceeded the Chargeback thresholds specified in "High-Risk Chargeback Monitoring Program - U.S. Region" | • Visa may disqualify the Merchant from participation in the Visa Program |
| 4. Acquirer does not:<br>• Identify a High-Risk Telemarketing Merchant with the correct Merchant Category Code<br>• Register a High-Risk Telemarketing Merchant | • US $25,000 per Merchant per month<br>• US $100,000 after 3 violations in calendar year and/or prohibition against signing High-Risk Telemarketing Merchants[3] |
| 5. Acquirer knowingly signs a disqualified Merchant or any of the disqualified Merchant's principals | • US $250,000 per month until the Acquirer terminates the Merchant Agreement[3] |

1. Visa allocates US $90 of each fee to the Issuer via a Funds Disbursement.

2. Visa allocates US $135 of each fee to the Issuer via a Funds Disbursement.

3. Visa may impose conditions on Acquirers for violations of the U.S. Regional Operating Regulations, up to and including termination of the Acquirer program.

ID#: 151011-010410-0003492

## High-Brand Risk Chargeback Monitoring Program - U.S. Region

**Effective 1 June 2011,** Visa monitors the total volume of U.S. Domestic and International Interchange and Chargebacks for U.S. Merchants specified in "High-Brand Risk Merchant Category Codes" and identifies Merchants that experience all of the following activity levels during any month:

• 100 or more interchange Transactions

• 100 or more Chargebacks

• A 1.00% or higher ratio of overall Chargeback-to-Interchange volume

For the purposes of the U.S. High-Brand-Risk Chargeback Monitoring Program, if a Merchant submits Interchange under multiple names, Visa:

• Groups the Merchant activity

• Notifies the respective Acquirer of the Interchange grouping

ID#: 111011-010611-0026367

© 2011 Visa. All Rights Reserved.

## Additional Monitoring of High-Brand Risk Merchants - U.S. Region (New)

**Effective 1 June 2011,** a U.S. Merchant identified in the Merchant Chargeback Monitoring Program may be monitored under the terms of the High-Brand Risk Chargeback Monitoring Program if Visa determines that the Merchant's activities may cause undue harm to the goodwill of the Visa system.

ID#: 111011-010611-0026368

## High-Brand Risk Chargeback Monitoring Program - Chargeback Ratios - U.S. Region

**Effective 1 June 2011,** if a U.S. Merchant specified in "High-Brand Risk Merchant Category Codes" meets or exceeds either of the applicable Chargeback ratios specified in "High-Brand Risk Chargeback Monitoring Program - U.S. Region," Visa sends a Notification to the appropriate U.S. Acquirer.

Within 15 calendar days of receipt of the Notification, the Acquirer must:

- Notify the Merchant
- Provide Visa with the specific information requested

ID#: 111011-010611-0026369

## High-Brand Risk Chargeback Monitoring Program Fees - U.S. Region (Updated)

**Effective 1 June 2011,** Visa assesses High-Brand Risk Chargeback Monitoring Program fees to a U.S. Acquirer, from the date of Notification, as described in the following table:

### High-Brand -Risk Chargeback Monitoring Program Acquirer Fees - U.S. Region

| Event | Requirements/Fee |
|-------|------------------|
| 1. During months 1-3, the Merchant meets or exceeds the Chargeback activity thresholds specified in "High-Brand Risk Chargeback Monitoring Program - U.S. Region" | • US $ 5,000 review fee month<br>• US 100 per Chargeback in months 1-3[1] |
| 2. During months 4-6, the Merchant meets or exceeds the applicable Chargeback ratios specified in (1) above | • US $ 150 per Chargeback in months 4-6[2]<br>• US $ 25,000 review fee in month 6 |
| 3. After 6 months in which the Merchant has met or exceeded the Chargeback thresholds specified in "High-Brand Risk Chargeback Monitoring Program - U.S. Region" | • Visa may disqualify the Merchant from participation in the Visa Program |
| 4. Acquirer does not:<br>• Identify a High-Brand Risk Merchant with the correct Merchant Category Code<br>• Register a High-Brand Risk Merchant | • US $25,000 per Merchant per month<br>• US $100,000 after 3 violations in calendar year and/or prohibition against signing High-Brand Risk Merchants[3] |

© 2011 Visa. All Rights Reserved.

| Event | Requirements/Fee |
|---|---|
| 5. Acquirer knowingly signs a disqualified Merchant or any of the disqualified Merchant's principals | • US $250,000 per month until the Acquirer terminates the Merchant Agreement[3] |

1. Visa allocates US $90 of each fee to the Issuer via a Funds Disbursement.

2. Visa allocates US $135 of each fee to the Issuer via a Funds Disbursement.

3. Visa may impose conditions on Acquirers for violations of the U.S. Regional Operating Regulations, up to and including termination of the Acquirer program.

ID#: 171011-010611-0026373

## High-Risk Telemarketing Merchant Registration - U.S. Region (Updated)

**Effective through 30 November 2011,** before accepting Transactions from a High-Risk Telemarketing Merchant, a U.S. Acquirer must submit to Visa a completed "High-Risk Merchant Registration and Certification" form, which is available through Visa Online or upon request from Visa.

ID#: 111011-010410-0008166

## Continuing Chargeback Activity Fines - U.S. Region

Fines for Chargeback activity may continue to be assessed to a U.S. Acquirer:

• For all Trailing Chargeback Activity that occurs up to 120 calendar days after Transaction processing has ceased

• Equivalent to the penalties being assessed to the Acquirer, as specified in "High-Risk Chargeback Monitoring Program Fees - U.S. Region," at the time Transaction processing ceased

ID#: 010410-010410-0001889

## Merchant Disqualification - U.S. Region

Visa may disqualify a U.S. Merchant specified in "High-Risk Merchant Category Codes" from participating in the Visa Program if the Merchant:

• Meets or exceeds a critical level of Chargeback activity, as determined by Visa

• Acts with the intent to circumvent Visa programs

• Causes harm to the Visa system

Visa will send a Notification to the Acquirer advising:

• The date the Acquirer must stop submitting the disqualified Merchant's Transactions

• Reasons for the disqualification

• Notice of the right to appeal

© 2011 Visa. All Rights Reserved.

The Acquirer may appeal the disqualification as follows:

• The Acquirer's appeal letter must be received by Visa within 15 days of the Acquirer's receipt of the disqualification Notification

• The Acquirer must pay a US $5,000 non-refundable fee and include it with the appeal letter

• The evidence and arguments for the appeal must be submitted in the appeal letter

• No oral presentations are permitted

ID#: 010410-010410-0005865


## High-Risk Telemarketing Merchant Monitoring - U.S. Region (Updated)

**Effective through 30 November 2011,** a U.S. Acquirer must monitor its High-Risk Telemarketing Merchants, which are required to be registered with Visa as specified in "High-Risk Telemarketing Merchant Registration - U.S. Region." An Acquirer of a U.S. High-Risk Internet Payment Service Provider must:

• Register its High-Risk Sponsored Merchants as High-Risk Telemarketing Merchants

• Monitor its High-Risk Internet Payment Service Providers as specified in the *Visa International Operating Regulations*

ID#: 111011-010410-0003229


## High-Risk Telemarketing Merchant Daily Activity Reporting - U.S. Region (Updated)

**Effective through 30 November 2011,** a U.S. Acquirer must do all of the following for each of its High-Risk Telemarketing Merchants:

• Retain the following daily data:
  – Gross sales volume
  – Average Transaction amount
  – Number of Transactions
  – Average elapsed time between the Merchant Date of the Merchant Receipt and the Central Processing Date (counting each as one day)
  – Number of Chargebacks
• Collect the data over a period of at least 15 calendar days, beginning after each Merchant's initial Deposit
• Use the data to determine the Merchant's normal daily activity for each High-Risk Telemarketing Merchant category
• Begin daily monitoring of the Merchant's Deposit activity processed on the 15th calendar day from the first Deposit
• Compare current related data to the normal daily activity parameters at least daily

© 2011 Visa. All Rights Reserved.

- Review and adjust the Merchant's normal daily activity at least weekly, using the previous week's activity

ID#: 111011-010410-0002097

## High-Risk Telemarketing Merchant Unusual Activity Reporting - U.S. Region (Updated)

**Effective through 30 November 2011,** for its High-Risk Telemarketing Merchants, a U.S. Acquirer must generate unusual activity reports daily, and report any unusual activity to Visa within 2 business days, if either of the following occurs:

- Current weekly gross sales volume equals or exceeds US $5,000 and any of the following exceeds 150% of the normal daily activity:
  - Number of daily Transaction Receipt Deposits
  - Gross amount of daily Deposits
  - Average Transaction amount
  - Number of daily Chargebacks
- Average elapsed time between the Transaction Date and the Acquirer's Processing Date for a Transaction (counting each as one day) exceeds 15 calendar days

ID#: 111011-010410-0002099

## High-Risk Telemarketing Merchant Fees and Charges - U.S. Region (Updated)

**Effective through 30 November 2011,** Visa assesses registration and annual charges for High-Risk Telemarketing Merchants, as specified in the *Visa U.S.A. Fee Guide.*

Visa collects the annual charge each 1 September following the registration date.

ID#: 111011-010410-0008935

## High-Brand Risk Merchant Registration - U.S. Region (Updated)

**Effective 1 December 2011,** in the U.S. Region, before accepting Transactions from a High-Brand Risk Merchant, an Acquirer must register each High-Brand Risk Merchant using a *Visa U.S.A. High Risk Merchant Registration and Certification* form, available upon request from Visa.

An Acquirer of a Merchant assigned with either MCC 5122 or MCC 5912 that is accredited by the National Association of Boards of Pharmacy, or other legal regulatory body recognized by Visa, does not need to register that Merchant as a High-Brand Risk Merchant with Visa.

ID#: 151011-011211-0026345

© 2011 Visa. All Rights Reserved.

**High-Brand Risk Merchant Monitoring - U.S. Region (New)**

**Effective 1 December 2011,** an Acquirer must monitor its High-Brand Risk Merchants, which are required to be registered with Visa as specified in "High-Brand Risk Merchant Registration – U.S. Region." An Acquirer of a High-Risk Payment Service Provider must:

- Register its High-Brand Risk Sponsored Merchants as High-Brand Risk Merchants
- Monitor its High-Risk Internet Payment Service Providers as specified in the *Visa International Operating Regulations*

ID#: 151011-011211-0026346

**High-Brand Risk Merchant Unusual Activity Reporting - U.S. Region (Updated)**

**Effective 1 December 2011,** for its High-Brand Risk Merchants, a U.S. Acquirer must generate unusual activity reports daily, and report any unusual activity to Visa within 2 business days, if either of the following occurs:

- Current weekly gross sales volume equals or exceeds US $5,000 and any of the following exceeds 150% of the normal daily activity:
    – Number of daily Transaction Receipt Deposits
    – Gross amount of daily Deposits
    – Average Transaction amount
    – Number of daily Chargebacks
- Average elapsed time between the Transaction Date and the Acquirer's Processing Date for a Transaction (counting each as one day) exceeds 15 calendar days

ID#: 151011-011211-0026374

**High-Brand Risk Merchant Fees and Charges - U.S. Region (New)**

**Effective 1 December 2011,** Visa assesses registration and annual charges for High-Brand Risk Merchants, as specified in the *Visa U.S.A. Fee Guide.*

Visa collects the annual charge each 1 September following the registration date.

ID#: 111011-011211-0026375

# Electronic Commerce Monitoring

## Electronic Commerce Merchant Monitoring Program - Acquirer Restrictions (Updated)

**Effective through 31 May 2011,** an Acquirer must:

© 2011 Visa. All Rights Reserved.

- Ensure that a Merchant, Internet Payment Service Provider, or a Sponsored Merchant does **not** accept Visa Cards for, or displays a Visa-Owned Mark on a Website that is used in relation to, the purchase or trade of photographs, video imagery, computer-generated images, cartoons, simulation, or any other media or activities including, but not limited to, activities listed under "Brand Protection"

- Within 7 calendar days of Notification from Visa, terminate a Merchant or IPSP or require an IPSP to terminate its agreement with the Sponsored Merchant that is in violation of this rule.

ID#: 111011-010410-0008101

## Electronic Commerce Merchant Monitoring Program - Acquirer Penalties (Updated)

**Effective through 31 May 2011,** an Acquirer is subject to the penalties specified in the table below if it fails to terminate a Merchant, Internet Payment Service Provider (IPSP), or Sponsored Merchant that displays a Visa-Owned Mark on its Website or accepts Cards in relation to, or for the purchase or trade of, photographs, video imagery, computer-generated images, cartoons, simulation, or any other media or activities including, but not limited to, activities listed under "Brand Protection."

### Acquirer Penalties for Non-Compliance with the Electronic Commerce Merchant Monitoring Program (Effective through 31 May 2011)

| Event | Visa Action or Fine |
|---|---|
| Merchant or its principals, IPSP, or Sponsored Merchant identified for 1 month in a 12-month period | Notification of violation sent to Acquirer |
| Merchant or its principals, IPSP, or Sponsored Merchant not terminated within 7 calendar days of Notification | US $50,000 per Merchant URL or Sponsored Merchant URL |
| Same Merchant or its principals, IPSP, or Sponsored Merchant identified for any 2 months in a 12-month period | US $50,000 per Merchant URL or Sponsored Merchant URL |
| Same Merchant or its principals, IPSP, or Sponsored Merchant identified for any 3 months in a 12-month period | US $50,000 per Merchant URL or Sponsored Merchant URL, plus an additional US $250,000 fine |
| Same Merchant or its principals, IPSP, or Sponsored Merchant identified for any 4 months in a 12-month period | US $50,000 per Merchant URL or Sponsored Merchant URL, plus an additional US $250,000 fine<br><br>Visa may prohibit the Acquirer from contracting with a new Electronic Commerce Merchant or IPSP for a period of 1 year or more |
| Same Merchant or its principals, IPSP, or Sponsored Merchant identified for any 5 months in a 12-month period | US $50,000 per Merchant URL or Sponsored Merchant URL, plus an additional US $250,000 fine<br><br>Visa may both:<br>• Require the Acquirer to terminate all existing Electronic Commerce Merchants and IPSPs<br>• Prohibit the Acquirer from contracting with a new Electronic Commerce Merchant or IPSP |

© 2011 Visa. All Rights Reserved.

| Event | Visa Action or Fine |
|---|---|
| Same Merchant or its principals, IPSP, or Sponsored Merchant identified for any 6 months in a 12-month period | US $50,000 per Merchant URL or Sponsored Merchant URL, plus an additional US $250,000 fine<br><br>Visa may revoke the Member's acquiring privileges |

ID#: 111011-010410-0001290

## Electronic Commerce Merchant Monitoring Program - Acquirer Penalties - U.S. Region

**Effective through 31 May 2011,** in the U.S. Region, Visa assesses Electronic Commerce Merchant Monitoring Program fines to an Acquirer, as specified in the table below.

### Electronic Commerce Merchant Monitoring Program Acquirer Fines - U.S. Region

| Violation | Fine |
|---|---|
| First violation[1] | Warning letter with specific date for correction |
| Second violation in a rolling 12-month period | US $50,000, assessed during each month the violation remains uncorrected |
| Third violation in a rolling 12-month period | US $250,000, assessed during each month the violation remains uncorrected |
| Fourth violation in a rolling 12-month period | An Acquirer may be prohibited from signing new Electronic Commerce Merchants for at least one year. |
| Fifth violation in a rolling 12-month period | An Acquirer may be required to terminate all existing Electronic Commerce Merchants and prohibited from signing new Electronic Commerce Merchants. |
| Sixth violation in a rolling 12-month period | An Acquirer may have its acquiring license revoked. |
| 1. Internet Payment Service Providers are considered Electronic Commerce Merchants for the purpose of this program. | |

ID#: 151011-010410-0003691

# Brand Protection

## Global Brand Protection Program

## Brand Protection Requirements (New)

**Effective 1 June 2011 through 30 June 2011,** an Acquirer must:

© 2011 Visa. All Rights Reserved.

- Ensure that a Merchant, Internet Payment Service Provider (IPSP), Sponsored Merchant, High-Brand Risk Merchant, High-Risk Internet Payment Service Provider or High-Brand Risk Sponsored Merchant does not accept Visa Cards for, or displays a Visa-Owned Mark on a Website that is used in relation to, the purchase or trade of photographs, video imagery, computer-generated images, cartoons, simulation, or any other media or activities including, but not limited to, activities listed under "Brand Protection"

- Within 7 calendar days of Notification from Visa, correct the violation or, if requested by Visa, terminate a Merchant, IPSP, High-Brand Risk Merchant or High-Risk Internet Payment Service Provider, or require the IPSP or High-Risk Internet Payment Service Provider to terminate its agreement with the Sponsored Merchant or High-Brand Risk Sponsored Merchant that is in violation of this rule

**Effective 1 July 2011,** an Acquirer must:

- Ensure that a Merchant, Payment Service Provider (PSP), Sponsored Merchant, High-Brand Risk Merchant, High-Risk Internet Payment Service Provider (High-Risk IPSP), or High-Brand Risk Sponsored Merchant does not accept Visa Cards for, or display a Visa-Owned Mark on a Website that is used in relation to, the purchase or trade of photographs, video imagery, computer-generated images, cartoons, simulation, or any other media or activities including, but not limited to, activities listed under "Brand Protection"

- Within 7 calendar days of Notification from Visa, correct the violation or, if requested by Visa, terminate a Merchant, PSP, High-Brand Risk Merchant, or High-Risk IPSP, or require the PSP or High-Risk IPSP to terminate its agreement with the Sponsored Merchant or High-Brand Risk Sponsored Merchant that is in violation of this rule

ID#: 151011-010611-0026376


## High-Brand Risk Acquirer Registration (New)

**Effective 1 June 2011,** Acquirers who previously did not acquire Electronic Commerce Merchants or Mail/Phone Order Merchants classified by Visa as high-brand risk must:

- Complete and submit to Visa a registration form, available in the *Visa Global Brand Protection Program Guide for Acquirers*

- Not process or enter any High-Brand Risk Transactions into Interchange, until written confirmation has been received from Visa that the Acquirer has been registered and approved by Visa

- Immediately notify Visa of any changes to information provided on the registration form by submitting a revised form indicating the change

Additionally, Visa may require the Acquirer to undergo an assessment to ensure compliance with the Global Brand Protection Program and the *Visa International Operating Regulations.*

An assessment may take the form of an onsite audit, as specified in "Visa Right to Monitor, Audit, Inspect and Investigate."

ID#: 111011-010611-0026379

© 2011 Visa. All Rights Reserved.

## High-Brand Risk Acquirer Registration Fee (New)

**Effective 1 June 2011,** Visa will assess a one-time registration fee for new Acquirers of High-Brand Risk Transactions in a Card-Absent Environment, as specified in the applicable Visa regional fee guide.

ID#: 111011-010611-0026380

## High-Brand Risk Acquirer Non-Registration Penalties (New)

**Effective 1 June 2011,** if Visa determines that an Acquirer, that previously did not acquire High-Brand Risk Transactions in a Card-Absent Environment, has failed to comply with the registration requirements specified in "High-Brand Risk Acquirer Registration" Visa may assess a fine of US $ 25,000 to the Acquirer per calendar month of non-compliance.

Continued non-compliance may result in Visa prohibiting that Acquirer from acquiring High-Brand Risk Merchants.

ID#: 151011-010611-0026381

## High-Brand Risk Acquirer Requirements (New)

**Effective 1 December 2011,** an Acquirer of High-Brand Risk Merchants, High-Risk Internet Payment Service Providers or High-Brand Risk Sponsored Merchants must:

- Comply with all applicable Visa risk policies, as specified in the *Visa International Operating Regulations*, Regional Operating Regulations, *Visa Global Brand Protection Program Guide for Acquirers* and the *Visa Global Acquirer Risk Standards*

- Participate in the Visa Merchant Trace System (VMTS), where available and permitted under local applicable law and both:

  – Query VMTS prior to entering into an agreement with a prospective Electronic Commerce Merchant or Mail/Phone Order Merchant or Sponsored Merchant

  – List any Electronic Commerce Merchant or Mail/Phone Order Merchant or Sponsored Merchant has been terminated for just cause on VMTS

- For Acquirers in the U.S. Region, participate in the Terminated Merchant File, as specified in "Terminated Merchant File" *(This only applies in the U.S. Region.)*

- For Acquirers in the Canada Region, participate in the a common terminated Merchant database, as specified in "Common Terminated Merchant Database - Canada Region" *(This only applies in the Canada Region.)*

© 2011 Visa. All Rights Reserved.

- Provide Visa with a suspect violation report if a Merchant or Agent is identified by the Member as processing illegal or prohibited Transactions as specified in "Brand Protection."[101]

ID#: 111011-011211-0026382

## High-Brand Risk Acquirer Capital Requirements (New)

**Effective 1 June 2011 through 30 June 2011,** an Acquirer that has not previously acquired Transactions from Electronic Commerce Merchants, Mail/Phone Order Merchants, Internet Payment Service Providers, or Sponsored Merchants classified as high-risk, as specified in "High-Brand Risk Merchant Category Codes," must:

- Be in good standing in all Visa risk management programs

- Be investment-grade, as defined by Visa, and meet a minimum equity requirement of US $ 100 million[102]

**Effective 1 July 2011,** an Acquirer that has not previously acquired Transactions from Electronic Commerce Merchants, Mail/Phone Order Merchants, or Sponsored Merchants classified as high-risk, as specified in "High-Brand Risk Merchant Category Codes," must:

- Be in good standing in all Visa risk management programs

- Be rated above-standard (a Visa Member risk rating of "A" or "B") and meet a minimum equity requirement of US $100 million[103]

ID#: 111011-010611-0026383

## Request for Information Requirements (New)

**Effective 1 June 2011,** an Acquirer must provide information relating to any request for information presented by Visa, its designees, or any regulatory agency, as required under the Global Brand Protection Program.

The required information must be provided in writing as soon as possible, but no later than 7 business days following receipt of the request for information.

ID#: 111011-010611-0026384

---

101 Visa may waive or suspend penalties to accommodate unique or extenuating circumstances or if violations of the *Visa International Operating Regulations* are identified and rectified prior to receipt of formal Notification from Visa that a violation has occurred.

102 **Effective through 30 June 2011,** Visa may waive this requirement in exchange for assurance and evidence of the imposition of risk controls satisfactory to Visa. This may include, but is not limited to, the pledging of additional collateral.

103 **Effective 1 July 2011,** Visa may waive these requirements in exchange for assurance and evidence of the imposition of risk controls satisfactory to Visa. This may include, but is not limited to, the pledging of additional collateral.

© 2011 Visa. All Rights Reserved.

**Annual Assessments (Updated)**

**Effective 1 December 2011,** an Acquirer will be subject to an annual assessment to ensure compliance with the requirements of the Global Brand Protection Program and the *Visa International Operating Regulations* if either:

- All of the following quarterly thresholds, as amended from time to time, are met or exceeded:

  – A minimum of 10,000 International Transactions in a Card Absent Environment classified as High-Brand Risk Transactions

  – US $1 million International Transactions in a Card Absent Environment classified as High-Brand Risk Transactions

  – A ratio of 10% of International Transactions in a Card-Absent Environment classified as High-Brand Risk Transactions versus all International Transactions acquired in a Card Absent Environment [104]

- One or more Merchants is identified under the Global Brand Protection Program as having been involved in illegal or prohibited Transactions

ID#: 151011-011211-0026385

**Global Brand Protection Program Annual Assessment Fee (New)**

**Effective 1 December 2011,** an Acquirer that is subject to an annual assessment, as specified in "Annual Assessments" will be subject to an annual assessment fee, as specified in the applicable Visa regional fee guide.

ID#: 111011-011211-0026386

# Fraud Reporting

## Fraud Reporting Requirements

## Fraud Activity Reporting

An Issuer must report Fraud Activity to Visa through VisaNet when either a:

- Fraudulent User has obtained a Card or Account Number

- Card was obtained through misrepresentation of identification or financial status

ID#: 010410-010410-0002389

---

104  The ratio is calculated, based on the Transaction Date, as a percentage of International Transactions processed as High-Brand Risk Transactions versus the total International Transactions acquired in a Card-Absent Environment over the period of the calculation.

© 2011 Visa. All Rights Reserved.

## Fraud Activity Reporting Time Limit

An Issuer must report Fraud Activity upon detection, but no later than:

- 90 calendar days from the Transaction Date
- 30 calendar days following the receipt of the Cardholder's dispute notification, if the notification is not received within the 90-calendar-day period

ID#: 010410-010410-0002390

## Fraud Activity Reporting Time Limit - AP Region

An AP Issuer must report all confirmed fraudulent Transactions immediately upon detection, but no later than:

- 60 calendar days from the Transaction Date
- 30 calendar days following receipt of the Cardholder's dispute notification, if the notification is not received within the 60-calendar-day period

ID#: 010410-010410-0002246

## Fraud Activity Reporting Time Limit - LAC Region

An LAC Issuer must report Fraud Activity upon detection, but no later than:

- 60 calendar days from the Transaction Date except for fraud type 03, "Fraudulent Application," and type 05, "Miscellaneous, Account Take Over"
- 30 calendar days following the receipt of the Cardholder's dispute notification, if the notification is not received within the 60-calendar-day period

ID#: 081010-010609-0007054

## Fraud Activity Reporting Compliance - LAC Region

An LAC Issuer must report Fraud Activity, as detailed in the *Fraud Reporting System (FRS) User's Guide*, and comply with the following:

- At least 95% of all fraud must be reported. This includes domestic and international, on-us, debit and credit, and ATM Transactions
- At least 90% of all reported fraud must be classified correctly
- No more than 5% of all reported fraud can be classified as fraud type 05, "Miscellaneous"
- In at least 90% of reported fraudulent Transactions, mandatory TCR2 fields must match with the corresponding BASE II record fields, except the Excluded Transaction Identifier Reason field

ID#: 081010-010609-0007259

© 2011 Visa. All Rights Reserved.

**Rejected Fraud Activity Reporting**

An Issuer must report Fraud Activity, as detailed in the *Fraud Reporting System (FRS) User's Guide*. At least 90% of rejected Fraud Activity must be resubmitted and accepted into the Fraud Reporting System.

ID#: 010410-010410-0008051

**Counterfeit Activity Reporting**

An Acquirer must report:

• Counterfeit activity through VisaNet using the appropriate fraud advice transaction code in the same manner as specified for Issuers in "Fraud Activity Reporting"

• A counterfeit Transaction within 60 calendar days of a Chargeback, when no Representment or Arbitration right is available

See the *Fraud Reporting System (FRS) User's Guide*.

ID#: 010410-010410-0002395

**Fraud-Related Disputes - AP Region**

An AP Issuer must complete TC40 fraud reporting before initiating all fraud-related disputes.

ID#: 010410-010410-0008048

**Fraud-Related Disputes - U.S. Region**

In the U.S. Region, if Fraud Activity has occurred on an account and the Issuer does not list the Account Number on the Exception File with a Pickup Response for at least 30 calendar days, Chargeback rights are restricted.

ID#: 010410-010410-0008049

**Fraud Activity Reporting Corrections - U.S. Region**

In the U.S. Region, if further investigation determines that a Transaction or occurrence is of a different Fraud Activity type than previously reported, the Issuer must correct the activity.

ID#: 010410-010410-0002166

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

**Cards Not Received as Issued - U.S. Region**

A U.S. Member must report all U.S. Cardholder and U.S. Issuer mailing information on "Not Received as Issued" Cards, whether or not Fraud Activity has occurred.

ID#: 010410-010410-0002167

# Fraud Reporting Compliance

## Fraud Activity Reporting Non-Compliance

If a Member does not comply with "Fraud Activity Reporting" and "Fraud Activity Reporting Time Limit," the Member is subject to:

- An onsite audit by Visa staff at the Member's expense
- Penalties, as specified in the table below

### Penalties for Failure to Report Fraud

| Occurrence | Warning Letter | Suspension of Fraud Chargeback Rights[1] | Fine (Minimum Amount) | Onsite Member Audit |
|---|---|---|---|---|
| First | Yes | Not applicable | US $0 | Not applicable |
| Second | Yes | Not applicable | US $0 | Not applicable |
| Third | Not applicable | 90 calendar days | US $25,000 | Not applicable |
| Fourth | Not applicable | 180 calendar days | US $50,000 | Yes |
| Fifth | Not applicable | Indefinite until compliance achieved | Regional decision based upon reevaluation | Not applicable |

1. Chargeback reason codes will be determined by Visa, as specified in the applicable Regional Operating Regulations.

ID#: 010410-010410-0002392

## Fraud Activity Reporting Compliance - AP Region

An AP Member is compliant with Visa fraud reporting requirements if it:

- Reports at least 90% of confirmed fraud activities
- Reports at least 90% of fraud within 60 calendar days of the Transaction Date
- Uses correct fraud types for at least 90% of reported fraud

© 2011 Visa. All Rights Reserved.

• Populates all mandatory TC 40 fields

ID#: 010410-010410-0001759

## Fraud Activity Reporting Non-Compliance - AP Region

Visa may require an AP Issuer that has failed to comply with the requirements specified in "Fraud Activity Reporting Compliance - AP Region" and "Fraud-Related Disputes - AP Region," or one suspected of under-reporting fraud, to undergo an onsite review. Visa will undertake an initial onsite inspection of all AP Issuers with annual Retail Sales Volume exceeding US $650 million. The retail sales volume (RSV) threshold is designed to identify Issuers that represent 90% of total Asia-Pacific RSV and will be adjusted by Visa as necessary.

ID#: 010410-010410-0001758

## Issuer Non-Compliance - AP Region

AP Issuers identified as non-compliant and that fail to resolve areas of non-compliance within a reasonable period (to be agreed between AP Members and Visa) following an onsite review will have the following fraud-related dispute rights suspended until compliant:

• Chargeback reason code 57, "Fraudulent Multiple Transactions"

• Chargeback reason code 62, "Counterfeit Transaction"

• Chargeback reason code 81, "Fraud - Card-Present Environment"

• Chargeback reason code 83, "Fraud - Card-Absent Environment"

• Chargeback reason code 93, "Merchant Fraud Performance Program"

ID#: 010410-010410-0001760

## Fraud Alert Requirements - Canada Region

A Canada Member must comply with the *CoFAS Procedures for Reporting Credit Skimming Incidents* manual available at https://visainfo.ca.

ID#: 010410-010410-0001757

## Fraud Reporting Program Audit Fees - LAC Region

Visa may audit an LAC Issuer under the Fraud Reporting Program at any time. Issuers subject to an onsite Fraud Reporting audit will be charged a fee.

ID#: 081010-010609-0007260

© 2011 Visa. All Rights Reserved.

**Fines for Failure to Report Fraud - LAC Region**

An LAC Issuer that does not comply with the Fraud Reporting Program's requirements as determined by the third or higher consecutive onsite audit will be subject to a quarterly fine of US $10,000 until found compliant by the Visa remote monitoring system and validated by an onsite audit. In addition, the Issuer will be assessed a fee as specified in the *Visa LAC Fee Guide.*

**Fines for Failure to Report Fraud - LAC Region**

| Occurrence | Penalty |
|---|---|
| Onsite audit fee | None |
| First non-compliant onsite audit | US $2,500 |
| Second consecutive onsite audit resulting in non-compliance | US $7,500 |
| Third consecutive onsite audit resulting in non-compliance | US $22,500 |

ID#: 090411-010410-0007267

# Fraud Reporting Fines and Penalties

## Fraud Reporting Non-Compliance Penalty

If a Member is deemed non-compliant with the fraud reporting requirements specified in "Fraud Activity Reporting Non-Compliance," the Member is subject to a penalty, as specified in the "Penalties for Failure to Report Fraud" table.

ID#: 010410-010410-0003682

## Fraud Reporting - Non-Compliance Penalties and Monitoring

If Visa determines that a Member is not in compliance for a given quarter:

• Penalties will be assessed, as specified in the "Penalties for Failure to Report Fraud" table

• The Member will be monitored and evaluated for the following 8 quarters

ID#: 010410-010410-0002393

© 2011 Visa. All Rights Reserved.

## Fraud Losses and Investigation

### Skimming at a Common Purchase Point - AP Region

An AP Issuer experiencing 3 or more incidents of skimming at a Common Purchase Point must notify the AP Acquirer and Visa.

Before notifying the AP Acquirer, the AP Issuer must:

- Confirm that Fraud Activity occurred
- Determine if a legitimate Account Number was skimmed by using the following criteria:
  - POS Entry Mode was 90
  - Card Verification Value transmitted in the Transaction matched the Card Verification Value for the compromised Account Number
  - Card was in possession of the Cardholder at the time of the Transaction
  - Possibility of other type of fraudulent activity has been eliminated

In the notification, the AP Issuer must provide the Acquirer and Visa with the following information:

- Account Number used in the Transaction
- Details of the Transaction suspected of being the point of compromise
- Status of fraud detected
- Additional information or rationale to support its suspicions

ID#: 010410-010410-0009030

### Preliminary Report of Fraud at Common Purchase Point - AP Region

An AP Acquirer notified by an AP Issuer or Visa of fraud occurring at a Common Purchase Point must investigate the circumstances surrounding the fraudulent Transaction and, within 10 calendar days, provide the Issuer and Visa with a preliminary report of its investigation.

ID#: 010410-010410-0002234

### Final Report of Fraud at Common Purchase Point - AP Region

An AP Acquirer must complete and forward its final investigative report to Visa within 30 calendar days of notification and include the following information:

- Plan of action including the following, if determined:
  - Individual(s) responsible for the Fraud Activity
  - If the Account Number was compromised

© 2011 Visa. All Rights Reserved.

   – How the Account Number was compromised

- Confirmation that the appropriate authorities were notified to enable proper investigation and prosecution by law enforcement agencies
- Corrective action taken to prevent similar occurrences at the same Merchant Outlet

*ID#: 010410-010410-0002235*


### Fraud Reporting Non-Compliance - AP Region

An AP Acquirer that fails to comply with the requirements specified in "Final Report of Fraud at Common Purchase Point - AP Region" will be assessed a fine of US $5,000.

*ID#: 010410-010410-0002236*


### Common Point of Purchase Fine Transfer - AP Region

Visa will fine any AP Acquirer that has transferred Common Point of Purchase (CPP) fines to the AP Merchant an equivalent of 3 times the fine, and, at Visa's discretion, reimburse the Merchant the fine amount. Visa may waive CPP-related fines on a case-by-case basis based on commercial considerations.

*ID#: 081010-010410-0002237*


### Internal Data Compromise Disclosure - AP Region

An AP Member must disclose to Visa all incidents of internal compromise of data that would facilitate the defrauding of Card or Merchant accounts of the AP Member or other Members. Visa will distribute this information and its analysis, if warranted, to other Members and relevant parties in the AP Region in order to advise them of potential corrective action, while maintaining the confidentiality of the reporting Member.

*ID#: 010410-010410-0000538*


# Card Recovery


## Return of Recovered Cards


### Recovered Card Return Requirement

An Acquirer must return recovered Visa Cards and Visa Electron Cards to the Issuer.

*ID#: 010410-010410-0001782*

© 2011 Visa. All Rights Reserved.

## Recovered Card Return Procedures

Upon recovery of a valid or counterfeit Visa Card or Visa Electron Card, a Member must send the following to the Issuer on the Input Date of the fee collection, but no later than 5 business days after the Visa Card or Visa Electron Card is recovered:

- The recovered Card, rendered unusable as follows:

  – For a recovered Card without a Chip, the Card must be cut horizontally so as **not** to damage the Magnetic Stripe, hologram, or embossed or printed Account Number (if applicable)

  – For a recovered Chip Card, so as **not** to damage the Chip, the Member must either punch a hole through the middle of the Magnetic Stripe to make it unreadable or cut away the corner of the Card at the opposite end from the Chip

- "Recovered Card Advice" (Exhibit 1E) specifying the recovery reasons, such as:

  – Listed on Card Recovery Bulletin

  – Authorization Response to routine Authorization Request

  – Authorization Response to referral call

  – Inadvertently left by Cardholder

The requirement to return the Card does **not** apply to Non-Reloadable Cards recovered without a Pickup Response or request from the Issuer.

For a Non-Reloadable Card recovered without a Pickup Response or a specific request from the Issuer, the Member must cut the Card and render it unusable.

ID#: 050411-010410-0008090

## Merchant Card Recovery Procedures

An Acquirer must ensure that its Merchants understand and comply with the requirements for recovery of a Visa Card or Visa Electron Card as specified in "Merchant Card Recovery Procedures at the Point of Sale."

A Merchant must notify its Acquirer that it has recovered a Card and ask for further instructions.

ID#: 010410-010410-0008091

## Visa Lost/Stolen Card Procedures - U.S. Region

In the U.S. Region, if Visa receives a report of a lost or stolen Card, Visa will:

- Enter the Account Number of the lost or stolen Visa Card or Visa Electron Card on the Exception File with a:

  – Pickup Response code of 04

  – Region code of 0

© 2011 Visa. All Rights Reserved.

– Purge date of the following month (See the *Card Recovery Bulletin Service (CRB) User's Guide.)*

• Advise the Issuer of the Cardholder's report of a lost or stolen Visa Card or Visa Electron Card

• Return the recovered Card to the Issuer with any supporting documentation

ID#: 050411-010410-0002148

## Merchant Recovered Card Return Procedures - U.S. Region 2.3.E

A U.S. Merchant that recovers a Visa Card or Visa Electron Card must:

• Cut the Visa Card or Visa Electron Card horizontally so as not to damage the Magnetic Stripe, Chip, hologram (if applicable), and embossed or printed Account Number (if applicable)

• Immediately send it to either:

– Its Acquirer

– A VisaNet Interchange Center, if Visa is designated as the Merchant's Authorizing Processor

The requirement to return the Card does **not** apply to Non-Reloadable Cards recovered without a Pickup Response or request from the Issuer.

For a Non-Reloadable Card recovered without a Pickup Response or a specific request from the Issuer, the Merchant or Acquirer must cut the Card and render it unusable.

For a Non-Reloadable Card where an Issuer Pickup Response has been sent, the Merchant should attempt to recover the Card and:

• Cut the Card horizontally so as not to damage the Magnetic Stripe, Chip, hologram (if applicable), and embossed or printed Account Number (if applicable)

• Immediately send it to either:

– Its Acquirer

– A VisaNet Interchange Center, if Visa is designated as the Merchant's Authorizing Processor

ID#: 050411-010410-0008092

## Law Enforcement Recovered Card Retention - U.S. Region

In the U.S. Region, if a recovered Visa Card or Visa Electron Card was retained by a law enforcement agency, the Merchant must provide a legible copy of the front and back of the Visa Card or Visa Electron Card to its Acquirer or a VisaNet Interchange Center, as applicable.

ID#: 010410-010410-0001766

## Acquirer Recovered Card Procedures - Additional Notification Requirement - U.S. Region

A U.S. Acquirer must immediately advise the following of the recovery of a Card:

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

- The Issuer, if the Visa Card or Visa Electron Card is recovered because the first 4 digits of the embossed or printed Account Number (if applicable) do not match the 4 digits printed above or below the Account Number

- Visa, if the embossed or printed BIN is not assigned to a Member

An Acquirer must retain a legible copy of the front and back of the recovered Visa Card or Visa Electron Card.

ID#: 010410-010410-0008094


## Recovered Card Procedures - U.S. Region (Updated)

A U.S. Member must send all of the following to the Issuer using a method that supplies proof of delivery. These items must be sent on the Input Date of the fee collection, but no later than 5 business days after the Visa Card or Visa Electron Card is recovered:

- Recovered Visa Card or Visa Electron Card

- Completed "Recovered Card Advice" (Exhibit 1E) with any pertinent facts concerning the recovery

- If the recovered Card was retained by a law enforcement agency, a legible copy of its front and back

If the recovered Card was retained by a law enforcement agency, the "Recovered Card Advice" (Exhibit 1E) and copy of the front and back of the Visa Card or Visa Electron Card are **not** required to be sent by a method that supplies proof of delivery.

ID#: 151011-010410-0001770


# Recovered Counterfeit Cards


## Acquirer Recovered Counterfeit Card Procedures - AP Region

An AP Acquirer that receives a recovered Counterfeit Card bearing an embossed Account Number of another AP Member must advise the Issuer of the Card recovery circumstances by the end of the next business day after receiving the Card.

On the fee collection Input Date, but no later than 3 business days after the Card is recovered, the Acquirer must send all of the following to Visa:

- Card (unless it is needed as evidence by local law enforcement authorities)

- Completed "Recovered Counterfeit Card Notification" (Exhibit 1F)

- Any other supporting documentation

ID#: 010410-010410-0008097


VISA PUBLIC
© 2011 Visa. All Rights Reserved.

### Visa Recovered Counterfeit Card Procedures - AP Region

In the AP Region, Visa endorses the "Recovered Counterfeit Card Notification" (Exhibit 1F) and sends:

- Endorsed "Recovered Counterfeit Card Notification" (Exhibit 1F) and any other supporting documentation to the AP Issuer
- Copy of the endorsed "Recovered Counterfeit Card Notification" (Exhibit 1F) to the remitting AP Acquirer

ID#: 010410-010410-0002240

## Card Recovery at the Point of Sale

### Merchant Card Recovery Procedures at the Point of Sale

A Merchant must **not** complete a Transaction and should attempt to recover a Visa Card or Visa Electron Card for any of the following reasons:

- Account Number appears on a Card Recovery Bulletin
- Acquirer requests its retention
- 4 digits printed below the embossed or printed Account Number do **not** match the first 4 digits of the embossed or printed Account Number

ID#: 010410-010410-0002350

### Visa Prepaid Card Compromise

A Merchant that sells Visa Prepaid Cards must not sell a Visa Prepaid Card if there is evidence of potential Card compromise, such as tampered packaging. The Merchant must retain the Card and follow the recovered Card requirements as specified in the *Visa International Operating Regulations*.

ID#: 081010-010111-0025787

### Merchant Card Recovery Procedures - U.S. Region

A U.S. Merchant should attempt to recover a Visa Card or Visa Electron Card by reasonable, peaceful means and must **not** complete a Transaction if the:

- Printed 4 digits below the embossed or printed Account Number do **not** match the first 4 digits of the Account Number
- Acquirer or its Authorizing Member requests its retention

© 2011 Visa. All Rights Reserved.

- Merchant has reasonable grounds to believe that the Visa Card or Visa Electron Card is counterfeit, fraudulent, or stolen

ID#: 010410-010410-0002316

# Card Recovery at an ATM

## Card Retention at an ATM

An ATM is **not** required to have the ability to retain Cards. If it does have this ability, it may retain a Card only upon the specific request of the Issuer.

If a Card is retained, the Acquirer must log it under dual custody immediately after removal from the terminal.

ID#: 010410-010410-0008063

## ATM Card Retention and Return

If a Card is retained at the specific request of an Issuer, the Acquirer must render the Card unusable and return it to the Issuer. If the Card bears a Chip, the Chip must **not** be damaged.

ID#: 010410-010410-0002409

## Accidental Card Retention at an ATM

If a hardware or software failure causes mistaken or accidental Card retention, an ATM Acquirer must return the Card to the Cardholder using the following procedures:

- Review positive Cardholder identification and compare the Cardholder's signature to that on the Card signature panel
- If the Cardholder does not request the return of the Card, the ATM Acquirer must follow the Card retention rules specified in the *Visa International Operating Regulations*

ID#: 010410-010410-0007014

## Accidental Card Retention at an ATM - U.S. Region

If a hardware or software failure causes mistaken or accidental Card retention, an ATM Acquirer in the U.S. Region may return the Card to the Cardholder using the following procedures:

- Review positive Cardholder identification and compare the Cardholder's signature to that on the Card signature panel
- Obtain the Issuer's Authorization to return the Card to the Cardholder
  - If the Cardholder requests a Cash Disbursement, Authorization for the Cash Disbursement is considered as the Issuer's authorization to return the Card to the Cardholder.

© 2011 Visa. All Rights Reserved.

– If the Cardholder does not request a Cash Disbursement, the Acquirer must contact the Issuer's Authorizing Processor for Authorization to return the Card to the Cardholder.

• Notify the Issuer of the Card retention

ID#: 010410-010410-0004991

# Recovered Card Handling Fees

## Recovered Card Handling Fees

Handling fees for recovered Visa Cards and Visa Electron Cards are specified in the table below.

**Handling Fees for Recovered Cards**

| Description | Member Charged | Amount Charged |
|---|---|---|
| **Handling Fee for Recovered Visa Cards or Visa Electron Cards** | | |
| Card recovered at a Merchant or ATM | Issuer | US $15 |
| **Effective through 14 October 2011,** Card recovered by an Unattended Acceptance Terminal that performs Cardholder-Activated Transactions Type C <br><br> **Effective 15 October 2011**, Card recovered by an Unattended Cardholder-Activated Terminal that accepts PINs for Cardholder Verification | Issuer | US $5 |
| **Handling Fee for Recovered Cards Bearing the Plus Symbol** | | |
| Visa Card or Visa Electron Card recovered at an ATM[1,2] | Issuer | US $15 |

1. Acquirers participating only in the Plus Program.

2. A handling fee must not be collected if the recovered Card is a Proprietary Card bearing the Plus Symbol.

ID#: 151011-010410-0007990

# ATM Recovered Card Handling Fee

An Issuer is **not** required to pay a reward to the Acquirer for a recovered Card. However, the Acquirer may collect a handling fee, as specified in "Recovered Card Handling Fees."

© 2011 Visa. All Rights Reserved.

An ATM Acquirer participating **only** in the Plus Program may collect a handling fee only if the recovered card is a Visa Card or Visa Electron Card, as specified in "Recovered Card Handling Fees."

ID#: 010410-010410-0008064

## Acquirer Collection of Recovered Card Handling Fee

An Acquirer may collect a handling fee for a recovered Card, as specified in "Recovered Card Handling Fees," whether or not the Merchant is entitled to a reward.

An AP Acquirer may collect a handling fee of US $15, or local currency equivalent. *(This only applies in the Asia Pacific Region.)*

ID#: 010410-010410-0008065

## Acquirer Recovered Card Handling Fee and Reward Collection - U.S. Region (Updated)

In the U.S. Region, if a U.S. Acquirer has paid a reward for a recovered Card, the Acquirer may collect the handling fee and the reward in one Fee Collection Transaction.

The fee collection must **not** be entered into Interchange before forwarding the "Recovered Card Advice" (Exhibit 1E).

ID#: 151011-010410-0008066

## Recovered Card Handling Fee and Collection - U.S. Region

A U.S. Acquirer may collect a handling fee for recovering a Visa Card or Visa Electron Card and returning it to the Issuer. The fee is US $15 for a Card recovered at a Merchant or an ATM location.

ID#: 010410-010410-0006878

# Recovered Card Rewards

## Reward for Recovered Cards

An Issuer must pay a reward for a recovered Visa Card or Visa Electron Card and reimburse the Acquirer for handling the recovered Card, as specified in "Recovered Card Handling Fees."

ID#: 010410-010410-0003653

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Merchant Recovered Card Reward Requirement

An Acquirer must ensure that the minimum reward is paid to the Merchant that recovered a Card, as specified in the "Rewards for Recovered Cards" table.

ID#: 010410-010410-0001784

## Recovered Card Reward Limitations (Updated)

An Acquirer is **not** required to pay a reward for Visa Cards or Visa Electron Cards that are:

- Expired
- **Effective through 14 October 2011,** recovered at an ATM or Cardholder-Activated Terminal
- **Effective 15 October 2011,** recovered at an ATM or Unattended Cardholder-Activated Terminal
- Inadvertently left at a Merchant Outlet
- Non-Reloadable Cards recovered without a Pickup Response or request from the Issuer

**Effective through 14 October 2011,** an AP Acquirer is **not** required to pay a reward for Cards recovered at an Automated Dispensing Machine. *(This only applies in the Asia Pacific Region.)*

ID#: 111011-010410-0008055

## Recovered Card Rewards to Tellers and Merchants

If an Acquirer pays rewards to its tellers for the recovery of Visa Cards or Visa Electron Cards, it may collect the reward amount from the Issuer, as specified in the table below.

### Rewards for Recovered Cards

| Paid To | Amount |
|---|---|
| Merchant | US $25-$150 |
| Teller/Disbursing Member | US $0-$150 |

ID#: 111011-010410-0001786

## Recovered Counterfeit Card Rewards - AP Region

If an AP Disbursing Member pays rewards to its tellers for Counterfeit Card recovery, the Disbursing Member may collect the local reward, **not** to exceed US $150 or local currency equivalent, from the Issuer.

ID#: 010410-010410-0001777

© 2011 Visa. All Rights Reserved.

## Recovered Card Rewards in Australia – AP Region

In Australia, an Acquirer must ensure that the minimum reward paid to a Merchant that recovers a Card is as specified in the following table:

### Rewards for Recovered Cards in Australia - AP Region

| Type of Recovery | Amount |
|---|---|
| For retention of a Card where the Merchant is suspicious of the Cardholder or Transaction | AUD 200 |
| For retention of a Card as a result of an Authorization Response | AUD 50 |
| For retention of a Card in the course of an attempted EFTPOS Transaction | AUD 50 |

The Acquirer is not required to pay a reward for Visa Cards or Visa Electron Cards that are:

- Expired
- Recovered at an ATM or Cardholder-Activated Terminal
- Inadvertently left at a Merchant Outlet

An Australia Issuer is not required to reimburse a reward paid by an Australia Acquirer to a person who is not a Merchant or a staff member of a Merchant, such as law enforcement personnel or employees of the Acquirer.

ID#: 111011-060111-0026174

## Recovered Card Rewards - Canada Region

In the Canada Region, for each Card that is recovered, the Issuer must pay a reward to the Merchant making the recovery, as specified in the table below.

### Rewards for Recovered Cards - Canada Region

| Card Recovered as a Result of: | Minimum Reward Amount |
|---|---|
| Issuer request, including when the Account Number was listed on the Exception File | CAD $50 |
| Merchant suspicion and initiative when the Card was **not** listed on the Exception File | CAD $100 |
| Merchant suspicion and initiative leading to arrest and conviction of individual attempting to use the lost/stolen or Counterfeit Card | CAD $1,000 |

© 2011 Visa. All Rights Reserved.

Rewards for Card pick-up do **not** apply to Non-Reloadable Cards recovered without a Pickup Response or request from the Issuer.

ID#: 111011-010410-0001754

## Recovered Card Rewards - U.S. Region

If a U.S. Acquirer pays rewards to its tellers or other individuals for Visa Card or Visa Electron Card recovery, it may collect this amount from the Issuer.

ID#: 010410-010410-0001774

## Recovered Card Rewards - Special Circumstances - U.S. Region

A U.S. Acquirer must pay an individual that recovered a Card a reward of at least US $50 for each Visa Card or Visa Electron Card that was recovered under any of the following circumstances:

- Account Number was listed on the National Card Recovery File
- Acquirer received a Pickup Response from an Authorization or Account Number Verification request
- At the Issuer's request

If the recovered Visa Card or Visa Electron Card was retained by a law enforcement agency, the Acquirer must pay the reward upon receipt of a legible copy of the front and back of the recovered Visa Card or Visa Electron Card.

ID#: 010410-010410-0001772

## Recovered Card Reward Limitations - Issuer (Updated)

An Issuer is **not** required to reimburse the Acquirer for a reward for a Visa Card or a Visa Electron Card that is:

- **Effective through 14 October 2011,** recovered at an ATM, Automated Dispensing Machine, or Self-Service Terminal
- **Effective 15 October 2011,** recovered at an ATM or Unattended Cardholder-Activated Terminal
- Inadvertently left at a Merchant Outlet
- A Non-Reloadable Visa Prepaid Card recovered without an Issuer's request or in the absence of a Pickup Response

ID#: 111011-010410-0002192

© 2011 Visa. All Rights Reserved.

**Recovered Card Rewards - Suspicious Circumstances - U.S. Region**

A U.S. Acquirer must pay the Merchant a reward of at least US $100 if a recovered Visa Card or Visa Electron Card was **not** listed in the Exception File with a Pickup Response and the Merchant's request for Authorization was due to either:

- Suspicious circumstances (Code 10 Authorization)
- Presentation of a Visa Card or Visa Electron Card on which the first 4 digits of the embossed or printed Account Number (if applicable) do not match the 4 digits printed above or below the Account Number

ID#: 010410-010410-0001773

**Reimbursement of Recovered Card Rewards - U.S. Region**

A U.S. Issuer must reimburse the Acquirer for the amount of a reward paid for Card recovery, up to US $100.

Reimbursement of a reward payment must not exceed US $250 per instance of multiple Visa Card or Visa Electron Card recovery.

ID#: 010410-010410-0008056

# Counterfeit Losses

## Counterfeit Transaction Liability

### Assignment of Liability for Counterfeit Transactions

Visa assigns liability to the Issuer or Acquirer for counterfeit Transactions, based on the following priorities in the order shown:

- The Acquirer, if the Merchant identified on a Risk Identification Service Chargeback Exception Report contributed to the origination of the Counterfeit Transaction Receipt [105]
- The Acquirer first receiving the Counterfeit Transaction Receipt, if the BIN is **not** assigned to a Member
- The Acquirer that submitted the Transaction into Interchange, if an Authorization was required and **not** obtained **or** the Account Number encoded on the Magnetic Stripe of a Visa Card or Visa Electron Card was authorized but was different than the embossed or printed Account Number submitted into Interchange [106]

© 2011 Visa. All Rights Reserved.

- The Issuer identified by the manufacturer product information printed on the reverse side of the Visa Card or Visa Electron Card, if the counterfeit Visa Card or Visa Electron Card was recovered and resulted from either the loss or theft of an unembossed and unencoded Visa Card or unencoded Visa Electron Card bearing the Visa Program Marks [107]

- The Issuer, if its BIN appears on the Counterfeit Transaction Receipt or the BASE II Clearing Record for the counterfeit Transaction [108]

ID#: 050411-010410-0001812

## Issuer Identification on Card

Visa identifies the Issuer that ordered the manufacture of a Visa Card or Visa Electron Card by either the name printed on the Visa Card or Visa Electron Card or the manufacturer product information printed on the back of the Visa Card or Visa Electron Card.

There is no time limit on a Member's right to reassign liability to the Issuer under this section.

ID#: 010410-010410-0008158

## Counterfeit Card Transaction Reporting

If a Member discovers Counterfeit Card activity, the Member must immediately report the Account Number to Visa.

ID#: 010410-010410-0001816

# Account Data Compromise Recovery (ADCR)

## Account Data Compromise Recovery Process Description - U.S. Region

In the U.S. Region, the Account Data Compromise Recovery (ADCR) process allows Visa to determine the monetary scope of an account compromise event, collect from the responsible Member, and reimburse Members that have incurred losses as a result of the event.

ADCR allows the recovery of counterfeit transaction losses across all Visa-owned brands (i.e., Visa, Interlink, and Plus) when a violation attributed to another Visa Member could have allowed data to be compromised and the subsequent financial loss was associated with any of the following:

- A Visa Transaction

---

105 For qualifying Transactions, the EMV Liability Shift, as specified in "EMV Liability Shift Participation," takes precedence over this section to assess liability in the event of a conflict.

106 For qualifying Transactions, the EMV Liability Shift, as specified in "EMV Liability Shift Participation," takes precedence over this section to assess liability in the event of a conflict.

107 For qualifying Transactions, the EMV Liability Shift, as specified in "EMV Liability Shift Participation," takes precedence over this section to assess liability in the event of a conflict.

108 For qualifying Transactions, the EMV Liability Shift, as specified in "EMV Liability Shift Participation," takes precedence over this section to assess liability in the event of a conflict.

© 2011 Visa. All Rights Reserved.

- An Interlink transaction
- A Plus transaction

This process is only available when there has been a violation of at least one of the following:

- Operating Regulations involving electronic storage of the full contents of any track on the Magnetic Stripe subsequent to Authorization of a Transaction
- Operating Regulations involving non-compliance with the Payment Card Industry Data Security Standard (PCI DSS) that could allow a compromise of the full contents of any track on the Magnetic Stripe
- Operating Regulations involving the PIN Management Requirements Documents that could allow a compromise of PIN data for a Visa Transaction, a Plus transaction, or an Interlink transaction subsequent to Authorization

The Account Data Compromise Recovery process includes:

- Counterfeit Fraud Recovery
- Operating Expense Recovery

ID#: 111011-010410-0000877


## Transactions Excluded from ADCR Process - U.S. Region

In the U.S. Region, violations of the *Visa International Operating Regulations* not involving storage of Magnetic-Stripe Data are excluded from this process.

In the U.S. Region, violations not involving non-compliance with the Payment Card Industry Data Security Standard (PCI DSS) that could allow a compromise of the full contents of any track on the Magnetic Stripe are excluded from this process.

Violations not involving a Transaction are resolved as specified in "Visa Right to Fine" and as deemed appropriate by Visa.

ID#: 081010-010410-0000878


## Determination of ADCR Eligibility - U.S. Region

Following the fraud analysis and investigation of the compromise event, the U.S. Member is provided with:

- Findings in support of the preliminary determination that the event is eligible for the ADCR process
- Any estimated counterfeit fraud and operating expense liability amounts

ID#: 050411-010410-0009035

© 2011 Visa. All Rights Reserved.

## Counterfeit Fraud Recovery Process - U.S. Region

A U.S. Member is compensated for a portion of its counterfeit fraud losses incurred as the result of a Magnetic-Stripe Data account compromise event. The Counterfeit Fraud Recovery process is initiated by Visa when:

- An account compromise event occurs
- A Compromised Account Management System (CAMS) Alert, or multiple CAMS Alerts for the same account compromise event, is sent to affected Members
- The account compromise event involves at least 10,000 Account Numbers **and** a combined total of US $100,000 or more recovery for all Issuers involved in the event
- At least one of the following:
  - The full contents of any track on the Magnetic Stripe was stored subsequent to Authorization of a Transaction
  - A violation of the Payment Card Industry Data Security Standard (PCI DSS) could have allowed a compromise of the full contents of any track on the Magnetic Stripe
  - A violation of the PIN Management Requirements Documents could have allowed a compromise of PIN data for a Visa Transaction, a Plus transaction, or an Interlink transaction subsequent to Authorization
- Incremental fraud is attributed to the particular account compromise event

ID#: 111011-010410-0000880

## Counterfeit Fraud Reimbursement Conditions - U.S. Region

In the U.S. Region, only counterfeit fraud properly reported as specified in the *Visa International Operating Regulations* is considered when determining any reimbursement due.

ID#: 010410-010410-0000881

## Baseline Counterfeit Fraud Level Determination - U.S. Region

In the U.S. Region, Visa determines a baseline counterfeit fraud level by analyzing reported Magnetic-Stripe-read counterfeit fraud losses that occurred up to 12 months before a Qualifying CAMS Event date and one month after the Qualifying CAMS Event date.

ID#: 010410-010410-0000882

## Counterfeit Fraud Recovery Eligibility - U.S. Region

U.S. Members are eligible for Counterfeit Fraud Recovery when there is incremental counterfeit fraud activity above the baseline counterfeit fraud level, as determined by Visa.

ID#: 010410-010410-0000883

© 2011 Visa. All Rights Reserved.

## Counterfeit Fraud Recovery Process - U.S. Region

The U.S. Member deemed responsible for an account compromise event is notified of its estimated counterfeit fraud liability.

After the deadline for fraud reporting has passed, a Member communication broadcast is used to notify affected U.S. Members that an account compromise event qualifies for Counterfeit Fraud Recovery and advises them of their recovery amount.

The U.S. Member deemed responsible for the account compromise event is then notified of its actual counterfeit fraud liability.

ID#: 050411-010410-0008117

## ADCR Reimbursement Guidelines - U.S. Region

The following rules are related to the recovery process in the U.S. Region:

• Only recovery amounts of US $25 or more are collected and distributed to affected U.S. Members.

• Only U.S. Members that were registered to receive CAMS Alerts at the time of the first CAMS Alert for the event that is the subject of the ADCR proceeding are eligible to receive counterfeit fraud reimbursement.

• Counterfeit fraud losses on Account Numbers that were included in a different Qualifying CAMS Event within the 12 months before the Qualifying CAMS Event date are excluded.

• If 2 or more Qualifying CAMS Events occur within 30 days of each other, and the events each involve a minimum of 100,000 Account Numbers, the responsible U.S. Members share liability for the counterfeit fraud amount attributed to the accounts in common.

ID#: 010410-010410-0000887

## Counterfeit Fraud Liability Collection and Distribution - U.S. Region

Counterfeit fraud liability is collected from the responsible U.S. Member(s) through the Global Member Billing Solution. Funds are distributed the following month, at the Business ID level, through the Global Member Billing Solution, to affected Members.

ID#: 010410-010410-0000888

## ADCR Administrative Fees - U.S. Region

In the U.S. Region, an administrative fee is charged to the Issuer for each reimbursement issued, as specified in the *Visa U.S.A. Fee Guide.*

ID#: 081010-010410-0000889

© 2011 Visa. All Rights Reserved.

## Operating Expense Recovery Process - U.S. Region

A U.S. Member enrolled in the Operating Expense Recovery process is compensated for a portion of its operating expenses incurred as a result of a Magnetic-Stripe Data account compromise event. The Operating Expense Recovery process is initiated by Visa when:

- An account compromise event occurs
- A CAMS Alert, or multiple CAMS Alerts for the same account compromise event, is sent to affected Members
- The account compromise event involves at least 10,000 Account Numbers **and** a combined total of US $100,000 or more recovery for all Issuers involved in the event
- At least one of the following:
  - The full contents of any track on the Magnetic Stripe were stored subsequent to Authorization of a Transaction
  - A violation of the Payment Card Industry Data Security Standard (PCI DSS) could have allowed a compromise of the full contents of any track on the Magnetic Stripe
  - A violation of the PIN Management Requirements Documents could have allowed a compromise of PIN data for a Visa Transaction, a Plus transaction, or an Interlink transaction subsequent to Authorization

ID#: 111011-010410-0000890

## Operating Expense Recovery Enrollment - U.S. Region

U.S. Members must complete the one-time Operating Expense Recovery enrollment process to be eligible to receive operating expense reimbursement. Members may enroll at any time but are only eligible for operating expense reimbursement for Qualifying CAMS Events that occur after enrollment is complete. Members not enrolled prior to a Qualifying CAMS Event date are **not** eligible to receive operating expense reimbursement.

ID#: 010410-010410-0000891

## Operating Expense Liability Notification - U.S. Region

The U.S. Member deemed responsible for an account compromise event is notified of its estimated operating expense liability.

A Member communication broadcast is used to notify affected U.S. Members enrolled in the Operating Expense Recovery process that an account compromise event qualifies for Operating Expense Recovery and advises them of their recovery amount.

The U.S. Member deemed responsible for the account compromise event is then notified of its actual operating expense liability.

ID#: 010410-010410-0008116

**© 2011 Visa. All Rights Reserved.**

## Operating Expense Recovery Conditions - U.S. Region

The following rules are related to the recovery process in the U.S. Region:

- Only recovery amounts of US $25 or more are collected and distributed to affected U.S. Members enrolled in the Operating Expense Recovery process.
- Only U.S. Members that were registered to receive CAMS Alerts at the time of the first CAMS Alert for the event that is the subject of the ADCR proceeding are eligible to receive operating expense reimbursement.
- Operating expenses for Account Numbers that were included in a different Qualifying CAMS Event within the 12 months before the CAMS Event date are excluded.
- If 2 or more Qualifying CAMS Events occur within 30 days of each other, and the events each involve a minimum of 100,000 Account Numbers, the responsible U.S. Members share liability for the operating expense attributed to the accounts in common.

ID#: 010410-010410-0000895

## Operating Expense Liability Collection and Distribution - U.S. Region

Operating expense liability is collected from the responsible U.S. Member(s) through the Global Member Billing Solution. Funds are distributed the following month, at the Business ID level, through the Global Member Billing Solution to affected Members enrolled in the Operating Expense Recovery process.

ID#: 010410-010410-0000896

## Operating Expense Recovery Administration Fee - U.S. Region

In the U.S. Region, an administrative fee is charged to the Issuer for each reimbursement issued, as specified in the *Visa U.S.A. Fee Guide*.

ID#: 081010-010410-0000897

## Operating Expense Reimbursement Conditions - U.S. Region

Reimbursements to affected U.S. Members are based solely upon the ability of Visa to collect the counterfeit fraud and operating expense liability amounts from the responsible Member.

ID#: 010410-010410-0000898

© 2011 Visa. All Rights Reserved.

**Catastrophic Account Compromise Event - U.S. Region**

In the U.S. Region, if an account compromise event is deemed catastrophic, Visa reserves the right to implement an alternative process.

ID#: 010410-010410-0008929

**ADCR Appeal - U.S. Region**

A U.S. Member may appeal a determination of eligibility to Visa by submitting an appeal letter. The appeal letter must:

• Be received by Visa within 30 calendar days of the Member's receipt of the Notification of eligibility and estimated liability

• Include written arguments and supporting information for the appeal

In the U.S. Region, the appeal rights, as specified in "Enforcement Appeals - U.S. Region," are **not** applicable to ADCR.

Visa will notify the U.S. Member of the final disposition of the appeal.

In the U.S. Region, the decision on any appeal is final and **not** subject to any challenge.

Visa will collect from the U.S. Member an appeal fee, as specified in the *Visa U.S.A. Fee Guide,* through the Global Member Billing Solution. For a data compromise event that qualifies under both the ADCR process and the international Data Compromise Recovery solution, Visa will collect only one appeal fee from the Member, as specified in the *Visa U.S.A. Fee Guide.*

ID#: 050411-010410-0009036

# Data Compromise Recovery Solution (DCRS)

**Data Compromise Recovery Solution Overview**

An Issuer of Visa International or Visa Europe may recover incremental counterfeit fraud losses resulting from a Data Compromise event involving theft of full Magnetic-Stripe Data under the Data Compromise Recovery solution from Member(s) to whom liability for such loss has been assigned pursuant to the Data Compromise Recovery solution.

ID#: 010410-010410-0003334

© 2011 Visa. All Rights Reserved.

## Data Compromise Recovery Solution Eligibility

Visa will determine a data compromise event, fraud, and Issuer eligibility under the Data Compromise Recovery Solution.

ID#: 010410-010410-0003335

## Data Compromise Event Eligibility

Visa will determine data compromise event eligibility based on:

- Forensic confirmation or preponderance of evidence that a breach exists
- A violation of the Payment Card Industry Data Security Standard (PCI DSS) occurred that could allow a compromise of account data
- Full Magnetic Stripe counterfeit fraud occurred on a portion of exposed Account Numbers
- **Effective for a determined data compromise event occurring on or before 8 December 2010,** a minimum of 10,000 Account Numbers were exposed and a minimum of US $100,000 in Magnetic Stripe counterfeit fraud occurred during the data compromise event time period
- **Effective for a determined data compromise event occurring on or after 9 December 2010,** a minimum of 10,000 Account Numbers were exposed and there is a combined total of US $100,000 or more in recovery for all Issuers involved in the event

ID#: 050411-010410-0000867

## Data Compromise Fraud Eligibility Criteria

Visa will determine fraud eligibility based on all of the following:

- Counterfeit fraud was reported to Visa
- Authorized counterfeit fraud Transactions with full Magnetic-Stripe Data occurred, including Card Verification Value
- Counterfeit fraud Transactions occurred after the Magnetic-Stripe Data was exposed

ID#: 010410-010410-0000868

## Unrecovered Counterfeit Fraud Losses

Visa will determine Issuer eligibility for unrecovered counterfeit fraud losses, based on the Issuer being:

- Capable of receiving Visa data compromise fraud alerts
- In compliance with regional Issuer fraud control programs

ID#: 010410-010410-0000869

© 2011 Visa. All Rights Reserved.

## Data Compromise Recovery Liability Time Limit

An Acquirer's liability under the Data Compromise Recovery solution is limited to a maximum time period of 13 months and is associated with a single data compromise event.

ID#: 010410-010410-0000870

## Data Compromise Event Time Period

The data compromise event time period begins with the earliest known data exposure, not to exceed 12 months before the data compromise event alert and concludes 30 calendar days following the data compromise event alert.

ID#: 010410-010410-0000871

## Data Compromise Fraud Loss Recovery

Issuers' total fraud loss recovery is limited to the:

- Maximum liability assigned to the Acquirer by Visa
- Amount recoverable from the Acquirer

ID#: 010410-010410-0000872

## Visa Liability for Data Compromise Recovery Amount

Visa has no liability for an Acquirer's or any other party's inability to pay any amount owed during Data Compromise Recovery.

ID#: 010410-010410-0000873

## Acquirer Liability for Data Compromise Event

Acquirers deemed liable for a data compromise event will be obligated to bear the assigned liability as determined by Visa.

ID#: 010410-010410-0000874

## Visa Rights Pertaining to Data Compromise Event Liability

Visa reserves the right to adjust an Acquirer's total liability for a data compromise event.

ID#: 010410-010410-0000875

© 2011 Visa. All Rights Reserved.

## Data Compromise Recovery Debits, Credits, and Fees

Visa will submit debits to the Acquirer responsible for the data compromise event and credits, less administrative fees, to eligible Issuers through the Global Member Billing Solution. Visa will retain an administration fee, as specified in the applicable regional fee guide.

The debit and credit amounts as determined by Visa are final and **not** subject to any appeal or other challenge.

ID#: 111011-010410-0009031


## Data Compromise Event Appeal

An Acquirer may appeal a determination of eligibility to Visa by submitting an appeal letter. The appeal letter must:

- Be received by Visa within 30 calendar days of the Acquirer's receipt of the Notification of eligibility and estimated liability
- Include written arguments and supporting information for the appeal

ID#: 050411-310309-0006892


## Data Compromise Event Appeal Fee

Visa will collect from the Acquirer an appeal fee, as specified in the applicable regional fee guide, through the Global Member Billing Solution.

For a data compromise event that qualifies under both the Data Compromise Recovery solution and any other Visa Region-specific data compromise recovery program, Visa will collect only one appeal fee from the Acquirer, as specified in the applicable regional fee guide.

ID#: 050411-310309-0006893


## Data Compromise Event Appeal Decision

Visa will notify the Acquirer of the final disposition of the appeal. The decision on any appeal is final and **not** subject to any challenge.

ID#: 050411-310309-0006894

© 2011 Visa. All Rights Reserved.

## POS Entry Mode Compliance Liability - AP Region

### Acquirer Liability for Counterfeit Transactions - AP Region

An AP Acquirer is liable for counterfeit loss, as specified in "Compliance Rights for Counterfeit Transactions - AP Region":

- When a key-entered Transaction occurs at a Merchant Outlet in a Face-to-Face Environment

- For a POS Entry Mode Code 00 Transaction, unless the Acquirer demonstrates that the Authorization Request was submitted by fax or telephone from a Merchant that does not have a Magnetic-Stripe Terminal

Visa will require an Acquirer to install a Magnetic-Stripe Terminal at a Merchant with excessive counterfeit Transactions that were processed with a POS Entry Mode Code 00 and 01.

ID#: 050411-010410-0008175

### Compliance Rights for Counterfeit Transactions - AP Region

An AP Issuer may file Compliance to recover the value of a key-entered or POS Entry Mode Code 00, "Unknown," Transaction when the:

- Cardholder disputes the Transaction in writing

- Issuer certifies the Account Number is counterfeit

- Account Number was blocked on the Exception File before or on the pre-Compliance filing date

- Transaction Receipt proves that the Cardholder did **not** participate in the Transaction

- Issuer is certified as a Card Verification Value participant and is referring or declining Transactions when the Card Verification Value fails

- Transaction occurred at a Merchant Outlet in a Face-to-Face Environment

ID#: 010410-010410-0008011

# Authentication Requirements

## PIN Requirements

### PIN Security Requirements

An Acquirer must ensure the security of a PIN when used to identify the Cardholder in a Transaction, as specified in the *PCI PIN Security Requirements* manual.

© 2011 Visa. All Rights Reserved.

An Issuer or its agent receiving a non-secure PIN block format from Visa must convert to a secure PIN block format, as specified in the *PCI PIN Security Requirements* manual.

ID#: 010410-010410-0005291

## PIN Security Compliance VIOR 2.1.E

An Acquirer or its agent processing PINs for Visa Transactions must comply with the security requirements specified in the *PCI PIN Security Requirements* manual, including the requirement to perform a "PIN Security Requirements Self-Audit." Failure to comply with the security requirements specified in the manual may subject the Acquirer to the fines specified in "PIN Security Non-Compliance Penalties."

ID#: 010410-010410-0001790

## PIN Verification Requirements

PIN Verification is required for all ATM Transactions.

An Issuer may provide PIN Verification for each Transaction itself or using the Visa PIN Verification Service.

- If the Issuer performs PIN Verification, it must:
  - Install a direct computer interface to the V.I.P. System
  - Comply with requirements for PIN processing specified in the VisaNet manuals
- If the Issuer uses the PIN Verification Service, it must comply with the Key Management Service procedures specified in the *Payment Technology Standards Manual.*

ID#: 081010-010210-0008138

## PIN Verification Service Description

The PIN Verification Service is an optional Visa service that verifies the Cardholder's PIN in an Authorization Request. An Issuer may choose to use this service by submitting a written request to Visa at least 90 calendar days before implementation. An Issuer may choose to use the PIN Verification Service either:

- As a full-time service for all Authorization Requests that include a PIN
- On a limited basis, if the Issuer is unavailable or unable to respond within the time required by the assured Transaction response parameters

ID#: 111011-010410-0001856

© 2011 Visa. All Rights Reserved.

**PIN as Cardholder Verification Method in Australia – Acquirer Requirements – AP Region (Updated)**

**Effective 1 April 2012,** in Australia an Acquirer and its Merchants must:

- Activate their PIN pads at Chip-Reading Devices to enable EMV PIN Transactions
- Provide PIN bypass facilities for Chip-Initiated Transactions on PIN-preferring Chip Cards. PIN-bypass Transactions must be verified in accordance with the Card's Cardholder Verification Method  list,  be completed in accordance with EMV and VIS specifications and follow the correct Card acceptance procedures as defined in the *Visa International Operating Regulations.*

An Acquirer must ensure that appropriate training of its Merchants takes place in advance of the above requirement coming into effect.

ID#: 111011-210611-0026175

**PIN as Cardholder Verification Method in New Zealand – Acquirer Requirements – AP Region (Updated)**

**Effective 1 April 2012,** in New Zealand an Acquirer and its Merchants must:

- Activate their PIN pads  at Chip-Reading Devices to enable  EMV PIN Transactions
- Provide  PIN bypass facilities for Chip-Initiated Transactions on PIN-Preferring Chip Cards. PIN-bypass Transactions must be verified in accordance with the Card's Cardholder Verification Method List, be completed in accordance with EMV and VIS specifications and follow the correct Card acceptance procedures as defined in the *Visa International Operating Regulations*

Acquirers must ensure that appropriate training of Merchants takes place prior to the above regulations coming into effect.

ID#: 171011-210611-0026143

**Issuer PIN Security Requirements - Canada Region**

A Canada Issuer or its agent issuing PINs for Visa Chip Cards must comply with the security requirements specified in the *Issuer PCI PIN Security Requirements* manual at http://www.visainfo.ca and which may be changed from time to time by Visa management in its sole discretion. Canada Members will be provided reasonable advance notice of all such changes.

ID#: 010410-010410-0001795

**PIN Verification Service - Issuer Requirements - U.S. Region**

If a U.S. Issuer uses the PIN Verification Service, the Issuer must either:

© 2011 Visa. All Rights Reserved.

- Encode the PIN Verification Field on the Magnetic Stripe, and for Cards containing a Chip, both the Magnetic Stripe and Chip

- Ensure that the PIN Verification Value resides on the PIN Verification Value File

If the U.S. Issuer does not require Stand-In Processing to verify PINs, the Issuer is **not** required to encode PIN Verification data on the Magnetic Stripe or Chip.

ID#: 010410-010410-0007045


## PIN Security Requirements - U.S. Region

A U.S. Acquirer or its agent processing PINs for Visa Transactions must comply with the security requirements specified in the PIN Management Requirements Documents.

Each year, on a predetermined due date, a U.S. Acquirer or its agent must complete and return to Visa:

- The "PIN Security Requirements Self-Audit Compliance Statement"

- If required, the "PIN Security Requirements Self-Audit Exception Form"

In addition, every 36 months, on the same predetermined due date, a U.S. Acquirer must complete and return the "PIN Security Requirements Self-Audit" form.

See "PIN Security Non-Compliance Penalties - U.S. Region" for penalties for failure to comply.

ID#: 010410-010410-0007046


## Triple DES


### Triple Data Encryption Standard Requirements - AP Region

An AP Issuer must be certified to receive and process Triple Data Encryption Standard (DES) Transactions.

An AP Acquirer must ensure that:

- All ATMs must support Triple DES

- All PIN-based point-of-sale (POS) acceptance devices must support Triple DES

- All transactions initiated at Triple DES-capable devices must be Triple DES-encrypted from point of acceptance to Visa

ID#: 010410-010410-0008139

© 2011 Visa. All Rights Reserved.

**ATM Triple Data Encryption Standard Requirements - Canada Region**

All ATMs in the Canada Region must be Triple Data Encryption Standard (Triple DES) capable and all online PIN-based Transactions initiated at ATMs must be Triple DES encrypted end-to-end using double-length keys.

ID#: 111011-010710-0004709

# Card Verification Value (CVV)

## Card Verification Service Participation

All Members must participate in the Card Verification Service.

ID#: 111011-010410-0003234

## Card Verification Value Requirements

An Issuer must be capable of receiving the POS Entry Mode code and processing the Card Verification Value according to the procedures specified in the VisaNet manuals.

All Cards must be encoded with the Card Verification Value, as specified in the *Payment Technology Standards Manual.*

Subject to the rule below, at the Issuer's option, the Cardholder Verification Value contained in the Magnetic-Stripe Image (track 2 equivalent data) on the Chip (Chip Card Verification Value-iCVV) may differ from the Card Verification Value encoded on the Card's Magnetic Stripe.

All newly issued EMV Chip Cards and existing EMV Chip Cards on renewal must use Chip Card Verification Value-iCVV as part of the Magnetic-Stripe Image, as defined in the *Payment Technology Standards Manual.*

ID#: 050411-010410-0008133

## Card Acceptance Terminal Requirements

An Acquirer must ensure that its Merchant Card acceptance terminal transmits the entire unaltered contents of the Magnetic Stripe or be subject to a Chargeback.

ID#: 010410-010410-0000666

© 2011 Visa. All Rights Reserved.

**Card Verification Value Encoding Requirements**

All Cards, including Emergency Card Replacements, must be encoded with the Card Verification Value, as specified in the *Card Verification Value Specifications Guide* and the *Payment Technology Standards Manual.*

ID#: 081010-010210-0003604

**Authorized Transactions with Failed CVV - AP Region**

An AP Issuer is prohibited from initiating a Chargeback if the Transaction failed CVV, but was authorized by the Issuer or Stand-In Processing.

ID#: 010410-010410-0000613

**Integrated Circuit Card Verification Value (iCVV) Requirements - AP Region**

All new AP Chip Card Issuers must certify support for Integrated Circuit Card Verification Value (iCVV) in the Magnetic Stripe data encoded on the Chip.

All AP Visa Smart Debit and Credit (VSDC) Card Issuers must certify support for Integrated Circuit Card Verification Value (iCVV) in the Magnetic Stripe data encoded on the Chip.

All newly issued AP Visa Smart Debit and Credit (VSDC) Cards must contain an Integrated Circuit Card Verification Value (iCVV) in the Magnetic Stripe data encoded on the Chip.

The Card Verification Value (CVV) encoded on other (non-Magnetic Stripe) technologies must differ from the CVV value encoded on the physical Magnetic Stripe.

ID#: 010410-010410-0004087

**dCVV for Contactless Payment Program - U.S. Region**

A U.S. Issuer must support Dynamic Card Verification Value (dCVV) authentication for its Contactless Payment Program, as specified in the *Visa U.S.A. Contactless Payment Program Technical Implementation Guid*e.

ID#: 010410-010410-0000671

# Card Verification Value 2 (CVV2)

## CVV2 on Visa Cards

All Visa Cards must bear a Card Verification Value 2 (CVV2), as specified in the:

© 2011 Visa. All Rights Reserved.

- *Card Verification Value Specifications Guide*
- *Payment Technology Standards Manual*
- *Visa Product Brand Standards*

CVV2 is optional for a Proprietary Card bearing the Plus Symbol.

ID#: 010410-010210-0000676

## CVV2 on Visa Electron Cards

If the full Account Number is used, an Issuer must indent-print a Card Verification Value 2 on the back of a Visa Electron Card, as specified in the:

- *Card Verification Value Specifications Guide*
- *Payment Technology Standards Manual*
- *Visa Product Brand Standards*

ID#: 010410-010210-0000677

## CVV2 for Card-Absent Transactions - AP Region

In a Card-Absent transaction where the CVV2 was supplied by the AP Acquirer as part of the Authorization message, an AP Issuer will be liable for Transactions approved showing a CVV2 result code of N.

ID#: 010410-010410-0000674

## Card Verification Value 2 (CVV2) Requirements in Australia – AP Region (Updated)

**Effective 1 April 2012,** all Electronic Commerce Merchants must capture CVV2 and include it in the Authorization record.

This requirement does not apply to:

- Merchants who participate in Verified By Visa
- Transactions involving Visa Commercial Card Virtual Accounts

**Effective 1 April 2012**, all Acquirers must correctly process CVV2 response codes.

ID#: 111011-140411-0026176

© 2011 Visa. All Rights Reserved.

## Card Verification Value 2 (CVV2) Requirements in Hong Kong – AP Region (Updated)

**Effective 1 October 2011**, all Electronic Commerce Merchants in Hong Kong must capture CVV2 and include it in the Authorization Request. Transactions involving Visa Commercial Card Virtual Accounts are excluded from this mandate.

**Effective 1 October 2011**, all Acquirers in Hong Kong must correctly process CVV2 response codes.

ID#: 151011-011011-0026538


## Card Verification Value 2 (CVV2) Requirements in New Zealand – AP Region

**Effective 1 April 2012**, all Electronic Commerce Merchants must capture CVV2.  Visa Commercial Card Virtual Accounts are excluded from this requirement.

**Effective 1 April 2012**, all Acquirers must correctly process CVV2 response codes.

ID#: 050411-060111-0026144


## CVV2 Requirements - Canada Region

A Canada Acquirer participating in the Card Verification Value 2 (CVV2) service must populate the CVV2 results code received in the Authorization Response in a Transaction's corresponding Clearing Record.

ID#: 010410-010410-0000675


## CVV2 Issuer Requirements - U.S. Region

All U.S. Issuers must:

- Be certified as able to receive and respond to Authorization Requests containing the values for Card Verification Value 2 (CVV2), as specified in the applicable VisaNet manual
- Provide Visa with valid CVV2 encryption keys and test account numbers with CVV2 values and expiration dates

ID#: 010410-010410-0000672


## CVV2 Acquirer Requirements - U.S. Region

All U.S. Acquirers must be certified as able to send, and receive responses to, Authorization Requests containing the values for Card Verification Value 2, as specified in the applicable VisaNet manual.

ID#: 010410-010410-0003845

© 2011 Visa. All Rights Reserved.

## CVV2 Validation - U.S. Region (Updated)

**Effective through 14 October 2011,** a U.S. Merchant certified by Visa may validate the Card Verification Value 2 (CVV2) on the Card when the Magnetic Stripe on a Visa Card cannot be read. A CVV2 result code M, "Fully Matched," is considered an Imprint for the purposes of Chargeback Reason Code 81, "Fraudulent Transaction - Card-Present Environment."

ID#: 111011-010410-0002849

## CVV2 Submission in a Face-to-Face Environment - U.S. Region (New)

**Effective 15 October 2011,** in the U.S. Region, for a Transaction in a Face-to-Face Environment, if the Magnetic Stripe cannot be read, the Card Verification Value 2 (CVV2) is an Imprint if the:

- Transaction is key-entered
- CVV2 is included in the Authorization Request
- Merchant is not assigned Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks"
- Transaction is not a:
  - Quasi-Cash Transaction
  - Cash-Back Transaction
  - Manual Cash Disbursement
- Authorization was obtained

ID#: 111011-151011-0026370

## CVV2 in Lieu of Imprint - U.S. Region (Updated)

**Effective through 14 October 2011,** a U.S. Acquirer whose Merchant meets the following criteria may request certification from Visa for its Merchant to qualify for the CVV2 in lieu of Imprint program:

- Cardholder Information Security Program Level 1-compliant, with a complete Report on Compliance filed with the Acquirer
- A key-entered Transaction rate below 3.5% of total Transactions
- A face-to-face fraud-related Chargeback rate below 0.02% [109]

U.S. Acquirers of Merchants qualifying for the CVV2 in lieu of Imprint program will receive written certification from Visa.

ID#: 111011-010410-0008173

---

109  The face-to-face fraud-related Chargeback rate is the U.S. dollar amount of Chargebacks processed with Chargeback Reason Code 81, "Fraud - Card Present Environment," as a percentage of all face-to-face Transaction U.S. sales dollars.

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

# Authentication Fines and Penalties

## PIN Security Non-Compliance Penalties

A Member is subject to the fines specified in the table below if it fails to comply with "PIN Security Compliance" and:

- Complete and return the "PIN Security Requirements Self-Audit" form
- Complete and return the "PIN Security Requirements Self-Audit Compliance Statement"
- Respond to a non-compliance Notification

**Fines for Failure to Complete the PIN Security Requirements Self-Audit or Self-Audit Compliance Statement, or Respond to Non-Compliance Notification**

| Calendar Days | Fine |
|---|---|
| Annual due date + 29 calendar days | No fine |
| Due date + 30 calendar days to 59 calendar days | US $10,000 fine |
| Due date + 60 calendar days to 89 calendar days | US $10,000 fine |
| Due date + 90 calendar days to 119 calendar days | US $10,000 fine |
| Due date + 120 calendar days and every 30 calendar days onward | US $25,000 fine |

ID#: 010410-010410-0001288

## PIN Security Violation Penalties

An Acquirer that fails to respond within 30 calendar days of receipt of a non-compliance Notification, following an onsite inspection for PIN security violations, may be fined or have its certification suspended until the response has been received and acknowledged by Visa.

An Acquirer that provides an action plan in response to a Notification but does not perform its commitments must post a performance bond or escrow of US $100,000 until either:

- Compliance is confirmed by Visa
- Acquirer certification is suspended

If Acquirer certification is suspended, the Acquirer may forfeit the posted or escrowed amount.

ID#: 010410-010410-0005872

© 2011 Visa. All Rights Reserved.

## PIN Security Review Fee - AP Region

As specified in the *Visa Asia Pacific Fee Guide*, a fee will be assessed for each initial AP PIN Security review performed. If, after a PIN review, Visa determines that an AP Member fails to demonstrate full compliance with the *PCI PIN Security Requirements,* the Member is responsible for:

- Follow-up review fee dependent on the level of non-compliance identified
- Cost associated with additional reviews until compliant

ID#: 081010-010410-0001794

## PIN Security Non-Compliance Penalties - U.S. Region

If a U.S. Member fails to complete and return the "PIN Security Requirements Self-Audit" form or the "PIN Security Requirements Self-Audit Compliance Statement," the Member is assessed a fine, as specified in the table below.

### Fines for Failure to Complete PIN Security Requirements Self-Audit or Compliance Statement - U.S. Region

| Calendar Days | Fine |
|---|---|
| Annual due date + 29 calendar days | No fine |
| Due date + 30 calendar days to 59 calendar days | US $10,000 fine |
| Due date + 60 calendar days to 89 calendar days | US $10,000 fine |
| Due date + 90 calendar days to 119 calendar days | US $10,000 fine |
| Due date + 120 calendar days and each subsequent 30-calendar-day period | US $25,000 fine |

ID#: 111011-010410-0003708

## Contesting of PIN Requirement Non-Compliance Penalty - U.S. Region

A U.S. Issuer may contest an assessed PIN requirements penalty by submitting evidence to Visa that the penalty was **not** warranted.

If an Issuer contests an assessed penalty because it may be eligible for a variance, Visa will consider the opposition as a request for a variance and submit it to the Board for resolution.

If the Board grants a variance, Visa will waive the assessed penalty.

ID#: 010410-010410-0008152

© 2011 Visa. All Rights Reserved.

# Terminated Merchant File

## Terminated Merchants

### Required Use of Visa Merchant Trace System - AP Region

**Effective 1 March 2011,** in the AP Region all Acquirers located in Australia, Cambodia, Hong Kong, India, Indonesia, Macau, Malaysia, New Zealand, Philippines, Sri Lanka and Thailand must:

- Enter terminated Merchant details into the Visa Merchant Trace System database within one business day after terminating a Merchant Agreement due to one of the reasons specified in the "Terminated Merchant Listing Reasons" in the *Visa Merchant Trace System Participation Requirements*

- Comply with all requirements specified in the *Visa Merchant Trace System Service Participation Requirements*

ID#: 151011-010311-0026131

### Common Terminated Merchant Database - Canada Region

All Canada Acquirers in Canada must participate in a common terminated Merchant database. The database must be an automated Merchant risk database that Acquirers within Canada may use to determine if a Merchant's contract has been terminated for cause by another Acquirer. An Acquirer must use either:

- An externally managed common terminated Merchant database

- Visa National Merchant Alert Service

ID#: 010410-010410-0007377

### National Merchant Alert Service - Canada Region

Canada Acquirers must:

- Concurrent with the closure of a Merchant Outlet, list the Merchant on a common terminated merchant database or the National Merchant Alert Service file for a period of 3 years if the Merchant violated the Merchant Agreement and was subsequently terminated for cause

- Retain Merchant Agreement termination information for all Merchants listed on a common terminated merchant database or the National Merchant Alert Service file for a period of 3 years

ID#: 010410-010410-0007378

© 2011 Visa. All Rights Reserved.

## National Merchant Alert Service Fee - Canada Region

Canada Acquirers must pay Visa a National Merchant Alert Service fee to be collected through VisaNet if the service is utilized.

ID#: 010410-010410-0007380

## Terminated Merchant Non-Compliance Fines - Canada Region

If a Canada Acquirer fails to comply with the requirements of "Common Terminated Merchant Database - Canada Region," Visa may assess a fine of CAD $2,500 per violation.

ID#: 010410-010410-0007381

## Terminated Merchant File Listing Requirements - U.S. Region 2.2.C.2.a

A U.S. Acquirer must add a terminated Merchant to the file as soon as possible, but no later than close of business on the day following the date the Merchant is notified of the intent to terminate the agreement. An Acquirer must list the Merchant if terminated for one or more of the following reasons:

- Merchant was convicted of credit or debit card fraud
- Merchant deposited excessive Counterfeit Transaction Receipts
- Merchant deposited excessive Transaction Receipts unauthorized by Cardholders
- Merchant deposited Transaction Receipts representing sales of goods or services generated by another Merchant (laundering)
- Acquirer received an excessive number of Chargebacks due to Merchant's business practices or procedures

ID#: 010410-010410-0007386

## Terminated Merchant File Information Requirements - U.S. Region

A U.S. Acquirer must add a Merchant to the Terminated Merchant File within 24 hours of determining that:

- The Merchant was terminated for reasons other than those listed in "Terminated Merchant File Listing Requirements - U.S. Region"
- Within 90 calendar days of the termination date, the Acquirer determines that the Merchant should have qualified for the listing

The Merchant listing must include the:

- Business name
- Names and identification of principals of terminated Merchants

© 2011 Visa. All Rights Reserved.

The Acquirer must report terminated Merchants, as specified.

ID#: 111011-010410-0007969

## Terminated Merchant File Deletion - U.S. Region

Only the U.S. Member that added the Merchant to the Terminated Merchant File may request deletion of the Merchant name or information.

A Member that incorrectly adds a Merchant to the file must request correction of the file immediately upon recognition of an error.

ID#: 010410-010410-0007963

## Terminated Merchant File Compliance Reasons - U.S. Region

A U.S. Member that fails to comply with the Terminated Merchant File requirements specified in the U.S. Regional Operating Regulations may be subject to Compliance, including liability for losses incurred by another Member as a result of the failure to comply.

ID#: 010410-010410-0008174

© 2011 Visa. All Rights Reserved.

# Chapter 9: Dispute Resolution

## Core Principle 9.1

### Attempt to Honor/Post all Transactions

#### Issuer Transaction Acceptance

Participating issuers are responsible for accepting and attempting to honor all transactions, but they may have rights to return transactions for reasons specified by Visa. These reasons can include events such as inadvertent processing errors, some types of fraud and certain cardholder disputes.

ID#: 171009-171009-0025563

## Core Principle 9.2

### Offer Mutual Assistance to Other Participants

#### Assisting in the Resolution of Disputes

Participants in the Visa system agree to attempt to offer mutual assistance to other participants to resolve transaction disputes prior to escalating the dispute to Visa for final resolution.

ID#: 171009-171009-0025564

## Core Principle 9.3

### Prevent Unjust Enrichment

#### Unjust Enrichment

Visa participants agree to take appropriate action to prevent unjust enrichment to themselves or their customers by failing to credit a customer for a transaction that is charged back, or by taking multiple credits for a single transaction.

ID#: 171009-171009-0025565

© 2011 Visa. All Rights Reserved.

# Core Principle 9.4

## Visa Acts as Arbitrator

### Arbitrating Unresolved Disputes

For unresolved transaction disputes, Visa acts essentially as an arbitrator between participants.

ID#: 171009-171009-0025566

# Dispute Resolution Process

## Cardholder Disputes

### Introduction to Dispute Resolution - U.S. Region (Updated)

**Effective for Transactions completed through 30 June 2015,** for a U.S. Domestic Transaction, an Issuer must resolve Cardholder disputes under the Operating Regulations by extending to Cardholders all protections provided on any Visa Card under Federal law or regulation and by utilizing the Issuer's customary practices to resolve Cardholder disputes, regardless of which type of Visa Card was used. Thus, the resolution of such Cardholder disputes will be the same in similar circumstances regardless of which type of Visa Card was used. The foregoing applies only with respect to Transactions on Cards using the Visa Flag Symbol or Visa Brand Mark, not to Transactions using any other payment card brand even if such brand is on the Visa Card. By way of example, a purchase made with a Visa Check Card that is not a Visa Check Card II and is processed as another brand network transaction, such as a domestic PIN network, is not governed by this rule because the purchase is not a Transaction made using the Visa Flag Symbol or Visa Brand Mark.

**Effective for Transactions completed on or after 1 July 2015,** for a U.S. Domestic Transaction, an Issuer must resolve Cardholder disputes under the Operating Regulations by extending to Cardholders all protections provided on any Visa Card under Federal law or regulation and by utilizing the Issuer's customary practices to resolve Cardholder disputes, regardless of which type of Visa Card was used. Thus, the resolution of such Cardholder disputes will be the same in similar circumstances regardless of which type of Visa Card was used. The foregoing applies only with respect to Transactions on Cards using the Visa Flag Symbol or Visa Brand Mark, not to Transactions using any other payment card brand even if such brand is on the Visa Card. By way of example, a purchase made with a Visa Check Card that is processed as another brand network transaction, such as a domestic PIN network, is not governed by this rule because the purchase is not a Transaction made using the Visa Flag Symbol or Visa Brand Mark.

ID#: 111011-171009-0003557

© 2011 Visa. All Rights Reserved.

## Mutual Assistance

### Mutual Assistance Between Members

A Member must attempt to offer mutual assistance to other Members to resolve disputes between both:

- Its Cardholder and another Member's Merchant
- Its Merchant and another Member's Cardholder

If a Cardholder or Merchant accepts financial liability for a Transaction, its Member must reimburse the other Member directly.

ID#: 171009-171009-0003250

# Transaction Receipt

## Request for Transaction Receipt Copy

### Transaction Receipt Request

An Issuer may request a Transaction Receipt from an Acquirer.

ID#: 171009-171009-0003257

### Request for Transaction Receipt Copy and Substitute Transaction Receipt

**Effective through 15 October 2010,** an Issuer may request a Transaction Receipt copy from an Acquirer for the reasons specified in the following table. The Issuer must accept a Substitute Transaction Receipt for certain Transactions, as specified in the following table. For Intraregional card-present Transactions in the AP Region, Substitute Transaction Receipts are considered invalid Transaction Receipts. For Canada Domestic card-present Transactions, Substitute Transaction Receipts are considered invalid Transaction Receipts.

**Effective 16 October 2010,** an Issuer may request a Transaction Receipt copy from an Acquirer only for the reasons specified in the following table. The Issuer must accept a Substitute Transaction Receipt for certain Transactions, as applicable. For Transactions conducted in a Card-Present Environment, Substitute Transaction Receipts are considered invalid Transaction Receipts.

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

**Transaction Receipt Retrieval Request Reasons**

| Request Reason for Copy BASE II Transaction Code 52 (Field 63.3 in Single Message System) | BASE II Request Code | Single Message System Request Code |
|---|---|---|
| Request for copy bearing signature[1] | 28 | 0028 |
| T&E Document request | 29 | 0029 |
| Cardholder request due to dispute | 30 | 0030 |
| Fraud analysis request | 33 | 0033 |
| Legal process request | 34 | 0034 |

1.   Not applicable to a Vehicle-Specific Fleet Card Transaction.

ID#: 050411-171009-0003255

## Minimum Data Requirements for Retrieval Requests (Updated)

Each Retrieval Request must contain at least the following data:

- Acquirer Reference Number
- Account Number
- Transaction Date of original Presentment
- Merchant Category Code
- Either the Transaction amount in the Transaction Currency or a complete Merchant description
- Applicable Retrieval Request reason code from the Transaction Receipt Retrieval Request Reasons table
- The following provisions apply to U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*
  - Merchant city and state  *(This only applies in the U.S. Region.)*
  - Acquirer's Business I.D.  *(This only applies in the U.S. Region.)*
  - Transaction Identifier, if present in the original Presentment  *(This only applies in the U.S. Region.)*
  - **Effective through 14 October 2011,** Cardholder-Activated Terminal indicator, if present in the original Presentment  *(This only applies in the U.S. Region.)*
  - Visa Prepaid Card indicator, if present in the original Presentment  *(This only applies in the U.S. Region.)*
  - Transaction amount  *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0000314

© 2011 Visa. All Rights Reserved.

**Transaction Receipt Retrieval Request Reasons - LAC Region**

For an Intraregional Transaction in the LAC Region, the following table lists the reason for requesting copies of the Transaction Receipt and H&C Document, and their corresponding BASE II request and confirmation codes.  *(This only applies in the Latin America & Caribbean Region.)*

**Transaction Receipt Retrieval Request Reason - LAC Region**

| Copy Request Reason for Base II Transaction Code 52 | Base II Request Code |
|---|---|
| Cardholder requests copy bearing signature and/or H&C Document | 28 |

ID#: 111011-171009-0003426

**Request for Easy Pay Transaction Receipt Copy - LAC Region**

For an Intraregional Transaction in the LAC Region, to fulfill a request for a BASE II Copy Request code for an Easy Pay Transaction, the LAC Acquirer must provide a copy of the "Cardholder Participation Request and Consent Form," including all of the following: *(This only applies in the Latin America & Caribbean Region.)*

- Cardholder name *(This only applies in the Latin America & Caribbean Region.)*

- Account Number *(This only applies in the Latin America & Caribbean Region.)*

- Card expiration date (if available) *(This only applies in the Latin America & Caribbean Region.)*

- Cardholder signature *(This only applies in the Latin America & Caribbean Region.)*

- Merchant name and location *(This only applies in the Latin America & Caribbean Region.)*

- Description of good(s) or service(s) *(This only applies in the Latin America & Caribbean Region.)*

- Detail of services charged *(This only applies in the Latin America & Caribbean Region.)*

ID#: 171009-171009-0003655

# Retention

**Transaction Receipt Retention Periods 7.3.B**

If requested, an Acquirer must provide an Issuer with a legible Transaction Receipt copy during the required retention period, as specified in the following table.

© 2011 Visa. All Rights Reserved.

**Transaction Receipt Retention Periods**

| Document | Retention Period |
|---|---|
| Original Transaction Receipt | According to applicable law |
| Transaction Receipt copy or substitute | **Effective through 14 October 2011,** 12 months from Processing Date |
| | **Effective 15 October 2011,** 13 months from Processing Date |
| | For Intraregional Transactions in the LAC Region, refer to Document Retention Period - LAC Region. |
| T&E Document | 6 months from Processing Date |
| Recurring Transaction Receipt | **Effective through 14 October 2011,** 12 months from Processing Date of latest Transaction |
| | **Effective 15 October 2011,** 13 months from Processing Date of latest Transaction |

ID#: 111011-171009-0003258

## Document Retention Period - LAC Region

For an Intraregional Transaction in the LAC Region, if requested, an Acquirer must provide an Issuer with legible Transaction Receipt copies during the required retention period, as specified in the following table. *(This only applies in the Latin America & Caribbean Region.)*

**Document Retention Period - LAC Region**

| Document | Retention Period |
|---|---|
| Copy of Transaction Receipt or substitute | 12 months from the Endorsement Date or Settlement Date |
| H&C Document | 6 months from Endorsement Date or Settlement Date |
| Easy Pay Transaction | 12 months from the Endorsement Date or Settlement Date of the latest Transaction |

ID#: 111011-171009-0003427

## Request and Fulfillment

## Transaction Fulfillment Document Requirements - Small Ticket Transaction

**Effective for Transactions completed through 15 October 2010,** each Fulfillment for a Small Ticket Transaction, excluding a U.S. Domestic Small Ticket Transaction, must contain at least the following data:

© 2011 Visa. All Rights Reserved.

- Merchant name
- Total Transaction amount
- Date
- Confirmation that Cardholder performed payment using a Visa Card or a Visa Electron Card or a Proximity Payment Device

ID#: 081010-171009-0003259

## Transaction Receipt Fulfillment Documents - Data Requirements

The following tables specify the Substitute Transaction Receipt data requirements, excluding Domestic Transactions in Brazil and U.S. Domestic Transactions. For U.S. Domestic Transactions, refer to "Substitute Transaction Receipt Data Requirements - U.S. Region." For Domestic Transactions in Brazil, refer to "Substitute Transaction Receipt Data Requirements for Brazil - LAC Region."

**Substitute Transaction Receipt Fulfillment Documents - Unattended Acceptance Terminals (Effective for Transactions Completed through 14 October 2011)**

| Transaction Type | | |
|---|---|---|
| | Cardholder-Activated Transaction Type A (Not applicable for Magnetic-Stripe Telephone Transactions) | Cardholder-Activated Transaction Type B or Type C (Not applicable for Magnetic-Stripe Telephone Transactions) |
| Requested Document | Transaction log | Transaction log |
| **Required Data on Document** | | |
| Account Number | X | |
| Transaction Date | X | X |
| Transaction Time | | X |
| Transaction Amount | X | |
| Authorization Code | | X |
| Evidence of electronic Card Imprint | | X |

© 2011 Visa. All Rights Reserved.

### Substitute Transaction Receipt Fulfillment Documents - Recurring, Mail/Phone Order, Retail, and Electronic Commerce Transactions

| Transaction Type | | | |
|---|---|---|---|
| | Recurring or Mail Order (Excludes Phone Order) | Recurring, Mail/Phone Order, or Retail as permitted in Retrieval Request Reason Code 30 Fulfillment (Effective through 15 October 2010) | Electronic Commerce |
| Requested Document | Cardholder written permission | Substitute Transaction Receipt | Substitute Transaction Receipt |
| **Required Data on Document** | | | |
| Account Number | X | X | X |
| Cardholder Name **(Effective through 15 October 2010)** | X | X | X |
| Transaction Date | X | X | X |
| Transaction Amount | X | X | X |
| Transaction Currency | Not applicable | Not applicable | X |
| Authorization Code | If any | If any | X |
| Cardholder Signature | X[1] | Not applicable | Not applicable |
| Merchant Name | X | X | X |
| Merchant Location | X | X | Online address |
| Description | Merchandise or services | Merchandise or services | Merchandise or services[2] |
| Itemized Charges | X | Not applicable | Not applicable |

1. The Recurring Services Merchant must retain the Cardholder's permission in a format such as an e-mail, other electronic record, or in paper form, for the duration of the Recurring Transactions and provide it upon Issuer request.

2. To remedy a Retrieval Request or use Reason Code 75, "Transaction Not Recognized" for an Aggregated Transaction, an Electronic Commerce Merchant must provide the details for the individual purchases that have been aggregated.

### Substitute Transaction Receipt Fulfillment Documents - T&E Transactions

| Document Type | Transaction Type | | | |
|---|---|---|---|---|
| | Car Rental | Airline | Hotel | Cruise Line |
| Copy | Copy | Copy | Copy | Copy |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Document Type | Transaction Type | | | |
|---|---|---|---|---|
| | Car Rental | Airline | Hotel | Cruise Line |
| Substitute Transaction Receipt | X | X | X | X |
| T&E Document | $X^1$ | | $X^1$ | $X^1$ |
| **Required Data on Document** | | | | |
| Account Number | X | X | X | X |
| Cardholder Name | X | If applicable | X | X |
| Passenger or Guest Name, if different than Cardholder Name | | X | X | X |
| Cardholder Address | X | | | |
| Address where tickets were sent | | If available and applicable | | |
| Transaction Date | | X | | |
| Rental and Return Dates | X | | | |
| Transaction Code | If any | | | |
| Transaction Amount | X | X | X | X |
| Authorization Code | If any | If any | If any | If any |
| Merchant Name | X | X | X | X |
| Merchant Location | | | X | X |
| Rental and Return location | X | | | |
| Travel Agent Name and Address | | If applicable | | |
| Rental Agreement Number | X | | | |
| Description | $X^2$ | Airline flight information | Dates of stay, check-in, and check-out | Dates of cruise embarkation and disembarkation |
| Itemized Charges | | | $X^3$ | $X^3$ |

© 2011 Visa. All Rights Reserved.

| Document Type | Transaction Type | | | |
|---|---|---|---|---|
| | Car Rental | Airline | Hotel | Cruise Line |

1. Must include a copy of all documents pertaining to a T&E Transaction, including the Transaction Receipt, car rental agreement, or if one was created, a Guest Folio, as applicable. The Card Imprint and Cardholder signature must also be included if either or both were obtained.

2. Includes type of car, mileage, rental rates, actual rate, refueling and insurance charges, adjustments, tax, cash received, billing method, and rental agent ID number.

3. Includes room rate, tax, and food, beverage, and incidental charges.

ID#: 111011-171009-0003260

## Retrieval Request Requirements

**Effective through 15 October 2010,** to satisfy a Retrieval Request, excluding Intraregional Transactions in the AP Region and Canada Domestic Transactions, the Acquirer must:

• Provide a Transaction Receipt copy, or

• Provide a Substitute Transaction Receipt containing the required data

• T&E Document, if applicable

**Effective 16 October 2010,** to satisfy a Retrieval Request, the Acquirer must:

• Provide a Transaction Receipt copy, or

• Provide a Substitute Transaction Receipt containing the required data for a Transaction conducted in a Card-Absent Environment.

ID#: 111011-171009-0003540

## Order Form for Retrieval Requests

**Effective through 15 October 2010,** to satisfy a Retrieval Request Reason Code 28, "Request for Copy Bearing Signature," Retrieval Request Reason Code 33, "Fraud Analysis Request," or Retrieval Request Reason Code 34, "Legal Process Request," resulting from a mail order or Recurring Transaction, excluding Intraregional Transactions in the AP Region, Domestic Transactions in Brazil **completed on or after 1 July 2010,** and Canada Domestic Transactions, the Acquirer must provide a copy of the Order Form, containing the following:

• Account Number

• Cardholder name

• Card expiration date (if available)

• Cardholder signature

• Merchant name and location

• Description of the merchandise or services

• Itemized charges

© 2011 Visa. All Rights Reserved.

If the Transaction is not a mail order or Recurring Transaction, the Acquirer must provide a copy of the Transaction Receipt, excluding Domestic Transactions in Brazil **completed on or after 1 July 2010.**

For a U.S. Domestic Transaction, to satisfy a Retrieval Request Reason Code 28, "Request for Copy Bearing Signature," Retrieval Request Reason Code 33, "Fraud Analysis Request," or Retrieval Request Reason Code 34, "Legal Process Request," resulting from a Preauthorized Health Care Transaction, the Acquirer must provide a copy of the Order Form, containing the following: *(This only applies in the U.S. Region.)*

- Account Number *(This only applies in the U.S. Region.)*

- Cardholder name *(This only applies in the U.S. Region.)*

- Card expiration date (if available) *(This only applies in the U.S. Region.)*

- Cardholder signature *(This only applies in the U.S. Region.)*

- Merchant name and location *(This only applies in the U.S. Region.)*

- Description of the merchandise or services *(This only applies in the U.S. Region.)*

- Itemized charges *(This only applies in the U.S. Region.)*

If the Transaction is not a Preauthorized Health Care Transaction, the Acquirer must provide a copy of the Transaction Receipt. *(This only applies in the U.S. Region.)*

ID#: 081010-171009-0003541

## Substitute Transaction Receipt Requirements

**Effective through 15 October 2010,** to satisfy a Retrieval Request Reason Code 30, "Request Due to Cardholder Dispute," resulting from a Transaction other than as specified in Substitute Transaction Receipt Data Requirements, the Acquirer may provide a Substitute Transaction Receipt, containing the following:

- Account Number

- Cardholder name

- Card expiration date

- Transaction Date

- Transaction amount

- Authorization Code (if any)

- Merchant name and location

- Description of the merchandise or services

- "Ship to" address (if applicable)

These provisions do not apply to Intraregional Transactions in the AP Region and Canada Domestic Transactions.

© 2011 Visa. All Rights Reserved.

**Effective 16 October 2010,** to satisfy a Retrieval Request resulting from a Transaction conducted in a Card-Absent Environment, the Acquirer may provide a Substitute Transaction Receipt, containing the following:

- Account Number

- Transaction Date

- Transaction amount

- Authorization Code (if any)

- Merchant name and location

- Description of the merchandise or services

- "Ship to" address (if applicable)

ID#: 081010-171009-0003543

## T&E Document Retrieval Request

To satisfy a Retrieval Request for a T&E Document, excluding an Intraregional Transaction in the AP Region, a Domestic Transaction in Brazil, and a Canada Domestic Transaction, the Acquirer must provide a copy of all documents pertinent to the Transaction, including the Transaction Receipt, car rental agreement, or Guest Folio, if created. The Card Imprint and Cardholder signature must be included if either or both was obtained.

ID#: 111011-171009-0003544

## Substitute Transaction Receipt Data Requirements - U.S. Region

**Effective through 15 October 2010,** these provisions apply to U.S. Domestic Transactions. For Substitute Transaction Receipt data requirements (Transactions conducted in a Card-Absent Environment only) for International Transactions, refer to "Transaction Receipt Fulfillment Documents - Data Requirements."

**Effective through 15 October 2010,** to satisfy a Retrieval Request for a Transaction which included the Card Verification Value 2 in the Authorization Request and received a result code "M" (fully-matched) or "U" (unsupported), the Acquirer must also provide a copy of the certification provided by Visa for the Merchant.

**Effective through 15 October 2010,** the following tables specify the Substitute Transaction Receipt data requirements for U.S. Domestic Transactions.

### Substitute Transaction Receipt Data Requirements - Cardholder-Activated Terminals - U.S. Region (Effective through 15 October 2010)

| Required Data | Automated Dispensing Machine[1] | Self-Service Terminal | Automated Fuel Dispenser | Limited-Amount Terminal[1] |
|---|---|---|---|---|
| Account Number | | X | X | X |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Required Data | Automated Dispensing Machine[1] | Self-Service Terminal | Automated Fuel Dispenser | Limited-Amount Terminal[1] |
|---|---|---|---|---|
| Transaction Date | X | X | X | X |
| Transaction Time | X | | | |
| Transaction Amount | X | X | X | X |
| Authorization Code | X | X | If applicable | |
| Evidence of electronic Card Imprint | X | | | |
| Card Expiration Date | | X | X | |
| Merchant Name and Location | | See footnote 2 below | X | |
| Service Station ID Number | | | X | |
| Invoice Number | | If available | | |
| Description of Merchandise or Services | | X | Product Sold | |

1.  The Acquirer is not required to provide a copy of the Transaction Receipt that was given to the Cardholder. A Transaction log containing the required data elements may be provided to satisfy a Retrieval Request.

2.  Merchant name, Self-Service Terminal location code, or city and state

### Substitute Transaction Receipt Data Requirements - Recurring, Mail/Phone Order, Electronic Commerce, and Preauthorized Health Care Transactions - U.S. Region (Effective through 15 October 2010)

| Required Data | Recurring, Mail/Phone Order, or Preauthorized Health Care Transactions[1] | Electronic Commerce Transactions |
|---|---|---|
| Account Number | X | X |
| Card Expiration Date | If available | X |
| Cardholder Name | X | X |
| Transaction Date | X | X |
| Transaction Amount | X | X |
| Authorization Code | X | X |
| Merchant Name | X | X |
| Merchant Location | X | Online Address |
| Description | Merchandise or services | Merchandise or services[2] |
| "Ship to" Address | If applicable | If applicable |
| Address Verification Service Response Code | If used and the response code is available | If used and the response code is available |

© 2011 Visa. All Rights Reserved.

| Required Data | Recurring, Mail/Phone Order, or Preauthorized Health Care Transactions[1] | Electronic Commerce Transactions |
|---|---|---|

1. For Retrieval Request Reason Code 28, "Request for Copy Bearing Signature," see Order Form for Retrieval Requests.

2. For Aggregated Transactions, details of the individual purchases that have been aggregated are required in order to remedy a Retrieval Request or Reason Code 75 "Transaction Not Recognized" Chargeback.

### Substitute Transaction Receipt Data Requirements - T&E Transactions - U.S. Region (Effective through 15 October 2010)

| Required Data | Car Rental | Airline or Passenger Railway | Lodging or Cruise Line |
|---|---|---|---|
| Account Number | X | X | X |
| Card Expiration Date | X | If available | If available |
| Cardholder Name | X | If available | X |
| Passenger or Guest Name | | X | X |
| Cardholder Address | X | | |
| Address where Tickets were Sent | | If available and applicable | |
| Transaction Date | | X | |
| Rental and Return Dates | X | | |
| Transaction Amount | X | X | X |
| Authorization Code | X | X | X |
| Merchant Name | X | X | X |
| Merchant Location | | | X |
| Rental and Return Location | X | | |
| Travel Agent Name and Address | | If applicable | |
| Rental Agreement Number | X | | |
| Description | X[1] | Airline and railway itinerary information[2] | Dates of stay, check-in and check-out |
| Itemized Charges | | | X[3] |
| Parking Ticket/Moving Violation Information | If applicable | | |

© 2011 Visa. All Rights Reserved.

| Required Data | Car Rental | Airline or Passenger Railway | Lodging or Cruise Line |
|---|---|---|---|
| Address Verification Service Response Code | | If used and the response code is available | |

1. Includes, as appropriate, type of vehicle; mileage; rental rates; actual rate, refueling, and insurance charges; adjustments; tax; cash received; billing method; and rental agent ID number

2. Includes, as appropriate, original departure date, origination city, destination city, airport codes, carrier ID, and/or additional services provided, such as excess baggage, or other agent services

3. Includes room rate; tax; and food, beverage, and incidental charges

**Substitute Transaction Receipt Data Requirements - Data-Captured Retail Transactions (May be used only to satisfy Retrieval Request Reason Code 30, "Request Due to Cardholder Inquiry") - U.S. Region (Effective through 14 October 2011)**

| Required Data | Data-Captured Retail Transactions |
|---|---|
| Account Number | X |
| **Effective through 15 October 2010,** Card Expiration Date | X |
| **Effective through 15 October 2010,** Cardholder Name | If available |
| Transaction Date | X |
| Transaction Time | Optional |
| Authorization Code | X |
| Merchant Name | X |
| Merchant Location | X |
| Description | Merchandise or service |
| Store Department | Optional |
| "Ship to" Address | If applicable |

ID#: 050411-171009-0003545

## Substitute Transaction Receipt Data Requirements for Brazil - LAC Region

For Domestic Transactions in Brazil, Substitute Transaction Receipts must contain the elements listed below. For Substitute Transaction Receipt data requirements for International Transactions, refer to "Transaction Receipt Fulfillment Documents - Data Requirements."

For car rental, Airline, passenger railway, lodging, or Cruise Line Transactions:

- Product type

- Account Number

© 2011 Visa. All Rights Reserved.

- Transaction Date
- Transaction time
- Transaction amount
- Sales type
- Authorization Code
- POS Entry Mode code
- Merchant name
- Merchant location
- Merchant ID
- Terminal ID
- Chip Cryptogram code, if applicable
- Transaction with PIN, if applicable

For Recurring Transactions, Mail/Phone Order Transactions, retail Transactions, or Electronic Commerce Transactions:

- Product type
- Account Number
- Transaction Date
- Transaction time
- Transaction amount
- Sales type
- Authorization Code
- POS Entry Mode
- Merchant name
- Merchant location
- Merchant ID
- Terminal ID
- TC Chip Cryptogram code, if applicable
- Transaction Receipt Fulfillment Documents

ID#: 111011-010710-0025769

© 2011 Visa. All Rights Reserved.

## Transaction Receipt Fulfillment Documents - H&C Transaction Data Requirements - LAC Region

For Intraregional H&C Transactions in the LAC Region, the following table details the requirements an Acquirer has to comply with in order to fulfill the Transaction Receipt Retrieval Request for H&C Transactions. *(This only applies in the Latin America & Caribbean Region.)*

### Transaction Receipt Fulfillment Documents - H&C Documents - LAC Region

| Public and Private Hospitals (H&C) | |
|---|---|
| **Type of Document** | |
| Original or Copy | Copy |
| Substitute Transaction Receipt | X |
| H&C Document | X[1] |
| **Required Data on Document** | |
| Account Number | X |
| Cardholder name | X |
| Patient name | X |
| Cardholder address | X |
| Check-in and check-out dates | X |
| Transaction code | If any |
| Transaction Amount | X |
| Authorization Code | If any |
| Merchant name | X |
| Public and private hospital location | X |
| Itemized charges | X[2] |

1. Must include a copy of all documents pertaining to an H&C Transaction, including the Transaction Receipt and hospitalization agreement, if any. The Card Imprint and Cardholder signature must also be included, if either or both were obtained.

2. Includes doctors' fees (if applicable), the room rate, taxes and charges for medications and supplies.

ID#: 111011-171009-0003428

© 2011 Visa. All Rights Reserved.

## Transaction Receipt Fulfillment Documents - Easy Pay Transaction Data Requirements - LAC Region

For Intraregional Easy Pay Transactions in the LAC Region, the following table details the requirements that an Acquirer must comply with in order to fulfill Copy Requests for Easy Pay Transactions. *(This only applies in the Latin America & Caribbean Region.)*

**Transaction Receipt Fulfillment Documents - Easy Pay - LAC Region**

| Easy Pay Transaction | |
|---|---|
| **Type of Document** | |
| Original or Copy | Original or copy |
| Document requested | Cardholder's written permission |
| **Required Data on Document** | |
| Account Number | X |
| Card expiration date | If available |
| Cardholder name | X |
| Transaction date | X |
| Transaction amount | X |
| Authorization Code | If any |
| Cardholder signature | X[1] |
| Merchant name | X |
| Merchant location | X |
| Description | Goods or services |
| Itemized charges | X[2] |

1. A Merchant that accepts Easy Pay Transactions must retain the written permission signed by the Cardholder in a format such as e-mail, other electronic record, or in paper form, for the duration of the period agreed upon by the Cardholder for Easy Pay Transactions with said Merchant and provide it at the request of the Issuer.

2. Includes doctors' fees (if applicable), taxes and charges for medicines and supplies.

ID#: 171009-171009-0003654

© 2011 Visa. All Rights Reserved.

# VisaNet Copy Request and Fulfillment Service

## VisaNet Copy Request and Fulfillment Service Participation

All Issuers and Acquirers must participate in the VisaNet Copy Request and Fulfillment Service when initiating or responding to a Retrieval Request.

ID#: 171009-171009-0007035

## Acquirer Response to Retrieval Request

An Acquirer must respond within 30 calendar days of the Retrieval Request Processing Date with one of the following:

- Fulfillment

- Nonfulfillment Message

- Interchange log indicating that full credit for the original Transaction amount was processed to the Cardholder Account Number

ID#: 171009-171009-0000571

## Fulfillment for Retrieval Request Reason Code 30

**Effective through 15 October 2010,** when a Transaction Receipt contains a truncated or disguised Account Number, an Acquirer may respond to a Retrieval Request reason code 30, "Cardholder request due to dispute," with a Substitute Transaction Receipt containing the complete Account Number and the data elements specified in the "Substitute Transaction Receipt Fulfillment Documents - Recurring, Mail/Phone Order, Retail, and Electronic Commerce Transactions" table. For card-present Intraregional Transactions in the AP Region, Substitute Transaction Receipts are considered invalid Transaction Receipts. For card-present Canada Domestic Transactions, Substitute Transaction Receipts are considered invalid Transaction Receipts.

ID#: 081010-171009-0000541

## Truncated or Disguised Account Number

The Acquirer may provide the Issuer with a Transaction Receipt that contains a truncated or disguised Account Number.

ID#: 171009-171009-0000542

## Transaction Receipt Fulfillment Exceptions

The Acquirer is not required to provide a Transaction Receipt for any of the following:

© 2011 Visa. All Rights Reserved.

- ATM Cash Disbursement
- **Effective for Transactions completed through 14 October 2011,** Magnetic-Stripe Telephone Transaction
- EMV PIN Transaction, excluding:
  – Retrieval Request reason code 29, "T&E Document Request"
  – Retrieval Request for a Manual Cash Disbursement or Quasi-Cash Transaction
- **Effective for Transactions completed on or after 16 October 2010,** Visa Easy Payment Service Transaction
- **Effective for Transactions completed on or after 15 October 2011,** Unattended Transaction

**Effective for Transactions completed on or after 14 April 2012,** for U.S. Domestic Transactions, the Acquirer is not required to provide a Transaction Receipt for a Visa Debit with PIN Transaction. *(This only applies in the U.S. Region.)*

**Effective for Transactions completed through 15 October 2010,** for U.S. Domestic Transactions, the Acquirer is not required to provide a Transaction Receipt for any of the following: *(This only applies in the U.S. Region.)*

- Small Ticket Transactions *(This only applies in the U.S. Region.)*
- No Signature Required Transaction *(This only applies in the U.S. Region.)*
- Transactions under $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability *(This only applies in the U.S. Region.)*

For Canada Domestic Transactions, the Acquirer is not required to provide a Transaction Receipt for any of the following: *(This only applies in the Canada Region.)*

- **Effective for Transactions completed through 15 October 2010,** No Signature Required Transactions *(This only applies in the Canada Region.)*
- **Effective for Transactions completed through 15 October 2010,** Proximity Payment Transactions *(This only applies in the Canada Region.)*
- **Effective 1 October 2010,** fully-Compliant Chip Card Transactions *(This only applies in the Canada Region.)*

For Domestic Transactions in Brazil, the Acquirer is not required to provide a Transaction Receipt for any of the following: *(This only applies in the Latin America & Caribbean Region.)*

- Chip-initiated Transaction with PIN Verification *(This only applies in the Latin America & Caribbean Region.)*
- Chip-initiated Transaction with no PIN Verification *(This only applies in the Latin America & Caribbean Region.)*
- Magnetic-Stripe-read Transaction with PIN Verification *(This only applies in the Latin America & Caribbean Region.)*
- Magnetic-Stripe-read Transaction at a Chip-Reading Device *(This only applies in the Latin America & Caribbean Region.)*

© 2011 Visa. All Rights Reserved.

- Brazil Domestic Installment Transaction - Excluding the first Installment Transaction  *(This only applies in the Latin America & Caribbean Region.)*

- Proximity Payment Transaction *(This only applies in the Latin America & Caribbean Region.)*

- Card-Absent Environment Transaction  *(This only applies in the Latin America & Caribbean Region.)*

- Manual or key-entered Transaction (POS Entry Mode code value of "01")  *(This only applies in the Latin America & Caribbean Region.)*

- Transaction under R $15  *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151011-171009-0000543


## Fulfillment Requirements

A Fulfillment must comply with all of the following:

- Be legible enough for the Cardholder to read or for the Issuer to identify the Account Number

- Include the unique 12-digit Copy Request Identifier assigned by VisaNet

- For a U.S. Domestic Transaction, include a unique nine-digit control number assigned by the Issuer to identify the internal source of the request.  *(This only applies in the U.S. Region.)*

These requirements do not apply to Copy Requests for Intraregional Healthcare Auto-Substantiation Transactions in the U.S. Region. Refer to the *Visa Healthcare Auto-Substantiation Transactions Retrieval of SIGIS Receipt Detail Implementation Guide* for additional information on handling such requests. *(This only applies in the U.S. Region.)*

ID#: 050411-171009-0003341


## Nonfulfillment Message Requirements

A Nonfulfillment Message must include the Copy Request Identifier and one of the message codes listed in the following table.


### VisaNet Copy Request and Fulfillment Service - Nonfulfillment Message Codes

| Message Code | Description |
|:---:|:---:|
| 01 | Invalid Request: Incorrect Account Number |
| 02 | Invalid Request: Not a valid Acquirer Reference Number |
| 03 | Item could not be located-Charge back |
| 04 | Acquirer will not fulfill-Charge back |

© 2011 Visa. All Rights Reserved.

| 05 | Transaction Receipt not required or previously fulfilled |
|---|---|

ID#: 111011-171009-0003262

## Issuer Rights

An Issuer may exercise a Chargeback right for the Chargeback reason code applicable to the dispute, if one of the following applies:

- Acquirer did not respond to a Retrieval Request within 30 calendar days of the request

- Acquirer sent a Nonfulfillment Message

- Acquirer did not send a valid or correct Fulfillment

For Intraregional Transactions in the LAC Region, Members in Venezuela must not process a domestic T&E Chargeback for an amount less than US $5, or local currency equivalent. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 010410-171009-0003264

# Retrieval Fees

## Retrieval Request Fees

Visa charges the Issuer and reimburses the Acquirer for a Retrieval Request.

ID#: 171009-171009-0003343

## Retrieval Request Fee Recovery

The Issuer may recover fees for Retrieval Requests for any of the following reasons:

- Acquirer did not properly supply the requested Transaction Receipt

- Substitute Transaction Receipt does not include the required data

- Request resulted from an incorrect Merchant description or a zero-filled or incorrect Transaction Date in the VisaNet transmission

For U.S. Domestic Transactions, one of the following: *(This only applies in the U.S. Region.)*

- Requested copy was illegible *(This only applies in the U.S. Region.)*

- Acquirer did not properly supply the required Healthcare Auto-Substantiation Transaction detail *(This only applies in the U.S. Region.)*

- The Acquirer may collect a US $25 handling fee from the Issuer if the original Clearing Record contained one of the following: *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

– Airline/Railway Passenger Itinerary Data *(This only applies in the U.S. Region.)*

– A "1" in the Lodging/Car Rental No Show Indicator *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0003345

## VisaNet Copy Request and Fulfillment Service Fees - U.S. Region

A U.S. Member participating in the VisaNet Copy Request and Fulfillment Service is assessed service charges.

ID#: 111011-010410-0007987

## Healthcare Auto-Substantiation Transaction Retrieval Request Fees - U.S. Region

A U.S. Issuer must pay a fee of X to the Acquirer per request for Copy for retrieval of line item detail for a Healthcare Auto-Substantiation Transaction.

ID#: 111011-041008-0007988

# Chargebacks and Representments

## Chargeback and Representment Process

### Chargeback and Representment for a Transaction

A Member must process a Chargeback or Representment for a Transaction through VisaNet in accordance with the VisaNet manuals. A Member may also transmit a Chargeback for a Domestic Transaction through an Interchange tape or by other means under a Private Agreement.

ID#: 171009-171009-0003271

### Chargeback or Representment Documentation Submission Time Limit

**Effective through 15 October 2010,** a Member sending Chargeback or Representment documentation must do so within 8 calendar days of the Chargeback or Representment Processing Date, using Visa Resolve Online.

**Effective 16 October 2010,** a Member sending Chargeback or Representment documentation must do so within 5 calendar days of the Chargeback or Representment Processing Date, using Visa Resolve Online.

ID#: 081010-171009-0003272

© 2011 Visa. All Rights Reserved.

## Non-Automated Submission of Chargeback or Representment Documentation

The Member must **not** send Chargeback or Representment documentation by mail, fax, or any other non-automated method.

ID#: 171009-171009-0003273

## Chargeback and Representment Process VIOR 7.4.A USOR 1.3

After receiving a Presentment, an Issuer may charge back a Transaction to the Acquirer under the conditions specified beginning in Reason Codes. Similarly, the Acquirer may represent the Transaction to the Issuer.

The Issuer must **not** charge back the Transaction a second time, with the exception of Reason Code 93, "Merchant Fraud Performance Program," and the Acquirer must not represent the Transaction a second time. The Chargeback and Representment Process Through VisaNet figure illustrates this process.

The following provisions apply to U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*

- If requested by the Acquirer, and permitted under applicable law, the Issuer should provide the Cardholder's address *(This only applies in the U.S. Region.)*

- An Acquirer must not process a Transaction as a first Presentment if the Transaction has been previously charged back *(This only applies in the U.S. Region.)*

- A Transaction is considered to take place within the U.S. Region if it occurs at a U.S. military base or U.S. embassy or consulate outside the U.S. and is both: *(This only applies in the U.S. Region.)*

  – Deposited with a U.S. Member by the U.S. government *(This only applies in the U.S. Region.)*

  – Completed with a Card issued by a U.S. Member governed by these Operating Regulations *(This only applies in the U.S. Region.)*

## Chargeback and Representment Process Through VisaNet

© 2011 Visa. All Rights Reserved.



A Member may have the right to file for Arbitration after completing the Chargeback/Representment cycle (see Arbitration). In some instances, Compliance may be available.

ID#: 090411-171009-0003277

## Intercompany Chargeback Process for Visa Easy Payment Service (VEPS) and Visa Europe Small Ticket Transactions

**Effective 16 October 2010,** a process exists for Visa Easy Payment Service Transaction Chargebacks that are not valid in Visa International Regions but are valid in Visa Europe.

Visa will pay in lieu of an Acquirer in the Visa International Region for a Chargeback received from a Visa Europe Issuer if all of the following occur:

- The Transaction qualifies as a Visa Easy Payment Service Transaction in the Visa International Region

- The Merchant Category Code does not qualify for a Small Ticket Transaction in Visa Europe as specified in the *Visa Europe Operating Regulations*

- The Transaction is confirmed by Visa as being eligible for Chargeback in accordance with the requirements specified in the *Visa Europe Operating Regulations*

ID#: 081010-161010-0025699

## Attempt to Settle

Before exercising a Chargeback right, the Issuer must attempt to honor the Transaction.

If this fails and the Issuer has already billed the Transaction to the Cardholder, the Issuer must credit the Cardholder for the Chargeback amount.

© 2011 Visa. All Rights Reserved.

An Issuer must credit its Cardholder's account for the amount in dispute, whether or not a Chargeback was initiated, if the dispute involves an Electronic Commerce Transaction and the conditions are met for any of the following Chargebacks:

- Reason Code 30, "Services Not Provided or Merchandise Not Received"

- Reason Code 41, "Cancelled Recurring Transaction"

- Reason Code 53, "Not as Described or Defective Merchandise"

- Reason Code 83, "Fraud-Card-Absent Environment"

- Reason Code 85, "Credit Not Processed"

The Issuer must **not** be reimbursed twice for the same Transaction.

A Cardholder must not be credited twice as a result of both a:

- Chargeback
- Credit processed by a Merchant

ID#: 171009-171009-0003287

## Calculation of Chargeback Time Limit

The Chargeback time limit is calculated from the Transaction Processing Date.

ID#: 171009-171009-0003288

## Transaction Chargeback Method (Updated)

An Issuer must charge back each Transaction separately. The Issuer must not combine Transactions and charge them back as a single Transaction.

**Effective for Transactions completed through 14 October 2011,** this rule does not apply to a Magnetic-Stripe Telephone or Telephone Service Transaction for which the Cardholder did not give permission or when a Fictitious Account Number was used or no valid Card was outstanding. This provision does not apply to U.S. Domestic Transactions.

**Effective for Transactions completed on or after 15 October 2011,** this rule does not apply to a Telephone Service Transaction where the Cardholder did not give permission or when a Fictitious Account Number was used or no valid Card was outstanding.  This provision does not apply to U.S. Domestic Transactions.

ID#: 111011-171009-0003570

© 2011 Visa. All Rights Reserved.

## Start of Chargeback Time Limit

The Chargeback time limit begins on the calendar day following the Transaction Processing Date.

ID#: 171009-171009-0003291

## Minimum Cardholder Certification Requirements

If an Issuer is required by the Operating Regulations to provide an Acquirer with a signed Cardholder certification denying participation in the Transaction for asserted fraudulent use of a Card or Account Number, at a minimum the signed Cardholder certification must include all of the following:

• Cardholder's Account Number (complete or partial Account Number is acceptable)

• Merchant name(s), as set out in BASE II Record Requirements (Exhibit 2L)

• Transaction Amount(s)

• The following provisions apply to U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*

 – For a Vehicle-Specific Fleet Card Transaction, a signed certification, or statement to the Issuer, from the individual that engaged in the Transaction with the Merchant *(This only applies in the U.S. Region.)*

 – For all other non-fraud related Commercial Visa Product Transactions, a letter or statement from an individual representing the Issuer's commercial customer, in lieu of the Cardholder or individual that engaged in the Transaction with the Merchant *(This only applies in the U.S. Region.)*

The signed Cardholder certification may include a signature received in a secure online banking environment maintained by the Issuer. Each fraudulent Transaction does not require a separate certification. When a signed Cardholder certification is received in an online banking environment, the Issuer must certify with the Chargeback that the unique identity represents the Cardholder signature.

**Effective 16 April 2011,** if an Acquirer provides sufficient evidence that a Cardholder letter is required for legal proceedings, for a law enforcement investigation, or if required by local law, the Issuer must supply a Cardholder letter to the Acquirer. This requirement does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

All documentation that must be provided by an Issuer as required for each Chargeback reason in the Dispute Resolution Rules must be provided in English.

ID#: 081010-171009-0004139

## Chargeback Amount

The Issuer must charge back for either:

• Actual billed amount in the Billing Currency

© 2011 Visa. All Rights Reserved.

• Partial Transaction amount equal to the disputed amount

ID#: 171009-171009-0003297

## Currency Conversion

Visa converts the Billing Currency to the Acquirer's Settlement Currency using the Basic Currency Conversion Rate.

ID#: 171009-171009-0003298

## Representment Documentation

The Acquirer must return the same reason code that was received in the Chargeback Clearing Record.

An Acquirer must provide the Issuer with the following Representment documentation, if required:

• Documentation to remedy the Chargeback

• Completed appropriate Visa Resolve Online Dispute Questionnaire or exhibit, including the Chargeback reference number, if used. See the Visa Resolve Online Dispute Questionnaire or BASE II Record Requirements (Exhibit 2L).

• Translations of any non-English documentation

• For U.S. Domestic Transactions, any of the following:  *(This only applies in the U.S. Region.)*

  – When a Member message text is not available, documentation, Acquirer certification, or information on the Visa Resolve Online Dispute Resolution Questionnaire to support a Representment *(This only applies in the U.S. Region.)*

  – For non-fraud related disputes, the Acquirer may also provide documentation or Acquirer certification, in lieu of a Merchant letter, to convey the required information for a Representment right *(This only applies in the U.S. Region.)*

• **Effective for Transactions completed through 15 October 2010,** for a Canada Domestic No Signature Required Transaction, an Acquirer may provide the Issuer with an Authorization or Clearing Record log containing the Transaction details, if required, to remedy a Chargeback in lieu of a Transaction Receipt. *(This only applies in the Canada Region.)*

**Effective through 15 October 2010,** a Member sending Representment documentation must do so within 8 calendar days of the Representment Processing Date, using Visa Resolve Online.

**Effective 16 October 2010,** a Member sending Representment documentation must do so within 5 calendar days of the Representment Processing Date, using Visa Resolve Online.

ID#: 081010-171009-0003304

## Representment Amount Field Requirements

For a Representment, the Representment amount field must contain one of the following:

© 2011 Visa. All Rights Reserved.

- Same amount in the same Transaction Currency as in the original Presentment

- Partial Transaction amount to remedy the Chargeback

- Same or corrected amount in the Settlement Currency as received by the Acquirer for the Chargeback

ID#: 171009-171009-0003305

## Currency Conversion Difference

If the Transaction Currency and the Billing Currency are denominated in the euro or one of its national currency units, VisaNet converts the Transaction amount to the Billing Currency using the Basic Currency Conversion Rate. For all other Transactions, VisaNet converts the Transaction amount to the Billing Currency using the Currency Conversion Rate.

- The Acquirer is liable for any difference between the Chargeback amount and the Representment amount

- The Issuer is liable for any difference between the amount originally presented and the Representment amount

ID#: 171009-171009-0003306

## Representment Reasons and Conditions

An Acquirer may represent a Transaction to the Issuer for one of the reasons listed in the following table within 45 calendar days. The Representment time limit is calculated from the Chargeback Processing Date. Representment information in the following table appears in more detail in the Reason Codes section.

### Representment Reason and Time Limits

| Representment Reason | Conditions | Time Limit[1](Calendar Days) |
|---|---|---|
| Missing or incomplete substantiating Chargeback documentation | **Effective through 15 October 2010,** Acquirer must allow 8 calendar days from the Central Processing Date of the Chargeback for document receipt and then must exercise its Representment right within the next 37 calendar days. | 45 |
| | **Effective 16 October 2010,** Acquirer must allow 5 calendar days from the Central Processing Date of the Chargeback for document receipt and then must exercise its Representment right within the next 40 calendar days. | |
| Invalid Acquirer Reference Number and/or Account Number | None | 45 |
| Improper Chargeback | See each Chargeback listed in Reason Codes. | 45 |

© 2011 Visa. All Rights Reserved.

| Representment Reason | Conditions | Time Limit[1](Calendar Days) |
|---|---|---|
| Additional information available to remedy the Chargeback | See each Chargeback listed in Reason Codes | 45 |
| Chargeback Reason Code 60 - illegible fulfillment can be remedied | Send legible copy of requested item. | 45 |
| All Representments | See each Chargeback listed in Reason Codes | 45 |

1. Time limit is calculated from the Processing Date of the Chargeback. The Processing Date of the Chargeback is not counted as one day. The Processing Date of the Representment is counted as one day.

ID#: 050411-171009-0004110

# Reason Codes

## Reason Code 30 Services Not Provided or Merchandise Not Received

### Overview - Reason Code 30

Time Limit: 120 calendar days

Merchant was unable or unwilling to provide services (including Visa Prepaid Load Services), or Cardholder or authorized person did not receive the ordered merchandise at the agreed upon location or by the agreed upon date.

ID#: 081010-171009-0007460

### Chargeback Conditions - Reason Code 30

One of the following:

1. Cardholder or authorized person participated in the Transaction and did not receive purchased services, including Visa Prepaid Load Services, because the Merchant or Prepaid Partner was unwilling or unable to provide the services.
2. Cardholder or authorized person participated in the Transaction and did not receive ordered merchandise.

ID#: 081010-171009-0007461

### Chargeback Rights and Limitations - Reason Code 30

1. Minimum Chargeback amount:

© 2011 Visa. All Rights Reserved.

   a.  For a T&E Transaction, US $25 or equivalent

   b.  For a Canada Domestic T&E Transaction, CAD $25  *(This only applies in the Canada Region.)*

   c.  For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d.  For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e.  For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15  *(This only applies in the Latin America & Caribbean Region.)*

2.  Prior to exercising the Chargeback right, Cardholder must attempt to resolve the dispute with the Merchant or the Merchant's liquidator, if applicable. (Not applicable if prohibited by local law.)

3.  **Effective through 15 October 2010,** if date services were expected or delivery date for the goods is not specified, Issuer must wait 30 calendar days from the Transaction Date before exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame.

4.  **Effective 16 October 2010,** if date services were expected or delivery date for the goods is not specified, Issuer must wait 15 calendar days from the Transaction Date before exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame.

5.  Chargeback amount is limited to the portion of services or merchandise not received.

6.  For disputes involving merchandise:

   a.  Prior to exercising the Chargeback right, if merchandise was delivered after the agreed upon delivery date, Cardholder must attempt to return the merchandise

   b.  **Effective through 15 October 2010,** if merchandise was returned due to late delivery, the Issuer must wait at least 30 calendar days from the date the Cardholder returned or attempted to return the merchandise prior to exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame or if the Chargeback was already processed prior to the goods being received.

   c.  **Effective 16 October 2010,** if merchandise was returned due to late delivery, the Issuer must wait at least 15 calendar days from the date the Cardholder returned or attempted to return the merchandise prior to exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame or if the Chargeback was already processed prior to the goods being received.

ID#: 111011-171009-0007462

## Invalid Chargebacks - Reason Code 30

Chargeback is invalid for any of the following:

1.  If the Cardholder cancelled merchandise or service prior to the expected delivery or service date

2.  If merchandise is being held by the customs agency of the Cardholder's country

3.  When the Cardholder states that the Transaction was fraudulent

© 2011 Visa. All Rights Reserved.

4.  For disputes regarding the quality of merchandise or service rendered

5.  For a No-Show Transaction

6.  For the initial payment of a Delayed Delivery Transaction when the remaining balance was not paid and Merchant is willing and able to provide services or merchandise

7.  For ATM Cash Disbursements

8.  **Effective through 30 September 2010, effective for Transactions completed on or after 1 March 2010,** for any Cash-Back portion of a Visa or Visa Electron Transaction (This only applies to the AP Region for Members in India and, **effective 1 November 2010,** Australia.) *(This only applies in the Asia Pacific Region.)*

9.  **Effective 1 October 2010,** for any Cash-Back portion of a Visa Cash-Back Transaction

ID#: 111011-171009-0007463


## Chargeback Time Limit - Reason Code 30

1.  120 calendar days from Transaction Processing Date.

2.  If the services were to be provided after the Transaction Processing Date, the 120 calendar-day time frame is calculated from the date that the Cardholder expected to receive the service or when the Cardholder was first made aware that the service would not be provided, not to exceed 540 calendar days from the Transaction Central Processing Date.

3.  If the merchandise was to be provided after the Transaction Processing Date, the 120 calendar day time frame is calculated from the last date that the Cardholder expected to receive the merchandise or when the Cardholder was first made aware that the merchandise would not be provided, not to exceed 540 calendar days from the Transaction Central Processing Date.

ID#: 111011-171009-0007464


## Chargeback Processing Requirements - Reason Code 30

Member Message Text:

1.  SERVICES NOT RENDERED MMDDYY

2.  MERCH NOT RECEIVED MMDDYY

ID#: 171009-171009-0007465


## Documentation - Reason Code 30

Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Issuer stating any of the following, as applicable:

1.  Services not rendered by expected date

2.  Merchandise was not received

3.  Expected arrival date of the merchandise

4.  Merchandise not received at agreed-upon location (Issuer must specify)

© 2011 Visa. All Rights Reserved.

5. Cardholder attempt to resolve with Merchant

6. **Effective 16 October 2010,** merchandise returned MMDDYY

7. **Effective for Chargebacks processed on or after 1 July 2010,** for Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 081010-171009-0007466


# Representment Time Limit - Reason Code 30

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007467


# Representment Processing Requirements - Reason Code 30

Member Message Text:

1. Credit or Reversal was processed.
   a. Either that applies:
      i. CRED MMDDYY ARN X...X (23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text: X...X (Specify the reason)
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. Member Message Text: None required.
   b. Documentation: Both:
      i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Acquirer
      ii. Documentation to prove that Cardholder or authorized person received services or merchandise was received by Cardholder or authorized person on agreed-upon date or at agreed-upon location

ID#: 081010-171009-0007468


# Additional Information - Reason Code 30

1. Proof of shipping does not constitute proof of receipt.
2. Merchant is responsible for goods held within its own country's customs agency.

© 2011 Visa. All Rights Reserved.

3. Acquirer Right of Assignment requirements may apply to certain chargebacks involving specific bankrupt merchants (such as an airline) where Visa Canada has formally notified Members of same. This provision applies to Canada Domestic Transactions.  *(This only applies in the Canada Region.)*

ID#: 171009-171009-0007469

# Reason Code 41 Cancelled Recurring Transaction

## Overview - Reason Code 41

Time Limit: 120 calendar days

The Merchant continued to charge a Cardholder for a Recurring Transaction despite notification of cancellation.

ID#: 171009-171009-0007470

## Chargeback Conditions - Reason Code 41

One of the following:

1. Cardholder withdrew permission to charge the account for a Recurring Transaction.

2. Acquirer or Merchant received notification that the Cardholder's account was closed before the Transaction was processed.

3. An initial membership Transaction was previously charged back and the Cardholder did not expressly renew the membership.

4. For a U.S. Domestic Transaction, Transaction amount was not within the preauthorized range of amounts or Merchant was to notify the Cardholder prior to processing each Recurring Transaction, and Merchant either:  *(This only applies in the U.S. Region.)*

   a. Did not notify Cardholder in writing within 10 calendar days of the Transaction Date  *(This only applies in the U.S. Region.)*

   b. Notified Cardholder within 10 calendar days of the Transaction Date and Cardholder did not consent to the charge *(This only applies in the U.S. Region.)*

5.  For a LAC Easy Pay Transaction, Transaction occurred and both: *(This only applies in the Latin America & Caribbean Region.)*

   a. The Transaction amount was not within the range of amounts approved by the Cardholder *(This only applies in the Latin America & Caribbean Region.)*

   b.  Merchant, either: *(This only applies in the Latin America & Caribbean Region.)*

      i. Did not notify the Cardholder in writing at least 5 calendar days prior to the Transaction Date *(This only applies in the Latin America & Caribbean Region.)*

© 2011 Visa. All Rights Reserved.

   ii.   Notified the Cardholder at least 5 calendar days prior to the Transaction Date and the Cardholder declined the charge in writing *(This only applies in the Latin America & Caribbean Region.)*

ID#: 171009-171009-0007471

## Chargeback Rights and Limitations - Reason Code 41

1.  Minimum Chargeback amount:

    a.  For a T&E Transaction, US $25 or equivalent

    b.  For a Canada Domestic T&E Transaction, CAD $25  *(This only applies in the Canada Region.)*

    c.  For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d.  For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.  For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.  Chargeback amount is limited to the unused portion of the service or merchandise.

3.  Issuer must determine that the Cardholder attempted to resolve the dispute with the Merchant. (Not applicable if prohibited by local law.)

4.  For Chargeback Condition 3, cancellation of a membership Transaction purchased via the mail, telephone, or electronic commerce may occur before or during the membership period

ID#: 111011-171009-0007472

## Invalid Chargebacks - Reason Code 41

Chargeback is invalid for any of the following:

1.  For Chargeback Condition 1, any of the following:

    a.  If Cardholder did not withdraw permission to charge the account

    b.  For Installment Transactions

ID#: 171009-171009-0007473

## Chargeback Time Limit - Reason Code 41

120 calendar days from Transaction Processing Date

ID#: 171009-171009-0007474

© 2011 Visa. All Rights Reserved.

## Chargeback Processing Requirements - Reason Code 41

Member Message Text: Any of the following that apply:

1. CH CANCELLED MMDDYY

2. NOTIFICATION ACCT CLOSED MMDDYY

3. PREVIOUS CB MMDDYY ARN X...X (23 or 24 digits)

4. CARDHOLDER NOT RENEWED

5. For a U.S. Domestic Transaction, TX AMT EXCEEDS CH PREAUTHD RANGE  *(This only applies in the U.S. Region.)*

6. For an Intraregional Transaction in the LAC Region, TX AMT EXCEEDS CH PREAUTHD RANGE  *(This only applies in the Latin America & Caribbean Region.)*

ID#: 171009-171009-0007475

## Documentation - Reason Code 41

1. For Easy Pay Transactions in the LAC Region, both: *(This only applies in the Latin America & Caribbean Region.)*

   a. Cardholder letter stating that the Transaction exceeds the maximum amount approved by the Cardholder for Easy Pay *(This only applies in the Latin America & Caribbean Region.)*

   b. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Issuer stating Merchant either: *(This only applies in the Latin America & Caribbean Region.)*

      i. Did not provide a written communication at least 5 calendar days prior to the Transaction Date. *(This only applies in the Latin America & Caribbean Region.)*

      ii. Provided a written communication at least 5 calendar days prior to the Transaction Date, but the Cardholder declined the charge in writing. *(This only applies in the Latin America & Caribbean Region.)*

2. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007476

## Representment Time Limit - Reason Code 41

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007477

## Representment Processing Requirements - Reason Code 41

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

© 2011 Visa. All Rights Reserved.

      i.   CRED MMDDYY ARN X...X (23 or 24 digits)

      ii.  REVERSAL MMDDYY

  b.  Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

  a.  Member Message Text:

      i.   X...X (Specify the reason)

      ii.  For an Intraregional Transaction in the LAC Region, SUPPORTING DOCUMENTATION NOT RECEIVED *(This only applies in the Latin America & Caribbean Region.)*

  b.  Documentation: None required.

3. Acquirer can remedy the Chargeback

  a.  Member Message Text: None required.

  b.  Documentation: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer and any of the following, as applicable:

      i.   Documentation to prove that service was not cancelled

      ii.  Documents to prove Acquirer or Merchant not notified that account was closed

      iii. Documents to prove Transaction was not previously charged back

      iv.  The Transaction was not within the range of amounts approved by the Cardholder and, both: This provision applies to Intraregional Transactions in the LAC Region *(This only applies in the Latin America & Caribbean Region.)*

         •  Cardholder was notified at least 5 calendar days prior to the Transaction Date *(This only applies in the Latin America & Caribbean Region.)*

         •  Cardholder did not reply *(This only applies in the Latin America & Caribbean Region.)*

ID#: 171009-171009-0007478


## Additional Information - Reason Code 41

1. Issuer may supply a copy of the cancellation notice to the Acquirer or Merchant if available.

2. Proper disclosure of the Merchant's cancellation/refund policy has no bearing

ID#: 171009-171009-0007479


# Reason Code 53 Not as Described or Defective Merchandise


## Overview - Reason Code 53

Time Limit: 120 calendar days

© 2011 Visa. All Rights Reserved.

The Cardholder received damaged or defective merchandise, or the merchandise or service did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase.

The Cardholder received damaged or defective merchandise, or the merchandise or service did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase or the merchandise was otherwise unsuitable for the purpose sold. This provision applies to U.S. Domestic Transactions.  *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0007480


## Chargeback Conditions - Reason Code 53

One of the following:

1.  Cardholder returned merchandise or cancelled services that did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase.

2.  For a U.S. Domestic Transaction, Cardholder returned, or attempted to return, merchandise or cancelled services that did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase. For a Card-Absent Environment Transaction, not the same as the Merchant's verbal description.  *(This only applies in the U.S. Region.)*

3.  Merchandise received by the Cardholder was damaged or defective, and Cardholder returned the merchandise to the Merchant.

ID#: 081010-171009-0007481


## Chargeback Rights and Limitations - Reason Code 53

1.  Minimum Chargeback amount:

    a.  For a T&E Transaction, US $25 or equivalent

    b.  For a Canada Domestic T&E Transaction, CAD $25  *(This only applies in the Canada Region.)*

    c.  For all other Canada Domestic Transactions, CAD $10  *(This only applies in the Canada Region.)*

    d.  For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.  For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.  Chargeback amount is limited to the unused portion of the service or value of the returned merchandise.

3.  Chargeback amount must not exceed original Transaction amount.

4.  **Effective through 15 October 2010,** Issuer must wait 30 calendar days from the date the merchandise was returned or the service was cancelled, prior to exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame.

© 2011 Visa. All Rights Reserved.

5. **Effective 16 October 2010,** Issuer must wait 15 calendar days from the date the merchandise was returned or the service was cancelled, prior to exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame.

6. For merchandise or services provided after the Transaction Processing Date, Chargeback time frame is calculated from the date the Cardholder received the merchandise or services.

7. **Effective for Chargebacks processed on or after 16 April 2011,** Chargeback is valid if returned merchandise is refused by the Merchant and Issuer can certify details of the refusal. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

8. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Chargeback is valid if returned merchandise is refused by the Merchant and Issuer can provide evidence of refusal. *(This only applies in Visa Europe.)*

9. Issuer must determine that the Cardholder attempted to resolve the dispute with the Merchant. (Not applicable if prohibited by local law.)

10. An Issuer must not initiate a Chargeback for disputes regarding Value-Added Tax (VAT).

11. For a U.S. Domestic Transaction, Chargeback is valid if any of the following: *(This only applies in the U.S. Region.)*

    a. **Effective through 15 October 2010,** Issuer must wait 30 calendar days from the date the Cardholder returned, or attempted to return, the merchandise or cancelled the services prior to exercising the Chargeback right. *(This only applies in the U.S. Region.)*

    b. **Effective 16 October 2010,** Issuer must wait 15 calendar days from the date the Cardholder returned, or attempted to return, the merchandise or cancelled the services prior to exercising the Chargeback right. *(This only applies in the U.S. Region.)*

    c. Chargeback is valid if returned merchandise is refused by the merchant. *(This only applies in the U.S. Region.)*

    d. If goods or services did not match, Chargeback Condition 1, Chargeback may apply to disputes relating to the quality of goods or services received for the following Transaction types: *(This only applies in the U.S. Region.)*

        i. Card-Present Environment Transaction, where the merchandise or services did not match the Merchant's written description provided to the Cardholder at the time of the purchase, or *(This only applies in the U.S. Region.)*

        ii. Card-Absent Environment Transaction, where the merchandise or services did not match the Merchant's verbal description provided to the Cardholder at the time of purchase *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007482

## Invalid Chargebacks - Reason Code 53

Chargeback is invalid for any of the following:

1. **Effective through 30 September 2010, effective for Transactions completed on or after 1 March 2010,** for any Cash-Back portion of a Visa or Visa Electron Transaction (This only applies to the AP Region for Members in India and, **effective 1 November 2010**, Australia.) *(This only applies in the Asia Pacific Region.)*

© 2011 Visa. All Rights Reserved.

2. **Effective for Transactions completed through 15 October 2010,** for a U.S. Domestic Small Ticket Transaction *(This only applies in the U.S. Region.)*

3. For a U.S. Domestic ATM Cash Disbursement Transaction *(This only applies in the U.S. Region.)*

4. **Effective through 30 September 2010**, for a U.S. Domestic Transaction, Cash-Back portion of a Visa Cash Back Service Transaction *(This only applies in the U.S. Region.)*

5. **Effective 1 October 2010,** for any Cash-Back portion of a Visa Cash-Back Transaction

ID#: 080411-171009-0007483

## Chargeback Time Limit - Reason Code 53

One of the following:

1. 120 calendar days from one of the following:

   a. Central Processing Date of the Transaction

   b. For merchandise or services purchased on or before the Central Processing Date, the date Cardholder received the merchandise or services

   c. For a Delayed Delivery Transaction, 120 calendar days from the Central Processing Date of the balance portion of the Transaction

2. For a U.S. Domestic Transaction, 60 calendar days from receipt date of the first Cardholder notification to the Issuer of the dispute, if there is evidence in the notification of previous negotiations between the Cardholder and the Merchant to resolve the dispute. The negotiations must have occurred within 120 days from the Processing Date.  *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0007484

## Chargeback Processing Requirements - Reason Code 53

Member Message Text:

1. NOT AS DESCRIBED

2. DEFECTIVE MERCHANDISE

Documentation:

1. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating all of the following, as applicable:

   a. Date merchandise was returned or service was cancelled

   b. Name of shipping company

   c. Invoice/tracking number (if available)

   d. Date Merchant received the merchandise

© 2011 Visa. All Rights Reserved.

e. **Effective for Chargebacks processed on or after 16 April 2011,** in lieu of documentation, Issuer certification that Merchant either refused to provide a return merchandise authorization or informed the Cardholder not to return the merchandise, if applicable. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

f. Cardholder attempted to resolve the dispute with the Merchant

g. Explanation of what was not as described or defective

h. Date Cardholder received merchandise or services, if Chargeback time frame is calculated from date of receipt

i. For a U.S. Domestic Transaction, Date merchandise was returned, or attempted to be returned, or service was cancelled *(This only applies in the U.S. Region.)*

2. **Effective through 15 April 2011,** proof that Merchant refused the return of merchandise, refused to provide a return merchandise authorization, or informed the Cardholder not to return the merchandise, if applicable

3. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, proof that Merchant refused the return of merchandise, refused to provide a return merchandise authorization, or informed the Cardholder not to return the merchandise, if applicable *(This only applies in Visa Europe.)*

4. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007485

## Representment Time Limit - Reason Code 53

45 calendar days from Central Processing Date of Chargeback

ID#: 171009-171009-0007486

## Representment Processing Requirements - Reason Code 53

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

      i.   CRED MMDDYY ARN X...X (23 or 24 digits)

      ii.  REVERSAL MMDDYY

   b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a. Member Message Text:

      i.   X...X (Specify the reason)

   b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

   a. Member Message Text: RETURNED MDSE NOT RECEIVED (if applicable)

   b. Documentation: Both:

© 2011 Visa. All Rights Reserved.

    i.   Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer

    ii.   Documents to prove that the service or merchandise was correctly described or the merchandise was not defective

ID#: 171009-171009-0007487

## Additional Information - Reason Code 53

1. For Chargeback Condition 1, the Issuer may provide a copy of the Transaction Receipt or other documentation containing a written description of the merchandise or services purchased, if available.

2. Proof of shipping does not constitute proof of receipt.

3. Merchant is responsible for goods held within its own country's customs agency.

4. A neutral 3rd party opinion is not required, but is recommended, to help the Member support its claim.

5. For Chargeback Condition 1 and 3, the Issuer may be required to provide proof of shipping of returned merchandise.

6. For a U.S. Domestic Transaction, the return of merchandise condition is met if the Merchant refuses to provide a return merchandise authorization or return address and the Issuer can provide evidence of the refusal. *(This only applies in the U.S. Region.)*

ID#: 010410-171009-0007488

# Reason Code 57 Fraudulent Multiple Transactions

## Overview - Reason Code 57

Time Limit: 120 calendar days

Multiple Transactions occurred on a single Card at the same Merchant Outlet without the Cardholder's permission.

ID#: 171009-171009-0007489

## Chargeback Conditions - Reason Code 57

All of the following:

1. All disputed Transactions occurred at the same Merchant Outlet.

2. Cardholder acknowledges participating in at least one Transaction at the same Merchant Outlet.

3. Cardholder denies authorizing or participating in the disputed Transaction.

4. Card was in Cardholder's possession at the time of the disputed Transaction.

ID#: 171009-171009-0007490

© 2011 Visa. All Rights Reserved.

## Chargeback Rights and Limitations - Reason Code 57

1.  Minimum Chargeback amount:

    a.  For a T&E Transaction, US $25 or equivalent

    b.  For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c.  For all other Canada Domestic Transactions, CAD $10  *(This only applies in the Canada Region.)*

    d.  For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.  For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.  **Effective for Transactions completed through 15 October 2010,** Issuer must make a Retrieval Request for the disputed Transactions, excluding Small Ticket Transactions in the U.S. Region

3.  **Effective for Transactions completed on or after 16 October 2010,** Issuer must make a Retrieval Request for disputed Transactions, excluding Visa Easy Payment Service Transactions. For Transactions between Visa Inc. and Visa Europe, an Issuer must make a Retrieval Request for disputed Transactions unless the Transaction is one of the following:

    a.  A Magnetic Stripe or contact Chip (Visa Europe) Small Ticket Transaction conducted at Merchant Category Codes 4111, 4121, 4131, 4784, 5331, 5499, 5812, 5814, 5912, 5993, 5994, 7211, 7216, 7338, 7523, 7542, 7832, and 7841.

    b.  A qualifying Contactless Transaction

ID#: 111011-171009-0007491

## Invalid Chargebacks - Reason Code 57 (Updated)

Chargeback is invalid for any of the following:

1.  Card-Absent Environment Transactions

2.  EMV PIN Transactions

3.  T&E delayed or amended charges

4.  ATM Cash Disbursement

5.  Emergency Cash Disbursement

6.  **Effective for Transactions completed on or after 14 April 2012,** Visa Debit with PIN Transactions *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007492

© 2011 Visa. All Rights Reserved.

## Chargeback Time Limit - Reason Code 57

120 calendar days from Transaction Processing Date

ID#: 171009-171009-0007493

## Chargeback Processing Requirements - Reason Code 57

Member Message Text:

RR DATE MMDDYY, if requested Transaction Receipt not fulfilled.

Documentation:

All of the following:

1. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Issuer
2. **Effective through 15 April 2011,**Cardholder letter
3. **Effective for Chargebacks processed on or after 16 April 2011,** in lieu of documentation, Issuer certification (the right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe)
4. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter
5. **Effective through 15 April 2011,** if acknowledged Transaction was not processed, Issuer must supply the Cardholder copy of the Transaction Receipt.
6. **Effective for Chargebacks processed on or after 16 April 2011,** in lieu of documentation, Issuer certification that acknowledged Transaction was not processed. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.
7. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, if acknowledged Transaction was not processed, Issuer must supply the Cardholder copy of the Transaction Receipt.

ID#: 171011-171009-0007494

## Representment Time Limit - Reason Code 57

45 calendar days from the Central Processing Date of the Chargeback

ID#: 171009-171009-0007495

© 2011 Visa. All Rights Reserved.

## Representment Rights and Limitations - Reason Code 57

1. Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04." **Effective for Transactions completed on or after 16 October 2010,** this condition does not apply to Visa Easy Payment Service Transactions.

ID#: 081010-171009-0007496

## Representment Processing Requirements - Reason Code 57

1. Credit or Reversal was processed.

    a. Member Message Text: Either that applies:

        i. CRED MMDDYY ARN X...X (23 or 24 digits)

        ii. REVERSAL MMDDYY

    b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

    a. Member Message Text:

        i. X...X (Specify the reason)

    b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

    a. Member Message Text: None required.

    b. Documentation: All of the following:

        i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Acquirer

        ii. Irrefutable evidence to demonstrate the Cardholder participated in the disputed Transactions

        iii. Evidence that Transactions were Card-Absent Environment (if applicable)

        iv. Evidence that Transactions were EMV PIN Transactions (if applicable)

        v. Evidence that Transactions represent valid delayed or amended charges for a T&E Transaction

ID#: 171011-171009-0007497

## Additional Information - Reason Code 57

1. The Transaction Receipts may contain different Transaction Dates and amount.

2. Visa may consider a Chargeback invalid for POS Entry Mode "90," "91," "05," or "07" Transactions completed more than x apart; however, Visa may take other factors into consideration when determining whether multiple unauthorized Transactions occurred.

ID#: 111011-171009-0007498

© 2011 Visa. All Rights Reserved.

# Reason Code 60 Illegible Fulfillment

## Overview - Reason Code 60

Time Limit: 120 calendar days

The Fulfillment supplied in response to a Retrieval Request is illegible.

ID#: 171009-171009-0007499

## Chargeback Conditions - Reason Code 60

Issuer requested and received a Transaction Receipt or Substitute Transaction Receipt and the Account Number or amount is illegible.

ID#: 010410-171009-0007500

## Chargeback Rights and Limitations - Reason Code 60

1. Minimum Chargeback amount:

    a. For a Canada Domestic T&E Transaction, CAD $25  *(This only applies in the Canada Region.)*

    b. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    c. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    d. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Chargeback is valid if the truncated or disguised Account Number is illegible

3. For an Intraregional Transaction in the LAC Region, Chargeback is valid if Request for Copy bearing Signature and Public and Private H&C Document is illegible *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007501

## Invalid Chargebacks - Reason Code 60

Chargeback is invalid for any of the following:

1. Telephone Service Transactions excluding U.S. Domestic Transactions

2. ATM Cash Disbursements

© 2011 Visa. All Rights Reserved.

3. **Effective for Transactions completed on or after 16 October 2010,** Visa Easy Payment Service Transactions. (This provision does not apply to Transactions involving Issuers or Acquirers in Visa Europe.) [110]

4. If the embossed six-digit BIN of the Account Number and the embossed Cardholder name are legible

5. If the Acquirer provides the VisaNet record in response to a Retrieval Request to demonstrate that a Credit Transaction Receipt was processed

6. EMV PIN Transactions, excluding Manual Cash Disbursements, Quasi-Cash Transactions, and T&E Transactions

7. **Effective for Transactions completed on or after 15 August 2009 through 15 October 2010,** Canada Domestic Proximity Payment Transactions CAD $50 or less

8. **Effective for Transactions completed through 15 October 2010,** U.S. Domestic Small Ticket Transactions

9. **Effective for Transactions completed on or after 17 April 2010 through 15 October 2010,** U.S. No Signature Required Transactions

10. **Effective for Transactions completed on or after 14 April 2012,** Visa Debit with PIN Transactions *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007502

## Chargeback Time Limit - Reason Code 60

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007503

## Chargeback Processing Requirements - Reason Code 60

Member Message Text: RR DATE MMDDYY

Documentation: None required.

ID#: 171009-171009-0007504

## Representment Time Limit - Reason Code 60

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007505

---

110 **Effective for Transactions completed on or after 16 October 2010** between Visa Inc. and Visa Europe, Chargeback is invalid for: (1) Magnetic Stripe or contact Chip Transactions conducted at Merchant Category Codes 4111, 4121, 4131, 4784, 5331, 5499, 5812, 5814, 5912, 5993, 5994, 7211, 7216, 7338, 7523, 7542, 7832, and 7841. (2) Proximity Payment Transactions that qualify as (Visa Europe) Small Ticket Transactions or Visa Inc. Visa Easy Payment Service Transactions

© 2011 Visa. All Rights Reserved.

## Representment Conditions - Reason Code 60

Representment is invalid if a Fulfillment was not transmitted electronically through a Visa-approved method.

ID#: 171011-171009-0007506

## Representment Processing Requirements - Reason Code 60

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
      i. CRED MMDDYY ARN X...X (23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text:
      i. X...X (Specify the reason)
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. Member Message Text: None required.
   b. Documentation: Both:
      i. Visa Resolve Online Questionnaire or Exhibit 2E-1 Acquirer
      ii. Legible copy of the Transaction Receipt

ID#: 171009-171009-0007507

# Reason Code 62 Counterfeit Transaction

## Overview - Reason Code 62

Time Limit: 120 calendar days

A Counterfeit Card was used for a Magnetic-Stripe or Chip-initiated Transaction that received Authorization but the Authorization Request did not include the required data, or contained altered data or a Counterfeit Transaction occurred at a Merchant or Member location where required risk control procedures were not followed.

ID#: 171009-171009-0007508

© 2011 Visa. All Rights Reserved.

## Chargeback Conditions - Reason Code 62

Transaction was completed with a Counterfeit Card and any of the following:

1. All of the following:

    a. Cardholder denies authorizing or participating in the disputed Transaction

    b. One of the following:

        i. Card Verification Value (CVV) was encoded on the Magnetic Stripe of the Card in question

        ii. Integrated Circuit Card Verification Value (iCVV) was on the Magnetic-Stripe Data (MSI) of the Chip of the Card in question

        iii. Dynamic Card Verification Value (dCVV) can be produced by the Chip of the Card in question

    c. Online Authorization was obtained without transmission of the entire unaltered data on track 1 or 2

    d. Issuer reported this Transaction as counterfeit Fraud Activity through VisaNet

2. Cardholder denies authorizing or participating in the disputed Transaction and both of the following (for qualifying Transactions and effective dates, refer to "EMV Liability Shift Participation"):

    a. Card is a Chip Card containing a Visa or Visa Electron Smart Payment Application or an EMV and VIS-Compliant Plus application

    b. Card-Present Transaction did not take place at a Chip-Reading Device and was not a Fallback Transaction completed following correct acceptance procedures as defined in the *Visa International Operating Regulations*

3. Both:

    a. Cardholder denies authorizing or participating in the disputed Transaction

    b. Transaction was completed with a Counterfeit Card and was a Manual Cash Disbursement or Quasi-Cash Transaction completed in a Face-to-Face Environment and the Merchant or Member failed to both:

        i. Compare the first four digits of the embossed or printed Account Number to the four digits printed below the embossed or printed Account Number

        ii. Record the printed digits on the Transaction Receipt

ID#: 151011-171009-0007509

## Chargeback Rights and Limitations - Reason Code 62

1. Minimum Chargeback amount:

    a. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

© 2011 Visa. All Rights Reserved.

    b.  For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    c.  For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    d.  For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.  The Issuer must meet all of the following conditions on or before the Chargeback Processing Date:

    a.  Close the Cardholder account

    b.  For Chargeback Condition 1 and 3, both of the following:

        i.  List the Account Number on the Exception File with a Pickup Response, for a minimum of 30 calendar days

        ii.  Report the Fraud Activity through VisaNet using Fraud Type Code 4

    c.  For Chargeback Condition 2, both of the following:

        i.  List the Account Number on the Exception File with a Pickup Response, for a minimum of 60 calendar days

        ii.  Report the Fraud Activity through VisaNet using Fraud Type Code 4

ID#: 111011-171009-0007510


## Invalid Chargebacks - Reason Code 62

Chargeback is invalid for any of the following:

1.  For Chargeback Condition 1, if either:

    a.  The V.I.P. System Authorization Record POS Entry Mode code value is "05," "07," 90," or "91"

    b.  All data elements that create the EMV Online Card Authentication Cryptogram are contained in the message

2.  For Chargeback Condition 1, if any of the following:

    a.  Transaction is key-entered

    b.  Transaction is Chip-initiated and offline-authorized

    c.  The Issuer was not a Card Verification Service participant at the time the Transaction occurred

    d.  If the Card Verification Value was not encoded on the Magnetic Stripe or the Chip of the Card in question.

3.  For Chargeback Condition 2, if any of the following:

    a.  For all Chip-initiated Transactions

    b.  The Authorization record contains a POS Entry Mode code value of "90" and the Service Code encoded on the Magnetic Stripe of the Card does not indicate the presence of a Chip

4.  For Chargeback Condition 3, an ATM Transaction

© 2011 Visa. All Rights Reserved.

5. An Emergency Cash Disbursement

6. For Chargeback Condition 1 and 3, Transactions completed with a Proprietary Card bearing the Plus Symbol. For U.S. Domestic Plus Transactions, refer to the *Plus System Inc. Operating Regulations.*

ID#: 050411-171009-0007511

## Chargeback Time Limit - Reason Code 62

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007512

## Chargeback Processing Requirements - Reason Code 62

Member Message Text:

1. For Chargeback Condition 1

    a. For an ATM Transaction: CH DISP, CVV ENCODED, FRD RPT, ISS CVS PARTICIPANT

    b. Documentation: For an ATM Transaction, none required.
    For all other Transactions: All of the following:

    i. Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer certifying:

    • Card Verification Value was encoded on the Card in question

    • Issuer was a participant in the Card Verification Service at the time of Authorization

    ii. **Effective through 15 April 2011,** Cardholder letter denying authorization or participation in the Transaction

    iii. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

    iv. **Effective for Chargebacks processed between 16 April 2011 and 14 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe, either Cardholder letter denying authorization or participation in the Transaction, or:

    • Certification that the Cardholder denies authorization or participation in the Transaction

    • Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

    • Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Code 4, "Issuer-Reported Counterfeit"

    • Certification of the date Account Number was listed on the Exception File

    v. **Effective for Chargebacks processed on or after 15 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe:

    • Cardholder letter denying authorization or participation in the Transaction, or certification that the Cardholder denies authorization or participation in the Transaction

© 2011 Visa. All Rights Reserved.

- Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

- Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Code 4, "Issuer-Reported Counterfeit"

- Certification of the date Account Number was listed on the Exception File

vi. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

2. For Chargeback Condition 2:

   a. Member Message Text: EMV CARD, NON EMV DEVICE

   b. Documentation or certification using Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer: All of the following:

      i. **Effective through 15 April 2011,** Cardholder letter denying Authorization or participation in the Transaction

      ii. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

      iii. **Effective for Chargebacks processed between 16 April 2011 and 14 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe, either Cardholder letter denying authorization or participation in the Transaction, or:

         - Certification that the Cardholder denies authorization or participation in the Transaction

         - Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

         - Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Code 4, "Issuer-Reported Counterfeit"

         - Certification of the date Account Number was listed on the Exception File

      iv. **Effective for Chargebacks processed on or after 15 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe:

         - Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

         - Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

         - Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Code 4, "Issuer-Reported Counterfeit"

         - Certification of the date Account Number was listed on the Exception File

      v. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

3. For Chargeback Condition 3:

   a. Member Message Text: For a Manual Cash Disbursement or Quasi-Cash Transaction: EMBOSSED/PRINTED DIGITS NOT COMPARED

   b. Documentation or certification using Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer: All of the following:

      i. Legible Transaction Receipt copy

© 2011 Visa. All Rights Reserved.

ii. **Effective through 15 April 2011,** Cardholder letter denying authorization or participation in the Transaction

iii. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

iv. **Effective for Chargebacks processed between 16 April 2011 and 14 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe, either Cardholder letter denying authorization or participation in the Transaction, or:

- Certification that the Cardholder denies authorization or participation in the Transaction

- Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

- Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Code 4, "Issuer-Reported Counterfeit"

- Certification of the date Account Number was listed on the Exception File

v. **Effective for Chargebacks processed on or after 15 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe:

- Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

- Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

- Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Code 4, "Issuer-Reported Counterfeit"

- Certification of the date Account Number was listed on the Exception File

vi. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 171011-171009-0007513


## Representment Time Limit - Reason Code 62

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007514


## Representment Rights and Limitations - Reason Code 62 (Updated)

1. **Effective through 31 December 2013,** for Chargeback Condition 1 and 2, the Acquirer or Load Acquirer must have been certified as a Card Verification Service participant at the time the Authorization occurred.

2. **Effective 1 January 2014,** for Chargeback Condition 1 and 2, the Acquirer must have been certified as a Card Verification Service participant at the time the Authorization occurred.

3. For a Representment due to an Issuer failing to meet the requirements specified in Chargeback Rights and Limitations 2, the Acquirer must provide information/documentation to support this claim such as evidence indicating Card Account number was not listed on the Exception File or account was not closed or Transaction was not reported as fraud.

© 2011 Visa. All Rights Reserved.

4. **Effective for Chargebacks processed on or after 16 April 2011,** the Acquirer must not represent a Transaction because of the failure by the Issuer to certify the following: (The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.)

   a. Card status at the time of the Transaction (lost, stolen, counterfeit)

   b. Date Fraud Activity was reported through VisaNet

   c. Date Account Number was listed on the Exception File

ID#: 111011-171009-0007515


## Representment Processing Requirements - Reason Code 62

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

      i. CRED MMDDYY ARN X...X (23 or 24 digits)

      ii. REVERSAL MMDDYY

   b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a. For Chargeback Condition 1:

      i. Member Message Text:

         • AUTH DATE MMDDYY CODE X...X

         • POS XX (Specify POS Entry Mode code value)

         • AUTHENTICATION CRYPT IN AUTH

      ii. Documentation: As applicable

   b. For Chargeback Condition 2:

      i. Member Message Text (for qualifying Transactions and effective dates, refer to "EMV Liability Shift Participation"):

         • X...X (Specify the reason)

         • EMV DEVICE, POS 90, NON CHIP SVCE CODE

         • EXCP FILE NOT LSTD, FRD NOT RPT, ACC NOT CLSD

      ii. Documentation: As applicable.

   c. For Chargeback Condition 3:

      i. Member Message Text:

         • X...X (Specify the reason)

         • EXCP FILE NOT LSTD, FRD NOT RPT, ACC NOT CLSD

      ii. Documentation: As applicable.

3. Acquirer can remedy the Chargeback.

   a. Member Message Text:

© 2011 Visa. All Rights Reserved.

    i.   X...X (Specify the reason)

ID#: 050411-171009-0007516

# Reason Code 70 Card Recovery Bulletin or Exception File

## Overview - Reason Code 70

Time Limit: 75 calendar days

A Merchant did not check the Card Recovery Bulletin or Exception File for a Transaction with an amount that was below the Floor Limit, excluding U.S. Domestic Transactions.

ID#: 171009-171009-0007518

## Chargeback Conditions - Reason Code 70

1. All of the following:

   a. Transaction was below the Merchant's Floor Limit

   b. Merchant did not obtain Authorization

   c. Account Number was listed in the Card Recovery Bulletin in the jurisdiction of the Merchant's Visa Regional Office on the Transaction Date

2. All of the following:

   a. Transaction was below the Merchant's Floor Limit

   b. Merchant did not obtain Authorization

   c. Merchant did not perform Account Number Verification

   d. Both:

      i. Transaction originated at a U.S. Merchant Outlet

      ii. Account Number was listed on the Exception File with a Pickup Response by 4 a.m. Greenwich Mean Time on the date preceding the Transaction Date

ID#: 171009-171009-0007519

## Chargeback Rights and Limitations - Reason Code 70

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada Domestic T&E Transaction, CAD $25  *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

© 2011 Visa. All Rights Reserved.

    d.   For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.   For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.   If the Transaction Date was not transmitted in the Clearing Record, Chargeback is valid if one of the following:

    a.   For Chargeback Condition 1, Account Number was listed on the Card Recovery Bulletin within 10 calendar days prior to the Transaction Processing Date

    b.   For Chargeback Condition 2, Account Number Verification was performed or the Account Number was listed on the Exception File within 10 calendar days prior to the Transaction Processing Date

ID#: 111011-171009-0007520

## Invalid Chargebacks - Reason Code 70

Chargeback is invalid for any of the following:

1.   For Chargeback Condition 1, Transactions occurred at a Chip-Reading Device (for qualifying Transactions and effective dates, refer to "EMV Liability Shift Participation")

2.   Transactions authorized through Emergency Payment Authorization Service

3.   T&E Transaction if Account Number was not listed on the Exception File with a negative response on the Chargeback Processing Date

ID#: 050411-171009-0007521

## Chargeback Time Limit - Reason Code 70

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007522

## Chargeback Processing Requirements - Reason Code 70

1.   For Chargeback Condition 1:

    a.   Member Message Text:

        i.   LISTED CRB DATE MMDDYY CRB REGION XX

    b.   Documentation: None required.

2.   For Chargeback Condition 2:

    a.   Member Message Text:

        i.   LISTED EXCEPT FILE MMDDYY

    b.   Documentation: None required.

ID#: 171009-171009-0007523

© 2011 Visa. All Rights Reserved.

## Representment Time Limit - Reason Code 70

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007524

## Representment Processing Requirements - Reason Code 70

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
      i. CRED MMDDYY ARN X...X(23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text:
      i. X...X (Specify the reason)
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. For Chargeback Condition 1:
      i. Member Message Text: As applicable:
         • ACCT NUM NOT ON CRB TRAN DATE MMDDYY
         • CHECK-IN DATE MMDDYY
         • RENTAL DATE MMDDYY
         • EMBARK DATE MMDDYY
         • AUTH DATE MMDDYY CODE X...X
      ii. Documentation: Evidence that the Transaction was Chip-initiated and offline-authorized, if applicable.
   b. For Chargeback Condition 2:
      i. Member Message Text: As applicable:
         • ACCT NUM NOT ON EXCPT FILE TRAN DATE MMDDYY

ID#: 111011-171009-0007525

## Additional Information - Reason Code 70

1. Chargeback is valid whether or not a specific Account Number in a blocked BIN appears in the Card Recovery Bulletin or Exception File.
2. For a T&E Transaction, the Transaction date is the check-in, car rental, or embarkation date.

© 2011 Visa. All Rights Reserved.

3. If the Member's Authorization records conflicts, the V.I.P System Authorization record will prevail at Arbitration.

ID#: 111011-171009-0007526

# Reason Code 71 Declined Authorization

## Overview - Reason Code 71

Time Limit: 75 calendar days

A Merchant completed a Transaction after an Authorization Request received a Decline Response.

ID#: 171009-171009-0007528

## Chargeback Conditions - Reason Code 71

One of the following:

1. Authorization Request received a Decline or Pickup Response and a Merchant completed the Transaction.
2. Both:
   a. Authorization Request for a Magnetic-Stripe read or Chip-initiated Transaction received a Decline, Pickup, or Referral Response and subsequent Authorization was obtained by a means other than Voice Authorization and Merchant completed the Transaction
   b. Transaction is Counterfeit
3. All of the following:
   a. Chip-Reading Device transmitted all data elements that create the EMV-Online Card Authentication Cryptogram with a POS Entry Mode value of "05"
   b. Authorization Response was a Referral Response
   c. Authorization Request was approved by means other than Voice Authorization
   d. Approved Transaction is fraudulent
   e. Issuer reported the Transaction as Fraud Activity through VisaNet
   f. Account Number was resident on the Exception File with a Pickup Response on the Processing Date of the Chargeback, and was on the Exception File for a total period of at least 60 calendar days from the date of listing

ID#: 171009-171009-0007529

## Chargeback Rights and Limitations - Reason Code 71

1. Minimum Chargeback amount:
   a. For a T&E Transaction, US $25 or equivalent

© 2011 Visa. All Rights Reserved.

    b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. For Hotels, Car Rental Companies, and Cruise Lines that rendered services, Chargeback is limited to the amount over the Floor Limit if the Account Number was not listed in the Card Recovery Bulletin on the rental, check-in, or embarkation date, excluding U.S. Domestic Transactions.

3. For a U.S. Domestic T&E Transaction, Account Number must also be listed on the Exception File with a Negative Response on the Chargeback Central Processing Date and remain on the Exception file with a Negative Response for at least 90 calendar days.  *(This only applies in the U.S. Region.)*

4. For a U.S. Domestic lodging Transaction where services were rendered, Chargeback is limited to the amount over the Chargeback Protection Limit if the Account Number was not listed on the Exception File with a Pickup Response at 8 p.m. Pacific Time on the date preceding the Transaction initiation date. *(This only applies in the U.S. Region.)*

5. Chargeback is valid if **both** of the following apply:

    a. Authorization Request was processed through the International Automated Referral Service

    b. Decline Response was provided

6. For an Intraregional Transaction in the LAC Region, a H&C Merchant that provided services, the Chargeback amount is the amount above the Floor Limit if the Account Number was not listed in the Card Recovery Bulletin on the patient's check-in date.  *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007530


## Invalid Chargebacks - Reason Code 71

Chargeback is invalid for any of the following:

1. If Authorization was obtained as a result of Visa Stand-In Processing

2. For a T&E Transaction if the Account Number was not listed on the Exception File with a negative response on the Chargeback Processing Date

3. For Transaction authorized through the Emergency Payment Authorization Service

4. For a U.S. Domestic Transaction, Chargeback is invalid for any of the following: *(This only applies in the U.S. Region.)*

    a. CPS Transaction *(This only applies in the U.S. Region.)*

    b. ATM Cash Disbursement *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

   c. Transactions processed according to assured Transaction Response procedures *(This only applies in the U.S. Region.)*

   d. Transactions that are Chip-initiated and authorized offline *(This only applies in the U.S. Region.)*

   e. For a T&E Transaction if the Account Number was not listed on the Exception File with a negative response for at least 90 calendar days from the Chargeback Processing Date *(This only applies in the U.S. Region.)*

   f. For a Transaction where Authorization was not required and both: *(This only applies in the U.S. Region.)*

      i. Merchant initiated an Authorization Request because it was suspicious *(This only applies in the U.S. Region.)*

      ii. Merchandise or services were expended prior to receiving a Negative Response *(This only applies in the U.S. Region.)*

   g. **Effective for Transactions completed on or after 14 April 2012,** for a resubmission of a Visa Debit with PIN Transaction if: *(This only applies in the U.S. Region.)*

      i. The Decline Response is one of the following: *(This only applies in the U.S. Region.)*

         • Response code 51, "Insufficient Funds" *(This only applies in the U.S. Region.)* *(This only applies in the U.S. Region.)*

         • Response code 61, "Exceeds Approval Amount Limit" *(This only applies in the U.S. Region.)*

         • Response code 65, "Exceeds Withdrawal Frequency Limit" *(This only applies in the U.S. Region.)*

      ii. Authorization was obtained within 9 calendar days after the original Transaction Date *(This only applies in the U.S. Region.)*

5. For Chargeback Condition 1, if Authorization was obtained after a Decline or Referral Response was received for the same purchase [111]

ID#: 151011-171009-0007532

## Chargeback Time Limit - Reason Code 71

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007534

## Chargeback Processing Requirements - Reason Code 71

1. For Chargeback Condition 1 or 3:

   a. Member Message Text:

      i. AUTH DECLINED MMDDYY

2. For Chargeback Condition 2:

---

111 This provision does not include Transactions that receive an Authorization Pickup Response of "04," "07," "41," or "43" or Authorization Requests submitted more than 12 hours after the submission of the first Authorization Request.

© 2011 Visa. All Rights Reserved.

   a. Member Message Text:

      i. ISS CERT TX COUNTERFEIT

ID#: 171009-171009-0007535

## Documentation - Reason Code 71

Any of the following, as applicable:

For Chargeback Condition 2, either of the following:

1. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Issuer stating all of the following:

   a. Date and time the call was received from the International Automated Referral Service

   b. Account Number

   c. Transaction amount

   d. Issuer response

2. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Issuer with Issuer certification that the approved Transaction was Counterfeit and both the initial and subsequent Authorization Requests contained the following identical data:

   a. Account Number

   b. Transaction Date

   c. Transaction amount

   d. Merchant identification

For Chargeback Condition 3:

1. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Issuer with Issuer certification of all of the following:

   a. The approved Transaction was fraudulent

   b. Both the initial and subsequent Authorization Requests contained the following identical data:

      i. Account Number

      ii. Transaction Date

      iii. Transaction amount

      iv. Merchant identification

   c. The Account Number was resident on the Exception File with a Pickup Response on the Processing Date of the Chargeback, and was on the Exception File for a total period of at least 60 calendar days from the date of listing.

ID#: 171009-171009-0007531

© 2011 Visa. All Rights Reserved.

## Representment Time Limit - Reason Code 71

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007536

## Representment Processing Requirements - Reason Code 71

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
      i. CRED MMDDYY ARN X...X (23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text:
      i. X...X (Specify the reason)
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. Member Message Text:
      i. AUTH DATE MMDDYY CODE X...X
      ii. TRAN IS MMDDYY NOT MMDDYY
   b. Documentation:
      i. For a dispute involving special Authorization procedures, both:
         • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Acquirer
         • Visa Resolve Online Dispute Questionnaire or Certification of Special Authorization Representment Amount Exhibit 3C), excluding U.S. Domestic Transactions
      ii. Evidence that the Transaction was Chip-initiated and offline-authorized, if applicable
      iii. For a Intraregional Transaction in the LAC Region, Chargeback Condition 3, Supporting Documents to Issuer, *Certification of Authorization Representment Amount for Public and Private Hospitals (This only applies in the Latin America & Caribbean Region.)*

ID#: 171009-171009-0007537

## Additional Information - Reason Code 71

1. Chargeback is valid for Transactions above or below the Floor Limit when a Decline Response was received.
2. For Chargeback Condition 2, the Issuer may provide a copy of either:
   a. International Automated Referral Service log reflecting the Issuer's Decline Response

© 2011 Visa. All Rights Reserved.

    b.   Issuer's internal Authorization log containing the following elements:

        i.   Date and time the call was received from the International Automated Referral Service

        ii.   Account Number

        iii.   Transaction amount

        iv.   Issuer response

3. Special Authorization procedures are allowed for Lodging Merchants, Cruise Line Merchants, and Car Rental.

4. If the Member's Authorization records conflict, the V.I.P. System Authorization record will prevail at Arbitration.

ID#: 010410-171009-0007538

## Reason Code 72 No Authorization

### Overview - Reason Code 72

Time Limit: 75 calendar days

Authorization was required for a Transaction, but the Merchant did not obtain proper Authorization.

ID#: 171009-171009-0007540

### Chargeback Conditions - Reason Code 72

1. Transaction exceeded the Floor Limit and Authorization was not obtained on the Transaction Date.

2. Authorization was obtained using invalid or incorrect data, or Merchant Category Code used in the V.I.P. System Authorization Request does not match the Merchant Category Code in the Clearing Record of the first Presentment for the same Transaction.

ID#: 171009-171009-0007541

### Chargeback Rights and Limitations - Reason Code 72

1. Minimum Chargeback amount:

    a.   For a T&E Transaction, US $25 or equivalent

    b.   For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c.   For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d.   For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.   For all other Domestic Transaction in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

© 2011 Visa. All Rights Reserved.

2. Chargeback is valid for any of the following:

   a. Only for the amount of the Transaction that exceeds the Floor Limit if **both**:

      i. Services were rendered for a Hotel, Car Rental Company, or Cruise Line

      ii. Account Number was **not** on the Card Recovery Bulletin on the Transaction Date

   b. A Chip-initiated, Offline Authorized Transaction for an amount exceeding the Merchant's Chip Floor Limit

   c. A Chip-initiated Transaction that was cleared with an Authorization Request Cryptogram (ARQC) that did not receive an approval response to an Online Authorization request from the Issuer or the Issuer's agent

   d. For an Automated Fuel Dispenser, for the amount exceeding one of the following:

      i. Amount authorized by the Issuer

      ii. For an EMV PIN Transaction, US $100, or local currency equivalent, if a Status Check Authorization was obtained

      iii. For all other Transactions, US $75 or local currency equivalent, if a Status Check Authorization was obtained

      iv. For a U.S. Domestic Visa Fleet Card Transaction, US $150, if a Status Check Authorization was obtained *(This only applies in the U.S. Region.)*

   e. For a Mail/Phone Order or Electronic Commerce Transaction, Authorization is valid if either:

      i. Transaction amount is within 15% of the authorized amount, if the additional amount represents shipping cost

      ii. Authorization was obtained within 7 calendar days of the Transaction Date

3. For a restaurant, excluding Domestic Transactions in Brazil **,** if the Transaction amount is more than 20% greater than the authorized amount, Issuer may charge back only the amount that exceeds the additional 20%.

4. If Authorization was obtained for an amount less than the Transaction amount, Chargeback is limited only to the amount that was not authorized.

5. If a Partial Authorization was obtained for an amount less than the Transaction amount, Chargeback is limited only to the amount that was not authorized if the Clearing Record includes the Authorization Code.

6. Chargeback is valid if the Transaction required Authorization and the Authorization was obtained, but subsequently reversed.

7. Authorization is invalid for Fallback Transactions where the appropriate values identifying the Transaction as a Fallback Transaction are not included in the Authorization message. For Fallback Transactions, the Merchant Floor Limit is zero. Appropriate values to indicate a Fallback Transaction must include but are not limited to the following:

   a. VIP Field 22 - POS Entry Mode Code: Values 01, 02 or 90

   b. VIP Field 60, Position 2 - Terminal Entry Capability:

   c. Where VIP Field 22 Value = Field 35 - Service Code

   d. Where VIP Field 22 Value = Field 25 - POS Condition Code

8. For Chargeback Condition 2, all of the following:

© 2011 Visa. All Rights Reserved.

    a.  Chargeback is valid for the entire Transaction amount

    b.  Chargeback applies when the Authorization Request and Clearing Record are processed by either the same or different Acquirers

    c.  Chargeback does not apply to Transactions Authorized with Merchant Category Codes 9701 or 9702

    d.  Authorization is invalid if Merchant used invalid or incorrect Transaction data, as specified in the VisaNet manuals, such as one of the following:

        i.  Incorrect Transaction Date

        ii.  Incorrect Merchant Category Code

        iii.  Incorrect indicator for the Merchant or Transaction type

        iv.  Incorrect country code/state or special condition indicator

9. For an Intraregional Transaction in the LAC Region, a H&C Merchant that provided services, the Chargeback is valid only for the amount above the Floor Limit if the Account Number was not listed in the Card Recovery Bulletin on the date the Transaction was initiated *(This only applies in the Latin America & Caribbean Region.)*

10. For U.S. Domestic Transactions, Chargeback is valid as follows: *(This only applies in the U.S. Region.)*

    a.  For a Transaction with one of the following Merchant Category Codes: *(This only applies in the U.S. Region.)*

        i.  Taxicabs and Limousines (4121) *(This only applies in the U.S. Region.)*

        ii.  Bars and Taverns (5813) *(This only applies in the U.S. Region.)*

        iii.  Beauty and Barber Shops (7230) *(This only applies in the U.S. Region.)*

        iv.  Health and Beauty Spas (7298) *(This only applies in the U.S. Region.)*

    b.  If the Merchant received a Partial Authorization, only the amount exceeding the Partial Authorization amount. *(This only applies in the U.S. Region.)*

    c.  For lodging, cruise line, or car rental Transactions where services were rendered, Issuer may charge back for either: *(This only applies in the U.S. Region.)*

        i.  The amount for which Authorization was not obtained or *(This only applies in the U.S. Region.)*

        ii.  For a Lodging Merchant, the amount over the Merchant's Chargeback Protection Limit of 15% *(This only applies in the U.S. Region.)*

    d.  For a Transaction completed by a Merchant accepting Partial Authorizations, if the Transaction amount is greater than the amount approved in the Partial Authorization, Issuer may charge back the amount exceeding the Partial Authorization amount. *(This only applies in the U.S. Region.)*

    e.  For a Transaction that received an Electronic Interchange Reimbursement Fee, Chargeback is valid if Transaction amount is below the Issuer Limit and both: *(This only applies in the U.S. Region.)*

        i.  Account Number was listed on the Exception File on or before 8 p.m. Pacific Time on the calendar day preceding the Transaction Date *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

    ii.   Exception File response indicated that Card was invalid *(This only applies in the U.S. Region.)*

f.   Chargeback is valid if the Transaction required Authorization and the Authorization was obtained, but subsequently reversed for the full amount.  *(This only applies in the U.S. Region.)*

g.   Issuer must verify that Transaction was not authorized and that every possibility of honoring the Transaction Receipt has been explored *(This only applies in the U.S. Region.)*

h.   For T&E Transactions, Account Number must also be listed on the Exception File with a Negative Response on the Chargeback Central Processing Date and remain on the Exception file with a Negative Response for at least 90 calendar days from the Chargeback Central Processing Date. *(This only applies in the U.S. Region.)*

i.   **Effective for Transactions completed on or after 14 April 2012,** Chargeback is valid for a Visa Debit with PIN Transaction if a Completion Message was sent more than X hours after the preauthorization request. *(This only applies in the U.S. Region.)*

ID#: 161111-171009-0007542

## Invalid Chargebacks - Reason Code 72 (Updated)

Chargeback is invalid for any of the following:

1.   **Effective for Transactions completed through 14 October 2011,** for Cardholder-Activated Transaction Type A [112]

2.   For any ATM Cash Disbursement

3.   For Transactions authorized through the Emergency Payment Authorization Services

4.   For a T&E Transaction if the Account Number was not listed on the Exception File with a negative response on the Chargeback Processing Date

5.   If any of the following apply:

    a.   Authorization was processed through the International Automated Referral Service

    b.   Transaction was authorized by Stand-In Processing

    c.   Authorized amount is greater than the Transaction amount

6.   For an Automated Fuel Dispenser, excluding Transactions involving Issuers and Acquirers in Visa Europe, if both:

    a.   Status Check Authorization was obtained

    b.   Transaction amount is one of the following:

        i.   For an EMV PIN Transaction, US $100 or less, or local currency equivalent

        ii.   For all other Transactions, US $75 or less, or local currency equivalent

        iii.   For a U.S. Domestic Visa Fleet Card Transaction, US $150 or less, or local currency equivalent *(This only applies in the U.S. Region.)*

7.   If the Transaction and Billing Currencies are different, and the Transaction amount is within 10% of the Authorization amount (to allow for currency fluctuation), excluding U.S. Domestic Transactions

© 2011 Visa. All Rights Reserved.

8. If the Cardholder Authentication Verification Value was not validated during Authorization of an Electronic Commerce Transaction

9. For a U.S. Domestic Transaction, Chargeback is invalid for any of the following: *(This only applies in the U.S. Region.)*

   a. **Effective for Transactions completed through 14 October 2011,** for any Limited-Amount Terminal Transaction *(This only applies in the U.S. Region.)*

   b. If a Transaction where a Partial Authorization was obtained and both: *(This only applies in the U.S. Region.)*

      i. Partial Authorization indicator was present in the Authorization Request *(This only applies in the U.S. Region.)*

      ii. Transaction amount does not exceed the amount in the Partial Authorization Response *(This only applies in the U.S. Region.)*

   c. **Effective for Transactions completed through 30 June 2015,** an Online Check Card Transaction completed at an Automated Fuel Dispenser, if all of the following: *(This only applies in the U.S. Region.)*

      i. Estimated Transaction amount did not exceed US $75 *(This only applies in the U.S. Region.)*

      ii. Authorization was obtained for an amount based on the estimated Transaction amount *(This only applies in the U.S. Region.)*

      iii. Transaction amount did not exceed the estimated amount *(This only applies in the U.S. Region.)*

   d. **Effective for Transactions completed through 30 June 2015,** an Online Check Card Transaction completed at an Automated Fuel Dispenser if the final Transaction amount was processed within X hours of either the Status Check or the estimated Transaction amount Approval *(This only applies in the U.S. Region.)*

   e. **Effective through 30 June 2010,** a Store and Forward Transaction that receives both: *(This only applies in the U.S. Region.)*

      i. One of the following Negative Responses: *(This only applies in the U.S. Region.)*

         • "Insufficient funds" (Response Code "51") *(This only applies in the U.S. Region.)*

         • "Exceeds approval amount limit" (Response Code "61") *(This only applies in the U.S. Region.)*

         • "Exceeds withdrawal frequency limit" (Response code "65") *(This only applies in the U.S. Region.)*

      ii. A subsequent Approval Response within 9 calendar days of the Transaction Date *(This only applies in the U.S. Region.)*

   f. For Manual Cash Disbursements that exceed US $5,000 *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

g. **Effective for Transactions completed on or after 14 April 2012,** a Visa Debit with PIN Transaction where a Completion Message was sent within X hours of the preauthorization request. *(This only applies in the U.S. Region.)*

ID#: 161111-171009-0007543

## Chargeback Time Limit - Reason Code 72

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007544

## Chargeback Processing Requirements - Reason Code 72

1. For Chargeback Condition 1:

    a. Member Message Text, as applicable:

        i. NO AUTHORIZATION

        ii. EMV CARD, NO AUTH, EXCD CHIP FLOOR LIMIT

        iii. EMV CARD, INVALID FALLBACK DATA

        iv. TRAN EXCEEDS AUTH AMOUNT

    b. Documentation: None required.

2. For Chargeback Condition 2

    a. Member Message Text:

        i. AUTH OBTAINED USING INVALID DATA

    b. Documentation:

        i. Completed Visa Resolve Online Questionnaire or Issuer Chargeback/Acquirer Representment Form - Non-Matching Merchant Category Code including the Chargeback Reference Number, if used.

        ii. **Effective through 15 April 2011,** documentation to support the Issuer's claim that the Transaction would have been declined if Transaction data had been provided in the Authorization Request.

        iii. **Effective for Chargebacks processed on or after 16 April 2011,** in lieu of documentation, Issuer certification that the Transaction would have been declined if Transaction data had been provided in the Authorization Request. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

        iv. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, documentation to support the Issuer's claim that the Transaction would have been declined if Transaction data had been provided in the Authorization Request. *(This only applies in Visa Europe.)*

ID#: 081010-171009-0007545

---

112  Effective for Transactions completed through 31 March 2009, for Transactions involving Issuers or Acquirers in Visa Europe, Chargeback is valid for Cardholder-Activated Transaction Type A.

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Representment Time Limit - Reason Code 72

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007546

## Representment Conditions - Reason Code 72

1. For a T&E Transaction where special Authorization procedures were followed, Representment is limited to the sum of the Authorization amounts plus 15%. This total must not exceed the Transaction amount.

2. One of the following:

   a. Chargeback is improper or invalid or credit was processed

   b. Merchant obtained Authorization on the Transaction Date

   c. Merchant obtained Authorization for a Mail/Phone Order or Electronic Commerce Transaction within 7 calendar days prior to the Transaction Date and merchandise was shipped or delivered

   d. Restaurant Transaction amount exceeds Authorization amount by 20% or less, excluding Domestic Transactions in Brazil

   e. For a T&E Transaction, Merchant obtained valid Authorization between the dates that the Transaction was initiated and completed, using special Authorization procedures

   f. Transaction authorized, except for Transactions authorized using V.I.P. System emergency procedures

   g. Merchant obtained Authorization using correct Transaction data

   h. For a U.S. Domestic Transaction, Merchant obtained an Approval Response for a Store and Forward Transaction within 9 calendar days of the Transaction Date. *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007547

## Representment Rights and Limitations - Reason Code 72

1. If special Authorization procedures used, Representment Condition 2e, Representment is limited to the sum of the Authorization amounts plus 15%. This total must not exceed the Transaction amount.

2. If special Authorization procedures used, Representment Condition 2e, and if internal Authorization records conflict, the Acquirer must provide Transaction Receipt or Substitute Transaction Receipt.

3. For a U.S. Domestic Transaction, if an Electronic Interchange Reimbursement Fee was not processed as specified, Acquirer must not represent the Transaction at the Standard Interchange Reimbursement Fee rate. Acquirer is liable for the Transaction. *(This only applies in the U.S. Region.)*

ID#: 050411-171009-0007549

© 2011 Visa. All Rights Reserved.

**Representment Processing Requirements - Reason Code 72**

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

      i. CRED MMDDYY ARN X...X (23 or 24 digits)

      ii. REVERSAL MMDDYY

   b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a. Member Message Text:

      i. X...X (Specify the reason)

      ii. EMV CARD, VALID FALLBACK DATA

      iii. NOT AN EMV CARD, NON EMV DEVICE

   b. Documentation: As applicable.

3. Acquirer can remedy the Chargeback.

   a. For Chargeback Condition 1:

      i. Member Message Text:

         • AUTH DATE MMDDYY CODE X...X AMT $XXX

         • TRAN DATE IS MMDDYY NOT MMDDYY

         • If a U.S. Domestic Mail/Phone Order or Electronic Commerce Transaction, Representment Condition 2c: MO/TO (or EC) ORDER DATE MMDDYY CODE XXXXX AMT $XXXX *(This only applies in the U.S. Region.)*

         • For a U.S. Domestic Transaction, if Representment Condition 2d: MERCHANT IS RESTAURANT MMDDYY CODE XXXXX AMT $XXXX *(This only applies in the U.S. Region.)*

      i. Documentation: For a dispute involving special Authorization procedures, both:

         • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Acquirer

         • Certification of Special Authorization Representment Amount (Exhibit 3C)

         • Any of the following, as applicable:

            – For a U.S. Domestic Transaction, if necessary, documentation or information on the Visa Resolve Online Dispute Resolution Questionnaire to prove *(This only applies in the U.S. Region.)*

            – For a U.S. Domestic Transaction, if special Authorization procedures used, Representment Condition 2e, Acquirer certification that Merchant used special Authorization procedures. *(This only applies in the U.S. Region.)*

            – For a U.S. Domestic Transaction, if special Authorization procedures used and Authorization records conflict, Representment Rights and Limitations 2, Transaction Receipt or Substitute Transaction Receipt to prove no conflict with internal *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

      – For Intraregional H&C Transactions in the LAC Region, Certification of Authorization Representment Amount for Public and Private Hospitals (Exhibit LA-3) *(This only applies in the Latin America & Caribbean Region.)*

b. For Chargeback Condition 2:

    i. Member Message Text:

       • None

    ii. Documentation:

       • Visa Resolve Online Questionnaire

       • V.I.P Transaction Research Service Transaction Detail Report (available from Visa) and the Clearing Record of the First Presentment

ID#: 171009-171009-0007548

## Additional Information - Reason Code 72

1. A 20% variance is allowed to restaurants in consideration of a gratuity, excluding Domestic Transactions in Brazil

2. For Chargeback Condition 2, an Issuer must include documentation supporting the Issuer's claim that the Transaction would have been declined if correct Transaction data had been provided in the Authorization Request.

3. Special Authorization procedures are allowed for Lodging, Cruise Line, and Car Rental Transactions. Any Authorization obtained for a T&E Transaction between the Transaction initiation and completion dates is valid.

4. When an Issuer's and Acquirer's Authorization records differ, the Visa System records will prevail.

ID#: 111011-171009-0007550

# Reason Code 73 Expired Card

## Overview - Reason Code 73

Time Limit: 75 calendar days

A Merchant completed a Transaction with a Card that expired prior to the Transaction Date, and the Merchant did not obtain Authorization.

ID#: 171009-171009-0007551

## Chargeback Conditions - Reason Code 73

Both:

1. Card expired prior to the Transaction Date

© 2011 Visa. All Rights Reserved.

2.  Merchant did not obtain Authorization

ID#: 171009-171009-0007552

## Chargeback Rights and Limitations - Reason Code 73

1.  Minimum Chargeback amount:

    a.  For a T&E Transaction, US $25 or equivalent

    b.  For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c.  For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d.  For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.  For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.  Transaction Date is as follows:

    a.  Hotel: Check-in date

    b.  Car Rental Company: Date the car was rented

    c.  Cruise Line: Embarkation date

    d.  For an Intraregional H&C Transaction in the LAC Region: Check-in date *(This only applies in the Latin America & Caribbean Region.)*

3.  For a Mail/Phone Order or Electronic Commerce Transaction, the expiration date provided by the Cardholder is assumed to be correct.

ID#: 111011-171009-0007553

## Invalid Chargebacks - Reason Code 73

Chargeback is invalid for any of the following:

1.  Transaction authorized through the Emergency Payment Authorization Service

2.  Chip-initiated Transactions

3.  T&E Transaction if the Account Number was not listed on the Exception File with a negative response on the Chargeback Processing Date

4.  For a U.S. Domestic T&E Transaction, if the Account Number was not listed on the Exception File with a Negative Response on the Chargeback Central Processing Date and did not remain on the Exception File with a Negative Response for at least 90 calendar days from the Chargeback Central Processing Date *(This only applies in the U.S. Region.)*

ID#: 010410-171009-0007554

© 2011 Visa. All Rights Reserved.

**Chargeback Time Limits - Reason Code 73**

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007555

**Chargeback Processing Requirements - Reason Code 73**

Member Message Text: CARD EXPIRED MMDDYY

Documentation: None required.

ID#: 171009-171009-0007556

**Representment Time Limits - Reason Code 73**

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007557

**Representment Processing Requirements - Reason Code 73**

1.  Credit or Reversal was processed.
    a.  Member Message Text: Either that applies:
        i.   CRED MMDDYY ARN X...X (23 or 24 digits)
        ii.  REVERSAL MMDDYY
    b.  Documentation: None required.
2.  Issuer did not meet the applicable Chargeback conditions.
    a.  Member Message Text: X...X (Specify the reason)
    b.  Documentation: None required.
3.  Acquirer can remedy the Chargeback.
    a.  Member Message Text:
        i.    AUTH DATE MMDDYY
        ii.   CARD NOT EXPIRED ON TRAN DATE
        iii.  CHECK-IN DATE MMDDYY
        iv.   RENTAL DATE MMDDYY
        v.    EMBARK DATE MMDDYY
    b.  Documentation:
        i.    Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Acquirer and one of the following:

© 2011 Visa. All Rights Reserved.

   ii.   Merchant's Authorization log

   iii.   Documentation to prove the Card was not expired on the Transaction Date

   iv.   Evidence that the Transaction was Chip-initiated and offline-authorized, if applicable

ID#: 010410-171009-0007558

## Additional Information - Reason Code 73

1. The Card expiration date is the last day of the month.

2. If the Member's Authorization records conflicts, the V.I.P System Authorization record will prevail at Arbitration

3. Prior to initiating a Chargeback, an Issuer should verify that an Authorization was not obtained.

ID#: 010410-171009-0007559

# Reason Code 74 Late Presentment

## Overview - Reason Code 74

Time Limit: 120 calendar days

Transaction was not processed within the required time limits and the account was not in good standing on the Processing Date, or the Transaction was processed more than 180 calendar days from the Transaction Date.

ID#: 171009-171009-0007560

## Chargeback Conditions - Reason Code 74

One of the following:

1. Both:

   a.   Transaction was not processed within the required time limit

   b.   Account Number was not in good standing on the Chargeback Processing Date

2. Transaction Date is more than 180 calendar days prior to the Processing Date.

ID#: 171009-171009-0007561

## Chargeback Rights and Limitations - Reason Code 74

1. Minimum Chargeback amount:

   a.   For a T&E Transaction, US $25 or equivalent

   b.   For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

    c.  For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d.  For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.  For all other Domestic Transaction in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.  For Chargeback Condition 1, for a Visa Electron Card, Transaction Date is more than 6 calendar days prior to the Processing Date, excluding U.S. Domestic Transactions.

3.  For Chargeback Condition 1, for an ATM or Load Transaction, Transaction Date is more than 10 calendar days prior to the Processing Date.

4.  For a T&E Transaction, Transaction Date is as follows:

    a.  Hotel: Check-out date

    b.  Car Rental Company: Return date

    c.  Cruise Line: Disembarkation date

5.  For Chargeback Condition 1, for all other Transactions, Transaction Date is more than 30 calendar days prior to the Processing Date.

6.  **Effective for Chargebacks processed on or after 18 May 2011,** for Chargeback Condition 1, for a U.S. Domestic Transaction, Transaction Date is more than: *(This only applies in the U.S. Region.)*

    a.  10 calendar days prior to the Processing Date for any of the following: *(This only applies in the U.S. Region.)*

        i.  Account that is not in good standing, including "not sufficient funds" *(This only applies in the U.S. Region.)*

        ii.  **Effective for Transactions completed through 30 June 2015,** ATM, Load, or Online Check Card Transaction *(This only applies in the U.S. Region.)*

        iii.  **Effective for Transactions completed on or after 1 July 2015,** ATM or Load Transaction *(This only applies in the U.S. Region.)*

    b.  **Effective for Visa Debit with PIN Transactions completed on or after 14 April 2012,** 10 calendar days from the Transaction Date *(This only applies in the U.S. Region.)*

    c.  For Merchants with multiple Merchant Outlets, 20 calendar days prior to the Processing Date for an account that is not in good standing, including "not sufficient funds" *(This only applies in the U.S. Region.)*

7.  For an Intraregional H&C Transaction in the LAC Region, Transaction Date is the patient's check-out date *(This only applies in the Latin America & Caribbean Region.)*

8.  **Effective for Chargebacks processed through 17 May 2011,** for a U.S. Domestic ATM, Load, or Online Check Card Transaction, Transaction Date is more than 10 calendar days prior to the Processing Date. *(This only applies in the U.S. Region.)*

9.  For Chargeback Condition 1, for a T&E Transaction, Issuer must list the Account Number on the Exception File with a negative response on the Chargeback Processing Date.

© 2011 Visa. All Rights Reserved.

10. For Chargeback Condition 1, for a U.S. Domestic T&E Transaction, Issuer must list the Account Number on the Exception File with a Negative Response on the Chargeback Central Processing Date. The Account Number must remain on the Exception File with a Negative Response for at least 90 calendar days from the Central Processing Date. *(This only applies in the U.S. Region.)*

11. **Effective for Transactions processed on or after 15 October 2011,** for Chargeback condition 1, for a Malaysia Domestic Visa debit Transaction conducted at an Automated Fuel Dispenser, Transaction Date is more than 6 calendar days prior to the Processing Date. *(This only applies in the Asia Pacific Region.)*

ID#: 171011-171009-0007562

## Chargeback Time Limit - Reason Code 74 (Updated)

One of the following::

1. 120 calendar days from the Central Processing Date of the Presentment

2. **Effective for Transactions completed through 30 June 2015,** for Chargeback Rights and Limitations 6, if ATM, Visa TravelMoney, or Online Check Card Transaction, 20 calendar days from the Central Processing Date of the Adjustment.  *(This only applies in the U.S. Region.)*

3. **Effective for Transactions completed on or after 1 July 2015,** for Chargeback Rights and Limitations 6, if ATM or Visa TravelMoney Transaction, 20 calendar days from the Central Processing Date of the Adjustment. *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007572

## Chargeback Processing Requirements - Reason Code 74

1. For Chargeback Condition 1:

    a. Member Message Text:

        i. ACCOUNT STATUS CODE (Supply the appropriate code in the last position of the text)

            • X=Counterfeit

            • O=Account Closed

            • C=Account Problem

        ii. **Effective for Chargebacks processed on or after 18 May 2011,** for a U.S. Domestic Transaction, C=Account Problem (including NSF) *(This only applies in the U.S. Region.)*

        iii. F=Other Fraud (e.g., lost, stolen, not received)

    b. Documentation: None required.

2. For Chargeback Condition 2:

    a. Member Message Text: MORE THAN 180 DAYS LATE

    b. Documentation: None required.

3. **Effective for Transactions completed on or after 14 April 2012,** for a U.S. Domestic Visa Debit with PIN Transaction: *(This only applies in the U.S. Region.)*

    a. Member Message Text: *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

    i.  Contact name and fax number (10 digits) followed by: *(This only applies in the U.S. Region.)*

    ii.  TRAN MORE THAN 10 DAYS LATE *(This only applies in the U.S. Region.)*

4. **Effective for Transactions completed through 30 June 2015,** for a U.S. Domestic ATM, Load, or Online Check Card Transaction: *(This only applies in the U.S. Region.)*

  a.  Member Message Text: *(This only applies in the U.S. Region.)*

    i.  Contact name and fax number (10 digits) followed by: *(This only applies in the U.S. Region.)*

- ACCOUNT STATUS CODE __ (supply the appropriate code in the last position in the text) *(This only applies in the U.S. Region.)*
  – C = Credit Problem (Also NSF for ATM Transactions, Load Transactions, or Online Check Card Transaction Adjustments) *(This only applies in the U.S. Region.)*
  – F = Other Fraud (lost, stolen, not received) *(This only applies in the U.S. Region.)*
  – X = Counterfeit *(This only applies in the U.S. Region.)*
  – O = Account Closed *(This only applies in the U.S. Region.)*

5. **Effective for Transactions completed on or after 1 July 2015,** for a U.S. Domestic ATM Transaction or Load Transaction: *(This only applies in the U.S. Region.)*

  a.  Member Message Text: *(This only applies in the U.S. Region.)*

    i.  Contact name and fax number (10 digits) followed by: *(This only applies in the U.S. Region.)*

- ACCOUNT STATUS CODE __ (supply the appropriate code in the last position in the text) *(This only applies in the U.S. Region.)*
  – C = Credit Problem (Also NSF for ATM Transactions or Load Transaction Adjustments) *(This only applies in the U.S. Region.)*  *(This only applies in the U.S. Region.)*
  – F = Other Fraud (lost, stolen, not received) *(This only applies in the U.S. Region.)*
  – X = Counterfeit *(This only applies in the U.S. Region.)*
  – O = Account Closed *(This only applies in the U.S. Region.)*

ID#: 171011-171009-0007573

## Representment Time Limit - Reason Code 74

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007574

## Representment Processing Requirements - Reason Code 74

1. For Chargeback Condition 1 or 2:

© 2011 Visa. All Rights Reserved.

a. Credit or Reversal was processed.

    i. Member Message Text: Either that applies:

        • CRED MMDDYY ARN X...X (23 or 24 digits)

        • REVERSAL MMDDYY

    ii. Documentation: None required.

b. Issuer did not meet the applicable Chargeback conditions.

    i. Member Message Text: X...X (Specify the reason)

    ii. Documentation: None required.

c. Acquirer can remedy the Chargeback.

    i. Member Message Text: CORRECT TRAN DATE MMDDYY

    ii. Documentation: Both:

        • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

        • Transaction Receipt with Transaction Date that disproves late Presentment

ID#: 171009-171009-0007575

## Additional Information - Reason Code 74

For a T&E delayed or amended charge, the Transaction Date is the date of the Transaction Receipt representing the charge, not the return or check-out date.  For additional information refer to "T&E Delayed or Amended Charges" and "Delayed or Amended Charges" for Car Rental Merchants.

ID#: 081010-010100-0025745

# Reason Code 75 Transaction Not Recognized

## Overview - Reason Code 75

Time Limit: 120 calendar days

The Cardholder does not recognize the Transaction and additional information beyond the data required in the Clearing Record is needed to determine Transaction validity.

ID#: 171009-171009-0007576

## Chargeback Conditions - Reason Code 75

1. The Cardholder does not recognize the Transaction and additional information beyond the data required in the Clearing Record is needed to assist the Cardholder in identifying the Transaction.

ID#: 171009-171009-0007577

© 2011 Visa. All Rights Reserved.

## Chargeback Rights and Limitations - Reason Code 75

1. Minimum Chargeback amount:

   a. For a U.S. Domestic T&E Transaction, US $25 *(This only applies in the U.S. Region.)*

   b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Issuer must retrieve a copy of the Transaction Receipt prior to exercising the Chargeback right unless the Transaction is one of the following:

   a. Mail/Phone Order

   b. Electronic Commerce Transaction

   c. Recurring Transaction

   d. EMV PIN Transaction, excluding Manual Cash Disbursement and Quasi-Cash Transactions and requests for T&E Documents

   e. U.S. Domestic Preauthorized Health Care Transaction *(This only applies in the U.S. Region.)*

   f. **Effective for Transactions completed on or after 15 October 2011,** Unattended Transaction

3. For a U.S. Domestic Transaction, Issuer must make a good-faith effort to assist the Cardholder in identifying the Transaction and the Cardholder Account must be in good standing. *(This only applies in the U.S. Region.)*

4. If a Retrieval Request is required, Issuer must wait 30 calendar days from the Retrieval Request Processing Date to receive the Fulfillment or Nonfulfillment Message code prior to exercising the Chargeback right. The waiting period does not apply if a Fulfillment or Nonfulfillment Message is received.

5. For a U.S. Domestic Transaction Chargeback is valid, regardless of Electronic Commerce indicator value, for Electronic Commerce Transactions conducted by Merchants in the following Merchant categories: *(This only applies in the U.S. Region.)*

   a. Wire Transfer Money Orders (4829) *(This only applies in the U.S. Region.)*

   b. Direct Marketing - Inbound Teleservices Merchant (5967) *(This only applies in the U.S. Region.)*

   c. Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers' Cheques (6051) *(This only applies in the U.S. Region.)*

   d. Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks (7995) *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

6.  For Domestic Electronic Commerce Transactions in Brazil, Chargeback is valid if the Transaction was processed with Electronic Commerce indicator value "6."  *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007578

## Invalid Chargebacks - Reason Code 75

Chargeback is invalid if any of the following:

1.  Issuer used Retrieval Request reason code 33, "Fraud Analysis Request" or Retrieval Request reason code 34, "Legal Process Request"

2.  Acquirer supplies a Fulfillment with all required data specified in the "Transaction Receipt Fulfillment Documents - Data Requirements" section

3.  Lodging/Car Rental No-Show indicator in the Clearing Record is "1"

4.  Acquirer provided evidence of an Imprint and signature or PIN.  Does not apply to EMV PIN Transactions that are Manual Cash Disbursements, Quasi-Cash Transactions, or T&E Transactions.

5.  When Cardholder states Transaction was fraudulent

6.  ATM Cash Disbursement

7.  Telephone Service Transaction

8.  Excluding U.S. Domestic Transactions, Electronic Commerce Transaction that was processed with Electronic Commerce indicator value "5" or "6"

9.  Excluding Domestic Transactions in Brazil, Electronic Commerce Transaction that was processed with Electronic Commerce indicator value "6" *(This only applies in the Latin America & Caribbean Region.)*

10. Canada Domestic Proximity Payment Transactions *(This only applies in the Canada Region.)*

11. For a U.S. Domestic Transaction, Chargeback is invalid for any of the following: *(This only applies in the U.S. Region.)*

    a.  CPS/Passenger Transport Transaction *(This only applies in the U.S. Region.)*

    b.  CPS/Automated Fuel Dispenser Transaction *(This only applies in the U.S. Region.)*

12. For a Visa Easy Payment Service Transaction (This provision does not apply to Transactions involving Issuers or Acquirers in Visa Europe).

13. An Electronic Commerce Transaction as follows: [113]  *(This only applies in the U.S. Region.)*

    a.  For a Secure Electronic Commerce Transaction processed with electronic Commerce indicator value "5" in the Authorization Request, if both:  *(This only applies in the U.S. Region.)*

        i.  The Issuer responded to an Authentication Request with an Authentication Confirmation using 3-D Secure *(This only applies in the U.S. Region.)*

        ii. A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

b.   For Non-Authenticate Security Transactions processed with Electronic Commerce indicator value "6" in the Authorization Request, if both: [114] *(This only applies in the U.S. Region.)*

   i.   The Issuer, or Visa on behalf of an Issuer, responded to an Authentication Request with an Attempt Response using 3-D Secure *(This only applies in the U.S. Region.)*

   ii.   Either:  *(This only applies in the U.S. Region.)*

     •   A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

     •   A Cardholder Authentication Verification Value was not included in the Authorization Request and the Verified Enrollment Response is "N" *(This only applies in the U.S. Region.)*

14. **Effective for Transactions completed on or after 14 April 2012,** Visa Debit with PIN Transactions *(This only applies in the U.S. Region.)*

Exceptions apply to anonymous Visa Prepaid Card Transactions, Commercial Visa Product Card Transactions, and Transactions conducted in New Channels. *(This only applies in the U.S. Region.)*

ID#: 151011-171009-0007579

## Chargeback Time Limits - Reason Code 75

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007580

## Chargeback Processing Requirements - Reason Code 75

Member Message Text: Both:

1.   XX CH DOES NOT RECOGNIZE

   a.   "XX" must be one of the following codes

     i.   01=Merchant Name

     ii.   02=Merchant Location

     iii.   03=Transaction amount

     iv.   04=Transaction Date

     v.   05=Other (must specify)

2.   RR DATE MMDDYY, (if requested Transaction Receipt not fulfilled)

ID#: 171009-171009-0007581

---

113 An Electronic Commerce Merchant identified by the U.S. Merchant Chargeback Monitoring Program or Risk Identification Service (RIS) Online must include Electronic Commerce Indicator value of "7," and is subject to this Chargeback for the period of time it remains in the Merchant Chargeback Monitoring Program or RIS Online, plus 4 additional months.

114 An Electronic Commerce Merchant identified by the U.S. Merchant Chargeback Monitoring Program or Risk Identification Service (RIS) Online must include Electronic Commerce Indicator value of "7," and is subject to this Chargeback for the period of time it remains in the Merchant Chargeback Monitoring Program or RIS Online, plus 4 additional months.

© 2011 Visa. All Rights Reserved.

**Additional Member Message Text Requirements - Reason Code 75**

Additional Member Message Text Requirements for U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*

1.  UNABLE TO AUTHENTICATE RESPONSE *(This only applies in the U.S. Region.)*

2.  AUTHENTICATION DENIAL *(This only applies in the U.S. Region.)*

3.  SEE 3D SECURE RESPONSE SENT MMDDYY *(This only applies in the U.S. Region.)*

4.  CAVV MISSING IN AUTH *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0007582

**Documentation - Reason Code 75**

None required.

For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007583

**Representment Time Limit - Reason Code 75**

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007584

**Representment Rights and Limitations - Reason Code 75**

1.  Representment is invalid if:

    a.  For non-EMV PIN Transactions, Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements

    b.  For EMV PIN Transactions, Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04" and any of the following:

        i.   Transaction was Manual Cash or Quasi-Cash

        ii.  **Effective through 14 October 2011,** Retrieval Request reason code was "29"

        iii. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Retrieval Request reason code was "29" *(This only applies in Visa Europe.)*

© 2011 Visa. All Rights Reserved.

   c.  If Acquirer failed to include additional information or Transaction data that was not required in the Clearing Record.

ID#: 111011-171009-0007585

## Representment Processing Requirements - Reason Code 75

1. Member Message Text:

2. Credit or Reversal was processed.

   a.  Member Message Text: Either that applies:

      i.  CRED MMDDYY ARN X...X (23 or 24 digits)

      ii.  REVERSAL MMDDYY

   b.  Documentation: None required.

3. Issuer did not meet the applicable Chargeback conditions.

   a.  Member Message Text: X...X (Specify the reason)

   b.  Documentation: None required.

4. Acquirer can remedy the Chargeback.

   a.  Member Message Text: None required.

   b.  Documentation: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-1 Acquirer and one of the following:

      i.  Copy of Transaction Receipt or other document with additional information or Transaction data that was not required on the Clearing Record, if applicable

      ii.  Representment for an Aggregated Transaction must include details of the individual purchases that have been aggregated, if applicable

      iii.  For Domestic Transactions in Brazil conducted by Merchants in the following Merchant Category Codes:

    –  3000-3299, "Airlines, Air Carriers"

    –  4511, "Airlines and Air Carriers (Not Elsewhere Classified)"

    –  4722, "Travel Agencies and Tour Operators"
      All of the following is required:

    –  Copy of the front of the Card

    –  Copy of the front and back of a legal document that identifies the Cardholder

    –  Copy of a voucher or ticket with passenger's name issued by travel agency and/or airline

    –  Copy of the debit authorization form with all of the following:

      •  Primary Cardholder's name

      •  Passengers names

      •  Account number

      •  Card expiration date

      •  Primary Cardholder's phone number

© 2011 Visa. All Rights Reserved.

- Airline name

- Authorization Code

- Transaction amount

- Installment Transaction count

- Installment Transaction amount

- Airport tax amount

- Date of the debit authorization form

- Cardholder signature (must match Cardholder's signature on the signature panel)
  *(This only applies in the Latin America & Caribbean Region.)*

 iv.  For Domestic Transactions in Brazil conducted by Merchants in the following Merchant Category Codes:

– 5814 "Fast Food Restaurants"

– 7922 "Theatrical Producers (Except Motion Pictures) and Ticket Agencies"
   The following is required:

– Documentation signed by the Cardholder to prove that Cardholder received services or merchandise at agreed-upon location
   *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007586

## Additional Information - Reason Code 75

1.  Visa recommends that the Acquirer supply all available Transaction details when responding to Chargeback Reason Code 75, "*Transaction Not Recognized*," if a Representment right exists. The Acquirer should provide additional details, such as:

    a.  Detailed description of goods or services that were provided

    b.  Description of how Merchant confirmed the Cardholder's participation, e.g., Cardholder signature, PIN, or other verification method

    c.  Description of how delivery address was confirmed, if applicable, e.g., use of an address verification method

2.  Excluding U.S. Domestic Transactions and Domestic Transactions in Brazil **completed on or after 1 July 2010**, the Issuer may have a Compliance right for an Electronic Commerce Transaction that was coded with an Electronic Commerce indicator value "6" if both:

    a.  Acquirer failed to respond to the Issuer's Retrieval Request or responded with a Nonfulfillment Message code "03" or "04"

    b.  Cardholder required more information about the Transaction

3.  In the U.S. Region, the Acquirer may collect a US $25 handling fee from the Issuer if the original Clearing Record contained: *(This only applies in the U.S. Region.)*

    a.  Airline/Railway Passenger Itinerary Data or *(This only applies in the U.S. Region.)*

    b.  "1" in the Lodging/Car Rental No Show Indicator *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

4.  For Chargeback Rights and Limitations 2, use the MOTO or ECI indicator or the Merchant Category Code to determine Transaction type.

ID#: 081010-171009-0007587

## Reason Code 76 Incorrect Currency or Transaction Code or Domestic Transaction Processing Violation

### Overview - Reason Code 76

Time Limit: 120 calendar days

Transaction was processed with an incorrect Transaction code, or an incorrect currency code, or the Merchant did not deposit a Transaction Receipt in the country where the Transaction occurred, or the Cardholder was not advised that Dynamic Currency Conversion would occur or was refused the choice of paying in the Merchant's local currency, or, **effective for Chargebacks processed on or after 16 April 2011,** the Merchant processed a credit refund and did not process a Reversal or Adjustment within 30 days for a Transaction Receipt processed in error.

ID#: 081010-171009-0007588

### Chargeback Conditions - Reason Code 76

One of the following:

1.  Transaction code is incorrect.

2.  Transaction Currency is different than the currency transmitted through VisaNet

3.  A Domestic Transaction Receipt was not deposited in the country where the Transaction occurred and was processed with an incorrect Transaction Country code and was not one of the following:

    a.  International Airline Transaction

    b.  Result of a Transaction occurring at a military base, embassy, or consulate. Visa considers these Merchant Outlets to be within the Merchant's Country and Region of Domicile.

4.  Cardholder was not advised that Dynamic Currency Conversion would occur or was refused the choice of paying in the Merchant's local currency.

5.  **Effective for Chargebacks processed on or after 16 April 2011,** Merchant processed a credit refund and did not process a Reversal or an Adjustment within 30 calendar days for a Transaction Receipt processed in error.

ID#: 081010-171009-0007589

### Chargeback Rights and Limitations - Reason Code 76

1.  Minimum Chargeback amount:

    a.  For a T&E Transaction, US $25 or equivalent

© 2011 Visa. All Rights Reserved.

   b.   For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c.   For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d.   For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e.   For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15  *(This only applies in the Latin America & Caribbean Region.)*

2.   For Chargeback Condition 1, for a Transaction processed with an incorrect Transaction code, Chargeback amount is double the Transaction amount when either:

   a.   Credit was processed as a debit

   b.   Debit was processed as a credit

3.   For Chargeback Condition 2, 3, & 4, Chargeback is valid for the entire Transaction amount.

4.   **Effective for Chargebacks processed on or after 16 April 2011,** for Chargeback Condition 5, excluding U.S. Domestic Transactions and Canada Domestic Transactions, the Chargeback must be limited to the difference between the Credit Transaction and original debit.

ID#: 111011-171009-0007590

## Invalid Chargebacks - Reason Code 76

Chargeback is invalid for:

1.   Chargeback Condition 2, for a Transaction originating at a non-US ATM connected to the Plus System, Inc. and settled in US dollars

2.   Chargeback Condition 3, if a Transaction was processed as allowed under Country of Domicile rules.

3.   ATM Cash Disbursement. This provision applies to U.S. Domestic Transactions. *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0007591

## Chargeback Time Limits - Reason Code 76

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007592

## Chargeback Processing Requirements - Reason Code 76

Member Message Text:

1.   For Chargeback Condition 1:

   a.   CREDIT POSTED AS DEBIT

© 2011 Visa. All Rights Reserved.

   b.  DEBIT POSTED AS CREDIT

   c.  PURCHASE POSTED AS CASH

   d.  CASH POSTED AS PURCHASE

2. For Chargeback Condition 2:

   a.  TRAN CURRENCY IS XXX NOT XXX (XXX = numeric Currency Code value as specified in the VisaNet manuals)

3. For Chargeback Condition 3:

   a.  TRAN OCCURRED IN X...X

4. For Chargeback Condition 4, either that applies:

   a.  DCC -- CARDHOLDER NOT ADVISED

   b.  DCC -- CARDHOLDER REFUSED OPTION OF LOCAL CURRENCY

5. **Effective for Chargebacks processed on or after 16 April 2011,** for Chargeback Condition 5:

   a.  CREDIT INSTEAD OF REVERSAL

Documentation:

1. For Chargeback Conditions 1, 2, and 3: None Required

2. For Chargeback Condition 4: All of the following:

   a.  Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Issuer

   b.  **Effective through 15 April 2011,** Cardholder letter stating the Cardholder was not advised that Dynamic Currency Conversion would occur or was not offered a choice to pay in the Merchant's local currency

   c.  **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter stating the Cardholder was not advised that Dynamic Currency Conversion would occur or was not offered a choice to pay in the Merchant's local currency  *(This only applies in Visa Europe.)*

   d.  **Effective through 15 April 2011,** copy of the Cardholder's Transaction Receipt (if available)

   e.  **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, copy of the Cardholder's Transaction Receipt (if available) *(This only applies in Visa Europe.)*

3. **Effective for Chargebacks processed on or after 16 April 2011,** for Chargeback Condition 5:

   a.  Visa Resolve Online Questionnaire or "Issuer Chargeback Form - Processing Error" (Exhibit 2E-4)

      i.  Explanation of why the Credit Transaction was processed in error

      ii.  Information to support the original Transaction and credit transaction

   b.  **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, if the credit transaction resulted from a Transaction where the Cardholder asserts fraud, a copy of the signed Cardholder letter *(This only applies in Visa Europe.)*

ID#: 081010-171009-0007593

© 2011 Visa. All Rights Reserved.

## Representment Time Limit - Reason Code 76

45 calendar days from Processing Date of the Chargeback

ID#: 171009-171009-0007594

## Representment Conditions - Reason Code 76

Chargeback is improper or invalid.

ID#: 171009-171009-0007595

## Representment Rights and Limitations - Reason Code 76

1. For Chargeback Condition 4, if the Chargeback is valid, the Acquirer may only represent the Transaction in the Merchant's local currency for the Transaction Amount prior to Dynamic Currency Conversion. The Representment must:

    a. Exclude fees or commission charges directly related to Dynamic Currency Conversion that were applied to the Transaction

    b. Include a copy of the Dynamic Currency Conversion Transaction Receipt

ID#: 171009-171009-0007596

## Representment Processing Requirements - Reason Code 76

1. **Effective for Chargebacks processed through 15 April 2011,** Credit or Reversal was processed.

    a. Either that applies:

        i.   CRED MMDDYY ARN X...X (23 or 24 digits)

        ii.  REVERSAL MMDDYY

    b. Documentation:  None required

2. **Effective for Chargebacks processed on or after 16 April 2011,** Reversal or Adjustment was processed.

    a. Member Message Text: Either that applies:

        i.   ADJUSTMENT MMDDYY

        ii.  REVERSAL MMDDYY

    b. Documentation:  None required

3. Issuer did not meet the applicable Chargeback conditions.

    a. Member Message Text: X...X (Specify the reason)

    b. Documentation:  None required

4. Acquirer can remedy the Chargeback.

© 2011 Visa. All Rights Reserved.

a. Member Message Text: None Required

b. **Effective for Chargebacks processed on or after 16 April 2011,** for Chargeback Condition 5:

Documentation:

i. Visa Resolve Online Questionnaire or "Acquirer Representment Form - Processing Error" (Exhibit 2E-4)

ii. Explanation of why a credit transaction was processed instead of a Reversal or an Adjustment

ID#: 050411-171009-0007597

## Documentation - Reason Code 76

1. Credit or Reversal was processed.

   a. None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a. None required.

3. Acquirer can remedy the Chargeback.

   a. For Chargeback Condition 1:

      i. For an ATM Transaction, none required.

   b. For all other Transactions, both:

      i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

      ii. Transaction Receipt or other record that proves that either:

      • For Chargeback Condition 1, the Transaction code was correct

      • For Chargeback Condition 2, Transaction currency was correct

      • For Chargeback Condition 3, Transaction was deposited properly and processed with the correct Transaction Country code or Transaction occurred at a military base, embassy, consulate, or is an International Airline Transaction

      • For Chargeback Condition 4, Acquirer certification that the Merchant is registered to offer Dynamic Currency Conversion

ID#: 171009-171009-0007598

## Additional Information - Reason Code 76

1. For Chargeback Condition 2:

   a. Transaction Currency appearing on the Transaction Receipt may be any currency agreed upon by the Merchant and Cardholder.

   b. If not specified, the Transaction Currency is the domestic currency of the Transaction Country.

   c. The currency and amount in the total box on a Transaction Receipt is considered the agreed upon currency. Currency and amounts noted elsewhere will not be considered.

© 2011 Visa. All Rights Reserved.

2. For Chargeback Condition 3, an Acquirer must not contract with a Merchant Outlet that is outside its Country of Domicile, unless any of the following is true:

   a. Visa has approved this arrangement, and the country or territory is either:

      i. Not any other Principal's Country of Domicile

      ii. One where the Acquirer has a Branch

   b. Merchant is an International Airline and the Acquirer maintains the relationship as specified in the International Airline Program regulations.

   c. Merchant Outlet is a military base, embassy, or consulate on foreign territory. The currency used to complete the Transaction must be disclosed on the Transaction Receipt.

3. For Chargeback Condition 4:

   a. Transaction Currency appearing on the Transaction Receipt must be the currency approved by the Cardholder.

   b. If Dynamic Currency Conversion is not approved at the Point-of-Transaction the Transaction Currency must be in the Merchant's local currency.

   c. If the Acquirer processes through the Single Message System, it may process the Transaction as a first Presentment instead of representing.

ID#: 050411-171009-0007599


# Reason Code 77 Non-Matching Account Number


## Overview - Reason Code 77

Time Limit: 75 calendar days

Transaction did not receive Authorization and was processed using an Account Number that does not match any on the Issuer's master file or an Original Credit (including a Money Transfer Original Credit) was processed using an Account Number that does not match any on the Issuer's master file.

ID#: 050411-171009-0007600


## Chargeback Conditions - Reason Code 77

1. Merchant or Acquirer processed a Transaction for an Account Number not matching any on the Issuer's master file and did not receive an Authorization.

2. Originating Member processed an Original Credit for an Account Number not matching any on the Issuer's master file.

3. For Intraregional Transactions in the AP Region, Transaction occurring on a non-matching Account Number, the Chargeback is valid only when the Transaction was authorized by Visa Stand-In Processing and is within the Issuer T&E minimum limit levels. *(This only applies in the Asia Pacific Region.)*

ID#: 111011-171009-0007601

© 2011 Visa. All Rights Reserved.

## Chargeback Rights and Limitations - Reason Code 77

Any of the following that apply:

1. Minimum Chargeback amount:

   a. For T&E Transaction, US $25 or equivalent

   b. For Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

2. For Intraregional Transactions in the AP Region, Chargeback Condition 4: *(This only applies in the Asia Pacific Region.)*

   a. Chargeback is invalid if a non-matching Account Number was used on a T&E Transaction that is above the Issuer T&E minimum limits, and was authorized by the Issuer or Stand-In Processing *(This only applies in the Asia Pacific Region.)*

   b. **Effective through 15 April 2011,** prior to processing the Chargeback, the Account Number must be listed on the Exception File with a negative response *(This only applies in the Asia Pacific Region.)*

ID#: 050411-171009-0007602

## Invalid Chargebacks - Reason Code 77

1. For Chargeback Condition 1, Chargeback is invalid for Transactions that received an Authorization (either Online or Offline Authorization).

ID#: 111011-171009-0007603

## Chargeback Time Limit - Reason Code 77

75 calendar days from the Central Processing Date of the Transaction

ID#: 171009-171009-0007604

## Chargeback Processing Requirements - Reason Code 77

1. For Chargeback Condition 1 and 3:

   a. Member Message Text: NO SUCH ACCT NUMBER

   b. Documentation: None required.

2. For Chargeback Condition 2:

   a. Member Message Text for Original Credit:

      i. ACCOUNT CLOSED

      ii. ACCOUNT NOT ON FILE

© 2011 Visa. All Rights Reserved.

   b.   Documentation: None required.

ID#: 111011-171009-0007605


## Representment Time Limits - Reason Code 77

45 calendar days from the Central Processing Date of the Chargeback

ID#: 171009-171009-0007606


## Representment Processing Requirements - Reason Code 77

1. Credit or Reversal was processed.

   a.   Member Message Text: Either that applies:

   b.   CRED MMDDYY ARN X...X (23 or 24 digits)

   c.   REVERSAL MMDDYY

   d.   Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a.   Member Message Text: X...X (Specify the reason)

   b.   Documentation: None required.

3. Acquirer can remedy the Chargeback.

   a.   For Chargeback Condition 1 & 3:

      i.   Member Message Text: AUTH DATE MMDDYY CODE X...X (if applicable)

      ii.   Documentation: All of the following:

        •   Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

        •   Legible Transaction Receipt to prove that the Account Number was processed correctly

        •   Evidence that the Transaction was Chip-initiated and offline authorized (if applicable) *(This only applies in the U.S. Region.)*

   b.   For Chargeback Condition 2:

      i.   Member Message Text: X...X (Specify the reason)

      ii.   Documentation: None required.

ID#: 111011-171009-0007607


## Additional Information - Reason Code 77

1. An incorrectly entered Account Number must be processed as an original Presentment. Acquirer may be responsible for any late Presentment.

ID#: 171009-171009-0007608

© 2011 Visa. All Rights Reserved.

## Reason Code 78 Service Code Violation

### Overview - Reason Code 78

Time Limit: 75 calendar days

Authorization was not obtained for a Magnetic-Stripe read Transaction on a Visa Electron Card or on a Visa Card in a registered mandatory positive Authorization (Service Code) account range, excluding U.S. Domestic Transactions.

ID#: 111011-171009-0007609

### Chargeback Conditions - Reason Code 78

Both:

1. A Merchant completed a Magnetic-Stripe read Transaction on a Visa Electron Card or a Visa Card in a registered positive Authorization (Service Code) account range [115]
2. Merchant did not obtain Authorization

ID#: 161111-171009-0007610

### Chargeback Rights and Limitations - Reason Code 78

1. Minimum Chargeback amount:
   a. For T&E Transaction, US $25 or equivalent
   b. For Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*
   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*
   d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*
   e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007611

### Invalid Chargebacks - Reason Code 78

1. Chargeback is invalid for Transactions authorized through the Emergency Payment Authorization Service

ID#: 171009-171009-0007612

---

115  All Visa Electron Cards must be issued with positive Authorization (Service Code) therefore registration is not required for a Visa Electron account range.

© 2011 Visa. All Rights Reserved.

## Chargeback Time Limit - Reason Code 78

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007613

## Chargeback Processing Requirements - Reason Code 78

1. Member Message Text:
   a. None required.
2. Documentation:
   a. None required.

ID#: 171009-171009-0007614

## Representment Time Limit - Reason Code 78

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007615

## Representment Processing Requirements - Reason Code 78

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
   b. CRED MMDDYY ARN X...X (23 or 24 digits)
   c. REVERSAL MMDDYY
   d. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text: X...X (Specify the reason)
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. Member Message Text: AUTH DATE MMDDYY
   b. Documentation: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Acquirer and one of the following:
      i. Documentation to prove that either:
      – Service Code was valid for Transaction
      – Authorization was obtained

© 2011 Visa. All Rights Reserved.

ii. Account was not in a registered positive Authorization (Service Code) account range. All Visa Electron Cards must be issued with positive Authorization (Service Code) therefore, registration is not required for a Visa Electron account range.

ID#: 111011-171009-0007616

# Reason Code 80 Incorrect Transaction Amount or Account Number

## Overview - Reason Code 80

Time Limit: 120 calendar days

Transaction amount is incorrect, or an addition or transposition error was made when calculating the Transaction amount, or Merchant altered the Transaction amount after the Transaction was completed without the consent of the Cardholder, or a Transaction was processed using an incorrect Account Number.

ID#: 171009-171009-0007617

## Chargeback Conditions - Reason Code 80 (Updated)

One of the following:

1. Transaction amount is incorrect or addition or transposition error occurred.

2. **Effective through 15 April 2011,** Merchant altered the Transaction amount after the Transaction was completed without the consent of the Cardholder.

3. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Merchant altered the Transaction amount after the Transaction was completed without the consent of the Cardholder.  *(This only applies in Visa Europe.)*

4. Account Number processed through VisaNet does not match the Account Number on the Transaction Receipt.

5. **Effective for Transactions completed through 13 April 2012,** for a U.S. Domestic Transaction, Acquirer processed an Adjustment of an ATM Cash Disbursement Transaction and one of the following: *(This only applies in the U.S. Region.)*

    a. Adjustment contains either: *(This only applies in the U.S. Region.)*

        i. Incorrect Account *(This only applies in the U.S. Region.)*

        ii. Non-matching Account Number *(This only applies in the U.S. Region.)*

    b. Adjustment posted to a "closed" or "non-sufficient funds" account and the Adjustment was processed more than 10 days from the Transaction date  *(This only applies in the U.S. Region.)*

    c. Adjustment was processed more than 45 days from Transaction Date *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

    d. Adjustment was processed more than once for the same Transaction *(This only applies in the U.S. Region.)*

    e. Cardholder disputes validity of Adjustment due to amount of Adjustment, or original Transaction was cancelled or reversed *(This only applies in the U.S. Region.)*

6. **Effective for Transactions completed on or after 14 April 2012,** for a U.S. Domestic Transaction, Acquirer processed an Adjustment of an ATM Cash Disbursement Transaction or a Visa Debit with PIN Transaction and one of the following: *(This only applies in the U.S. Region.)*

    a. Adjustment contains either: *(This only applies in the U.S. Region.)*

        i. Incorrect Account *(This only applies in the U.S. Region.)*

        ii. Non-matching Account Number *(This only applies in the U.S. Region.)*

    b. Adjustment posted to a "closed" or "non-sufficient funds" account and the Adjustment was processed more than 10 days from the Transaction Date *(This only applies in the U.S. Region.)*

    c. Adjustment was processed more than 45 days from Transaction Date *(This only applies in the U.S. Region.)*

    d. Adjustment was processed more than once for the same Transaction *(This only applies in the U.S. Region.)*

    e. Cardholder disputes validity of Adjustment due to amount of Adjustment, or original Transaction was cancelled or reversed *(This only applies in the U.S. Region.)*

ID#: 151011-171009-0007618


## Chargeback Rights and Limitations - Reason Code 80

1. Minimum Chargeback amount:

    a. For T&E Transaction, US $25 or equivalent

    b. For Canada Domestic T&E Transaction, CAD $25  *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. For Chargeback Condition 1:

    a. For a T&E Transaction, Chargeback is valid only when the difference in the amounts exceeds US $25 or local currency equivalent

    b. For incorrect Transaction amount, if the written Transaction amount differs from the imprinted amount, the handwritten amount must be used to determine the processing error

3. For Chargeback Condition 1 & 2, Chargeback amount is limited to the difference in the amounts.

ID#: 111011-171009-0007631

© 2011 Visa. All Rights Reserved.

**Invalid Chargebacks - Reason Code 80**

Chargeback is invalid for any of the following:

1. For Chargeback Condition 1, the difference between the quoted price and the actual charges made by the T&E Merchant

2. For Chargeback Condition 1 and 2, a No-Show or Advance Deposit Transaction completed in a Card-Absent Environment

3. For Chargeback Condition 2, if Merchant has the right to alter the Transaction Receipt

4. For Chargeback Condition 1 and 3, Chip-initiated Transactions containing a valid Cryptogram

5. For Chargeback Condition 2, EMV PIN Transactions containing a valid Cryptogram

6. ATM Cash Disbursements, excluding U.S. Domestic Transactions

7. **Effective for Transactions completed through 15 October 2010,** U.S. Domestic Small Ticket Transactions *(This only applies in the U.S. Region.)*

8. **Effective for Transactions completed through 15 October 2010,** Canada Domestic No Signature Required Program Transactions *(This only applies in the Canada Region.)*

9. **Effective for Transactions completed on or after 15 August 2009 through 15 October 2010,** Canada Domestic Proximity Payment Transactions CAD $50 or less *(This only applies in the Canada Region.)*

ID#: 111011-171009-0007632

**Chargeback Time Limit - Reason Code 80**

Either:

1. 120 calendar days from the Transaction Processing Date

2. For a U.S. Domestic Transaction,120 calendar days from the Transaction Date of the Adjustment *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0007633

**Chargeback Processing Requirements - Reason Code 80**

Member Message Text:

1. For Chargeback Condition 1:

   a. TRAN AMT XXXX NOT XXXX

   b. ERROR IN AMOUNT

2. For Chargeback Condition 2:

   a. **Effective through 15 April 2011,** ALTERED FROM XXXX AMT TO XXXX AMT

© 2011 Visa. All Rights Reserved.

   b.  **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, ALTERED FROM XXXX AMT TO XXXX AMT *(This only applies in Visa Europe.)*

3.  For Chargeback Condition 4:

   a.  INCORRECT ACCT NUMBER

4.  For invalid Adjustment, one of the following, as appropriate: *(This only applies in the U.S. Region.)*

   a.  INCORRECT ACCT NO *(This only applies in the U.S. Region.)*

   b.  NON-MATCHING ACCT NO *(This only applies in the U.S. Region.)*

   c.  INVALID (Specify Reason) *(This only applies in the U.S. Region.)*

   d.  ACCT CLOSED *(This only applies in the U.S. Region.)*

   e.  NSF *(This only applies in the U.S. Region.)*

   f.  ADJ PROCESSED PAST 45 DAYS *(This only applies in the U.S. Region.)*

   g.  FIRST ADJ DATED MMDDYY *(This only applies in the U.S. Region.)*

   h.  ADJ AMT $XXXX NOT $XXXX *(This only applies in the U.S. Region.)*

   i.  ORIG TRANS CNCLD OR REVERSED *(This only applies in the U.S. Region.)*

Documentation:

1.  For Chargeback Condition 2, both:

   a.  Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Issuer

   b.  **Effective through 15 April 2011,** copy of the Cardholder's Transaction Receipt showing different Transaction amounts

   c.  **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, copy of the Cardholder's Transaction Receipt showing different Transaction amounts *(This only applies in Visa Europe.)*

ID#: 081010-171009-0007634


## Representment Time Limits - Reason Code 80

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007635


## Representment Rights and Limitations - Reason Code 80

1.  For Chargeback Condition 3, if the Account Number was incorrectly transmitted, Acquirer must process the Transaction as a new Presentment. Acquirer may be responsible for a Late Presentment Chargeback.

© 2011 Visa. All Rights Reserved.

2. For U.S. Domestic Mail/Phone Order Transaction, if the Account Number is correct, Authorization for a Mail/Phone Order Transaction where the merchandise was shipped or delivered is considered valid if it was obtained. *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0007636

## Representation Processing Requirements - Reason Code 80

1. Credit or Reversal was processed.

    a. Member Message Text: Either that applies:

    b. CRED MMDDYY ARN X...X (23 or 24 digits)

    c. REVERSAL MMDDYY

    d. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

    a. Member Message Text: X...X (Specify the reason)

    b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

    a. For Chargeback Condition 1:

        i. Member Message Text: None required.

        ii. Documentation: Both:

            • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

            • Transaction Receipt or other record to prove that Transaction Amount was correct

    b. For Chargeback Condition 2:

        i. Member Message Text: None required.

        ii. Documentation:

            • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer and either:

            • Documents to prove one of the following:

                – Transaction Receipt was not altered

                – Cardholder agreed to the altered amount

                – Merchant is permitted or required to alter the Transaction amount

    c. For Chargeback Condition 3:

        i. Member Message Text: None required.

        ii. Documentation: Both:

            • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

            • Transaction Receipt or other record to prove that the Account Number is correct

    d. For Chargeback Condition 4, U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

    i.   Member Message Text: ORIG TRAN DATE MMDDYY TRACE NUMBER XXXXXX *(This only applies in the U.S. Region.)*

    ii.   Documentation: None required. *(This only applies in the U.S. Region.)*

ID#: 050411-171009-0007637

## Additional Information - Reason Code 80

1.  For Chargeback Condition 1, Visa recommends that the Issuer provide documentation to demonstrate that the Transaction amount is incorrect.

ID#: 010410-171009-0007638

# Reason Code 81 Fraud – Card-Present Environment

## Overview - Reason Code 81

Time Limit: 120 calendar days

A Merchant did not obtain an Imprint and a signature (or a PIN) in a Card-Present Environment, and the Merchant completed the Transaction without the Cardholder's permission, or a Transaction was processed with a Fictitious Account Number, or no valid Card was outstanding bearing the Account Number on the Transaction Receipt.

ID#: 171009-171009-0007639

## Chargeback Conditions - Reason Code 81

One of the following:

1.  Cardholder did not authorize or participate in a Card-Present Environment Transaction.

2.  Fraudulent Transaction was completed in a Card-Present Environment using a Fictitious Account Number or no valid Card was issued or outstanding that bears the Account Number and no Authorization was obtained.

3.  Cardholder did not authorize or participate in a Card-Present Environment Transaction and Card is a PIN-Preferring Chip Card and either (for qualifying Transactions and effective dates, refer to "EMV Liability Shift Participation"):

    a.  Card-Present Environment Transaction did not take place at a Chip-Reading Device and was not a Fallback Transaction completed following correct acceptance procedures, as specified in the Visa International Operating Regulations

    b.  Chip-initiated Transaction took place at a device that was not EMV PIN-compliant

ID#: 111011-171009-0007640

© 2011 Visa. All Rights Reserved.

## Chargeback Rights and Limitations - Reason Code 81

1. Minimum Chargeback amount:

   a. For T&E Transaction, US $25 or equivalent

   b. For Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. **Effective for Transactions completed through 30 March 2011,** for Canada Domestic Fuel Transactions with MCC 5541 or MCC 5542, CAD $X *(This only applies in the Canada Region.)*

   d. **Effective for Transactions completed on or after 31 March 2011,** for Chargeback Condition 1 and 2, Canada Domestic Fuel Transactions with MCC 5541 or MCC 5542, CAD $X *(This only applies in the Canada Region.)*

   e. **Effective for Transactions completed on or after 1 December 2011 through 30 September 2013,** for Chargeback Condition 1 and 2, Canada Domestic Proximity Payment Transactions with MCC 5542, CAD $100.01 *(This only applies in the Canada Region.)*

   f. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   g. For U.S. Domestic Automated Fuel Dispenser Transaction, US $10 *(This only applies in the U.S. Region.)*

   h. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   i. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. For Chargeback Condition 1 and 2, Issuer must request a copy of the Transaction Receipt prior to exercising the Chargeback right unless Transaction is one of the following:

   a. **Effective for Transactions completed through 14 October 2011,** Magnetic-Stripe Telephone Transaction

   b. **Effective for Transactions completed through 14 October 2011,** Cardholder-Activated Transaction Type B. This provision does not apply to U.S. Domestic Transactions

   c. **Effective for Transactions completed on or after 15 October 2011,** Unattended Transaction

   d. **Effective for Transactions completed through 15 October 2010,** for a U.S. Domestic Transaction, any of the following:

      i. Small Ticket Transaction

      ii. CPS/Small Ticket Transaction

      iii. Self-Service Terminal Transaction

      iv. No Signature Required Transaction

   e. **Effective for Transactions completed through 14 October 2011,** a Self-Service Terminal Transaction *(This only applies in the U.S. Region.)*

   f. **Effective for Transactions completed through 15 October 2010,** a No Signature Required Transaction *(This only applies in the Canada Region.)*

© 2011 Visa. All Rights Reserved.

g. **Effective for Transactions completed on or after 16 October 2010,** a Visa Easy Payment Service Transaction

3. For Chargeback Condition 1 and 3, the Issuer must meet all of the following conditions on or before the Chargeback Processing Date:

   a. Close the Cardholder account

   b. List the Account Number on the Exception File with a Pickup Response for a minimum of:

      i. 30 calendar days for Chargeback Condition 1

      ii. 60 calendar days for Chargeback Condition 3

   c. Report the Fraud Activity through VisaNet. For Chargeback Condition 3, fraud must be reported using Fraud Type codes 0, 1, or 2

4. **Effective for Transactions completed through 14 October 2011,** for Chargeback Condition 1 and 2, for a Cardholder Activated Transaction Type B or Self-Service Terminal Transaction, Account Number must both:

   a. Be listed on the Exception File with a Pickup Response on or before the Chargeback Processing Date

   b. Remain on the Exception File for a minimum of X calendar days For Domestic Transactions in the jurisdiction of the U.S. Region, the Account Number must remain on the Exception File for a minimum of X days.

5. **Effective for Transactions completed on or after 15 October 2011,** for Chargeback Condition 1 and 2, for an Unattended Transaction, Account Number must both:

   a. Be listed on the Exception File with a Pickup Response on or before the Chargeback Processing Date

   b. Remain on the Exception File for a minimum of X calendar days [116]

6. **Effective for Transactions completed through 14 October 2011,** for Chargeback Condition 1 and 2, one Chargeback may contain up to 25 Magnetic-Stripe Telephone Transactions if all of the following are true:  This provision does not apply to U.S. Domestic Transactions.

   a. Each Transaction amount is less than US $40

   b. All of the Transactions appear on "Summary of Unauthorized Telephone Service Transactions" (Exhibit 2F)

   c. Chargeback uses the Acquirer Reference Number/Tracing Data of the earliest Transaction

7. **Effective for Transactions completed on or after 15 October 2011,** for Chargeback Condition 1 or 2, one Chargeback may contain up to 25 Telephone Service Transactions if all of the following are true:

   a. Each Transaction amount is less than US $40

   b. All of the Transactions appear on "Summary of Unauthorized Telephone Service Transactions" (Exhibit 2F)

   c. Chargeback uses the Acquirer Reference Number/Tracing Data of the earliest Transaction

ID#: 111011-171009-0007641

---

116 For Domestic Transactions in the U.S. Region, the Account Number must remain on the Exception File for a minimum of X days.

© 2011 Visa. All Rights Reserved.

**Invalid Chargebacks - Reason Code 81**

Chargeback is invalid for:

1. A Card-Absent Environment Transaction

2. An ATM Transaction

3. An Emergency Cash Disbursement Transaction

4. For Chargeback Condition 1 and 2, a Transaction where both of the following were obtained:

   a. A legible Imprint for the Transaction in question

   b. Signature or PIN

5. For Chargeback Condition 3, a Transaction where both of the following were obtained:

   a. A legible Imprint for the Transaction in question

   b. PIN

6. **Effective for Transactions completed through 15 October 2010,** a Canada Domestic Proximity Payment Transaction CAD X or less. *(This only applies in the Canada Region.)*

7. **Effective for Transactions completed through 15 October 2010,** a Canada Domestic No Signature Required Program Transaction.  *(This only applies in the Canada Region.)*

8. **Effective for Transactions completed through 15 October 2010,** a No Signature Required Program Transaction. This provision applies to U.S. Domestic Transactions.  *(This only applies in the U.S. Region.)*

9. **Effective for Transactions completed through 15 October 2010,** for Chargeback Condition 1 and 2, a Small Ticket Transaction

10. **Effective for Transactions completed on or after 16 October 2010,** for Chargeback Condition 1 and 2, a Visa Easy Payment Service Transaction. (This provision does not apply to Transactions involving Issuers or Acquirers in Visa Europe) [117]

11. **Effective for Transactions completed through 14 October 2011,** Chargeback Condition 1, for a Cardholder-Activated Transaction Type B that both: [118]

    a. Originated with a Counterfeit Card

    b. Received an Approval Response that included a "90", "91," "05," or "07" in the POS Entry Mode Code field

12. **Effective for Transactions completed on or after 15 October 2011,** Chargeback condition 1, for an Unattended Transaction that both:

    a. Originated with a Counterfeit Card

    b. Received an Approval Response that included a "90," "91," "05," or "07" in the POS Entry Mode Code field

13. Chargeback Condition 2, if one of the following:

    a. If the Transaction received an Authorization

    b. For an Intraregional Transaction in the AP Region, Automated Fuel Dispenser Transaction *(This only applies in the Asia Pacific Region.)*

© 2011 Visa. All Rights Reserved.

14. Chargeback Condition 3, if the Device is EMV PIN-Compliant and the Transaction was correctly processed to completion in accordance with EMV and VIS using the Chip Card data.

15. **Effective for Transactions completed through 14 October 2011,** Chargeback Condition 1 and 2, for a Cardholder-Activated Transaction Type A (excluding Magnetic-Stripe Telephone Transactions.) This provision does not apply to U.S. Domestic Transactions.

16. **Effective for Transactions completed on or after 15 October 2011,** Chargeback Condition 1 and 2, for a below-Floor Limit Transaction completed at an Unattended Cardholder-Activated Terminal assigned one of the following Merchant Category Codes:

    a.  4111, "Local and Suburban Passenger Transportation, including Ferries"

    b.  4112, "Passenger Railways"

    c.  4131, "Bus Lines"

    d.  4784, "Tolls and Bridge Fees"

    e.  7523, "Parking Lots and Garages"

17. **Effective for Transactions completed through 14 October 2011,** for a U.S. Domestic Transaction completed by a Merchant certified to use Card Verification Value 2 in lieu of an Imprint and all of the following:  *(This only applies in the U.S. Region.)*

    a.  An Imprint is missing from the draft *(This only applies in the U.S. Region.)*

    b.  A result code of "M" (fully matched) or "U" (unsupported) is received in response to Card Verification Value 2 data in the Authorization Request  *(This only applies in the U.S. Region.)*

    c.  The Acquirer fulfilled the Retrieval Request by also providing a copy of the certification provided by Visa to the Acquirer for that Merchant *(This only applies in the U.S. Region.)*

18. **Effective for Transactions completed on or after 15 October 2011,** for a U.S. Domestic Transaction, for Chargeback Condition 1, both: *(This only applies in the U.S. Region.)*

    a.  The Transaction meets the following requirements: *(This only applies in the U.S. Region.)* [119]

        i.   Transaction is key-entered *(This only applies in the U.S. Region.)*

        ii.  CVV2 is included in the Authorization Request *(This only applies in the U.S. Region.)*

        iii. Merchant is not assigned Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks" *(This only applies in the U.S. Region.)*

        iv.  Transaction is not a: *(This only applies in the U.S. Region.)*

             •  Quasi-Cash Transaction *(This only applies in the U.S. Region.)*

             •  Cash-Back Transaction *(This only applies in the U.S. Region.)*

             •  Manual Cash Disbursement *(This only applies in the U.S. Region.)*

        v.   Authorization was obtained *(This only applies in the U.S. Region.)*

    b.  A signature was obtained *(This only applies in the U.S. Region.)*

19. For a U.S. Domestic Transaction, any of the following Card-Present Environment Transaction types: *(This only applies in the U.S. Region.)*

    a.  CPS/Retail, unless no signature or PIN was obtained  *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

b. **Effective for Transactions completed through 14 October 2011,** Limited-Amount Terminal, unless Magnetic-Stripe Telephone  *(This only applies in the U.S. Region.)*

c. **Effective for Transactions completed through 14 October 2011,** Self-Service Terminal Transaction that was completed with a Counterfeit Card and received an Approval Response to a request that included a "05," "07," "90," or "91" in the POS Entry Mode code field  *(This only applies in the U.S. Region.)*

d. Vehicle-Specific Fleet Card Transaction, if Imprint obtained  *(This only applies in the U.S. Region.)*

e. **Effective for Transactions completed on or after 17 April 2010 through 15 October 2010,** Visa Easy Payment Service Transactions less than or equal to US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability. This condition applies to certain Custom Payment Service qualified Contactless Payment Transactions, Magnetic-Stripe Transactions, or Chip Transactions (i.e., CPS/Retail, CPS/ Supermarket, CPS/Retail 2, CPS/Restaurant, CPS/Service Station, CPS/Small Ticket in Face-To-Face Environments), except for Transactions where the Account Number was key entered. The Issuer must verify that the POS Entry Mode field indicated that the Account Number was key-entered.  *(This only applies in the U.S. Region.)*

ID#: 151011-171009-0007642

## Chargeback Time Limit - Reason Code 81

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007644

## Chargeback Processing Requirements - Reason Code 81

Member Message Text:

1. For Chargeback Condition 1: RR DATE MMDDYY, if requested Transaction Receipts not fulfilled

2. For Chargeback Condition 2: One of the following, as applicable:

   a. NO SUCH CARD

   b. FICTITIOUS ACCOUNT NUMBER

   c. RR DATE MMDDYY, if requested Transaction Receipt not fulfilled

3. For Chargeback Condition 3, either that applies:

   a. PIN PREFERRING CHIP CARD, DEVICE NON PIN COMP

   b. EMV CARD, NON EMV DEVICE

---

117 **Effective for Transactions completed on or after 16 October 2010** between Visa Inc. and Visa Europe, Chargeback is invalid for: (1) Magnetic Stripe or contact Chip Transactions conducted at Merchant Category Codes 4111, 4121, 4131, 4784, 5331, 5499, 5812, 5814, 5912, 5993, 5994, 7211, 7216, 7338, 7523, 7542, 7832, and 7841; (2) Proximity Payment Transactions that qualify as (Visa Europe) Small Ticket Transactions or Visa Inc. Visa Easy Payment Service Transactions.

118 This provision does not apply to U.S. Domestic Transactions.

119 As specified in "CVV2 Submission in a Face-to-Face Environment - U.S. Region."

© 2011 Visa. All Rights Reserved.

Documentation or certification using Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer:

1. For Chargeback Condition 1: All of the following:

   a. The information required on the "Summary of Unauthorized Telephone Service Transactions" (Exhibit 2F) if applicable

   b. **Effective through 15 April 2011,** Cardholder letter denying authorization or participation in the Transaction

   c. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

   d. **Effective for Chargebacks processed between 16 April 2011 and 14 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe, either the Cardholder letter denying authorization or participation in the Transaction, or:

      i. Certification that the Cardholder denies authorization or participation in the Transaction

      ii. Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

      iii. Certification of the date Fraud Activity was reported through VisaNet

      iv. Certification of the date Account Number was listed on the Exception File

   e. **Effective for Chargebacks processed on or after 15 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe:

      i. Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

      ii. Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

      iii. Certification of the date Fraud Activity was reported through VisaNet

      iv. Certification of the date Account Number was listed on the Exception File

   f. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

2. For Chargeback Condition 3: All of the following:

   a. Issuer certification that the Card was a PIN-Preferring Chip Card

   b. **Effective through 15 April 2011,** Cardholder letter denying authorization or participation in the Transaction

   c. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

   d. **Effective for Chargebacks processed between 16 April 2011 and 14 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction, or:

      i. Certification that the Cardholder denies authorization or participation in the Transaction

      ii. Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

      iii. Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Codes 0, "Lost," 1, "Stolen," or 2, "Card not Received as Issued (NRI)"

© 2011 Visa. All Rights Reserved.

    iv.   Certification of the date Account Number was listed on the Exception File

e.  **Effective for Chargebacks processed on or after 15 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe:

    i.   Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

    ii.   Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

    iii.  Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Codes 0, "Lost," 1, "Stolen," or 2, "Card not Received as Issued (NRI)"

    iv.   Certification of the date Account Number was listed on the Exception File

f.  For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007645

## Representment Time Limits - Reason Code 81

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007646

## Representment Rights and Limitations - Reason Code 81

1.  For Chargeback Condition 1, any of the following:

    a.  Account was not closed

    b.  Account was not listed on the Exception File

    c.  Transaction was not reported as fraud

    d.  For a Self-Serve Terminal Transaction, Transaction was reported as counterfeit fraud type 4

2.  For Chargeback Condition 3, any of the following:

    a.  Account was not closed

    b.  Account was not listed on the Exception File

    c.  Transaction was not reported as fraud

    d.  Transaction was reported as counterfeit fraud type 4

3.  For Chargeback Condition 1 and 2, Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements, as specified in "Transaction Receipt Fulfillment Documents - Data Requirements."

4.  **Effective for Transactions completed through 14 October 2011,** for a U.S. Domestic Transaction, a certified Merchant included the Card Verification Value 2 in the Authorization Request and received a result code of "M" (fully matched) or "U" (unsupported) *(This only applies in the U.S. Region.)*

5.  **Effective for Chargebacks processed on or after 15 October 2011,** for a U.S. Domestic Transaction, for Chargeback Condition 1, both: *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

a. The Transaction meets the following requirements: *(This only applies in the U.S. Region.)* [120]

   i. Transaction is key-entered *(This only applies in the U.S. Region.)*

   ii. CVV2 is included in the Authorization Request *(This only applies in the U.S. Region.)*

   iii. Merchant is not assigned Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks" *(This only applies in the U.S. Region.)*

   iv. Transaction is not a: *(This only applies in the U.S. Region.)*

   - Quasi-Cash Transaction *(This only applies in the U.S. Region.)*

   - Cash-Back Transaction *(This only applies in the U.S. Region.)*

   - Manual Cash Disbursement *(This only applies in the U.S. Region.)*

   v. Authorization was obtained *(This only applies in the U.S. Region.)*

b. A signature was obtained *(This only applies in the U.S. Region.)*

6. For a LAC Easy Pay Transaction, the Acquirer can provide information or documentation to support the claim *(This only applies in the Latin America & Caribbean Region.)*

7. **Effective for Chargebacks processed on or after 16 April 2011,** the Acquirer must not represent a Transaction because of the failure by the Issuer to certify the following: (The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.)

   a. Card status at the time of the Transaction (lost, stolen, counterfeit)

   b. Date Fraud Activity was reported through VisaNet

   c. Date Account Number was listed on the Exception File

ID#: 151011-171009-0007647


## Representation Processing Requirements - Reason Code 81 (Updated)

Member Message Text:

1. Credit or Reversal was processed.

   a. Either that applies:

      i. CRED MMDDYY ARN X...X (23 or 24 digits)

      ii. REVERSAL MMDDYY

2. Issuer did not meet the applicable Chargeback conditions.

   a. For Chargeback Condition 1 and 2: X...X (Specify the reason)

   b. For Chargeback Condition 3: As applicable:

      i. X...X (Specify the reasons)

      ii. EMV PIN COMPL DVCE, NON PIN PREF CD

---

120  As specified in "CVV2 Submission in a Face-to-Face Environment - U.S. Region"

© 2011 Visa. All Rights Reserved.

      iii.   NO PED, MAG STRIPE READ

      iv.   PIN BYPASS, CVM/IAC FOLLOWED

      v.   EXCP FILE NOT LSTD, FRD NOT RPT, ACC NOT CLSD

3. Acquirer can remedy the Chargeback.

    a. For Chargeback Condition 1: CVV2, POS XX, ISSUER AUTHD (indicate 00 or 01) (if applicable)

    b. For Chargeback Condition 2: AUTH DATE MMDDYY CODE X...X (if applicable)

ID#: 111011-171009-0007648

## Documentation - Reason Code 81

1. Issuer did not meet the applicable Chargeback conditions.

    a. For a Representment due to an Issuer failing to meet the requirements specified in Chargeback Rights and Limitations 2, the Acquirer must provide information/documentation to support this claim, such as evidence indicating Card Account Number was not listed on the Exception File, or account was not closed or Transactions were not reported as fraud or Transaction was reported as counterfeit fraud type 4

    b. As applicable

2. Acquirer can remedy the Chargeback.

    a. For Chargeback Condition 1 and 2: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Acquirer and one of the following:

      i.   Evidence of both:

        &bull;   A legible Imprint for the Transaction in question [121]

        &bull;   A signature or PIN

      ii.   For a below-Floor Limit Transaction, evidence of signature or PIN and internal record or log proving Magnetic-Stripe read or Chip-initiated, with explanation of fields

      iii.   For an above-Floor Limit Transaction (excluding U.S. Domestic Transactions) that was key-entered following a Referral Response, all of the following:

        &bull;   Referral Authorization record proving Magnetic-Stripe read or Chip-initiated within 24 hours of the Transaction

        &bull;   International Automated Referral Service log

        &bull;   Evidence of signature or PIN

      iv.   For an Airline Transaction only (excluding U.S. Domestic Transactions) for Chargeback Condition 1, compelling evidence that the Cardholder participated in the Airline Transaction

    b. For Chargeback Condition 3: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Acquirer and evidence of both:

      i.   A valid Imprint for the Transaction in question

      ii.   PIN

© 2011 Visa. All Rights Reserved.

    c.  For a LAC Easy Pay Transaction, "Participation Request and Consent Form" with Card Imprint and Cardholder Signature *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151011-171009-0007649

## Additional Information - Reason Code 81

1. Validity of the Chargeback is not dependent on Authorization.

2. **Effective for Transactions completed on or after 15 October 2011,** for a key-entered U.S. Domestic Transaction in a Face-to-Face Environment, validity of the Chargeback is not dependent on Authorization, unless the Card Verification Value 2 was present in the Authorization Request.

3. "Signature on file" notation is not an acceptable signature.

4. Pencil rubbing of Card or photocopy of Card is not considered proof of a valid Imprint.

ID#: 111011-171009-0007650

# Reason Code 82 Duplicate Processing

## Overview - Reason Code 82

Time Limit: 120 calendar days

A single Transaction was processed more than once.

ID#: 171009-171009-0007658

## Chargeback Conditions - Reason Code 82

A single Transaction was processed more than once.

ID#: 171009-171009-0007659

## Chargeback Rights and Limitations - Reason Code 82

1. Minimum Chargeback amount:

    a.  For a T&E Transaction, US $25 or equivalent

    b.  For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c.  For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

---

121 **Effective for Chargebacks processed on or after 15 October 2011,** for Chargeback Condition 1, for U.S. Domestic Transactions, for Transactions processed as specified in "CVV2 Submission in a Face-to-Face Environment - U.S. Region"

        VISA PUBLIC        18 October 2011

© 2011 Visa. All Rights Reserved.

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. If the Transaction was processed by different Acquirers or Originating Members, the Acquirer or Originating Member that processed the second Transaction is responsible for the Chargeback.

3. **Effective for Transactions completed on or after 17 April 2010 through 15 October 2010**, for a U.S. Domestic Transaction less than or equal to US $25 completed at a Point-of-Transaction Terminal with Contactless Payment capability, Transaction amounts must be the same *(This only applies in the U.S. Region.)*

4. **Effective for Transactions completed through 15 October 2010,** for a U.S. Domestic Small Ticket Transaction, Transaction amount must be the same *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007660

## Invalid Chargebacks - Reason Code 82 (Updated)

Chargeback is invalid for any of the following:

1. **Effective for Transactions completed through 14 October 2011,** Magnetic-Stripe Telephone Transaction for an individual call charge, if the following information is not identical to a previously submitted Transaction (excluding U.S. Domestic Transactions):

    a. Date of call

    b. Number of minutes of the call

    c. Telephone number called

    d. Transaction amount in the Transaction Currency

2. **Effective for Transactions completed on or after 15 October 2011,** a Telephone Service Transaction completed at an Unattended Cardholder-Activated Terminal, if the following information is not identical to a previously submitted Transaction (excluding U.S. Domestic Transactions):

    a. Date of call

    b. Number of minutes of the call

    c. Telephone number called

    d. Transaction amount in the Transaction Currency

3. Chip-initiated Transactions with differing application Transaction counter values

4. **Effective for Transactions completed on or after 14 April 2012,** Adjustments of Visa Debit with PIN Transactions *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007661

© 2011 Visa. All Rights Reserved.

## Chargeback Time Limit - Reason Code 82

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007662

## Chargeback Processing Requirements - Reason Code 82

Member Message Text:

TRAN DATE MMDDYY, REF X...X (23- or 24-digit Acquirer Reference Number or applicable Tracing Data)

Documentation: None required.

ID#: 111011-171009-0007663

## Representment Time Limit and Conditions - Reason Code 82

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007664

## Representment Processing Requirements - Reason Code 82 (Updated)

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
      i. CRED MMDDYY ARN X...X (23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions, either that applies:
   a. Member Message Text:
      i. X...X (Specify the reason)
      ii. DIFF. APPL. TRXN. COUNTERS
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. Member Message Text: For an ATM Transaction processed more than once, either that applies:
      i. CASH DISPNS SEQ #XXXXX AND SEQ #XXXXX
      ii. ACQR CERTS ATM IN BALANCE ON MMDDYY
   b. Documentation:

© 2011 Visa. All Rights Reserved.

   i.   For an ATM Transaction, none required.

  ii.   For all other Transactions, both:

- Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

- Either:

    – Submit 2 separate signed or imprinted Transaction Receipts or other record to prove separate Transactions were processed

    – **Effective for Transactions completed through 14 October 2011,** for a Magnetic-Stripe Telephone Transaction, documentation to demonstrate that the time of the call is different for each Transaction

    – **Effective for Transactions completed on or after 15 October 2011,** for a Telephone Service Transaction completed at an Unattended Cardholder-Activated Terminal, documentation to demonstrate that the time of the call is different for each Transaction

ID#: 151011-171009-0007665

## Additional Information - Reason Code 82

1. For a Representment, if two separate signed or imprinted Transaction Receipts are not provided, evidence should be proof that the Transactions were not for the same service or merchandise.

2. Chargeback is available if Transaction amounts or dates are different.

ID#: 171009-171009-0007666

# Reason Code 83 Fraud—Card-Absent Environment

## Overview - Reason Code 83

Time Limit: 120 calendar days

Cardholder did not authorize or participate in a Card-Absent Transaction or Transaction was processed with a Fictitious Account Number or no valid Card was outstanding bearing the Account Number on the Transaction Receipt.

ID#: 171009-171009-0007668

## Chargeback Conditions - Reason Code 83

1. Cardholder did not authorize or participate in a Card-Absent Environment Transaction.

2. No valid Card was issued or outstanding that bears the Account Number used in a Card-Absent Environment, or a fraudulent Transaction was completed in a Card-Absent Environment using a Fictitious Account Number and no Authorization was obtained.

ID#: 171009-171009-0007669

© 2011 Visa. All Rights Reserved.

## Chargeback Rights and Limitations - Reason Code 83

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e. For all other Domestic transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Issuer must retrieve a copy of the Transaction Receipt prior to exercising the Chargeback right unless Transaction is one of the following:

   a. Mail/Phone Order Transaction

   b. Electronic Commerce Transaction

   c. Recurring Transaction

   d. For a U.S. Domestic Preauthorized Health Care Transaction *(This only applies in the U.S. Region.)*

   e. For a U.S. Domestic Transaction where the Merchant city field of the Clearing Record of an Airline or passenger railway Transaction contains the words "ticket mailed" *(This only applies in the U.S. Region.)*

3. For Chargeback Condition 1, on or before the Chargeback Processing Date, the Issuer must complete all of the following:

   a. Close the Cardholder account [122]

   b. List the Account Number on the Exception File with a Pickup Response, for a minimum of 30 calendar days [123]

   c. Report the Fraud Activity through VisaNet

4. For Chargeback Condition 1 or 2, prior to processing the Chargeback, the Account Number must be listed on the Exception File with a negative response. This provision applies to Intraregional Transactions in the AP Region. *(This only applies in the Asia Pacific Region.)*

5. One Chargeback may contain up to 25 Telephone Service Transactions if all of the following are true (excluding U.S. Domestic Transactions):

   a. Amount of each Transaction is less than US $40

   b. All Transactions appear on the "Summary of Unauthorized Telephone Service Transactions" (Exhibit 2F)

   c. Chargeback uses the Acquirer Reference Number/Tracing Data of the earliest Transaction

6. For Chargeback Condition 1, Chargeback is valid for an Electronic Commerce Transaction where the Issuer responded to an Authentication Request with either:

© 2011 Visa. All Rights Reserved.

a.  An Unable-to-Authenticate Response or Authentication Denial

b.  A Cardholder Authentication Verification Value and Authentication Identifier, but either the:

   i.  Acquirer did not provide a Cardholder Authentication Verification Value in the Authorization Request

   ii.  Cardholder Authentication Verification Value results code is "0"

7.  Chargeback is valid, regardless of the Electronic Commerce indicator value for Electronic Commerce Transactions conducted by Merchants in the following Merchant categories: This provision applies to U.S. Domestic Transactions. *(This only applies in the U.S. Region.)*

   a.  Wire Transfer Money Orders (4829) *(This only applies in the U.S. Region.)*

   b.  Direct Marketing - Inbound Teleservices Merchant (5967) *(This only applies in the U.S. Region.)*

   c.  Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers' Cheques (6051) *(This only applies in the U.S. Region.)*

   d.  Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks (7995) *(This only applies in the U.S. Region.)*

8.  For Domestic Transactions in the U.S. Region, Chargeback is valid for Advance Payment Services. *(This only applies in the U.S. Region.)*

9.  For a LAC Easy Pay Transaction, Issuer does not have to obtain a copy of the Transaction Receipt from the Acquirer to verify a Chargeback right. *(This only applies in the Latin America & Caribbean Region.)*

10.  For a Domestic Electronic Commerce Transaction in Brazil, Chargeback is valid if the Transaction was processed with Electronic Commerce indicator value "6." *(This only applies in the Latin America & Caribbean Region.)*

ID#: 171011-171009-0007670

## Invalid Chargebacks - Reason Code 83

Chargeback is invalid for any of the following:

1.  Emergency Cash Disbursement

2.  Chargeback Condition 2, for a Transaction where an Authorization was obtained

3.  Chargeback Condition 2, for a Transaction where a Fictitious Account Number was used and was authorized by the Issuer or Stand-In Processing This provision applies to Intraregional Transactions in the AP Region. *(This only applies in the Asia Pacific Region.)*

4.  Chargeback Condition 1 for Intraregional Electronic Commerce Transactions in the AP Region processed with an Electronic Commerce indicator of "5" or "6," all of the following:  *(This only applies in the Asia Pacific Region.)*

---

122  This provision does not apply to Domestic Merchant Proximity Payment Device (MPPD) Transactions in the Canada Region.

123  This provision does not apply to Domestic Merchant Proximity Payment Device (MPPD) Transactions in the Canada Region.

© 2011 Visa. All Rights Reserved.

    a. The Card Verification Value 2 presence indicator in the Authorization Request is "1 - CVV2 value is present" *(This only applies in the Asia Pacific Region.)*

    b. The Card Verification Value 2 results code in the Authorization message is "N - No Match" *(This only applies in the Asia Pacific Region.)*

    c. The Authorization Request was approved *(This only applies in the Asia Pacific Region.)*

5. For Intraregional Transactions in the CEMEA Region (excluding Recurring Transactions) all of the following: [124] *(This only applies in the CEMEA Region.)*

    a. The Card Verification Value 2 results code in the Authorization message is "N - No Match" *(This only applies in the CEMEA Region.)*

    b. The Authorization Request was approved *(This only applies in the CEMEA Region.)*

6. Transactions authorized through the Emergency Payment Authorization Service, excluding U.S. Domestic Transactions

7. Mail/Phone Order or Electronic Commerce Transactions, if the Issuer was unable to respond to Address Verification Service Authorization Request because Transaction was attempted with a Visa Commercial Card or a Card type where the Cardholder is anonymous. This provision applies to Canada Domestic Transactions.   *(This only applies in the Canada Region.)*

8. Mail/Phone Order or Electronic Commerce Transactions, if both: This provision applies to U.S. Domestic Transactions *(This only applies in the U.S. Region.)*

    a. Merchandise was shipped or delivered, or services were purchased *(This only applies in the U.S. Region.)*

    b. Issuer was not a participant in the Address Verification Service on the Transaction Date and Acquirer received an Address Verification Service response code "U" *(This only applies in the U.S. Region.)*

9. Airline ticket purchase, if either of the following: This provision applies to U.S. Domestic Transactions  *(This only applies in the U.S. Region.)*

    a. Issuer response to an Address Verification Service inquiry was "Y" and tickets were mailed to the Cardholder billing address on the Issuer file *(This only applies in the U.S. Region.)*

    b. Issuer was not a participant in the Address Verification Service on the Transaction Date *(This only applies in the U.S. Region.)*

10. Transactions where both:

    a. The Card Verification Value 2 results code in the Authorization message is "U - Issuer not participating in CVV2 program"

    b. The Card Verification Value 2 presence indicator in the Authorization Request is one of the following:

        i. "1 - CVV2 value is present"

        ii. "2 - CVV2 value is on the Card but is illegible"

        iii. "9 - Cardholder states CVV2 is not present on the Card"

11. The following Electronic Commerce Transactions (excluding U.S. Domestic Transactions): [125]

    a. Secure Electronic Commerce Transaction, if **both**:

© 2011 Visa. All Rights Reserved.

    i.   Issuer responded to an Authentication Request with an Authentication Confirmation using 3-D Secure

    ii.   **Both** of the following were included in the Authorization Request:

- Cardholder Authentication Verification Value

- Authentication Identifier

b.  Non-Authenticated Security Transaction, excluding Domestic Transactions in Brazil, processed with Electronic Commerce indicator value "6" if **either**:

    i.   Issuer, or Visa on behalf of an Issuer, responded to an Authentication Request with a Non-Participation Message

    ii.   All of the following:

- Issuer, or Visa on behalf of an Issuer, responded to an Authentication Request with an Attempt Response using 3-D Secure

- A Cardholder Authentication Verification Value and Authentication Identifier were included in the Authorization Request

- An exception applies to anonymous Visa Prepaid Card Transactions, Visa Commercial Card Transactions and Transactions conducted in New Channels. The exclusion of Visa Commercial Cards does not apply to the Intraregional Transactions in the jurisdiction of the Asia-Pacific Region.

12.  Intraregional Electronic Commerce Transactions in the jurisdiction of the U.S. region, as follows: An Electronic Commerce Merchant identified by the U.S. Merchant Chargeback Monitoring Program or Risk Identification Service (RIS) Online must include an Electronic Commerce indicator value of "7," and is subject to this Chargeback for the period of time it remains in the Merchant Chargeback Monitoring Program or RIS Online, plus 4 additional months. *(This only applies in the U.S. Region.)*

a.   For a Secure Electronic Commerce Transaction processed with Electronic Commerce indicator value "5" in the Authorization Request, if both: *(This only applies in the U.S. Region.)*

    i.   The Issuer responded to an Authentication Request with an Authentication Confirmation using 3-D Secure *(This only applies in the U.S. Region.)*

    ii.   A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

b.  Non-Authenticated Security Transaction processed with Electronic Commerce indicator value "6" in the Authorization Request, if both: *(This only applies in the U.S. Region.)*

    i.   The Issuer, or Visa on behalf of an Issuer, responded to an Authentication Request with an Attempt Response using 3-D Secure *(This only applies in the U.S. Region.)*

    ii.   Any of the following: *(This only applies in the U.S. Region.)*

- A Cardholder Authentication Verification Value was included in the Authorization Request or *(This only applies in the U.S. Region.)*

- A Cardholder Authentication Verification Value was not included in the Authorization Request and the Verified Enrollment Response is "N"  *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

- An exception applies to anonymous Visa Prepaid Card Transactions, Commercial Visa Product Transactions, and Transactions conducted in New Channels. *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007671


## Chargeback Time Limit - Reason Code 83

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007672


## Chargeback Processing Requirements - Reason Code 83

Member Message Text:

For Chargeback Condition 1:

1. RR DATE MMDDYY, if requested Transaction Receipts not fulfilled
2. One of the following, as applicable:
   a. UNABLE TO AUTHENTICATE RESPONSE
   b. AUTHENTICATION DENIAL
   c. CAVV AND AUTHENTICATION IDENTIFIER MISSING IN AUTH
   d. SEE 3-D SECURE RESPONSE SENT MMDDYY

Documentation or certification using Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer: All of the following:

1. The information required on the "Summary of Unauthorized Telephone Service Transactions" (Exhibit 2F), if applicable
2. **Effective through 15 April 2011,** Cardholder letter denying authorization or participation in the Transaction
3. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*
4. **Effective for Chargebacks processed between 16 April 2011 and 14 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction, or:
   a. Certification that the Cardholder denies authorization or participation in the Transaction
   b. Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

---

124 An Electronic Commerce Merchant identified by the U.S. Merchant Chargeback Monitoring Program or Risk Identification Service (RIS) Online must include an Electronic Commerce indicator value of "7," and is subject to this Chargeback for the period of time it remains in the Merchant Chargeback Monitoring Program or RIS Online, plus 4 additional months.

125 An Electronic Commerce Merchant identified by the Global Merchant Chargeback Monitoring Program must include Electronic Commerce Indicator value "7" and is subject to this Chargeback for the period of time it remains in the Global Merchant Chargeback Monitoring Program, plus 3 additional months

© 2011 Visa. All Rights Reserved.

   c.   Certification of the date Fraud Activity was reported through VisaNet

   d.   Certification of the date Account Number was listed on the Exception File

5.   **Effective for Chargebacks processed on or after 15 October 2011,** for Transactions not involving Issuers or Acquirers in Visa Europe:

   a.   Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

   b.   Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

   c.   Certification of the date Fraud Activity was reported through VisaNet

   d.   Certification of the date Account Number was listed on the Exception File

6.   For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

 For Chargeback Condition 2:

1.   NO SUCH CARD

2.   FICTITIOUS ACCOUNT NUMBER

3.   RR DATE MMDDYY (if requested Transaction Receipt not fulfilled)

Documentation: None required.

ID#: 171011-171009-0007673

## Representment Time Limits - Reason Code 83

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007674

## Representment Conditions - Reason Code 83

1.   Chargeback is improper or invalid or credit was processed.

2.   Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements as specified in the *Transaction Receipt Fulfillment Documents - Data Requirements* section

3.   For a LAC Easy Pay Transaction, the Acquirer can provide information or documentation to support the claim. *(This only applies in the Latin America & Caribbean Region.)*

4.   Transaction Receipt contains both a signature (or PIN was obtained) and an Electronic Imprint (use of POS entry code of "02," "90," "05," or "07") or a Manual Imprint for the disputed Transaction in question

5.   Merchant attempted to authenticate the Cardholder using the 3-D Secure Specification but the Cardholder was not participating.

© 2011 Visa. All Rights Reserved.

6. Acquirer must not re-present a No-Show Transaction related to a Peak-Time car rental reservation. This provision applies to U.S. Domestic Transactions. *(This only applies in the U.S. Region.)*

7. Transaction was Chip-Initiated and contained a valid Cryptogram. This provision applies to Intraregional Transactions in the CEMEA Region. *(This only applies in the CEMEA Region.)*

ID#: 081010-171009-0007675

## Representment Rights and Limitations - Reason Code 83

1. **Effective for Chargebacks processed on or after 16 April 2011,** the Acquirer must not represent a Transaction because of the failure by the Issuer to certify the following: (The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.)

   a. Card status at the time of the Transaction (lost, stolen, counterfeit)

   b. Date  Fraud Activity was reported through VisaNet

   c. Date Account Number was listed on the Exception File

ID#: 050411-010100-0026107

## Representment Processing Requirements - Reason Code 83

Member Message Text:

1. If Credit or Reversal was processed.

   a. Either that applies:

      i.   CRED MMDDYY ARN X...X (23 or 24 digits)

      ii.  REVERSAL MMDDYY

2. If Issuer did not meet the applicable Chargeback conditions

   a. X...X (Specify the reason)

3. Acquirer can remedy the Chargeback.

   a. For Chargeback Condition 1, none required.

   b. For Chargeback Condition 2, AUTH MMDDYY CODE X...X (if applicable)

   c. Chargeback Condition 1 and 2 - CVV2 NON MATCH; ISSR AUTH'D; CVV2 CHECKED This provision applies to Intraregional Transactions in the CEMEA Region *(This only applies in the CEMEA Region.)*

Documentation:

1. If Credit or Reversal was processed, none required.

2. Issuer did not meet the applicable Chargeback conditions

© 2011 Visa. All Rights Reserved.

a. For a Representment due to an Issuer failing to meet the requirements as specified in Chargeback Rights and Limitations 3, the Acquirer must provide information/documentation to support this claim such as evidence indicating Card Account Number was not listed on the Exception File, or account was not closed, or Transactions were not reported as fraud.

3. If Acquirer can remedy the Chargeback, as follows:

a. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Acquirer

b. Evidence of Imprint and signature or PIN

c. If a Secure Electronic Commerce or Non-Authenticated Security Transaction has an Electronic Commerce indicator value "6," proof that Issuer responded to the Authentication Request with a Cardholder Authentication Verification Value and Authentication Identifier (if applicable)

d. For Chargeback Condition 1, compelling evidence that the Cardholder participated in the Transaction, excluding U.S. Domestic Transactions

e. For a LAC Easy Pay Transactions, "The Participation Request and Consent Form" with Card Imprint and Cardholder signature *(This only applies in the Latin America & Caribbean Region.)*

f. Completed Visa Resolve Online Questionnaire, and for Representment Condition 8, documents to prove. This provision applies to Intraregional Transactions in the CEMEA Region *(This only applies in the CEMEA Region.)*

g. The following provisions apply to Intraregional Transactions in the U.S. Region: *(This only applies in the U.S. Region.)*

   i. For a Fictitious Account Number properly authorized information to prove. *(This only applies in the U.S. Region.)*

   ii. For a Chip-initiated Transaction, documents to prove valid PIN (offline or online). *(This only applies in the U.S. Region.)*

   iii. For a Secure Electronic Commerce Transaction, 3-D Secure Authentication History log to prove authentication. *(This only applies in the U.S. Region.)*

   iv. Documents to prove No-Show Transaction was processed properly, including all of the following: *(This only applies in the U.S. Region.)*

     • Cardholder telephone number and mailing address *(This only applies in the U.S. Region.)*

     • Scheduled check-in date *(This only applies in the U.S. Region.)*

     • Confirmation code *(This only applies in the U.S. Region.)*

   v. Acquirer's log showing the Address Verification Service response of "Y" and carrier certification that merchandise was delivered to the address indicated in the Address Verification Service. *(This only applies in the U.S. Region.)*

   vi. Address Verification Service log and Substitute Transaction Receipt or other record proving Airline ticket sent to Cardholder billing address. *(This only applies in the U.S. Region.)*

   vii. For a CPS/Passenger Transport, Card-Not-Present Transaction, copy of Cardholder signed agreement. *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

viii. For a Preauthorized Health Care Transaction, Preauthorized Health Care Transaction Form that contains a signature and Imprint. *(This only applies in the U.S. Region.)*

ix. For an Advance Payment Service Transaction, all of the following: *(This only applies in the U.S. Region.)*

- Cardholder telephone number *(This only applies in the U.S. Region.)*

- Cardholder mailing address *(This only applies in the U.S. Region.)*

- Confirmation code provided to Cardholder *(This only applies in the U.S. Region.)*

x. For Domestic Transactions in Brazil conducted by Merchants in the following Merchant Category Codes: *(This only applies in the Latin America & Caribbean Region.)*

– 3000-3299, "Airlines, Air Carriers" *(This only applies in the Latin America & Caribbean Region.)*

– 4511, "Airlines and Air Carriers (Not Elsewhere Classified)" *(This only applies in the Latin America & Caribbean Region.)*

– 4722, "Travel Agencies and Tour Operators" *(This only applies in the Latin America & Caribbean Region.)*
   All of the following is required: *(This only applies in the Latin America & Caribbean Region.)*

– Copy of the front of the Card *(This only applies in the Latin America & Caribbean Region.)*

– Copy of the front and back of a legal document that identifies the Cardholder *(This only applies in the Latin America & Caribbean Region.)*

– Copy of a voucher or ticket with passenger's name issued by travel agency and/or airline *(This only applies in the Latin America & Caribbean Region.)*

– Copy of the debit authorization form with all of the following: *(This only applies in the Latin America & Caribbean Region.)*

- Primary Cardholder's name *(This only applies in the Latin America & Caribbean Region.)*

- Passengers names *(This only applies in the Latin America & Caribbean Region.)*

- Account number *(This only applies in the Latin America & Caribbean Region.)*

- Card expiration date *(This only applies in the Latin America & Caribbean Region.)*

- Primary Cardholder's phone number *(This only applies in the Latin America & Caribbean Region.)*

- Airline name *(This only applies in the Latin America & Caribbean Region.)*

- Authorization Code *(This only applies in the Latin America & Caribbean Region.)*

- Transaction amount *(This only applies in the Latin America & Caribbean Region.)*

- Installment Transaction count *(This only applies in the Latin America & Caribbean Region.)*

- Installment Transaction amount *(This only applies in the Latin America & Caribbean Region.)*

- Airport tax amount *(This only applies in the Latin America & Caribbean Region.)*

© 2011 Visa. All Rights Reserved.

- Date of the debit authorization form  *(This only applies in the Latin America & Caribbean Region.)*

- Cardholder signature (must match Cardholder's signature on the signature panel)  *(This only applies in the Latin America & Caribbean Region.)*

xi. For Domestic Transactions in Brazil conducted by Merchants in the following Merchant Category Codes:

– 5814 "Fast Food Restaurants"

– 7922 "Theatrical Producers (Except Motion Pictures) and Ticket Agencies"
The following is required:

– Documentation signed by the Cardholder to prove that Cardholder received services or merchandise at agreed-upon location
*(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007676

## Additional Information - Reason Code 83

1. "Signature on file" notation is not an acceptable signature.

2. Pencil rubbing of the Card or a photocopy of the Card is not considered proof of a valid Imprint.

3. For Chargeback Rights and Limitations 2, use the MOTO or ECI indicator or the Merchant Category Code to determine Transaction type.

ID#: 171009-171009-0007677

## Reason Code 85 Credit Not Processed

### Overview - Reason Code 85

Time Limit: 120 calendar days

A Merchant did not process a Credit Transaction Receipt as required.

ID#: 171009-171009-0007678

### Chargeback Conditions - Reason Code 85

1. **Effective through 15 April 2011,** Cardholder received a Credit or voided Transaction Receipt that was not processed.

2. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Cardholder received a Credit or voided Transaction Receipt that was not processed.

3. All of the following:

   a. Cardholder returned merchandise, cancelled merchandise, or cancelled services

© 2011 Visa. All Rights Reserved.

b. Merchant did not issue or process a Credit or, **effective 16 April 2011**, voided Transaction Receipt

c. **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, Merchant did not issue or process a Credit Transaction Receipt

d. Merchant did not properly disclose or did disclose, but did not apply a limited return or cancellation policy at the time of the Transaction

4. All of the following:

a. Cardholder cancelled a Timeshare Transaction

b. Cancellation was within 14 calendar days from the contract date or receipt date of the contract or related documents

c. Merchant did not issue a Credit Transaction Receipt

5. Any of the following:

a. Cardholder properly cancelled the guaranteed reservation

b. Cardholder was billed a No-Show Transaction and properly cancelled

c. Cardholder provides cancellation code provided by a Hotel or third party booking agent. A Hotel using a third party booking agent must accept the cancellation code provided by the third party booking agent.

d. Merchant or third party booking agent failed to accept cancellation or provide a cancellation code

e. Cardholder attempted to cancel before 6:00 p.m. Merchant Outlet time and the reservation was made within 72 hours of the scheduled arrival date but was billed for a No-Show Transaction

f. A Hotel Merchant or third party booking agent billed for a No-Show Transaction for more than one night's stay and applicable taxes when reservation was cancelled or unclaimed

6. For an Advance Deposit Transaction, one of the following:

a. Cardholder properly cancelled the Advance Deposit Transaction but Merchant did not issue a Credit Transaction Receipt

b. Merchant provided alternate accommodations but did not issue a Credit Transaction Receipt

c. For a U.S. Domestic Transaction, Merchant provided alternate accommodations or an alternate vehicle but did not issue a Credit Transaction Receipt  *(This only applies in the U.S. Region.)*

d. Merchant did not inform Cardholder of the Hotel or Cruise Line cancellation policy

7. An Original Credit Transaction (including a Money Transfer Original Credit Transaction) was not accepted because either:

a. Recipient refused the Original Credit

b. Original Credit is prohibited by local law

© 2011 Visa. All Rights Reserved.

8. For a U.S. Domestic Advance Payment Service Transaction, Cardholder properly cancelled the Advance Payment Service Transaction but Merchant did not issue a Credit Transaction Receipt *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007679


## Chargeback Rights and Limitations - Reason Code 85

1. For Chargeback Condition 1, 2, 3, 4, 5, and 6:

    a. Minimum Chargeback amount for a T&E Transaction is US $25 or equivalent

    b. Minimum Chargeback amount for a Canada Domestic T&E Transaction is CAD $25 *(This only applies in the Canada Region.)*

    c. Minimum Chargeback amount for all other Canada Domestic Transactions is CAD $10

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15  *(This only applies in the Latin America & Caribbean Region.)*

    f. Issuer must determine that the Cardholder attempted to resolve the dispute with the Merchant. (Not applicable if prohibited by local law.)

    g. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

2. **Effective through 15 October 2010,** for Condition 1, Issuer must wait 30 calendar days from date on the Credit Transaction Receipt before initiating a Chargeback.

3. **Effective 16 October 2010,** for Condition 1, Issuer must wait 15 calendar days from date on the Credit Transaction Receipt before initiating a Chargeback.

4. For Chargeback Condition 3, any of the following:

    a. For a dispute involving returned merchandise, Chargeback amount is limited to the unused portion of the returned merchandise

    b. Chargeback is valid if returned merchandise is refused by the Merchant

    c. **Effective through 15 October 2010,** Issuer must wait 30 calendar days from the date of the merchandise was returned prior to exercising the Chargeback right. Does not apply if waiting period causes Chargeback to exceed Chargeback time frame.

    d. **Effective 16 October 2010,** Issuer must wait 15 calendar days from the date the merchandise was returned prior to exercising the Chargeback right. Does not apply if waiting period causes Chargeback to exceed Chargeback time frame.

5. For Chargeback Condition 4, Chargeback is valid for a Timeshare Transaction not processed with the correct Merchant Category Code.

6. **Effective through 15 October 2010,** if the Credit Transaction Receipt is undated, the 30-calendar day waiting period does not apply.

7. **Effective 16 October 2010,** if the Credit Transaction Receipt is undated, the 15-calendar day waiting period does not apply.

© 2011 Visa. All Rights Reserved.

8. Chargeback is valid if a "void" or "cancelled" notation appears on the Transaction Receipt.

ID#: 111011-171009-0007680

## Invalid Chargebacks - Reason Code 85

1. Chargeback is invalid for disputes regarding the quality of the service rendered or the quality of merchandise.

2. ATM Cash Disbursement

3. **Effective through 30 September 2010, effective for Transactions completed on or after 1 March 2010,** for any Cash-Back portion of a Visa or Visa Electron Transaction (This only applies in the AP Region for Members in India and, **effective 1 November 2010,** Australia. *(This only applies in the Asia Pacific Region.)*

4. **Effective 1 October 2010,** for any Cash-Back portion of a Visa Cash-Back Transaction

ID#: 050411-171009-0007681

## Chargeback Time Limit - Reason Code 85

The 120 calendar-day Chargeback time limit is calculated from either the Central Processing Date of the Transaction or one of the following dates as applicable:

1. For Chargeback Condition 1 or 2, any of the following:

    a. Date on the Credit Transaction Receipt

    b. Date of the Cardholder letter, if Credit Transaction Receipt is undated

    c. Date the Issuer received the Cardholder letter, if both the Credit Transaction Receipt and Cardholder letter are undated

2. For Chargeback Condition 3, date the merchandise was received or the expected date to receive services

3. For Chargeback Condition 6a, date of the Cardholder cancellation

4. For Chargeback Condition 6b and 6c, date of Cardholder's scheduled arrival

5. For Chargeback Condition 7, Processing Date of the Original Credit, excluding a U.S. Domestic Transaction

ID#: 111011-171009-0007682

## Chargeback Processing Requirements - Reason Code 85

If multiple Member Message Text are used, a Member may submit the Visa Resolve Online Dispute Questionnaire.

1. For Chargeback Condition 1 and 2:

    a. Member Message Text: CREDIT NOT PROCESSED

    b. Documentation: Both:

© 2011 Visa. All Rights Reserved.

    i.   Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating Cardholder attempted to resolve the dispute with the Merchant

    ii.   Copy of credit or voided Transaction Receipt

2. For Chargeback Condition 3:

   a.  Member Message Text:

    i.   MERCHANDISE RETURNED MMDDYY

    ii.   MERCHANDISE CANCELLED MMDDYY

    iii.  SERVICE CANCELLED MMDDYY

   b.  Documentation:

    i.   Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating all of the following:

- Date merchandise was cancelled or returned or service cancelled
- Name of shipping company, if applicable
- Invoice/tracking number, if available
- Date Merchant received merchandise, if available
- Cardholder attempted to resolve the dispute with the Merchant

    ii.   **Effective through 15 April 2011,** proof that Merchant refused the return of merchandise, refused to provide a return merchandise authorization, or informed the Cardholder not to return the merchandise, excluding U.S. Domestic Transactions, if applicable

    iii.  **Effective for Chargebacks processed on or after 16 April 2011,** in lieu of documentation, Issuer certification that Merchant refused the return of merchandise, refused to provide a return merchandise authorization, or informed the Cardholder not to return the merchandise, if applicable. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

    iv.  **Effective for Chargebacks processed on or after 16 April 2011,** for Transactions involving Issuers or Acquirers in Visa Europe, proof that Merchant refused the return of merchandise, refused to provide a return merchandise authorization, or informed the Cardholder not to return the merchandise, if applicable *(This only applies in Visa Europe.)*

3. For Chargeback Condition 4:

   a.  Member Message Text:

    i.   TIMESHARE CANC MMDDYY & CONTRACT RECEIPT MMDDYY (contract receipt date if applicable)

    ii.   CH ATTEMPT TO RESOLVE

   b.  Documentation: None required.

4. For Chargeback Condition 5:

   a.  Member Message Text:

    i.   CANC MMDDYY CODE XXXX

    ii.   CH ATTEMPT TO RESOLVE

© 2011 Visa. All Rights Reserved.

   iii. **Effective 15 October 2011,** CH NOT ADVISED OF CANC POLICY

  b. Documentation:

   i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating any of the following:

   ii. Cardholder properly cancelled the guaranteed reservation and one of the following:

    • Merchant billed a No-Show Transaction

    • Merchant failed to accept cancellation or provide a cancellation code

    • Reservation was made within 72 hours of arrival date and canceled prior to 6 p.m.

   iii. A Hotel Merchant or third party booking agent billed a No-Show Transaction for more than one night's stay

   iv. Cancellation code, if available

5. For Chargeback Condition 6 and 8:

  a. Member Message Text:

   i. For Chargeback Condition 6a or 6b, any of the following:

   ii. CANC MMDDYY CODE XXXX

   iii. ALT ACCOMM PROVIDED NO CREDIT ISSUED

   iv. CH NOT ADVISED OF CANC POLICY

   v. CH ATTEMPT TO RESOLVE

   vi. For a U.S. Domestic Transaction, for Chargeback Condition 6b or 6c, either that applies: *(This only applies in the U.S. Region.)*

    • DATE CANC MMDDYY  *(This only applies in the U.S. Region.)*

    • ALT ACCOMM/VEHICLE PROVIDED NO CREDIT ISSUED *(This only applies in the U.S. Region.)*

  b. Documentation: None required.

6. For Chargeback Condition 7:

  a. **Effective for Chargebacks processed through 15 April 2011,** Member Message Text:

   i. RECIPIENT REFUSES CREDIT

   ii. NOT ALLOWED BY LOCAL LAW

  b. **Effective for Chargebacks processed on or after 16 April 2011,** Member Message Text:

   i. RECIPIENT REFUSES CREDIT

   ii. NOT ALLOWED BY LOCAL LAW

  c. Documentation: None required.

ID#: 111011-171009-0007683

© 2011 Visa. All Rights Reserved.

## Representment Time Limit - Reason Code 85

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007684

## Representment Processing Requirements - Reason Code 85

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
      i. CRED MMDDYY ARN X...X (23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text: Either that applies:
      i. X...X (Specify the reason)
      ii. For Chargeback Condition 3, RETURNED MDSE NOT RECEIVED (if applicable)
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. For Chargeback Condition 1:
      i. Member Message Text: X...X (Specify the reason)
      ii. Documentation: None required.
   b. For Chargeback Condition 3:
      i. Member Message Text: None required
      ii. Documentation: Both:
         • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer
         • Transaction Receipt or other records to prove Merchant properly disclosed a limited return or cancellation policy at the time of the Transaction, as applicable
   c. For Chargeback Condition 4:
      i. Member Message Text: None required.
      ii. Documentation:
         • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer
         • Documents to prove that Transaction was not cancelled within 14 calendar days of the contract receipt date
   d. For Chargeback Condition 5:
      i. Member Message Text: None required.
      ii. Documentation:

© 2011 Visa. All Rights Reserved.

- • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer
- • Explanation of why the cancellation code was invalid, if applicable

e. For Chargeback Condition 6

   i. Member Message Text: None required.

   ii. Documentation: Both:

- • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer
- • Documents to prove that Cardholder was informed about cancellation policy (if applicable)

f. For Chargeback Condition 8, Originating Member can remedy the Chargeback.

   i. Member Message Text: X...X (Specify the reason)

   ii. Documentation: None required.

ID#: 081010-171009-0007685

## Additional Information - Reason Code 85

1. If merchandise was shipped prior to cancellation the Cardholder must return the merchandise, if received.

2. If the Issuer provides a valid Credit or voided Transaction Receipt to support a cancellation or return:

   a. Proper disclosure of the Merchant's refund policy will not be considered

   b. Cardholder attempt to resolve with Merchant is not required

3. For Chargeback Condition 1 or 2, any of the following:

   a. Refund acknowledgments and credit letters do not qualify as Credit Transaction Receipts unless they contain all required data.

   b. A lost ticket application or refund application is not considered a Credit Transaction Receipt

   c. An Issuer must not initiate a Chargeback regarding Value-Added Tax (VAT) unless the Cardholder provides a Credit Transaction Receipt

4. For Chargeback Condition 3, any of the following:

   a. Proof of shipping does not constitute proof of receipt

   b. Merchant is responsible for goods held within its own country's customs agency

5. For Chargeback Condition 4, Visa recommends that the Issuer provide a copy of the cancellation notification to the Merchant.

6. For Representment of Chargeback Condition 5, an explanation of why a cancellation code was not provided, if applicable.

ID#: 140511-171009-0007686

© 2011 Visa. All Rights Reserved.

## Reason Code 86 Paid by Other Means

### Overview - Reason Code 86

Time Limit: 120 calendar days

Merchandise or service was received but paid by other means.

ID#: 171009-171009-0007687

### Chargeback Conditions - Reason Code 86

Cardholder paid for the same merchandise or service by other means.

ID#: 171009-171009-0007688

### Chargeback Rights and Limitations - Reason Code 86

1. Minimum Chargeback amount:

    a. For a T&E Transaction, US $25 or equivalent

    b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Prior to exercising the Chargeback right, Cardholder must attempt to resolve with Merchant, unless prohibited by local law.

3. Chargeback is valid when the contract reflects that the Merchant accepted a voucher issued by a third party as payment of goods or services rendered, and subsequently bills the Cardholder because the Merchant is unable to collect payment from the third party.

ID#: 111011-171009-0007689

### Invalid Chargebacks - Reason Code 86

Chargeback invalid for any of the following:

1. Initial payment of a Delayed Delivery Transaction if the balance payment is not authorized and the balance was not paid by alternate means

© 2011 Visa. All Rights Reserved.

2. If payment for services made to two different Merchants, e.g., payment to travel agent and T&E Merchant, unless there is evidence that the payment was passed from the travel agent to the T&E Merchant

ID#: 010410-171009-0007690

## Chargeback Time Limit - Reason Code 86

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007691

## Chargeback Processing Requirements - Reason Code 86

Member Message Text: None required.

Documentation:

All of the following:

1. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Issuer

2. Proof that Merchant received payment by other means

    a. Supply Visa Acquirer Reference Number or Transaction information, if paid by a Visa Card, or supply statement, if paid by other card. This requirement does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

    b. Cash receipt or copy of front and back of check. This requirement does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

3. For Chargeback Rights and Limitations 3, evidence that the Merchant accepted the voucher for payment towards merchandise or service (e.g., rental contract showing that voucher was accepted by Merchant)

4. Cardholder attempted to resolve the dispute with the Merchant

5. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007692

## Representment Time Limit - Reason Code 86

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007693

## Representment Processing Requirements - Reason Code 86

1. Credit or Reversal was processed.

    a. Member Message Text: Either that applies:

© 2011 Visa. All Rights Reserved.

      i.   CRED MMDDYY ARN X...X (23 or 24 digits)

      ii.  REVERSAL MMDDYY

  b.  Documentation: None required.

2.  Issuer did not meet the applicable Chargeback conditions.

  a.  Member Message Text: X...X (Specify the reason)

  b.  Documentation: None required.

3.  Acquirer can remedy the Chargeback.

  a.  Member Message Text: None required.

  b.  Documentation: Both:

      i.   Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

      ii.  Documents (other than Transaction Receipts) to prove that Merchant did not receive payment by other means for the same merchandise or service

ID#: 171009-171009-0007694

# Reason Code 90 Non-Receipt of Cash or Load Transaction Value at ATM or Load Device

## Overview - Reason Code 90

Time Limit: 120 calendar days

Cardholder participated in the Transaction, and did not receive, or received only a portion of cash or Load Transaction value

ID#: 171009-171009-0007695

## Chargeback Conditions - Reason Code 90

1.  Cardholder participated in the Transaction and did not receive cash or Load Transaction value or received a partial amount.

ID#: 171009-171009-0007696

## Chargeback Rights and Limitations - Reason Code 90

1.  Chargeback is limited to:

  a.  Amount not received

  b.  For Canada Domestic Transactions, Transactions over CAD $10 *(This only applies in the Canada Region.)*

© 2011 Visa. All Rights Reserved.

   c.  For all Domestic Transactions in Brazil, Transactions over R $15 *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007697

## Invalid Chargebacks - Reason Code 90

1.  Chargeback is invalid when Cardholder states that the Transaction was fraudulent or the Transaction was posted twice.

ID#: 171009-171009-0007698

## Chargeback Time Limit - Reason Code 90

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007699

## Chargeback Processing Requirements - Reason Code 90

Member Message Text:

1.  CASH/VALUE NOT RECEIVED
2.  CASH/VALUE AMT $XXXX RECD $XXXX

Documentation: None required.

ID#: 171009-171009-0007700

## Representment Time Limit - Reason Code 90

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007701

## Representment Processing Requirements - Reason Code 90

1.  Credit or Reversal was processed.
    a.  Member Message Text: Either that applies:
        i.   CRED MMDDYY ARN X...X (23 or 24 digits)
        ii.  REVERSAL MMDDYY
    b.  Documentation: None required.
2.  Issuer did not meet the applicable Chargeback conditions.
    a.  Member Message Text: X...X (Specify the reason)
    b.  Documentation: None required.

© 2011 Visa. All Rights Reserved.

3. Acquirer can remedy the Chargeback.

    a. Member Message Text: Either that applies:

        i. TX TIME HH:MM, SEQ #XXXXX, AMT DISPNS $XXX.XX

        ii. ACQR CERTS ATM IN BALANCE ON MMDDYY

    b. Documentation: None required.

ID#: 171009-171009-0007702

# Reason Code 93 Merchant Fraud Performance Program

## Overview - Reason Code 93

Time Limit: 120 calendar days

Visa notified the Issuer that the Transaction is identified by the Merchant Fraud Performance Program. This provision does not apply to U.S. Domestic Transactions.

ID#: 171009-171009-0007703

## Chargeback Conditions - Reason Code 93

Both:

1. Visa notified the Issuer that the Transaction is identified by the Merchant Fraud Performance Program

2. Issuer has not successfully charged back the Transaction for another reason

ID#: 171009-171009-0007704

## Chargeback Rights and Limitations - Reason Code 93

1. Minimum Chargeback amount:

    a. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    b. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    c. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    d. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007705

© 2011 Visa. All Rights Reserved.

## Invalid Chargebacks - Reason Code 93

Chargeback is invalid for Emergency Cash Disbursements.

ID#: 171009-171009-0007706

## Chargeback Time Limit - Reason Code 93

120 calendar days from the date of the identification by the Merchant Fraud Performance Program

ID#: 171009-171009-0007707

## Chargeback Processing Requirements - Reason Code 93

Member Message Text: MFP RPT DT MMDDYY

Documentation: One of the following:

1. None required.
2. For Intraregional counterfeit Transactions in the AP Region, the Issuer's Center manager must provide the Acquirer with written certification of all of the following: *(This only applies in the Asia Pacific Region.)*
   a. Issuer was a participant in the Card Verification Service at the time of the Transaction *(This only applies in the Asia Pacific Region.)*
   b. Card was encoded with the Card Verification Value *(This only applies in the Asia Pacific Region.)*
   c. Issuer did not approve an invalid or failed Card Verification Value-qualified Authorization Request *(This only applies in the Asia Pacific Region.)*

ID#: 171009-171009-0007708

## Representment Time Limit and Conditions - Reason Code 93

45 calendar days from the Chargeback Processing Date.

ID#: 171009-171009-0007709

## Representment Rights and Limitations - Reason Code 93

1. For an Intraregional Transaction in the AP Region, an Acquirer may represent the Transaction if all of the following occurred: *(This only applies in the Asia Pacific Region.)*
   a. Transaction originated at a Zero Floor Limit Merchant Outlet through a Magnetic-Stripe Terminal capable of reading the Card Verification Value *(This only applies in the Asia Pacific Region.)*

© 2011 Visa. All Rights Reserved.

b.  Value of "90" was present in field 22 of the Transaction generation method indicator field *(This only applies in the Asia Pacific Region.)*

c.  Issuer approved an invalid Card Verification Value response *(This only applies in the Asia Pacific Region.)*

ID#: 171009-171009-0007710

## Representment Processing Requirements - Reason Code 93

1.  Credit or Reversal was processed.

    a.  Member Message Text: Either that applies:

        i.  CRED MMDDYY ARN X...X (23 or 24 digits)

        ii.  REVERSAL MMDDYY

    b.  Documentation: None required.

2.  Issuer did not meet the applicable Chargeback conditions.

    a.  Member Message Text: X...X (Specify the reason)

    b.  Documentation: None required.

3.  Acquirer can remedy the Chargeback.

    a.  Member Message Text: PREV CB MMDDYY RC XX

    b.  Documentation:

        i.  One of the following:

            •  None required.

            •  For an Intraregional Transaction in the AP Region, Acquirer must provide the Issuer with a copy of the Authorization log documenting the invalid Card Verification Value response *(This only applies in the Asia Pacific Region.)* .

ID#: 171009-171009-0007711

## Additional Information - Reason Code 93

1.  If an Issuer has charged back the Transaction using another reason code and the Acquirer successfully represented, the Issuer may charge back the Transaction as a second first Chargeback only when Notification is received that the Merchant is identified by the Merchant Fraud Performance Program. The time limit for the second Chargeback begins with the date the Notification is received.

ID#: 171009-171009-0007712

© 2011 Visa. All Rights Reserved.

# Reason Code 96 Transaction Exceeds Limited Amount

## Overview - Reason Code 96 (Updated)

**Effective for Transactions completed through 14 October 2011:**

Time Limit: 75 calendar days

An Unattended Acceptance Terminal that performs Cardholder-Activated Transaction Type A or Cardholder-Activated Transaction Type B exceeded the allowed amount.

ID#: 111011-171009-0007713

## Chargeback Conditions - Reason Code 96 (Updated)

**Effective for Transactions completed through 14 October 2011:**

1. A Cardholder-Activated Transaction Type A or Cardholder-Activated Transaction Type B exceeds the permitted amount, excluding a U.S. Domestic Transaction.

2. For a U.S. Domestic Transaction, one of the following: *(This only applies in the U.S. Region.)*

    a. Limited-Amount Terminal Transaction exceeded US $25 *(This only applies in the U.S. Region.)*

    b. Self-Service Terminal Transaction exceeded US $50, excluding a Transaction at an Automated Fuel Dispenser *(This only applies in the U.S. Region.)*

    c. For an Automated Fuel Dispenser Transaction, excluding a Real-Time Clearing Transaction, one of the following: *(This only applies in the U.S. Region.)*

        i. For a Visa Fleet Card, Transaction exceeded US $150 *(This only applies in the U.S. Region.)*

        ii. For all other Cards, Transaction exceeded US $75 *(This only applies in the U.S. Region.)*

        iii. For a Real-Time Clearing Transaction, Transaction exceeded US $500 *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007714

## Chargeback Rights and Limitations - Reason Code 96

**Effective for Transactions completed through 14 October 2011:**

1. Minimum Chargeback amount:

    a. For a T&E Transaction, US $25 or equivalent

    b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

© 2011 Visa. All Rights Reserved.

    c.  For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d.  For a Canada Domestic Limited-Amount Terminal Transaction, Chargeback amount must exceed CAD X *(This only applies in the Canada Region.)*

    e.  **Effective for Chargebacks processed on or after 1 July 2010,** for a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    f.  **Effective for Chargebacks processed on or after 1 July 2010,** for all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.  Either of the following, excluding U.S. Domestic Transactions: [126]

    a.  For a Cardholder-Activated Transaction Type A, Chargeback is valid for the entire Transaction amount

    b.  For a Cardholder-Activated Transaction Type B, Chargeback is valid only for the amount exceeding US $100, excluding a Real-Time Clearing Transaction.

3.  For a Real-Time Clearing Transaction, Chargeback is valid only for the amount exceeding the authorized amount. [127]

4.  For a U.S. Domestic Transaction, any of the following that apply: *(This only applies in the U.S. Region.)*

    a.  One of the following: *(This only applies in the U.S. Region.)*

        i.  For a Limited-Amount Terminal Transaction, Chargeback is valid for the entire Transaction amount *(This only applies in the U.S. Region.)*

        ii.  For a Self-Service Terminal Transaction, excluding an Automated Fuel Dispenser, Chargeback is valid only for the amount exceeding US $50 *(This only applies in the U.S. Region.)*

    b.  For an Automated Fuel Dispenser Transaction, Chargeback is valid only for the amount exceeding one of the following amounts: *(This only applies in the U.S. Region.)*

        i.  For Visa Fleet Card, US $150 *(This only applies in the U.S. Region.)*

        ii.  For all other Cards, US $75 *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007715


## Invalid Chargebacks - Reason Code 96 (Updated)

**Effective for Transactions completed through 14 October 2011,** Chargeback is invalid for any of the following:

1.   In-Transit Service Transaction, excluding U.S. Domestic Transactions

---

126  Effective for Transactions completed through 31 March 2009, for Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe, Chargeback is valid for the entire Transaction amount.

127  Provisions related to Real-Time Clearing are not applicable to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe.

© 2011 Visa. All Rights Reserved.

2. For a U.S. Domestic Transaction, ATM Cash Disbursement *(This only applies in the U.S. Region.)*

3. In the AP Region, a domestic Australia Bill Payment Transaction *(This only applies in the Asia Pacific Region.)*

ID#: 151011-171009-0007716

## Chargeback Time Limit - Reason Code 96 (Updated)

**Effective for Transactions completed through 14 October 2011,** 75 calendar days from the Transaction Processing Date

ID#: 111011-171009-0007717

## Chargeback Processing Requirements - Reason Code 96 (Updated)

**Effective for Transactions completed through 14 October 2011,** Member Message Text:

1. None required.

2. For a U.S. Domestic Transaction, one of the following: *(This only applies in the U.S. Region.)*

   a. LIMIT-AMT TERM TRANS EXCEEDS $25 *(This only applies in the U.S. Region.)*

   b. SELF-SERV TERM TRANS EXCEEDS $XXX (50, 75, 150) *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007718

## Documentation - Reason Code 96 (Updated)

**Effective for Transactions completed through 14 October 2011,** none required.

ID#: 111011-171009-0007719

## Representment Time Limit - Reason Code 96 (Updated)

**Effective for Transactions completed through 14 October 2011,** 45 calendar days from the Chargeback Processing Date

ID#: 111011-171009-0007720

## Representment Rights and Limitations - Reason Code 96 (Updated)

1. **Effective for Transactions completed through 14 October 2011,** for a U.S. Domestic Transaction, Transaction type was not for a Self-Service or Limited-Amount Terminal *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007721

© 2011 Visa. All Rights Reserved.

**Representment Processing Requirements - Reason Code 96 (Updated)**

**Effective for Transactions completed through 14 October 2011:**

1. Credit or Reversal was processed.

    a. Member Message Text: Either that applies:

        i. CRED MMDDYY ARN X...X (23 or 24 digits)

        ii. REVERSAL MMDDYY

        iii. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

    a. Member Message Text: X...X (Specify the reason)

    b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

    a. Member Message Text: None required.

    b. Documentation: Both:

        i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

        ii. Documents to prove either:

        • Transaction was not a Cardholder-Activated Transaction Type A or Cardholder-Activated Transaction Type B, excluding a U.S. Domestic Transaction

        • Transaction did not exceed limited amount

        • For a U.S. Domestic Transaction, Transaction type was not for a Self-Service or Limited-Amount Terminal  *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007722

# Arbitration

## Arbitration Process

### Arbitration Description

Arbitration allows Visa to assign liability for a disputed Transaction when the Chargeback and Representment process fails to resolve the dispute.

© 2011 Visa. All Rights Reserved.

If an Issuer disputes a Representment from an Acquirer, the Issuer may file for Arbitration with Visa. In Arbitration, Visa decides which party is responsible for the disputed Transaction. The decision by Visa is final, except for any right of appeal permitted, and must be accepted by both the Issuer and Acquirer. During Arbitration, the Arbitration and Compliance Committee reviews all documentation/ information submitted by both Members to determine who has final liability for the Transaction. The filing Member is liable for any difference due to currency fluctuation between the amount originally presented and the Chargeback or Representment amount.

ID#: 171009-171009-0007036

## Pre-Arbitration Conditions (Updated)

Before filing for Arbitration, the requesting Member must make a pre-Arbitration attempt if any of the following conditions apply:

- New documentation or information is being provided to the opposing Member about the dispute

- The Issuer changes the reason code for the dispute after the Representment was processed

- Acquirer represented for Chargeback Reason Code 81 "Fraudulent - Card-Present Transaction" involving an Airline Transaction or for Chargeback Reason Code 83 "Fraud - Card-Absent Environment" with compelling evidence that the Cardholder participated in the Transaction. For Transactions involving Visa Europe Members, the Issuer must include recertification that states that the Cardholder did not participate in the Transaction.

- The Transaction is an ATM Transaction and the ATM Transaction Record is required. The Issuer must certify that either:

  – The Cardholder requires a copy of the ATM Transaction Record

  – The ATM Transaction Record is required for legal or insurance purposes

**Effective through 31 December 2013,** the Acquirer or Load Acquirer must provide a copy of the ATM Transaction Record at pre-Arbitration to prove disbursed cash amount or Load Transaction value. The Transaction Record must be in English with an explanation or key to the data fields in the Transaction Record.

**Effective 1 January 2014,** the Acquirer must provide a copy of the ATM Transaction Record at pre-Arbitration to prove disbursed cash amount or Load Transaction value. The Transaction Record must be in English with an explanation or key to the data fields in the Transaction Record.

ID#: 111011-171009-0002878

## Pre-Arbitration Acceptance - ATM Disputes

An Acquirer that receives a pre-Arbitration attempt, as specified in Pre-Arbitration Conditions, must supply within 30 calendar days of the pre-Arbitration notification date, a copy of the ATM Cash Disbursement Transaction log containing at least:

- Account Number

- Transaction Date

© 2011 Visa. All Rights Reserved.

- Transaction time or sequential number identifying the individual Transaction

- ATM number

- Code indicating whether the Transaction was successful

The Transaction Record must be in English with an explanation or key to the data fields in the Transaction Record.

ID#: 171009-171009-0001444

## Pre-Arbitration Attempt Information

A pre-Arbitration attempt must include the information required in Pre-Arbitration Attempt (Visa Resolve Online Dispute Questionnaire or Exhibit 2N).

ID#: 171009-171009-0001414

## Pre-Arbitration Attempt Using Visa Resolve Online

The pre-Arbitration attempt must be initiated using Visa Resolve Online, at least 30 calendar days prior to the Arbitration filing date.

If an Issuer is not required to send a pre-Arbitration notification to the Acquirer, but elects to do so, the Issuer must still provide the Acquirer with 30 calendar days for a response and the notification must include the field information.

ID#: 171009-171009-0001415

## Accepting Financial Liability for Pre-Arbitration

If the opposing Member accepts financial responsibility for the disputed Transaction, it must credit the requesting Member for the last amount received by the requesting Member through VisaNet within 30 calendar days of the pre-Arbitration attempt date.

ID#: 171009-171009-0001896

## Accepting Financial Liability for Pre-Arbitration - U.S. Region

For U.S. Domestic Transactions, if the opposing Member accepts financial responsibility for the disputed Transaction, it must either:

- Credit the requesting Member through VisaNet within 30 calendar days of the pre-Arbitration notification date

- Credit the requesting Member through Visa Resolve Online within 30 calendar days of the pre-Arbitration notification date

ID#: 171009-171009-0007368

© 2011 Visa. All Rights Reserved.

## Not Accepting Financial Liability for Pre-Arbitration

If the opposing Member does not accept financial responsibility for the disputed Transaction, the requesting Member may pursue Arbitration.

ID#: 171009-171009-0001418

# Filing for Arbitration

## Arbitration Filing Reasons

The conditions under which a Member may file for Arbitration include, but are not limited to:

- **Effective through 15 April 2011,** required documentation to support the Representment was incomplete or not transmitted within 8 calendar days of the Representment Processing Date
- **Effective 16 April 2011,** required documentation to support the Representment was incomplete or not transmitted within 5 calendar days of the Representment Processing Date
- Acquirer improperly represented a Chargeback
- Issuer processed a prohibited second Chargeback following any Representment
- Acquirer processed a prohibited second Representment
- Acquirer Reference Number/Tracing Data or Account Number did not match the original data in the first Presentment or Chargeback record

The conditions under which a Member may be held liable for a disputed Transaction include, but are not limited to:

- A Chargeback or Representment was initiated past the time frame allowed
- Required supporting documentation/information was not sent to the opposing Member
- Member was not able to demonstrate to Visa that its case was reasonable

When a Cardholder disputes the Transaction for several issues, the Merchant's rebuttal should address all issues. The Issuer may present the Merchant's rebuttal to the Cardholder so that the Cardholder can address any issues raised by the Merchant.

Any documentation/information supplied at Arbitration that has not been previously submitted to the opposing Member at the pre-Arbitration stage will not be considered or reviewed by the Committee.

ID#: 111011-171009-0002604

## Arbitration Filing Authority

The requesting Member may file its Arbitration request with either:

- Its Group Member

© 2011 Visa. All Rights Reserved.

• Visa

In Visa Europe, the option to file directly with Visa International applies only to a Member that does not have a Group Member.

ID#: 171009-171009-0001421

## Arbitration Filing Time Limit

The requesting Member must file its Arbitration request with Visa within one of the following:

• 30 calendar days of the Processing Date of the last Chargeback or Representment, if pre-Arbitration was not initiated
• For disputes involving pre-Arbitration, 60 calendar days of the Processing Date of the last Chargeback or Representment. The 60 calendar-day period includes the 30 calendar-day pre-Arbitration waiting period

The Processing Date is not counted as one day.

ID#: 171009-171009-0001447

## Group Member Filing Time Limit

In addition to the time limits specified in Arbitration Filing Time Limit, a Group Member has 30 additional calendar days to forward a case submitted by its Member to Visa. In Visa Europe, the option to file directly with Visa International applies only to a Member that does not have a Group Member.

ID#: 171009-171009-0001423

## Required Documentation for Arbitration

When seeking Arbitration, the requesting Member must provide all of the following, in English:

• Information required in Visa Resolve Online Dispute Questionnaire or Summary of Arbitration Documentation for each Transaction
• Information required in Visa Resolve Online Dispute Questionnaire or Pre-Arbitration Attempt
• Information required in Visa Resolve Online Dispute Questionnaire or Dispute Resolution Form, as applicable
• For non-English documents, translations (unless the requesting Member did not receive the previously submitted documents in English)
• Any supporting documentation to ensure a fair decision, such as Authorization records, registers, Merchant documents, and Member files

© 2011 Visa. All Rights Reserved.

Additional information or documentation not previously provided to the opposing Member must not be included in the case filing, unless specifically requested by the Arbitration and Compliance Committee.

ID#: 171009-171009-0001424

## Arbitration Filing Fee Collection

Visa collects a filing fee through VisaNet for requests submitted to Visa.

ID#: 171009-171009-0001425

## Arbitration Notification

The Member must send the Arbitration documentation for Arbitration cases electronically, using Visa Resolve Online.

ID#: 171009-171009-0002397

## Invalid Arbitration Request for Group Members

If the Group Member determines that a request is invalid, it must return the request to the requesting Member. The requesting Member has no further recourse with Visa.

ID#: 171009-171009-0001427

## Visa Arbitration Case Rejection

If a request for Arbitration is rejected by the Arbitration and Compliance Committee, the filing fee may still be charged. If the Arbitration and Compliance Committee determines that a request is invalid, it may reject the case and retain the filing fee in circumstances, such as one of the following:

- Requesting Member did not file the request within the required time limits
- Multiple Acquirers, Issuers, Account Numbers, Merchants and filing reasons are involved
- A bundled case filing, containing more than 10 Chargebacks, was submitted

ID#: 081010-171009-0001449

## Visa Notification of Arbitration Case Acceptance

For a valid request, Visa notifies both Members of case acceptance.

ID#: 171009-171009-0001429

© 2011 Visa. All Rights Reserved.

## Opposing Member's Response to Arbitration Case Acceptance

If the opposing Member chooses to respond, it must do so within 14 calendar days of the Visa Notification date, and either:

- Respond to the Notification
- Accept financial responsibility for the Transaction through Visa Resolve Online

ID#: 171009-171009-0001430

## Requesting Member's Withdrawal of Arbitration Case

The requesting Member may withdraw its request. Once the case is withdrawn, Visa will collect the filing fee from the responsible Member through VisaNet.

ID#: 171009-171009-0002521

## Member Exceptions Due to Visa System Problems During the Chargeback and Arbitration Process

In the event a Member misses a deadline or fails to submit documentation electronically due to Visa back office service platform failure, Visa may negate the impact by granting an exception to Visa dispute processing deadlines or documentation requirements.

ID#: 171009-171009-0006595

## Arbitration Financial Liability

An Arbitration decision may result in either:

- One Member assigned full liability
- Members sharing financial liability

The responsible Member is financially liable for all of the following:

- Transaction amount
  - If the opposing Member is responsible, the requesting Member may collect this amount from the opposing Member through VisaNet within 60 calendar days of written Notification from the Arbitration and Compliance Committee.
  - For U.S. Domestic Transactions, Visa will debit or credit the Members involved as appropriate, through the Global Member Billing Solution. *(This only applies in the U.S. Region.)*
- Review fee
  - If the responsible Member has domestic currency exchange controls, Visa collects this fee through VisaNet within 30 calendar days of Notification to the Member.

© 2011 Visa. All Rights Reserved.

• Filing fee

When the case is adjudicated Visa will collect the filing and review fees through VisaNet from the responsible Member.

Either Member in an Arbitration dispute may also be liable for a penalty fee for each technical violation of the applicable Operating Regulations. Technical penalty fees do not apply to Visa Europe Members.

ID#: 111011-171009-0003623

## Arbitration Appeal

### Arbitration Appeal Amount

The U.S. dollar amount, or local currency equivalent of the case, determines whether the adversely affected Member may appeal the decision, as shown in the following table:

**Arbitration Appeal Rights**

| Disputed Amount | Appeal Right | Appeal Authority |
|---|---|---|
| Less than US $5,000 | No | Not applicable |
| US $5,000 to US $100,000 | **Only** if Member can provide new evidence not previously available at the time of the original case filing | Arbitration and Compliance Committee |
| Greater than US $100,000 | **Only** if Member can provide new evidence not previously available at the time of the original case filing | Arbitration and Compliance Committee |

ID#: 111011-171009-0002997

### Arbitration Appeal Time Limit

The adversely affected Member must file for appeal within 60 calendar days of the decision Notification date.

ID#: 171009-171009-0002998

### Arbitration Appeal Filing Fee

The requesting Member:

• Is assessed a filing fee as specified in the applicable regional fee guide

© 2011 Visa. All Rights Reserved.

• Must not collect the filing fee from the opposing Member if the original decision is reversed

ID#: 111011-171009-0000861

### Finality of Decision on Arbitration Appeal

The decision on any permitted appeal is final and not subject to any challenge.

ID#: 171009-171009-0001440

# Compliance

## Compliance Process

### Compliance Description

Compliance allows a Member that has no Chargeback, Representment, pre-Arbitration, or Arbitration right to file a complaint against a Member for a violation of the *Visa International Operating Regulations*. A requesting Member is liable for any difference due to currency fluctuation between the amount originally presented and the Chargeback or Representment amount.

ID#: 010410-171009-0001454

## Compliance Filing Conditions

### Compliance Filing Conditions

A Member may file for Compliance if all of the following are true:

• Violation of the *Visa International Operating Regulations* occurred

• Member has no Chargeback or Representment right

• Member incurred or will incur a financial loss as a direct result of the violation

• Member would not have incurred the financial loss had the violation not occurred

A violation not involving a Transaction is resolved as specified in Regulation Enforcement, and as deemed appropriate by Visa.

ID#: 171009-171009-0001455

© 2011 Visa. All Rights Reserved.

**Interchange Reimbursement Fee Compliance Filing**

A Member may file for Compliance for violations of the *Visa International Operating Regulations* that result in the assessment of an incorrect Interchange Reimbursement Fee. Conditions and requirements for filing Interchange Reimbursement Fee Compliance are specified in "Interchange Reimbursement Fee Compliance."

ID#: 111011-171009-0003418

# Pre-Compliance for Violations

## Pre-Compliance Conditions

Before filing for Compliance, the requesting Member must attempt to resolve the dispute with the opposing Member. This attempt must include all of the following:

- Attempt date

- Clear identification as pre-Compliance attempt

- Planned Compliance filing date

- All pertinent documentation

- Specific violation of the *Visa International Operating Regulations*

ID#: 171009-171009-0003430

## Pre-Compliance Attempt

A pre-Compliance attempt must include the information required in the Pre-Compliance Attempt Questionnaire. The pre-Compliance attempt must be sent electronically, using Visa Resolve Online, at least 30 calendar days prior to the Compliance filing date.

ID#: 171009-171009-0003431

## Pre-Compliance Acceptance

If the opposing Member accepts financial liability for the disputed Transaction, it must credit the requesting Member for the last amount received by the requesting Member through VisaNet within 30 calendar days of the pre-Compliance attempt date.

ID#: 171009-171009-0003432

© 2011 Visa. All Rights Reserved.

### Pre-Compliance Rebuttal

If the opposing Member does not accept financial liability for the disputed Transaction, the requesting Member may pursue Compliance.

ID#: 171009-171009-0003433

### Pre-Compliance Response

Acceptance or rebuttal of a pre-Compliance attempt must be made through Visa Resolve Online.

ID#: 171009-171009-0003434

### Data Compromise Recovery Event Resolution

**Effective for data compromise event alerts issued on or after 1 October 2007,** a violation involving a data compromise event is not resolved through Compliance. Such violations are resolved through the Data Compromise Recovery Solution, as specified in "Data Compromise Recovery Solution (DCRS)" and as determined by Visa.

ID#: 111011-010100-0026000

### Data Compromise Recovery - U.S. Region

In the U.S. Region, violations involving storage of the full contents of a track on the Magnetic Stripe and/or the PIN subsequent to Authorization of a Transaction, failure to comply with the PIN Management Requirements Documents, or non-compliance with the Payment Card Industry Data Security Standard (PCI DSS) that could allow a compromise of Magnetic-Stripe Data are not resolved through the Compliance process. Such violations are resolved through the Account Data Compromise Recovery process, as specified in "Account Data Compromise Recovery (ADCR)" and as determined by Visa.

ID#: 050411-010100-0026001

## Compliance for Violations

### Compliance Filing Reasons

A Member may file for Compliance for any violation of the *Visa International Operating Regulations,* except as specified in "Data Compromise Recovery" and "Data Compromise Recovery - U.S. Region."

ID#: 081010-171009-0006998

© 2011 Visa. All Rights Reserved.

**Chargeback Reduction Service Returned Valid Chargeback or Representment for Invalid Data 7.11.A.1.a**

A Member may file for Compliance if the Chargeback Reduction Service returned a valid Chargeback or Representment resulting from a Member transmitting invalid data such as:

- Incorrect Transaction Date
- Incorrect Merchant Category Code
- Invalid indicator for the Merchant or Transaction type
- Incorrect state/country code or special condition indicator

Required Documentation:

**Both:**

- Evidence of incorrect or invalid data
- Evidence Member was able to meet Chargeback or Representment conditions

ID#: 050411-171009-0001462

**Chargeback Reduction Service Returned Transaction with Valid Authorization**

A Member may file for Compliance if the Chargeback Reduction Service returned a Transaction with a valid Authorization.

Required Documentation: **All** of the following:

- Transaction Receipt
- Proof that the Transaction received an Authorization
- Evidence of the Chargeback Reduction Service return

ID#: 050411-171009-0001463

**Visa Reservation Service Compliance Filing**

The provisions in this section also apply to U.S. Domestic Car Rental Peak-Time reservation Transactions. *(This only applies in the U.S. Region.)*

A Member may file for Compliance if a Cardholder used a Card at a Visa Reservation Service to make a reservation, and one of the following occurred:

- Merchant provided alternate accommodations or vehicle but the Cardholder was charged for the Transaction

© 2011 Visa. All Rights Reserved.

    – Required Documentation: Cardholder letter confirming the check-in date or car rental date, Merchant Outlet, and location of the alternate accommodations or vehicle. For U.S. Domestic Transactions, Issuer may provide certification in lieu of the Cardholder letter.

- No-Show Transaction amount was different than that quoted to the Cardholder

    – Required Documentation: Written confirmation copy with the quoted rates

- Merchant did not inform the Cardholder of the exact Merchant Outlet location. Cardholder used and paid for the accommodations or car rental at another outlet of that Merchant.

    – Required Documentation: Payment receipt copy for other Merchant Outlet

ID#: 111011-171009-0001570

## Unauthorized Signature 7.11.A.3

A Member may file for Compliance if a Cardholder's account was charged for a Transaction under the following circumstances (not applicable to Vehicle-Specific Fleet Card Transactions):

- Cardholder denies authorizing or participating in the Transaction

- Card that was lost or stolen, and recovered, was used in the disputed Transaction

- First initial, the first initial of the first name, or the surname of the signature on the Transaction Receipt is not spelled the same as the one on the Card signature panel

- Transaction type was not an Emergency Cash Disbursement, an Emergency Cheque Refund, or a Priority Check-out

Required Documentation: **All** of the following:

- Cardholder letter denying authorization and participation in the Transaction

- Issuer certification, completed Visa Resolve Online Dispute Questionnaire or Unauthorized Signature-Issuer Certification (Exhibit 2G), stating that the recovered Card signature panel was unaltered and describing the Card recovery circumstances. For U.S. Domestic Transactions, completed Visa Resolve Online Dispute Questionnaire or Exhibit 2G *(This only applies in the U.S. Region.)* .

- Transaction Receipt

- Copy of front and back of recovered Card

ID#: 171009-171009-0001465

## Cardholder Letter Required for Legal Purposes

**Effective for pre-Compliance attempts sent on or after 16 April 2011,** a Member may file for Compliance if an Acquirer or Merchant requires a signed Cardholder letter for legal proceedings, for a law enforcement investigation, or if required by local law. This Compliance right does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

Required Documentation: Either:

© 2011 Visa. All Rights Reserved.

- Evidence that the signed Cardholder letter is required for legal proceedings (e.g., court order or subpoena)
- Acquirer certification that the signed Cardholder letter is required by local law or for a law enforcement investigation

ID#: 081010-010100-0025789

## Illegible Fulfillment - Unable to Provide Legible Transaction Receipt Copy

A Member may file for Compliance if an Acquirer cannot remedy Chargeback Reason Code 60, Illegible Fulfillment because it is not able to provide a legible Transaction Receipt copy because it is physically damaged, due to circumstances beyond the Acquirer's or Merchant's control, such as a natural disaster.

ID#: 171009-171009-0007364

## Copy of Transaction Receipt for Legal Proceeding or Law Enforcement Investigation

**Effective through 14 October 2011,** a Member may file for Compliance if an Issuer or Cardholder requires copy of Transaction Receipt for legal proceedings or a law enforcement investigation, and the Retrieval Request was made within 12 months of the Transaction Processing Date.

**Effective 15 October 2011,** a Member may file for Compliance if an Issuer or Cardholder requires a copy of the Transaction Receipt for legal proceedings or a law enforcement investigation, and the Retrieval Request was made within 13 months of the Transaction Processing Date.

Required Documentation: Either:

- Evidence that the Transaction Receipt is required for legal proceedings (e.g., court order or subpoena)
- A written statement from the Issuer stating that the Transaction Receipt is required for a law enforcement investigation

ID#: 111011-171009-0007365

## Non-Card

A Member may file for Compliance if a Merchant created a Transaction Receipt that has an Imprint but no Authorization and the card was not a Visa Card, Visa Electron Card, or Counterfeit Card. This provision does not apply to U.S. Domestic Transactions.

ID#: 171009-171009-0001472

## Authorization Obtained Using Incorrect Data - U.S. Region 3.7.A.1.h

This provision applies to U.S. Domestic Transactions. *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

A Member may file for Compliance if an Authorization was obtained with invalid or incorrect data and Issuer attempted a valid Chargeback which was returned. When an Issuer's and Acquirer's records differ, the V.I.P. System records will prevail. *(This only applies in the U.S. Region.)*

Required Documentation: Copy of the Authorization log and Transaction Receipt to support the discrepancy. *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0003424

## Electronic Commerce Transaction Compliance Reason

This provision does not apply to U.S. Domestic Transactions.

A Member may file for Compliance if a Cardholder requires additional information about an Electronic Commerce Transaction coded with ECI value "6" and both:

- Cardholder did not assert that the Transaction was fraudulent
- Acquirer did not respond to the Retrieval Request with a Fulfillment or responded with a Nonfulfillment Message code "03" or "04"

Required Documentation: Cardholder letter requesting more information about the Transaction

ID#: 111011-171009-0001473

## EMV Liability Shift - Account Generated Counterfeit Fraud

A Member may file for Compliance for account generated counterfeit fraud. Counterfeit Transactions completed in a Card-Present Environment are the liability of the Acquirer, as specified in "EMV Liability Shift - Acquirer Liability for Account Generated Counterfeit Fraud," if all of the following conditions are met:

- Transaction did not take place at a Chip-Reading Device
- Account Number was not resident on the Issuer's Master File on the Transaction Date
- All valid Cards bearing Account Numbers within the same account range as the Counterfeit Card are Chip Cards containing a Visa or Visa Electron Smart Payment Application
- Transaction was below Merchant's Floor Limit and did not receive Authorization
- Account Number was on the Exception File with a Pickup Response on the Processing Date of the Compliance filing and was on the Exception File for a total period of at least 60 calendar days from the date of listing

**Effective 9 December 2010,** the requirements in this section apply to qualifying Transactions, as specified in "EMV Liability Shift Participation."

ID#: 050411-171009-0003135

© 2011 Visa. All Rights Reserved.

## Filing for Compliance

### Compliance Filing Procedures

The requesting Member may file its Compliance request with either:

- Its Group Member
- Visa

In Visa Europe, the option to file directly with Visa International applies only to a Member that does not have a Group Member.

ID#: 171009-171009-0001475

### Compliance Time Limits

The requesting Member must file its request within 90 calendar days of the following dates. The 90 calendar-day period includes pre-Compliance and begins on the day following these dates:

- For a Transaction violation, either:
  - Processing Date
  - Date the Member discovered that a violation occurred (not to exceed 2 years from the Transaction Date), if no evidence of the violation was previously available to the Member
- For other violations, the violation date. If the requesting Member does not meet the allowed time limits, it loses its Compliance right and is financially liable for the Transaction.

ID#: 171009-171009-0003651

### Compliance Time Limit for Group Members

In addition to the time limit specified in Compliance Time Limits, a Group Member has 30 additional calendar days to forward a case submitted by its Member to Visa.

ID#: 171009-171009-0001478

### Terminated Merchant File Information Requirements - U.S. Region

For U.S. Domestic Transactions, for a violation involving the Terminated Merchant File listing requirements, one of the following: *(This only applies in the U.S. Region.)*

- Date the Merchant was notified by the previous Acquirer of its intent to terminate the Merchant Agreement *(This only applies in the U.S. Region.)*
- Date the previous Acquirer should have retroactively listed the Merchant on the Terminated Merchant File *(This only applies in the U.S. Region.)*

© 2011 Visa. All Rights Reserved.

- Day following the date the Member discovered that a violation had occurred, not to exceed 2 years from the Transaction Date, if evidence of the violation was not previously available to the Member *(This only applies in the U.S. Region.)*

For other violations, the violation date. *(This only applies in the U.S. Region.)*

ID#: 111011-171009-0007396

## Compliance Case Filing Through Visa Resolve Online

The requesting Member must file all Compliance cases electronically, using Visa Resolve Online.

ID#: 171009-171009-0003809

## Required Documentation for Compliance

When seeking Compliance, the requesting Member must submit all of the following in English:

- Information required in the Visa Resolve Online Dispute Questionnaire or Summary of Compliance Documentation (Exhibit 2K) for each Transaction
- Information required in the Visa Resolve Online Dispute Questionnaire or Pre-Compliance Attempt (Exhibit 2O)
- If the Compliance involves a prior Chargeback, a completed the Visa Resolve Online Dispute Questionnaire or Dispute Resolution Form (Exhibit 2E) for each Chargeback or Representation
- Any supporting documentation to ensure a fair decision, such as Authorization records, registers, Merchant documents, and Member files
- Documentation substantiating that a financial loss would not have resulted had the violation not occurred
- For non-English documents, translations (unless the requesting Member did not receive the previously submitted documents in English)

Additional information or documentation not previously provided to the opposing Member must **not** be included in the case filing.

ID#: 171009-171009-0001479

## Compliance Filing Fee Collection

Visa collects a filing fee through VisaNet for requests submitted to Visa.

ID#: 171009-171009-0001480

© 2011 Visa. All Rights Reserved.

## Compliance Notification through Visa Resolve Online

The requesting Member must send the required Compliance documentation for Compliance cases electronically, using Visa Resolve Online.

ID#: 171009-171009-0001481

## Invalid Compliance Requests for Group Members

If the Group Member determines that a request is invalid, it must return the request to the requesting Member. The requesting Member has no further recourse with Visa.

ID#: 171009-171009-0001482

## Visa Determination of Invalid Compliance Request

If a request for Compliance is rejected by the Arbitration and Compliance Committee, the filing fee may still be charged.

If the Visa Arbitration and Compliance Committee determines that a request is invalid, it may reject the case and retain the filing fee in certain circumstances, such as one of the following:

- Requesting Member did not file the request within the required time limits
- Multiple Acquirers, Issuers, Account Numbers, Merchants are involved
- A bundled case filing, containing more than 10 Chargebacks, was submitted

ID#: 050411-171009-0001483

## Visa Notification

For a valid request, the Arbitration and Compliance Committee notifies both Members of acceptance.

ID#: 171009-171009-0001484

## Opposing Member's Response

Should the opposing Member choose to respond, it must, respond within 14 calendar days of the Visa Notification date, either:

- Respond to the Notification using Visa Resolve Online
- Accept financial liability for the Transaction by notifying Visa using Visa Resolve Online

ID#: 171009-171009-0001485

© 2011 Visa. All Rights Reserved.

## Compliance Withdrawal Request

The requesting Member may withdraw its request.

ID#: 171009-171009-0001486


## Compliance Filing Fee Collection After Withdrawal Request

Once the case is withdrawn, Visa will collect the filing fee through VisaNet.

ID#: 171009-171009-0001489


## Member Exceptions Due to Visa System Problems During the Compliance Process

In the event a Member misses a deadline or fails to submit documentation electronically due to Visa back office service platform failure, Visa may negate the impact by granting an exception to Visa dispute processing deadlines or documentation requirements.

ID#: 171009-171009-0006594


## Arbitration and Compliance Committee Decision

The Arbitration and Compliance Committee bases its decision on all information available to it at the time of reaching the decision, including, but not limited to, the provisions of the *Visa International Operating Regulations* effective on the Transaction Date and may, at its sole discretion, consider other factors such as the objective of ensuring fairness. The decision is:

- Delivered to both Members
- Final and not subject to any challenge, except for any right of appeal permitted under Appeal Rights

If the Arbitration and Compliance Committee determines that the delayed or amended charge specified in "Delayed or Amended Charges - Acceptable Charges" is unsupportable or unreasonable, the Arbitration and Compliance Committee may find the Acquirer liable for some or all of the charge.

ID#: 010410-171009-0001490


## Assignment of Liability by Arbitration and Compliance Committee

A Compliance decision may result in either:

- One Member assigned full liability
- Members sharing financial liability

ID#: 111011-171009-0001492

© 2011 Visa. All Rights Reserved.

## Responsible Member Financial Liability for Compliance

The responsible Member is financially liable for all of the following. Visa will collect the filing and review fees through VisaNet from the responsible Member.

• Transaction amount

– If the opposing Member is responsible, the requesting Member may collect this amount from the opposing Member through VisaNet within 60 calendar days of written Notification from the Arbitration and Compliance Committee.

• Review fee

– If the responsible Member has domestic currency exchange controls, Visa collects this fee through VisaNet within 30 calendar days of written Notification to the Member.

• Filing fee

For U.S. Domestic Transactions, Visa will debit or credit U.S. Members for the disputed amount involved as appropriate, including split amounts if both U.S. Members share responsibility for the disputed amount and/or filing fee/review fee. *(This only applies in the U.S. Region.)*

Each Member involved in Compliance may be liable for a penalty fee.

ID#: 171009-171009-0001579

# Compliance Appeal Rights

## Compliance Appeal Amount

The U.S. dollar amount, or local currency equivalent of the case, determines whether the adversely affected Member may appeal the decision, as shown in the following table:

**Compliance Appeal Rights**

| Disputed Amount | Appeal Right | Appeal Authority |
|---|---|---|
| Less than US $5,000 | No | Not applicable |
| US $5,000 to US $100,000 | **Only** if Member can provide new evidence not previously available at the time of the original case filing | Arbitration and Compliance Committee |
| Greater than US $100,000 | **Only** if Member can provide new evidence not previously available at the time of the original case filing | Arbitration and Compliance Committee |

ID#: 111011-171009-0003187

© 2011 Visa. All Rights Reserved.

**Compliance Appeal Time Limits**

The adversely affected Member must file any appeal within 60 calendar days of the decision Notification date.

ID#: 171009-171009-0003188

**Compliance Appeal Filing Fee**

The requesting Member:

- Is assessed a filing fee as specified in the applicable regional fee guide
- Must not collect the filing fee from the opposing Member if the original decision is reversed

ID#: 111011-171009-0003189

**Compliance Appeal Decision**

The decision on any permitted appeal is final and not subject to any challenge.

ID#: 171009-171009-0003191

# Interchange Reimbursement Fee Compliance

## IRF Compliance Process Introduction

### IRF Compliance Process Introduction

The Interchange Reimbursement Fee Compliance process allows a Visa International Member to request Compliance against another Visa International Member for violations of the *Visa International Operating Regulations* that result in the application of an incorrect Interchange Reimbursement Fee  to a large number of Transactions. Compliance procedures for violations unrelated to Interchange Reimbursement Fee (IRF) are specified in the Compliance section.

The process permits a filing Member to aggregate multiple Transactions affected by the application of an incorrect Interchange Reimbursement Fee (IRF) into a single claim as specified in Transaction Aggregation Criteria.

**Effective 13 January 2011,** a separate process exists for Visa Inc. Members to file for Compliance against Visa Europe Members or vice-versa, as specified in "Intercompany Interchange Reimbursement Fee Compliance Process." Members may obtain additional information upon request from Visa.

ID#: 151011-130111-0001500

© 2011 Visa. All Rights Reserved.

# Filing Conditions

## IRF Compliance Filing Conditions

A Member that fails to meet the specified Interchange Reimbursement Fee (IRF) Compliance criteria may use the standard Compliance process if it meets the applicable Compliance criteria.

Visa reserves the right to refuse participation in the IRF Compliance process by a filing Member. The decision by Visa to refuse participation is final and not subject to any challenge.

ID#: 171009-171009-0002055

## IRF Compliance Eligibility Criteria

A Member may file for Interchange Reimbursement Fee Compliance if **all** of the following can be substantiated:

• Violation of the *Visa International Operating Regulations* or any applicable regional or domestic Interchange Reimbursement Fee (IRF) guide occurred

• Member received or paid incorrect IRF as a direct result of the violation

• Member's financial loss is a direct result of an incorrectly applied IRF rate

• Member would not have incurred a financial loss had the violation not occurred

• The violating Transaction was processed through VisaNet

• The IRF rate paid or received is not governed by any bi-lateral or private agreements, either domestic, intra-regional, or inter-regional

• Visa has screened the request in accordance with IRF Compliance Screening and granted permission for the Member to file

ID#: 171009-171009-0001501

## Transaction Aggregation Criteria

For purported violations involving an incorrectly assessed Interchange Reimbursement Fee (IRF) rate, a filing Member may aggregate Transactions into a single IRF Compliance case. The aggregated Transactions must have:

• Violated the same *Visa International Operating Regulation* or the same regional or domestic IRF guide requirement

• Involved the same opposing Member

ID#: 171009-171009-0001502

© 2011 Visa. All Rights Reserved.

## Transaction Aggregation Limit

The number of Transactions a Member can aggregate into a single Interchange Reimbursement Fee Compliance case must be:

• More than 500

• Less than 50,000

ID#: 171009-171009-0001503

# Interchange Reimbursement Fee Compliance Screening and Filing

## IRF Compliance Screening

A Member must submit a screening request to Visa prior to filing an Interchange Reimbursement Fee Compliance case.

ID#: 171009-171009-0006999

## IRF Compliance Process Permissions

A Member must contact Visa for permission to use the Interchange Reimbursement Fee Compliance process and request the Interchange Reimbursement Fee Compliance Screening Form and the Global Interchange Reimbursement Fee Compliance Process Guide.

ID#: 171009-171009-0001504

## IRF Compliance Screening Form

The Interchange Reimbursement Fee Compliance Screening Form must be completed by an officer of the filing Member and submitted within the time limits specified in IRF Compliance Filing Period.

ID#: 171009-171009-0001505

## IRF Compliance Screening Form Documentation

The Interchange Reimbursement Fee Compliance Screening Form must be submitted along with other necessary supporting documentation including a data file containing the list of affected Transactions and the following information:

• The specific section of the *Visa International Operating Regulations* or regional or domestic Interchange Reimbursement Fee (IRF) guide in dispute

• Description of the alleged IRF violation

• The IRF type for which the Transactions were eligible

© 2011 Visa. All Rights Reserved.

- The total IRF assessed
- Name of the opposing Member
- Number of Transactions
- Range of Transaction Dates included in the aggregated claim
- Selected filing period, as specified in IRF Compliance Filing Period
- Certification that all Transactions included in the aggregated claim have been accurately identified as having received an incorrect IRF rate

ID#: 171009-171009-0001506


## IRF Compliance Filing Period

The filing Member must submit the Interchange Reimbursement Fee Compliance Screening Form to Visa within 90 calendar days of **either**:

- The Processing Date of the oldest Transaction submitted in the aggregated claim
- The date the Member discovered the violation, not to exceed two years from the Processing Date of the oldest Transaction submitted in the aggregated claim

ID#: 171009-171009-0001507


## IRF Compliance Filing Time Limit

Visa will reject a Member's request to include Transactions beyond 90 days of the Processing Date of the oldest Transaction submitted in the aggregated claim except when it determines that extenuating circumstances prevented the Member from discovering the violation sooner.

ID#: 171009-171009-0001508


## IRF Compliance Screening Form Resubmission

If Visa rejects a Member's attempt to include Transactions beyond 90 days of the Processing Date, as specified in IRF Compliance Filing Time Limit, the Member may resubmit a revised Interchange Reimbursement Fee Compliance Screening Form containing only the Transactions within 90 calendar days of the Processing Date.

ID#: 171009-171009-0001509


## IRF Compliance Member Certification

The Member must certify that all Transactions in the aggregated claim were assessed an incorrect Interchange Reimbursement Fee rate.

ID#: 171009-171009-0001510

© 2011 Visa. All Rights Reserved.

### IRF Compliance Visa Rights

Visa reserves the right to reject all or part of a claim, as specified in IRF Compliance Request Denial, if it determines that some Transactions in the aggregated claim were assessed the correct Interchange Reimbursement Fee.

ID#: 171009-171009-0001511

### IRF Compliance Screening Form Analysis

Visa will analyze all the information made available by the requesting Member upon receipt of the Interchange Reimbursement Fee Compliance Screening Form.

ID#: 171009-171009-0001512

### IRF Compliance Request Eligibility

Visa will determine the eligibility of each request on the basis of the information provided by the Member in accordance with the rules in effect on the Transaction Date, as stipulated in the applicable Operating Regulations and the Global Interchange Reimbursement Fee (IRF) Compliance Process Guide and the appropriate regional or domestic IRF guide, as applicable.

ID#: 171009-171009-0001513

### IRF Compliance Decision Notification

Visa will communicate its screening decision to the requesting Member within 10 calendar days of receipt of the Interchange Reimbursement Fee Compliance Screening Form. The decision is final and not subject to any challenge.

ID#: 171009-171009-0001514

### IRF Compliance Request Approval

If Visa approves a Member's request to use the Interchange Reimbursement Fee Compliance process, the Member may file pre-Compliance as specified in Interchange Reimbursement Fee Pre-Compliance.

ID#: 171009-171009-0001515

### IRF Compliance Request Denial

If Visa denies a Member's request to use the Interchange Reimbursement Fee Compliance process, the Member:

• Must not resubmit the claim except as specified in IRF Compliance Resubmission

© 2011 Visa. All Rights Reserved.

- May use the standard Compliance process
- Forfeits the Interchange Reimbursement Fee Compliance Screening fee

ID#: 171009-171009-0001516

## IRF Compliance Request Rejection

Visa reserves the right to reject a Member's request to file Interchange Reimbursement Fee Compliance for any reason, including those specified in IRF Compliance Request Denial.

ID#: 171009-171009-0001517

## IRF Compliance Request Denial Reasons

Visa may deny a Member's request to use Interchange Reimbursement Fee (IRF) Compliance for any reason including, but not limited to, the following:

- It reasonably concludes that a Member's failure to exercise due diligence prevented the violation from being discovered within 90 days from the Transaction Processing Date
- It determines that the assessment of the incorrect IRF resulted from an error (intentional or accidental) by the filing Member
- If, contrary to Member certification specified in IRF Compliance Member Certification, Visa determines that some Transactions included in the aggregated list were assessed the correct IRF

ID#: 171009-171009-0001518

## IRF Compliance Decision

The decision regarding a Member's ability to file Interchange Reimbursement Fee Compliance is final and not subject to any challenge.

ID#: 171009-171009-0001519

## IRF Compliance Request Rejection and Resubmission

A Member whose request for Interchange Reimbursement Fee Compliance has been rejected may resubmit the request under certain circumstances as stated in IRF Compliance Resubmission.

ID#: 171009-171009-0001520

© 2011 Visa. All Rights Reserved.

## IRF Compliance Resubmission

If a Member's Interchange Reimbursement Fee Compliance Screening request is rejected due to the Member's failure to discover the violation within 90 calendar days, as specified in IRF Compliance Request Denial Reasons, the Member may resubmit the Interchange Reimbursement Fee Compliance Screening request with Transactions that are within 90 calendar days of the Processing Date of the oldest Transaction submitted in the aggregated claim.

ID#: 171009-171009-0001521

## IRF Compliance Failure to Meet Certification Requirements

Except as specified in IRF Compliance Resubmission, a Member may not resubmit any Transactions for Interchange Reimbursement Fee Compliance if the original request was denied by Visa for failing to meet the certification requirements specified in IRF Compliance Member Certification.

ID#: 171009-171009-0001522

## IRF Compliance Process Denial

A Member who has been denied use of the Interchange Reimbursement Fee Compliance process may file Compliance as specified in Compliance if the Transactions qualify for the time limits established for the standard Compliance process.

ID#: 171009-171009-0001523

## IRF Compliance Screening Fee

Visa assesses a screening fee to the requesting Member for each aggregated Interchange Reimbursement Fee Compliance Screening Form submitted, as specified in the applicable regional fee guide.

ID#: 111011-130111-0001524

## IRF Compliance Screening Fee Collection

The Interchange Reimbursement Fee Compliance Screening fee is collected through the Global Member Billing Solution, and charged to the BIN noted on the Interchange Reimbursement Fee Compliance Screening Form.

ID#: 171009-171009-0001525

© 2011 Visa. All Rights Reserved.

**IRF Compliance Screening Fee Forfeiture**

If the Member's request to use the Interchange Reimbursement Fee Compliance process is denied, the Member forfeits the Interchange Reimbursement Fee Compliance Screening fee.

ID#: 171009-171009-0001526

# IRF Pre-Compliance

### IRF Pre-Compliance

If Visa approves a Member's screening request for Interchange Reimbursement Fee Compliance as specified in IRF Compliance Decision Notification, the Member must first attempt to resolve the dispute with the opposing Member through the pre-Compliance process.

ID#: 171009-171009-0007000

### Initiating IRF Pre-Compliance

To initiate Interchange Reimbursement Fee pre-Compliance, the filing Member must submit to the opposing Member a properly completed Pre-Compliance Questionnaire (Exhibit 2O), through Visa Resolve Online.

ID#: 171009-171009-0001527

# IRF Compliance Process

### Inappropriate IRF Violation Code

The filing Member must choose the violation code that corresponds to "Inappropriate Interchange Reimbursement Fee" in Visa Resolve Online.

ID#: 171009-171009-0001528

### Pre-Compliance Questionnaire Requirement

In addition to filing through Visa Resolve Online, the filing Member must send a copy of the signed Pre-Compliance Questionnaire (Exhibit 2O) to Visa.

ID#: 171009-171009-0001529

© 2011 Visa. All Rights Reserved.

## Filing Member Submission Requirements

The filing Member must also submit to Visa the following:

- The Interchange Reimbursement Fee Compliance Screening Form evidencing Visa approval of a Member's Request to file Interchange Reimbursement Fee Compliance
- An encrypted spreadsheet file containing a list of disputed Transactions and the data fields specified in Required Information for Transactions Aggregated in an IRF Compliance Claim. The file must be transmitted to Visa. Visa forwards the file to the opposing Member.
- Any other pertinent documentation

ID#: 171009-171009-0001530

## Required Information for Transactions Aggregated in an IRF Compliance Claim

For each Transaction aggregated in the claim, the filing Member must include the following information:

- Account Number
- Acquirer BIN
- Acquirer Reference Number
- Processing Date
- Transaction Date
- Transaction amount
- Interchange Reimbursement Fee applied
- Expected Interchange Reimbursement Fee
- Interchange Reimbursement Fee differential amount being claimed
- Merchant name
- For U.S. Domestic Transactions, Transaction Identifier *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0001531

## IRF Compliance Questionnaire Submission Requirements

The Member must submit the Pre-Compliance Questionnaire (Exhibit 2O) through Visa Resolve Online to the opposing Member. At the same time, the filing Member must electronically transmit another copy of the Pre-Compliance Questionnaire (Exhibit 2O) to Visa via a Visa-approved secure mechanism as specified in the Global Interchange Reimbursement Fee Compliance Process Guide or as instructed by Visa.

ID#: 171009-171009-0001532

© 2011 Visa. All Rights Reserved.

## IRF Compliance Data File Requirements

In addition to the Pre-Compliance Questionnaire (Exhibit 2O), the filing Member must transmit a data file containing the Transaction information in an encrypted format through the same Visa-approved secure mechanism.

ID#: 171009-171009-0001533

## IRF Compliance Data File Transmission to Opposing Member

Visa will forward the encrypted data file to the opposing Member through the same secure process. The filing Member may not forward the file directly to the opposing Member.

ID#: 171009-171009-0001534

## IRF Compliance Pre-Compliance Questionnaire Time Limit

The Pre-Compliance Questionnaire (Exhibit 2O) must be sent to the opposing Member and Visa within:

• 10 calendar days of receiving screening approval from Visa, as specified in IRF Compliance Decision Notification

• At least 30 days before filing Interchange Reimbursement Fee Compliance

ID#: 171009-171009-0001535

## IRF Compliance Time Period Calculation

The 10 day period begins from the date stamped on the Interchange Reimbursement Fee Compliance Screening Form returned by Visa approving the Member's request to file Interchange Reimbursement Fee Compliance.

ID#: 171009-171009-0001536

## IRF Pre-Compliance Acceptance

If the opposing Member accepts financial responsibility for the disputed Transactions or if the filing Member and the opposing Member reach a mutually agreeable settlement, the opposing Member must credit the requesting Member through VisaNet within 30 calendar days of the Interchange Reimbursement Fee pre-Compliance correspondence date.

The filing Member may collect the screening fee from the responsible Member.

The opposing Member must notify Visa of the settlement.

ID#: 171009-171009-0001537

© 2011 Visa. All Rights Reserved.

## Filing IRF Compliance

If the opposing Member does not accept financial responsibility for the disputed Transactions and an agreeable settlement cannot be reached, the filing Member may proceed to file Interchange Reimbursement Fee Compliance. Before filing for Compliance, the filing Member must verify that no credit has been received from the opposing Member.

ID#: 171009-171009-0001538

## IRF Compliance Filing Reasons

A Member may file Interchange Reimbursement Fee (IRF) Compliance for a violation of the *Visa International Operating Regulations* or regional or domestic IRF guide which results in an incorrect IRF assessment, if the Member's attempt to settle the dispute with the opposing Member via the pre-Compliance process is unsuccessful.

ID#: 171009-171009-0001539

## IRF Compliance Filing Documentation

The filing Member must submit to Visa all necessary documentation approved by the Center manager or an authorized officer.

ID#: 171009-171009-0001540

## Additional Documentation Submission for IRF Compliance

Unless specifically requested by Visa, no additional documents will be accepted subsequent to the initial Interchange Reimbursement Fee Compliance filing.

ID#: 171009-171009-0001541

## IRF Compliance Questionnaire Submission Time Limit

The Member must submit a completed Summary of Compliance Questionnaire (Exhibit 2K) through Visa Resolve Online within 60 calendar days of filing the Pre-Compliance Questionnaire (Exhibit 2O), as specified in Initiating IRF Pre-Compliance.

ID#: 171009-171009-0001542

© 2011 Visa. All Rights Reserved.

## IRF Compliance Time Limit Calculation

The calendar day period begins on the day following the date on which the Member submits the Pre-Compliance Questionnaire (Exhibit 2O).

ID#: 171009-171009-0001543

## IRF Compliance Documentation Delivery Requirements

Any additional documentation required to support an Interchange Reimbursement Fee Compliance filing must be transmitted through Visa Resolve Online:

- On the same day as the case filing
- As specified in the *Visa International Operating Regulations* or Regional Operating Regulations and in the appropriate VisaNet manuals

ID#: 171009-171009-0001544

## IRF Compliance Review Fee

For Interchange Reimbursement Fee Compliance requests submitted to Visa, the filing Member will be assessed a review fee, as specified in the applicable regional fee guide.

ID#: 111011-130111-0001545

## IRF Compliance Withdrawal

If either the opposing Member or the filing Member withdraw the Interchange Reimbursement Fee Compliance case prior to a decision by Visa, as specified in IRF Compliance Filing Withdrawal, Visa will reimburse the review fee to the filing Member.

ID#: 171009-171009-0001546

## IRF Compliance Review Fee Forfeiture

The filing Member forfeits the review fee if Visa determines that the case has no merit.

ID#: 171009-171009-0001547

## Invalid Requests for IRF Compliance

If Visa determines that a request is invalid, it may retain the review fee in certain circumstances, such as:

- Documentation is insufficient or illegible

© 2011 Visa. All Rights Reserved.

- Required documentation was not provided to the opposing Member

- Authorization of the Member's Center manager is missing

- Requesting Member did not file the request within the required time limits

- Requesting Member did not use available remedies provided for in the *Visa International Operating Regulations*

- Submitted documentation does not include evidence of a valid pre-Compliance attempt

ID#: 171009-171009-0001548

## IRF Compliance Filing Withdrawal

A filing Member or the opposing Member may withdraw the request for Interchange Reimbursement Fee Compliance. The withdrawal request must be submitted to Visa through Visa Resolve Online no later than 30 days from the date of submission. Visa retains the screening fee.

ID#: 171009-171009-0001549

## IRF Compliance Claim Investigation

Upon receipt of the supporting documentation, Visa investigates the claim and communicates its decision to both Members in writing.

ID#: 171009-171009-0001550

## Using Available Information at Time of Transaction for IRF Compliance

Visa uses all the information available to it at the time of reaching its decision and refers to the *Visa International Operating Regulations* in effect on the date of the Transactions.

ID#: 171009-171009-0001551

## Visa Rights for IRF Compliance

Visa reserves the right to rule in favor of the filing Member if Visa determines that the claim has merit and the opposing Member does not respond.

ID#: 171009-171009-0001552

## Assignment of Liability for IRF Compliance

If Visa determines that a request is valid, it may allocate financial liability as specified in Financial Liability for IRF Compliance Decision.

ID#: 171009-171009-0001553

© 2011 Visa. All Rights Reserved.

**Use of VIP System Records for IRF Compliance**

When an Issuer's and Acquirer's records differ, V.I.P. System records will prevail.

ID#: 171009-171009-0001554

# IRF Compliance Decision

## IRF Compliance Decision Written Notification

Visa informs both Members of its decision in writing.

ID#: 171009-171009-0001555

## Finality of IRF Compliance Decision

The decision by Visa is final and not subject to any challenge, except for the right of appeal permitted under IRF Compliance Appeal Documentation Requirements.

ID#: 171009-171009-0001556

## Financial Liability for IRF Compliance Decision

If Visa determines that the opposing Member is responsible, the opposing Member is financially liable for **all** of the following:

- Interchange Reimbursement Fee Compliance Screening fee
- Interchange Reimbursement Fee Compliance review fee
- The amount of the claim, or a portion thereof

ID#: 171009-171009-0001557

## IRF Compliance Decision Against Filing Member

If the opposing Member is not found responsible, the filing Member:

- Forfeits the entire claim amount
- Forfeits the Interchange Reimbursement Fee Compliance Screening fee and the review fee
- Is prohibited from resubmitting any Transactions from that claim through another Interchange Reimbursement Fee Compliance process

ID#: 171009-171009-0001558

© 2011 Visa. All Rights Reserved.

## Settled Claim Collection for IRF Compliance

Visa collects the settled claim amount from the responsible Member through VisaNet and disburses it to the prevailing Member.

ID#: 171009-171009-0001559

## IRF Compliance Fee Collection

If the opposing Member is responsible, Visa collects the Interchange Reimbursement Fee Compliance Screening fee and the review fee to reimburse the filing Member, in addition to the claim amount disbursed through VisaNet.

ID#: 171009-171009-0001560

## Currency Conversion for IRF Compliance Cases

If the Transactions involve currency conversion, Visa will use the currency exchange rate in effect on the day of the Interchange Reimbursement Fee Compliance filing.

ID#: 171009-171009-0001561

## Claims and Liability for Currency Conversion Differences for IRF Compliance Cases

Visa is not liable for any Claims or Liabilities arising from any losses incurred by the filing or opposing Member as a result of differences in the exchange rate between the Transaction Processing Date and the date the claim is settled.

ID#: 171009-171009-0001562

# IRF Compliance Appeal

## IRF Compliance Appeal Filing Requirements

Any appeal by the adversely affected Member must be filed through Visa Resolve Online within 45 calendar days of the decision Notification date.

ID#: 171009-171009-0001563

© 2011 Visa. All Rights Reserved.

**IRF Compliance Appeal Documentation Requirements**

The appealing Member must submit with the appeal any new or additional information necessary to substantiate its request for an appeal.

ID#: 171009-171009-0001564

**IRF Compliance Appeal Fee**

Visa will collect from the Member an appeal fee as specified in the applicable regional fee guide.

ID#: 111011-171009-0001565

**Finality of IRF Compliance Appeal Decision**

Visa bases its decision on the new information provided by the requesting Member. Each Member may submit arguments supporting its position. All decisions are final and not subject to any challenge.

ID#: 171009-171009-0001566

**Visa Right to Decline IRF Compliance Appeal Request**

Visa may decline an appeal if the new information is insufficient to support a change to the initial Visa decision. If the appeal is not accepted, Visa retains the appeal fee.

ID#: 171009-171009-0001567

# Intercompany Interchange Reimbursement Fee Compliance

## Intercompany Interchange Reimbursement Fee Compliance Process

### Intercompany Interchange Reimbursement Fee Compliance Process Introduction

**Effective 13 January 2011,** the Intercompany Interchange Reimbursement Fee Compliance process allows a Visa Inc. or a Visa Europe Member to request Compliance against each other for respective violations of the *Visa International Operating Regulations* or *Visa Europe Operating Regulations* that result in the application of an incorrect Interchange Reimbursement Fee.

VISA PUBLIC
© 2011 Visa. All Rights Reserved.

**Effective 13 January 2011,** the Intercompany Interchange Reimbursement Fee Compliance process does not replace either Visa Europe's existing Interchange Reimbursement Fee Adjustment Policy for settling disputes between Visa Europe Members or Visa Inc.'s Interchange Compliance Process for settling disputes between Visa Inc. Members. The Intercompany Interchange Reimbursement Fee Compliance Process applies only to disputed Transactions between a Visa Inc. and a Visa Europe Member.

The Intercompany Interchange Reimbursement Fee Compliance process is not available for errors caused by either Visa Inc. or Visa Europe. A Member must obtain Visa approval prior to initiating Intercompany Interchange Reimbursement Fee Compliance process.

ID#: 080411-130111-0026213

© 2011 Visa. All Rights Reserved.

**THIS PAGE INTENTIONALLY LEFT BLANK.**

VISA PUBLIC
© 2011 Visa. All Rights Reserved.

# Chapter 10: Pricing, Fees and Interchange

## Core Principle 10.1

### Fees for Access and Use of Visa Products and Services

#### Establishing Fees for Access

Visa system participants pay fees to Visa for access to and use of Visa products and services. Visa establishes certain fees between issuers and acquirers for specific participant actions such as rewards paid to store clerks for card recovery or the fulfillment of sales receipt copies.

ID#: 010410-010410-0007825

## Core Principle 10.2

### Participants Pay or Receive Interchange for Transactions

#### Paying or Receiving Interchange

Participating acquirers and issuers pay or receive interchange every time a Visa product is used. For example, acquirers pay interchange to issuers for purchase transactions and issuers pay interchange to acquirers for cash transactions and credit vouchers. In the case of a credit or a chargeback, interchange flows in reverse.

ID#: 010410-010410-0007826

#### What is Interchange?

Interchange reimbursement fees help to make electronic payments possible by enabling Visa to expand card holding and use, increasing the places consumers can use their cards and providing a financial incentive for all parties to pursue system-wide improvements, such as rewards, innovation and security. An interchange reimbursement fee is a default transfer price between acquirers and issuers within the Visa system. Merchants pay what is known as a merchant discount fee or merchant service fee negotiated with their acquirer which may take into account the interchange fee, processing costs, fees for terminal rental, customer services, and other financial services. The merchant discount fee or merchant service fee is negotiated individually with the merchant's acquirer; each acquirer sets its fees independently, in competition with other acquirers, competing payment systems, and other forms of payment.

© 2011 Visa. All Rights Reserved.

Interchange is consistently monitored and adjusted - sometimes increased and sometimes decreased - in order to ensure that the economics present a competitive value proposition for all parties. Interchange reimbursement fees must encourage card holding and use, as well as expansion in the number and types of businesses that accept cards. If rates are too high, retailers won't accept cards; if rates are too low, issuers won't issue cards. Visa may establish different interchange reimbursement fees in order to promote a variety of system objectives, such as enhancing the value proposition for Visa products, providing incentives to grow merchant acceptance and usage, and reinforcing strong system security and transaction authorization practices.

ID#: 010410-010410-0024115

# Core Principle 10.3

## Visa Determines Interchange Reimbursement Fees

### Visa Determines and Publishes IRF

Interchange reimbursement fees are determined by Visa and provided on Visa's published fee schedule, or may be customized where members have set their own financial terms for the interchange of a Visa transaction or Visa has entered into business agreements to promote acceptance and card usage.

ID#: 010410-080210-0024122

# Global Interchange

## Interchange Overview

### Interchange Reimbursement Fee Rate Sheets and Guides

The Interchange Reimbursement Fee (IRF) is based on several factors. These primarily include Card type, Merchant type, and Transaction type. Interchange Reimbursement Fee rates are available to Members through regional online resources or Visa account executives. Interchange requirements are contained in the *Visa International Operating Regulations* and the applicable domestic or regional Interchange Qualification Guide. In addition, there are many other types of Visa transactions, such as Original Credits, ATM inquiries, etc., that are detailed in the Operating Regulations.

ID#: 010410-010410-0006577

© 2011 Visa. All Rights Reserved.

## General Interchange Requirements

### Original Credit Interchange Reimbursement Fee

**Effective 9 December 2010,** a Member that originates or receives an Original Credit Transaction, including a Money Transfer Original Credit Transaction, is subject to, or eligible for, the Original Credit Interchange Reimbursement Fee if the Original Credit Transaction is processed in accordance with the requirements specified in the following, as applicable:

- *Visa International Operating Regulations*
- *Original Credits Member Requirements*
- Applicable regional Interchange rate sheet
- *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

ID#: 080411-091210-0026075

### Fast Funds Money Transfer Original Credit Interchange Reimbursement Fee

**Effective 9 December 2010,** a Recipient Member that participates in Fast Funds service for an incoming Money Transfer Original Credit Transaction qualifies for the Visa Money Transfer Fast Funds Interchange Reimbursement Fee if the Transaction meets the qualification requirements specified in these Operating Regulations and the following, as applicable:

- *Visa Money Transfer (VMT) Global Implementation Guide*
- Applicable regional Interchange rate sheet
- *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

ID#: 050411-091210-0026076

# Interchange Reimbursement Fees - U.S. Region

## General Interchange Reimbursement Fee Requirements - U.S. Region

### Interchange Reimbursement Fee Requirements - U.S. Region

In the U.S. Region, a Transaction must meet the qualifications defined in the *Visa International Operating Regulations* and the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* to qualify for a particular Interchange Reimbursement Fee.

ID#: 081010-010410-0006611

© 2011 Visa. All Rights Reserved.

## Cash Disbursement - U.S. Region

In the U.S. Region, for any Cash Disbursement, the Issuer pays to the Acquirer a Cash Disbursement Interchange Reimbursement Fee. This Acquirer is the Member making the Cash Disbursement.

ID#: 080411-010410-0006494

## National Merchant Interchange Reimbursement Fee - U.S. Region

A national Merchant entering into a national account agreement may, with the prior approval of Visa, authorize and send Transaction Receipts directly to Issuers through VisaNet at a reimbursement fee to be determined by Visa.

ID#: 010410-010410-0006526

## Inappropriate Interchange Reimbursement Fees - U.S. Region

A U.S. Acquirer must request the correct Interchange Reimbursement Fee when submitting Transactions into Interchange. Fines will be assessed to any Acquirer who requests an inappropriate Interchange Reimbursement Fee, per Merchant Outlet, as specified in "Fine for Inappropriate Interchange Reimbursement Fee - U.S. Region."

ID#: 081010-010410-0007874

## Cash-Back Interchange Reimbursement Fee - U.S. Region (Updated)

**Effective through 30 June 2015,** in the U.S. Region, the Interchange Reimbursement Fee for a Visa Check Card II Transaction involving Cash-Back is calculated using the purchase amount only. The Cash-Back portion of the Transaction is not subject to Interchange Reimbursement Fees.

ID#: 111011-010410-0005677

## ReadyLink Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, the Visa ReadyLink Interchange Reimbursement Fee applies to load Transactions that are authorized and settled through VisaNet. The Visa Prepaid Card Issuer pays an Interchange Reimbursement Fee to the Acquirer of the Visa ReadyLink Transaction, as specified in *Visa U.S.A. Interchange Reimbursement Fees.*

ID#: 050411-010410-0004112

© 2011 Visa. All Rights Reserved.

# Standard and Electronic Interchange Reimbursement Fees - U.S. Region

## Standard Interchange Reimbursement Fee Eligibility - U.S. Region

In the U.S. Region, a Transaction that does not qualify for any other Interchange Reimbursement Fee is cleared at the Standard Interchange Reimbursement Fee.

A Transaction effected by the following Merchants is eligible only for the Standard Interchange Reimbursement Fee:

- **Effective through 31 May 2011,** High-Risk Telemarketing Merchant

- High-Risk Merchant

- **Effective 1 June 2011,** High-Brand Risk Merchant assigned a Merchant Category Code of either 5962, 5966 or 5967

Non-Secure Electronic Commerce Transactions are eligible only for the Standard Interchange Reimbursement Fee.

A Transaction using any of the following is eligible only for the Standard Interchange Reimbursement Fee:

- V.I.P. System emergency Authorization procedures

- "Code 10" Authorization procedures

- "Referral" Authorization procedures

ID#: 111011-010410-0006612

## Electronic Interchange Reimbursement Fee - General Qualification - U.S. Region

In the U.S. Region, Electronic Interchange Reimbursement Fee qualifications are:

- Transaction must be entered into VisaNet, as specified in the appropriate VisaNet manuals

- Transaction must be authorized

- Authorization Request contains the information specified in "Required Data for Authorization Requests and Responses" (Exhibit OO)

- Clearing Record contains all data elements specified in "VisaNet Clearing Message Content Standards" (Exhibit NN) and the appropriate VisaNet manual

- Transaction processing time limits meet requirements specified in "Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region."

© 2011 Visa. All Rights Reserved.

Visa will process Transactions that do not meet the requirements for the Electronic Interchange Reimbursement Fee rate specified in this section under the Standard Interchange Reimbursement Fee rate.

ID#: 081010-010410-0008361

## Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region

To qualify for Interchange Reimbursement Fees in the U.S. Region, the Central Processing Date of the Transaction must **not** exceed the number of calendar days from the Transaction Date specified in the "Processing Time Limits for Custom Payment Services Interchange Reimbursement Fee Transactions - U.S. Region" table or the "Processing Days for Transactions Qualifying for the Electronic Interchange Reimbursement Fee - U.S. Region" table.

When calculating days, exclude the Transaction Date, Central Processing Date, Sundays, and the following U.S. holidays:

• New Year's Day

• Martin Luther King, Jr. Day

• Presidents' Day (Observed)

• Good Friday

• Memorial Day (Observed)

• Independence Day

• Labor Day

• Columbus Day (Observed)

• Veterans Day

• Thanksgiving Day

• Christmas Day

The following table specifies the last qualifying central processing day for a given Transaction day.

### Processing Days for Transactions Qualifying for the Electronic Interchange Reimbursement Fee - U.S. Region

| Transaction Day | Central Processing Day |
|---|---|
| Sunday | Thursday |
| Monday | Friday |
| Tuesday | Saturday |
| Wednesday | Monday |
| Thursday | Tuesday |
| Friday | Wednesday |

© 2011 Visa. All Rights Reserved.

| Saturday | Thursday |
|---|---|

ID#: 010410-010410-0008986

### Non-Member-Owned Terminal - U.S. Region

In the U.S. Region, Transactions captured by a Point-of-Transaction Terminal owned or controlled by a non-Member VisaNet Processor or credit or charge card issuer (including their subsidiaries and affiliates) qualify only for the Standard Interchange Reimbursement Fee if either:

- The entity directly or indirectly discriminates against Visa or any of its Members in availability or pricing of services
- Visa determines that the entity unfairly prevents Visa or its Members from competing with that entity

ID#: 010410-010410-0006651

### Competitor-Owned Terminal - U.S. Region

In the U.S. Region, Transactions captured by a terminal that is owned or controlled by an issuer of a credit or charge card deemed competitive by Visa are eligible only for the Standard Interchange Reimbursement Fee, unless the U.S. Acquirer:

- Has a Merchant Agreement with the U.S. Merchant
- Maintains full responsibility and control over the U.S. Merchant

ID#: 010410-010410-0006652

### Electronic Interchange Reimbursement Fee Status Check - U.S. Region

A Transaction originating at a U.S. Prestigious Property Merchant that used the Status Check Procedure may qualify for the Electronic Interchange Reimbursement Fee.

ID#: 010410-010410-0006637

# Custom Payment Services (CPS) - U.S. Region

### Custom Payment Services General - U.S. Region

### Custom Payment Services Overview - U.S. Region

In the U.S. Region, Visa offers Custom Payment Services, as defined in the U.S. Regional Operating Regulations, for a variety of segments. These services include:

- CPS/Account Funding

© 2011 Visa. All Rights Reserved.

- CPS/Automated Fuel Dispenser
- CPS/Card Not Present
- CPS/e-Commerce Basic
- CPS/e-Commerce Preferred Hotel and Car Rental
- CPS/e-Commerce Preferred Passenger Transport
- CPS/e-Commerce Preferred Retail
- CPS/Hotel and Car Rental Card Not Present
- CPS/Hotel and Car Rental Card Present
- CPS/Passenger Transport
- CPS/Restaurant
- CPS/Retail
- CPS/Retail 2
- CPS/Retail Key-Entry
- CPS/Service Station
- CPS/Small Ticket
- CPS/Supermarket

For additional details, see the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010100-0025805


## Basic Custom Payment Services (CPS) Requirements - U.S. Region

In the U.S. Region, a Custom Payment Services (CPS) Transaction must:

- Comply with:
  - *Visa International Operating Regulations*
  - Appropriate VisaNet manuals
  - "VisaNet Clearing Message Content Standards" (Exhibit NN)
  - "Required Data for Authorization Requests and Responses" (Exhibit OO)
- Be authorized through the V.I.P. System
- Be submitted through VisaNet, as specified in the appropriate VisaNet manuals
- Meet qualification criteria specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

CPS Transactions submitted into VisaNet qualify individually as Custom Payment Service (CPS) Transactions.

ID#: 081010-010410-0006613

© 2011 Visa. All Rights Reserved.

## Processing Time Limits for Custom Payment Services (CPS) Programs - U.S. Region

In the U.S. Region, to qualify for the Custom Payment Services (CPS) programs Interchange Reimbursement Fee, the Central Processing Date of the CPS Transaction must comply with the following table.

### Processing Time Limits for Custom Payment Services Interchange Reimbursement Fee Transactions- U.S. Region

| Transaction Type | Central Processing Date Must Be No More Than: | Exclude The Following When Counting Days: |
|---|---|---|
| CPS/Retail<br>CPS/Retail Key-Entry<br>CPS/Restaurant<br>CPS/Service Station<br>CPS/Hotel and Car Rental Card Not Present<br>CPS/Hotel and Car Rental Card Present<br>CPS/Card Not Present<br>CPS/Automated Fuel Dispenser<br>CPS/Account Funding<br>CPS/e-Commerce Basic<br>CPS/e-Commerce Preferred Retail<br>CPS/e-Commerce Preferred Hotel and Car Rental<br>CPS/Small Ticket<br>CPS/Supermarket | 2 calendar days from the Transaction Date | Transaction Date, Central Processing Date, Sundays, and the U.S. holidays specified in "Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region" |
| CPS/Automated Fuel Dispenser processed as Real-Time Clearing | Completion Message with the final Transaction amount must be sent within X of the preauthorization | N/A |
| CPS/Retail 2 | 3 calendar days from the Transaction Date | Transaction Date, Central Processing Date, Sundays, and the U.S. holidays specified in "Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region" |

© 2011 Visa. All Rights Reserved.

| Transaction Type | Central Processing Date Must Be No More Than: | Exclude The Following When Counting Days: |
|---|---|---|
| CPS/Passenger Transport<br><br>CPS/e-Commerce Preferred Passenger Transport | 8 calendar days from the Transaction Date | Transaction Date, Central Processing Date, Sundays, and the U.S. holidays specified in "Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region" |

ID#: 111011-010410-0006656


## CPS Ineligible Transactions - U.S. Region (Updated)

The following Transactions are not eligible for Custom Payment Services (CPS) Interchange Reimbursement Fees:

• Cash Disbursements

• Quasi-Cash Transactions

• **Effective through 31 May 2011,** Transactions effected by High-Risk Telemarketing Merchants

• Transactions effected by High-Risk Merchants

• **Effective 1 June 2011,** Transactions performed by High-Brand Risk Merchants assigned a Merchant Category Code of 5962, 5966 or 5967

• Transactions using any of the following:

   – V.I.P. System emergency Authorization procedures

   – "Code 10" Authorization procedures

   – "Referral" Authorization procedures

ID#: 111011-080210-0008491


## CPS Processing Days - U.S. Region

The following table specifies the last qualifying central processing day for a given Custom Payment Services (CPS) Transaction day in the U.S. Region:

© 2011 Visa. All Rights Reserved.

**Processing Days: Custom Payment Services Transactions - U.S. Region**

| | Transaction Type | | |
|---|---|---|---|
| CPS/Retail<br>CPS/Retail Key-Entry<br>CPS/Restaurant<br>CPS/Service Station<br>CPS/Hotel and Car Rental Card Not Present<br>CPS/Hotel and Car Rental Card Present<br>CPS/Card Not Present<br>CPS/Automated Fuel Dispenser<br>CPS/Account Funding<br>CPS/e-Commerce Basic<br>CPS/e-Commerce Preferred Retail<br>CPS/e-Commerce Preferred Hotel and Car Rental<br>CPS/Small Ticket<br>CPS/Supermarket | CPS/Retail 2 | CPS/Passenger Transport<br>CPS/e-Commerce Preferred Passenger Transport | |

| Transaction Day | Last Qualifying Central Processing Day | | |
|---|---|---|---|
| Sunday | Wednesday | Thursday | Second Wednesday |
| Monday | Thursday | Friday | Second Thursday |
| Tuesday | Friday | Saturday | Second Friday |
| Wednesday | Saturday | Monday | Second Saturday |
| Thursday | Monday | Tuesday | Second Monday |
| Friday | Tuesday | Wednesday | Second Tuesday |
| Saturday | Wednesday | Thursday | Second Wednesday |

ID#: 081010-080210-0006659


## CPS Transaction Amount - Authorization and Clearing - U.S. Region

In the U.S. Region, the cleared Custom Payment Services (CPS) Transaction amount must equal the authorized amount for CPS/Retail, CPS/Supermarket, and CPS/Account Funding Transactions completed with a Visa Check Card, excluding Transactions with the following Merchant Category Codes:

- MCC 4121, "Taxicabs and Limousines"

- MCC 5813, "Bars and Taverns"

- MCC 7230, "Beauty and Barber Shops"

- MCC 7298, "Health and Beauty Spas"

© 2011 Visa. All Rights Reserved.

The Transaction amount transmitted in the Authorization Request and in the Clearing Record must be in the same currency.

ID#: 081010-010410-0008488

## CPS Clearing Record Requirements - U.S. Region

In the U.S. Region, Visa allows only one Clearing Record message per Custom Payment Services (CPS) Transaction, except as specified below.

For a CPS/Passenger Transport Transaction or CPS/e-Commerce Preferred Passenger Transport Transaction, Visa allows one or more Clearing Record messages per Transaction.

ID#: 081010-010410-0008495

## CPS Electronic Commerce Transactions - U.S. Region

The following table details Custom Payment Services (CPS) program availability and qualification requirements applicable to Electronic Commerce Transactions.

### Electronic Commerce Transaction Qualification - U.S. Region

| Custom Payment Services | Qualification |
|---|---|
| CPS/e-Commerce Basic | Available for retail Non-Authenticated Security Transactions where the Merchant did **not** attempt Cardholder authentication using 3-D Secure. |
| CPS/e-Commerce Preferred Retail | Available for retail:<br>• Secure Electronic Commerce Transactions that comply with the 3-D Secure Specification **or**<br>• Non-Authenticated Security Transactions where the Merchant attempted Cardholder authentication using 3-D Secure |
| CPS/e-Commerce Preferred Hotel and Car Rental | Available for Electronic Commerce Transactions originating from a hotel, cruise line, or car rental Merchant that are:<br>• Secure Electronic Commerce Transactions that comply with the 3-D Secure Specification **or**<br>• Non-Authenticated Security Transactions where the Merchant attempted Cardholder authentication using 3-D Secure |

© 2011 Visa. All Rights Reserved.

| CPS/e-Commerce Preferred Passenger Transport | Available for Electronic Commerce Transactions originating from Airline or passenger railway Merchants, or their agents, and that are: |
| | • Secure Electronic Commerce Transactions that comply with the 3-D Secure Specification **or** |
| | • Non-Authenticated Security Transactions where the Merchant attempted Cardholder authentication using 3-D Secure |
| CPS/Hotel and Car Rental Card Not Present | Available for Electronic Commerce Transactions that originate from a Hotel, Cruise Line, or Car Rental Company: |
| | • That are Non-Authenticated Security Transactions **and** |
| | • Where the Merchant did **not** attempt Cardholder authentication using 3-D Secure |
| CPS/Passenger Transport | Available for Electronic Commerce Transactions originating from an Airline or passenger railway Merchant, or their agent: |
| | • That are Non-Authenticated Security Transactions **and** |
| | • Where the Merchant did **not** attempt Cardholder authentication using 3-D Secure |

ID#: 010410-010410-0006626

## CPS Authorization and Clearing Requirements - U.S. Region (Updated)

In the U.S. Region, an Authorization Request for a Custom Payment Services (CPS) Transaction must meet the requirements specified in the table below and all requirements in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* for the CPS program:

### Authorization Request Requirements for Custom Payment Services Transactions - U.S. Region

| Transaction Type | Point-of-Transaction Terminal | Reads/Transmits Full Data[5] | POS Entry Mode Code is 05, 07, 90, 91[5] | Visa or Visa Electron Card is Present | Signature is Obtained[7] |
|---|---|---|---|---|---|
| CPS/Supermarket | X | X[1] | X | X[2] | X[2] |
| CPS/Retail | X | X[1] | X | X[2] | X[2] |
| CPS/Retail Key-Entry | X[1, 3] | | | X | X |
| CPS/Retail 2 | X[4] | | | X | X |
| CPS/Service Station | X | X[1] | X | X[2] | X[2] |

Case: 4:13-cv-02226-JAR   Doc. #:  85-5   Filed: 02/12/15   Page: 1083 of 1319 PageID #: 4276

| Transaction Type | Point-of-Transaction Terminal | Reads/ Transmits Full Data[5] | POS Entry Mode Code is 05, 07, 90, 91[5] | Visa or Visa Electron Card is Present | Signature is Obtained[7] |
|---|---|---|---|---|---|
| CPS/Restaurant | X | $X^1$ | X | $X^2$ | $X^2$ |
| CPS/Hotel and Car Rental Card Not Present | An Acquirer must acknowledge in the Authorization Request that it may forfeit certain Representment rights. | | | | |
| CPS/Hotel and Car Rental Card Present | X | $X^1$ | $X^6$ | X | X |
| CPS/Passenger Transport | An Acquirer may perform an Address Verification Service inquiry at the time of the Authorization Request. | | | | |
| CPS/Card Not Present | An Acquirer must perform an Address Verification Service inquiry at the time of the Authorization Request for each Transaction, except as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* | | | | |
| CPS/Automated Fuel Dispenser | X | X | X | X | |
| CPS/Account Funding | An Acquirer must perform an Address Verification Service and Card Verification Value 2 inquiry at the time of the Authorization Request, as specified in "Additional Authorization Requirements - CPS/Account Funding - U.S. Region." | | | | |
| CPS/e-Commerce Basic | An Acquirer must perform an Address Verification Service inquiry at the time of the Authorization Request for each Transaction, except as specified in "CPS/e-Commerce Basic Address Verification - U.S. Region." | | | | |
| CPS/e-Commerce Preferred Retail | An Acquirer must meet the Authorization requirements, as specified in "CPS/e-Commerce Preferred Retail - U.S. Region," and must perform an Address Verification Service inquiry at the time of the Authorization Request. | | | | |
| CPS/e-Commerce Preferred Hotel and Car Rental | An Acquirer must meet the Authorization requirements, as specified in "Additional Authorization Requirements - CPS/e-Commerce Preferred Hotel, Car Rental, and Passenger Transport - U.S. Region," and may perform an Address Verification Service inquiry at the time of the Authorization Request. | | | | |
| CPS/e-Commerce Preferred Passenger Transport | An Acquirer must meet the Authorization requirements, as specified in "Additional Authorization Requirements - CPS/e-Commerce Preferred Hotel, Car Rental, and Passenger Transport - U.S. Region," and may perform an Address Verification Service inquiry at the time of the Authorization Request. | | | | |
| CPS/Small Ticket | $X^2$ | X | X | X | |

© 2011 Visa. All Rights Reserved.

| Transaction Type | Point-of-Transaction Terminal | Reads/ Transmits Full Data[5] | POS Entry Mode Code is 05, 07, 90, 91[5] | Visa or Visa Electron Card is Present | Signature is Obtained[7] |
|---|---|---|---|---|---|

1. The Authorization Request must originate at an attended Point-of-Transaction Terminal.

2. **Effective through 14 October 2011,** Transaction must be completed in either a Face-to-Face Environment or at a Self-Service Terminal or an Automated Dispensing Machine. **Effective 15 October 2011,** Transaction must be authorized and completed in either a Face-to-Face Environment or at an Unattended Cardholder-Activated Terminal.

3. An Acquirer must perform an Address Verification Service Inquiry at the time of the Authorization Request and receive a "full match," "unsupported," or "retry" response to a "ZIP code only match" request.

4. Transactions for which the Card is not present and signature is not obtained are eligible for CPS/Retail 2, as specified in "CPS/Retail 2 Merchant Category Codes - U.S. Region"

5. Full unaltered contents of track 1 or track 2 of Magnetic Stripe, Chip, or Contactless Payment chip.

6. At least the first Authorization Request.

7. **Effective through 15 October 2010,** Cardholder signature is not required if the Transaction qualifies as a No Signature Required Transaction. **Effective 16 October 2010,** Cardholder signature is not required if the Transaction qualifies as a Visa Easy Payment Service Transaction.

ID#: 111011-010410-0006633

## CPS Authorization Code Requirements - U.S. Region

A U.S. Acquirer must obtain an Authorization Code for each Custom Payment Services (CPS) Transaction, as specified in the table below:

### Custom Payment Services Authorization Code Requirements

| Transaction Type | Authorization Code Requirements for Each Transaction |
|---|---|
| CPS/Retail | Exactly one, obtained on the Transaction Date |
| CPS/Retail Key-Entry | Exactly one, obtained on the Transaction Date |
| CPS/Retail 2 | Exactly one, obtained on the Transaction Date |
| CPS/Restaurant | Exactly one, obtained on the Transaction Date |
| CPS/Service Station | Exactly one, obtained on the Transaction Date |
| CPS/Hotel and Car Rental Card Not Present | At least one. The Acquirer may obtain multiple Authorization Codes for a Transaction. |
| CPS/Hotel and Car Rental Card Present | At least one. The Acquirer may obtain multiple Authorization Codes for a Transaction. |
| CPS/Passenger Transport | Exactly one |
| CPS/Card Not Present | Exactly one |

© 2011 Visa. All Rights Reserved.

| Transaction Type | Authorization Code Requirements for Each Transaction |
|---|---|
| CPS/Automated Fuel Dispenser | A Status Check (or estimated amount, if using Real-Time Clearing) request originated at an Automated Fuel Dispenser |
| CPS/Account Funding | Exactly one, obtained on the Transaction Date |
| CPS/e-Commerce Basic | Exactly one |
| CPS/e-Commerce Preferred Retail | Exactly one |
| CPS/e-Commerce Preferred Hotel and Car Rental | At least one. The Acquirer may obtain multiple Authorization Codes for a Transaction. |
| CPS/e-Commerce Preferred Passenger Transport | Exactly one |
| CPS/Small Ticket | Exactly one, obtained on the Transaction Date |

ID#: 081010-010410-0006800

# CPS/Automated Fuel Dispenser - U.S. Region

## CPS/Automated Fuel Dispenser - Merchant Requirements - U.S. Region

To be eligible to submit CPS/Automated Fuel Dispenser Transactions, a U.S. Merchant must:

- Complete the required business certification prior to submitting Transactions into Interchange
- Maintain a "velocity-check" program to monitor the volume and frequency of Transactions

The Merchant must **not** exceed the CPS/Automated Fuel Dispenser fraud or Chargeback thresholds specified by Visa.

ID#: 010410-010410-0008556

## Additional Authorization Requirements-CPS/Automated Fuel Dispenser - U.S. Region

A U.S. Merchant must either:

- Perform a Status Check for a CPS/Automated Fuel Dispenser Transaction
- For a Real-Time Clearing Transaction, estimate the Authorization amount based on the Merchant's good faith estimate of the final Transaction amount, taking into account among other factors typical spending patterns at the Merchant location, not to exceed US $500. The CPS/Automated Fuel Dispenser Interchange Reimbursement Fee does not apply if the Completion Message with the final Transaction amount is not sent within X of the preauthorization request.

ID#: 111011-010410-0008557

© 2011 Visa. All Rights Reserved.

**CPS/Automated Fuel Dispenser Transaction Amount - U.S. Region (Updated)**

In the U.S. Region, except as set forth below for a CPS/Automated Fuel Dispenser Transaction, the Transaction amount must not exceed:

• For a Visa Fleet Card, US $150

• For all other Cards, US $75

• For a Real-Time Clearing Transaction, US $500

**Effective through 17 June 2011,** as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide,* only for the purpose of calculating the applicable Interchange Reimbursement Fee, Automated Fuel Dispenser Transactions of US $75 or less are eligible for the Custom Payment Services (CPS) Interchange Reimbursement Fee for CPS/Automated Fuel Dispenser Transactions.

**Effective 18 June 2011,** as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*, only for the purpose of calculating the applicable Interchange Reimbursement Fee in the U.S. Region, for a CPS/Automated Fuel Dispenser Transaction, the Transaction amount must not exceed:

• For a Real-Time Clearing Transaction, US $500

• For all other Transactions, US $125

ID#: 151011-010410-0006823

# CPS/Hotel and Car Rental - Card Not Present and Card Present - U.S. Region

### CPS Hotel and Car Rental Chargeback Protection Limit - U.S. Region

For a Lodging Merchant in the U.S. Region, if the Transaction amount is greater than the Chargeback Protection Limit, the Transaction must:

• Be authorized as specified in "Hotel Estimated Authorization Amount"

• Be no more than 15% greater than the sum of the authorized amounts

• Meet the Authorization Reversal requirements specified below

For a non-Prestigious Property Transaction, the cleared Transaction amount must be within 15%, plus or minus, of the total estimated amount authorized.

• The Acquirer may submit one full or partial Authorization Reversal to meet the 15% Authorization variance requirement.

• The Authorization Reversal may be greater than the amount of the initial Authorization Request.

An Acquirer may use the Status Check Procedure for a Prestigious Property Transaction if the cleared Transaction amount is less than or equal to the Chargeback Protection Limit.

ID#: 081010-010410-0008569

© 2011 Visa. All Rights Reserved.

**Car Rental Merchant CPS Authorization Requirements - U.S. Region**

An Acquirer of a Car Rental Merchant in the U.S. Region may use an estimated Transaction amount for submitting an Authorization Request. If the final Transaction amount is greater than the authorized amount, the Transaction must:

- Be authorized as specified in "Car Rental Estimated Authorization Amount"

- Be no more than 15% greater than the sum of the authorized amounts

- Meet the Authorization Reversal requirements specified below

For an estimated Car Rental Merchant Transaction, the cleared Transaction amount must be within 15%, plus or minus, of the total amount authorized.

- The Acquirer may submit one full or partial Authorization Reversal to meet the 15% Authorization variance requirement.

- The Authorization Reversal may be greater than the amount of the initial Authorization Request.

ID#: 010410-010410-0008570

# CPS/Supermarket - U.S. Region

## CPS/Supermarket Qualification - U.S. Region

In the U.S. Region, the CPS/Supermarket Interchange Reimbursement Fee qualification requirements apply only to those Supermarket Incentive Program Transactions processed as specified below.

The Transactions must have the following characteristics:

- Completed in a Face-to-Face Environment

- The full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted

- Merchant is properly assigned Merchant Category Code 5411, "Grocery Stores and Supermarkets"

- Merchant is a non-membership retail store primarily engaged in selling food for home preparation and consumption

- Merchant offers a complete line of food merchandise, including self-service groceries, meat, produce, and dairy products

- Merchant has monthly sales of perishables (packaged and in-store bakery goods, dairy products, delicatessen products, floral items, frozen foods, meat, and produce) representing at least 45% of total monthly sales

- Merchant accepts Visa Cards or Visa Electron Cards for the purchase of all goods and services sold in the store, at all check-out lanes that accept checks

© 2011 Visa. All Rights Reserved.

- Complies with the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

ID#: 081010-010410-0008523

# CPS/Rewards - U.S. Region

## Custom Payment Services - Traditional Rewards Card and Visa Signature Card Transactions - U.S. Region

In the U.S. Region, a Transaction completed with a Visa Traditional Rewards Card or Visa Signature Card may qualify for either:

- CPS/Rewards 1 Interchange Reimbursement Fee
- CPS/Rewards 2 Interchange Reimbursement Fee

The CPS/Rewards 1 Interchange Reimbursement Fee is available to Visa Traditional Rewards Card Transactions that meet the requirements for one of the following Custom Payment Services (CPS) programs:

- CPS/Retail
- CPS/Supermarket

The CPS/Rewards 2 Interchange Reimbursement Fee is available for Transactions completed with a Visa Traditional Rewards Card that meet the requirements for one of the following Custom Payment services (CPS) programs:

- CPS/Card Not Present
- CPS/Retail Key-Entry
- CPS/Hotel and Car Rental Card Present
- CPS/Hotel and Car Rental Card Not Present
- CPS/Passenger Transport
- CPS/Restaurant
- CPS/e-Commerce Basic
- CPS/e-Commerce Preferred Hotel and Car Rental
- CPS/e-Commerce Preferred Passenger Transport

The CPS/Rewards 1 Interchange Reimbursement Fee is available to Visa Signature Card Transactions that qualify for one of the following Custom Payment Services (CPS) programs or are completed by a Merchant qualified for the applicable performance threshold program:

- CPS/Retail
- CPS/Retail Performance Threshold I
- CPS/Retail Performance Threshold II

© 2011 Visa. All Rights Reserved.

- CPS/Retail Performance Threshold III

- CPS/Supermarket

- CPS/Supermarket Performance Threshold I

- CPS/Supermarket Performance Threshold II

- CPS/Supermarket Performance Threshold III

The CPS/Rewards 2 Interchange Reimbursement Fee is available to Visa Signature Card Transactions that qualify for one of the following Custom Payment Services (CPS) programs:

- CPS/Card Not Present

- CPS/Retail Key-Entry

- CPS/e-Commerce Basic

ID#: 081010-010410-0008984

## CPS/Rewards 1 and CPS/Rewards 2 for Visa Signature Card Transactions - U.S. Region

In the U.S. Region, the CPS/Rewards 1 Interchange Reimbursement Fee is available to Visa Signature Card Transactions that qualify for one of the following Custom Payment Services (CPS) programs, or are completed by a Merchant qualified for the applicable performance threshold program:

- CPS/Retail, CPS/Retail Performance Threshold I, CPS/Retail Performance Threshold II, CPS/ Retail Performance Threshold III

- CPS/Supermarket, CPS/Supermarket Performance Threshold I, CPS/Supermarket Performance Threshold II, CPS/Supermarket Performance Threshold III

The CPS/Rewards 2 Interchange Reimbursement Fee is available to Visa Infinite Card or Visa Signature Card Transactions that qualify for one of the following Custom Payment Services (CPS) programs:

- CPS/Card Not Present

- CPS/Retail Key-Entry

- CPS/e-Commerce Basic

ID#: 010410-010410-0008568

© 2011 Visa. All Rights Reserved.

**CPS/Small Ticket - U.S. Region**

**CPS/Small Ticket Merchant Category Codes - U.S. Region**

**Effective 16 October 2010,** in the U.S. Region, in addition to the exclusions specified in "Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions," a Visa Easy Payment Service (VEPS) Transaction does not qualify for the CPS/Small Ticket Interchange Reimbursement Fee if the Transaction is one of the following:

• Visa Signature Preferred Transaction

• Commercial Visa Product Transaction

• Visa Debit Card Transaction with one of the following MCCs:

– 5541, "Service Stations"

– 5411, "Grocery Stores and Supermarkets"

– 5499, "Miscellaneous Food Stores — Convenience Stores and Specialty Markets"

• Visa Consumer Card (including Visa Signature Card) Transaction at a Merchant that is eligible for the Performance Threshold Interchange Reimbursement Fee Program. An exception applies to Transactions with MCC 5812, "Eating Places and Restaurants," or MCC 5814, "Fast Food Restaurants"

ID#: 111011-161010-0026011

# Industry-Specific Merchant Programs - U.S. Region

**Industry-Specific Merchant Program Requirements - U.S. Region**

**Industry-Specific Merchant Incentive Programs - U.S. Region**

In the U.S. Region, Visa offers incentive programs for Transactions completed by Merchants in specific Merchant segments. Visa reserves the right to disqualify a Merchant from participation in, or to modify or discontinue a Merchant incentive program at any time.

ID#: 050411-010100-0025930

© 2011 Visa. All Rights Reserved.

**Visa Utility Program Interchange Reimbursement Fee Qualification - U.S. Region (Updated)**

**Effective through 14 October 2011,** in the U.S. Region, only Visa Consumer Card Transactions or Visa Business Card Transactions (including Visa Signature Business Card) completed by a Merchant registered with the Visa Utility Interchange Reimbursement Fee Program may qualify for the Visa Utility Program Interchange Reimbursement Fee as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and the *Visa Utility Interchange Reimbursement Fee Program Guide.*

**Effective 15 October 2011,** in the U.S. Region, only Visa Consumer Card Transactions or Visa Business Card Transactions (including Visa Business Enhanced Card and Visa Signature Business Card) completed by a Merchant registered with the Visa Utility Interchange Reimbursement Fee Program may qualify for the Visa Utility Program Interchange Reimbursement Fee, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and the *Visa Utility Interchange Reimbursement Fee Program Guide.*

Utility Transactions involving registered Visa Merchants properly assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, Sanitary" receive the utility Interchange Reimbursement Fee by meeting certain business requirements. Credit Voucher Transactions are not eligible for this program.

To qualify for the Visa Utility Interchange Reimbursement Fee Program, a U.S. Merchant must:

- Contract directly with an Acquirer to be a Merchant, and the Merchant Outlet must be properly identified in the Authorization and Clearing Records

- Be properly assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, Sanitary"

- Accept Visa as a means of payment in all channels where payments are accepted (e.g., Face-to-Face Environments and Card-Absent Environments, as applicable)

- Visually represent the Visa Flag Symbol or Visa Brand Mark or Visa Brand Name on its Website

- Not charge a Convenience Fee to a Cardholder for processing a Visa Transaction. This restriction also applies to a third-party agent that processes Transactions for a utility Merchant.

- Feature the opportunity to pay with Visa at least as prominently as all other payment methods

- Be registered with Visa by its Acquirer

Transactions completed by a Merchant providing telecommunication or cable services are not eligible to participate in the Visa Utility Interchange Reimbursement Fee Program (Merchant Category Code 4900 is not applicable to such Merchants). Visa reserves the right to disqualify a Merchant from participation in or to modify or discontinue the Visa Utility Interchange Reimbursement Fee Program at any time.

An Acquirer must register the Visa Utility Payment Program Merchant as specified in the *Visa Utility Interchange Reimbursement Fee Program Guide.*

ID#: 111011-010410-0008990

© 2011 Visa. All Rights Reserved.

**Visa Debt Repayment Program - U.S. Region**

In the U.S. Region, Visa Debt Repayment Program Transactions completed by a registered Visa Merchant qualify for the Debt Repayment Program Interchange Reimbursement Fee by meeting the applicable business requirements specified in the *Visa Debt Repayment Program Guide* and the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

Transactions must have the following characteristics:

- Transaction is completed with a Visa Debit Card

- Merchant is properly assigned Merchant Category Code 6012, "Financial Institutions - Merchandise and Services," or 6051, "Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers Cheques"

- Transaction is a U.S. Domestic Transaction

- The bill payment and existing debt indicators are included in the Authorization Request and Clearing Record

To qualify for the Debt Repayment Program Interchange Reimbursement Fee, the Merchant must:

- **Not** assess any fee, including a Convenience Fee, to a Cardholder for processing the Visa Transaction. This restriction also applies to a third-party agent that processes Transactions for a Debt Repayment Program Merchant.

- Comply with "Basic Custom Payment Services (CPS) Requirements - U.S. Region"

- Be registered by its Acquirer as specified in the *Visa Debt Repayment Program Guide*

ID#: 081010-010410-0006781


**Debit Tax Payment Interchange Reimbursement Fee Qualification - U.S. Region**

In the U.S. Region, Tax Payment Transactions from a qualified Visa Merchant qualify for the Debit Tax Payment Interchange Reimbursement Fee by meeting the applicable business requirements specified in the *Visa Tax Payment Program Guide* and the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

Transactions must have the following characteristics:

- Transaction is completed with a Visa Debit Card

- Merchant is properly assigned Merchant Category Code 9311, "Tax Payments"

- Merchant complies with Convenience Fee requirements

The Acquirer must register the Tax Payment Program Merchant as specified in the *Visa Tax Payment Program Guide*.

The following Transactions are not eligible for the Tax Payment Program:

- Transactions completed with a Visa Consumer Credit Card or Commercial Visa Product

© 2011 Visa. All Rights Reserved.

• Credit Voucher

Visa reserves the right to disqualify a Tax Payment Program Merchant from participation in, modify, or discontinue the Debit Tax Payment Interchange Reimbursement Fee program at any time.

ID#: 081010-010410-0006762

## GSA Large Ticket Interchange Reimbursement Fee Qualification - U.S. Region

In the U.S. Region, the GSA Large Ticket Interchange Reimbursement Fee program supports the GSA requirements for enhanced processing of GSA Large Ticket Transactions. These Transactions take place at external suppliers (non-government Merchants) and are authorized, cleared, and settled for up to a maximum individual amount of US $10 million.

To qualify for the GSA Purchasing Card Large Ticket Interchange Reimbursement Fee program, a Transaction must have the following characteristics:

• Completed using a GSA Visa Purchasing Card

• Meet the qualification requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and the *Visa Purchasing Card Large Ticket Program Implementation Guide*

• CPS-qualified

• Not completed by a Travel Service Category or Passenger Transport Service Category Merchant

ID#: 050411-010410-0008539

## GSA Government-to-Government (G2G) Interchange Reimbursement Fee Qualification - U.S. Region

In the U.S. Region, under the GSA Government-to-Government Program, federal government-to-government Transactions from eligible Visa Merchants will receive the GSA Government-to-Government (G2G) Interchange Reimbursement Fee by meeting certain processing requirements as specified in the *Visa Government-to-Government (G2G) Program Guide.*

The GSA Government-to-Government (G2G) Interchange Reimbursement Fee applies to GSA Visa Purchasing Card original Transactions and related Chargebacks, Representments, and Clearing Reversals. Credit Vouchers are not eligible for this program.

To qualify for the GSA Government-to-Government Program, a Transaction must be completed by a qualified Merchant and have the following characteristics:

• Completed with a GSA Visa Purchasing Card

• Merchant is properly assigned one of the following Merchant Category Codes:

   – 9399 "Government Services Not Elsewhere Classified"

   – 9402 "Postal Services - Government Only"

• Merchant Verification Value (MVV) is present, valid, and matches the MVV and Acquirer BIN relationship

© 2011 Visa. All Rights Reserved.

- Registered with Visa

- CPS-qualified

- Not completed by a Travel Service Category or Passenger Transport Service Category Merchant

ID#: 111011-010100-0026015


### GSA Government-to-Government Disqualification - U.S. Region

In the U.S. Region, Visa reserves the right to disqualify a Merchant from participation in, modify, or discontinue the GSA Government-to-Government Program at any time.

ID#: 081010-041008-0007196


# Interchange Reimbursement Fee Programs - U.S. Region


## Credit Voucher Program - U.S. Region


### Credit Voucher Program Qualification - U.S. Region (Updated)

In the U.S. Region, Interchange Reimbursement Fees are paid by the Issuer to the Acquirer on merchandise credits, or Credit Vouchers. The Interchange Reimbursement Fee for a Credit Voucher Transaction will be determined by the following combinations of Card type and Merchant segment:

- Transactions on all Card types with passenger transport Merchant Category Codes (MCCs 3000-3299, 4112, and 4511)

- Transactions involving Visa Consumer Cards with non-passenger transport Merchant Category Codes (all MCCs except 3000-3299, 4112, and 4511)

- Transactions involving Commercial Cards with non-passenger transport Merchant Category Codes (all MCCs except 3000-3299, 4112, and 4511)

- **Effective through 31 May 2011,** Transactions involving Visa Consumer Cards that originate from certain U.S. Merchants may also qualify for the Credit Voucher Transaction -- Mail/Phone Order and Electronic Commerce Merchant - Consumer (Credit /Debit) Program if the merchant meets the eligibility requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* These Transactions must **not** take place at a passenger transport Merchant location (MCCs 3000-3299, 4112, and 4511) or a High-Risk Telemarketing Merchant location (MCCs 5962, 5966, and 5967).

- **Effective 1 June 2011,** Consumer (Credit /Debit) Program if the Merchant meets the eligibility requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* These Transactions must not take place at a passenger transport Merchant location (MCCs 3000-3299, 4112, and 4511) or a High-Brand Risk Merchant location (MCCs 5962, 5966, and 5967).

ID#: 111011-010410-0008760

© 2011 Visa. All Rights Reserved.

## Credit Vouchers for Airline/Railway Ticket - U.S. Region

For CPS/Passenger Transport Transactions in the U.S. Region, an Acquirer must provide the Airline/ Railway Ticket Identifier that was associated with the original Transaction for the related Credit Voucher Transaction.

ID#: 081010-010410-0006542

## Credit Vouchers for GSA Large Ticket Transactions - U.S. Region

For GSA Large Ticket Transactions in the U.S. Region, an Acquirer must process the Credit Voucher Transaction at the Interchange Reimbursement Fee applied to the original related Transaction.

ID#: 010410-010410-0006543

## Credit Vouchers for Large Purchasing Ticket Transactions - U.S. Region

For Credit Vouchers involving Visa Purchasing Large Ticket Transactions in the U.S. Region:

- If the credit amount is equal to the original Transaction amount or exceeds the threshold amount specified in *Visa U.S.A. Interchange Reimbursement Fees,* an Acquirer must process the Credit Voucher Transaction at the Interchange Reimbursement Fee applied to the original related Transaction
- If the credit amount is less than the threshold amount specified in *Visa U.S.A. Interchange Reimbursement Fees*, the Acquirer must process the Credit Voucher Transaction at the applicable Interchange Reimbursement Fee

ID#: 050411-010410-0006544

## Credit Voucher Interchange Reimbursement Fee for Mail/Phone Order and Electronic Commerce Merchants - U.S. Region (Updated)

In the U.S. Region, Transactions completed with a Visa Consumer Card qualify for the applicable Credit Voucher Interchange Reimbursement Fee if 70% or more of the Merchant's cumulative Visa Consumer Card sales volume during the previous calendar-year quarter was processed using one of the following programs:

- CPS/Card Not Present Interchange Reimbursement Fee
- CPS/e-Commerce (Basic or Preferred) Interchange Reimbursement Fee

The following Transaction types are not eligible:

- Account Funding Transactions
- Commercial Visa Product Transactions
- Quasi-Cash Transactions

© 2011 Visa. All Rights Reserved.

- **Effective through 31 May 2011,** Transactions originating from High-Risk Telemarketing Merchants
- **Effective 1 June 2011,** Transactions originating from High-Brand Risk Merchants (Merchant Category Codes 5962, 5966, and 5967)
- Transactions originating from Passenger Transport Service Category Merchants

An Acquirer may apply the Credit Transaction Interchange Reimbursement Fee beginning 30 days or less after the quarter end in which the Merchant meets eligibility requirements.

ID#: 111011-010410-0006545

# ATM Tiered Interchange Reimbursement Fee - U.S. Region

## ATM Interchange Reimbursement Fee Qualification - U.S. Region

A U.S. Member with ATMs that qualify for the ATM Interchange Reimbursement Fee Tier 1 level must comply with registration requirements, available from Visa upon request.

In the U.S. Region, an ATM may qualify for the ATM Interchange Reimbursement Fee Tier 1 level if the ATM meets the requirements in the "Visa/Plus ATM Portfolio Profile" form. The "Visa/Plus ATM Portfolio Profile" form is available from Visa upon request.

An ATM that does not qualify for the ATM Interchange Reimbursement Fee Tier 1 level will be subject to the ATM Interchange Reimbursement Fee Tier 2 level.

ID#: 081010-010410-0006709

## ATM Interchange Reimbursement Fee - Tier 2 - U.S. Region

In the U.S. Region, an ATM that does not qualify for the ATM Interchange Reimbursement Fee Tier 1 level will be subject to the ATM Interchange Reimbursement Fee Tier 2 level.

ID#: 010410-010410-0006710

© 2011 Visa. All Rights Reserved.

# Performance Threshold Interchange Reimbursement Fees - U.S. Region

## Performance Threshold Interchange Reimbursement Fee Consumer Credit and Consumer Debit - U.S. Region

### Performance Threshold Interchange Reimbursement Fee - Visa Consumer Credit - U.S. Region (Updated)

In the U.S. Region, the Performance Threshold Interchange Reimbursement Fee Program - Consumer Credit provides incentive Interchange Reimbursement Fee rates to Retail Merchant and supermarket Transactions meeting certain performance threshold requirements. Consumer Credit Transactions, including, **effective 24 February 2011**, Visa Charge Card Transactions, from eligible Merchants receive incentive Interchange Reimbursement Fee rates on Transactions that would otherwise be eligible for CPS/Retail and CPS/Supermarket Interchange Reimbursement Fee Programs.

Transactions from qualified Merchants that meet the performance threshold requirements must have the following characteristics:

- Completed with a Visa Traditional or Visa Traditional Rewards Card

- U.S. Domestic Transaction

- CPS-qualified using the fee edit criteria for CPS/Retail or CPS/Supermarket

U.S. Merchant eligibility for the Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Credit will be determined by Visa annually. The performance thresholds specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* apply to qualified Visa Consumer Credit Card original Transactions and related Chargebacks, Representments, and Clearing Reversals.

Visa Signature CPS/Retail and CPS/Supermarket Transactions are ineligible for Performance Threshold Interchange Reimbursement Fees. Such Transactions may qualify for the CPS/Rewards 1 Interchange Reimbursement Fee.

Performance Threshold Interchange Reimbursement Fee eligibility requirements are based on annual volume criteria as specified by Visa. Additionally, Visa will determine the timing and manner of implementation for the Performance Threshold Interchange Reimbursement Fees available to Acquirers related to the Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Credit.

ID#: 111011-240211-0008765

© 2011 Visa. All Rights Reserved.

**Performance Threshold Interchange Reimbursement Fee - Visa Consumer Debit - General - U.S. Region**

In the U.S. Region, the Performance Threshold Interchange Reimbursement Fee Program provides incentive Interchange Reimbursement Fee rates to retail and supermarket Transactions meeting certain performance threshold requirements. Transactions from eligible Merchants receive the incentive Interchange Reimbursement Fee rates on Transactions that would otherwise be eligible for CPS/Retail and CPS/Supermarket Interchange Reimbursement Fee programs.

Transactions from qualified Merchants that meet the performance threshold requirements must have the following characteristics:

• Completed with a Visa Debit Card

• U.S. Domestic Transaction

• CPS-qualified using the fee edit criteria for CPS/Retail or CPS/Supermarket

U.S. Merchant eligibility for the Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Debit will be determined by Visa annually. The performance thresholds specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* apply to qualified Visa Debit Card original Transactions and related Chargebacks, Representments, and Clearing Reversals.

Performance Threshold Interchange Reimbursement Fee eligibility requirements are based on annual volume criteria as specified by Visa. Additionally, Visa will determine the timing and manner of implementation for the Performance Threshold Interchange Reimbursement Fees available to Acquirers related to the Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Debit.

ID#: 081010-010410-0006724

# Visa Signature Preferred Interchange Reimbursement Fees - U.S. Region

## Visa Signature Preferred Interchange Reimbursement Fee Requirements - U.S. Region

### Visa Signature Preferred Interchange Reimbursement Fee Qualification - U.S. Region

In the U.S. Region, Visa Signature Preferred Card Transactions may be CPS-qualified under one of the consumer programs as defined in the U.S. Regional Operating Regulations and as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0008515

© 2011 Visa. All Rights Reserved.

## Visa Signature Preferred Standard Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, a Visa Signature Preferred Transaction that does not qualify for any Custom Payment Services (CPS) program may only be eligible for the Visa Signature Preferred Standard Interchange Reimbursement Fee.

ID#: 081010-010410-0008989

## Visa Signature Preferred Electronic Interchange Reimbursement Fee - U.S. Region

To qualify for the Visa Signature Preferred Electronic Interchange Reimbursement Fee, the Visa Signature Preferred Transaction must be conducted at a Travel Service Category Merchant and must be CPS-qualified as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010100-0025806

## Visa Signature Preferred Retail Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, a Visa Signature Preferred Consumer Credit Card Transaction that originates at a non-Travel Service Category Merchant Outlet may qualify for the Visa Signature Preferred Retail Interchange Reimbursement Fee. To qualify for this program, the Transaction must be CPS-qualified, occur at a Retail Merchant, and meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010410-0006758

## Visa Signature Preferred Card Not Present Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, a Mail/Phone Order Transaction, Electronic Commerce Transaction, or a Transaction completed by a Merchant in a select developing market as defined in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* (excluding Travel Service Category Transactions) may qualify for the Visa Signature Preferred Card CPS/Card Not Present Interchange Reimbursement Fee.

ID#: 081010-010410-0006756

© 2011 Visa. All Rights Reserved.

## Visa Signature Preferred Business-to-Business Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, a Visa Signature Preferred Transaction completed at a non-Travel Service Category Merchant Outlet may qualify for the Visa Signature Preferred Business-to-Business Interchange Reimbursement Fee. To qualify for this program, the Transaction must be CPS-qualified as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and occur at a Merchant Outlet properly assigned a business-to-business Merchant Category Code as specified in the *Visa Merchant Data Standards Manual*.

ID#: 081010-010410-0008519

## Visa Signature Preferred Fuel Interchange Reimbursement Fee - U.S. Region

A Visa Signature Preferred Transaction completed at an Automated Fuel Dispenser or service station may qualify for the Signature Preferred Fuel Interchange Reimbursement Fee. The Transaction must be CPS-qualified for CPS/Automated Fuel Dispenser, CPS/Retail Service Station, or CPS/Small Ticket.

ID#: 081010-010100-0025807

## Visa Signature Preferred Utility Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, a Visa Signature Preferred Card Transaction conducted at a Merchant properly assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, Sanitary" may be eligible to receive the Visa Utility Interchange Reimbursement Fee, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and the *Visa Utility Interchange Reimbursement Fee Program Guide*.

ID#: 081010-010100-0025808

© 2011 Visa. All Rights Reserved.

# Commercial Interchange Reimbursement Fees - U.S. Region

## Commercial Interchange Reimbursement Fees and Programs - U.S. Region

### Commercial Card Standard Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, Commercial Visa Product Transactions that do not qualify for CPS and do not meet the Level II Enhanced Data requirement will qualify for the Commercial Card Standard Interchange Reimbursement Fee program as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and are assessed the Commercial Card Standard Interchange Reimbursement Fee rate.

ID#: 081010-151010-0026002

### Commercial Card Electronic Interchange Reimbursement Fee - U.S. Region (Updated)

In the U.S. Region, Commercial Visa Product Transactions are eligible for the Electronic Interchange Reimbursement Fee as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* The following Commercial Visa Product Transactions are specifically excluded:

- **Effective through 31 May 2011,** High-Risk Telemarketing Merchants (Merchant Category Codes 5962, 5966, and 5967)
- **Effective 1 June  2011,** High-Brand Risk Merchants (Merchant Category Codes 5962, 5966, and 5967)
- Non-Secure Transactions

ID#: 111011-151010-0026003

### Commercial Card - Non-Travel Service, Level II Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, the Commercial Level II (non-Travel Service Category) Interchange Reimbursement Fee is available for taxable Commercial Visa Product Transactions that are CPS-qualified and meet certain additional data requirements as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* Tax-exempt Commercial Visa Product Transactions and Commercial Visa Product Transactions using the CPS/Account Funding program are not eligible for the Commercial Level II (non-Travel Service Category) Interchange Reimbursement Fee.

ID#: 081010-151010-0026004

© 2011 Visa. All Rights Reserved.

## Purchasing Card Electronic with Data Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, the Purchasing Card Electronic with Data Interchange Reimbursement Fee is available to non-General Services Administration (non-GSA) Visa Purchasing Card Transactions that meet certain additional data requirements, but are not CPS-qualified, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* Visa Purchasing Card Transactions using the CPS/Account Funding program are not eligible for the Purchasing Card Electronic with Data Interchange Reimbursement Fee.

ID#: 081010-151010-0026005

## Purchasing Card Level III (Non-Travel Service Category) - U.S. Region

In the U.S. Region, the Purchasing Card Level III (non-Travel Service Category) Interchange Reimbursement Fee is available to Visa Purchasing Card Transactions that are CPS-qualified and meet certain additional data requirements as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* Visa Purchasing Card Transactions using the CPS/Account Funding program are not eligible for the Purchasing Card Level III (non-Travel Service Category) Interchange Reimbursement Fee.

ID#: 081010-151010-0026006

## Utility Business Program - U.S. Region (Updated)

**Effective through 14 October 2011,** in the U.S. Region, Visa Business Card or Visa Signature Business Card Transactions conducted at a Merchant properly assigned Merchant Category code 4900, "Utilities - Electric, Gas, Water, Sanitary" may be eligible to receive the Utility Business Interchange Reimbursement Fee as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

**Effective 15 October 2011,** in the U.S. Region, Visa Business Card, Visa Business Enhanced Card, or Visa Signature Business Card Transactions conducted at a Merchant properly assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, Sanitary," may be eligible to receive the Utility Business Interchange Reimbursement Fee, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 111011-151010-0026007

## Commercial Card Retail Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, Commercial Visa Product Transactions completed at a non-Travel Service Category Merchant Outlet that do not meet the Level II Enhanced Data requirement may qualify for the Commercial Retail Interchange Reimbursement Fee. To qualify for this program, the Transaction must be CPS-qualified for certain CPS programs as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and occur at a Retail Merchant Outlet.

ID#: 081010-010100-0025811

© 2011 Visa. All Rights Reserved.

**Commercial Card - Card Not Present Interchange Reimbursement Fee - U.S. Region**

In the U.S. Region, Mail/Phone Order Transactions, Electronic Commerce Transactions, or Transactions completed by a Merchant in a select developing market as defined in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* (excluding Travel Service Category Transactions) and that do not meet the Level II Enhanced Data requirement may qualify for the Commercial Card-Card Not Present rate. To qualify for this program, the Transaction must be CPS-qualified for certain CPS programs as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010100-0025812

**Commercial Card Business-to-Business (B2B) Interchange Reimbursement Fee - U.S. Region**

In the U.S. Region, Commercial Visa Product Transactions that do not meet the Level II Enhanced Data requirement will qualify for the Commercial Business-to-Business Interchange Reimbursement Fee. To qualify for this program, the Transaction must be CPS-qualified as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and be completed at a Merchant properly assigned a business-to-business Merchant Category Code as specified in the *Visa Merchant Data Standards Manual*.

ID#: 081010-010100-0025810

# Visa Purchasing Large Ticket Interchange Reimbursement Fee - U.S. Region

## Visa Purchasing Large Ticket Interchange Reimbursement Fee - General - U.S. Region

### Visa Purchasing Large Ticket Interchange Reimbursement Fee Qualification - U.S. Region

In the U.S. Region, the Visa Purchasing Large Ticket Interchange Reimbursement Fee program supports the requirements for enhanced processing of non-General Services Administration (GSA) Large ticket Transactions. These Transactions are authorized, cleared, and settled for up to a maximum individual amount of US $10 million.

To qualify for the Visa Purchasing Large Ticket Interchange Reimbursement Fee program, the Transaction must have the following characteristics:

• Submitted by an eligible Merchant, other than a Travel Service Category or Passenger Transport Service Category Merchant, that has been registered with Visa as specified in the *Visa Purchasing Card Large Ticket Program Implementation Guide*

© 2011 Visa. All Rights Reserved.

- Completed with a non-GSA Visa Purchasing Card

- U.S. Domestic Transaction

- Merchant Verification Value (MVV) is present, valid, and matches the MVV and Acquirer BIN relationship registered with Visa

- Meets the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and the *Visa Purchasing Card Large Ticket Program Implementation Guide*

ID#: 111011-010410-0008758

# Visa Fees - General

## Fee Assessment and Responsibility

### Fee and Charge Revisions

As with all Operating Regulations, fees and charges are subject to change by Visa.

For information about VisaNet processing charges, membership fees, and other service and program fees, see the applicable regional fee guide.

ID#: 111011-010410-0003014

### Responsibility for Charges - U.S. Region

All charges imposed by Visa, whether in the form of fees, exchange rates, or otherwise, are charges imposed on U.S. Members or VisaNet Processors or Agents operating on behalf of a U.S. Member. A U.S. Member or VisaNet Processor or Agent operating on behalf of a U.S. Member is responsible for paying all charges, regardless of whether it absorbs the charges, passes them on, or increases them in billing its customer (e.g., Cardholder, Merchant). The Member, VisaNet Processor, or Agent must not represent to its customer that Visa imposes any charge on its customer.

ID#: 010410-010410-0003015

© 2011 Visa. All Rights Reserved.

# Fee Collection

## Visa Fee Collection and Funds Disbursement

### Card Service Fee Collection (Updated)

Visa assesses and collects Card service fees through the Global Member Billing Solution or other designated method.

ID#: 111011-010410-0007886

### Fee Adjustments (Updated)

**Effective 1 October 2011,** if Visa confirms that a Member has either underpaid or overpaid its fees, Visa may process a fee adjustment. The fee adjustment time period is limited to the 2 years prior to the date that either:

- The overpayment or underpayment was reported to Visa by the Member
- Visa discovered that an adjustment was due to the Member

Visa reserves the right to collect an underpayment from a Member beyond the 2-year period.

In the AP Region, Card service fees paid will be refunded for the most recent quarter.  The Member must submit its refund request within 60 days from the close of the quarter in question.  For all other fees, the provisions specified above apply.

Any collection or refund does not include interest.

ID#: 171011-010100-0026403

### Fee Collection and Funds Disbursement Reason Codes - U.S. Region

Reason Codes for Fee Collection Transactions and Funds Disbursement Transactions for use in the U.S. Region are listed in the table below. Visa may collect or disburse the listed fee and charge types from U.S. Members through VisaNet, as specified in the appropriate VisaNet manuals. Fees and charges are listed on the Visa Billing Statement and collected through the Global Member Billing Solution.

**Fee Collection Transactions and Funds Disbursement Fees and Reason Codes - U.S. Region**

| Fees and Charges | Reason Code |
|---|---|
| Global Member Billing Solution | 5010 |
| BIN Licensing and Administration Program fees Sponsored Member Registration Program | 5010 or 5195 |

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

| Fees and Charges | Reason Code |
| --- | --- |
| Supermarket Incentive Program marketing fee | 5015 |
| Arbitration/Compliance filing and/or review fee | 5020 |
| BASE II access charge | 5030 |
| Miscellaneous fees or charges | 5040 |
| Issuers' Clearinghouse Service fees | 5050 |
| Risk Identification Service (RIS) Online fees | 5060 |
| Visa account tracking service | 5090 |
| Third Party registration fee/annual fee | 5140 |
| Chargeback handling fees | 5150 |
| VisaNet Copy Request and Fulfillment Service Fulfillment fee | 5160 |
| VisaNet Copy Request and Fulfillment Service access fee | 5165 |
| VisaNet Copy Request and Fulfillment Service Nonfulfillment fee | 5170 |
| Merchant review fee | 5180 |
| Membership compliance fees and penalties | 5185 |
| BIN licensing and administration program fees | 5190 |
| Inaccurate Merchant data fine | 5210 |
| Initial or quarterly service fee and/or late payment fees | 5245 |
| Member or VisaNet Processor indemnification reimbursement | 5250 |
| Corporate indemnification of settlement risk | 5290 |

ID#: 111011-010410-0003149

© 2011 Visa. All Rights Reserved.

# Member Fee Collection and Funds Disbursement

## Fee Collection/Funds Disbursement Process - U.S. Region

A U.S. Member or its Authorizing Processor may collect fees or disburse funds as allowed through VisaNet using the Fee Collection Transaction (transaction code 10) or Funds Disbursement Transaction (transaction code 20) specified in the "Fee Collection Dispute Resolution - U.S. Region" table and "Fee Collection Transactions and Funds Disbursement Fees and Reason Codes Used by Members and Authorizing Processors - U.S. Region" table. No other use of the Fee Collection Transaction/Funds Disbursement Transaction process is permitted.

ID#: 010410-010410-0003152

## Fee Collection and Funds Disbursement Time Limit - U.S. Region

A U.S. Member or its Authorizing Processor must collect fees or disburse funds within 45 days from the related event, unless otherwise specified.

ID#: 010410-010410-0003153

## Data and Documentation Requirements for Fee Collections and Funds Disbursements - U.S. Region (Updated)

The table below lists fee types and funds that are settled through VisaNet, the corresponding Reason Codes, and the data and documentation required for each fee or disbursement in the U.S. Region.

### Fee Collection Transactions and Funds Disbursement Fees and Reason Codes Used by Members and Authorizing Processors - U.S. Region

| Fee | Reason Code | Data and Documentation Required |
|---|---|---|
| Lost/Stolen Card Reporting Service fees | 0130 | Must specify in the message text the date of loss as reported by the Cardholder. |
| | | Member must return "Lost or Stolen Card Report" (Exhibit 1A) to the Issuer, as specified in "Lost or Stolen Card Reporting." |

© 2011 Visa. All Rights Reserved.

| Fee | Reason Code | Data and Documentation Required |
|---|---|---|
| Recovered Visa Card, or Visa Electron Card handling fees/rewards | 0150 | Must specify in the message text: <br><br> • Cardholder name on the recovered Visa Card or, if applicable, on the Visa Electron Card <br><br> • If the Visa Card or Visa Electron Card was recovered as the result of a Code 10 Authorization, the words "Code 10" <br><br> Must specify in the event date field the date the Visa Card or Visa Electron Card was recovered. <br><br> Must return recovered Visa Card or Visa Electron Card and "Recovered Card Advice" (Exhibit 1E) to the Issuer, as specified in "Card Recovery." |
| Recovery of Retrieval Request fees | 0170 | Must specify in the message text: <br><br> • Acquirer Reference Number <br><br> • VisaNet Retrieval Request date <br><br> • Reason for recovery (such as "copy illegible") |
| Emergency Card Replacement distribution fee | 0200 | Must specify in the message text the date of Visa Card, Visa Electron Card, or Visa TravelMoney Card distribution. |
| Emergency Cash Disbursement handling fee | 0210 | Must specify in the message text the Transaction amount. |
| Arbitration/Compliance case decision or filing fee | 0220 | Must specify in the message text: <br><br> • Cardholder name <br><br> • Acquirer Reference Number of the Transactions involved <br><br> • Notification date of the Visa decision, or date of the other Member's withdrawal notification to Visa, as applicable |

© 2011 Visa. All Rights Reserved.

| Fee | Reason Code | Data and Documentation Required |
|---|---|---|
| Incorrect Merchant Identification/Transaction Date handling fee | 0230 | Must be collected within 45 calendar days of the receipt date of the Transaction Receipt.<br><br>Must specify in the message text:<br><br>• Acquirer Reference Number<br><br>• VisaNet Transaction Receipt request date<br><br>• Transaction Receipt receipt date<br><br>• Reason for the fee collection, specifying both the incorrect and correct information (such as, "Merchant name is XXXX not YYYY" )<br><br>Handling fee must **not** be collected for an incorrect Transaction Date if the Transaction Date field either:<br><br>• Is zero-filled, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN)<br><br>• For a Lodging, Cruise Line, or Car Rental Merchant Transaction, contains either the date the Card was first presented or the date the Transaction was completed |
| "Good Faith" collection letter acceptance Funds Disbursement | 0240 | Must specify the date of the "Good Faith" collection letter in the event date field of the VisaNet Funds Disbursement record. Must specify in the message text:<br><br>• Acquirer Reference Number, if applicable<br><br>• Words "Good Faith Collection Letter"<br><br>• File number, if provided |
| "Cardholder Does Not Recognize Transaction" Chargeback handling fee | 0250 | Must be collected within 45 calendar days of the Central Processing Date of the Representment.<br><br>Must specify in the message text:<br><br>• Transaction Amount<br><br>• Either:<br><br>  – "Itinerary provided"<br><br>  – "No Show indicator present" |
| Pre-Arbitration/pre-Compliance acceptance Funds Disbursement | 0350 | Must specify the date of the pre-Arbitration or pre-Compliance letter in the event date field of the VisaNet Funds Disbursement record.<br><br>Must specify in the message text:<br><br>• Acquirer Reference Number, if applicable<br><br>• Words "pre-Arbitration" or "pre-Compliance"<br><br>• File number, if provided |

© 2011 Visa. All Rights Reserved.

| Fee | Reason Code | Data and Documentation Required |
|---|---|---|
| Interchange Reimbursement Fee pre-Compliance acceptance Funds Disbursement | 0350 | Must specify the date of the Interchange Fee pre-Compliance letter in the event date field of the VisaNet Funds Disbursement record.<br><br>Must specify in the message text:<br><br>• Acquirer Reference Number, if applicable<br><br>• Words "Interchange Fee pre-Compliance"<br><br>• File number, if provided |

ID#: 151011-010410-0006472

## Fee Collection Disputes - U.S. Region

A U.S. Member receiving a Fee Collection Transaction initiated by another U.S. Member through VisaNet may return it within 45 calendar days of the Central Processing Date if there is an error in the original VisaNet Fee Collection Transaction.

ID#: 010410-010410-0006493

## Fee Collection Dispute Resolution - U.S. Region

The table below specifies the actions, reasons, and rules governing Fee Collection Transaction disputes between U.S. Members and their resolution.

© 2011 Visa. All Rights Reserved.

**Fee Collection Dispute Resolution - U.S. Region**

| Action | Reason | Rules |
|---|---|---|
| Fee Collection Returns | One of the following events must occur:<br><br>• Wrong Member receives the Fee Collection<br><br>• Required information in the message text portion of the Fee Collection is not received or is inaccurate or inadequate<br><br>• Fee Collection exceeds the maximum fee amount allowed. Note: The Member may return only the amount in excess.<br><br>• Receiving Member claims the Fee Collection is improper under the US. Regional Operating Regulations<br><br>• Fee Collection was duplicated in error and not reversed, as specified in "Duplicate or Erroneous Data" | A Member receiving a Fee Collection must return it using the same format as the original Fee Collection, as specified in the appropriate VisaNet manuals.<br><br>The message text field must contain the word "return" (or its abbreviation) and the return reason.<br><br>A Member must wait 21 calendar days from the Central Processing Date for the documentation. If it does not, the fee may be returned within the next 24 calendar days.<br><br>An Issuer must **not** return the fee for a Recovered Card Handling Fees/Rewards (Reason Code 0150) if the Issuer does not receive the "Interchange Recovered Card Advice"(Exhibit G) and the recovered Visa Card or Visa Electron Card or a legible copy of the front and back of the recovered Visa Card or Visa Electron Card within 21 calendar days of the Central Processing Date. If this documentation is not received, the Issuer may request Compliance, as specified in "Compliance Process" within 90 calendar days from the Central Processing Date of the Fee Collection. |
| Resubmission of Returned Fee Collection | The Fee Collection was returned because the information or documentation was not received. | A Member resubmitting a returned Fee Collection must:<br><br>• Comply with the appropriate VisaNet manuals<br><br>• Make the resubmission within 45 calendar days from the Central Processing Date of the returned Fee Collection<br><br>• Provide the information or documentation<br><br>A Member must **not** resubmit a Fee Collection for Recovered Card Handling Fees/Rewards (Reason Code 0150) or Recovery of Retrieval Request fees (Reason Code 0170). |
| Return of Resubmitted Fee Collection | The Member receiving a resubmitted Fee Collection may return it, if supporting information or documentation is not received within 21 calendar days the Central Processing Date. | The Member must process the returned Fee Collection as specified for Fee Collection Returns (above) and may then re-return the Fee Collection during the next 24 calendar days. |

ID#: 111011-010410-0003168

© 2011 Visa. All Rights Reserved.

**Limits of Fee Collection Returns - U.S. Region 9.6.D.3**

In no case may there be a third submission or third return of a Fee Collection Transaction through VisaNet. A U.S. Member must submit an outstanding Fee Collection Transaction for Compliance, except for the following disputes, which must be settled directly between the Members involved and are **not** subject to Compliance procedures:

- "Good Faith" Collection Letter Settlement Funds Disbursement (Reason Code 0240)
- Pre-Compliance Interchange Reimbursement Fee pre-Compliance Settlement Funds Disbursement (Reason Code 0350)

ID#: 010410-010410-0003162

# Automated Clearing House Service Fee Collection and Funds Disbursement - U.S. Region

### Automated Clearing House Service Authorization Agreement - U.S. Region

Visa will provide a U.S. Member or VisaNet Processor with an automated clearing house authorization agreement for Fee Collection Transactions and Funds Disbursement Transactions. This agreement must be signed and returned to Visa before the initiation of any automated clearing house transaction.

The signed agreement remains valid for all Fee Collection Transactions and Funds Disbursement Transactions until the U.S. Member or VisaNet Processor notifies Visa of either:

- Its replacement by a new agreement
- Revocation of the agreement because the Member or VisaNet Processor was terminated

ID#: 010410-010410-0007974

### Automated Clearing House Service Requirements - U.S. Region

Upon Visa request, a U.S. Member or VisaNet Processor must provide all of the following for the purpose of collecting fees and disbursing funds through the automated clearing house service:

- Valid automated clearing house transit/routing number
- Associated financial institution depository account number
- Signed automated clearing house authorization agreement

If any account information (such as the account number or financial institution) changes, the Member or VisaNet Processor must:

- Notify Visa at least 10 calendar days before the effective date of the change

**© 2011 Visa. All Rights Reserved.**

• Submit a new automated clearing house authorization agreement with the change

ID#: 010410-010410-0008067

## Rejection of Automated Clearing House Transactions - U.S. Region

Visa may require a same-day wire transfer or initiate a Fee Collection Transaction through VisaNet if a valid automated clearing house transaction is rejected or cannot be initiated for any reason, including:

• U.S. Member did **not** comply with "Automated Clearing House Service Requirements - U.S. Region"

• Existing automated clearing house authorization agreement was revoked before a replacement authorization agreement took effect

ID#: 010410-010410-0007881

## Non-Use of Automated Clearing House Service - U.S. Region

A U.S. Member or VisaNet Processor that is required to use the automated clearing house service may be required to reimburse Visa for any expense incurred for processing any payment made by a means other than the automated clearing house service.

ID#: 010410-010410-0007882

## Initial Service Fee Collection through Automated Clearing House Service - U.S. Region

Visa may collect initial service fees through the automated clearing house service from all new U.S. Principal-type and Associate-type Members, as specified in Article III of the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws* and "Automated Clearing House Service Fee Collection - U.S. Region."

ID#: 010410-010410-0007884

## Automated Clearing House Service Requirements for Principal-Type or Associate-Type Members - U.S. Region

Upon Visa request, a U.S. Principal-type or Associate-type Member, or an applicant for Principal-type or Associate-type membership, must comply with "Automated Clearing House Service Requirements - U.S. Region" for the purpose of collecting fees and disbursing funds through the automated clearing house service.

ID#: 010410-010410-0007885

© 2011 Visa. All Rights Reserved.

**Automated Clearing House Collections Made in Error - U.S. Region**

Visa is **not** liable for U.S. automated clearing house collections in error, except through intentional misconduct.

ID#: 010410-010410-0007883

# Visa Interchange Reimbursement Fee Adjustments

## Interchange Reimbursement Fee Adjustments

### Visa Right to Adjust Interchange Reimbursement Fees

If Interchange Reimbursement Fees are inappropriately received or paid on Transactions, Visa reserves the right to rectify the improper allocations in the event of Visa, VisaNet, or Visa computer systems errors, under the conditions and process specified in "Interchange Reimbursement Fee Adjustments."

This provision is **not** applicable to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe.

ID#: 010410-010410-0007959

### Interchange Reimbursement Fee Adjustment Conditions

Interchange Reimbursement Fee adjustments may only be made as follows:

- Adjustments are limited to Transactions occurring within 90 calendar days of the Processing Date of the oldest Transaction submitted by the Member or identified by Visa

- Transactions beyond 90 calendar days (not to exceed 2 years from the date submitted by the Member or identified by Visa) may be considered for adjustment if Visa determines that extenuating circumstances prevented the Member from discovering the violation sooner

- When an Issuer or Acquirer is at fault, the impacted Issuer(s) or Acquirer(s) is required to use the Interchange Reimbursement Fee Compliance process

- Adjustments will only be made when the total Interchange Reimbursement Fee amount to be corrected is greater than US $2,500

- Individual correcting Transactions will only be made if the amount of the correcting transaction is greater than US $50

Visa may, at its sole discretion, offer to use this adjustment process regardless of the adjustment amount.

ID#: 010410-010410-0007972

© 2011 Visa. All Rights Reserved.

**Interchange Reimbursement Fee Adjustment Process**

Interchange Reimbursement Fee adjustments will be processed as follows:

• Visa will notify the Members that will receive a correcting Transaction

• Visa will initiate correcting Fee Collection Transaction (transaction code 10) and Funds Disbursement Transaction (transaction code 20) through VisaNet

• All Visa decisions are final

• A Member may appeal a decision only if the Member can provide new evidence not previously available and the amount in dispute is greater than US $5,000

ID#: 010410-010410-0007960

# Interchange Reimbursement Fee-Related Fines

## Interchange Reimbursement Fee Fines

### Fine for Inappropriate Interchange Reimbursement Fee - U.S. Region

A U.S. Acquirer whose Merchant Outlet is identified for 4 or more months as receiving an Interchange Reimbursement Fee not meeting the Interchange Reimbursement Fee processing requirements is assessed a fine, per Merchant Outlet, as specified in the table below.

**Fines Related to a Merchant Outlet Receiving an Inappropriate Interchange Reimbursement Fee - U.S. Region**

| Violation | Fine |
|---|---|
| Fourth month | US $1,000 |
| Fifth month | US $5,000 |
| Each month after the fifth month | US $10,000 |

ID#: 010410-010410-0003493

© 2011 Visa. All Rights Reserved.

**Fine for Inappropriate Credit Transaction Interchange Reimbursement Fee - U.S. Region**

A U.S. Acquirer whose Merchant Outlet is identified during 2 consecutive months as receiving an inappropriate Interchange Reimbursement Fee for Credit Transactions is assessed a fine equal to 3 times the U.S. dollar value of the fees that were due to the Issuer during the previous 12-month period.

ID#: 010410-010410-0003494

**Fine for Failure to Qualify for Supermarket Classification - U.S. Region**

A U.S. Acquirer whose Merchant Outlet is identified as failing to meet the qualification requirements for Merchant Category Code 5411, "Supermarkets," classification, as specified for the Supermarket Incentive Program, is assessed a penalty of US $5,000 per month, per Merchant Outlet, until the qualification requirements are met.

ID#: 010410-010410-0003495

© 2011 Visa. All Rights Reserved.

**THIS PAGE INTENTIONALLY LEFT BLANK.**

© 2011 Visa. All Rights Reserved.

# Glossary

## Terms and Definitions

### 0-9

### 3-D Secure

A Visa-approved Authentication Method that is the global authentication standard for Electronic Commerce Transactions.

ID#: 010410-010410-0024200

### 3-D Secure Authenticated Payment Program - U.S. Region

A Visa program for Members and Merchants that is the global authentication standard for Electronic Commerce Transactions.

ID#: 010410-010410-0024201

### 3-D Secure Authentication Request - U.S. Region

See Authentication Request.

ID#: 010410-010410-0024202

### 3-D Secure Electronic Commerce Transaction Specification

A software protocol that enables secure processing of Transactions over the Internet and other networks.

ID#: 010410-010410-0024203

### 3-D Secure Specification - U.S. Region

A software protocol that enables secure processing of Transactions over the Internet and other networks.

ID#: 010410-010410-0024204

© 2011 Visa. All Rights Reserved.

# A

## Acceptance Mark - U.S. Region

A Visa-Owned Mark that denotes Point-of-Transaction acceptance for payments and Cash Disbursements under specific rules.

ID#: 150511-010410-0024205

## Access Control Server - U.S. Region

A component of the 3-D Secure Authenticated Payment Program that provides functionality for authentication, attempted authentication, and related Authentication Record messaging, as specified in the *3-D Secure Issuer Implementation Guide.*

ID#: 010410-010410-0024206

## Access Fee

A fee that is imposed by an ATM Acquirer as part of a Cash Disbursement Transaction, to a Cardholder for use of its ATM.

ID#: 150511-180409-0024207

## Account Data Compromise Recovery Process - U.S. Region

A Visa-initiated process to facilitate allocation of liability between Members for certain losses incurred as the result of an account compromise event.

ID#: 010410-010410-0024212

## Account Funding Transaction

A Transaction that transfers funds from a Visa account to another account.

ID#: 050411-010410-0024213

## Account Funding Transaction - U.S. Region

An Electronic Commerce Transaction that meets the Account Funding Transaction requirements specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024214

© 2011 Visa. All Rights Reserved.

## Account Information Security Program

A program managed by Visa that defines the standards of due care and enforcement for protecting sensitive Cardholder information and supports both:

- Payment Card Industry Data Security Standard (PCI DSS)
- Payment Card Industry Payment Application Data Security Standard (PA-DSS)

ID#: 050411-200509-0024215

## Account Number

An Issuer-assigned number that identifies an account in order to post a Transaction.

ID#: 010410-010410-0024216

## Account Number Verification

A process by which a Member or its VisaNet Processor determines, using a currency unit of zero, if there is negative information on an Account Number in the Exception File for Transactions that do not require Authorization.

ID#: 111011-010410-0024217

## Account Number Verification Service - U.S. Region

A service that:

- Is available to a Merchant's Authorizing Processor that has a computer interface with BASE I
- Electronically verifies whether negative Account Number information is listed on the Exception File

ID#: 230711-010410-0024218

## Account-Number-Verifying Terminal - U.S. Region

A Point-of-Transaction Terminal that:

- May be required at specified high-risk locations
- Reads the Account Number encoded on the Magnetic Stripe or Chip
- Compares the last four digits of the encoded Account Number to the key-entered last four digits of the embossed or printed Account Number
- Transmits the full, unaltered contents of the Magnetic Stripe or Chip in the Authorization Message

ID#: 080411-010410-0024210

© 2011 Visa. All Rights Reserved.

## Acquirer

A Member that signs a Merchant or disburses currency to a Cardholder in a Cash Disbursement, and directly or indirectly enters the resulting Transaction Receipt into Interchange.

ID#: 010410-010410-0024219

## Acquirer Activity File

A file that an Acquirer maintains of approved and declined Authorization Requests from other Members' Cardholders.

ID#: 010410-010410-0024220

## Acquirer Chip Rate

An Interregional Interchange Reimbursement Fee paid for any Transaction that meets the Electronic Rate requirements and is initiated by a Magnetic-Stripe-only Card at a Chip-Reading Device.

ID#: 010410-010410-0024221

## Acquirer Device Validation Toolkit (ADVT)

A set of cards or simulated cards and test scenarios used to validate new or upgraded EMV Chip-Reading Devices.

ID#: 010410-010410-0024222

## Acquirer Monitoring Program - U.S. Region

A program that monitors an Acquirer's Fraud Activity level and provides reports to the Acquirer when its Fraud Activity level exceeds established thresholds.

ID#: 010410-010410-0024224

## Acquirer Processor - Canada Region

A Non-Member Agent or Processor that a Member has engaged to support its Visa acquiring business.

ID#: 010410-010410-0024225

© 2011 Visa. All Rights Reserved.

## Acquirer Reference Number

A 23-digit identification number included in a BASE II Clearing Record, as specified in the VisaNet manuals. See Tracing Data.

ID#: 050411-010410-0024226

## Acquirer's Processing Date - U.S. Region

One of the following dates on a Clearing Record:

- If cleared through BASE II, the Edit Package run date on which a Member submits outgoing Interchange
- If cleared through the Single Message System, the Settlement Date

ID#: 010410-010410-0024227

## Acquisition

The purchase of a Member organization by another organization where the acquired Member's charter remains intact.

ID#: 111011-010410-0024229

## Activate Later Feature - Canada Region

A feature that allows a Cardholder who holds a Card issued by a Canada Member to postpone enrollment in 3-D Secure (commonly known as the Verified by Visa program) during an Electronic Commerce Transaction at an Activate Later Merchant.

ID#: 010410-010410-0024230

## Activate Later Merchant - Canada Region

An Electronic Commerce Merchant that meets the requirements of "Verified by Visa Activate Later Feature Merchant Requirements - Canada Region."

ID#: 050411-010410-0024231

## Activation and Load Service

A Visa processing service that enables the activation of Visa Prepaid Cards, and the activation of funds associated with a Load Transaction to a Visa Prepaid Card, at a Prepaid Partner.

ID#: 081010-010100-0025556

© 2011 Visa. All Rights Reserved.

## Activity File

A V.I.P. System file  used for Stand-In Processing that contains accumulated Transaction activity processed for each Cardholder within a specified time period, as specified in the appropriate VisaNet manual.

ID#: 050411-010410-0024233

## Activity File Parameter

A maximum limit that an Issuer establishes on the number and value of Transactions that Visa may authorize on its behalf. (See the VisaNet manuals.)

ID#: 010410-010410-0024234

## Activity Limits - U.S. Region

See Activity File Parameters.

ID#: 010410-010410-0024235

## Additional Commercial Card Data - U.S. Region

Data contained in the Clearing Record for a Commercial Visa Product Transaction as follows:

- Sales tax, if completed with a Visa Business Card or Visa Corporate Card
- Sales tax and accounting code, if completed with a Visa Purchasing Card
- Data required when completed with a Visa Fleet Card for the purchase of fuel from a Visa Fleet Service Merchant

ID#: 010410-010410-0024236

## Address Verification Service - Canada Region

An optional VisaNet service through which a Merchant can verify a Cardholder's billing address before completing a Transaction in a Card-Absent Environment.

ID#: 010410-010410-0024237

## Address Verification Service - U.S. Region

A VisaNet service through which a Merchant may verify a Cardholder's billing address before completing any one of the following:

© 2011 Visa. All Rights Reserved.

- A Mail/Phone Order or Electronic Commerce Transaction where merchandise or airline tickets will be delivered to the Cardholder or the Cardholder's designee, or where services were purchased

- A CPS/Retail Key-Entry Transaction

- A CPS/Account Funding Transaction or CPS/e-Commerce Basic Transaction

- A CPS/e-Commerce Preferred Retail Transaction

- A CPS/e-Commerce Preferred Hotel and Car Rental Transaction

- An Automated Fuel Dispenser Transaction (ZIP only inquiry)

- A Face-To-Face Environment Transaction if the Merchant has been qualified by Visa to use the Address Verification Service (ZIP only inquiry)

ID#: 010410-010410-0024238


## Address Verification Service Authentication Request - Canada Region

A request to verify a Cardholder's billing address through the Address Verification Service.

ID#: 010410-010410-0024239


## Adjustment

A Single Message System message used to partially or fully negate or cancel a transaction that has been sent through Interchange in error.

ID#: 010410-010410-0024241


## Advance Deposit Service

A service that a Hotel or Cruise Line provides to a Visa Cardholder, allowing use of a Visa Card to pay an advance deposit required by the Merchant to reserve accommodations.

ID#: 010410-010410-0024246


## Advance Deposit Transaction

A Transaction that a Hotel or Cruise Line completes, resulting from a Visa Cardholder's agreement to use a Visa Card for payment of an advance deposit to reserve accommodations.

ID#: 010410-010410-0024247

© 2011 Visa. All Rights Reserved.

## Advance Payment Service - U.S. Region

A Visa service that allows a Cardholder to use their Card for a partial or complete advance payment for recreational services or activities provided by an Advance Payment Service Merchant.

ID#: 010410-010410-0024250

## Advance Payment Service Merchant - U.S. Region

A non-T&E Merchant participating in the Advance Payment Service, whose primary function is to provide recreational services related to tourism and travel, such as the purchase of provisions and transport equipment or hiring of staff before the scheduled services. These services include, but are not limited to:

- Fishing boat or scuba-diving charters
- Hot-air balloon rides
- Whitewater rafting

ID#: 010410-010410-0024251

## Advance Payment Service Transaction - U.S. Region

A Transaction completed by an Advance Payment Service Merchant.

ID#: 010410-010410-0024252

## Advanced Resolution Services - U.S. Region

Advanced Resolution Services, Inc., a wholly-owned subsidiary of Visa U.S.A. that provides to Members Advanced ID Solutions and Strategic Bankruptcy Solutions, among other services.

ID#: 010410-010410-0024245

## Advice File

A file listing Authorization Responses issued by Stand-In Processing on behalf of Issuers.

ID#: 111011-010410-0024253

© 2011 Visa. All Rights Reserved.

## Advice Limit

An Issuer-selected dollar amount below which Authorization Requests for purchase Transactions are checked against the Exception File. No Advice File records are created, and the Activity File is not checked or updated. The Issuer's Advice Limit must not exceed the Issuer Limit.

ID#: 010410-010410-0024254

## Affiliate - U.S. Region

A Member or Licensee of Visa International, or a Member of Visa U.S.A.

ID#: 010410-010410-0024257

## Affiliated-merchant - U.S. Region

An entity that:

•  Provides goods or services directly to a retail customer

•  Is an affiliate of a Member or an Affinity Partner

•  Honors any charge or credit card plan as a means of payment

"Affiliate" has the same meaning as defined in the *Federal Bank Holding Company Act of 1956*, as amended, 12USC 1841(k).

ID#: 010410-010410-0024255

## Affinity Card - Canada Region

A Card issued as specified for the Affinity Card Program, as specified in the Canada Regional Operating Regulations.

ID#: 010410-010410-0024258

## Affinity Card - U.S. Region

A Visa Consumer Card bearing the Trade Name or Mark of an Affinity Partner, as specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024259

© 2011 Visa. All Rights Reserved.

## Affinity Card Program - Canada Region

A Card program as specified in the Canada Regional Operating Regulations.

ID#: 010410-010410-0024261

## Affinity Participant - Canada Region

An entity that is not eligible to be a customer of Visa Canada that is participating with a Member in an Affinity Card Program.

ID#: 010410-010410-0024265

## Affinity Participant Agreement - Canada Region

The agreement between the Member and the Affinity Participant relating to the Affinity Participant's Affinity Card Program.

ID#: 010410-010410-0024266

## Affinity Partner - U.S. Region

A non-Member entity that:

- Is not eligible for membership in Visa
- Has a relationship with an Issuer for the issuance of Affinity Cards

ID#: 010410-010410-0024267

## Agent

An entity that acts as a VisaNet Processor, a Third Party Agent, or both.

ID#: 111011-010100-0025920

## Agent Reference File - U.S. Region

A file maintained by Visa containing information about Third Parties.

ID#: 010410-010410-0024269

© 2011 Visa. All Rights Reserved.

### Aggregated Transaction

A Transaction completed by an Electronic Commerce Merchant that combines multiple purchases made by the same Cardholder on the same Visa Account Number into a single Transaction before submitting it for payment processing.

ID#: 010410-010410-0024270

### Aggregated Transaction Receipt

A Transaction Receipt provided to the Cardholder by an Electronic Commerce Merchant when Transaction aggregation is performed.

ID#: 010410-010410-0024271

### AID - Canada Region

Application Identifier.

ID#: 010410-010410-0024272

### Airline

Either:

• A passenger airline Merchant
• Its authorized agent that sells airline tickets on behalf of the airline

ID#: 010410-010410-0024273

### Airline Authorizing Processor

A Visa-approved non-Member whose primary function is to provide reservation and Authorization services for Airline Transactions, or travel-related services that includes the purchase of an Airline ticket.

ID#: 010410-010410-0024274

### Airline Ticket Identifier

A 13-digit number on an Airline Transaction Receipt comprising either:

• The servicing carrier code and a transmission control number, excluding the check-digit, if the Airline ticket is printed on a transitional automated ticket form

© 2011 Visa. All Rights Reserved.

- A carrier number, form number, and serial number, excluding the check-digit, if the Airline ticket is printed on an automated ticket/boarding pass form

ID#: 010410-010410-0024278

## Airline/Railway Ticket Identifier - U.S. Region

A 13-digit number on an Airline or railway Transaction Receipt comprising either:

- The servicing carrier code and a transmission control number, excluding the check-digit, if the ticket is printed on a transitional automated ticket form
- A carrier number, form number, and serial number, excluding the check-digit, if the ticket is printed on an automated ticket/boarding pass form

ID#: 010410-010410-0024277

## Alert - U.S. Region

A Notification to an Acquirer when its Fraud Activity-to-sales ratio exceeds Visa-specified Acquirer Monitoring Program Alert thresholds.

ID#: 010410-010410-0024279

## Anti-Money Laundering Program - U.S. Region

A program that a Member implements and maintains to prevent money laundering and terrorist financing.

ID#: 010410-010410-0024280

## AP

Asia-Pacific.

ID#: 010410-010410-0024281

## Appeal Committee - U.S. Region

**Effective through 14 February 2011,** a group of Visa senior management that determines the appeal outcome for a Member that arises from a determination of an Operating Regulation violation, as specified in "Compliance Enforcement Appeals."

ID#: 050411-010410-0024282

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

### Application Identifier - Canada Region

An EMV-compliant identifier that specifies a unique payment application contained in a Compliant Chip Card.

ID#: 010410-010410-0024283

### Application Selection Flag - Canada Region

An EMV-compliant Canadian payment industry specification that allows an Issuer to control which payment applications that are contained in a Compliant Chip Card can process a Transaction at a POS or an ATM.

ID#: 010410-010410-0024284

### Application Transaction Counter - U.S. Region

An application on a Contactless Card that sequentially tracks the number of times the Chip is read and used by the Issuer during the Authorization process to help ensure the Transaction is valid.

ID#: 010410-010410-0024286

### Approval Response

An Authorization Response where the Transaction was approved.

ID#: 010410-010410-0024287

### Approved Fulfillment Vendor

An entity approved by Visa to package, store, or ship Visa Products that is not an Approved Manufacturer or Approved Personalizer as specified in the Approved Vendor Program.

ID#: 111011-010100-0025522

### Approved Manufacturer

An entity approved by Visa to manufacture or print Visa Products.

ID#: 050411-010410-0024288

© 2011 Visa. All Rights Reserved.

## Approved Personalizer

An entity approved by Visa to personalize Visa Products.

ID#: 111011-010100-0025523

## Approved Vendor

An entity approved by Visa to act as a manufacturer, a personalizer, or an encryption support or a fulfillment vendor.

ID#: 111011-010100-0025521

## Arbitration

A process where Visa determines financial liability between Members for Interchange Transactions that are presented and charged back.

ID#: 010410-010410-0024289

## Arbitration and Compliance Committee

A Visa committee that resolves certain disputes between Members that arise from Chargebacks or from violations of any *Visa International Operating Regulations*.

ID#: 010410-010410-0024290

## ASF - Canada Region

Application Selection Flag.

ID#: 010410-010410-0024291

## Associate-Type Member

A Member of Visa with rights and responsibilities, as defined in the applicable Certificate of Incorporation and Bylaws, that is either an:

- Associate, as defined in the applicable Certificate of Incorporation and Bylaws
- Acquiring Associate, as defined under the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws,* Article II, Section 2.04(e)

ID#: 111011-010410-0024293

© 2011 Visa. All Rights Reserved.

## Assuming Member - U.S. Region

The Member that assumes the Visa programs of a failed Member upon a regulatory closure of that failed Member.

ID#: 111011-010100-0025754

## ATM

An unattended Magnetic-Stripe or Chip-reading Terminal that has Electronic Capability, accepts PINs, and disburses currency.

ID#: 010410-010410-0024295

## ATM Acceptance Mark - U.S. Region

An Acceptance Mark that denotes Card acceptance at an ATM.

ID#: 010410-010410-0024297

## ATM Acquirer

An Acquirer that provides ATM services.

ID#: 010410-010410-0024298

## ATM Cash Disbursement

A Cash Disbursement obtained at an ATM displaying the Visa, Plus, or Visa Electron Acceptance Mark, for which the Cardholder's PIN is accepted.

ID#: 010410-010410-0024299

## ATM Mark

A Mark that denotes ATM acceptance.

ID#: 010410-010410-0024300

© 2011 Visa. All Rights Reserved.

## ATM Operator - U.S. Region

An entity authorized by a Member or the Member's Agent to originate a Transaction through the connection of an ATM to the Visa ATM Network, and that displays an Acceptance Mark. ATM Operators own, operate, or lease ATMs that are connected to the Visa ATM Network and may exhibit either or both of the following characteristics:

• Receive revenue from the Interchange process or from fees assessed with Transactions

• Manage cryptographic functions or stock ATMs with cash

ID#: 010410-010410-0024301

## Attempt Response

A message from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant, indicating that the Cardholder is not participating in 3-D Secure.

ID#: 010410-010410-0024302

## Australia Bill Payment Transaction – AP Region

A Transaction which is in accordance with the requirements specified in "Australia Bill Payment Transaction Requirements – AP Region."

ID#: 080411-060111-0026178

## Authentication

A cryptographic process that validates the identity and integrity of Chip data.

ID#: 010410-010410-0024303

## Authentication Confirmation

A message from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant, confirming Cardholder authentication.

ID#: 010410-010410-0024304

## Authentication Data - U.S. Region

All Transaction-related data associated with a Three-Domain Secure Authentication Request.

ID#: 010410-010410-0024305

© 2011 Visa. All Rights Reserved.

Visa International Operating Regulations

## Authentication Denial

A message from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant, denying Cardholder authentication.

ID#: 010410-010410-0024306

## Authentication History Server - U.S. Region

A component of the 3-D Secure Authenticated Payment Program. A Visa-operated database of all 3-D Secure Authentication Records, as specified in the *3-D Secure Issuer Implementation Guide.*

ID#: 010410-010410-0024307

## Authentication Identifier

A unique value for each authentication Transaction, as specified in the 3-D Secure Member implementation guides.

ID#: 010410-010410-0024308

## Authentication Mechanism

A Visa-approved method that validates a participant's identity in an Electronic Commerce Transaction. Authentication Mechanisms include, but are not limited to:

- Password
- Digital Certificate

ID#: 010410-010410-0024309

## Authentication Method

A Visa-approved protocol, such as 3-D Secure, that meets the minimum standards for authenticating the Cardholder in an Electronic Commerce Transaction.

ID#: 010410-010410-0024310

## Authentication Record

A record of 3-D Secure authentication status from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant.

ID#: 111011-010410-0024311

© 2011 Visa. All Rights Reserved.

## Authentication Record - U.S. Region

A record of 3-D Secure authentication status from a 3-D Secure Issuer, or Visa on behalf of an Issuer, in response to an Authentication Request from a 3-D Secure Merchant. Authentication Records include:

- Attempt Responses
- Authentication Confirmations
- Authentication Denials
- Unable-to-Authenticate Responses

ID#: 010410-010410-0024312

## Authentication Request

A request for Cardholder authentication from a 3-D Secure Merchant.

ID#: 010410-010410-0024313

## Authorization

A process where an Issuer, a VisaNet Processor, or Stand-In Processing approves a Transaction. This includes Offline Authorization.

ID#: 080411-010410-0024316

## Authorization Code

A code that an Issuer, its VisaNet Processor, or Stand-In Processing provides to indicate approval of a Transaction. The code is returned in the Authorization Response message and is usually recorded on the Transaction Receipt as proof of Authorization.

ID#: 010410-010410-0024317

## Authorization Preferred Visa Prepaid Card

A Visa Prepaid Card, bearing the Visa Brand Mark or Visa Brand Mark with the Electron Identifier, that has a Service Code denoting "Online Authorization mandatory" encoded on the Magnetic Stripe.

ID#: 081010-010410-0024318

© 2011 Visa. All Rights Reserved.

## Authorization Request

A Merchant's or Acquirer's request for an Authorization.

ID#: 010410-010410-0024319

## Authorization Request Cryptogram

An application Cryptogram generated by a Chip Card when requesting Online Authorization.

ID#: 111011-150410-0025502

## Authorization Response

An Issuer's reply to an Authorization Request or Account Number Verification that refers to the following types of Authorization Responses:

• Approval Response

• Decline Response

• Pickup Response

• Referral Response

ID#: 111011-010410-0024321

## Authorization Response - U.S. Region

An Issuer, Authorizing Processor, or Stand-In Processing reply to an Authorization Request or Account Number Verification. The U.S. Regional Operating Regulations refers to the following types of Authorization Response:

• Approval Response

• Decline Response

• Pickup Response

• Referral Response

ID#: 010410-010410-0025500

© 2011 Visa. All Rights Reserved.

**Authorization Reversal**

A VisaNet message that negates an Approval Response previously sent through the V.I.P. System as specified in the *Visa International Operating Regulations* and appropriate VisaNet manual. An Authorization Reversal may be for the full amount of the previous Authorization or an amount less than the previous Authorization amount.

ID#: 111011-010410-0025601

**Authorizing Member - U.S. Region**

See Authorizing Processor.

ID#: 010410-010410-0024323

**Authorizing Processor - U.S. Region**

A Member of Visa or its VisaNet Processor that provides Authorization services for Merchants or other Members. This definition does not imply or confer membership rights as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws,* Article II.

ID#: 010410-010410-0024324

**Automated Dispensing Machine (Updated)**

**Effective through 14 October 2011,** see Unattended Acceptance Terminal and Cardholder-Activated Transaction Type C.

ID#: 111011-010410-0024326

**Automated Dispensing Machine - U.S. Region (Updated)**

**Effective through 14 October 2011,** a Cardholder-Activated Terminal that accepts payment for dispensed goods, has Electronic Capability, and accepts PINs.

ID#: 111011-010410-0024327

**Automated Fuel Dispenser (Updated)**

**Effective through 14 October 2011,** an Unattended Acceptance Terminal that dispenses only fuel. See also Cardholder-Activated Transaction Type B and Cardholder-Activated Transaction Type C.

© 2011 Visa. All Rights Reserved.

**Effective 15 October 2011,** an Unattended Cardholder-Activated Terminal that dispenses only fuel such as gasoline, diesel fuel, or propane.

ID#: 111011-010410-0024328

## Automated Fuel Dispenser - U.S. Region (Updated)

**Effective through 14 October 2011,** a Self-Service Terminal or Automated Dispensing Machine that dispenses fuel such as gasoline, diesel fuel, or propane.

ID#: 111011-010410-0024331

## B

## Balance Inquiry

A Cardholder request for their account balance that is initiated at an ATM and processed as a separate, non-financial transaction.

ID#: 010410-010410-0024334

## Balance Inquiry Service

An ATM service that allows a Cardholder to check their account balance through VisaNet.

ID#: 010410-010410-0024335

## Bank Identification Number - U.S. Region

See BIN.

ID#: 010410-010410-0024339

## Bank of America Visa Mini Card Exclusive License Agreement - U.S. Region

The Exclusive License Agreement entered into by and between Bank of America Corporation and Visa U.S.A. Inc. dated as of January 31, 2003 in connection with the issuance of the Visa Mini Card. The initial term of such agreement expires on January 31, 2013, but is subject to earlier termination or forfeiture of usage rights in the event of a breach by Visa.

ID#: 010410-010410-0024340

© 2011 Visa. All Rights Reserved.

## Bankruptcy Notification Service - U.S. Region

A Strategic Bankruptcy Solutions service that identifies:

- Visa and non-Visa card applicants
- Cardholders and non-Visa cardholders who have filed bankruptcy

ID#: 010410-010410-0024337

## Bankruptcy Retrieval Service - U.S. Region

A service that:

- Collects and validates certain data contained in bankruptcy filings obtained from bankruptcy courts
- Transmits this data on a scheduled basis to the Strategic Bankruptcy Solutions system

ID#: 010410-010410-0024338

## BankruptcyPredict Service - U.S. Region

An optional service provided by Experian Information Solutions, Inc. and Integrated Solutions Concepts, Inc. that uses Member-supplied account performance data, Transaction data, consumer credit data, and a proprietary model to score Cardholders, cardholders of non-Visa cards, and customers of other Visa and non-Visa products to predict the likelihood of bankruptcy.

ID#: 010410-010410-0024336

## BASE I

A component of the V.I.P. System that provides Authorization-related services for Transactions that are subsequently cleared and settled through BASE II.

ID#: 050411-010410-0024343

## BASE II

A VisaNet system that provides deferred Clearing and Settlement services to Members.

ID#: 010410-010410-0024341

## BASE II Software - U.S. Region

Software developed for use in connection with BASE II.

ID#: 010410-010410-0024342

© 2011 Visa. All Rights Reserved.

## Basic Currency Conversion Rate

A rate selected by Visa from the range of rates available in wholesale currency markets for the applicable Processing Date, which rate may vary from the rate Visa itself receives; or the government-mandated rate in effect for the applicable Processing Date.

ID#: 010410-010410-0024345

## Bill Payment Transaction – Australia – AP Region

See "Australia Bill Payment Transaction – AP Region"

ID#: 050411-060111-0026186

## Bill Payment Transaction - U.S. Region

A Transaction that results from an agreement between a Cardholder and a Merchant where the Cardholder is billed for goods or services within an ongoing service cycle that is known and agreed upon, in advance, by both the Merchant and the Cardholder. Transactions may occur monthly or on a periodic basis. Such Transactions include:

• Single payments initiated by the Cardholder in either a Face-to-Face Environment or Card-Absent Environment

• Recurring Transactions

• Installment Billing Transactions

ID#: 010410-010410-0024350

## Billing Currency

The currency in which an Issuer bills a Cardholder for Transactions. If the Billing Currency is the euro or one of its national currency units, either may be used for Chargeback or statementing purposes.

ID#: 010410-010410-0024349

## BIN

A 6-digit number assigned by Visa and used to identify a Member or VisaNet Processor for Authorization, Clearing, or Settlement processing.

ID#: 010410-010410-0024351

© 2011 Visa. All Rights Reserved.

## BIN Licensee

A Member or non-Member VisaNet Processor that is allocated responsibility by Visa for a specific BIN, as specified in the *Visa International Operating Regulations* and applicable Certificate of Incorporation and Bylaws.

ID#: 111011-010410-0024352

## BIN User

Any Member authorized to use a BIN licensed to its Sponsor, as specified in the *Visa International Operating Regulations.*

ID#: 111011-010100-0025530

## Board

See Board of Directors.

ID#: 010410-010410-0024353

## Board of Directors

One of the following as applicable:

- Visa Inc. Board of Directors
- Visa International Board of Directors
- Visa U.S.A. Board of Directors
- Visa Canada Board of Directors
- Visa Worldwide Board of Directors

ID#: 010410-010410-0024354

## Branch

The office of a Member where Manual Cash Disbursements must be made and Cards may also be issued.

ID#: 010410-010410-0024355

© 2011 Visa. All Rights Reserved.

**Business I.D. - U.S. Region**

A unique Member identification number assigned by Visa.

ID#: 010410-010410-0024356

**C**

**Campus Card - U.S. Region**

A Card issued to a student, staff member, or faculty member of an educational organization in the U.S. Region as an integral part of a campus identification card that:

• Bears the Visa Mark

• Is linked to a deposit account

• Includes one or more of the following applications: identification, building access, library access, or a proprietary closed loop payment application for use only on a college or university campus

ID#: 081010-090409-0024358

**CAMS Alert - U.S. Region**

A notification through CAMS sent to alert Issuers of Account Numbers involved in a potential compromise event.

ID#: 010410-010410-0024359

**CAMS Event - U.S. Region**

An account compromise event wherein one CAMS Alert or multiple, related CAMS Alerts are sent notifying Issuers of Account Numbers involved in a potential compromise.

ID#: 010410-010410-0024360

**Car Rental Company**

A Merchant whose primary business is the rental of passenger vehicles at either a corporate or franchise location, or at locations of licensees bearing the name of the corporate entity.

ID#: 010410-010410-0024404

© 2011 Visa. All Rights Reserved.

## Car Rental Merchant - U.S. Region

See Car Rental Company.

ID#: 010410-010410-0024405

## Card

A valid Visa Card, Visa Electron Card, or Proprietary Card bearing the Plus Symbol.

ID#: 010410-010410-0024365

## Card Dispensing Machine (Updated)

**Effective through 31 December 2013,** a device that dispenses Visa Cash Cards when the purchaser makes appropriate payment. A Card Dispensing Machine may accept cash or payment cards as payment for Visa Cash Cards.

ID#: 111011-010410-0024386

## Card Distribution Point

A location, other than a Branch, where a Visa or Visa Electron Card may be issued. Cards issued at a Card Distribution Point must comply with all Visa security requirements for Card embossing, printing, encoding, storing, shipping, and distribution. Examples include, but are not limited to, the following:

- Travel agencies
- Corporate entities

ID#: 010410-010410-0024387

## Card Manufacturing Agreement - U.S. Region

An agreement provided by Visa that specifies security procedures to be followed by a Certified Manufacturer.

ID#: 010410-010410-0024388

## Card Personalization - U.S. Region

The process that includes the embossing, printing, or encoding of a Visa Card, or the embedding or initializing of an Integrated Circuit Chip on a Visa Card.

ID#: 010410-010410-0024389

VISA PUBLIC                               18 October 2011
© 2011 Visa. All Rights Reserved.

## Card Recovery Bulletin

A directory of blocked Account Numbers listed on the International Exception File, intended for distribution to Merchants. The Card Recovery Bulletin may take one of the following forms:

• National Card Recovery Bulletin

• National Card Recovery File

• Regional Card Recovery File

ID#: 010410-010410-0024390

## Card Recovery Bulletin Listing

A single Account Number that an Issuer requests to be included in a specified Card Recovery Bulletin Region.

ID#: 010410-010410-0024391

## Card Recovery Bulletin Region

A geographical area comprising countries where a given set of Card Recovery Bulletin Listings is effective for a specified period.

ID#: 010410-010410-0024392

## Card Recovery Bulletin Service

A service where an Issuer notifies Acquirers of blocked Account Numbers. The service comprises distribution of both:

• A printed Card Recovery Bulletin

• The Regional Card Recovery File

ID#: 010410-010410-0024395

## Card Verification Service

A VisaNet service where Visa validates the Card Verification Value in an Authorization Request on behalf of an Issuer.

ID#: 010410-010410-0024398

© 2011 Visa. All Rights Reserved.

**Card Verification Value**

A unique check value encoded on the Magnetic Stripe of a Card to validate Card information during the Authorization process. The Card Verification Value is calculated from the data encoded on the Magnetic Stripe using a secure cryptographic process.

ID#: 010410-010410-0024399

**Card Verification Value 2**

A unique check value printed on the back of a Card, which is generated using a secure cryptographic process, as specified in the *Payment Technology Standards Manual*.

ID#: 010410-010410-0024400

**Card Verification Value 2 - U.S. Region**

A unique check value generated using a secure cryptographic process, as specified in the *Payment Technology Standards Manual*, that is indent-printed on the back of a Visa Card, or provided to a Virtual Account-Holder.

ID#: 010410-010410-0024401

**Card Verification Value 2 Program - U.S. Region**

A Visa program that enables Issuers to validate the Card Verification Value 2, ensuring that it matches the value indent-printed on the Visa Card at the time of issuance or provided to a Virtual Account Holder.

ID#: 050411-010410-0024402

**Card-Absent Environment**

An environment where a Transaction is completed under both of the following conditions:

• Cardholder is not present
• Card is not present

ID#: 010410-010410-0024362

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

## Card-Present Environment

An environment that comprises the conditions of either the Face-to-Face or Unattended Environments.

ID#: 010410-010410-0024363

## Cardholder

An individual who is issued and authorized to use a:

• Card

• Virtual Account

ID#: 010410-010410-0024372

## Cardholder Access Device

A terminal, personal computer, or other device that a Cardholder uses to initiate an Electronic Commerce Transaction.

ID#: 010410-010410-0024374

## Cardholder Authentication Verification Value

A unique value transmitted by an Issuer in response to an Authentication Request from a 3-D Secure Merchant.

ID#: 010410-010410-0024375

## Card-Present Environment - U.S. Region (Updated)

**Effective through 14 October 2011,** an environment that comprises the conditions of either the Face-To-Face or Cardholder-Activated Terminal environment.

ID#: 111011-010410-0024364

## Cardholder Authentication Verification Value - U.S. Region

A unique value transmitted by an Issuer, or Visa on behalf of an Issuer, in response to an Authentication Request from a 3-D Secure Merchant.

ID#: 010410-010410-0024376

© 2011 Visa. All Rights Reserved.

## Cardholder Information Security Program - U.S. Region

A program developed by Visa that defines the standard of due care and enforcement for protecting sensitive Cardholder information.

ID#: 010410-010410-0024378

## Cardholder Inquiry Service

A service that assists a Cardholder in reaching their Issuer when calling the Visa Global Customer Care Services for account information.

ID#: 081010-010410-0024379

## Cardholder Maintenance File - U.S. Region

A file consisting of Cardholder names, addresses, and account information for all eligible Visa Traditional Rewards, Visa Signature Cardholders, and provided to Visa on an ongoing basis in accordance with the requirements and the format specified in the *Visa Incentive Network Member Implementation Guide* and the VisaNet manuals.

ID#: 010410-010410-0024380

## Cardholder Verification

The process of validating a Cardholder's identity through verification of the Cardholder's signature or PIN and other methods as required in the *Visa International Operating Regulations* (e.g., Cardholder identification for Manual Cash Disbursements).

ID#: 010410-010410-0024381

## Cardholder Verification Method

Instructions encoded within a Chip that define how the authenticity of a Cardholder's identity is to be verified.

ID#: 010410-010410-0024382

## Cardholder Verification Method List

An Issuer-defined list contained within a Chip establishing the hierarchy of preferences for verifying a Cardholder's identity.

ID#: 010410-010410-0024383

© 2011 Visa. All Rights Reserved.

## Cash Disbursement

Currency, including travelers cheques, paid out to a Cardholder using a Card, excluding Cash-Back.

ID#: 010410-010410-0024407

## Cardholder-Activated Terminal (Updated)

**Effective through 14 October 2011,** see Unattended Acceptance Terminal.

ID#: 111011-010410-0024366

## Cash Disbursement Draft - U.S. Region

See Cash Disbursement Transaction Receipt.

ID#: 010410-010410-0024408

## Cardholder-Activated Terminal - U.S. Region (Updated)

**Effective through 14 October 2011,** a Magnetic-Stripe Terminal or Chip-Reading Device (such as an Automated Dispensing Machine, Limited-Amount Terminal, or Self-Service Terminal) that is not an ATM.

ID#: 111011-010410-0024367

## Cardholder-Activated Transaction (Updated)

**Effective through 14 October 2011,** a Transaction that is initiated by a Cardholder at an Unattended Acceptance Terminal. See Cardholder-Activated Transaction Type A, Cardholder-Activated Transaction Type B, and Cardholder-Activated Transaction Type C.

ID#: 111011-010410-0024368

## Cash Disbursement Fee

A fee paid by an Issuer to an Acquirer for performing a Cash Disbursement.

ID#: 010410-010410-0024409

## Cash Disbursement Machines of Non-Member Institutions - LAC Region

See ATMs of Non-Member Institutions.

ID#: 010410-010410-0024410

© 2011 Visa. All Rights Reserved.

**Cardholder-Activated Transaction Type A (Updated)**

**Effective through 14 October 2011,** a Transaction that takes place at an Unattended Acceptance Terminal and has all of the following characteristics:

- Is less than US $40, or local currency equivalent

- Is not authorized

- Has no Cardholder Verification performed

Examples of a Cardholder-Activated Transaction Type A are:

- Parking garage fee

- Road toll

- Motion picture theater admission

- Magnetic-Stripe Telephone call

ID#: 111011-010410-0024369

**Cardholder-Activated Transaction Type B (Updated)**

**Effective through 14 October 2011,** a Transaction that takes place at an Unattended Acceptance Terminal and has all of the following characteristics:

- Is limited to US $100,[128] or local currency equivalent

- For a Real-Time Clearing Transaction, is US $500 or less, or local currency equivalent

- Is authorized

- Has no Cardholder Verification performed

Examples of a Cardholder-Activated Transaction Type B are:

- Fuel purchase without a PIN

- Visa Prepaid Card purchase

- Video rental

ID#: 111011-010410-0024370

**Cash Disbursement Transaction Receipt**

A Transaction Receipt evidencing a Manual Cash Disbursement.

ID#: 010410-010410-0024412

---

128  A variance to this requirement applies in the U.S. Region for Automated Fuel Dispenser Transactions.

© 2011 Visa. All Rights Reserved.

## Cash-Back

Cash obtained from a Visa or Visa Electron Merchant through use of a Visa or Visa Electron Card, in conjunction with, and processed as, a Retail Transaction.

ID#: 010410-010410-0024406

## Cardholder-Activated Transaction Type C (Updated)

**Effective through 14 October 2011,** a Transaction that takes place at an Unattended Acceptance Terminal and has both of the following characteristics:

• Is authorized

• Has PIN Verification performed

An example of a Cardholder-Activated Transaction Type C is a fuel purchase with a PIN.

ID#: 111011-010410-0024371

## CEMEA

Central and Eastern Europe, Middle East, and Africa.

ID#: 010410-010410-0024413

## Center

A Member or VisaNet Processor facility where Authorization, Clearing, Settlement, or other related activities take place.

ID#: 010410-010410-0024415

## Central Bank

A government agency responsible for the supervision and operation of banking activities for the national government. Central Bank activities generally include maintaining reserve accounts required of depository institutions, regulating money supply, transferring funds, and acting as fiscal agent for the government.

ID#: 010410-010410-0024418

## Central Processing Date - U.S. Region

One of the following:

© 2011 Visa. All Rights Reserved.

- For Transactions processed through BASE II, the date (based on Greenwich Mean Time) on which a Member inputs Interchange data to, and the data is accepted by, a VisaNet Interchange Center

- For Transactions processed through the Single Message System, the date the Transaction is settled (for financial Transactions) or date the Transaction is entered into the Single Message System (for non-financial transactions)

ID#: 010410-010410-0024420

## Central Reservation Service - U.S. Region

An entity that acts as a reservations resource for various geographically contiguous lodging establishments.

ID#: 010410-010410-0024421

## Certification Authority

An entity that issues and manages Digital Certificates for use with Visa products and services in accordance with Visa-specified requirements. Entities eligible to be Certification Authorities within the Visa Certification Authority hierarchy include:

- Visa

- Visa Regions

- Visa Members

ID#: 010410-010410-0024423

## Chargeback

A Transaction that an Issuer returns to an Acquirer.

ID#: 010410-010410-0024424

## Chargeback Period

The number of calendar days from the Endorsement Date or Processing Date, as set out in the Dispute Resolution rules, of a Transaction Receipt during which time the Issuer may exercise a Chargeback right.

ID#: 010410-010410-0024426

© 2011 Visa. All Rights Reserved.

## Chargeback Protection Limit - U.S. Region

A dollar amount that has been established for single Transactions at specific types of Merchant Outlets below which the Acquirer is protected from a "No Authorization" (Reason Code 72) Chargeback.

ID#: 010410-010410-0024427

## Chargeback Reduction Service

A VisaNet service that screens Presentments and Chargebacks and returns certain invalid items to the Acquirer or Issuer, as appropriate.

ID#: 010410-010410-0024429

## Chargeback Reference Number - U.S. Region

An Issuer-assigned number that identifies the source of an outgoing Chargeback.

ID#: 010410-010410-0024430

## Cheque

A travelers cheque that a Member issues and that bears the Visa-Owned Marks.

ID#: 010410-010410-0024431

## Chip

An electronic component designed to perform processing or memory functions.

ID#: 010410-010410-0024436

## Chip Card

A Card embedded with a Chip that communicates information to a Point-of-Transaction Terminal.

ID#: 010410-010410-0024438

## Chip Compliance Reporting Tool (CCRT)

**Effective 1 October 2010,** a centralized, server-based, online solution for the systematic reporting of Acquirer Device Validation Toolkit (ADVT) test results.

ID#: 081010-011010-0025676

© 2011 Visa. All Rights Reserved.

## Chip Specifications - Canada Region

All requirements set out in the EMV, VIS, VSDC, PCI, and Visa PIN Entry Device specifications available at www.visainfo.ca, as may be amended and/or replaced from time to time.

ID#: 010410-010410-0024439

## Chip-initiated Transaction

An EMV and VIS-Compliant Chip Card Transaction that is processed at a Chip-Reading Device using Full-Chip Data, and limited to Visa and Visa Electron Smart Payment Applications, or EMV and VIS-Compliant Plus applications.

ID#: 010410-010410-0024433

## Chip-Reading Device

A Point-of-Transaction Terminal capable of reading, communicating, and processing Transaction data from a Chip Card.

ID#: 010410-010410-0024435

## Classic Visa Check Card - U.S. Region

See Consumer Visa Check Card.

ID#: 010410-010410-0024442

## Classic Wordmark

A Visa-Owned Mark comprising the word "Classic" when used in connection with the Visa Program.

ID#: 010410-010410-0024443

## Clearing

All of the functions necessary to collect a Clearing Record from an Acquirer in the Transaction Currency and deliver it to the Issuer in the Billing Currency, or to reverse this transaction, or to process a Fee Collection Transaction.

ID#: 010410-010410-0024444

© 2011 Visa. All Rights Reserved.

**Clearing Processor**

**Effective 14 October 2010,** a Member or its Visa-approved VisaNet Processor that provides Clearing and/or Settlement services for Merchants or other Members. This definition does not imply or confer membership rights as defined in the Visa International Certificate of Incorporation and Bylaws, Article II, in the Visa U.S.A. Inc. Certificate of Incorporation and Bylaws, Article II, or in the Visa Worldwide Supplementary Operating Regulations (for Asia-Pacific), Section 1.

ID#: 111011-141010-0026051

**Clearing Processor - U.S. Region**

**Effective through 13 October 2010,** a Member or its VisaNet Processor that provides Clearing and Settlement services for Merchants or other Members. This definition does not imply or confer membership rights as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws,* Article II.

ID#: 111011-010410-0026586

**Clearing Record**

A record of a Presentment, Chargeback, Representment, Reversal, or Adjustment in the format necessary to clear the Transaction.

ID#: 010410-010410-0024446

**Clearing Reversal - U.S. Region**

A VisaNet Transaction that negates a Transaction previously sent through BASE II or the Single Message System, as specified in the U.S. Regional Operating Regulations and appropriate VisaNet manual.

ID#: 010410-010410-0024447

**Client Organization**

**Effective 14 October 2010,** a company or organization that sponsors a Commercial Visa Product program, such as Visa Business, Visa Corporate, Visa Purchasing (including Visa Fleet in the U.S. Region), and any other Commercial Card program combining the functionality of these Cards, wherein Cards are provided to users for business-related purchases. Such companies or organizations may include public or private-sector companies, including sole proprietors and self-employed individuals.

ID#: 050411-141010-0026020

© 2011 Visa. All Rights Reserved.

## Client Organization - Canada Region

**Effective 11 February 2010 through 13 October 2010,** a company or organization that sponsors a Commercial Visa Product program, such as Visa Business, Visa Corporate, Visa Purchasing, and any other Commercial Card program combining the functionality of these Cards, wherein Cards are provided to users for business-related purchases. Such companies or organizations may include public or private-sector companies, including sole proprietors and self-employed individuals.

ID#: 050411-110210-0025609

## Client Organization - U.S. Region

**Effective through 13 October 2010,** a company or organization that sponsors a Commercial Visa Product program, such as Visa Business, Visa Corporate, Visa Purchasing (including Visa Fleet), and any other Commercial Card program combining the functionality of these Cards, wherein Cards are provided to users for business-related purchases. Such companies or organizations may include public or private-sector companies, including sole proprietors and self-employed individuals.

ID#: 050411-010410-0024448

## Client Portfolio Management Self-Service Tools (New)

**Effective 8 September 2011,** a set of tools, available through Visa Online to Members, VisaNet Processors, and designated Agents, providing the ability to manage and support Visa profile information and associated programs and comprising the following:

• Visa Membership Management (VMM)

• Electronic Client Information Questionnaire (eCIQ)

• Visa Client Support Application (VCSA)

ID#: 111011-010100-0026479

## Collateral Material - Canada Region

Printed, broadcast, electronic, or other material bearing any of the Visa Program Marks.

ID#: 050411-010410-0024450

## Collateral Material - U.S. Region

Printed, broadcast, or other communications regarding the Affinity Partner's Trade Name or Mark. These may include, but are not limited to, solicitations, promotional materials, advertisements, statements, statement inserts, direct mail solicitations, and telemarketing operator scripts.

ID#: 010410-010410-0024452

© 2011 Visa. All Rights Reserved.

## Collision/Loss Damage Waiver

A Visa Card feature that provides collision or loss damage insurance on car rental Transactions to Visa Cardholders.

ID#: 050411-010410-0024453

## Combined Data Authentication - Canada Region

An Authentication as specified in the Chip Specifications.

ID#: 050411-010410-0024455

## Combined Terminated Merchant File - U.S. Region

See Terminated Merchant File.

ID#: 010410-010410-0024456

## Comet Design

A Visa-Owned Mark that consists of a curved graphic element.

ID#: 010410-010410-0024457

## Commercial Card - U.S. Region

See Commercial Visa Product.

ID#: 010410-010410-0024458

## Commercial Card Enhanced Data Transport - U.S. Region

A Visa service that enables Issuers to provide their Commercial Visa Product customers with optional enhanced reporting of Commercial Card Transaction information provided by Merchants and Acquirers.

ID#: 010410-010410-0024459

## Commercial Level II Transaction - U.S. Region

A Commercial Visa Product Transaction that is authorized and processed to qualify for the Commercial Level II Interchange Reimbursement Fee.

ID#: 010410-010410-0024462

© 2011 Visa. All Rights Reserved.

## Commercial Level III Transaction - U.S. Region

A Commercial Visa Product Transaction that is authorized and processed to qualify for the Commercial Level III Interchange Reimbursement Fee.

ID#: 010410-010410-0024461

## Commercial Visa Prepaid Product

A Commercial Visa Product, issued as a Visa Prepaid Card, in which the corporation depositing the funds remains the owner of the funds in the Visa Prepaid Card account. Commercial Visa Prepaid Products are offered to client organizations solely to provide a means to pay for the acquisition of business-related goods and services.

ID#: 081010-010410-0024463

## Commercial Visa Product - U.S. Region

A Visa Card that bears the Marks Area and the descriptive term "Business Card," "Corporate Card," "Purchasing Card," "Fleet Card," "Visa Commercial," "Visa Meetings," or "Visa Signature Business" on the front of the Card.

ID#: 010410-010410-0024464

## Completion Message

A Clearing Record to follow a preauthorization as part of Real-Time Clearing Processing.

ID#: 010410-010410-0024469

## Compliance

A process where Visa resolves disputes between Members arising from violations of the *Visa International Operating Regulations*, when the requesting Member can certify that a financial loss has occurred or will occur for a specific amount, and no Chargeback right is available.

ID#: 010410-010410-0024470

## Compliant Chip Card - Canada Region

A Chip Card that contains a Visa Smart Payment Application capable of processing Full Data and that complies with Chip Specifications.

ID#: 010410-010410-0024471

© 2011 Visa. All Rights Reserved.

### Compliant Chip Card Offline Authorization - Canada Region

A process that allows an Authorization Request initiated by a Compliant Chip Card to be processed as a Full Data Transaction in a below-Floor Limit Environment without sending the Authorization Request to the Issuer.

ID#: 010410-010410-0024472

### Compliant Chip Card Reading Device - Canada Region

A Point-of-Transaction Terminal or a POS capable of reading, communicating, and processing Full Data Transactions from a Compliant Chip Card.

ID#: 010410-010410-0024473

### Compliant Chip Transaction - Canada Region

An Online or offline authorized Transaction generated by a Compliant Chip Card and its PIN at a Compliant Chip Card Reading Device with a Compliant PED.

ID#: 010410-010410-0024474

### Compliant PED - Canada Region

A PIN entry device that meets the requirements set out in the Chip Specifications and that supports plaintext and enciphered offline PIN at POS, or enciphered online PIN at ATMs.

ID#: 010410-010410-0024475

### Compromised Account Management System - U.S. Region

The reporting system used by Visa to notify Issuers of Account Numbers that may have been compromised.

ID#: 010410-010410-0024476

### Confidential Consumer Cardholder Information - U.S. Region

An Account Number, or other personally identifiable information relating to a Consumer Cardholder.

ID#: 220411-010100-0026359

© 2011 Visa. All Rights Reserved.

## Confidential Enhanced Merchant-Level Data - U.S. Region

Merchant-related data provided through Visa to an Issuer in connection with a Commercial Visa Product. This data includes all Enhanced Merchant-Level Data except for Non-Confidential Enhanced Merchant-Level Data, and is subject to the disclosure restrictions as specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024477

## Consumer Card - U.S. Region

See Visa Consumer Card.

ID#: 010410-010410-0024480

## Consumer Cardholder - U.S. Region

A Cardholder, other than the Cardholder of a Commercial Visa Product.

ID#: 010410-010410-0024479

## Consumer Visa Check Card - U.S. Region

A Visa Check Card that accesses a deposit, investment, or other asset account of a consumer, including a fiduciary account.

ID#: 010410-010410-0024481

## Consumer Visa Deferred Debit Card - U.S. Region

A Consumer Card that accesses a deposit, investment, or other asset account of a consumer, including a fiduciary account, where the amount of any individual Transaction is not accessed, held, debited, or settled from the consumer asset account sooner than 14 days from the date of the Transaction.

ID#: 010410-010410-0024482

## Contactless Card - U.S. Region

See Visa Contactless.

ID#: 010410-010410-0024483

© 2011 Visa. All Rights Reserved.

## Contactless Payment - U.S. Region

A form of Visa payment conducted in the Card-Present Environment at the Point-of-Transaction through a Visa-approved wireless interface such as radio frequency or infrared technology.

ID#: 010410-010410-0024484

## Contactless Payment Terminal - U.S. Region

A Point-of-Transaction Terminal that reads the Magnetic-Stripe Data on a Contactless Payment Chip through a Visa-approved wireless interface, and that includes Magnetic-Stripe-reading capability.

ID#: 010410-010410-0024485

## Contactless Payment Transaction - U.S. Region

A Transaction completed at a Point-of-Transaction Terminal through a Visa-approved wireless interface in the Card-Present Environment.

ID#: 010410-010410-0024486

## Convenience Fee - U.S. Region

A fee charged by a Merchant for an added convenience to the Cardholder, as specified in "Convenience Fee General Requirements."

ID#: 050411-010410-0024488

## Copy - U.S. Region

See Transaction Receipt.

ID#: 010410-010410-0024490

## Copy Request

A Retrieval Request that is processed through an electronic documentation transfer method.

ID#: 010410-010410-0024491

© 2011 Visa. All Rights Reserved.

## Copy Request Identifier

A unique 12-digit identification number that VisaNet assigns to a Copy Request. In the Single Message System, the Retrieval Request identifier.

ID#: 010410-010410-0024492

## Copyright

A form of protection that the laws of various countries provide for original literary, dramatic, musical, artistic, and certain other intellectual works.

ID#: 010410-010410-0024489

## Correspondent Bank

A depository institution that holds an account with, or on behalf of, a Settlement Bank, and engages in an exchange of services with that bank.

ID#: 010410-010410-0024494

## Counterfeit Card

One of the following:

• A device or instrument that is printed, embossed, or encoded so as to purport to be a Card, but that is not a Card because an Issuer did not authorize its printing, embossing, or encoding

• An instrument that is printed with the authority of the Issuer and that is subsequently embossed or encoded without the authority of the Issuer

• A Card that an Issuer has issued and that is altered or re-fabricated, except one on which the only alteration or re-fabrication comprises modification of the signature panel or Cardholder signature

ID#: 010410-010410-0024495

## Counterfeit Fraud Recovery - U.S. Region

A subset of the Account Data Compromise Recovery Process that allocates responsibility and reimbursement for incremental counterfeit fraud losses incurred as a result of an account compromise event involving Magnetic-Stripe Data and/or PIN data.

ID#: 010410-010410-0024496

© 2011 Visa. All Rights Reserved.

## Counterfeit Transaction Receipt

A Transaction Receipt arising from the use of a Counterfeit Card.

ID#: 010410-010410-0024497

## Country of Domicile

The country in which a Member has its principal place of business.

ID#: 010410-010410-0024499

## Country Office

A secondary office location of a Visa Region, located in a country within the same Visa Region.

ID#: 010410-010410-0024498

## CPS Transaction - U.S. Region

A Transaction that meets one of the Custom Payment Services (CPS) requirements in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024523

## CPS/Account Funding - U.S. Region

A payment service for Electronic Commerce Transactions where the Cardholder is funding a host-based prepaid product, a brokerage account, or escrow account with a Visa product in a secure Internet environment, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024500

## CPS/Automated Fuel Dispenser - U.S. Region

A payment service for Transactions that take place at an Automated Fuel Dispenser properly assigned Merchant Category Code 5542, "Automated Fuel Dispensers," where the full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024501

© 2011 Visa. All Rights Reserved.

**CPS/Card Not Present - U.S. Region**

A payment service for Transactions completed in a Card-Absent Environment, except for Electronic Commerce Transactions, that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024502

**CPS/e-Commerce Basic - U.S. Region**

A payment service for Electronic Commerce Transactions that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024503

**CPS/e-Commerce Preferred Hotel and Car Rental - U.S. Region**

A payment service for Secure Electronic Commerce Transactions that originate from a Hotel, Cruise Line, or Car Rental Merchant, are completed using Verified by Visa, and meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024504

**CPS/e-Commerce Preferred Passenger Transport - U.S. Region**

A payment service for Secure Electronic Commerce Transactions that originate from an Airline or passenger railway Merchant or its agent, are completed using Verified by Visa, and meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024505

**CPS/e-Commerce Preferred Retail - U.S. Region**

A payment service for Secure Electronic Commerce Transactions completed using Verified by Visa that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024506

**CPS/e-Commerce Preferred Transaction - U.S. Region**

A CPS Transaction processed as specified in the U.S. Regional Operating Regulations, and consisting of one of the following types of Transactions:

•  CPS/e-Commerce Preferred Hotel and Car Rental Transaction

© 2011 Visa. All Rights Reserved.

- CPS/e-Commerce Preferred Passenger Transport Transaction
- CPS/e-Commerce Preferred Retail Transaction

ID#: 010410-010410-0024507

## CPS/e-Commerce Transaction - U.S. Region

A CPS Transaction processed as specified in the U.S. Regional Operating Regulations and consisting of one of the following types of transactions:

- CPS/e-Commerce Basic Transaction
- CPS/e-Commerce Preferred Hotel and Car Rental Transaction
- CPS/e-Commerce Preferred Passenger Transport Transaction
- CPS/e-Commerce Preferred Retail Transaction

ID#: 010410-010410-0024508

## CPS/Hotel and Car Rental Card Not Present - U.S. Region

A payment service for lodging, cruise line, and car rental Transactions in a Card-Absent Environment (including T&E Advance Deposit Transactions, No Show Transactions, and other key-entered Transactions) where the hotel stay, cruise duration, or length of rental is more than 1 day and the Point-of-Transaction Terminal application is equipped to provide the additional industry-specific data for the program and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010410-0024509

## CPS/Hotel and Car Rental Card Present - U.S. Region

A payment service for lodging, cruise line, and car rental Transactions in a Face-to-Face Environment where the hotel stay or length of rental is one or more days, multiple Authorizations may be obtained with industry-specific data, the full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010410-0024510

## CPS/Passenger Transport - U.S. Region

A payment service for Passenger Transport Service Category Transactions where the Merchant processes the sale of tickets by mail, via the Internet, or in a Card-Present Environment using single or multiple Transaction Receipts, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010410-0024511

© 2011 Visa. All Rights Reserved.

## CPS/Restaurant - U.S. Region

A payment service for Transactions completed in a Face-to-Face Environment by a Merchant properly assigned Merchant Category Code 5812, "Restaurant" or 5814, "Fast Food" and where the contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and Authorization is obtained and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024512

## CPS/Retail - U.S. Region

A payment service for Retail Transactions completed in a Face-to-Face Environment where the full contents of track 1 or 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

Transactions with one of the following Merchant Category Codes are ineligible for CPS/Retail:

- 5411, "Grocery Stores and Supermarkets"

- 5541, "Service Stations"

- 5812, "Eating Places and Restaurants"

- 5814, "Fast Food Restaurants"

- 5962, "Direct Marketing - Travel-Related Arrangement Services"

- 5966, "Direct Marketing - Outbound Telemarketing"

- 5967, "Direct Marketing - Inbound Teleservices Merchant"

ID#: 081010-010410-0024513

## CPS/Retail 2 - U.S. Region

An incentive program designed to expand Visa Card acceptance into new industries. Transactions from select Merchant categories may qualify for this program in either a Card-Present Environment or a Card-Absent Environment by meeting the fee edit criteria specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* for one of the following services:

- CPS/Retail 2

- CPS/Card Not Present

- CPS/e-Commerce Basic

- CPS/e-Commerce Preferred Retail

- CPS/Retail Key-Entry

ID#: 081010-010410-0024514

© 2011 Visa. All Rights Reserved.

## CPS/Retail Key-Entry - U.S. Region

A payment service for Transactions completed in a Face-to-Face Environment where a Magnetic-Stripe Terminal is present, but the Magnetic Stripe cannot be read and the Merchant verifies the Cardholder signature, performs an Address Verification Service inquiry, and receives an acceptable response as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 050411-010410-0024515

## CPS/Rewards 1 Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee for Visa Consumer Credit Transactions that meet the applicable requirements for CPS/Rewards 1 Transactions specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024516

## CPS/Rewards 2 Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee for Visa Consumer Credit Transactions that meet the applicable requirements for CPS/Rewards 2 Transactions specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024517

## CPS/Rewards Interchange Reimbursement Fee - U.S. Region

One of the following Interchange Reimbursement Fees for Visa Consumer Credit Transactions that meet the applicable requirements specified in the U.S. Regional Operating Regulations:

• CPS/Rewards 1

• CPS/Rewards 2

ID#: 010410-010410-0024518

## CPS/Service Station - U.S. Region

A payment service for Transactions with Merchant Category Code 5541, "Service Stations" completed in a Face-to-Face Environment where the full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024519

© 2011 Visa. All Rights Reserved.

## CPS/Small Ticket - U.S. Region

**Effective through 15 October 2010,** a payment service for Visa Consumer Card Transactions that meet the applicable requirements for CPS/Small Ticket Transactions as specified in the U.S. Regional Operating Regulations.

**Effective 16 October 2010,** a payment service for Visa Easy Payment Service Transactions less than or equal to US $15 that are conducted with a Visa Consumer Card where the full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted, and meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024520

## CPS/Supermarket - U.S. Region

A payment service for Supermarket Incentive Program Transactions that meet the applicable requirements specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024521

## CPS/T&E Transaction - U.S. Region

A CPS Transaction processed as specified in the U.S. Regional Operating Regulations that applies to the following types of CPS/T&E Transactions:

• CPS/Hotel and Car Rental Card Not Present Transaction

• CPS/Hotel and Car Rental Card Present Transaction

• CPS/Passenger Transport Transaction

ID#: 010410-010410-0024522

## Credit Bureau - U.S. Region

For purposes of Visa Advanced ID Solutions, Strategic Bankruptcy Solutions, and BankruptcyPredict Service, a company that is required or has agreed to comply with the requirements applicable to consumer reporting agencies under the Federal Fair Credit Reporting Act, including but not limited to a company that receives Member information pursuant to the Fidelity Information Services, ID Score Plus, or ID Analytics Credit Optics components of Visa Advanced ID Solutions or that provides card account numbers, identified from bankruptcy petitions files in U.S. bankruptcy courts, to Strategic Bankruptcy Solutions.

ID#: 111011-010410-0024524

© 2011 Visa. All Rights Reserved.

## Credit Optics - U.S. Region

An optional feature of Visa Advanced ID Solutions that provides U.S. Members with a score and related reason code(s) provided by ID Analytics, Inc. that predict the potential of financial loss associated with approving an application for a new, or management of an existing, Card, non-Visa card, or other Visa or non-Visa product based on an assessment of the identity risk and application behavior of a consumer and the credit risk and application behavior of other similar consumers.

ID#: 111011-010100-0025783

## Credit Reporting Improvement Service - U.S. Region

A service that supports an Issuer by monitoring the reporting and handling of credit bureau data.

ID#: 010410-010410-0024526

## Credit Transaction - U.S. Region

A Merchant's refund or price adjustment credited to a Cardholder account.

ID#: 010410-010410-0024527

## Credit Transaction Receipt

A Transaction Receipt evidencing a Merchant's refund or price adjustment to be credited to a Cardholder's account.

ID#: 010410-010410-0024528

## Credit Voucher - U.S. Region

See Credit Transaction Receipt.

ID#: 010410-010410-0024529

## Cruise Line

A Merchant that sells and provides recreational travel on water, including overnight accommodations.

ID#: 010410-010410-0024532

© 2011 Visa. All Rights Reserved.

## Cryptogram

A value resulting from a combination of specific key data elements that are used to validate the source and integrity of data.

ID#: 010410-010410-0024533

## Currency Conversion Rate

A rate selected by Visa from the range of rates available in wholesale currency markets for the applicable Processing Date, which rate may vary from the rate Visa itself receives; or the government-mandated rate in effect for the applicable Processing Date. In each instance, plus or minus any adjustment determined by the Issuer.

ID#: 010410-010410-0024534

## Currency Conversion Rate - U.S. Region

Either:

- A rate selected by Visa from the range of rates available in wholesale currency markets on the applicable Central Processing Date (such rate may vary from the rate Visa itself receives) plus or minus any adjustment determined by the Issuer
- The government-mandated rate in effect on the applicable Central Processing Date, plus or minus any adjustment determined by the Issuer

ID#: 010410-010410-0024535

## Custom Payment Services (CPS)

A Visa payment service that accommodates specific payment environments with an identifier that remains with the Transaction throughout its life cycle.

ID#: 010410-010410-0024536

## CVM - Canada Region

Cardholder Verification Method.

ID#: 010410-010410-0024537

© 2011 Visa. All Rights Reserved.

# D

## Data Capture-Only Capability

The capability of a Point-of-Transaction terminal to store Transaction Receipt data that is electronically captured for Deposit purposes, where the terminal does not have capability to go Online for Authorization.

ID#: 050411-010410-0024538

## Data Compromise Recovery

A Visa fraud recovery process where Visa allocates to affected Members the incremental full Magnetic Stripe counterfeit fraud losses that are associated with a data compromise event.

ID#: 010410-010410-0024539

## Data Encryption Standard - U.S. Region

The data encryption standard defined in American National Standards Institute X3.92-1981 for encrypting and decrypting binary coded data.

ID#: 010410-010410-0024540

## Data Protection Method

A Visa-approved method for the protection of Account Numbers and other Cardholder data, as specified in the Payment Card Industry Data Security Standard (PCI DSS).

ID#: 010410-010410-0024541

## Data Reformatter Service - U.S. Region

A service that streamlines file processing for Direct Exchange Open File Delivery endpoints by eliminating in-house file manipulation.

ID#: 010410-010410-0024542

## Debit Tax Payment Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee for Visa Debit Card Transactions that meet the qualification requirements of the Tax Payment Program.

ID#: 010410-010410-0024544

© 2011 Visa. All Rights Reserved.

## Debit Tax Payment Transaction - U.S. Region

A Visa Debit Card Transaction that qualifies for the Visa Debit Tax Payment Interchange Reimbursement Fee.

ID#: 010410-010410-0024545

## Debt Repayment Program Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee for Visa Debt Repayment Transactions that meet the requirements of the Debt Repayment Program.

ID#: 010410-010410-0024546

## Debt Repayment Program Merchant - U.S. Region

A Merchant that processes Visa Debt Repayment Program Transactions as specified in the *Visa Debt Repayment Program Guide.*

ID#: 010410-010410-0024547

## Decline Response

An Authorization Response where the Transaction was declined.

ID#: 010410-010410-0024548

## Deferred Clearing Processing

A 2-step process whereby Transactions are authorized, cleared, and settled through either the:

- Single Message System
- V.I.P. System and BASE II

ID#: 010410-010410-0024550

## Deferred Clearing Transaction

A Transaction that is authorized, cleared, and settled in 2 separate messages through either the Single Message System or the V.I.P. System and BASE II.

ID#: 010410-010410-0024551

© 2011 Visa. All Rights Reserved.

## Deferred Payment Transaction - U.S. Region

A Transaction completed in a Card-Absent Environment for which the Cardholder is billed once, no more than 90 days after the first shipment of merchandise.

ID#: 010410-010410-0024552

## Delayed Delivery Transaction

A single Transaction where a Cardholder completes 2 separate Transaction Receipts. The first Transaction Receipt functions as a deposit (such as a down payment) for goods or services; the second is to pay the balance due the Merchant.

ID#: 010410-010410-0024553

## Deposit (Updated)

**Effective through 30 June 2011,** the submission of a Transaction Receipt by a Merchant or an Internet Payment Service Provider to an Acquirer, resulting in a credit or debit to the Merchant's or Internet Payment Service Provider's Visa account.

**Effective 1 July 2011,** the submission of a Transaction Receipt by a Merchant or Payment Service Provider to an Acquirer, resulting in a credit or debit to the Merchant's, Sponsored Merchant's, or Payment Service Provider's account.

ID#: 111011-010410-0024556

## Deposit Date

The date on which an Acquirer receives a Transaction Receipt from a Merchant.

ID#: 010410-010410-0024557

## Deposit-Only Account Number

A Visa Account Number established by a Visa Card or Visa Electron Card Issuer, used exclusively to receive an Original Credit on behalf of one or more of its customers.

ID#: 010410-010410-0024554

© 2011 Visa. All Rights Reserved.

## Diamond Design

A Visa-Owned Mark, used as an element of the Plus Symbol, consisting of three triangles with an open space in the lower right-hand corner, arranged to form an outline of the symbol "+."

ID#: 010410-010410-0024558

## Digital Certificate

A digitally signed credential used to authenticate the owner of the credential or to ensure the integrity and confidentiality of the message it is signing.

ID#: 010410-010410-0024559

## Direct-Connect Merchant - U.S. Region

A Merchant that directly enters Authorization Requests into the V.I.P. System.

ID#: 010410-010410-0024560

## Disbursing Member

A Member that pays out currency in a Cash Disbursement.

ID#: 010410-010410-0024562

## Dispute Resolution Questionnaires - U.S. Region

A series of specific questionnaires, available in Visa Resolve Online, designed for each Chargeback category to facilitate the exchange of information in the dispute resolution process. A Dispute Resolution Questionnaire:

- Is required when documentation is sent to the opposing Member
- May be used for non-fraud related disputes when a Cardholder or Merchant letter is unavailable.

ID#: 010410-010410-0024563

## Documentation Indicator - U.S. Region

A VisaNet code indicating the status of mailed supporting documentation and the validity of the Acquirer Reference Number.

ID#: 050411-010410-0024564

© 2011 Visa. All Rights Reserved.

## Domestic Cooperative Brand Development Fund - LAC Region

A fund established by Visa and Members to support Brand development and exposure that consists, at a minimum, of 0.1% of the Visa Point of Sale Volume within a given country.

ID#: 010410-010410-0024566

## Domestic Interchange

Interchange of a Domestic Transaction.

ID#: 010410-010410-0024567

## Domestic Transaction

A Transaction where the Issuer of the Card used is located in the Transaction Country.

ID#: 010410-010410-0024568

## Dove Design

A Visa-Owned Mark depicting a dove in flight that identifies the Visa Program.

ID#: 010410-010410-0024570

## Dual-Issuer Branded Visa Commercial Card (Updated)

**Effective 14 October 2010,** a Visa Commercial Card, issued by a Member participating in the Visa Multinational Program, that identifies the Lead Bank on the Card front and the Partner Bank on the Card back, as specified in the *Visa Multinational Program Guide.*

ID#: 111011-141010-0026028

## Dynamic Card Verification Value (dCVV)

A Card Verification value dynamically generated by a Chip Card for inclusion in the Authorization message (e.g., as part of the Magnetic-Stripe data).

ID#: 111011-150410-0025503

## Dynamic Card Verification Value (dCVV) - U.S. Region

An authentication value for each Contactless Payment Transaction.

ID#: 010410-010410-0024573

© 2011 Visa. All Rights Reserved.

**Dynamic Currency Conversion**

**Effective through 6 October 2010,** the conversion of the purchase price of goods or services from one currency to another, as agreed to by the Cardholder and Merchant. That currency becomes the Transaction Currency, regardless of the Merchant's local currency.

**Effective 7 October 2010,** the conversion of the purchase price of goods or services from the currency in which the purchase price is displayed to another currency as agreed to by the Cardholder and Merchant. That currency becomes the Transaction Currency, regardless of the Merchant's local currency.

ID#: 080411-010410-0024574

**Dynamic Data Authentication**

A cryptographic value generated by a Chip on a Card in an offline environment that uses Transaction-specific data elements and is verified by a Chip-Reading Device to protect against skimming.

ID#: 010410-010410-0024575

**E**

**Edit Package**

The software that Visa supplies to VisaNet Processors to:

• Validate Interchange data

• Process Interchange data sent from the VisaNet Processor to Visa

• Process incoming Transactions received from Visa

ID#: 010410-010410-0024577

**Edit Package Run Date - U.S. Region**

See Acquirer's Processing Date.

ID#: 010410-010410-0024578

**Edit Package Software - U.S. Region**

See Edit Package.

ID#: 010410-010410-0024579

© 2011 Visa. All Rights Reserved.

## Egregious Violation - U.S. Region

**Effective through 14 February 2011,** a violation that is not necessarily repetitive or a Willful Violation, yet presents substantial risks to Visa and its Members, threatening to adversely affect the:

- Goodwill associated with the Visa system, brand, products, or services
- Operations of Visa or Members that could cause substantial financial impact

ID#: 050411-010410-0024581

## Electronic Capability

Point-of-Transaction Capability where all of the following are true:

- Transaction Authorization is required (or the terminal is capable of reading and acting upon the Service Code in the Magnetic Stripe or information provided in the Chip)
- Authorization Response is obtained Online, or as instructed by the Issuer
- Authorization Response and Transaction Receipt data are captured electronically

ID#: 010410-010410-0024582

## Electronic Commerce Merchant

A Merchant that conducts the sale of goods or services electronically over the Internet and other networks.

ID#: 010410-010410-0024584

## Electronic Commerce Merchant Monitoring Program - U.S. Region

A Visa program designed to protect the Visa brand by identifying, and eliminating from the Visa system, Electronic Commerce Transactions representing the sale of child pornography.

ID#: 010410-010410-0024585

## Electronic Commerce Merchant Rate

An Interregional Interchange Reimbursement Fee paid for an Electronic Commerce Transaction that is conducted by a 3-D Secure-capable Merchant.

ID#: 010410-010410-0024586

© 2011 Visa. All Rights Reserved.

## Electronic Commerce Transaction

A Transaction between a Merchant and Cardholder over the Internet and other networks using a Cardholder Access Device. An Electronic Commerce Transaction is one of the following:

• Non-Secure Transaction

• Non-Authenticated Security Transaction

• Secure Electronic Commerce Transaction

ID#: 010410-010410-0024587

## Electronic Commerce Transaction - U.S. Region

A Transaction conducted over the Internet or other network using a Cardholder Access Device. An Electronic Commerce Transaction is one of the following:

• Non-Secure Transaction

• Non-Authenticated Security Transaction

• Secure Electronic Commerce Transaction

ID#: 010410-010410-0024589

## Electronic Commerce Transaction Receipt

A Transaction Receipt provided to the Cardholder by an Electronic Commerce Merchant.

ID#: 010410-010410-0024591

## Electronic Imprint

The reading and printing or capture of Card information at a Magnetic-Stripe Terminal or a Chip-Reading Device.

ID#: 010410-010410-0024593

## Electronic Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee paid to or received by a Member for a Transaction that meets the qualifications in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024594

© 2011 Visa. All Rights Reserved.

## Electronic Rate

An Interchange Reimbursement Fee charged when the Transaction meets the requirements specified in "Electronic Rate Qualification."

ID#: 010410-010410-0024597


## Electronic Signature - U.S. Region

In the U.S. Region, e-mail exchanges directly between Visa and a Member will constitute a binding contractual agreement between the parties with the same legal force and effect as a written contract with handwritten signatures, where all of the following are true:

• Within the e-mail exchange, Visa seeks and the Member provides confirmation concerning an agreement between the parties or terms and conditions to govern such an agreement

• Visa includes in its request for confirmation:

  – An explicit notice that it intends such e-mail request and confirmation to constitute a binding agreement

  – A notice that the Member's confirmation will constitute affirmations that the Member intends the e-mail exchange to constitute a binding commitment and that the person providing the e-mail confirmation on behalf of the Member is an officer authorized to so bind the Member

  – An explicit time limit for Member's confirmation to be received by Visa in order to be effective

• Within the e-mail exchange, Visa-designated authentication practices are employed by both Visa and the Member

ID#: 111011-010100-0025755


## Electronic Transaction Receipt

A Transaction Receipt created electronically in a Card-Present Environment where the terminal generates the required data that is printed on the Transaction Receipt.

ID#: 010410-010410-0024599


## Eligible Cardholder

A Cardholder who has had their Card lost or stolen while traveling outside of their city of residence and who has reported the loss or theft to the Issuer of the Card as specified in "Visa Global Customer Assistance Services Program Requirements."

ID#: 081010-010410-0024601

© 2011 Visa. All Rights Reserved.

## Emergency Card Replacement

A temporary Visa Card that Visa Global Customer Assistance Services, the Issuer, or its Agent provides to replace an Eligible Cardholder's damaged, lost, or stolen Visa Card.

ID#: 081010-010410-0024610

## Emergency Cash Disbursement

A Cash Disbursement by a Member or its agent, including Visa, to an Eligible Cardholder who has reported a Visa Card or Visa TravelMoney Card as damaged, lost, or stolen.

ID#: 081010-010410-0024605

## Emergency Payment Authorization Service

A service offered to Visa Infinite Cardholders who need to make Transactions before receiving an Emergency Card Replacement or Emergency Cash Disbursement. The service provides verbal Authorization for such emergency travel Transactions.

ID#: 081010-010410-0024608

## Emergency Refund Location

The office of a Member where an Emergency Cheque Refund is disbursed.

ID#: 010410-010410-0024609

## Emergency Replacement Visa TravelMoney Card - U.S. Region

A Visa TravelMoney Card that an Issuer provides to replace an Eligible Cardholder's lost or stolen Visa TravelMoney Card issued by the same Issuer.

ID#: 010410-010410-0024611

## Emergency Service Location

A Visa Issuer-affiliated Branch pre-registered in the Visa Global Customer Assistance Services Program where an Eligible Cardholder may receive an Emergency Card Replacement or an Emergency Cash Disbursement.

ID#: 081010-010410-0024612

© 2011 Visa. All Rights Reserved.

**Emergency Travelers Cheque Refund - U.S. Region**

See Emergency Cheque Refund.

ID#: 010410-010410-0024614

**Emergency/Travel Services - U.S. Region**

Emergency services provided to Eligible Cardholders and Cheque purchasers traveling away from home. These include:

• Emergency Cash Service

• Emergency Card Replacement Service

• Emergency medical/legal assistance

• Emergency ticket replacement

• Emergency message service

• Auto Rental Insurance

• General travel assistance

ID#: 010410-010410-0024615

**EMV**

Technical specifications developed (jointly by Europay International, MasterCard International, and Visa International) to provide standards for processing debit and credit Transactions, and ensure global interoperability for the use of Chip technology in the payment industry.

ID#: 010410-010410-0024620

**EMV Integrated Circuit Card Specifications for Payment Systems (EMV) - U.S. Region**

Technical specifications developed jointly by Europay International, MasterCard International, and Visa International to provide standards and ensure global interoperability for use of Chip technology in the payment industry.

ID#: 010410-010410-0024621

**EMV PIN Transaction**

A Chip-initiated Transaction (excluding ATM Transactions) verified utilizing Online or Offline PIN Verification.

ID#: 010410-010410-0024624

© 2011 Visa. All Rights Reserved.

**EMV PIN-Compliant**

A Chip-Reading Device that complies with the PIN requirements of the Visa International PIN Entry Device Testing and Approval Program.

ID#: 010410-010410-0024622

**EMV-Compliant**

A term used to describe a Card or terminal application that complies with the requirements specified in the *EMV Integrated Circuit Card Specifications for Payment Systems*.

ID#: 010410-010410-0024617

**EMV-Compliant - U.S. Region**

A Card or terminal application that complies with the requirements specified in the *EMV Integrated Circuit Card Specifications for Payment Systems*.

ID#: 010410-010410-0024619

**Endorsement Date**

One of the following dates on a Clearing Record:

• If cleared through BASE II, the Edit Package run date on which a Member submits outgoing Interchange

• If cleared through the Single Message System, the Settlement Date

• If cleared under a Private Agreement, the date on which a Member processes outgoing Interchange

For BASE II Transactions, the Endorsement Date is no later than the date on which the Member creates the BASE II Interchange File. For Transactions with indecipherable or invalid Account Numbers not cleared through BASE II, the Endorsement Date is the date on which the Transaction was first entered into Interchange and mailed.

ID#: 010410-010410-0024627

**Enhanced Data (Updated)**

**Effective 30 June 2011,** data provided through Visa to an Issuer in connection with a Visa Commercial Card program. Such data may include either or both:

• Enhanced Merchant-Level Data (including data for a Sponsored Merchant or a Payment Service Provider)

© 2011 Visa. All Rights Reserved.

• Enhanced Transaction-Level Data

ID#: 151011-300611-0026463


## Enhanced Data - U.S. Region (Updated)

**Effective through 29 June 2011,** data provided through Visa to an Issuer in connection with a Commercial Visa Product program. Such data may include both or either Enhanced Merchant-Level Data or Enhanced Transaction-Level Data.

ID#: 151011-300410-0024629


## Enhanced Merchant-Level Data (Updated)

**Effective 30 June 2011,** Merchant- or Sponsored Merchant-related data (including Payment Service Provider data) provided through Visa to an Issuer in connection with a Visa Commercial Card program. Such data includes:

• Merchant street address

• Merchant telephone number

• Incorporation status

• Owner's name

ID#: 151011-300611-0026464


## Enhanced Merchant-Level Data - U.S. Region (Updated)

**Effective through 29 June 2011,** Merchant-related data provided through Visa to an Issuer in connection with a Commercial Visa Product program. Such data includes:

• Merchant street address

• Merchant telephone number

• Incorporation status

• Owner's name

• Minority and woman-owned business status

• Taxpayer identification number

ID#: 151011-010410-0024630


## Enhanced Transaction-Level Data - U.S. Region

Transaction-related data provided through Visa to an Issuer in connection with a Commercial Visa Product. Such data includes:

• Accounting code

© 2011 Visa. All Rights Reserved.

- Sales tax
- Description of items purchased, cost per unit, number of units
- Vehicle fleet data (vehicle/driver ID, odometer reading)
- Detailed itinerary information (Airline, origination/destination, class of travel)

ID#: 010410-010410-0024631

## Enhanced Visa Wordmark - U.S. Region

A Visa-Owned Mark representing the Visa Corporate Identity, consisting of the Visa Logotype centered above the Comet Design.

ID#: 010410-010410-0024632

## Exception File

A VisaNet file of Account Numbers that a Member accesses Online, for which the Issuer has predetermined an Authorization Response. The Exception File supports:

- Stand-In Processing
- Positive Cardholder Authorization Service
- Production of the Card Recovery Bulletin

ID#: 010410-010410-0024634

## Exception File - U.S. Region

A VisaNet file of Account Numbers for which the Issuer has predetermined an Authorization Response, that a Member accesses Online.

ID#: 010410-010410-0024635

## Excessive Fraud Activity - U.S. Region

Fraud Activity that exceeds Visa-specified parameters.

ID#: 010410-010410-0024637

## Expired Card

A Card on which the embossed, encoded, or printed expiration date has passed.

ID#: 010410-010410-0024638

© 2011 Visa. All Rights Reserved.

## Exported Transaction Receipt

A Transaction Receipt that is deposited outside of the Transaction Country.

ID#: 010410-010410-0024639

# F

## Face-to-Face Environment (Updated)

An environment where a Transaction is completed under all of the following conditions:

- Card or Proximity Payment Device is present
- Cardholder is present
- Individual representing the Merchant or Acquirer completes the Transaction

Transactions in this environment include the following:

- Retail Transactions
- Manual Cash Disbursements
- **Effective through 15 October 2010,** Small Ticket Transactions
- **Effective 16 October 2010,** Visa Easy Payment Service Transactions

Transactions in this environment exclude the following:

- Electronic Commerce Transactions
- Mail/Phone Order Transactions
- Recurring Transactions
- **Effective through 14 October 2011,** Unattended Acceptance Terminal Transactions
- **Effective 15 October 2011,** Unattended Transactions
- In the U.S. Region, Installment Billing Transactions *(This only applies in the U.S. Region.)*

ID#: 111011-010410-0024643

## Fallback Transaction

An EMV Chip Card Transaction initially attempted at a Chip-Reading Device, where the device's inability to read the Chip prevents the Transaction from being completed using the Chip Card data, and the Transaction is instead completed using an alternate means of data capture and transmission.

ID#: 010410-010410-0024645

© 2011 Visa. All Rights Reserved.

## Fallback Transaction - Canada Region

A Transaction occurring in either:

- An Unattended Environment, regardless of whether Authorization is required
- A Face-to-Face Environment between a Compliant Chip Card and a Compliant Chip Card Reading Device that is either:
  - Not completed as a Full Data Transaction
  - Not initiated as a Full Data Transaction

ID#: 010410-010410-0024646

## Fast Funds

**Effective 9 December 2010,** a service that requires a participating Recipient Member to make funds available to the Cardholder within 30 minutes of receipt and approval of an incoming Money Transfer Original Credit Transaction initiated as an Online Financial Transaction.

ID#: 050411-091210-0026077

## Fee Collection Transaction

A transaction used to collect financial obligations of a Member arising out of the *Visa International Operating Regulations*, the *Visa International Certificate of Incorporation and Bylaws*, other requirements adopted by the International Board, or otherwise.

ID#: 010410-010410-0024647

## Fidelity Information Services - U.S. Region

Optional features of Visa Advanced ID Solutions that provide Members with debit bureau and fraud data from the databases of Chex Systems, Inc., a subsidiary of Fidelity Information Services, for use with respect to applicants for Cards or non-Visa cards and Cardholders or cardholders of non-Visa cards.

ID#: 050411-010410-0024580

## File Correction Service

A service where Visa reverses accepted Interchange files that contain duplications.

ID#: 010410-010410-0024649

© 2011 Visa. All Rights Reserved.

## Fleet Card - U.S. Region

See Visa Fleet Card - U.S. Region.

ID#: 010410-010410-0024650

## Fleet Service

A Visa Commercial Card enhancement that enables a corporation to improve its vehicle fleet management process.

ID#: 010410-010410-0024651

## Fleet Service - U.S. Region

See Visa Fleet Service - U.S. Region.

ID#: 010410-010410-0024652

## Flexible Spending Account (FSA) - U.S. Region

See Visa Flexible Spending Account (FSA) - U.S. Region.

ID#: 010410-010410-0024653

## Floor Limit

A currency amount that Visa has established for single Transactions at specific types of Merchant Outlets and Branches, above which Authorization is required. The *Visa International Operating Regulations* refer to 2 Floor Limit types:

- Standard Floor Limit
- Zero Floor Limit

ID#: 010410-010410-0024654

## Foreign Branch - U.S. Region

The branch office of a Visa Member located outside the United States.

ID#: 010410-010410-0024655

© 2011 Visa. All Rights Reserved.

## Foreign Branch Transaction Receipt - U.S. Region

A Transaction Receipt that originates at a Merchant Outlet located outside of the United States and is deposited to a Foreign Branch.

ID#: 010410-010410-0024656

## Foreign Currency

A currency other than local currency.

ID#: 010410-010410-0024657

## Fraud Activity

A Transaction that an Issuer reports as fraudulent when either a:

• Fraudulent User used a Card or its Account Number

• Card was obtained through misrepresentation of identification or financial status

ID#: 010410-010410-0024659

## Fraudulent User

An individual who is not the Cardholder or designee and who uses a Card (or, in a Mail/Phone Order or Recurring Transaction, an Account Number) to obtain goods or services without the Cardholder's consent.

ID#: 010410-010410-0024658

## Fulfillment

A document image that the Acquirer supplies in response to a Retrieval Request.

ID#: 050411-010410-0024661

## Full Data Transaction - Canada Region

A Transaction processed using Full Data by Acquirers certified by Visa Canada to process Full Data.

ID#: 010410-010410-0024664

© 2011 Visa. All Rights Reserved.

## Full-Chip Data

Data that provides:

- EMV minimum mandated requirements
- Visa-specified information necessary to support Online cryptographic validation
- Record of the Card and terminal interactions completed during a Transaction

ID#: 010410-010410-0024662

## Full-Chip Data - U.S. Region

Data that provides:

- EMV minimum requirements
- Visa-specified information necessary to support Online cryptographic validation
- Record of the Card and terminal interactions completed during a Transaction

ID#: 010410-010410-0024663

## Funds Disbursement Transaction - U.S. Region

A VisaNet transaction used by a Member or Visa to disburse funds to a Clearing Processor.

ID#: 010410-010410-0024665

## Funds Transfer Settlement Reporting Entity

**Effective 14 October 2010,** an endpoint within a Visa Settlement hierarchy associated with one or more Settlement Reporting Entities.

ID#: 050411-141010-0026048

## G

## G2G Merchant - U.S. Region

See Government-to-Government Merchant.

ID#: 081010-041008-0024669

© 2011 Visa. All Rights Reserved.

## General Member - Canada Region

A customer of Visa Canada in the category of "General Customer" as defined in the Canada Regional Operating Regulations.

ID#: 010410-010410-0024671

## General Member Identification - Canada Region

Any corporate name or Trade Name of the General Member alone or in combination with its corporate logo.

ID#: 010410-010410-0024672

## Global Brand Protection Program (New)

**Effective 1 June 2011 through 30 June 2011,** a global program that monitors Acquirers and their Merchants, Internet Payment Service Providers (IPSPs) and Sponsored Merchants to ensure that these entities do not:

- Process illegal Transactions or are associated with illegal activity

- Engage in potentially deceptive marketing practices, as defined in the *Visa Global Brand Protection Program Guide for Acquirers*

- Process Transactions that may adversely affect the goodwill of the Visa system

**Effective 1 July 2011,** a global program that monitors Acquirers, Merchants, Payment Service Providers, and Sponsored Merchants to ensure that these entities do not:

- Process illegal Transactions or are not associated with illegal activity

- Engage in potentially deceptive marketing practices, as defined in the *Visa Global Brand Protection Program Guide for Acquirers*

- Process Transactions that may adversely affect the goodwill of the Visa system

ID#: 111011-010611-0026388

## Global Co-branded Card

A Card that:

- Is issued by one or more Issuers that has a contractual relationship with a Global Co-branding Partner

- Bears the Trade Name or Mark of the Global Co-branding Partner on the front of the Card

VISA PUBLIC                              18 October 2011

© 2011 Visa. All Rights Reserved.

- May offer a Cardholder tangible benefits for Card usage and loyalty (e.g., rebates, discounts, airline miles, etc.)

ID#: 010410-010410-0024675

## Global Co-branding Partner

A non-Member that:

- Is not eligible for membership in Visa
- Is a for-profit commercial entity or non-profit organization
- Has a contractual relationship for the issuance of Co-branded Cards:
    - With one or more Issuers
    - In one or more Visa Regions and countries

ID#: 010410-010410-0024676

## Global Co-branding Partnership

A contractual relationship between an Issuer and a Global Co-branding Partner.

ID#: 010410-010410-0024677

## Global Member Billing Solution (Updated)

The primary billing system used by Visa.

ID#: 111011-010410-0024680

## Global Merchant Chargeback Monitoring Program

A program that monitors International Transactions and international Chargebacks to identify Merchants and Acquirers that cause undue economic and goodwill damage to the Visa system.

ID#: 111011-010410-0024681

## Global Refund Service

A Visa service that assists Cheque purchasers whose Cheques are lost or stolen.

ID#: 010410-010410-0024682

© 2011 Visa. All Rights Reserved.

### Government-to-Government Merchant - U.S. Region

A federal government agency that has been properly assigned Merchant Category Code 9399 or 9402 and registered with Visa.

ID#: 081010-041008-0024684

### Group Member

A Member as defined under the *Visa International Certificate of Incorporation and Bylaws,* Section 2.21.

ID#: 010410-010410-0024685

### GSA Government-to-Government (G2G) Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee paid to, or received by, a Member for a GSA G2G Transaction processed as specified in "GSA Government-to-Government IRF - General."

ID#: 081010-041008-0024686

### GSA Government-to-Government (G2G) Transaction - U.S. Region

A Transaction completed at a Merchant that is properly assigned Merchant Category Code 9399 or 9402, with a Visa Purchasing Card that is issued to federal government agencies by an Issuer contracted with the General Services Administration, as specified in "GSA Government-to-Government IRF - General."

ID#: 081010-041008-0024687

### GSA Government-to-Government (G2G) Program - U.S. Region

A General Services Administration program that allows eligible federal government Merchants properly assigned Merchant Category Code 9399 or 9402 and registered with Visa to process GSA Visa Purchasing Card Transactions and qualify for the GSA G2G Interchange Reimbursement Fee.

ID#: 050411-041008-0024688

© 2011 Visa. All Rights Reserved.

### GSA Large Ticket Transaction - U.S. Region

A Transaction completed with a Visa Purchasing Card that is issued to federal government agencies by an Issuer contracted with the General Services Administration and meets the requirements specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024689

### GSA Large Ticket Transaction Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee paid to or received by a Member for a GSA Large Ticket Transaction processed as specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024690

### Guest Folio

A Hotel's or Cruise Line's guest file.

ID#: 010410-010410-0024691

### Guest Folio - U.S. Region

The guest file of a Lodging Merchant or Cruise Line.

ID#: 010410-010410-0024692

### H

### Health Care Eligibility Service - U.S. Region

A VisaNet service through which a Health Care Merchant may verify an individual's health care coverage and co-payment amount, if applicable.

ID#: 010410-010410-0024697

### Health Care Merchant - U.S. Region

A Merchant, other than a pharmacy, whose primary business is providing health care services. A Health Care Merchant is identified by the following Merchant Category Codes: 4119, 5975, 5976, 7277, 8011, 8021, 8031, 8041, 8042, 8043, 8044, 8049, 8050, 8062, 8071, and 8099.

ID#: 010410-010410-0024698

© 2011 Visa. All Rights Reserved.

## Health Reimbursement Account (HRA) - U.S. Region

See Visa Health Reimbursement Account (HRA) - U.S. Region.

ID#: 010410-010410-0024699


## Health Savings Account (HSA) - U.S. Region

See Visa Health Savings Account (HSA) - U.S. Region.

ID#: 010410-010410-0024700


## Healthcare Auto-Substantiation - U.S. Region

A process that enables an Issuer to automatically substantiate the dollar amount of the qualifying medical purchases in the Authorization Request for a Visa Flexible Savings Account (FSA) or a Visa Health Reimbursement Account (HRA) Transaction. Issuers of these Cards and any Agents that process Transactions for such Cards must perform Healthcare Auto-Substantiation.

ID#: 010410-010410-0024696


## High-Brand Risk Merchant (New)

**Effective 1 June 2011,** a Merchant assigned a Merchant Category Code, considered by Visa to be high-brand risk, as specified in "High-Brand Risk Merchant Category Codes."

ID#: 111011-010611-0026389


## High-Brand Risk Sponsored Merchant (New)

**Effective 1 June 2011 through 30 June 2011,** an Electronic Commerce Merchant required to be classified with a Merchant Category Code considered by Visa to be high-risk, as specified in "High-Brand Risk Merchant Category Codes," that contracts with an Internet Payment Service Provider to obtain payment services.

**Effective 1 July 2011,** an Electronic Commerce Sponsored Merchant required to be classified with a Merchant Category Code considered by Visa to be high-risk, as specified in "High-Brand Risk Merchant Category Codes," that contracts with a Payment Service Provider to obtain payment services.

ID#: 111011-010611-0026390

© 2011 Visa. All Rights Reserved.

**High-Brand Risk Transaction (New)**

**Effective 1 June 2011,** a Transaction performed by a High-Brand Risk Merchant, High-Risk Internet Payment Service Provider or High-Brand Risk Sponsored Merchant assigned a Merchant Category Code, considered by Visa to be high-brand risk, as specified in "High-Brand Risk Merchant Category Codes."

ID#: 111011-010611-0026391

**High-Risk Electronic Commerce Merchant**

An Electronic Commerce Merchant identified by the Global Merchant Chargeback Monitoring Program or other Visa risk management initiatives (e.g., Merchant Fraud or similar region-specific programs) that causes undue economic and goodwill damage to the Visa system.

ID#: 010410-010410-0024701

**High-Risk Internet Payment Service Provider (New)**

**Effective 1 June 2011 through 30 June 2011,** an Internet Payment Service Provider that:

- Enters into a contract with an Acquirer to provide payment services to High Risk Merchants, High-Brand Risk Merchants or High Risk Sponsored Merchants or High-Brand Risk Sponsored Merchants
- Includes one or more Sponsored Merchants required to be classified with a Merchant Category Code considered to be high-risk, as specified in "High-Brand Risk Merchant Category Codes"

**Effective 1 July 2011,** a Payment Service Provider that:

- Enters into a contract with an Acquirer to provide payment services to High-Risk Merchants, High-Brand Risk Merchants, High-Risk Sponsored Merchants, or High-Brand Risk Sponsored Merchants
- Includes one or more Sponsored Merchants required to be classified with a Merchant Category Code considered to be high-risk, as specified in "High-Brand Risk Merchant Category Codes"

ID#: 151011-010611-0026392

**High-Risk Internet Payment Service Provider - U.S. Region (Updated)**

**Effective through 30 November 2011,** an Internet Payment Service Provider that:

- Enters into a contract with an Acquirer to provide payment services to Sponsored Merchants
- Includes one or more Sponsored Merchants required to be classified with Merchant Category Code 5967 ("Direct Marketing—Inbound Teleservices Merchant") in its Sponsored Merchant portfolio

ID#: 111011-010410-0024702

© 2011 Visa. All Rights Reserved.

## High-Risk Sponsored Merchant - U.S. Region (Updated)

**Effective through 30 November 2011,** an Electronic Commerce Merchant required to be classified with Merchant Category Code 5967 ("Direct Marketing—Inbound Teleservices Merchant") that contracts with an Internet Payment Service Provider to obtain payment services.

ID#: 111011-010410-0024705


## High-Risk Telemarketing Merchant (Updated)

**Effective through 30 November 2011,** a Merchant whose business includes telemarketing activity that presents financial or goodwill risk to Visa or the Visa-Owned Marks. The *Visa International Operating Regulations* refer to the following as High-Risk Telemarketing Merchants:

- Direct marketing travel-related arrangement services

- Inbound teleservices

- Outbound telemarketing

Visa may change the definition of a High-Risk Telemarketing Merchant to include additional Merchant categories.

ID#: 111011-010410-0024706


## Hotel

A hotel Merchant.

ID#: 010410-010410-0024708


## Hotel Reservation Service

A Visa Hotel service where a Cardholder may use a Visa Card to guarantee overnight accommodations.

ID#: 010410-010410-0024709


## I


## iCVV - U.S. Region

An alternate Card Verification Value that an Issuer may encode on a Chip instead of the standard Card Verification Value contained in the Magnetic Stripe of the Chip Card.

ID#: 010410-010410-0024710

© 2011 Visa. All Rights Reserved.

## ID Score Plus - U.S. Region

An optional feature of Visa Advanced ID Solutions that provides Members with a score and related reason code(s) provided by ID Analytics, Inc. that assesses the risk associated with an identity in connection with an application for a Card or non-Visa card, or other Visa or non-Visa product.

ID#: 010410-010410-0024711

## ID Security Alerts Service – U.S. Region

An optional Visa service that identifies and protects consumers from the risk of consumer credit application fraud through the use of the Visa Advanced ID Solutions database.

ID#: 111011-010100-0025925

## Imprint

Cardholder data transferred from a Card to a Transaction Receipt to complete a Transaction. There are 2 kinds of imprints:

- Electronic Imprint
- Manual Imprint

ID#: 010410-010410-0024713

## In-Transit Service

A service provided on board a passenger transport vehicle that may include the purchase of goods or services (e.g., movie rentals, catalog purchases, gambling).

ID#: 010410-010410-0024714

## In-Transit Service Gambling Merchant

A Merchant that provides any form of gambling while in transit.

ID#: 010410-010410-0024715

## In-Transit Service Merchant

A Merchant that provides in-transit services as specified in "In-Transit Service - General Requirements."

ID#: 010410-010410-0024716

© 2011 Visa. All Rights Reserved.

## In-Transit Service Transaction

The purchase of goods, services, or gambling on board a passenger transport vehicle.

ID#: 010410-010410-0024717

## In-Transit Terminal (Updated)

**Effective through 14 October 2011,** a Cardholder-Activated Terminal located on a vehicle designed to transport passengers (e.g., an aircraft or cruise ship) that may be used for the purchase of goods, services, or gambling.

**Effective 15 October 2011,** an Unattended Cardholder-Activated Terminal located on a vehicle designed to transport passengers (e.g., an aircraft or cruise ship) that may be used for the purchase of goods, services, or gambling.

ID#: 171011-010410-0024718

## Inbound Teleservices - U.S. Region

Non-business-to-business audiotext/videotext and or digital content services accessed via telephone, fax, or over an open network, such as the Internet, for the purchase of services or information including, but not limited to, pay-per-call services such as:

• Psychic readings

• Sports scores

• Stock market quotes

ID#: 010410-010410-0024719

## Independent Contractor - U.S. Region

An individual whose bank card-related business relationship with a Member or Third Party involves any of the following:

• Merchant solicitation, sales, or service

• Merchant Transaction processing solicitation

• Cardholder solicitation or Card application processing services

ID#: 010410-010410-0024720

© 2011 Visa. All Rights Reserved.

**Input Date**

The Edit Package run date on which a Member submits outgoing Interchange, or, for Domestic Transactions, the date on which the Member processes outgoing Interchange.

ID#: 010410-010410-0024722

**Installment Billing Transaction - U.S. Region**

A single purchase of goods that:

- Is divided into 2 or more installment payment Transactions
- Originates at a Mail/Phone Order or Electronic Commerce Merchant
- Is authorized and processed as specified in "Installment Billing Transaction Option – U.S. Region."

ID#: 050411-010410-0024723

**Installment Transaction**

The single purchase of goods or services billed to an account in multiple segments, over a period of time agreed to between a Cardholder and a Merchant.

ID#: 010410-010410-0024724

**Instant Card Personalization Issuance**

The ability to instantly personalize Visa cards as a customer waits or to respond immediately to a request for an emergency replacement of a Cardholder's lost or stolen card.

ID#: 050411-010100-0025525

**Instant Card Personalization Issuance Agent**

A Third Party Agent that performs instant card personalization and issuance for an Issuer.

ID#: 050411-010100-0025526

**Instant/Remote Issuance - U.S. Region**

The instant issuance of Visa Card products at a location other than a Member's card manufacturing facility (e.g., a branch office).

ID#: 010410-010410-0024725

© 2011 Visa. All Rights Reserved.

**Integrated Circuit Card**

See Chip Card.

ID#: 010410-010410-0024726

**Integrated Circuit Card Terminal**

See Chip-Reading Device.

ID#: 010410-010410-0024727

**Integrated Circuit Chip**

See Chip.

ID#: 010410-010410-0024728

**Interchange**

The exchange of Clearing Records between Members. The *Visa International Operating Regulations* refers to the following types of Interchange:

• Domestic Interchange

• International Interchange

ID#: 010410-010410-0024729

**Interchange Authorization Limit**

The amount over which a manual authorizer must obtain an Authorization from an Issuer on a proposed Transaction or group of Transactions initiated on the same day by the same Cardholder.

ID#: 010410-010410-0024731

**Interchange File**

An electronic file containing a Member's Interchange data.

ID#: 010410-010410-0024732

© 2011 Visa. All Rights Reserved.

## Interchange Reimbursement Fee

A fee reimbursed by an Acquirer to an Issuer in the Clearing and Settlement of an Interchange Transaction.

ID#: 010410-010410-0024733

## Interchange Reimbursement Fee - U.S. Region

One of the following:

- A fee that an Acquirer pays to an Issuer in the Clearing and Settlement of an Interchange Transaction
- A fee that an Issuer pays to an Acquirer for making a Cash Disbursement to a Cardholder or Cheque purchaser

ID#: 010410-010410-0024734

## Interchange Reimbursement Fee Compliance

A process where Visa resolves disputes between Members for a Member's violation of the Visa International Operating Regulations or Regional Operating Regulations that causes an incorrect Interchange Reimbursement Fee rate to be applied to a large number of Transactions, resulting in a financial loss to another Member.

ID#: 010410-010410-0024735

## Interchange Reimbursement Fee Compliance Screening

A Member's request for permission to file Interchange Reimbursement Fee Compliance against another Member.

ID#: 010410-010410-0024736

## Intercompany Interchange Reimbursement Fee Compliance

**Effective 13 January 2011,** a process by which Members of Visa Inc. and Visa Europe can resolve disputes and recover financial losses caused by the application of an incorrect Interchange Reimbursement Fee resulting from a violation of either the *Visa International Operating Regulations* by a Visa Inc. Member or *Visa Europe Operating Regulations* by a Visa Europe Member. The process is only available for cross-border Transactions between Visa Inc. and Visa Europe.

ID#: 151011-130111-0026214

© 2011 Visa. All Rights Reserved.

## Interlink Program

A program through which an Interlink participant (acting as an Interlink issuer) provides Point-of-Transaction services to Interlink cardholders, to Interlink merchants, or both, as specified in the *Interlink Network, Inc. Bylaws and Operating Regulations* and the *Visa International Operating Regulations.*

ID#: 010410-010410-0024737

## Interlink Program Marks

The Interlink Mark, Network Design Mark, and any other service Marks adopted by Visa for use with the Interlink Program.

ID#: 010410-010410-0024738

## Interlink Symbol - U.S. Region

The combination of the Interlink Wordmark and Network Design Mark. One of the Interlink Program Marks.

ID#: 010410-010410-0024739

## Interlink Wordmark - U.S. Region

A Mark comprising the word "Interlink." One of the Interlink Program Marks.

ID#: 010410-010410-0024740

## Intermediary Bank

A depository institution, specified by a Member or by Visa, through which a Settlement funds transfer must be processed for credit to a Settlement account at another depository institution.

ID#: 010410-010410-0024741

## International Airline

Either:

•  An Airline that sells tickets directly in its own name in 2 or more countries, or operates scheduled flights between 2 or more countries, or both

•  Its authorized agent that sells airline tickets on behalf of the Airline

ID#: 010410-010410-0024742

© 2011 Visa. All Rights Reserved.

## International Airline Transaction - U.S. Region

A Transaction completed at an International Airline participating in the International Airline Program.

ID#: 010410-010410-0024743

## International Automated Referral Service

A VisaNet service that enables a VisaNet Processor to obtain an immediate reply to a Referral Response.

ID#: 010410-010410-0024745

## International Board

The Visa International Board of Directors.

ID#: 010410-010410-0024746

## International Interchange

Interchange of an International Transaction.

ID#: 010410-010410-0024747

## International Service Assessment

A fee charged to the Issuer and Acquirer for each International Transaction.

ID#: 081010-010410-0024749

## International Service Center - U.S. Region

See Visa Customer Care Services - U.S. Region.

ID#: 010410-010410-0024750

© 2011 Visa. All Rights Reserved.

## International Transaction (Updated)

A Transaction where the Issuer of the Card used is not located in the Transaction Country. [129]

ID#: 151011-010410-0024752

## Internet Domain Name - U.S. Region

A network name associated with an organization, such as "Visa.com," "Visabank.com," or "Merchantnamevisa.com."

ID#: 010410-010410-0024755

## Internet Domain Name-Visa Simple

An Internet domain name consisting of the name "Visa" used alone, such as:

- "Visa.xx"
- "Visa.com"
- "Visa.net"
- "Visa.org.xx"

ID#: 010410-010410-0024758

## Internet Payment Service Provider (IPSP) (Updated)

**Effective through 30 June 2011,** an online entity that contracts with an Acquirer to provide payment services to a Sponsored Merchant.

ID#: 111011-010410-0024759

## Internet Payment Service Provider Agreement (Updated)

**Effective through 30 June 2011,** a Merchant Agreement between an Internet Payment Service Provider and an Acquirer containing their respective rights, duties, and obligations for participation in the Acquirer's Visa Program.

ID#: 111011-010410-0024760

---

129  **Effective 1 October 2011**, a variance to this definition applies in the AP Region, LAC Region, and U.S. Region for U.S. Covered Visa Debit Cards Transactions in the U.S. Region or a U.S. Territory for routing and Interchange Reimbursement Fee purposes.

© 2011 Visa. All Rights Reserved.

## Interregional Interchange

Interchange for an Interregional Transaction.

ID#: 010410-010410-0024761

## Interregional Transaction

A Transaction where the Issuer of the Card used is not located in the Transaction Region.

ID#: 010410-010410-0024762

## Intraregional Transaction

A Transaction where the Issuer of the Card used is located in the Transaction Region, but not in the Transaction country.

ID#: 010410-010410-0024763

## IPSP (Internet Payment Service Provider) (Updated)

**Effective through 30 June 2011,** see Internet Payment Service Provider.

ID#: 111011-010410-0024767

## Issuer

A Member that enters into a contractual relationship with a Cardholder for the issuance of one or more Card products.

ID#: 010410-010410-0024768

## Issuer Chip Rate

An Interregional Interchange Reimbursement Fee reimbursed to an Issuer for any Transaction that meets the Electronic Rate requirements and is completed with a Card issued by an Issuer that has converted 50% of a designated BIN(s) or Account Number range of a Visa Card Program or Visa Electron Card Program to Visa Smart Payment, and is conducted at a Magnetic-Stripe Terminal.

ID#: 010410-010410-0024770

© 2011 Visa. All Rights Reserved.

**Issuer Limit**

An Issuer-specified amount limit that determines how a Transaction will be authorized. Visa routes a Transaction as follows, based on the Transaction amount:

• Amount at or above the Issuer Limit, to the Issuer or its VisaNet Processor

• Amount below the Issuer Limit, to Stand-In Processing using the Positive Cardholder Authorization Service

ID#: 010410-010410-0024771

**Issuers' Clearinghouse Service - U.S. Region**

A service developed jointly by Visa and MasterCard Worldwide that is designed to reduce Member losses from excessive credit applications and unauthorized use.

ID#: 081010-010410-0024769

**J**

**No glossary terms available for J.**

ID#: 010410-010410-0025512

**K**

**Key Management Service**

A service that Visa provides to process, store, and transmit Member keys associated with the security algorithm used in the V.I.P. System to protect the security of PINs.

ID#: 010410-010410-0024773

**L**

**LAC**

Latin America and Caribbean.

ID#: 010410-010410-0024774

VISA PUBLIC
© 2011 Visa. All Rights Reserved.

## Late Settlement Fee

The fee that Visa collects from a Member for failure to transfer the Settlement Amount to the Visa Settlement Bank on the date due.

ID#: 010410-010410-0024775

## Lead Bank

**Effective 14 October 2010,** a Visa Multinational Program participant that initiates Multi-Country Issuing on behalf of a Multinational Company client.

ID#: 050411-141010-0026026

## Lead Region

A Region where a Global Co-branding Partnership is initiated.

ID#: 010410-010410-0024776

## Level 4 Merchant in Australia and New Zealand – AP Region

A Merchant in Australia or New Zealand processing fewer than 20,000 Visa Electronic Commerce Transactions annually or fewer than 1 million cumulative Visa Transactions annually.

ID#: 080411-060111-0026187

## Level II Enhanced Data - U.S. Region

Data provided to Visa in connection with a Commercial Visa Product Transaction that includes the sales tax amount, customer code (i.e., cost center, general ledger number, order/invoice number), and additional data for T&E Transactions, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 010410-010410-0024778

## Level III Enhanced Data - U.S. Region

Data provided to Visa in connection with a Commercial Visa Product Transaction that includes full line item detail and additional data for T&E Transactions, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 010410-010410-0024777

© 2011 Visa. All Rights Reserved.

## Liability

As specified in the *Visa International Operating Regulations*, any liability under any theory or form of action whatsoever, in law or in equity, including, without limitation, contract or tort, including negligence, even if the responsible party has been notified of the possibility of such damages. The term also includes liability for infringement of others' intellectual property rights or any liability for Claims of third parties.

ID#: 010410-010410-0024779

## Licensee

An entity licensed to participate in the Visa or Visa Electron Program that is neither a:

- Member
- Member or owner of a Group Member

ID#: 010410-010410-0024780

## Limited-Amount Terminal (Updated)

**Effective through 14 October 2011,** see Unattended Acceptance Terminal and Cardholder-Activated Transaction Type A.

ID#: 111011-010410-0024781

## Limited Acceptance - U.S. Region

A term describing a Merchant's option to accept one category of Visa Cards and not another. Categories consist of:

- Visa Credit and Business Category
- Visa Debit Category

ID#: 010410-010410-0024784

## Limited Acceptance Merchant - U.S. Region

A category of Merchant that accepts either, but not both, of the following:

- Visa Credit and Business Category Cards
- Visa Debit Category Cards

ID#: 010410-010410-0024785

© 2011 Visa. All Rights Reserved.

## Limited-Amount Terminal - U.S. Region (Updated)

**Effective through 14 October 2011,** a Cardholder-Activated Terminal that has Data Capture-Only Capability, and accepts payment for items such as:

- Parking garage fees
- Road tolls
- Motion picture theater entrance
- Magnetic-Stripe Telephones

Only merchants in the following merchant categories qualify to submit transactions initiated at a limited-amount terminal:

- 4111, "Local and Suburban Commuter Passenger Transportation, Including Ferries"
- 4112, "Passenger Railways"
- 4131, "Bus Lines"
- 4784, "Tolls and Bridge Fees"
- 7523, "Parking Lots and Garages"

ID#: 111011-010410-0024782

## Limited-Amount Terminal Transaction - U.S. Region (Updated)

**Effective through 14 October 2011,** a Transaction that originated at a Limited-Amount Terminal through use of a Card encoded with a valid Service Code for the Transaction.

ID#: 111011-010410-0024783

## Listed Card

A Card whose Account Number is listed on the Exception File.

ID#: 010410-010410-0024786

## Load Acquirer (Updated)

**Effective through 31 December 2013,** a Member financial institution or its agent that operates Load Devices and support systems that allow consumers to:

- Load value to a reloadable Visa Cash Card
- Unload value from a reloadable Visa Cash Card, where applicable

ID#: 111011-010410-0024787

© 2011 Visa. All Rights Reserved.

## Load Device

An ATM or stand-alone device that a Cardholder uses to add or remove value from a stored value application on a Chip Card.

ID#: 010410-010410-0024788

## Load Transaction

A means of adding monetary value to a Card at a Point-of-Transaction Terminal or ATM.

ID#: 010410-010410-0024791

## Load Transaction Receipt

A Transaction Receipt generated at an ATM or Load Device as a result of a Cardholder adding monetary value to a Chip Card.

ID#: 010410-010410-0024792

## Location Code - U.S. Region

A unique code identifying either a Point-of-Transaction Terminal or Merchant Outlet where a Transaction originates.

ID#: 010410-010410-0024793

## Lodging Merchant - U.S. Region

A Merchant that sells overnight accommodations, intended for a limited period of time, at a fixed location.

ID#: 010410-010410-0024794

## Logotype

A Wordmark depicted in stylized lettering.

ID#: 010410-010410-0024795

© 2011 Visa. All Rights Reserved.

## Lost/Stolen Card and Emergency Card Replacement Passthrough Service - U.S. Region

An optional service to assist Members in directly handling Cardholder requests for emergency services. An Issuer that subscribes to the passthrough service determines the circumstances in which Visa Customer Care Services will transfer Cardholder inquiries resulting from lost or stolen Cards and requests for Emergency Card Replacements directly to the Issuer.

ID#: 081010-010410-0024797

## Lost/Stolen Card Reporting Service - U.S. Region

A VisaNet service provided for an Issuer's Authorizing Processor when a Visa Card, Visa Electron Card, or Visa TravelMoney Card is reported lost or stolen to a VisaNet Authorization operator.

ID#: 010410-010410-0024798

## M

### Magnetic Stripe

A magnetic stripe on a Card that contains the necessary information to complete a Transaction.

ID#: 010410-010410-0024808

### Magnetic-Stripe Card

A Card bearing a Magnetic Stripe that contains the necessary information to complete a Transaction.

ID#: 010410-010410-0024801

### Magnetic-Stripe Data

Data contained in a Magnetic Stripe and replicated in a Chip.

ID#: 010410-010410-0024802

### Magnetic-Stripe Image

The minimum Chip payment data replicating the Magnetic Stripe information required to process an EMV-Compliant Transaction.

ID#: 010410-010410-0024803

© 2011 Visa. All Rights Reserved.

**Magnetic-Stripe Telephone (Updated)**

**Effective through 14 October 2011,** an Unattended Acceptance Terminal that may be capable of supporting Cardholder-Activated Transaction Type A, Cardholder-Activated Transaction Type B, or Cardholder-Activated Transaction Type C (as determined by Transaction elements, i.e., Authorization, PIN acceptance, Transaction amount) that accepts a Visa Card as payment for a telephone call.

ID#: 111011-010410-0024804

**Magnetic-Stripe Telephone - U.S. Region (Updated)**

**Effective through 14 October 2011,** a Limited-Amount Terminal that accepts a Visa Card as payment for a telephone call.

ID#: 111011-010410-0024805

**Magnetic-Stripe Terminal**

A terminal that reads the Magnetic Stripe on a Card.

ID#: 010410-010410-0024806

**Magnetic-Stripe Terminal - U.S. Region**

A Point-of-Transaction Terminal that reads the Magnetic Stripe on a Card and that additionally may read Contactless Payment Card data via a wireless interface.

ID#: 010410-010410-0024807

**Magnetic-Stripe-Reading Terminal - U.S. Region**

See Magnetic-Stripe Terminal.

ID#: 010410-010410-0024800

**Mail/Phone Order Merchant**

A Merchant that completes a Mail/Phone Order Transaction.

ID#: 010410-010410-0024809

© 2011 Visa. All Rights Reserved.

**Mail/Phone Order Transaction**

A Transaction where a Cardholder orders goods or services from a Merchant by telephone, mail, or other means of telecommunication, and neither the Card nor the Cardholder is present at the Merchant Outlet.

ID#: 010410-010410-0024810

**Mail/Telephone Order, Recurring, Installment Billing, or Electronic Commerce Transaction Indicator - U.S. Region**

A VisaNet code that identifies a Transaction as one of the following:

• Mail order Transaction

• Electronic Commerce Transaction

• Phone order Transaction

• Recurring Transaction

• Installment Billing Transaction

• Other Mail/Phone Order-type Transaction

ID#: 010410-010410-0024811

**Manual Cash Disbursement**

A Cash Disbursement obtained with a Visa Card or Visa Electron Card in a Face-to-Face Environment.

ID#: 010410-010410-0024814

**Manual Imprint**

An imprint of the embossed data on the front of the Card taken with a Manual Imprinter. A Manual Imprint must not consist of an impression taken from the Card using pencil, crayon, or other writing instrument.

ID#: 010410-010410-0024815

**Manual Imprinter - U.S. Region**

A mechanical device specifically designed to transfer the embossing on a Card and Merchant plate to a Sales Draft.

ID#: 010410-010410-0024816

© 2011 Visa. All Rights Reserved.

## Manual Transaction Receipt

A Transaction Receipt created when an Account Number is transferred to the Transaction Receipt without the use of electronic means in a manual or semi-electronic environment.

ID#: 010410-010410-0024817

## Mark

A word, name, design, symbol, or other device, or any combination thereof, that Visa or any entity adopts to identify its goods or services.

ID#: 010410-010410-0024818

## mChek (mChek India Payment Systems Pvt. Ltd.) - AP Region

A technology provider in India that is partnering with Visa.

ID#: 050411-010100-0026180

## mChek Platform - AP Region

A platform that is being used for domestic Visa mobile commerce Transactions in India.

ID#: 050411-010100-0026181

## Member

A client of Visa U.S.A., Visa International, Visa Worldwide, or a customer which has entered into a Services Agreement with Visa Canada.  Requirements for membership are defined in the applicable Certificate of Incorporation and Bylaws.

ID#: 111011-010410-0024822

## Member Message Field

A text field in the VisaNet record of a Chargeback or Representment that contains pre-formatted messages.

ID#: 010410-010410-0024825

© 2011 Visa. All Rights Reserved.

## Membership Application (Updated)

The set of forms and/or documents containing rights, duties, obligations, and disclosures which, when signed and submitted by an authorized officer of a financial institution to become a Visa Member, represent a contractual obligation between Visa and such Member, under which the Member will be bound.

ID#: 111011-010410-0024823

## Merchant

An entity that contracts with an Acquirer to originate Transactions and that is eligible to display a Visa-Owned Mark.

ID#: 050411-010410-0024828

## Merchant Agreement

A contract between a Merchant and an Acquirer containing their respective rights, duties, and obligations for participation in the Acquirer's Visa or Visa Electron Program.

ID#: 010410-010410-0024830

## Merchant Alert Service

A regional risk management service that requires a participating Acquirer to both:

- Submit information about a Merchant it has terminated
- Verify, before signing, that a Merchant is not listed with the service

ID#: 010410-010410-0024831

## Merchant Bank

A Member as defined under the *Visa International Certificate of Incorporation and Bylaws,* Section 2.07.

ID#: 010410-010410-0024832

## Merchant Category Code

A code designating the principal trade, profession, or line of business in which a Merchant is engaged, as specified in the *Visa Merchant Data Standards Manual*.

ID#: 010410-010410-0024834

© 2011 Visa. All Rights Reserved.

## Merchant Certificate

An electronic document used to authenticate a Merchant in an Electronic Commerce Transaction.

ID#: 010410-010410-0024835


## Merchant Descriptor - U.S. Region

A term describing the aggregate of the BIN, Merchant name, Merchant city, Merchant state, and Merchant Category Code fields contained in an Authorization Request or Clearing Record, as specified in the:

- "VisaNet Clearing Message Content Standards" (Exhibit NN)
- "Required Data for Authorization Requests and Responses" (Exhibit OO)
- Appropriate VisaNet manuals

A Merchant Outlet may have one or more Merchant Descriptors.

ID#: 010410-010410-0024837


## Merchant Fraud Performance Program

A fraud management program used to identify Merchants with excessive fraud levels.

ID#: 010410-010410-0024839


## Merchant Outlet

Either:

- The physical premises of a Merchant at which a Transaction is completed
- For an Electronic Commerce or Mail/Phone Order Merchant, the country where all of the following occur:
  - There is a Permanent Establishment through which Transactions are completed. In the absence of a Permanent Establishment, a Merchant that provides only digital goods must use the country where the principals of the company work.
  - The Merchant holds a valid business license for the Merchant Outlet
  - The Merchant has a local address for correspondence and judicial process
  - The Merchant Outlet pays taxes relating to the sales activity

ID#: 010410-010410-0024842

© 2011 Visa. All Rights Reserved.

## Merchant Plug-In (MPI) Client Certificate - Canada Region

A unique electronic cryptogram used to authenticate an Electronic Commerce Merchant that has enrolled in 3-D Secure (commonly known as the Verified by Visa program).

ID#: 010410-010410-0024844

## Merchant Verification Value (MVV)

**Effective 1 January 2011,** an assigned value transmitted in the Transaction message used by Visa to identify an Acquirer or Merchant who is registered with Visa:

- To assess specific fees
- For other special Interchange treatment
- For participation in select acceptance programs
- For unique processing criteria

The MVV consists of 10 digits, the first 6 of which are assigned by Visa.

ID#: 080411-010111-0026121

## Merchant Verification Value (MVV) - U.S. Region

**Effective through 31 December 2010,** an assigned value used to identify participation in select Merchant fee programs and for other special Interchange treatment. The MVV consists of 10 digits, the first 6 of which are assigned by Visa.

ID#: 050411-010111-0024848

## Merger

A term used to describe any of the following:

- Purchase of a Member organization by another organization where the acquired Member's charter is dissolved
- Merging of two or more organizations into a single entity requiring a new charter

ID#: 111011-010100-0025531

© 2011 Visa. All Rights Reserved.

## Message Processing Service - U.S. Region

An Authorization service that the V.I.P. System provides in response to an Authorization Request entered into the V.I.P. System by a Member, an Authorizing Merchant, or a VisaNet Authorization center.

ID#: 010410-010410-0024849

## Minimum Spending Limit – AP Region

The ability for Cardholders to accumulate charges of predefined value during each or any statement cycle. For products with debit capabilities, Minimum Spending Limit is subject to available funds in the account of the Cardholder.

ID#: 081010-010310-0025673

## Misembossed Card

A valid Card on which erroneous information is embossed.

ID#: 010410-010410-0024850

## Misencoded Card

A valid Card on which erroneous information is encoded.

ID#: 010410-010410-0024851

## Money Transfer Original Credit Program

**Effective 9 December 2010,** a Visa program that allows a Member to offer funds transfer services to its Visa Cardholders or other consumers resulting in a credit to the recipient Cardholder's Visa account, as specified in *Original Credits Member Requirements* or the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 080411-091210-0026080

## Money Transfer Original Credit Program - U.S. Region

**Effective 15 February 2010 through 8 December 2010,** a Visa program that allows a Member to offer person-to-person funds transfer services to its Visa Cardholders or other consumers resulting in a credit to the recipient Cardholder's Visa account, as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 050411-150210-0025682

© 2011 Visa. All Rights Reserved.

## Money Transfer Original Credit Transaction

A funds transfer Transaction initiated by a Member that results in a credit to a Visa Account Number for a purpose other than refunding a Visa purchase (e.g., overseas remittances, gift transfers, Visa Card payments), as specified in *Original Credits Member Requirements* or the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 080411-010100-0026081

## Money Transfer Original Credit Transactions - U.S. Region

**Effective 15 February 2010 through 8 December 2010,** a person-to-person funds transfer Transaction initiated by a Member for a consumer's personal use that results in a credit to a Visa Account Number for a purpose other than refunding a Visa purchase (e.g., overseas remittances, gift transfers, Visa Card payments), as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 050411-150210-0025683

## MoneyChoices - U.S. Region

An optional Visa program that provides Members with an Internet-based educational resource for Visa Cardholders in need of financial planning or money-management skills.

ID#: 010410-010410-0024852

## Multi-Country Issuing (Updated)

**Effective 14 October 2010,** within the Visa Multinational Program, a scenario in which a Lead Bank forms a relationship with a Partner Bank located in another country for the purpose of issuing Visa Commercial Card products to its Multinational Company clients.  Multi-Country Issuing is identified in the *Visa Multinational Program Guide* as "Indirect Cross-Border Issuing."

ID#: 111011-141010-0026027

## Multi-Currency Priced Transaction

A Transaction in which a Merchant displays the price of goods or services in a currency or currencies other than, or in addition to, the Merchant's local currency. No Dynamic Currency Conversion is conducted.

ID#: 111011-090910-0025996

© 2011 Visa. All Rights Reserved.

## Multinational Company (Updated)

A commercial organization with operations, subsidiaries, and employees situated in more than one country (excluding franchise representatives, independently owned dealers, and joint ventures in which a Multinational Company participates), as specified in the *Visa Multinational Program Guide*.

ID#: 111011-010410-0024854

## N

## National Card Recovery Bulletin

A special edition of the Card Recovery Bulletin that lists domestic Account Numbers in addition to other applicable listings.

ID#: 010410-010410-0024856

## National Card Recovery File

A weekly file of all Visa account numbers listed on the Exception File with a Pickup Response. (See the VisaNet manuals.)

ID#: 010410-010410-0024857

## National Office

A Visa office with jurisdiction over a single country.

ID#: 010410-010410-0024861

## National Operating Regulations

The operating regulations of a National Office.

ID#: 010410-010410-0024862

## National Organization

An organization as defined under the *Visa International Certificate of Incorporation and Bylaws*, Section 16.01.

ID#: 010410-010410-0024863

© 2011 Visa. All Rights Reserved.

## Negative Option Merchant (New)

**Effective 1 June 2011,** a Merchant that offers goods and/or services that result in a Negative Option Transaction.

ID#: 111011-010611-0026394

## Negative Option Transaction (New)

**Effective 1 June 2011,** an offer of goods and/or services that Cardholders need to expressly reject during the Transaction process, including expressly declining willingness to participate in future Transactions.

ID#: 111011-010611-0026393

## Net Sales - U.S. Region

In calculation of Interchange Reimbursement Fees, Transaction Receipt totals less Credit Transaction Receipt totals.

ID#: 010410-010410-0024867

## Network Design Mark - U.S. Region

A Visa-owned service Mark used in the Interlink Program.

ID#: 010410-010410-0024866

## New Channel

An environment in which payment is initiated via a Cardholder Access Device or other device that does not use a standard Hypertext Markup Language (HTML) browser to process an Authentication Request.

ID#: 010410-010410-0024868

## No-Show Transaction

A Transaction that a Hotel participating in the Hotel Reservation Service or a Car Rental Company participating in the Specialized Vehicle Reservation Service completes, resulting from a Cardholder's alleged failure to cancel or use the reservation.

ID#: 010410-010410-0024869

© 2011 Visa. All Rights Reserved.

## No-Show Transaction - U.S. Region

A Transaction resulting from a Cardholder's alleged failure to cancel or use the reservation completed by either a:

- Lodging Merchant participating in the Visa Reservation Service
- Car Rental Company participating in the Visa Reservation Service

ID#: 010410-010410-0024870

## Non-Authenticated Security Transaction

An Electronic Commerce Transaction that uses data encryption for security but is not authenticated using an Authentication Method.

ID#: 010410-010410-0024871

## Non-Confidential Enhanced Merchant-Level Data - U.S. Region

Merchant-related data provided through Visa to an Issuer in connection with a Commercial Visa Product, comprising only the following data elements:

- Merchant name
- Merchant street address
- Merchant city, state, and ZIP code
- Merchant telephone number

ID#: 010410-010410-0024872

## Non-member - Canada Region

An entity that is not eligible to be a customer of Visa.

ID#: 010410-010410-0024874

## Non-member Identification - Canada Region

The name or Trade Name alone or in combination with the Corporate logo or Mark of a Non-member.

ID#: 010410-010410-0024875

© 2011 Visa. All Rights Reserved.

## Non-Member Licensee - U.S. Region

An entity that:

- Is licensed to participate in the Visa or Visa Electron Program in a country outside of the United States and is not a Member of Visa
- Has the privileges and obligations of Interchange in the Visa or Visa Electron Program, as applicable

ID#: 010410-010410-0024876

## Non-Participation Message

A message to a 3-D Secure Merchant indicating that the Issuer or Cardholder, represented by either of the following, does not participate in 3-D Secure:

- Issuer BIN
- Account Number

ID#: 010410-010410-0024878

## Non-Registered Country

A country for which Visa has not given written permission for an Acquirer to accept International Airline Transactions.

ID#: 010410-010410-0024879

## Non-Reloadable Card

A Visa Prepaid Card that is funded with monetary value only once.

ID#: 081010-010410-0024880

## Non-Secure Transaction

An Electronic Commerce Transaction that has no data protection.

ID#: 010410-010410-0024881

© 2011 Visa. All Rights Reserved.

## Non-Settled Advice

A text message available to Members that specifies the count and amount of Clearing Records processed in Domestic Interchange.

ID#: 010410-010410-0024882


## Non-Standard Card

A Visa Card or Visa Electron Card that does not comply with the plastic specifications in the *Visa Product Brand Standards*, requires Visa approval, and must:

- Provide the designated level of utility promised to the Cardholder
- Contain the physical elements and data components required to complete a Transaction

ID#: 010410-010410-0024883


## Non-Visa Debit Transaction - U.S. Region

An act between a Visa Check Card or Visa Debit Card Cardholder and a merchant that results in the generation of a transaction on a PIN-Debit Network.

ID#: 010410-010410-0024885


## Notification

**Effective through 14 February 2011,** written notice delivered by mail, courier, facsimile, telex, or hand. Notification is effective when posted, sent, or transmitted by Visa to the Member or its agent.

**Effective 15 February 2011,** written notice delivered by mail, courier, facsimile, hand, e-mail, or other electronic delivery method. Notification is effective when posted, sent, or transmitted by Visa to the Member or its Agent.

ID#: 111011-150211-0024887


## Non-Visa-Owned Marks

The Marks used in conjunction with a program sponsored by Visa, but owned by a third party.

ID#: 010410-010410-0024884

© 2011 Visa. All Rights Reserved.

## Nonfulfillment Message

A response to a Retrieval Request indicating that the Acquirer will not provide a copy through an electronic document transfer method.

ID#: 010410-010410-0024886

## Notification - U.S. Region

**Effective through 14 February 2011,** written notice delivered by e-mail, mail, courier, facsimile, or hand. Notification is effective when posted, sent, or transmitted by Visa to the Member or its Agent. In conjunction with Risk Identification Service (RIS) Online, notification sent by Visa via Visa Online to an Acquirer advising it of Identified Merchants.

ID#: 050411-010410-0024889

## NSR - Canada Region

**Effective through 15 October 2010,** No Signature Required.

ID#: 081010-010410-0024893

## NSR Merchant - Canada Region

**Effective through 15 October 2010,** a Merchant that is able to participate in the NSR Program by meeting all of the NSR Program Merchant eligibility requirements.

ID#: 081010-010410-0024894

## Numeric ID (New)

Any identifier, other than a BIN, assigned by Visa to a Visa Member, VisaNet Processor, or Third Party Agent, including but not limited to Processor Control Records (PCR), Station IDs, and Routing IDs, used to facilitate transaction routing and processing.

ID#: 111011-080911-0026475

© 2011 Visa. All Rights Reserved.

# O

## Offline Authorization

An Issuer-controlled process that allows a Chip-initiated Authorization Request to be processed in a below-Floor Limit environment without sending the request to the Issuer.

ID#: 010410-010410-0024898

## Offline Data Authentication - Canada Region

Any Authentication as specified in the Chip Specifications, including Combined Data Authentication, Dynamic Data Authentication, and Static Data Authentication.

ID#: 010410-010410-0024900

## Offline PIN Verification

A process used to verify the Cardholder's identity by comparing the PIN entered at the Chip-Reading Device to the PIN value contained in the Chip.

ID#: 010410-010410-0024902

## Offshore VisaNet Processor - U.S. Region

A VisaNet Processor, from a location outside of the United States, that provides Authorization, Clearing, or Settlement services to Members or Merchants. This definition does not imply or confer membership rights as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws,* Article II.

ID#: 010410-010410-0024905

## Olympic Marks

The Marks of the Olympic games when used in conjunction with the Visa, Visa Electron, or Visa TravelMoney Program.

ID#: 010410-010410-0024906

## On-Us Transaction

A Transaction where the Issuer and the Acquirer are the same Member.

ID#: 010410-010410-0024907

© 2011 Visa. All Rights Reserved.

## Online

A method of requesting an Authorization through a communications network other than voice.

ID#: 010410-010410-0024910

## Online Address - U.S. Region

The electronic sales location (domain name) of a Merchant that conducts the sale of goods or services over the Internet or other network (e.g., http://www.merchantname.com).

ID#: 010410-010410-0024911

## Online Card Authentication Cryptogram

A cryptogram generated by a Chip Card during a Transaction and used to validate the authenticity of the Card.

ID#: 050411-010410-0024912

## Online Check Card Transaction - U.S. Region (Updated)

**Effective through 30 June 2015,** a Transaction completed through the use of a Visa Check Card II that is a single-message-acquired, full-financial Transaction.

ID#: 111011-010410-0024913

## Online Financial Processing

A process that combines Authorization, Clearing, and Settlement into a single Online Financial Transaction.

ID#: 010410-010410-0024914

## Online Financial Transaction

A Transaction that is authorized, cleared, and settled in a single online message.

ID#: 010410-010410-0024915

## Online Gambling Merchant

An Electronic Commerce Merchant that provides any form of gambling services over the Internet or other networks. Gambling services include, but are not limited to, the following:

© 2011 Visa. All Rights Reserved.

- Betting
- Lotteries
- Casino-style games
- Funding an account established by the Merchant on behalf of the Cardholder
- Purchase of value for proprietary payment mechanisms, such as electronic gaming chips

ID#: 010410-010410-0024916

## Online Gambling Transaction

An Electronic Commerce Transaction representing the purchase of any form of gambling services over the Internet or other networks. Gambling services include, but are not limited to, the following:

- Betting
- Lotteries
- Casino-style games
- Funding an account established by the Merchant on behalf of the Cardholder
- Purchase of value for proprietary payment mechanisms, such as electronic gaming chips

ID#: 010410-010410-0024917

## Online PIN Verification

A process used to verify the Cardholder's identity by sending an encrypted PIN value to the Issuer or the Issuer's agent for validation in an Authorization Request.

ID#: 010410-010410-0024918

## Open File Delivery - U.S. Region

A component of the Direct Exchange network that allows Visa and endpoints to exchange data files through a single connection to VisaNet. Applicable file types include BASE II, Automated Clearing House, Single Message System reports, and raw data files.

ID#: 010410-010410-0024920

## Operating Expense Recovery - U.S. Region

A subset of the Account Data Compromise Recovery Process that allocates responsibility and reimbursement for a portion of Issuers' operational expenses incurred as the result of an account compromise event involving Magnetic-Stripe Data and/or PIN data. Issuers must enroll in the Operating Expense Recovery process to be eligible for operating expense reimbursement.

ID#: 010410-010410-0024921

© 2011 Visa. All Rights Reserved.

## Operator Assistance Service - U.S. Region

An Authorization service provided by Visa or its agent to a Merchant or its Authorizing Processor.

ID#: 010410-010410-0024922


## Order Form - U.S. Region

A document bearing the Cardholder's signature, either written or electronic, authorizing goods or services to be charged to his/her account. An Order Form may be any of the following:

- Mail order form
- Recurring Transaction form
- Preauthorized Healthcare Transaction form
- E-mail or other electronic record that meets the requirements of applicable law

ID#: 010410-010410-0024923


## Original Adjustment - U.S. Region (Updated)

One of the following:

**Effective through 30 June 2015,** an Online Check Card Transaction completed and submitted through Interchange without an Authorization because the connection between the Merchant and its Authorizing Processor was inoperable.

**Effective 14 April 2012,** a Visa Debit with PIN Transaction completed and submitted through Interchange without an Authorization because the connection between the Merchant and its VisaNet Processor was inoperable.

ID#: 111011-010410-0024924


## Original Credit

A Transaction, including a Money Transfer Original Credit Transaction, initiated by a Member either directly or on behalf of its Merchant that results in a credit to a Visa Account Number for a purpose other than refunding a Visa purchase, as specified in *Original Credits Member Requirements.*

ID#: 050411-010410-0024925

© 2011 Visa. All Rights Reserved.

## Originating Member

An Issuer or Acquirer that initiates an Original Credit Transaction, including a Money Transfer Original Credit Transaction, as specified in *Original Credits Member Requirements* or the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 050411-010410-0024926

## Originating Member - U.S. Region

**Effective 15 February 2010 through 8 December 2010,** an Issuer or Acquirer that initiates a Money Transfer Original Credit Transaction as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 050411-010100-0025688

## Outbound Telemarketing - U.S. Region

Merchant-initiated contact with a Cardholder via a telephone call or a mailing (other than a catalog) that instructs the Cardholder to call the Merchant. These solicitations include, but are not limited to, discount buying clubs, discount travel clubs, membership clubs, credit card protection/registration services, cosmetics, health care products, and vitamins. This definition also includes "up sell" Merchants. These Merchants often solicit Cardholders when they contact call centers to purchase products of other direct marketing Merchants or to request customer service assistance.

ID#: 010410-010410-0024927

## P

## Partial Amount Indicator - U.S. Region

A VisaNet code used in a Chargeback or Representment Record to indicate either:

• The Chargeback amount is less than the Transaction amount

• The Representment amount is less than the Chargeback amount

(Previously known as Special Chargeback Indicator.)

ID#: 010410-010410-0024928

VISA PUBLIC
© 2011 Visa. All Rights Reserved.

## Partial Authorization

An Authorization for an amount less than the amount requested by a Merchant for a Transaction on a Visa Card.

ID#: 010410-010410-0024929


## Participant-Type Member

A Member of Visa characterized as one of the following:

• Credit Participant, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(h)

• Debit Participant, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(i)

• Cash Disbursement Participant, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(j)

• Participant, as defined in the applicable Certificate of Incorporation and Bylaws

ID#: 111011-010410-0024930


## Partner Bank

**Effective 14 October 2010,** a Visa Multinational Program participant that partners with the Lead Bank in the Multi-Country Issuing scenario. The Partner Bank resides in a country that is different from the Lead Bank and issues Visa Commercial Card products on behalf of the Lead Bank.

ID#: 050411-141010-0026029


## Passenger Transport Service Category - U.S. Region

A Transaction category that provides customized services and procedures for Airlines, passenger railway Merchants, or their agents.

ID#: 010410-010410-0024932


## Payment Application

A software application contained within a Chip or payment data encoded on a Magnetic Stripe that defines the parameters for processing a Visa Transaction.

ID#: 010410-010410-0024933

© 2011 Visa. All Rights Reserved.

## Payment Card Industry Data Security Standard (PCI DSS)

A set of comprehensive requirements that define the standard of due care for protecting sensitive Cardholder information.

ID#: 010410-010410-0024934

## Payment Card Industry Forensic Investigator (PFI) (New)

**Effective 21 April 2011,** an individual or entity approved by the Payment Card Industry Security Standards Council (PCI SSC) to respond in the event of a security incident and perform forensic investigations.

ID#: 111011-210411-0026276

## Payment Card Industry Payment Application Data Security Standard

A data security standard that specifies security requirements for third-party Payment Application software that stores, processes, or transmits Cardholder data.

ID#: 081010-200509-0024935

## Payment Gateway

A system that provides electronic commerce services to Merchants for the Authorization and Clearing of Electronic Commerce Transactions.

ID#: 010410-010410-0024936

## Payment Service Provider (New)

**Effective 1 July 2011,** an entity that contracts with an Acquirer to provide payment services to a Sponsored Merchant.

ID#: 111011-010711-0026428

## Payment Service Provider Agreement (New)

**Effective 1 July 2011,** a Merchant Agreement between a Payment Service Provider and an Acquirer containing their respective rights, duties, and obligations for participation in the Acquirer's Visa Program.

ID#: 111011-010711-0026430

© 2011 Visa. All Rights Reserved.

**Peak Time - U.S. Region**

The period of time, designated by a Car Rental Company, during which a Cardholder may use their Card to reserve a car that will be guaranteed under the Visa Reservation Service. The Peak Time may include any of the following:

- Legal holidays, including 3-day weekends
- Resort rentals during seasons best suited for the resort's activities
- Special events that draw attendees from outside the local area, such as the Olympics, the Super Bowl, or Mardi Gras

ID#: 010410-010410-0024937

**Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Credit - U.S. Region**

A Visa program that permits Acquirers to qualify for Interchange Reimbursement Fees for consumer Visa credit Card Transactions based on Merchant Outlet volume criteria and other qualifications.

ID#: 010410-010410-0024938

**Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Debit - U.S. Region**

A Visa program that permits Acquirers to qualify for reduced Interchange Reimbursement Fees for consumer Visa Debit Card Transactions based on Merchant Outlet volume criteria.

ID#: 010410-010410-0024939

**Performance Threshold Interchange Reimbursement Fee Transaction - U.S. Region**

A consumer Visa credit Card or consumer Visa Debit Card Transaction that originates at a Merchant Outlet that qualifies for a Performance Threshold Interchange Reimbursement Program.

ID#: 010410-010410-0024940

**Permanent Establishment**

A fixed place of business through which an Electronic Commerce or Mail/Phone Order Merchant conducts its business, regardless of Website or server locations.

ID#: 010410-010410-0024941

© 2011 Visa. All Rights Reserved.

## Personal Identification Number - U.S. Region

See PIN.

ID#: 010410-010410-0024943

## Physically Secure Device - U.S. Region

A device with negligible probability of being successfully penetrated to disclose all or part of any cryptographic key or PIN.

ID#: 010410-010410-0024944

## Pickup Response

An Authorization Response where the Transaction is declined and confiscation of the Card is requested.

ID#: 010410-010410-0024945

## PIN

A personal identification numeric code that identifies a Cardholder in an Authorization Request.

ID#: 010410-010410-0024948

## PIN Management Requirements Documents - U.S. Region

A suite of documents that include the following manuals:

- *Payment Card Industry PIN Security Requirements*
- *Payment Card Industry POS PIN Entry Device Security Requirements*
- *Payment Card Industry Encrypting PIN PAD (EPP) Security Requirements*
- *Visa PIN Entry Device Security Requirements Manual*

ID#: 010410-010410-0024950

## PIN Verification

A procedure used to verify Cardholder identity when a PIN is used in an Authorization Request.

ID#: 010410-010410-0024951

© 2011 Visa. All Rights Reserved.

**PIN Verification Field**

A field encoded on the Magnetic Stripe or Chip of a Visa or Visa Electron Card comprising a PIN Verification Value, calculated with an algorithm using portions of the Account Number and PIN, and a one-digit key indicator.

ID#: 010410-010410-0024952

**PIN Verification Service**

A service that Visa provides for the verification of Cardholder PINs transmitted with Authorization Requests.

ID#: 010410-010410-0024953

**PIN Verification Value**

A 4-digit value used in PIN verification.

ID#: 010410-010410-0024954

**PIN Verification Value File**

A VisaNet file of Account Numbers and PIN Verification Values maintained at a VisaNet Interchange Center at an Issuer's option for use as part of the PIN Verification Service.

ID#: 010410-010410-0024955

**PIN-Debit Network - U.S. Region**

A non-Visa debit network that typically authenticates transactions by use of a PIN that is not generally known as, marketed as, or enabled as a competitive general-purpose card program, or other prohibited payment program, either directly or through a joint acceptance agreement.

ID#: 010410-010410-0024946

**PIN-Preferring Chip Card**

An EMV and VIS-Compliant Chip Card containing a Visa or Visa Electron Smart Payment Application, and a Cardholder Verification Method List specifying a preference for a PIN-based Cardholder Verification Method (either offline or online).

ID#: 081010-010410-0024947

© 2011 Visa. All Rights Reserved.

## Plus ATM

An ATM that displays the Plus Symbol and not the Visa Brand Mark.

ID#: 010410-010410-0024956

## Plus ATM - U.S. Region

An ATM that displays the Plus Symbol.

ID#: 050411-010410-0024957

## Plus Card - U.S. Region

A card that bears the Plus Symbol.

ID#: 050411-010410-0024958

## Plus Design

See Diamond Design.

ID#: 010410-010410-0024959

## Plus Logo - U.S. Region

See Plus Symbol.

ID#: 010410-010410-0024961

## Plus Logotype

The Plus Wordmark depicted in stylized lettering.

ID#: 010410-010410-0024960

## Plus Program

A program through which a Plus participant provides ATM services to Cardholders by acting as an Issuer, an ATM Acquirer, or both.

ID#: 010410-010410-0024962

© 2011 Visa. All Rights Reserved.

## Plus Program - U.S. Region

A program through which a Plus Program Participant provides ATM services to cardholders, as specified in the *Plus System, Inc. Bylaws and Operating Regulations.*

ID#: 010410-010410-0024963

## Plus Program Marks

The Marks used in connection with the Plus Program, including the Diamond Design, Plus Symbol, Plus Logotype, Plus Wordmark, Plus Symbol-Contained, and Plus Symbol-Uncontained, as specified in the *Visa Product Brand Standards.*

ID#: 010410-010410-0024964

## Plus Program Participant

An entity participating in the Plus Program, as specified in the *Visa International Certificate of Incorporation and Bylaws,* Section 2.09.

ID#: 010410-010410-0024965

## Plus Symbol

A Mark consisting of the Diamond Design combined with the Plus Logotype denoting ATM access only. One of the Visa-Owned Marks. The Plus Symbol:

• Must be used as specified in the *Visa Product Brand Standards*

• May be used as either the:

    – Plus Symbol-Contained

    – Plus Symbol-Uncontained

ID#: 010410-010410-0024966

## Plus Symbol - Contained - U.S. Region

A Plus Symbol enclosed in a rectangular field and outline box.

ID#: 010410-010410-0024967

© 2011 Visa. All Rights Reserved.

## Plus Symbol - Uncontained - U.S. Region

A Plus Symbol that is free-standing and not enclosed in a rectangular field and outline box.

ID#: 010410-010410-0024968

## Plus System Symbol - U.S. Region

A Visa-Owned ATM Acceptance Mark consisting of the Plus Design combined with the Plus Wordmark denoting ATM access only.

ID#: 010410-010410-0024971

## Plus System Wordmark - U.S. Region

See Plus Wordmark.

ID#: 010410-010410-0024972

## Plus System, Inc.

A subsidiary of Visa U.S.A. Inc. sublicensed to administer the Plus Program in the United States and certain other countries, in accordance with the affiliation agreements between that entity and Visa.

ID#: 010410-010410-0024969

## Plus Wordmark

A Visa-Owned Mark consisting of the word "Plus" with the initial letter capitalized.

ID#: 010410-010410-0024973

## Point-of-Sale Balance Inquiry

A Cardholder request for their Visa Prepaid Card account balance that is initiated at the Point-of-Transaction and processed as a separate, non-financial transaction, or, for Rightcliq, a Cardholder request for Card account balance information for participating Visa Cards registered with Rightcliq.

ID#: 081010-010100-0025553

## Point-of-Sale Balance Inquiry Service

A service that uses the Visa System to provide a Point-of-Sale Balance Inquiry.

ID#: 010410-010410-0024989

© 2011 Visa. All Rights Reserved.

## Point-of-Sale Balance Inquiry Service - U.S. Region

A VisaNet service designed to provide information to participating Merchants to facilitate the Merchant providing current account balance information to Visa Prepaid Cardholders or to Visa to facilitate providing current Card account balance information to Cardholders using Rightcliq.

ID#: 050411-010100-0025658

## Point-of-Sale Balance Return

An Authorization Response in which an Issuer of Visa Prepaid Cards provides the remaining balance for participating Merchants to print on the Transaction Receipt.

ID#: 081010-010100-0025554

## Point-of-Sale Balance Return Service

A service that uses the Visa System to provide a Point-of-Sale Balance Return.

ID#: 010410-010100-0025552

## Point-of-Transaction (Updated)

**Effective through 14 October 2011,** the physical location where a Merchant or Acquirer (in a Face-to-Face Environment) or an Unattended Acceptance Terminal (in an Unattended Environment) completes a Transaction Receipt.

**Effective 15 October 2011,** the physical location where a Merchant or Acquirer (in a Face-to-Face Environment) or an Unattended Cardholder-Activated Terminal (in an Unattended Environment) completes a Transaction Receipt.

ID#: 111011-010410-0024974

## Point-of-Transaction - U.S. Region (Updated)

One of the following:

• In a Face-to-Face Environment, the physical location at which a Merchant or Acquirer completes a Transaction Receipt

• **Effective through 14 October 2011,** in a Card-Present Environment, where an individual representing the Merchant or Acquirer is not present, the physical location at which a Cardholder completes a Cardholder-Activated Terminal Transaction

• **Effective 15 October 2011,** in a Card-Present Environment, where an individual representing the Merchant or Acquirer is not present, the physical location at which a Cardholder completes an Unattended Transaction

© 2011 Visa. All Rights Reserved.

- At an Online Address, the checkout page(s) of a Merchant's Website at which a Cardholder completes a Transaction

ID#: 111011-010410-0024975

## Point-of-Transaction Capability (Updated)

**Effective through 14 October 2011,** the capability of a Merchant, Acquirer, or Unattended Acceptance Terminal to obtain an Authorization and process Transaction Receipt data. The *Visa International Operating Regulations* refer to these Point-of-Transaction Capability types:

- Authorization-Only Capability
- Data Capture-Only Capability
- Electronic Capability
- Manual Capability
- Semi-Electronic Capability

**Effective 15 October 2011,** the capability of a Merchant, Acquirer, or Unattended Cardholder-Activated Terminal to obtain an Authorization and process Transaction Receipt data. The *Visa International Operating Regulations* refer to these Point-of-Transaction Capability types:

- Authorization-Only Capability
- Data Capture-Only Capability
- Electronic Capability
- Manual Capability
- Semi-Electronic Capability

ID#: 111011-010410-0024976

## Point-of-Transaction Capability - U.S. Region (Updated)

**Effective through 14 October 2011,** the capability of a Merchant, Acquirer, or Cardholder-Activated Terminal to obtain an Authorization and process Transaction Receipt data. The U.S. Regional Operating Regulations refer to these Point-of-Transaction Capability types:

- Authorization-Only Capability
- Data Capture-Only Capability
- Electronic Capability
- Manual Capability
- Semi-Electronic Capability

ID#: 111011-010410-0024977

© 2011 Visa. All Rights Reserved.

### Point-of-Transaction Terminal (Updated)

A device used at the Point-of-Transaction that has a corresponding Point-of-Transaction Capability. The *Visa International Operating Regulations* refer to the following types of Point-of-Transaction Terminals:

• ATM

• Chip-Reading Device

• **Effective through 14 October 2011,** Magnetic-Stripe Telephone

• Magnetic-Stripe Terminal

• **Effective through 14 October 2011,** Unattended Acceptance Terminal

• **Effective 15 October 2011,** Unattended Cardholder-Activated Terminal

ID#: 111011-010410-0024978


### Point-to-Point File Service - U.S. Region

A service that enables Open File Delivery endpoints to transfer batch files to other Open File Delivery endpoints through Direct Exchange.

ID#: 010410-010410-0024980


### Point-of-Transaction Terminal - U.S. Region (Updated)

A device used at the Point-of-Transaction that has a corresponding Point-of-Transaction Capability. The U.S. Regional Operating Regulations refer to the following types of Point-of-Transaction Terminals:

• Account-Number-Verifying Terminal

• ATM

• Automated Dispensing Machine

• Chip-Reading Device

• Contactless Payment Terminal

• **Effective through 14 October 2011,** Limited-Amount Terminal

• **Effective through 14 October 2011,** Magnetic-Stripe Telephone

• Magnetic-Stripe Terminal

• **Effective through 14 October 2011,** Self-Service Terminal

• **Effective 15 October 2011,** Unattended Cardholder-Activated Terminal

ID#: 111011-010410-0024979

© 2011 Visa. All Rights Reserved.

## Points - U.S. Region

A value awarded to a participating Cardholder's rewards account as part of the Visa Extras Program.

ID#: 010410-010410-0024981

## Portfolio Sale

Sale of programs, in whole or part, from one organization to another where the selling organization and purchasing organization each maintains their respective charters.

ID#: 111011-010100-0025532

## POS - Canada Region

A Point-of-Transaction Terminal that excludes ATMs.

ID#: 010410-010410-0024988

## POS Entry Mode

A VisaNet field indicating the method used to obtain and transmit the Cardholder information necessary to complete a Transaction, i.e., manual key entry, Magnetic-Stripe-read, or Chip-read.

ID#: 050411-010410-0024990

## Post-Issuance Application Change

A method that enables an Issuer to modify or block an application already residing on a Chip.

ID#: 010410-010410-0024985

## Post-Issuance Application Load

A method that enables an Issuer to add an application or service to the contents of a Chip without reissuing a Card.

ID#: 010410-010410-0024986

## Post-Issuance Updates

A method that enables an Issuer to update information stored in a Chip without reissuing the Card. There are 2 types of Post-Issuance Updates:

• Post-Issuance Application Change

© 2011 Visa. All Rights Reserved.

• Post-Issuance Application Load

ID#: 010410-010410-0024987


## Preauthorized Health Care Transaction - U.S. Region

A Transaction completed by a Health Care Merchant for which a Cardholder has provided written permission to the Merchant to charge the Cardholder's Visa account for services.

ID#: 010410-010410-0024991


## Preauthorized Payment Cancellation Service

**Effective 10 February 2011,** a service that enables Visa Card Issuers to stop payment on Preauthorized Transactions.

ID#: 050411-100211-0026230


## Preauthorized Payment Cancellation Service - U.S. Region

**Effective through 9 February 2011,** a service that enables Visa Card Issuers to stop payment on Preauthorized Transactions.

ID#: 050411-010410-0024992


## Preauthorized Transaction

**Effective 10 February 2011,** a Transaction for which a Cardholder has given advance permission to periodically charge his or her account. Preauthorized Transactions include, but are not limited to, Recurring Transactions, Installment Billing Transactions, and Preauthorized Health Care Transactions.

ID#: 050411-100211-0026231


## Preauthorized Transaction - U.S. Region

**Effective through 9 February 2011,** a Transaction for which a Cardholder has given advance permission to periodically charge his or her account. Preauthorized Transactions include, but are not limited to, Recurring Transactions, Installment Billing Transactions, and Preauthorized Health Care Transactions.

ID#: 050411-010410-0024993

© 2011 Visa. All Rights Reserved.

## Prepaid Account

An account established by an Issuer, with previously deposited, authorized, or transferred funds, which is decreased by purchase Transactions, Cash Disbursements, or account fees.

ID#: 010410-010410-0024994

## Prepaid Issuer Risk Program - U.S. Region

A program that increases an Issuer's accountability for controlling its Agent relationships that support Visa Prepaid Card Issuer programs and enhances control mechanisms to mitigate risk to the Visa system.

ID#: 081010-010410-0024997

## Prepaid Partner

A Merchant, Member, or Third Party agent (excluding cobranded partners, Approved Manufacturers and Card Personalizers) that has a contract with a Visa Acquirer to sell, activate and/or perform Load Transaction processing for Visa Prepaid Cards.

ID#: 010410-010410-0024998

## Prepaid Partner Agreement

A contract between a Visa Prepaid Card Issuer and a Member, Merchant or Third Party agent (excluding co-branded partners, Approved Manufacturers and Card Personalizers) containing respective rights, duties and obligations for the sale, activation and/or Load Transaction processing of Visa Prepaid Cards.

ID#: 010410-010410-0024999

## Prescreen Service - U.S. Region

An optional feature of Visa Advanced ID Solutions that allows Members to select data from the Issuers' Clearinghouse Service databases to create a suppression file before mailing solicitations for Cards, non-Visa cards, or other Visa or non-Visa products.

ID#: 010410-010410-0025000

© 2011 Visa. All Rights Reserved.

## Presentment

A Clearing Record that an Acquirer presents to an Issuer through Interchange, either initially (a first Presentment) or after a Chargeback (a Representment).

ID#: 010410-010410-0025001

## Prestigious Property - U.S. Region

A Lodging Merchant that is permitted to use the Status Check Procedure.

ID#: 010410-010410-0025002

## Primary Account Number (PAN) - U.S. Region

See Account Number.

ID#: 010410-010410-0025003

## Primary Mark

A Visa-Owned Mark on a Card that identifies the primary Account Number when multiple Brand Marks (including both Visa-Owned and Non-Visa-Owned Marks) are contained on a Chip Card.

ID#: 010410-010410-0025004

## Principal-Type Member

A Member of Visa characterized as one of the following:

• Principal Member, as defined in the applicable Certificate of Incorporation and Bylaws

• Acquirer Member, as defined in the applicable Certificate of Incorporation and Bylaws

• Administrative Member, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(c)

• Debit Interchange Member, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(g)

• Group Member, as defined in the applicable Certificate of Incorporation and Bylaws

• Merchant Acquirer Member, as defined in the applicable Certificate of Incorporation and Bylaws

• Cash Disbursement Member, as defined in the applicable Certificate of Incorporation and Bylaws

ID#: 111011-010410-0025005

© 2011 Visa. All Rights Reserved.

## Priority Check-out Agreement

**Effective through 6 October 2010,** a written agreement that, when bearing a Cardholder's signature, authorizes a Hotel or Cruise Line participating in the Priority Check-out Service to deposit a Transaction Receipt without the Cardholder's signature for the total amount of their obligation.

ID#: 050411-010410-0025007

## Priority Check-out Agreement - U.S. Region

A written agreement that, when bearing a Cardholder's signature, authorizes a Lodging or Cruise Line Merchant participating in the Priority Check-out Service to deposit a Transaction Receipt without the Cardholder's signature for the total amount of their obligation.

ID#: 010410-010410-0025008

## Priority Check-out Service

**Effective through 6 October 2010,** a Visa service provided by Hotels or Cruise Lines that allows a Cardholder to authorize the use of their Card for payment of the total obligation to the Merchant, with or without prior knowledge of the total amount, by signing a completed Priority Check-out Agreement.

ID#: 050411-010410-0025009

## Priority Check-out Service - U.S. Region

A Visa service provided by Lodging and Cruise Line Merchants, that allows a Cardholder to authorize the use of their Card for payment of the total obligation to the Lodging or Cruise Line Merchant, with or without prior knowledge of the total amount, by signing a completed Priority Check-out Agreement.

ID#: 010410-010410-0025010

## Priority Check-out Transaction

**Effective through 6 October 2010,** a Transaction that a Hotel or Cruise Line participating in the Priority Check-out Service completes, resulting from completion of a Priority Check-out Agreement.

**Effective 7 October 2010,** a Transaction that a Lodging Merchant, Hotel or Cruise Line participating in the Priority Check-out Service completes, resulting from completion of a Priority Check-out Agreement.

ID#: 050411-010410-0025011

© 2011 Visa. All Rights Reserved.

## Priority Check-out Transaction - U.S. Region

A Transaction that a Lodging or Cruise Line Merchant participating in the Priority Check-out Service completes.

ID#: 010410-010410-0025012

## Private Agreement

A bilateral agreement between Members, or the operating regulations of a Group Member, pertaining to Authorization or Clearing and Settlement of Domestic Transactions.

ID#: 010410-010410-0025013

## Private Arrangement - U.S. Region

An agreement where Authorization Requests or Transactions involving two different Members are not processed through VisaNet. Private Arrangements are prohibited.

ID#: 010410-010410-0025014

## Private Keys

The private or "secret" key paired with a Public Key in a Public Key cryptographic system that is used to decrypt data which was encrypted by its corresponding Public Key or encrypt data which can only be decrypted by its corresponding Public Key.

ID#: 151011-010410-0025015

## Private Label Card

A merchant's proprietary card that is accepted only at its own locations, or a multi-use non-Visa-branded Card.

ID#: 111011-010410-0025016

## Private Processing Arrangement — AP Region

**Effective 1 April 2011,** an agreement where Transactions involving two different Members are not authorized and cleared through VisaNet.

ID#: 050411-010411-0026203

© 2011 Visa. All Rights Reserved.

## Processing Date

The date (based on Greenwich Mean Time) on which a Member submits Interchange Data to, and the data is accepted by, a VisaNet Interchange Center. Equivalents to the Processing Date are:

• In BASE II, the Central Processing Date

• In the Single Message System, the Settlement Date

ID#: 010410-010410-0025017

## Product Name

A name for goods or services offered by a Member to a Cardholder, e.g., Visa Platinum.

ID#: 010410-010410-0025018

## Product Replacement Center

A facility that issues Emergency Card Replacements to an Eligible Cardholder at the request of Visa Global Customer Care Services.

ID#: 081010-010410-0025019

## Proprietary Card

A Card that does not bear the Visa Brand Mark or Visa Brand Mark with the Electron Identifier but may bear a Plus Symbol.

ID#: 010410-010410-0025020

## Proximity Payment

A payment performed in a Card-Present Environment over a Visa-approved wireless interface at the Point-of-Transaction. This includes payments made with contactless devices, mobile telephones, and micro tags.

ID#: 010410-010410-0025021

© 2011 Visa. All Rights Reserved.

**Proximity Payment - U.S. Region**

A form of Visa payment conducted in the Card-Present Environment at the Point-of-Transaction through a Visa-approved wireless interface such as radio frequency or infrared technology, as specified in the *Visa International Operating Regulations.* For programs in the U.S. Region, see Contactless Payment - U.S. Region.

ID#: 010410-010410-0025022

**Proximity Payment Device**

A payment tool using a Visa-approved wireless interface to access a Visa account that:

• Has distinct branding, issuance, and technical requirements

• Provides the ability to conduct a Proximity Payment Transaction

• Includes contactless devices, mobile telephones, and micro tags

ID#: 111011-010410-0025023

**Proximity Payment Transaction**

A Transaction conducted over a Visa-approved wireless interface.

ID#: 010410-010410-0025024

**Proximity Payment Transaction - U.S. Region**

A Transaction completed at a Point-of-Transaction Terminal through a Visa-approved wireless interface, as specified in the Visa International Operating Regulations. For programs in the U.S. Region, see Contactless Payment Transactions.

ID#: 010410-010410-0025025

**PSP (New)**

**Effective 1 July 2011,** see Payment Service Provider.

ID#: 111011-010711-0026429

**Public Keys**

The non-secret portion of the cryptographic method used for verification during a Transaction.

ID#: 010410-010410-0025028

© 2011 Visa. All Rights Reserved.

# Q

## Qualified Chip Card

A Chip Card that is issued under a designated BIN(s) or Account Number range of a Visa Card Program or a Visa Electron Card Program and has met the Visa requirements for the Issuer Chip Rate.

ID#: 010410-010410-0025029

## Qualified Forensic Investigator (Updated)

**Effective through 20 April 2011,** an individual or entity approved by the Payment Card Industry Security Standards Council (PCI SSC) to respond in the event of a security incident and perform forensic investigations.

ID#: 111011-110210-0025607

## Qualified Incident Response Assessor (Updated)

**Effective through 20 April 2011,** an individual or entity approved by Visa to respond in the event of a security incident and perform forensic investigations.

ID#: 111011-110210-0025606

## Qualifying CAMS Event - U.S. Region

A CAMS Event that qualifies for recovery, through the Account Data Compromise Recovery process, of a portion of affected Members' losses due to a violation involving one or more of the following:

- The electronic storage of the full contents of any track on the Magnetic Stripe subsequent to Authorization of a Transaction

- Non-compliance with the Payment Card Industry Data Security Standard (PCI DSS) that could allow a compromise of the full contents of any track on the Magnetic Stripe

- Failure to comply with the PIN Management Requirements Documents that could allow a compromise of PIN data for a Visa Transaction, a Plus transaction, or an Interlink transaction subsequent to Authorization

ID#: 050411-011108-0025030

© 2011 Visa. All Rights Reserved.

## Qualifying Purchase - U.S. Region

A purchase Transaction completed with a Visa Traditional Rewards Card that an Issuer may consider for the purpose of awarding Rewards Currency. An Issuer may, optionally, exclude the following Transactions from qualifying:

- Balance transfers

- Convenience checks

- Cash Disbursements

- Finance charges

- Quasi-Cash Transactions

- Any Transaction unauthorized by the Cardholder

ID#: 010410-010410-0025031

## Quarterly Operating Certificate

A report that each Member sends to Visa in a set pre-determined time, detailing its Visa Card and Merchant statistics.

ID#: 010410-010410-0025032

## Quasi-Cash Transaction

A Transaction representing a Merchant's or Member's sale of items that are directly convertible to cash, such as:

- Gaming chips

- Money orders

- Deposits

- Wire Transfers

- Travelers cheques

- Visa TravelMoney Cards

- Foreign Currency

- Additional Transaction approved by Visa

ID#: 010410-010410-0025033

© 2011 Visa. All Rights Reserved.

# R

## Real-Time Clearing

An optional program for Acquirers and Merchants that allows an Automated Fuel Dispenser Merchant to send an Authorization request (preauthorization) for an estimated Transaction amount (up to a maximum Transaction amount of US $500 or local currency equivalent) through the Single Message System. Upon completion of the Transaction, the Automated Fuel Dispenser Merchant must send the actual Transaction amount (Completion Message) to the Issuer within X of the preauthorization request.

ID#: 111011-010410-0025034

## Real-Time Clearing Transaction

An Automated Fuel Dispenser Transaction that is authorized and cleared through Real-Time Clearing.

ID#: 010410-010410-0025035

## Reason Code - U.S. Region

A VisaNet code that provides additional information to the Receiving Member regarding a Chargeback, Representment, Fee Collection, Funds Disbursement, or Transaction Receipt Request.

ID#: 010410-010410-0025036

## Recalled BIN (New)

The status of a BIN released back to Visa, indicating its eligibility for deletion from VisaNet based on the effective recall date.

ID#: 111011-080911-0026476

## Receipt Date

The BASE II Edit Package run date (or, in the Single Message System, the Settlement Date) on which a Member processes incoming Interchange. Commonly used for the calculation of second Chargeback and Representment time limits by the Receiving Member.

ID#: 010410-010410-0025037

© 2011 Visa. All Rights Reserved.

## Receiving Member

A Member receiving a Transaction through Interchange.

ID#: 010410-010410-0025038

## Recipient Member

An Issuer that receives an Original Credit Transaction, including a Money Transfer Original Credit Transaction, as specified in *Original Credits Member Requirements* or the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 050411-010410-0025039

## Recipient Member - U.S. Region

**Effective 15 February 2010 through 8 December 2010,** an Issuer that receives a Money Transfer Original Credit Transaction as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 050411-150210-0025689

## Recurring Services Merchant

A Merchant that provides services of an ongoing nature to a Visa Cardholder (e.g., club membership, magazine subscription) and completes Recurring Transactions to bill the Cardholder for these services.

ID#: 010410-010410-0025040

## Recurring Transaction

Multiple Transactions processed at predetermined intervals not to exceed one year between Transactions, representing an agreement between a Cardholder and a Merchant to purchase goods or services provided over a period of time.

ID#: 010410-010410-0025041

© 2011 Visa. All Rights Reserved.

## Recurring Transaction - U.S. Region

A Transaction for which a Visa Cardholder provides permission, in either written or electronic format, to a Merchant to periodically charge their Account Number for recurring goods or services. These may include payment of recurring charges, such as insurance premiums, subscriptions, Internet service provider monthly fees, membership fees, tuition, or utility charges.

ID#: 010410-010410-0025042

## Reference Card

An item containing relevant account information, such as an Account Number, expiration date, etc., that is provided to a Virtual Account Holder.

ID#: 010410-010410-0025043

## Referral Response

An Authorization Response where the Merchant or Acquirer is instructed to contact the Issuer for further instructions before completing the Transaction.

ID#: 010410-010410-0025046

## Referral/Activity Default Response - U.S. Region

An Issuer-specified Approval or Decline Response generated by BASE I under certain conditions, as specified in the appropriate VisaNet manuals.

ID#: 010410-010410-0025044

## Refund Claim Number

A number that a Global Refund Service provides to a Cheque purchaser to verify that they qualify for a refund of lost or stolen Cheques.

ID#: 010410-010410-0025047

## Region of Domicile

The Visa Region where a Member has its principal place of business.

ID#: 010410-010410-0025056

© 2011 Visa. All Rights Reserved.

## Regional Board

One of the Visa Regional Boards of Directors, as specified in the *Visa International Certificate of Incorporation and Bylaws.* There are 2 Regional Boards:

• Visa Canada Board

• Visa U.S.A. Board

ID#: 010410-010410-0025048

## Regional Card Recovery File

A regional electronic version of the Card Recovery Bulletin that is distributed via the V.I.P. System to countries that receive a National Card Recovery Bulletin.

ID#: 010410-010410-0025049

## Regional Office

The head office of a Visa Region, located as follows:

• Asia-Pacific Region: Tokyo, Japan

• Canada Region (Visa Canada Corporation): Toronto, Canada

• CEMEA Region: London, England

• Latin America and Caribbean Region: Miami, FL, U.S.A.

• U.S.A. Region (Visa U.S.A. Inc.): Foster City, CA, U.S.A.

ID#: 010410-010410-0025054

## Regional Operating Regulations

The operating regulations of a Visa Region.

ID#: 010410-010410-0025055

## Reimbursement Attribute - U.S. Region

A VisaNet code designating the Interchange Reimbursement Fee applicable to a Transaction.

ID#: 010410-010410-0025057

© 2011 Visa. All Rights Reserved.

## Reimbursement Fee - U.S. Region

See Interchange Reimbursement Fee - U.S. Region.

ID#: 010410-010410-0025058

## Reloadable Card

A Visa Prepaid Card that may be funded more than once.

ID#: 081010-010410-0025059

## Representment

A Clearing Record that an Acquirer presents to an Issuer through Interchange after a Chargeback.

ID#: 010410-010410-0025063

## Research Service - U.S. Region

A VisaNet service that provides research into historical V.I.P. System transactions upon Member request.

ID#: 010410-010410-0025065

## Response - U.S. Region

See Authorization Response.

ID#: 010410-010410-0025066

## Retail Merchant

A Merchant that is not one of the following:

• Mail/Phone Order Merchant

• Recurring Services Merchant

• T&E Merchant

ID#: 010410-010410-0025068

© 2011 Visa. All Rights Reserved.

## Retail Transaction

A Transaction at a Retail Merchant outlet.

ID#: 010410-010410-0025069

## Retrieval Request

An Issuer's request for a Transaction Receipt, which could include the original, a paper copy or facsimile, or an electronic version thereof.

ID#: 010410-010410-0025070

## Returned Item

**Effective 10 February 2011,** a financial or non-financial item that BASE II or the Single Message System returns to the sending Member.

ID#: 050411-100211-0026232

## Returned Item - U.S. Region

**Effective through 9 February 2011,** a financial or non-financial item that BASE II or the Single Message System returns to the sending Member.

ID#: 050411-010410-0025071

## Reversal

A BASE II or Online Financial Transaction used to negate or cancel a transaction that has been sent through Interchange in error.

ID#: 010410-010410-0025072

## Rewards Currency - U.S. Region

A reward denomination defined by an Issuer consisting of either air miles, points, or discounts offered in connection with a Visa Traditional Rewards Card.

ID#: 010410-010410-0025073

© 2011 Visa. All Rights Reserved.

## Rewards Product Identification Number

A number assigned by an Issuer for the purpose of identifying and tracking any rewards program offered in connection with the Issuer's Card products.

ID#: 050411-141209-0025587

## Rightcliq - U.S. Region

In the U.S. Region, a Visa-provided service that facilitates Cardholders' online shopping experience and use of Cards for payment at online Merchants.

ID#: 050411-181109-0025589

## Risk Identification Service (RIS) Online - U.S. Region

A Merchant and Member level fraud monitoring program that identifies Merchants and Members with unusual levels of Fraud Activity and utilizes Visa Online to manage the delivery of program Notifications and remediation information.

ID#: 010410-010410-0025075

## S

## Sales Draft

A paper record evidencing the purchase of goods or services by a Cardholder from a Merchant using a Visa Card.

ID#: 010410-010410-0025076

## Sample Card Design

A background design provided by Visa that is unique for each Card product and that an Issuer may use on the front of a Visa Card.

ID#: 081010-010410-0025077

## Scrip

A 2-part paper receipt that is redeemable at a Merchant Outlet for goods, services, or cash.

ID#: 010410-010410-0025079

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

## Secure Electronic Commerce Rate

An Interregional Interchange Reimbursement Fee paid for a Secure Electronic Commerce Transaction.

ID#: 010410-010410-0025083

## Scrip Terminal - U.S. Region (Updated)

**Effective through 14 October 2011,** a Cardholder-Activated Terminal that prints Scrip.

**Effective 15 October 2011,** an Unattended Cardholder-Activated Terminal that prints Scrip.

ID#: 111011-010410-0025080

## Secure Electronic Commerce Transaction

An Electronic Commerce Transaction that has been authenticated using an Authentication Method.

ID#: 010410-010410-0025084

## Secure Electronic Transaction™ Specification - U.S. Region

A software protocol that enables end-to-end, secure processing of Transactions over the Internet and other networks.

ID#: 010410-010410-0025085

## Secure Sockets Layer (SSL)

A protocol that uses Public Key encryption for the secure processing of Transactions over the Internet and other networks.

ID#: 010410-010410-0025086

## Sending Member

A Member entering a Transaction into Interchange.

ID#: 010410-010410-0025092

© 2011 Visa. All Rights Reserved.

## Self-Service Terminal (Updated)

**Effective through 14 October 2011,** see Unattended Acceptance Terminal and Cardholder-Activated Transaction Type B.

ID#: 111011-010410-0025088

## Service Code

A valid sequence of digits recognized by VisaNet that is encoded on a Magnetic Stripe and replicated on the Magnetic-Stripe Image in a Chip that identifies the circumstances under which the Card is valid (e.g., International Transactions, Domestic Transactions, restricted Card use), and defines requirements for processing a Transaction with the Card (e.g., Chip-enabled, Cardholder Verification, Online Authorization).

ID#: 081010-010410-0025094

## Self-Service Terminal - U.S. Region (Updated)

**Effective through 14 October 2011,** a Cardholder-Activated Terminal that accepts payment for goods or services such as Visa Prepaid Cards or video rental, has Electronic Capability, and does not accept PINs.

ID#: 111011-010410-0025089

## Services Agreement

A license or contract between Visa Canada and an entity that has a contract or license, which allows the entity to participate in the Visa program or use the Visa-Owned Marks, including in accordance with the *Visa International Operating Regulations*.

ID#: 010410-010410-0025093

## Self-Service Terminal Transaction - U.S. Region (Updated)

**Effective through 14 October 2011,** a Transaction that originates at a Self-Service Terminal.

ID#: 111011-010410-0025090

## Settlement

The reporting and funds transfer of Settlement Amounts owed by one Member to another, or to Visa, as a result of Clearing.

ID#: 050411-010410-0025095

© 2011 Visa. All Rights Reserved.

## Settlement Amount

The daily net amounts expressed in a Member's Settlement Currency resulting from Clearing. These amounts include Transaction and Fee Collection Transaction totals, expressed in a Member's Settlement Currency.

ID#: 050411-010410-0025096

## Settlement Bank

A bank, including a Correspondent or Intermediary Bank, that is both:

• Located in the country where a Member's Settlement Currency is the local currency

• Authorized to execute Settlement of Interchange on behalf of the Member or the Member's bank

ID#: 010410-010410-0025097

## Settlement Currency

A currency that Visa uses to settle Interchange, as specified in the VisaNet manuals.

ID#: 010410-010410-0025098

## Settlement Date

The date on which Visa initiates the transfer of Settlement Amounts in the Settlement of Interchange. See Processing Date.

ID#: 010410-010410-0025099

## Settlement Reporting Entity

**Effective 14 October 2010,** a name or number of an entity assigned by Visa and authorized by the Member that is used by Visa for Settlement reporting, to associate a BIN or BIN Alternate with a Funds Transfer Settlement Reporting Entity or for other Settlement-related or other purposes.

ID#: 050411-141010-0026049

## Settlement Summary - U.S. Region

A report that provides a Clearing Processor's net Settlement position for BASE II and the Single Message System.

ID#: 010410-010410-0025100

© 2011 Visa. All Rights Reserved.

## SIGIS - U.S. Region

An industry trade group, known as the Special Interest Group for Inventory Information Approval System (IIAS) Standards, chartered with implementing processing standards for Healthcare Auto-Substantiation Transactions in accordance with IRS regulations and responsible for licensing and certifying Merchants, Members, and Agents that process such Transactions.

ID#: 010410-010410-0025102

## Signature-Authenticated - U.S. Region

A descriptor that refers to a Transaction completed in a Face-to-Face Environment where the Cardholder's identity has been verified by a signature, unless the Transaction is one of the following:

- **Effective through 15 October 2010,** a No Signature Required Transaction
- **Effective through 15 October 2010,** a Small Ticket Transaction
- **Effective 16 October 2010,** a Visa Easy Payment Service Transaction
- Contactless Payment Transaction
- **Effective 17 April 2010 through 15 October 2010,** a Transaction less than or equal to US $25 conducted at a Point-of-Transaction Terminal with Contactless Payment capability

ID#: 111011-010410-0025103

## Single Merchant

An individual Merchant or Merchant Outlet, or group thereof, doing business under a common Trade Name or Mark.

ID#: 010410-010410-0025106

## Single Message Service - U.S. Region

A VisaNet service that enables a Member to process Online Financial and Deferred Clearing Transactions through a single VisaNet interface.

ID#: 010410-010410-0025107

## Single Message System

A component of the V.I.P. System that processes Online Financial and Deferred Clearing Transactions through a single VisaNet interface for purchases and ATM Transactions.

ID#: 010410-010410-0025108

© 2011 Visa. All Rights Reserved.

## Small Ticket Merchant - U.S. Region

**Effective through 15 October 2010,** a Merchant Outlet that qualifies to participate in the Small Ticket program on the basis of its assigned Merchant Category Code, as specified in the U.S. Regional Operating Regulations.

ID#: 081010-010410-0025109


## Small Ticket Payment Service - U.S. Region

**Effective through 15 October 2010,** a Visa Point-of-Transaction service that permits certain Merchant Category Code Merchant Outlets to process Transactions of US $15 or less in accordance with the procedures specified in the U.S. Regional Operating Regulations.

ID#: 081010-010410-0025110


## Small Ticket Transaction

**Effective through 15 October 2010,** an electronically-read authorized Transaction of US $25 or less, or local currency equivalent, presented by a Merchant with a qualified Merchant Category Code, that is conducted in a Face-to-Face Environment. [130]

ID#: 081010-010410-0025111


## Small Ticket Transaction - U.S. Region

**Effective through 15 October 2010,** a Transaction of US $15 or less completed without the Cardholder's signature, by a qualified Merchant, in a Face-to-Face Environment or at either:

• A Self Service Terminal

• An Automated Dispensing Machine

ID#: 081010-010410-0025112


## Special Condition Indicator - U.S. Region

A VisaNet code used in the Clearing Record to specify that one or more unique conditions apply to the Transaction.

ID#: 010410-010410-0025117

---

130  **Effective 1 May 2010 through 15 October 2010,** a variance applies in the AP Region. Cardholder-Activated Transaction Type B or Cardholder-Activated Transaction Type C, excluding Transactions conducted at Automated Fuel Dispensers, may qualify as Small Ticket Transactions.

© 2011 Visa. All Rights Reserved.

## Specialized Vehicle

A unique class of rental vehicle not in a Car Rental Company's main rental fleet (e.g., mini-vans, four-wheel-drive vehicles, selected sports models, luxury and vintage vehicles), that does not constitute more than 5% of the Merchant's total rental fleet.

ID#: 010410-010410-0025114

## Specialized Vehicle Reservation Service

A service provided by Car Rental Companies in the U.S. Region, where a Cardholder may use a Visa Card to guarantee reservations for Specialized Vehicles.

ID#: 010410-010410-0025116

## Sponsor

A Member that is responsible, in part or whole, for other Members of Visa, as specified in the applicable Certificate of Incorporation and Bylaws.

ID#: 111011-010410-0025120

## Sponsored Merchant (Updated)

**Effective through 30 June 2011,** an electronic commerce merchant that contracts with an Internet Payment Service Provider to obtain payment services.

**Effective 1 July 2011,** a merchant that contracts with a Payment Service Provider to obtain payment services. A Merchant is considered a Sponsored Merchant for Transactions in which payment services are provided by a Payment Service Provider.

ID#: 111011-010410-0025119

## Sponsorship Marks

The Marks of an entity with which Visa has entered into an agreement to act as a sponsor for that entity's activities or events.

ID#: 050411-150411-0026242

© 2011 Visa. All Rights Reserved.

**Stand-In Processing (STIP)**

The V.I.P. System component that provides Authorization services on behalf of an Issuer when the Positive Cardholder Authorization System is used or when the Issuer or its VisaNet Processor is unavailable.

ID#: 010410-010410-0025121

**Stand-In Processing Account**

An Issuer-supplied valid Account Number (established and activated in the Issuer's Authorization system) that is maintained at Visa Global Customer Card Services. This Account Number is embossed and encoded on an Emergency Card Replacement when the Issuer is not available to provide a new Account Number.

ID#: 081010-010410-0025122

**Stand-In Processing Account Number - U.S. Region**

An Issuer-supplied valid Account Number (established and activated in the Issuer's Authorization system) that is maintained at Visa Customer Care Services. This Account Number is embossed or printed, and encoded on an Emergency Card Replacement when the Issuer is not available to provide a new Account Number.

ID#: 081010-010410-0025123

**Standard Floor Limit**

A Floor Limit that varies by Merchant type, as specified in "Maximum Authorized Floor Limits."

ID#: 010410-010410-0025125

**Standard Interchange Reimbursement Fee - U.S. Region**

The Interchange Reimbursement Fee available to all Merchant service categories for any Transaction not eligible for any other Interchange Reimbursement Fee.

ID#: 010410-010410-0025126

**Standard Rate**

An Interchange Reimbursement Fee charged for any Transaction that does not meet the requirements of the Chip, Secure Electronic Commerce, Electronic Commerce Merchant, Interregional Airline, or Electronic Rate, and is not one of the following:

• Visa Commercial Card Transaction

© 2011 Visa. All Rights Reserved.

• Visa Infinite Card Transaction

ID#: 010410-010410-0025127

## Static Data Authentication – AP Region

A type of offline data Authentication where the terminal validates a cryptographic value placed on the Card during personalization. This validation protects against some types of counterfeit but does not protect against skimming.

ID#: 050411-060111-0026179

## Static Data Authentication - Canada Region

An Authentication as specified in the Chip Specifications.

ID#: 010410-010410-0025128

## Status Check - U.S. Region

An Authorization Request for US $1.

ID#: 010410-010410-0025129

## Status Check Authorization

An Authorization Request for 1 currency unit.

ID#: 010410-010410-0025130

## Status Check Procedure - U.S. Region

A procedure where a Lodging or Automated Fuel Dispenser Merchant requests an Authorization for US $1, as specified in the U.S. Regional Operating Regulations.

ID#: 081010-010410-0025131

## Strategic Bankruptcy Solutions - U.S. Region

A Visa service that:

• Identifies Cardholders, cardholders of non-Visa cards, customers of other Visa or non-Visa products, and applicants for Cards, non-Visa cards, and other Visa or non-Visa products who have filed bankruptcy

• Files claims and documents on behalf of Members with the bankruptcy courts

© 2011 Visa. All Rights Reserved.

- Assists Members in assessing the value of obligations of Cardholders and other individuals who have declared bankruptcy

ID#: 010410-010410-0025133

## Substitute Transaction Receipt

A paper form or record that is not a Sales Draft and that a Member or Merchant provides in response to a Retrieval Request, when allowed.

ID#: 010410-010410-0025135

## Summary of Interchange Entries

Data required to accompany Domestic Interchange processed under a Private Agreement.

ID#: 010410-010410-0025136

## Supermarket Incentive Program - U.S. Region

A Visa program that permits certain supermarket Merchant Outlets to qualify for a reduced Interchange Reimbursement Fee.

ID#: 010410-010410-0025137

## Supermarket Incentive Program Transaction - U.S. Region

A Transaction that:

- Originates at a Merchant Outlet participating in the Supermarket Incentive Program
- Is authorized and processed as specified in the U.S. Regional Operating Regulations

ID#: 010410-010410-0025138

## Suspect Transaction - U.S. Region

A Transaction completed subsequent to the day that the Account Number was listed on the Exception File with a Pickup Response code of "07," "41," or "43," or reported as Fraud Activity.

ID#: 050411-010410-0025140

© 2011 Visa. All Rights Reserved.

# T

## T&E

An abbreviation for Travel and Entertainment.

ID#: 010410-010410-0025141

## T&E Advance Deposit Service - U.S. Region

A service that a Lodging Merchant, Cruise Line merchant, or Car Rental Company provides to a Cardholder, allowing use of a Visa Card to pay an advance deposit required to reserve accommodations or a vehicle.

ID#: 010410-010410-0025142

## T&E Advance Deposit Transaction - U.S. Region

A Transaction that a Lodging Merchant, Cruise Line merchant, or Car Rental Company completes as a result of a Cardholder's agreement to use a Visa Card to pay for an advance deposit to reserve accommodations or a vehicle.

ID#: 010410-010410-0025143

## T&E Document

A photocopy of all documents pertaining to a T&E Transaction originating from a Car Rental Company, Hotel, or Cruise Line, including the following as applicable:

- Transaction Receipt
- Car rental agreement
- Guest Folio (if created)
- Card Imprint (if obtained)
- Cardholder signature (if obtained)

ID#: 010410-010410-0025144

## T&E Document - U.S. Region

A photocopy of all documents pertinent to a T&E Transaction, such as a Guest Folio or car rental agreement that:

- Evidences a Cardholder's participation in a lodging, cruise line, or car rental Transaction

© 2011 Visa. All Rights Reserved.

- Contains a Card Imprint and signature, if either or both was obtained

- Is supplied in response to a Retrieval Request

ID#: 010410-010410-0025145


## T&E Express Service - U.S. Region

**Effective through 6 October 2010,** a service offered by a Lodging or Car Rental Merchant to a Cardholder that agrees to a Dynamic Currency Conversion Transaction. To expedite hotel check-out or car rental return, the service allows a customer to bypass the typical face-to-face hotel check-out or car rental return process, without receiving a Transaction Receipt. As part of the service, the Merchant mails (or e-mails, if selected by the Cardholder) the Transaction Receipt for the T&E Transaction to the Cardholder within 3 business days.

ID#: 050411-010100-0025659


## T&E Merchant

An Airline, Car Rental Company, Hotel, or Cruise Line whose primary function is to provide travel-related services. A travel agency (excluding one that is primarily engaged in the sale of transportation or travel-related arrangement services by Mail/Phone Order) is a T&E Merchant to the extent that it acts as the agent of an Airline, a Car Rental Company, a Cruise Line, or a Hotel.

ID#: 010410-010410-0025146


## T&E Merchant - U.S. Region

A Merchant whose primary function is to provide travel-related services. The U.S. Regional Operating Regulations refer to the following types of T&E Merchant:

- Airline

- Passenger railway

- Car Rental Company

- Lodging Merchant

- Cruise Line Merchant

- Central Reservation Service

- Travel agency, only if it acts as an agent of an Airline, passenger railway, Car Rental Company, Lodging Merchant, or Cruise Line Merchant (excluding a travel agency that is primarily engaged in the sale of transportation or travel-related arrangement services by mail/phone order)

ID#: 010410-010410-0025147

© 2011 Visa. All Rights Reserved.

## T&E Services - U.S. Region

Travel-related services provided to Eligible Cardholders, including:

• Priority Check-out Service

• T&E Advance Deposit Service

• Visa Reservation Service

ID#: 010410-010410-0025148

## T&E Transaction

A Transaction at a T&E Merchant Outlet.

ID#: 010410-010410-0025149

## Tax Payment Program - U.S. Region

A Visa payment program which allows a Tax Payment Program Merchant to process Visa Transactions.

ID#: 010410-010410-0025150

## Tax Payment Program Merchant - U.S. Region

A government taxing authority or its designated agent properly assigned Merchant Category Code 9311 (Tax Payments) and authorized to process Tax Payment Transactions.

ID#: 010410-010410-0025151

## Tax Payment Transaction - U.S. Region

A Visa Consumer Card or a Commercial Visa Product Transaction that represents a payment of eligible federal, state, or local taxes to the Tax Payment Program Merchant.

ID#: 010410-010410-0025152

## Telephone Service Transaction (Updated)

A Transaction in which a Cardholder uses a Visa Card to purchase a telephone call. **Effective through 14 October 2011,** these Transactions include, but are not limited to, Magnetic-Stripe Telephone Transactions.

ID#: 111011-010410-0025153

© 2011 Visa. All Rights Reserved.

## Terminal Risk Management

A process performed by a Chip-Reading Device to protect a Member from fraud by:

• Initiating Online Issuer Authorization for above-Floor Limit Transactions

• Ensuring random Online processing for below-Floor Limit Transactions

• Performing Transaction velocity checking

ID#: 010410-010410-0025154

## Terminal Risk Management - U.S. Region

A process performed by a Chip-Reading Device to protect a Member from fraud by:

• Initiating Online Issuer Authorization for all Transactions

• Performing Transaction velocity checking

ID#: 010410-010410-0025155

## Terminated Merchant File - U.S. Region

A file (currently known as "MATCH"), that identifies Merchants and principals of Merchants that Acquirers have terminated for specified reasons.

ID#: 111011-010410-0025159

## Third Party Agent

An entity, not defined as a VisaNet Processor, that provides payment-related services, directly or indirectly, to a Member and/or stores, transmits, or processes Cardholder data.

No financial institution eligible to become a Principal member of Visa may serve as a Third Party Agent.

A Third Party Agent does **not** include:

• Financial institutions that perform Agent activities

• Co-branding or Affinity partners

• Card manufacturers

• Card personalizers

ID#: 111011-010100-0025921

© 2011 Visa. All Rights Reserved.

## Three-Domain (3-D) Secure Authentication Request - U.S. Region

See Authentication Request.

ID#: 010410-010410-0025163

## Three-Domain Secure

See 3-D Secure.

ID#: 010410-010410-0025164

## Three-Domain Secure Electronic Commerce Transaction Specification

See 3-D Secure Electronic Commerce Transaction Specification.

ID#: 010410-010410-0025165

## Three-Domain Secure Specification - U.S. Region

See 3-D Secure Specification - U.S. Region.

ID#: 010410-010410-0025166

## Timeshare Merchant

A Merchant that manages the sales, rentals, or other uses of condominiums, holiday homes, holiday clubs, or apartments known as "timeshares."

ID#: 010410-010410-0025167

## Timeshare Transaction

A Transaction resulting in the sale, rental, or other uses of condominiums, holiday homes, holiday clubs, or apartments known as "timeshares."

ID#: 010410-010410-0025168

## Tracing Data

In a Single Message System Online message, the transmission date and time, systems trace audit number, retrieval reference number, Transaction identifier, and acquiring institution ID. See Acquirer Reference Number.

ID#: 010410-010410-0025170

© 2011 Visa. All Rights Reserved.

## Trade Dress

The physical appearance of a label, package, or display card.

ID#: 010410-010410-0025171

## Trade Name

A name used to identify a business and to distinguish its activities from those of other businesses. In some cases the same words or symbols may serve as a Trade Name and Mark simultaneously.

ID#: 010410-010410-0025172

## Trade Secret

Any formula, pattern, device, or compilation of information that is used in a business, and that provides an opportunity to obtain an advantage over competitors who do not know or use it.

ID#: 010410-010410-0025173

## Trailing Chargeback Activity

Chargeback activity at a Merchant Outlet that occurs after an Acquirer has stopped processing sales Transactions for the Merchant.

ID#: 111011-010410-0025174

## Transaction (Updated)

The act between a Cardholder and a Merchant or an Acquirer that results in a Transaction Receipt, if applicable.

ID#: 111011-010410-0025175

## Transaction Country

The Country where a Merchant Outlet is located, regardless of the Cardholder's location when a Transaction occurs. For Transactions completed aboard an aircraft or a Cruise Line vessel, the Transaction Country is where the Merchant deposits the Transaction Receipt.

ID#: 010410-010410-0025179

© 2011 Visa. All Rights Reserved.

## Transaction Currency

The currency in which a Transaction is originally completed.

ID#: 010410-010410-0025180

## Transaction Date

The date on which a Transaction between a Cardholder and a Merchant or an Acquirer occurs.

ID#: 010410-010410-0025181

## Transaction Identifier

A unique value that Visa assigns to each Transaction and returns to the Acquirer in the Authorization Response. Visa uses this value to maintain an audit trail throughout the life cycle of the Transaction and all related transactions, such as Reversals, Adjustments, confirmations, and Chargebacks.

ID#: 010410-010410-0025182

## Transaction Information

Information necessary for processing Transactions, as specified in the Payment Card Industry Data Security Standard (PCI DSS).

ID#: 010410-010410-0025183

## Transaction Receipt

An electronic or paper record of a Transaction (or a copy), generated at the Point-of-Transaction.

ID#: 050411-010410-0025184

## Transaction Receipt Number

The sequential number printed on Transaction Receipts.

ID#: 050411-010410-0025186

## Transaction Record

A paper record issued by, or in connection with, a Point-of-Transaction Terminal.

ID#: 010410-010410-0025187

© 2011 Visa. All Rights Reserved.

## Transaction Region

The Visa Region where a Merchant Outlet is located, regardless of the Cardholder's location when a Transaction occurs. For Transactions completed aboard an aircraft, the Transaction Region is where the Merchant deposits the Transaction Receipt.

ID#: 010410-010410-0025188

## Travel Service Category - U.S. Region

An Interchange Reimbursement Fee category for Lodging, Cruise Line, and restaurant Merchants, Car Rental Companies, and travel agencies and tour operators identified by Merchant Category Code 4722.

ID#: 010410-010410-0025192

## U

## U.S. Covered Visa Debit Card - AP Region, LAC Region, and U.S. Region (Updated)

**Effective 1 October 2011,** a Visa Card issued in the U.S. Region or in a U.S. Territory that accesses a transaction, savings or other asset account, regardless of whether Cardholder Verification is based on signature, PIN or other means, including a general-use Visa Prepaid Card and Consumer Visa Deferred Debit Card, but solely to the extent any such Visa Card is a "debit card" as defined in Federal Reserve Board Regulation II, 12 CFR Part 235.

ID#: 151011-011011-0026512

## U. S. Territory (Updated)

One of the following:

- American Samoa

- Guam

- Commonwealth of the Northern Mariana Islands

- Puerto Rico

- U.S. Outlying Islands

- U.S. Virgin Islands

ID#: 171011-210710-0026422

© 2011 Visa. All Rights Reserved.

**Unable-to-Authenticate Response**

A message from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant indicating that the participating 3-D Secure Issuer is unable to authenticate the Cardholder for reasons other than those that result in an Authentication Denial.

ID#: 010410-010410-0025194

**Unattended Acceptance Terminal (Updated)**

**Effective through 14 October 2011,** a Cardholder-operated device that reads, captures, and transmits Card information in an Unattended Environment. The *Visa International Operating Regulations* refer to the following types of Unattended Acceptance Terminals:

• ATM

• Automated Fuel Dispenser

• Card Dispensing Machine

• Load Device

• Devices that perform Cardholder-Activated Transaction Type A, Cardholder-Activated Transaction Type B, or Cardholder-Activated Transaction Type C

ID#: 111011-010410-0025195

**Unattended Cardholder-Activated Terminal (New)**

**Effective 15 October 2011,** a Cardholder-operated device, managed by the Merchant, that reads, captures, and transmits Card information without an attendant physically present to validate the Cardholder signature or to assist in completing the Transaction. An Unattended Cardholder-Activated Terminal may dispense goods, provide services, or both.

ID#: 111011-151011-0025720

**Unattended Environment (Updated)**

An environment where a Transaction is completed under all of the following conditions:

• Card is present

• Cardholder is present

• **Effective through 14 October 2011,** Cardholder completes the Transaction directly at an Unattended Acceptance Terminal

• **Effective 15 October 2011,** Cardholder completes the Transaction directly at an Unattended Cardholder-Activated Terminal

• Authorization, if required, is obtained electronically

© 2011 Visa. All Rights Reserved.

Transactions in this environment include the following:

- **Effective through 14 October 2011,** Retail Transactions at Unattended Acceptance Terminals
- **Effective 15 October 2011,** Retail Transactions at Unattended Cardholder-Activated Terminals
- **Effective through 14 October 2011,** T&E Transactions at Unattended Acceptance Terminals
- **Effective 15 October 2011,** T&E Transactions at Unattended Cardholder-Activated Terminals
- ATM Cash Disbursements
- Load Transactions and Unload Transactions at Load Devices

Transactions in this environment exclude Transactions completed in Face-to-Face and Card-Absent Environments.

ID#: 111011-010410-0025196

## Unattended Transaction (New)

**Effective 15 October,** a Transaction conducted at an Unattended Cardholder-Activated Terminal.

ID#: 111011-010100-0025721

## Unauthorized Use

A Transaction that meets one of the following criteria:

- Is not processed on behalf of a Member
- Is processed on behalf of a Member by a VisaNet Processor not designated for processing activities
- Is processed on behalf of a Member but not within the scope of the Member's category or categories of membership
- Is not within the scope of activities approved by the Member, the Member's Sponsor, or Visa
- Is processed using a BIN that has not been designated by the BIN Licensee for that Member's use

ID#: 111011-010100-0025922

## Unauthorized Use - U.S. Region

A Transaction that meets one of the following criteria:

- Is not processed on behalf of a Member
- Is processed on behalf of a Member by a VisaNet Processor not designated for processing activities
- Is processed on behalf of a Member but not within the scope of the Member's category of membership

© 2011 Visa. All Rights Reserved.

- Is not within the scope of activities approved by the Member, the Member's Sponsor, or Visa

- Is processed using a BIN that has not been designated by the BIN Licensee for that Member's use

ID#: 010410-010410-0025197

## Unload Transaction

A Transaction where monetary value is removed from a Reloadable Card and transferred to another account held by the same financial institution.

ID#: 010410-010410-0025198

## Unrecognized Service Code

A Service Code that cannot be recognized by a Magnetic-Stripe Terminal or Chip-Reading Device.

ID#: 010410-010410-0025199

## Up-Selling Merchant (Updated)

**Effective 1 June 2011,** a Merchant that offers a Cardholder goods and/or services online through the initial Merchant, but is not the initial Merchant, a subsidiary or affiliate of the initial Merchant with whom the Cardholder initiated the Transaction.

ID#: 171011-010611-0026395

## Usage Code - U.S. Region

A VisaNet code that identifies the specific processing cycle of a Chargeback or Presentment.

ID#: 010410-010410-0025200

## V

## V Distribution Program

A program through which a Member provides payment services to V Distribution Program Distributors and V Distribution Program Cardholders by acting as a V Distribution Program Issuer, Acquirer, or both.

ID#: 010410-010410-0025419

© 2011 Visa. All Rights Reserved.

## V Distribution Program Card

An enhancement to a Visa Business or Visa Purchasing Card product, targeted to retailers, for payment of goods and services from a V Distribution Program Distributor.

ID#: 010410-010410-0025420

## V Distribution Program Cardholder

A retailer to whom an Issuer has issued a V Distribution Program Card.

ID#: 010410-010410-0025421

## V Distribution Program Distributor

A commercial entity that accepts the V Distribution Program Card as payment for goods and services.

ID#: 010410-010410-0025422

## V Distribution Program Issuer

A Member that participates in the V Distribution Program and whose name appears on a V Distribution Program Card as the Issuer.

ID#: 010410-010410-0025423

## V PAY Brand Mark

The Visa-Owned Mark used to represent the V PAY Product.

ID#: 010410-010410-0025424

## V PAY Card

A Chip Card that bears the V PAY Brand Mark, enabling a V PAY Cardholder to obtain goods, services, or cash from a V PAY Merchant or Acquirer or ATM.

ID#: 010410-010410-0025425

## V PAY Merchant

A Merchant that displays the V PAY Brand Mark.

ID#: 010410-010410-0025426

© 2011 Visa. All Rights Reserved.

## V PAY Product

An unembossed "Chip only" Card developed in Visa Europe.

ID#: 010410-010410-0025427

## V PAY Transaction

A Chip-initiated Transaction completed with a V PAY Card at a V PAY Merchant or Acquirer.

ID#: 010410-010410-0025428

## V.I.P. System

The processing component of the VisaNet Integrated Payment System comprised of BASE I and the Single Message System used for single message Authorization in connection with financial Transaction processing.

ID#: 010410-010410-0025201

## V.I.P. System Endpoint Certification Program - U.S. Region

A certification program that provides protection to Visa Members and their VisaNet Processor endpoint systems from the risk of unpredictable processing from non-compliant code and helps ensure the integrity of the Visa payment system by requiring that all endpoints certify compliance with Visa specifications.

ID#: 010410-010410-0025203

## V.I.P. System User

A VisaNet Processor that connects to the V.I.P. System through a terminal or computer device for Authorization and other services.

ID#: 010410-010410-0025204

## Vehicle-Specific Fleet Card

A Visa Commercial Card with Fleet Service enhancement that is assigned to a specific vehicle.

ID#: 010410-010410-0025208

© 2011 Visa. All Rights Reserved.

## Verified by Visa

A Visa-approved Authentication Method based on 3–D Secure.

ID#: 010410-010410-0025209

## Verified by Visa Mark

A Mark used in conjunction with the Visa Authenticated Payment Program. One of the Visa-Owned Marks.

ID#: 010410-010410-0025210

## Virtual Account

An account for which no Card is issued, established primarily for completing Electronic Commerce Transactions.

ID#: 010410-010410-0025211

## Virtual Account Holder

An individual or commercial entity to whom a Virtual Account is issued or who is authorized to use a Virtual Account.

ID#: 010410-010410-0025212

## Virtual Account Issuer

A Member that establishes a Virtual Account and enters into a contractual relationship with a Virtual Account Holder.

ID#: 010410-010410-0025213

## VIS-Compliant

A Card application that complies with either:

- The requirements specified in the *Visa Integrated Circuit Card Specification (VIS)* and has been approved by Visa Approval Services
- The requirements specified in the *EMV Common Payment Application Specifications* and has been personalized to a Common Core Definition-compliant profile and approved by EMVCo

ID#: 220411-010410-0025214

© 2011 Visa. All Rights Reserved.

## VIS-Compliant - U.S. Region

A Card application that complies with the requirements specified in the *Visa Integrated Circuit Card Specification (VIS).*

ID#: 220411-010410-0025215

## Visa

Visa International Service Association and all of its subsidiaries and affiliates, and subsidiaries and affiliates of Visa Inc., excluding Visa Europe. When used within the *Visa International Operating Regulations,* Visa refers to any Visa Inc. subsidiary, affiliate, Regional Office, management, or committee as applicable.

ID#: 010410-010410-0025217

## Visa Account Updater - Canada Region

**Effective through 9 February 2011,** an optional service developed by Visa, that enables an Issuer to provide updated Cardholder account information to participating Acquirers, as specified in the *Visa Account Updater Terms of Use.*

ID#: 050411-100211-0025747

## Visa Account Updater - U.S. Region

**Effective through 9 February 2011**, an optional service developed by Visa, that enables an Issuer to provide updated Cardholder account information to participating Acquirers, as specified in the *Visa Account Updater Terms of Use.*

ID#: 050411-010410-0025236

## Visa Account Updater Service

**Effective 10 February 2011,** a service that enables an Issuer to provide updated Cardholder account information to a participating Acquirer.

ID#: 050411-100211-0026233

© 2011 Visa. All Rights Reserved.

## Visa Acquirer

A Member that signs a Visa Merchant or disburses currency or loads funds to a Visa Cardholder in a Cash Disbursement or Load Transaction, and directly or indirectly enters the resulting Transaction Receipt into Interchange.

ID#: 010410-010410-0025237

## Visa Advanced Authorization

A real-time risk management tool that delivers risk data to Issuers in the Authorization Request to alert them to possible fraudulent activity on their Cardholder accounts.

ID#: 050411-010410-0024244

## Visa Advanced ID Solutions - U.S. Region

A Visa service that is designed to reduce Member credit and fraud losses related to Card, non-Visa card, and other Visa and non-Visa products through the use of the Issuers' Clearinghouse Service, the Prescreen Service, ID Analytics, Inc. services (ID Score Plus and Credit Optics), and Fidelity National Information Services, Inc. services (DebitReport® and Fraud Intelligence™).

ID#: 111011-010410-0025239

## Visa Agro Card - LAC Region (Updated)

**Effective 8 September 2011**, a Visa Card issued to commercial entities in the public and private sector for commercial purchases associated with the agribusiness sector as specified in "Visa Agro Card – LAC Region" and the *Visa Product Brand Standards*.

ID#: 151011-010100-0026526

## Visa ATM

An ATM that displays the Visa Brand Mark or the Visa Flag Symbol, but not the Plus Symbol.

ID#: 010410-010410-0025241

## Visa ATM Network - U.S. Region

A service offered by participating Members that allows a Cardholder to obtain currency or travelers cheques from an ATM displaying the Visa Flag Symbol or the Visa Brand Mark.

ID#: 010410-010410-0025242

© 2011 Visa. All Rights Reserved.

## Visa ATM Network Transaction - U.S. Region

See ATM Cash Disbursement.

ID#: 010410-010410-0025243

## Visa Billing Statement - U.S. Region

A monthly report provided by Visa that details charges assessed to Members. Items appearing on this report will be collected using the Fee Collection transaction Reason Code 5010 (Global Member Billing Solution).

ID#: 010410-010410-0025244

## Visa Brand Mark

A Visa-Owned Mark that represents the Visa organization and its product and service offerings. It must be used as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards* and denotes acceptance for both Payment and Cash Disbursement.

ID#: 010410-010410-0025245

## Visa Brand Mark with the Electron Identifier

A Visa-Owned Mark consisting of the Visa Brand Mark and the name "Electron," which must be used as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards.*

ID#: 010410-010410-0025246

## Visa Brand Name

A Visa-Owned Mark comprising the name "Visa."

ID#: 010410-010410-0025247

## Visa Business Card

A Visa Card targeted to the small business market that is used to pay for employee business travel and general expenses, and is issued as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards.*

ID#: 010410-010410-0025248

© 2011 Visa. All Rights Reserved.

## Visa Business Cardholder

An employee of a small business to whom an Issuer has issued a Visa Business Card, including sole proprietors and self-employed individuals.

ID#: 010410-010410-0025249

## Visa Business Check Card - U.S. Region

A Visa Business Card issued as a Visa Check Card.

ID#: 010410-010410-0025250

## Visa Business Electron Card

A Card intended for the small business market used to pay for employee business travel and general expenses and complies with all of the following:

- Is issued with the Visa Business Card core feature requirements
- Meets the physical Card characteristics of a Visa Electron Card specified in the *Visa Product Brand Standards*
- Contains the Service Code for Online Authorization

ID#: 010410-010410-0025252

## Visa Business Enhanced - U.S. Region (New)

**Effective 15 October 2011,** a Visa Business Card that is issued as specified in "Visa Business Enhanced Cards" and the *Visa Business Credit Cards Product and Implementation Guide - U.S. Region.*

ID#: 151011-151011-0026354

## Visa Business Platinum Check Card - U.S. Region

A Visa Business Check Card issued as Visa Platinum.

ID#: 010410-010410-0025253

## Visa Business Platinum Credit Card - U.S. Region

A Visa Business Card issued as Visa Platinum.

ID#: 010410-010410-0025254

© 2011 Visa. All Rights Reserved.

## Visa Buxx - U.S. Region

A Visa Prepaid Card designed for teenagers, with account ownership by a parent or guardian.

ID#: 050411-010410-0025255

## Visa Buxx Symbol - U.S. Region

A Visa-Owned Mark consisting of the Visa Wordmark and the Enhanced Visa Wordmark centered above the word "Buxx."

ID#: 010410-010410-0025256

## Visa Canada

Visa Canada Corporation.

ID#: 010410-010410-0025257

## Visa Card

A Card that bears the Visa Brand Mark as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards,* enabling a Visa Cardholder to obtain goods, services, or cash from a Visa Merchant or an Acquirer or facilitate the loading of funds to a Prepaid Account.

ID#: 050411-010410-0025258

## Visa Card - U.S. Region

A Magnetic Stripe and/or a Visa Contactless Card bearing either the Visa Flag Symbol or the Visa Brand Mark, or a non-Card form Contactless Payment device bearing the Visa Brand Mark, that enables a Visa Cardholder to obtain goods, services, or cash from a Visa Merchant or an Acquirer. **Effective 1 January 2011,** all Visa Cards must bear the Visa Brand Mark.

ID#: 050411-010410-0025259

## Visa Card Program

A program through which a Member provides product payment services to Cardholders using Cards that bear the Visa Brand Mark.

ID#: 010410-010410-0025260

© 2011 Visa. All Rights Reserved.

## Visa Card Program - U.S. Region

See Visa Program.

ID#: 010410-010410-0025261

## Visa Card Program Marks - U.S. Region

See Visa Program Marks.

ID#: 010410-010410-0025262

## Visa Cargo Card - LAC Region

Commercial Visa Card targeted to carriers/shippers' service providers to pay for truck drivers' expenses related to the transportation business. A Visa Cargo Card is one of the following:

- Commercial Visa Prepaid Product
- Visa Business Electron Card

ID#: 050411-151110-0026071

## Visa Cash-Back Service (Updated)

**Effective 1 October 2010,** a service whereby cash may be obtained from a qualifying Visa or Visa Electron Merchant through use of a Visa or Visa Electron Card, in conjunction with, and processed as, a domestic Retail Transaction.

In the U.S. Region, the service is accessed through one of the following:

- **Effective through 30 June 2015,** the use of a Visa Check Card II Card processed as a PIN-based Single Message Transaction
- **Effective 14 April 2012,** the use of a Visa Debit Card or Visa Business Check Card and processed as a Visa Debit with PIN Transaction

ID#: 111011-011010-0026046

## Visa Cash Back Service - U.S. Region

**Effective through 30 September 2010,** a service whereby cash is obtained from a qualified Merchant through the use of a Visa Check Card II Card in conjunction with, and processed as, a PIN-based Single Message System Transaction. The amount of cash back is always less than the total Transaction amount.

ID#: 050411-010410-0025263

© 2011 Visa. All Rights Reserved.

## Visa Cash Card (Updated)

**Effective through 31 December 2013,** a Chip Card that holds monetary value and stores security keys. There are 3 types of Visa Cash Cards:

- Disposable Card
- Feature Reloadable Card
- Reloadable Card

ID#: 111011-010410-0025264

## Visa Cash Program (Updated)

**Effective through 31 December 2013,** a program through which a financial institution provides Visa Cash Card services to Cardholders or Merchants by acting as a Load Acquirer, Merchant Acquirer, Card Issuer, funds source, or some combination thereof.

ID#: 111011-010410-0025265

## Visa Cash Program Participant (Updated)

**Effective through 31 December 2013,** a financial institution that is one of the following:

- Load Acquirer
- Merchant Acquirer
- Card Issuer
- Funds source

ID#: 111011-010410-0025266

## Visa Cash Symbol (Updated)

**Effective through 31 December 2013,** a Mark created by combining the Visa Brand Name, Comet Design, and the word "Cash." One of the Visa-Owned Marks.

ID#: 111011-010410-0025267

## Visa Central Travel Account (Updated)

**Effective 14 July 2011**, an Account Number that an Issuer assigns to a commercial entity using a Visa Corporate Card BIN or Visa Purchasing Card BIN that is generally used for travel-related purchases.

ID#: 151011-140711-0026400

© 2011 Visa. All Rights Reserved.

## Visa Charge Card - U.S. Region (New)

**Effective 24 February 2011,** a type of Visa Consumer Credit Card that is non-revolving and requires the total outstanding balance to be paid in full each statement cycle.

ID#: 111011-240211-0026358

## Visa Check Card - U.S. Region

A Consumer Visa Check Card or Visa Business Check Card that accesses a deposit, investment, or other consumer or business asset account, including a fiduciary account.

ID#: 010410-010410-0025268

## Visa Check Card II - U.S. Region (Updated)

**Effective through 30 June 2015,** a Consumer Visa Check Card that accesses a deposit, investment, or other consumer asset account, including a fiduciary account.

ID#: 111011-010410-0025269

## Visa Classic Card

A general-purpose Visa Card that is issued as specified in the *Visa International Operating Regulations* or the *Visa Product Brand Standards.*

ID#: 010410-010410-0025270

## Visa Commercial - U.S. Region

A product identifier that, at the option of an Issuer, may be printed on the front of a Commercial Visa Product.

ID#: 010410-010410-0025271

## Visa Commercial Card Product - U.S. Region

See Commercial Visa Product - U.S. Region.

ID#: 010410-010410-0025274

## Visa Commercial Cards

A product family of Cards intended for business expense use that comprises the:

© 2011 Visa. All Rights Reserved.

- Visa Business Card
- Visa Business Electron Card
- Visa Corporate Card
- Visa Purchasing Card

ID#: 010410-010410-0025272

## Visa Commercial Solutions Data and Reporting Tools

**Effective 14 October 2010,** various optional data management, reporting, and analysis services provided to Issuers and their clients or Client Organizations in connection with their Commercial Visa Product Programs.

ID#: 111011-141010-0026021

## Visa Commercial Solutions Data and Reporting Tools - U.S. Region

**Effective through 13 October 2010,** various optional data management, reporting, and analysis services provided to Issuers and their Client Organizations in connection with their Commercial Visa Product Programs.

ID#: 050411-141010-0025275

## Visa Consumer Card - U.S. Region

A Visa Card other than a Commercial Visa Product Card.

ID#: 010410-010410-0025276

## Visa Consumer Credit Card - U.S. Region (Updated)

A Visa Consumer Card including, **effective 24 February 2011,** a Visa Charge Card, other than a Visa Debit Card, that may be issued as any of the following:

- Visa Traditional
- Visa Traditional Rewards
- Visa Signature
- Visa Signature Preferred

ID#: 111011-240211-0025277

© 2011 Visa. All Rights Reserved.

## Visa Contactless - U.S. Region

A Contactless Payment-enabled Visa Card or Visa Micro Tag issued in conjunction with, and as a companion to, a full-size Visa Card.

ID#: 010410-010410-0025278

## Visa Contactless Payment Program - U.S. Region

A program through which participating Members issue Visa Cards with Contactless Payment capability or support Contactless Payment at a Point-of-Transaction Terminal.

ID#: 010410-010410-0025279

## Visa Corporate Card

A Visa Card targeted to mid-to-large size companies that is primarily used to pay for employee business travel and entertainment expenses, and is issued as specified in "Visa Commercial Corporate Products."

ID#: 010410-010410-0025280

## Visa Corporate Cardholder

An employee of a mid-to-large-size company to whom an Issuer has issued a Visa Corporate Card.

ID#: 010410-010410-0025281

## Visa Corporate Identity - U.S. Region

The Enhanced Visa Wordmark, used to represent the Visa organization and all of its products and services.

ID#: 010410-010410-0025282

## Visa Credit Acceptor – Canada Region

A Merchant that accepts Visa Credit Cards issued by Canadian Issuers.

ID#: 081010-160810-0025971

## Visa Credit and Business Category - U.S. Region

A Card category that consists of the following:

© 2011 Visa. All Rights Reserved.

- Consumer Card, other than a Visa Debit Card, issued by a U.S. Issuer

- Commercial Visa Product

- Visa Card issued by a non-U.S. Issuer

ID#: 010410-010410-0025283

## Visa Credit Card - Canada Region

A Visa Card other than Visa Debit Card.

ID#: 081010-160810-0025972

## Visa Customer Care Services - U.S. Region

A 24-hour-a-day, 7-day-a-week center that Visa maintains as part of the Global Customer Assistance Services program, where a Cardholder can obtain:

- Information and certain types of emergency assistance while traveling

- Emergency Cash Disbursements and Emergency Replacement Cards

ID#: 010410-010410-0025285

## Visa Debit Acceptor - Canada Region

A Merchant that accepts Visa Debit Cards issued by Canadian Issuers.

ID#: 010410-010410-0025286

## Visa Debit Card - Canada Region

A Visa Card that accesses a consumer deposit, savings or equivalent account, excluding Visa Prepaid Cards and Prepaid Accounts.

ID#: 081010-010410-0025287

## Visa Debit Card - U.S. Region (Updated)

A Visa Consumer Card that accesses a deposit, investment, or other asset of a consumer, including a fiduciary account, but not including a Consumer Visa Deferred Debit Card. A Visa Debit Card includes the following:

- Visa Buxx

- Consumer Visa Check Card

- **Effective through 30 June 2015,** Visa Check Card II

- Visa Gift Card

© 2011 Visa. All Rights Reserved.

- Visa Incentive Card

- Visa Payroll

- Visa Prepaid Card

ID#: 161111-010410-0025288

## Visa Debit Category - U.S. Region

A Card category that consists of the following:

- Visa Debit Card issued by a U.S. Issuer

- Visa Card issued by a non-U.S. Issuer

ID#: 010410-010410-0025289

## Visa Debit Transaction - Canada Region

A transaction using a Visa Debit Card. Where a transaction initiated with a Visa Debit Card is conducted at a merchant which is not a Visa Debit Acceptor, it will not be a Visa Debit Transaction. Where a transaction initiated with a Visa Debit Card is conducted at a merchant where the cardholder selects another payment service, other than Visa Debit, it shall not be a Visa Debit Transaction.

ID#: 081010-010410-0025290

## Visa Debit with PIN Transaction – U.S. Region (New)

**Effective 14 April 2012,** a PIN-authenticated Transaction completed with a Visa Debit Card or a Visa Business Check Card at the point-of-sale.

ID#: 111011-140412-0026511

## Visa Debt Repayment Program Transaction - U.S. Region

A Visa Debit Card Transaction completed by a Visa Debit Category Limited Acceptance Merchant that is authorized and processed as specified in the *Visa International Operating Regulations*.

ID#: 010410-010410-0025291

## Visa Distributed Processing Solution (VDPS)

See Visa Europe Authorisation Service.

ID#: 010410-010410-0025292

© 2011 Visa. All Rights Reserved.

## Visa Easy Payment Service (VEPS)

**Effective 16 October 2010,** a Visa Point-of-Transaction service that permits qualified Visa Easy Payment Service Merchants to process small value Transactions, as specified in the "Country Level Visa Easy Payment Service Transaction Limits" without requiring a Cardholder Verification Method or the issuance of a Transaction Receipt unless requested by the Cardholder in accordance with the procedures specified in the *Visa International Operating Regulations.*

ID#: 081010-161010-0025697

## Visa Easy Payment Service (VEPS) Merchant

**Effective 16 October 2010,** a Merchant Outlet that qualifies to participate in the Visa Easy Payment Service program on the basis of its assigned Merchant Category Code, as specified in "Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions."

ID#: 081010-161010-0025696

## Visa Electron Acquirer

A Member that both:

- Signs a Visa Electron Merchant or disburses currency to a Cardholder using a Visa Electron Card in a Manual Cash Disbursement
- Directly or indirectly enters the resulting Transaction Receipt into Interchange

ID#: 010410-010410-0025294

## Visa Easy Payment Service (VEPS) Transaction (Updated)

**Effective 16 October 2010,** an electronically-read Transaction that is:

- Authorized
- Conducted in a Face-to-Face Environment [131] [132]
- Does not exceed the Transaction limits specified in "Country-Level Visa Easy Payment Service Transaction Limits"
- Initiated by a qualified Merchant as specified in "Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions"

ID#: 111011-161010-0025698

---

131  A variance applies in the U.S. Region. **Effective through 14 October 2011,** Transactions less than or equal to US $15 conducted at Cardholder-Activated Terminals may qualify as Visa Easy Payment Service Transactions. **Effective 15 October 2011,** Transactions less than or equal to US $15 conducted at Unattended Cardholder-Activated Terminals may qualify as Visa Easy Payment Transactions.

© 2011 Visa. All Rights Reserved.

## Visa Electron Card

A Card that bears the Visa Brand Mark with the Electron Identifier and that is used to denote acceptance for both payment and Cash Disbursement.

ID#: 010410-010410-0025295

## Visa Electron Card Program

A program through which a Member provides product payment services to Visa Electron Cardholders.

ID#: 010410-010410-0025296

## Visa Electron Issuer

A Member that issues Visa Electron Cards.

ID#: 010410-010410-0025297

## Visa Electron Logotype - U.S. Region

The Visa Electron Wordmark depicted in stylized lettering.

ID#: 010410-010410-0025298

## Visa Electron Merchant

A Merchant that:

- Displays the Visa Electron Symbol or Visa Brand Mark with the Electron Identifier
- Has a Zero Floor Limit or has a terminal capable of reading and acting upon the Service Code in the Magnetic Stripe, or instructions for an Online Authorization Request from a Chip

ID#: 010410-010410-0025299

---

132  **Effective 16 October 2010,** a variance applies in the AP Region. **Effective through 14 October 2011,** Domestic Proximity Payment Transactions conducted at Unattended Acceptance Terminals (Type B or Type C) may qualify as Visa Easy Payment Service Transactions. **Effective 15 October 2011,** Domestic Proximity Payment Transactions conducted at Unattended Cardholder-Activated Terminals may qualify as Visa Easy Payment Service Transactions.

© 2011 Visa. All Rights Reserved.

## Visa Electron Payment Application

A software application contained within a Chip or payment data encoded on a Magnetic Stripe that defines the parameters for processing a Visa Electron Transaction and meets the minimum requirements for the Visa Electron Program.

ID#: 010410-010410-0025300

## Visa Electron Program

A program through which a Member provides payment services to Visa Electron Merchants and Visa Electron Cardholders by acting as a Visa Electron Issuer, Visa Electron Acquirer, or both.

ID#: 010410-010410-0025301

## Visa Electron Program Marks

The Marks used in connection with the Visa Electron Program.

ID#: 111011-010410-0025302

## Visa Electron Transaction

A Transaction completed with a Visa Electron Card.

ID#: 010410-010410-0025304

## Visa Electron Wordmark

A Visa-Owned Mark consisting of the Visa Brand Name and the name "Electron."

ID#: 010410-010410-0025305

## Visa Employee Benefit Card

A Visa Prepaid Card through which an Issuer enables employers and benefit administrators to provide employees with a Card that allows direct access to benefits such as qualified health care, dependent care, transit, fuel and meal expenses.

ID#: 081010-010410-0025307

© 2011 Visa. All Rights Reserved.

## Visa Europe

The company, Visa Europe Limited, registered in England and Wales with its registered address at One Sheldon Square, London W2 6TT with company number 5139966.

ID#: 010410-010410-0025310

## Visa Europe Authorisation Service

A scalable VisaNet system that delivers Online Authorization and financial processing services to Members.

ID#: 010410-010410-0025311

## Visa Extras Program - U.S. Region

A Points-based loyalty program that enables participating Cardholders to earn Points toward rewards consisting of goods or services based on eligible Visa purchase Transactions.

ID#: 010410-010410-0025312

## Visa FeatureSelect - U.S. Region

**Effective 14 December 2009 through 7 November 2010**, an optional service that allows U.S. Issuers to automate the customization, management, and servicing of Visa core and Issuer-registered optional Card enhancements for all Visa products .

**Effective 8 November 2010,** an optional service that allows U.S. Issuers to automate the customization, management, and servicing of core and Issuer-registered optional Card enhancements for all Visa and non-Visa products .

ID#: 111011-141209-0025586

## Visa File Exchange Service - U.S. Region

A program through which Members and their qualified Agents exchange non-clearing and settlement files with Visa.

ID#: 010410-010410-0025314

© 2011 Visa. All Rights Reserved.

## Visa Flag Symbol - U.S. Region

A Visa-Owned Mark consisting of the Bands Design with the Visa Logotype centered in the middle band. **Effective 1 January 2011,** a Visa Card must not bear the Visa Flag Symbol.

ID#: 010410-010410-0025316

## Visa Fleet Card - U.S. Region

A Visa Purchasing Card used only for the purchase of fuel and vehicle maintenance services.

ID#: 010410-010410-0025317

## Visa Fleet Service - U.S. Region

An enhancement to Visa Purchasing that provides company vehicle fleet managers with information to track vehicle fuel and maintenance expenses.

ID#: 010410-010410-0025318

## Visa Fleet Service Merchant - U.S. Region

A Merchant whose primary business is providing fuel or vehicle maintenance services. A Visa Fleet Service Merchant is identified by the following Merchant Category Codes: 4468, 4582, 5511, 5532, 5533, 5541, 5542, 5599, 7531, 7534, 7535, 7538, 7542, 7549, and 7699.

ID#: 010410-010410-0025319

## Visa Flexible Spending Account (FSA) - U.S. Region

A Visa Prepaid Card program administered by an employer, in accordance with the IRS requirements, that permits employees to set aside pre-tax dollars to pay qualified out-of-pocket medical expenses not covered by the employer's health care plan.

ID#: 010410-010410-0025320

## Visa Gift Card

A Visa Prepaid Card, designed for consumer gift giving.

ID#: 081010-010410-0025321

© 2011 Visa. All Rights Reserved.

## Visa Global ATM Network

The network through which an ATM participant provides Cash Disbursement services to Cardholders by acting as an Issuer, an ATM Acquirer, or both.

ID#: 010410-010410-0025322


## Visa Global ATM Program

A program where an ATM participant provides Cash Disbursement services to Cardholders by acting as an Issuer, an ATM Acquirer, or both.

ID#: 010410-010410-0025323


## Visa Global Customer Assistance Services Program

Services provided by Visa Global Customer Care Services to Cardholders and Issuers, including customer and emergency services provided to Cardholders traveling away from home. These include the:

- Cardholder Inquiry Service
- Emergency Cash Disbursement
- Emergency Card Replacement
- Lost/Stolen Card Reporting
- Exception file updates
- Visa TravelMoney customer service

ID#: 081010-010410-0024678


## Visa Global Customer Care Services

The 24-hour-a-day, 7-day-a-week centers that provide services including:

- Those specified in the Visa Global Customer Assistance Services Program
- Information and certain types of non-emergency assistance while traveling

ID#: 081010-010410-0025343


## Visa Gold Card

A premium Visa Card that both:

- Offers core and optional services as specified in *Visa International Operating Regulations*
- Is issued as specified in the *Visa Product Brand Standards*

© 2011 Visa. All Rights Reserved.

(Regional variations may be found in the applicable Regional Operating Regulations.)

ID#: 010410-010410-0025324

## Visa Health Reimbursement Account (HRA) - U.S. Region

An employer-funded Visa Prepaid Card program that reimburses employees, in accordance with the IRS regulations, for qualified out-of-pocket medical expenses not covered by the employer's health care plan.

ID#: 010410-010410-0025325

## Visa Health Savings Account (HSA) - U.S. Region

A Visa Prepaid Card program operated in accordance with the IRS regulations that enables participants of a qualified high-deductible health plan (HDHP) to access funds contributed by an employee, employer, or both, for qualified out-of-pocket health care expenses.

ID#: 010410-010410-0025326

## Visa Hotel and Cruise Line Services

Services that a Hotel or Cruise Line may provide to Cardholders, including:

- Advance Deposit Service
- Hotel Reservation Service
- Priority Check-out Service
- Cash Disbursement

ID#: 010410-010410-0025327

## Visa Inc.

A Delaware stock corporation.

ID#: 010410-010410-0025328

## Visa Incentive Card

A consumer Visa Prepaid Card, designed to enable a business entity to provide consumer funds in the form of promotional discounts, rebates, or corporate incentives such as bonuses.

ID#: 081010-010410-0025329

© 2011 Visa. All Rights Reserved.

## Visa Incentive Network - U.S. Region

A program that allows targeted rewards such as discounts or sweepstakes to be made available to select Visa Cardholders.

ID#: 010410-010410-0025330

## Visa Infinite Business Card - Canada Region

A Visa Card targeted to small business market that has attributes exceeding that of a Visa Business Card.

ID#: 050411-011109-0025630

## Visa Infinite Card

A Product Name for a Visa Card that has attributes exceeding those of a Visa Gold Card and Visa Platinum.

ID#: 010410-010410-0025331

## Visa Infinite Exclusive Privileges

A Merchant-partner program with exclusive offers for Visa Infinite Cardholders.

ID#: 010410-010410-0025332

## Visa Infinite Preferred Card – AP Region (Updated)

**Effective 4 November 2011,** a Visa Card that is issued in accordance with the requirements specified in "Visa Infinite Preferred Card in Singapore – AP Region."

ID#: 151011-041111-0026544

## Visa Information Management

Optional services provided by Visa to Members and clients of Members to enhance reporting and data gathering.

ID#: 010410-010410-0025333

© 2011 Visa. All Rights Reserved.

## Visa Integrated Billing Statement

A monthly report provided by Visa that details charges assessed to Members. Items appearing on this report are collected using the Fee Collection Transaction reason code 5010 ("Visa Integrated Billing Statement").

ID#: 010410-010410-0025334

## Visa Integrated Circuit Card Specification (VIS) - U.S. Region

Chip Card and terminal requirements for Visa Smart Payment programs that serve as companion specifications to the *EMV Integrated Circuit Card Specifications.*

ID#: 010410-010410-0025336

## Visa IntelliLink Compliance Management

**Effective 14 October 2010,** a web-based service designed to meet the Visa Commercial Card program management needs of Issuers and their Client Organizations. Visa IntelliLink Compliance Management provides information services such as:

• Analytics and investigative reporting

• Misuse detection

• Program compliance

• Regulatory compliance

• Spend management

• Administration

ID#: 050411-141010-0026022

## Visa IntelliLink Spend Management

Visa IntelliLink Spend Management is an optional service provided to Members and their clients to access and manage commercial multi-program data, reports, statements, and expense management.

ID#: 050411-300909-0025614

## Visa Interchange Directory

**Effective 16 April 2011,** a directory containing contact information on Members and VisaNet Processors that Visa compiles and sends to all Members and VisaNet Processors.

ID#: 050411-010100-0026130

VISA PUBLIC

© 2011 Visa. All Rights Reserved.

## Visa Interchange Directory - U.S. Region

**Effective through 15 April 2011,** a directory containing contact information on Members and VisaNet Processors that Visa compiles and sends to all Members and VisaNet Processors.

ID#: 050411-010410-0025338

## Visa Interchange Directory Update Form

**Effective through 15 April 2011,** a form containing contact information on Members and VisaNet Processors that Visa compiles and sends to all Members and VisaNet Processors in the form of a directory. See "Visa Interchange Directory Update Form - Submission."

ID#: 050411-010410-0025339

## Visa International - U.S. Region

See Visa.

ID#: 010410-010410-0025341

## Visa International Operating Regulations

A body of regulations that sets forth the requirements for Members operating Visa programs. The *Visa International Operating Regulations* contain:

- International regulations applicable to all Members
- AP Regional Operating Regulations applicable to Members operating in the Asia-Pacific Region, including clients of Visa Worldwide Private Ltd.
- Canada Regional Operating Regulations applicable to Members operating in the Canada Region
- CEMEA Regional Operating Regulations applicable to Members operating in the Central Europe, Middle East, and Africa Region
- LAC Regional Operating Regulations applicable to Members operating in the Latin America and Caribbean Region
- U.S. Regional Operating Regulations applicable to Members operating in the U.S. Region

ID#: 010410-010410-0025342

## Visa Internet Domain Name

A Visa-Owned Mark used to represent the Visa organization on the Internet or other networks. The *Visa International Operating Regulations* refer to 3 types of Visa Internet Domain Names:

- Internet Domain Name—Visa Simple

© 2011 Visa. All Rights Reserved.

- Internet Domain Name beginning with the word "Visa"
- Internet Domain Name including the word "Visa"

ID#: 010410-010410-0025345

## Visa Issuer

A Member that issues Visa Cards.

ID#: 010410-010410-0025346

## Visa Logotype - U.S. Region

The Visa Wordmark depicted in stylized lettering.

ID#: 010410-010410-0025347

## Visa Loyalty Platform Services

**Effective 15 October 2010,** rewards and loyalty services available to Members to enhance their proprietary loyalty programs.

ID#: 081010-151010-0025867

## Visa Meetings - U.S. Region

A Visa Purchasing Card used for purchases associated with business meetings and events.

ID#: 010410-010410-0025349

## Visa Meetings Card

A Visa Card issued to commercial entities in the public and private sector for commercial purchases associated with business meetings and events, as specified in "Visa Meetings Card" and the *Visa Product Brand Standards.*

ID#: 010410-010410-0025350

## Visa Membership Management - U.S. Region (Updated)

**Effective through 7 September 2011**, a web-based service, accessed through Visa Online, that allows Members and their designated Agents to view and manage their Visa membership information in the Visa information system.

ID#: 111011-010410-0025351

© 2011 Visa. All Rights Reserved.

**Visa Merchant**

A Merchant that displays the Visa Brand Mark and accepts all Visa Cards.

ID#: 010410-010410-0025352

**Visa Merchant Trace System – AP Region**

**Effective 1 March 2011**, a risk management service that allows a participating Member to:

- Submit information about a Merchant it has terminated
- Verify, before signing, that a Merchant is not listed with the service
- Query if a Merchant has been identified as non-compliant with one of the Visa risk management programs
- Obtain risk profile information on a Merchant Category Code (MCC) and country

ID#: 050411-010311-0026136

**Visa Message Gateway Service - U.S. Region**

A component of the Direct Exchange network that allows VisaNet endpoints to access authorization processing services. It operates as a switch for all payment transactions, routing traffic between all Visa payment processing participants.

ID#: 081010-010410-0025353

**Visa Micro Tag - U.S. Region (Updated)**

**Effective through 8 June 2011,** a Visa Contactless-only payment device without a Magnetic Stripe issued as a companion to a corresponding full-size Visa Card in accordance with the provisions specified in the *Visa International Operating Regulations* and the *Visa Micro Tag Design and Branding Guide.* Also see Visa Card - U.S. Region.

**Effective 9 June 2011,** a Visa Contactless-only payment device without a Magnetic Stripe issued as a companion to a corresponding full-size Visa Card in accordance with the provisions specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards.* Also see Visa Card - U.S. Region.

ID#: 111011-010410-0025354

**Visa Mini Card**

A miniaturized version of a Visa Card or Visa Electron Card that must:

- Provide the designated level of utility promised to the Cardholder

© 2011 Visa. All Rights Reserved.

• Contain the physical elements and data components required to complete a Transaction

ID#: 010410-010410-0025355


## Visa Mini Card - U.S. Region

A small-size Visa Consumer or Commercial Visa Product Card issued in conjunction with a corresponding full-sized Visa Card, and issued in accordance with the provisions specified in the U.S. Regional Operating Regulations and the *Visa Product Brand Standards.*

ID#: 010410-010410-0025356


## Visa Mini Card Design and Technology - U.S. Region

The Card design and technology as set forth in and according to the *Visa Product Brand Standards*, and the Visa Mini Card Patent Rights identified therein.

ID#: 050411-010410-0025357


## Visa Mini Card Patent Rights - U.S. Region

The patents associated with the Visa Mini Card Design and Technology issued to Bank of America in the United States, along with pending patent applications in the United States under which Visa and Members are granted rights in accordance with the Bank of America Visa Mini Card Exclusive License Agreement and these Operating Regulations.

ID#: 010410-010410-0025358


## Visa Money Transfer Program - U.S. Region

A component of the overall Original Credit program that supports a person-to-person funds transfer service for Visa Cardholders or other consumers resulting in a credit to the recipient Cardholder's Visa account, as specified in the *Visa Money Transfer (VMT) Global Implementation Guide*. See also Money Transfer Original Credit Program.

ID#: 111011-150210-0025691


## Visa Multinational Program

**Effective 14 October 2010,** a Visa program that supports the delivery of Visa commercial solutions to Multinational Companies.

ID#: 050411-141010-0026030

© 2011 Visa. All Rights Reserved.

## Visa Online

A password-protected Website that provides Members and/or their VisaNet Processors with access to Visa information.

ID#: 050411-010410-0025360

## Visa Payables Automation (New)

**Effective 8 September 2011,** an optional electronic payment solution that enables Issuers to automate their accounts payable processes using Visa Commercial Cards and one of the Visa Commercial Solutions Data and Reporting Tools.

ID#: 111011-010100-0026535

## Visa Payables Automation - Canada Region

**Effective through 7 September 2011,** an optional electronic payment solution that enables Canada Issuers to automate their accounts payable processes using Visa Commercial Cards. One of the Visa Commercial Solutions Data and Reporting Tools.

ID#: 111011-010100-0025610

## Visa Payables Automation - U.S. Region

**Effective through 7 September 2011,** an optional electronic payment solution that enables U.S. Issuers to automate their accounts payable processes using Visa Commercial Cards. One of the Visa Commercial Solutions Data and Reporting Tools.

ID#: 111011-110210-0025611

## Visa Payment Application

A software application contained within a Chip or payment data encoded on a Magnetic Stripe that defines the parameters for processing a Visa Transaction and meets the minimum requirements of the Visa Program.

ID#: 010410-010410-0025361

## Visa Payment Gateway Service

A Visa service that provides Authorization and Clearing of Secure Electronic Commerce Transactions.

ID#: 010410-010410-0025362

© 2011 Visa. All Rights Reserved.

## Visa Payroll

A Visa Prepaid Card that enables employers to offer employees a Visa Card as an alternative to the disbursement of employment wages or salary via a check.

ID#: 081010-010410-0025363

## Visa PIN Debit Gateway Service - U.S. Region

A Visa processing service that switches non-Visa, PIN-based, or qualified non-PIN-based bill payment debit transactions to debit networks for authorization, clearing, settlement, and exception item processing, which may include chargebacks, representments, and other non-financial and financial transactions as defined by the operational rules of the applicable network.

ID#: 081010-010410-0025364

## Visa Platinum

A Card product that has attributes equal to or exceeding those of a Visa Gold Card.

ID#: 010410-010410-0025366

## Visa Premier Card

A premium Visa Card that both:

• Offers core and optional services as specified in the *Visa International Operating Regulations*
• Is issued as specified in the *Visa Product Brand Standards*

(Regional variations may be found in the applicable Regional Operating Regulations.)

ID#: 010410-010410-0025370

## Visa Prepaid Business Card - U.S. Region

A Visa Business Card used to access funds in a Prepaid Account.

ID#: 010410-010410-0025371

## Visa Prepaid Card

A Visa Card used to access funds in a Visa Prepaid Account or a Card where monetary value is stored on a Chip.

ID#: 081010-010410-0024996

© 2011 Visa. All Rights Reserved.

## Visa Prepaid Card Transaction

The act between a Cardholder using a Visa Prepaid Card and a Merchant or an Acquirer resulting in a Transaction Receipt.

ID#: 081010-010100-0025555

## Visa Prepaid Corporate Card - U.S. Region

A Visa Corporate Card used to access funds in a Prepaid Account.

ID#: 010410-010410-0025373

## Visa Prepaid Purchasing Card - U.S. Region

A Visa Purchasing Card used to access funds in a Prepaid Account.

ID#: 010410-010410-0025375

## Visa Product

Any Visa Card, Visa Electron Card, component, or secure feature that relates to Card production, manufacture, or fulfillment managed under the Approved Vendor Program.

ID#: 050411-010100-0025527

## Visa Program

A program through which a Member provides payment services to Visa Cardholders or Merchants by acting as an Issuer, an Acquirer, or both.

ID#: 010410-010410-0025377

## Visa Program - Canada Region

The aggregation of the individual Visa Card programs operated by Visa Members using the Visa-Owned Marks.

ID#: 010410-010410-0025378

## Visa Program Marks

The Marks used in connection with the Visa Program.

ID#: 010410-010410-0025379

© 2011 Visa. All Rights Reserved.

## Visa Purchasing Card

A Visa Card issued to commercial entities (public and private) that is used for commercial purchases and is issued as specified in "Visa Commercial Purchasing Products."

ID#: 010410-010410-0025380

## Visa Purchasing Cardholder

An employee of a public or private commercial entity to whom an Issuer has issued a Visa Purchasing Card.

ID#: 010410-010410-0025381

## Visa Purchasing Large Ticket Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee paid to or received by a Member for a Visa Purchasing Large Ticket Transaction processed as specified in "Visa Purchasing Large Ticket IRF."

ID#: 010410-010410-0025382

## Visa Purchasing Large Ticket Transaction - U.S. Region

A Transaction completed with a Visa Purchasing Card that meets the large ticket transaction requirements specified in "Visa Purchasing Large Ticket IRF."

ID#: 010410-010410-0025383

## Visa ReadyLink - U.S. Region

A Visa processing service that enables the Authorization and Settlement, through VisaNet, of funds associated with an Issuer-approved load Transaction to a Visa Prepaid Card or to another Non-Visa Branded Account, as defined in the *Visa ReadyLink Service Description and Implementation Guidelines* at a Prepaid Partner.

ID#: 050411-010410-0025384

## Visa ReadyLink Transaction - U.S. Region

A Transaction completed at a Prepaid Partner that facilitates the loading of value to a Visa Prepaid Card or to another Non-Visa Branded Account, as defined in the *Visa ReadyLink Service Description and Implementation Guidelines* that has been designated for participation in Visa ReadyLink.

ID#: 080411-010410-0025385

© 2011 Visa. All Rights Reserved.

## Visa Region

A national or multinational geographic area under the jurisdiction of a Regional Office, as specified in the *Visa International Certificate of Incorporation and Bylaws.* There are 5 Visa Regions:

- Asia-Pacific (AP) Region
- Canada (CAN) Region
- Central and Eastern Europe, Middle East and Africa (CEMEA) Region
- Latin America and Caribbean (LAC) Region
- United States of America (U.S.) Region

Visa Canada and Visa U.S.A. are under the jurisdiction of a Regional Board.

ID#: 010410-010410-0025386

## Visa Reservation Service

Visa services provided by either a:

- Lodging Merchant to guarantee accommodations
- Car Rental Company to guarantee a Specialized Vehicle or Peak-Time reservation

ID#: 010410-010410-0025387

## Visa Resolve Online

An online Visa service for the retrieval and transmission of dispute resolution information and documentation.

ID#: 050411-010410-0025388

## Visa Risk Manager

A suite of risk management products designed to help Issuers optimize loss prevention and maximize profitability through intelligent risk-management decisioning.

ID#: 010410-010410-0025389

## Visa Salary

See Visa Payroll.

ID#: 081010-010100-0025714

© 2011 Visa. All Rights Reserved.

## Visa SavingsEdge – U.S. Region (Updated)

**Effective 15 July 2011,** a U.S. Region program offered by Visa to eligible Visa Business Cardholders of Visa Business Issuers that enables enrolled Cardholders to receive discounts in the form of statement credits for qualifying purchases specified in the *Visa SavingsEdge Service Description – U.S. Region* made at participating Merchants.

ID#: 151011-150711-0026272

## Visa Secure Electronic Commerce

A payment service that provides payment information security over the Internet and other networks for Cardholders using a Card and Cardholder Access Device to conduct an Electronic Commerce Transaction.

ID#: 010410-010410-0025390

## Visa Settlement Bank

A bank where Visa maintains its Settlement accounts and performs funds transfer for Settlement.

ID#: 010410-010410-0025391

## Visa Signature - U.S. Region

A Visa Card that is issued in accordance with the requirements specified in "Visa Signature Cards."

ID#: 010410-010410-0025392

## Visa Signature Business - AP Region

**Effective 1 January 2011**, a Visa Card that is issued in accordance with the requirements specified in "Visa Signature Business Cards."

ID#: 080411-010111-0026123

## Visa Signature Business - U.S. Region (Updated)

**Effective through 14 October 2011,** a Visa Card that is issued in accordance with the requirements specified in "Visa Signature Business Cards."

© 2011 Visa. All Rights Reserved.

**Effective 15 October 2011,** a Visa Business Card that is issued as specified in "Visa Signature Business Cards" and the *Visa Business Credit Cards Product and Implementation Guide - U.S. Region.*

ID#: 111011-010410-0025393

## Visa Signature Card

A Product Name for a Visa Card that has attributes exceeding those of a Visa Gold Card and Visa Platinum.

ID#: 010410-010410-0025394

## Visa Signature Preferred - U.S. Region

A Visa Card that is issued in accordance with the requirements specified in "Visa Signature Preferred Cards - U.S. Region."

ID#: 010410-010410-0025396

## Visa Smart Payment

EMV-Compliant and VIS-Compliant Chip-based applications that provide payment service options and controls to Issuers of Chip Cards bearing the Visa Brand Mark or the Visa Brand Mark with the Electron Identifier that are not available using Magnetic-Stripe technology.

ID#: 010410-010410-0025397

## Visa Three-Domain Secure Services - U.S. Region

Visa services that provide enrollment of Cardholders and authentication processing of Transactions that comply with the Three-Domain Secure Specification.

ID#: 010410-010410-0025398

## Visa Traditional - U.S. Region

A Visa Consumer Credit Card excluding Visa Signature and Visa Signature Preferred.

ID#: 010410-010410-0025399

## Visa Traditional Rewards Card - U.S. Region

A consumer credit product that enables Cardholders, based on their qualifying purchases, to earn units of a rewards currency consisting of either:

© 2011 Visa. All Rights Reserved.

- Points that are redeemable for cash, cash-equivalent rewards (i.e., gift certificate, gift card, or statement credit), or any other reward option permitted upon prior approval by Visa
- Air miles that are redeemable for air travel

ID#: 010410-010410-0025400

## Visa Transaction Alerts Service

An optional Visa service that enables Cardholder notification of Transactions occurring on their Cards or accounts.

ID#: 111011-130510-0025728

## Visa Transaction Information - Canada Region

Any information or data regarding a Transaction that is contained on the Transaction Receipt.

ID#: 010410-010410-0025401

## Visa Transaction Information - U.S. Region

Any Transaction information or data that is contained in either the VisaNet:

- Authorization message
- Clearing Record

ID#: 010410-010410-0025402

## Visa Transit Card

A Visa Prepaid Card designated for use at transit Merchants. A Visa Transit Card may be provided by an employer to an employee to access tax-advantaged transit benefits or sold directly to consumers.

ID#: 081010-010410-0025403

## Visa TravelMoney Wordmark

A Visa licensed Brand Mark meeting the specifications set out in the *Visa Product Brand Standards*.

ID#: 010410-010410-0025410

## Visa U.S.A.

Visa U.S.A. Inc.

ID#: 010410-010410-0025412

© 2011 Visa. All Rights Reserved.

**Visa Utility Interchange Reimbursement Fee Program - U.S. Region (Updated)**

**Effective through 14 October 2011,** a Visa program that permits Acquirers to qualify for the Utility Program Interchange Reimbursement Fee for a Consumer Card, or a Visa Business (including Visa Signature Business) Transaction completed at a utility Merchant assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, and Sanitary," as specified in "Visa Utility IRF Program."

**Effective 15 October 2011,** a Visa program that permits Acquirers to qualify for the Utility Program Interchange Reimbursement Fee for a Consumer Card, or a Visa Business (including Visa Business Enhanced and Visa Signature Business) Transaction completed at a utility Merchant assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, and Sanitary," as specified in "Visa Utility Program Interchange Reimbursement Fee Qualification - U.S. Region."

ID#: 111011-010410-0025413


## Visa Wordmark

A Visa-Owned Mark consisting of the word "Visa." See Visa Brand Name.

ID#: 010410-010410-0025415


## Visa Worldwide Pte. Ltd.

The organization operating the Visa Network in the AP Region.

ID#: 010410-010410-0025416


## Visa-Owned Marks

All Trademarks owned by Visa, including Plus and Interlink.

ID#: 010410-010410-0025216


## Visa/Plus ATM

An ATM that:

• Displays the Visa Brand Mark and the Plus Symbol

• May also display the Visa Brand Mark with the Electron Identifier

ID#: 010410-010410-0025368

© 2011 Visa. All Rights Reserved.

## VisaNet

The systems and services, including the V.I.P. System, Visa Europe Authorisation Service, and BASE II, through which Visa delivers Online Financial Processing, Authorization, Clearing, and Settlement services to Members, as applicable.

ID#: 010410-010410-0025218

## VisaNet Copy Request and Fulfillment Service

An automated process for transmitting Copy Requests, Retrieval Requests, and Fulfillments and monitoring the integrity and quality of the service through Visa Resolve Online.

ID#: 010410-010410-0025225

## VisaNet Copy Request and Fulfillment Service Fees

Service-related fees that include, but are not limited to:

- Transaction fees
- Fulfillment incentive fees

ID#: 010410-010410-0025226

## Voice Authorization

An Approval Response obtained through interactive communication between an Issuer and an Acquirer, their VisaNet Processors, or the International Automated Referral Service, through telephone or facsimile communications.

ID#: 111011-010410-0025417

## VisaNet Integrated Payment System - U.S. Region

See V.I.P. System.

ID#: 010410-010410-0025228

## VisaNet Interchange Center

A Visa Inc. or a Visa Europe facility that operates the VisaNet data processing systems and support networks.

ID#: 010410-010410-0025229

© 2011 Visa. All Rights Reserved.

## VisaNet Processor

A Member, or Visa-approved non-Member, that is directly connected to VisaNet and that provides Authorization, Clearing, or Settlement services to Merchants and/or Members.

ID#: 111011-010410-0025230

## VisaNet Settlement Service

The VisaNet system that provides Settlement reporting and funds transfer services to BASE II and V.I.P. System Clearing Processors, as specified in the appropriate VisaNet manuals.

ID#: 010410-010410-0025232

## VisaVue Member Participation Agreement (New)

**Effective 8 September 2011,** an agreement that specifies the terms and conditions for use of VisaVue Online.

ID#: 111011-010100-0026456

## VisaVue Online (New)

**Effective 8 September 2011,** an optional, web-based Visa Transaction reporting and analytic tool that enables Members to analyze their VisaNet Transaction data.

ID#: 111011-010100-0026455

## VisaVue Service - U.S. Region (Updated)

**Effective through 7 September 2011,** an optional, web-based Visa transaction reporting and analytic tool that enables Members to analyze their VisaNet transaction data.

ID#: 111011-010410-0025234

## VisaVue Service Participation Agreement - U.S. Region (Updated)

**Effective through 7 September 2011,** an agreement that specifies the terms and conditions for participation in the web-based VisaVue Service.

ID#: 111011-010410-0025235

© 2011 Visa. All Rights Reserved.

## W

### Website

One or more Internet addresses at which an individual or organization provides information to others, often including links to other locations where related information may be found.

ID#: 010410-010410-0025430

### Willful Violation - U.S. Region

**Effective through 14 February 2011,** an Operating Regulation violation where the Member:

- Did not correct the violation within a 12-month period
- Knew, or its knowledge can be fairly inferred, that its conduct constituted a violation of the Visa International Operating Regulations

ID#: 050411-010410-0025432

### Wire Transfer Money Order - U.S. Region

A check or money order purchased by a Cardholder from a Wire Transfer Money Order Merchant.

ID#: 010410-010410-0025434

### Wire Transfer Money Order Merchant - U.S. Region

A Merchant that sells money orders by electronic funds transfer.

ID#: 010410-010410-0025435

### Wire Transfer Money Order Transaction - U.S. Region

A Quasi-Cash Transaction representing the sale of a Wire Transfer Money Order for transfer to a payee (who may or may not be the Cardholder) by electronic funds transfer.

ID#: 081010-010410-0025436

### Wordmark

A Mark consisting entirely of a word.

ID#: 010410-010410-0025438

© 2011 Visa. All Rights Reserved.

**Workout Period**

In conjunction with the Global Merchant Chargeback Monitoring Program, a 3-month remediation period during which Visa manages a corrective-action plan between a Merchant and its Acquirer to bring the Merchant's international Chargeback activities within acceptable levels.  The Workout Period is not applicable for:

• Acquirer-level thresholds

• High-Risk Merchants, as specified in "High Risk Merchant Category Codes"

ID#: 111011-010610-0025701

**Workout Period - U.S. Region**

Either:

• In conjunction with the Risk Identification Service (RIS) Online, a 90-calendar-day period during which Visa manages a corrective-action plan between a Merchant and its Acquirer to bring the Merchant's Suspect Transactions-to-sales and Fraud Activity-to-sales ratio within acceptable levels

• In conjunction with the Acquirer Monitoring Program, a 90-calendar-day period during which Visa monitors an Acquirer's remedial plan to bring the Acquirer's Fraud Activity-to-sales ratio below the program's Alert thresholds

ID#: 010410-010410-0025439

**X**

**No glossary terms available for X.**

ID#: 010410-010410-0025513

**Y**

**No glossary terms available for Y.**

ID#: 010410-010410-0025514

© 2011 Visa. All Rights Reserved.

# Z

## Zero Floor Limit

A Floor Limit with a currency amount of zero (i.e., Authorization is required for all Transactions).

ID#: 010410-010410-0025441

© 2011 Visa. All Rights Reserved.