UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SCHNUCK MARKETS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13CV-2226 JAR |
| | ) | |
| FIRST DATA MERCHANT DATA SERVICES CORP. and CITICORP PAYMENT SERVICES, INC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Due to a scheduling conflict, the phone conference in the above styled case is reset for **February 12, 2015 at 1:00 p.m.**

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of February, 2015.