UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13CV2226 JAR |
| ) | |
| FIRST DATA MERCHANT DATA ) | |
| SERVICES CORP., and ) | |
| CITICORP PAYMENT SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF/COUNTERCLAIM DEFENDANT'S MEMORANDUM IN OPPOSITION TO DEFENDANT/COUNTERCLAIM PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND**

COMES NOW Plaintiff/Counterclaim Defendant Schnucks Markets, Inc. ("Plaintiff"), by and through its undersigned counsel, and for its Consent Motion for Extension of Time to file its Memorandum in Opposition to Defendants/Counterclaim Plaintiffs First Data Merchant Services Corp. and Citicorp Payment Services, Inc.'s (collectively, "Defendants") Motion for Partial Reconsideration or, in the Alternative, Motion for Leave to Amend ("Motion to Reconsider"), respectfully states as follows:

1. Plaintiff's Memorandum in Opposition to Defendants' Motion to Reconsider is due on or before February 23, 2015.

2. Plaintiff respectfully requests a four-day extension of time through February 27, 2015, in which to file its Memorandum in Opposition to Defendants' Motion to Reconsider.

3. Counsel for Defendants has consented to this request.

4. Granting Plaintiff's request for an extension will not prejudice the Defendants and will not meaningfully delay the progress of this litigation.

WHEREFORE, Plaintiff respectfully requests an extension of time through February 27, 2015, in which to file its Memorandum in Opposition to Defendants' Motion to Reconsider. A proposed order is attached.

Dated: February 20, 2015

Respectfully submitted,

By: /s/ *Kevin F. Hormuth*
Kevin F. Hormuth, No. 48165 MO
David P. Niemeier, No. 50969 MO
GREENSFELDER, HEMKER & GALE, PC
10 South Broadway, Suite 2000
St. Louis, MO  63102
kfh@greensfelder.com
dpn@greensfelder.com
Telephone: 314.241.9090
Facsimile: 314.345.5466

Daniel R. Warren (*pro hac forthcoming*)
dwarren@bakerlaw.com
Telephone: 216.861.7145
Facsimile: 216.696.0740

Theodore J. Kobus III (*pro hac forthcoming*)
tkobus@bakerlaw.com
Telephone: 212.589.4200
Facsimile: 212.589.4201

Craig A. Hoffman (*pro hac forthcoming*)
cahoffman@bakerlaw.com
Telephone:  513.929.3491
Facsimile:  513.929.0303

*Attorneys for Plaintiff Schnuck Markets, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on the 20th day of February, 2015, the foregoing *Consent Motion for Extension of Time* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: :   /s/ *Kevin F. Hormuth*   <br>Kevin F. Hormuth