UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:13CV2226 JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC. | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

It is hereby **ORDERED** that the Consent Motion for Extension of Time to Respond to Defendants/Counterclaim Plaintiffs First Data Merchant Services Corp. and Citicorp Payment Services, Inc.'s Motion for Partial Reconsideration or, in the Alternative, Motion to Amend the Pleadings ("Motion to Reconsider") is **GRANTED**; and it is further

**ORDERED** that Schnuck Markets, Inc. shall file its Memorandum in Opposition to Defendants' Motion to Reconsider on or before February 27, 2015.

**SO ORDERED.**

_____
HONORABLE JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1526369