# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13-cv-2226-JAR |
| | ) |
| FIRST DATA MERCHANT DATA | ) |
| SERVICES CORP. AND CITICORP | ) |
| PAYMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is hereby **ORDERED** that the Consent Motion for Extension of Time to File Defendants' Reply Memorandum in Further Support of their Motion for Partial Reconsideration of Order Granting Plaintiff's Partial Cross-Motion for Judgment on the Pleadings or, in the Alternative, Motion for Leave to Amend Pleadings ("Reply Memorandum") is **GRANTED**; and it is further

**ORDERED** that Defendants First Data Merchant Services Corp. and Citicorp Payment Services, Inc. file their Reply Memorandum on or before March 16, 2015.

**SO ORDERED.**

_____
HONORABLE JOHN A. ROSS
UNITED STATES DISTRICT JUDGE