**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:13-CV-2226-JAR |
| | ) |
| FIRST DATA MERCHANT DATA | ) |
| SERVICES CORP., and CITICORP | ) |
| PAYMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the final pretrial conference set for April 2, 2015 and the trial setting of April 6, 2015 are **VACATED** to be reset on further order of the Court.

Dated this 25th day of March, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**