UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13-CV-2226-JAR |
| | ) |
| FIRST DATA MERCHANT DATA | ) |
| SERVICES CORP., and CITICORP | ) |
| PAYMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for a telephone conference with counsel on **Friday, November 6, 2015 at 2:30 p.m.**

**IT IS FURTHER ORDERED** that counsel participating in the telephone conference are directed to call the conference toll free at **1-877-810-9415** from the United States (for callers outside the United States the caller paid international number is 636-651-3185).  **The access code to enter the telephone conference for all participants is: 7519116.**

Dated this 23rd day of October, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1