## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13-CV-2226 JAR |
| | ) |
| FIRST DATA MERCHANT DATA | ) |
| SERVICES CORP., and CITICORP | ) |
| PAYMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Court's Order of January 15, 2015 is certified as a final judgment on Count II of Plaintiff's Complaint and Defendants' Counterclaim under Fed. R. Civ. P. 54(b).

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**