UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13-cv-2226-JAR ) |
| FIRST DATA MERCHANT DATA SERVICES CORP. AND CITICORP PAYMENT SERVICES, INC., | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants First Data Merchant Data Services Corp. and Citicorp Payment Services, Inc. appeal to the United States Court of Appeals for the Eighth Circuit from the Orders entered in this action on January 15, 2015 [Doc. No. 69] and July 31, 2015 [Doc No. 98], and from the Final Judgment entered in this action on November 6, 2015 [Doc. No. 105].

Dated: November 25, 2015

Respectfully submitted,

**WILLIAMS VENKER & SANDERS LLC**

By: _/s/ Lucy Unger_
Lucy T. Unger (No. 36848MO)
Lisa Larkin (No. 46796MO)
100 North Broadway, 21st Floor
St. Louis, Missouri, 63102
lunger@wvslaw.com
llarkin@wvslaw.com
Telephone:   (314) 345-5000
Facsimile:   (314) 345-5055

Edward Soto (*pro hac vice*)
edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:    (305) 577-3100
Facsimile:    (305) 374-7159

Jonathan D. Polkes (*pro hac vice*)
jonathan.polkes@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8881
Facsimile:    (212) 310-8007

*Counsel for Defendants/Counterclaim-Plaintiffs*
*First Data Merchant Data Services Corporation*
*and Citicorp Payment Services Incorporated*

## CERTIFICATE OF SERVICE

I certify that on November 25, 2015, the Notice of Appeal was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

By:    */s/ Lucy Unger*
Lucy T. Unger (No. 36848)
Lisa Larkin (No. 46796MO)
**WILLIAMS VENKER & SANDERS LLC**
100 North Broadway, 21st Floor
St. Louis, Missouri, 63102
lunger@wvslaw.com
llarkin@wvslaw.com
Telephone:    (314) 345-5000
Facsimile:    (314) 345-5055