US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USCA#: _____

Schnuck Markets, Inc. v. First Date Merchant Data Services Corp. et al

**Case Number:**

4:13cv2226 JAR

| Plaintiff: | Defendant: |
|---|---|
| **Schnuck Markets, Inc.** | **First Data Merchant Data Services Corp et al.** |
| Attorney: | Attorney: |
| SEE DOCKET SHEET | SEE DOCKET SHEET |

**Court Reporter:**

Please return files and documents to:

Clerk, Eastern District of Missouri

Person to contact about the appeal::

Beth Kirkland   244-7925

NONE

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| INTERLOCUTORY | PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| LUCY UNGER | NONE | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?   Yes   No   Where: _____

Please list all other defendants in this case if there were multiple defendants: