# United States Court of Appeals
### For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 9, 2015

Ms. Lucy T. Unger
WILLIAMS & VENKER
21st Floor
100 N. Broadway
Saint Louis, MO  63102

RE:  15-3804  Schnuck Markets, Inc. v. First Data Merchant, etc., et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc:   Mr. Kevin F. Hormuth
      Ms. Lisa Larkin
      Mr. Gregory J. Linhares
      Mr. David Paul Niemeier
      Mr. Jonathan D. Polkes
      Mr. Edward Soto
      Mr. Daniel R. Warren

      District Court/Agency Case Number(s):   4:13-cv-02226-JAR

**Caption For Case Number:   15-3804**

Schnuck Markets, Inc.

       Plaintiff - Appellee

v.

First Data Merchant Data Series Corp.; Citicorp Payment Services, Inc.

       Defendants - Appellants

**Addresses For Case Participants:   15-3804**

Ms. Lucy T. Unger
WILLIAMS & VENKER
21st Floor
100 N. Broadway
Saint Louis, MO  63102

Mr. Kevin F. Hormuth
GREENSFELDER & HEMKER
Suite 2000
10 S. Broadway
Saint Louis, MO  63102-0000

Ms. Lisa Larkin
WILLIAMS & VENKER
Suite 2100
21st Floor
100 N. Broadway
Saint Louis, MO  63102

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. David Paul Niemeier
GREENSFELDER & HEMKER
Suite 2000
10 S. Broadway
Saint Louis, MO  63102-0000

Mr. Jonathan D. Polkes
WEIL & GOTSHAL
767 Fifth Avenue
New York, NY  10153-0000

Mr. Edward Soto
WEIL & GOTSHAL
Suite 1200
1395 Brickell Avenue
Miami, FL  33131

Mr. Daniel R. Warren
BAKER & HOSTETLER
3200 PNC Center
1900 E. Ninth Street
Cleveland, OH  44114-3485