# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 15, 2015

Ms. Lucy T. Unger
WILLIAMS & VENKER
21st Floor
100 N. Broadway
Saint Louis, MO  63102

      RE:  15-3804  Schnuck Markets, Inc. v. First Data Merchant, etc., et al

Dear Ms. Unger:

      The caption has been modified to reflect the correct party name, First Data Merchant Data <u>Services</u> Corp.

                        Michael E. Gans
                        Clerk of Court

EDG

Enclosure(s)

cc:    Mr. Kevin F. Hormuth
       Ms. Lisa Larkin
       Mr. Gregory J. Linhares
       Mr. David Paul Niemeier
       Mr. Jonathan Polkes
       Mr. Edward Soto
       Mr. Daniel R. Warren

      District Court/Agency Case Number(s):   4:13-cv-02226-JAR

**Caption For Case Number:   15-3804**

**December 15, 2015**

District Court/Agency Case Number(s):  4:13-cv-02226-JAR

**Schnuck Markets, Inc.**

    **Plaintiff - Appellee**

**v.**

**First Data Merchant Data Services Corp.; Citicorp Payment Services, Inc.**

    **Defendants - Appellants**