# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  15-3804
_____

Schnuck Markets, Inc.

Plaintiff - Appellee

v.

First Data Merchant Services Corp.; Citicorp Payment Services, Inc.

Defendants - Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
 (4:13-cv-02226-JAR)
_____

**JUDGMENT**

Before WOLLMAN, ARNOLD and KELLY, Circuit Judges.

     This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

     After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 13, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans