# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3804

Schnuck Markets, Inc.

Appellee

v.

First Data Merchant Services Corp. and Citicorp Payment Services, Inc.

Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:13-cv-02226-JAR)
_____

**MANDATE**

In accordance with the opinion and judgment of 01/13/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 03, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit