UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13-CV-2226-JAR |
| ) | |
| FIRST DATA MERCHANT DATA ) | |
| SERVICES CORP., and CITICORP ) | |
| PAYMENT SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is scheduled for a telephone conference with counsel on **Wednesday, February 22, 2017 at 11:00 a.m**. Counsel participating in the conference are directed to call the conference toll free at **1-877-810-9415**. The access code to enter the telephone conference for all participants is: **7519116.**

Dated this 3rd day of February, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1