UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13-CV-2226-JAR |
| | ) |
| FIRST DATA MERCHANT DATA | ) |
| SERVICES CORP., and CITICORP | ) |
| PAYMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Following a telephone conference with counsel, the parties shall have twenty-one (21) days to file an updated status report with the Court and propose a briefing schedule for any remaining issues that cannot be resolved.

Dated this 22nd day of February, 2017.

*John A. Ross*

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1