# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-CV-2226 JAR |
| ) | |
| FIRST DATA MERCHANT DATA SERVICES ) | |
| CORP., and CITICORP PAYMENT SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having been advised that all remaining issues in this matter has been resolved,

**IT IS HEREBY ORDERED** that counsel shall file, within 60 days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 16th day of March, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE