UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13-CV-2226 JAR |
| | ) |
| FIRST DATA MERCHANT DATA | ) |
| SERVICES CORP., et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION TO EXTEND DEADLINE TO FILE JOINT STIPULATION FOR DISMISSAL**

COMES NOW Plaintiff/Counterclaim Defendant Schnuck Markets, Inc., with the consent of Defendants/Counterclaim Plaintiffs First Data Merchant Services Corp. and Citicorp Payment Services, Inc., and hereby requests that the Court extend the deadline for the parties to file their joint stipulation for dismissal. Pursuant to the Court's Order dated March 16, 2017 (Doc. 117), the parties were required to file by today their dismissal papers. The parties respectfully seek an additional seven days, up to and including Monday, May 22, 2017, within which to file their joint stipulation for dismissal.

Dated: May 15, 2017

            Respectfully submitted,

          By  /s/ David P. Niemeier
            Kevin F. Hormuth, No. 48165 MO
            David P. Niemeier, No. 50969 MO
            GREENSFELDER, HEMKER & GALE, PC
            10 South Broadway, Suite 2000
            St. Louis, MO  63102
            kfh@greensfelder.com
            dpn@greensfelder.com
            Telephone: 314.241.9090
            Facsimile: 314.345.5466

            Craig A. Hoffman (pro hac)
            cahoffman@bakerlaw.com
            Telephone:  513.929.3491
            Facsimile:  513.929.0303

*Attorneys for Plaintiff Schnuck Markets, Inc.*

## CERTIFICATE OF SERVICE

  Pursuant to Local Rule 2.12, the undersigned certifies that on this 15th day of May, 2017, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

            /s/ David P. Niemeier