UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCHNUCK MARKETS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:13CV2226 JAR |
| FIRST DATA MERCHANT DATA SERVICES CORP., and CITICORP PAYMENT SERVICES, INC. | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff/Counterclaim-Defendant Schnuck Markets, Inc. ("Schnucks"), and Defendants/Counterclaim-Plaintiffs First Data Merchant Data Services LLC (*f/k/a* First Data Merchant Services Corporation) and Citicorp Payment Services Inc., hereby dismiss with prejudice, pursuant to that May 1, 2017 Settlement and Mutual Release Agreement, all claims and counterclaims in the above-captioned cause, with each party to bear its own costs.

By:  */s/ Kevin F. Hormuth*
Kevin F. Hormuth, No. 48165 MO
David P. Niemeier, No. 50969 MO
GREENSFELDER, HEMKER & GALE, PC
10 South Broadway, Suite 2000
St. Louis, MO  63102
kfh@greensfelder.com
dpn@greensfelder.com
Telephone: 314.241.9090
Facsimile: 314.345.5466

Craig A. Hoffman (*pro hac vice*)
cahoffman@bakerlaw.com
Telephone:  513.929.3491
Facsimile:  513.929.0303

***Counsel for Plaintiff/Counterclaim-Defendant Schnuck Markets, Inc.***

By:  */s/ Edward Soto*
Edward Soto (*pro hac vice*)
edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

Jonathan D. Polkes (*pro hac vice*)
jonathan.polkes@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8881
Facsimile: (212) 310-8007

Lucy T. Unger (No. 36848)
lunger@wvslaw.com
Lisa Larkin (No. 46796MO)
llarkin@wvslaw.com
Bank of America Tower
100 North Broadway, 21st Floor
St. Louis, Missouri, 63102
Telephone: (314) 345-5000
Facsimile: (314) 345-5055

***Counsel for Defendants/Counterclaim-Plaintiffs First Data Merchant Data Services Corporation and Citicorp Payment Services Incorporated***

## CERTIFICATE OF SERVICE

I certify that on the 18th day of May, 2017, the foregoing *JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By:  /s/ *Kevin F. Hormuth*
Kevin F. Hormuth

2